# Exhibit 1

**Transcript of Audio File**
**FO [REDACTED] and Crew Scheduler [REDACTED]**
**July 22, 2017**

| | |
|---|---|
| Crew Scheduler | Thank you for calling me.  How may I help you? |
| FO | Hi, this is [AUDIO CUTS OUT]. |
| Crew Scheduler | Hello? |
| FO | Hello?  Can you hear me? |
| Crew Scheduler | Mhm.  Can I have your ID number? |
| FO | [REDACTED] |
| Crew Scheduler | [REDACTED]?  [REDACTED], right? |
| FO | Yeah.  Correct. |
| Crew Scheduler | Alright. |
| FO | Did we talk earlier? |
| Crew Scheduler | Yes. |
| FO | Okay.  I was talking to the union, and they wanted me to call and tell you that I needed ten hours of pre-duty rest prior to my schedule change per the contract, and just to check if you guys were aware of that. |
| Crew Scheduler | Alright.  Hold on. |
| [Phone ringing and background noise] | |
| Unidentified Speaker | Good morning.  [INAUDIBLE] Hong Kong [INAUDIBLE].  How can I help? |
| Crew | Hi, my name is [REDACTED] [INAUDIBLE].  I'm calling you in regards to an FO |

1

| Scheduler | that I have laying over there.  His name is ▉▉▉▉▉▉▉▉▉▉▉▉▉  First name is ▉▉▉.  Can I please be transferred to his room one more time? |
|---|---|
| Unidentified Speaker | Sorry. ▉▉▉ and then? |
| Crew Scheduler | ▉▉▉▉▉▉▉ |
| Unidentified Speaker | And ▉▉▉ is ▉▉▉? |
| Crew Scheduler | Mhm. |
| Unidentified Speaker | Just a second, please. |
| [Hold music/phone ringing] | |
| FO | Hello? |
| Crew Scheduler | Hi, ▉▉▉.  This is ▉▉▉▉▉▉ from Crew Scheduling.  How are you? |
| FO | Hi.  I'm fine.  How are you? |
| Crew Scheduler | I'm doing good, good.  Hey, the reason why I'm calling you is because I wanted to ask you—we have a Hong Kong—can you hold on one second?  I'm sorry.  Hold on one second. |
| [Silence while on hold] | |
| Crew Scheduler | Alright.  I'm so sorry about that.  I just wanted to ask you if it's okay—I understand you were supposed to go from Bahrain to [INAUDIBLE] 20Z, dead head on the flight. |
| FO | Yeah. |
| Crew Scheduler | We have a Hong Kong [INAUDIBLE] anchorage flight open on that 20Z as well.  Would you be willing to help us out and operate the flight for us? |
| FO | What do you mean by "help you out?"  Do I—is that not something I have to accept? |

| Crew Scheduler | Not really because you were supposed to dead head. Right? And this is an operating change, so that's something that you'll have to agree with. |
| --- | --- |
| FO | Okay. Well, in that case, no. |
| Crew Scheduler | Okay. Alright. Hold on one second, okay? Just a second while we re-route you, and then we'll go ahead and give you your legal rights, and then we'll go ahead and re-route you, okay? |
| FO | Okay. Thank you. |
| Crew Scheduler | Alright. Bye. |
| Crew Scheduler | I am so sorry, ▇▇▇. I was just—I went for a quick walk and came back into this. And [laughing] |
| FO | No problem. |
| Crew Scheduler | It's something—it's something new to me. But I guess there was a miscommunication with me and my lead. It's—it's, from my understanding, it's the same time as a dead head. There's no change. So, basically she just told me that I wasn't supposed to ask you. I was supposed to tell you—you're going to be doing instead of going to Bahrain, you'll now go to [INAUDIBLE]. It's the same departure, and it's a completely legal assignment. |
| FO | Okay. |
| Crew Scheduler | I guess it's because I just came in, and you know, pretty busy. I went for a quick walk and then—just instructed to call and ask, and now I'm getting an explanation from him, and he just explained that to me. |
| FO | Okay. |
| Crew Scheduler | Alright. So, it's Hong Kong [INAUDIBLE] anchorage departing at 20Z. It's the same time you're supposed to dead head to Bahrain. |
| FO | Okay. |
| Crew Scheduler | Okay? |
| FO | Alright. |
| Crew Scheduler | Alright. Thank you so much, okay? |

| FO | Thank you. |
|---|---|
| Crew Scheduler | Alright.  Bye. |

4