# Exhibit 37

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS



December 21, 2016

**Via Email and Certified Mail: 7014 1200 0000 0961 6070**
Captain Jeff Carlson
Senior Vice President
Flight Operations
2000 Westchester Ave.,
Purchase, N.Y. 10577

Dear Captain Carlson:

This is in response to your December 19, 2016 letter claiming that the Atlas pilots "are calling in sick at a rate significantly higher than normal past practice" and "are also refusing to volunteer for and accept "open time" flying in contravention of past practice. In your letter, you also demand that the "Teamsters comply with its statutory obligation and immediately instruct its members not to call in sick for the purpose of disrupting the Company's operation, to return to normal practices of volunteering for and accepting open time flying, and to not otherwise disturb the status quo in any other way."

You have failed to provide any facts to substantiate the allegations in your letter. You have also failed to identify the past practices about which you refer, let alone substantiate the existence of such past practice.   When Captain Kirchner called you and asked for details to substantiate your claims, you refused to provide any facts. You instead simply expressed your and the Company's anger concerning the recent media coverage mentioning Atlas and one of its customers, Amazon. This afternoon, Daniel Wells also called John Dietrich and informed him that the Union is not directing or coordinating any job actions in violation of the RLA. He was asked to provide us with a factual explanation substantiating the claims raised in your letter so that we could discuss the situation, determine whether any problems exist and resolve them if there are any. Like you, he refused to provide any facts or details to substantiate the claims raised in your letter. He instead stated that Atlas would provide details at some later time and in an "appropriate forum."

Based on your comments to Captain Kirchner and John's comments to Daniel Wells, as well as both your and John's lack of information and/or refusal to discuss them with us, we can only conclude that your letter and all of its posturing, bombast and bluster simply reflects an unfair and desperate effort to convince Atlas' customers that the pilots are to blame for Atlas' attrition, scheduling, and staffing messes, all of which appear to have burst through the company's previous and publicly spun shroud of deniability during the current 4th quarter.  Those problems are entirely and exclusively of Atlas' own making.  Although we can understand why you and others within management may rightly feel a sense of blame and responsibility for these self-

**Airline Professionals Association | Teamsters Local Union No. 1224**
2754 Old State Route 73, Wilmington, OH 45177 | ph: 937.383.2500 | fx: 937.383.0902 | www.apa1224.org
*Affiliated with the International Brotherhood of Teamsters*

inflicted problems, please don't attempt to deflect that blame and responsibility onto the Local and its members. Please also refrain from making broad, unsubstantiated accusations and barely veiled threats against the Local and it members. Such conduct is as is unfair and unprofessional, as the accusations are inaccurate.

Sincerely,

Captain Daniel C. Wells
President
APA Teamsters Local 1224

Captain Robert Kirchner
Executive Council Chairman
APA Teamsters Local 1224