# Exhibit 38

**From:** Teamster News <TeamsterNews@apa1224.org>
**Date:** December 22, 2016 at 4:00:53 PM EST
**To:** Teamster News <TeamsterNews@apa1224.org>
**Subject: Atlas Chairman's Update**
**Reply-To:** ExcoAtlas <ExcoAtlas@apa1224.org>

**December 22, 2016**

## Airline Professionals Association | Teamsters Local 1224
*Affiliated with the International Brotherhood of Teamsters*

### Atlas Chairman's Update

### Fellow Atlas Crew Members,

We are quickly coming upon the holiday season and the end of 2016. I hope you all enjoyed the Christmas card you received from the Atlas Family Awareness Committee and your Atlas Teamster leadership. I also hope that as many of you as possible are home and enjoying your family and friends during the holidays.

This past year has been one of great accomplishments and solidarity for our Teamster pilot group. You have shown great mettle and resolve, which have helped us well on our journey to get the CBA and resulting airline we all deserve. Your support for our union's efforts has been inspiring and only serves to make us stronger every day. The contrast between Atlas Air and the rest of the airline industry as to how they treat and compensate their pilots is staggering, and you are now well aware of where we currently stand in comparison. Indeed, I wish I could share all of the many, many stories I received this year from our pilots who have gone to the major airlines. In short, they and their families cannot believe the transformation they are now experiencing. There is no reason this same working environment and quality of life should not be occurring here – and that is what we are working towards.

Unfortunately, the company remains entrenched in its quest to keep us at the low "bargain rates" they currently enjoy for pilot labor. They apparently intend to fight and litigate their way through the current real, and even some perceived, controversies well into 2017. To that end, I include with this message the latest "gift" from Atlas management. Feel free to draw your own conclusions, and know that your Teamster leadership disagrees with virtually everything that is stated in the letter.

December 19, 2016 – Letter to Daniel Wells and Robert Kirchner from Captain Carlson

December 21, 2016 – Response to Captain Carlson from Daniel Wells and Robert Kirchner

I will have more details for you in the coming weeks.

On behalf of myself, the Atlas ExCo, all the many dedicated, faithful UNION workers and families here at Atlas Air, we want to extend our warmest and most heartfelt wishes to all of you and your families for the very Happiest Holiday Season.

"All-In"

Fraternally,

Bob Kirchner
Atlas ExCo Chairman
APA Teamsters Local 1224

**Contact Us:**

2754 Old State Route 73
Wilmington, OH 45177
*Ph: 800.294.1224*
*Fax: 937.383.0902*

https://www.apa1224.org

Teamster Safety

CAPA

**CHANGE EMAIL  |  UNSUBSCRIBE  |  ARCHIVES**

*WHO WE REPRESENT*

Local 1224 is the certified bargaining unit that represents all flight crew members employed by ABX Air, Allegiant Air, Atlas Air, Cape Air, Horizon Air, Kalitta Air, Kalitta Charters II, Miami Air, Omni Air International, Silver Airways, Southern Air and USA 3000.

*ABOUT THIS COMMUNICATION*

You are subscribed to this communication as a member of APA Teamsters Local 1224.  This communication is for the benefit of the members of APA Teamsters Local 1224.  The sharing of union communications with non-members is strictly prohibited in accordance with APA Teamsters Local 1224 Bylaws, Section 30: Obligation, unless permission has been granted by the Executive Board.  If you are no longer a member of APA Teamsters Local 1224 and you would like to unsubscribe to this newsletter and other union communications, Click Here For Removal From Union Email Communications.