# Exhibit 71

**From:** █████████
**Sent:** Monday, July 31, 2017 6:16 AM
**To:** *HDQ Crew Scheduling
**Cc:** stewards@apa1224.org
**Subject:** OT118

Hi,
Please withdraw this message. This trip was not awarded, it was assigned to a reserve line holder. It makes me out to be a scab to my union members by helping out the company and cheating my union brothers and sisters out of a new and fair contract.