# Exhibit 80

**From:** ███████████
**Sent:** Monday, May 09, 2016 3:09 AM
**To:** Welty, Scott
**Subject:**

Captain Welty, I am sending you this email in response to our conversation yesterday.  It has become increasingly difficult for me to do my job effectively and efficiently with the intimidation and threats from some of my union brothers and sisters. I am not sure if you are aware of the "BOOT" program that is being promoted by the union. BOOT stands for block out on time. We are being told that we should not release the brakes until scheduled block out time even if we are ready to leave before.  There is also the "SHOP" program (Stop helping out Purchase). We are being told that this is going to put pressure on the company to negotiate a contract quickly.  I not only do not think that this is going to have any effect whatsoever on contract negotiations, but it is keeping me from getting my ship, crew and freight on the way as soon as I can. Both Captain's ███████ and ████████ are threatening to release names on the Atlas Air GC comms web site of those that leave before scheduled block time.  Captain ███████ is intimidating crewmembers directly in the ████████ in CVG with the same rhetoric. All I want to do is fly my trips and enjoy my time off.  I came here to fly airplanes not play games like children in the playground.

██

████████████

██████ Captain