# Exhibit 81

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Sunday, January 29, 2017 4:51 AM
**To:** DuFour, Ray
**Subject:** Harassment and intimidation

Hi Ray,
I hope all is well with you. There is a lot of ignorance going on and it sucks all the fun out of the job. I wanted to share what was on the plane today when I picked it up in ▇▇▇.
A copy was left in the cockpit and another copy in the right crew bunk magazine holder. My flight was ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Hoping for better times here at Atlas.
Gratitude,
▇▇▇▇

## THIS IS THE US MASTER PILOT SCABLIST
## THE UNIONIST'S EDITION

A SCAB is A Person Who is Doing What You'd be Doing if You Weren't on Strike.

A SCAB takes your job, a job he could not get under normal circumstances. He can only advance himself by taking advantage of labor disputes and walking over the backs of workers trying to maintain decent wages and working conditions. He helps management to destroy his and your profession, often ending up under conditions he/she wouldn't even have accepted before. No matter. A SCAB doesn't think long term, nor does he think of anything other than himself. He, pride shown large hat drip with your blood, for he willingly destroys families, lives, careers, opportunities and professions at the drop of a hat. He takes from a global what he knows he could never earn by his own merit; a decent job. He steals that which others earned at the bargaining table through blood, sweat and tears, and throws it away on a moment — earning lives, jobs and careers.

### ONCE A SCAB, ALWAYS A SCAB - NEVER FORGET!

Below are brief notes about legal strikes by organized pilots.

1. Century Airlines 1932 Pilots struck to resist wage reduction by E.L Cord, the patron saint of Frank Lorenzo.
2. TWA 1946 Pilots struck over pay on faster 4 engine aircraft, limited by the provisions of Decision 83.
3. National Airlines 1948 Strike over aircraft safety and repeated violations of the labor contract.
4. Western Airlines 1958 Qualifications of the Flight Engineer.
5. Southern Airways 1960 Strike over wage rates at regional carrier vs. larger airline.
6. Rio Airways 1978 Pilots represented by the Union of Professional Airmen, an ALPA affiliate, struck over issues of seniority, pay, safety and system board neutrality after failing to negotiate first contract.
7. Wien Air Alaska 1977 Crew complement on B-727.
8. Continental Airlines 1983 Struck to resist Frank Lorenzo's use of Bankruptcy Law to abrogate labor contracts.
9. Pan American 1985 Pilots MEC elected to honor TWU picket line. Those people did not honor that strike.
10. United Airlines 1985 Forced by mgmt to strike over B-Scale pay rates and the company attempts to break UAL ALPA.
11. Eastern Airlines 1989 Pilots honored IAM picket lines against Frank Lorenzo's asset stripping of EAL to fuel Continental.
12. AFAP 1989 Australian Federation of Air Pilots at 4 domestic airlines quit to protest retirement after disputing government wage control program. Some Americans, among others, happily filled in.
13. Comair 2001 Pilots struck over poor pay and work rules. They fought to end the second class treatment of all Small Jet pilots.

Other Notes: The "about" column gives employee number, Soc. Sec. #, date of birth (plot), ATP number, date of hire (plot), or other means of identification. "Seniority list" means those Scabs at UAL who sued the union and the company to prevent the 570 from regaining their proper seniority position. "Test Qualified" (TQ, FB Qual etc.) are those hired off the street under a special pay plan and with provisions of super-seniority to replace union pilots at United. ALPA = Some scabs are ALPA members because the 85 Back-to-Work agreement forced the union not to "discriminate" against the back-stabbers who tried to steal their jobs and seniority. Some Scabs never resigned from the union and continue to pay dues. Some scabs did earn pensions and were forgiven by ALPA (but NOT forgotten) and re-admitted. Some simply fell through the cracks and got into the union after a merger, name change, etc (FAA) A date for an EAL Scab is his date of hire, no date means he's old Eastern. "PPF" by an EAL Scab means that the name appeared on several Scab lists during the strike but was absent from the final list. Other remarks show p&M (replaced or other claims to infamy). MOST Scabs at CAL have a LETTER at the END of their employee number (but not all have it any). The Continental "Preferential Hire" List is on the last page. Most employee numbers are listed (as 62209).

