# Exhibit 82

**From:** [redacted]
**Sent:** Tuesday, February 28, 2017 4:36 AM
**To:** Welty, Scott ( Atlas )
**Subject:** Filthy Scab

*October 2016*

OUTBASE

HHN

and Nov!

and Nov!

LGG

Double - Sept and Oct!

TPE

VX Awards

747

3-31 = (15) $$$$$$$$$$$$$$$

days) and Ext 5 days = (11) $$$$$$$$$$$

***AND*** OT62 Oct 22-29 = (10) $$$$$$$$$$

) $$$$$$$$$

27 = (9) $$$$$$$$$

= (8) $$$$$$$

d OT35 Oct 10-13 = (7) $$$$$$$

OT24 / OT41 = (7) $$$$$$$

2-14 = (6) $$$$$$

$$$$$$

(4) $$$$

25-27 = (3) $$$

28-30 = (3) $$$

v 2 = (4) $$$$

30-31 = (2) $$

-31 = (14) $$$$$$$$$$$$$$

$$$$

= (7) $$$$$$$

5-31 = (7) $$$$$$$

-30 / 6 days = (6) $$$$$$ (worked 33 days straight)

8 = (5) $$$$$

18 = (5) $$$$$

1/1/2017

= (4) $$$$

(13) $$$$$$$$$$$$$

1 = (13) $$$$$$$$$$$$$

21/22 & 25-29 = (8) $$$$$$$$

$$$$$$$$

= (8) $$$$$$$$

trip 7 days (7) $$$$$$$$

AB! OT46 = (5) $$$$$

4-8 = (5) $$$$$

) $$$$

Oct 22-25 = (4) $$$$

(2) $$

28 = (7) $$$$$$$

= (7) $$$$$$$

7) $$$$$$$

7) $$$$$$

4-25 = (3) $$$

) $

**November 2016**

**OUTBASE**
**HNN**

**VX Awards**
**747**

Vol - 11 = (14) $$$$$$$$$$$$$$

7-30 = (13) $$$$$$$$$$$$$

3-19) OT24 (20 -23)=(12) $$$$$$$$$$$$

= (7) $$$$$$$

t Nov 19 & OT26 28-30 = (7) $$$$$$$

d 15-17 = (6) $$$$$$

$$$$$

TI month / OT13 Nov 11-15 = (5) $$$$$
8-11 =(4) $$$$
Ext = (4) $$$$
v 28 - 30 = (3) $$$
$$
Ext Nov 28-29 = (2) $$
v 2-7 / TI Nov 29-30 = (8) $$$$$$$$
= (5) $$$$$
30 - Dec 4 = (5) $$$$$
Nov 14-15 = (2) $$
TI Nov 18-19 = (2) $$
5-6 = (2) $$
3 - 14 = (2) $$

**767**

3 Ext Nov 25-Dec 2 = (8) $$$$$$$$
Ext Nov 8-13 = (6) $$$$$$
$$$$$
2 SIM/TI = (4) $$$$
5-19 = (4) $$$$$
22-24 = (3) $$$
Eastern SCAB! Nov 20-22 = (3) $$$
TI Vol Nov 21-23 = (3) $$$
ov 7-9 = (3) $$$
SIM Nov 1-2 = (2) $$
Vol Ext Nov 24-25 = (2) $$
ov 12-14 = (3) $$$
IM/TI Nov 18-19 = (2) $$

**December 2016**

**OUTBASE**
**HHN**

**LGG**
Grand Slam Oct - Nov and Dec!

**MEM**

**747**
= (9) $$$$$$$$$
7 = (7) $$$$$$$

[redacted] T8 Dec 8-12 = (7) $$$$$$$
[redacted] d OT Dec 9-15 = (7) $$$$$$$
[redacted] t Dec 2-4 & Dec 9-10 = (5) $$$$$
[redacted] (3) $$$
[redacted] $$$
[redacted] D Dec 30 = (2) $$
[redacted] ) $$$$$
[redacted] (4) $$$$

**767**

[redacted] 3-10 & 13/14 = (10) $$$$$$$$$$
[redacted] = (3) $$$
[redacted] $
[redacted] $

ADM = Administrative Pay
CD = Courseware Development
EXT = Extension into days off
TI = Training Instructor
SIM = Simulator
VOL = Volunteered / Open Time Flying