# Exhibit 83

From: █████████████████████████████
Sent: Thursday, June 22, 2017 10:26 AM
To: Loh, Dan
Subject: Pilots Conversation Thursday 22 June 2017, 0900

Was trying to get in touch with John Dietrich ( who was constantly talked about and referred to). The General conversation was distributing at best. These were your pilots talking about create strikes, shutting down terminals and the intentions of bring in the Teamsters to intimidate company management. They talked in detail about the plot(s) to break arms , stalk houses and what all the teamsters would do, to accomplish the goals they wanted. The Senior pilot was talking extensive about how offensive the comment that Dietrich made about being a "destination " airline. The topic about is your forthcoming payout , and how they are watching to see if it is a repeat of their last pay out (feeling were/are that they were screwed). The men felt that the $100 an hour pay raise was degrading. Really???

The worse of the group ███████████████████████████████████████████████ was most vocal about the mergers and re ranking and how he would do anything to get the union (teamsters in). The oldest of the group, talked I. Detail how they could easily shutdown one of your terminals (deluging with small issues ), then they discussed starting a phone list to prevent your company to reach out and get a pilot for coverage after one calls off.

I am a ████████████ , and am appalled about the conversation while enjoying breakfast this morning at the Millennium in Cincinnati. I will say that when some younger pilots came in the conversation changed. Was obvious the younger pilots were recent hires from the Air Force and were still in the reserves; and I gather wouldn't have stood for the topics (integrity). I do not do this ( sit around and contact people) but felt this was important enough.

████████

Sent from my iPad