# Exhibit 84

**From** █████████████████████████████
**Date:** June 27, 2017 at 5:58:17 AM EDT
**To:** "Flynn, William J." <bill.flynn@AtlasAir.com>, "Dietrich, John W." <John.Dietrich@AtlasAir.com>
**Subject:** FW: Delay warning ████ ex ███

Bill/John

This latest caper by crews will generate a lot of heat. Anything you can do – or suggest – to mitigate?

Regards

**From:** ███████████████████████████
**Sent:** Tuesday, June 27, 2017 5:46 AM
**To:** ████████████████
**Subject:** FW: Delay warning ████ ex ███

█
FYI – just to make sure you are aware as well, this is now the 4th event this week alone with another sick crew member in the Polar operation.
Understand these things can happen, but have never seen this with such a frequency on any other operator. As you may have seen on my previous note to Rob, only the ███ one will affect 14 other sectors (and they all will be cleared in the stats, as it's reactionary)!

Rgds,
█

**From:** ██████████████████████████████████
**Sent:** 27 June 2017 11:09
**To:** ████████████████████████████████████████████████████████████████████
**Cc:** ███████████████████████████
**Subject:** FW: Delay warning ████ ex ███

Story continues. Fresh crew called in sick again.

Kind regards,



Please consider the environment before printing this email.

**From:** Gordon, Darrell [mailto:Darrell.Gordon@AtlasAir.com]
**Sent:** 27 June 2017 11:00
**To:** ▓▓▓▓▓▓▓▓
**Cc:** ext-hdqopscont@AtlasAir.com; ext-hdqopsmgrs@atlasair.com; *PAC Network
**Subject:** Delay warning ▓▓▓▓ ex ▓▓

All,
Please be advised of a delay ex ▓▓ for ▓▓▓▓

Due to a crewmember medical ex ▓▓ we must now delay ▓▓▓▓▓▓ by 3hrs 45mins, this will cause a rotational delay ex ▓▓ for ▓▓▓▓▓

Here are the adjusted times

All times UTC

```
DATE    FLIGHT   DEP ARR  ETD  ETA   REG
------  ------   -------------        -
06.27   ▓▓▓▓     ▓▓▓▓▓    1645 1831  ▓▓▓ - 3+45 late
06.27   ▓▓▓▓     ▓▓▓▓▓    1945 0737  ▓▓▓ - 2+55 late
```

Based on my calculation ▓▓▓▓ at ECON enroute time 11+32 ( ▓▓ on blocks time would be 0737z ), at CI600 is 11+17 ( ▓▓ ETA would be 0722z )

I am very sorry for this unfortunate delay

Thanks
Darrell Gordon
Atlas Air Ops Control