"For any corrections/additions/updates PLEASE email Scablist@hotmail.com"

### HERE IS A SUMMARY OF THE NUMBER OF SCABS FROM EACH AIRLINE:

| | | |
|---|---|---|
| Air North Summary | Airforth | Both Scabs Listed |
| Australian Summary | APAP 88 | 44 American West & Bonaffi Scabs |
| Century Summary | Century | 1 Scab Identified Thus Far |
| Continental Summary | CAL 85 | 1,119 Scabs listed |
| Eastern Summary | EAL 89 | 2,258 Scabs Listed |
| National Summary | NAL 48 | 1st Scabs listed out of 287 total |
| Northwest Summary | NWA 78 | 74 Scabs listed |
| Pan American Summary | PAA 85 | 139 Scabs listed |
| Primair Summary | Primair | 2 Scabs listed |
| Rio Airways Summary | RIO 78 | 43 Scabs listed |
| Southern Summary | SOU 60 | 165 Scabs listed |
| TWA Summary | TWA 46 | 2 Scabs listed |
| United Summary | UAL 85 | 515 Scabs listed |
| Western Summary | WAL 58 | 3 Scabs listed |
| Wien Air Alaska Summary | WAA 77 | 83 Scabs listed |
| Comair Summary | CMR 01 | 1 Scabs listed |
| **TOTAL LISTED SCABS** | **5,915** | (Century & NAL incomplete) |

Dignity does not consist in possessing honors, but in deserving them.

The only thing necessary for the triumph of evil is for good men to do nothing.

People who bite the hand that feeds them usually lick the boot that kicks them.

We should forgive our enemies, but only after they have been hanged first.

What a man is speaks so loudly that I cannot hear what he says.

It is better to die while standing on your feet than to be living on your knees.

"KEEP YOUR FRIENDS CLOSE, AND YOUR ENEMIES CLOSER"
"ET TU, BRUTE?"

███████████ Check Airmen are notorious to be greedy and selfish.. Watch what they do, not what they say...

Please add to the list, so our Brothers and Sisters know which individuals are ALL IN....

███████   OT 08

(handwritten, circled) A/L IN

(handwritten) CHECKAIRMEN IS A VOLUNTEER Position



October 2016

OUTBASE
HHN
[redacted]

LGG
[redacted]

Double - Sept and Oct!

VX Awards
747
[redacted] 1928 Oct 4-9 & 23-31 = (15) $$$$$$$$$$$$$$$
[redacted] 300514 OT22 (6 days) and Ext 5 days = (11) $$$$$$$$$$$
[redacted] SIM Ext Oct 1-2 AND OT62 Oct 22-29 = (10) $$$$$$$$$$
[redacted] ol Oct 19-27 = (9) $$$$$$$$$
[redacted] 075 Oct 2-6 & 19-27 = (9) $$$$$$$$$
[redacted] 49 / OT60 8 days = (8) $$$$$$$
[redacted] 51 Ext Oct 1-3 and OT35 Oct 10-13 = (7) $$$$$$$
[redacted] SIM month AND OT24 / OT41 = (7) $$$$$$$
[redacted] CD Nov 1-3-5-12-14 = (6) $$$$$$
[redacted] T57 / OT64 = (6) $$$$$$
[redacted] OT21 Oct 4-7 = (4) $$$$
[redacted] 3 days = (3) $$$
[redacted] 301035 CD Oct 25-27 = (3) $$$
[redacted] 2088 Ext 3 Oct 28-30 = (3) $$$
[redacted] OT75 Oct 30 - Nov 2 = (4) $$$$
[redacted] 00932 OT2 Oct 30-31 = (2) $$
[redacted] OT61 = (1) $
[redacted] 89 SIM/TI Oct 18-31 = (14) $$$$$$$$$$$$$$
[redacted] 7 CD = (8) $$$$$$$$
[redacted] 2 Ext Oct 10-16 = (7) $$$$$$$
[redacted] 70 SIM/TI Oct 25-31 = (7) $$$$$$$
[redacted] 1112 Ext Oct 25-30 / 6 days = (6) $$$$$$ (worked 10 days straight)
[redacted] 9 OT45 Oct 14-18 = (5) $$$$$
[redacted] 7 OT45 Oct 14-18 = (5) $$$$$