# Exhibit 85

**From:** █████████████████████████████
**Date:** July 18, 2017 at 8:06:52 AM CDT
**To:** "████████████████████████████">, ext-Jamie_handley_atlasair_com <Jamie.handley@atlasair.com>, "Agnini, Chris" <Chris.Agnini@PolarAirCargo.com>, John Dietrich <John.Dietrich@Atlasair.com>
**Cc:** "jeff.carlson@atlasair.com" <jeff.carlson@atlasair.com>
**Subject: RE: Flight Crew Catering Refusal - Aircraft out of service**

John,

I would like to add these continued crew issues to our discussion this afternoon, not only did we have the issue below with crew member refusing meals which then caused the aircraft to remain in ███, another FSF for ███ material, but also caused increased costs to ███ whereby we had to charter another aircraft to operate the Network at an additional cost of $30K to ███.

Also two other major crew issues last night and this morning:

Flt ███ -Captain sick, (███████████) which caused another 10 hour delay and again another FSF
Flt ██████████ 52 minute delay, late crew member we do not have any specific in regards to the reason

The issues with flight crews continue to increase, when is Atlas planning to take the next steps in regards to flight crews?

Regards

███████
███████

███████████
███████████

███████████
███████████

████████████████████

**From:** ███████████████
**Sent:** Tuesday, July 18, 2017 6:48 AM
**To:** ext-Jamie_handley_atlasair_com; Agnini, Chris
**Cc:** ███████████████████; jeff.carlson@atlasair.com
**Subject:** Flight Crew Catering Refusal - Aircraft out of service

Jamie and Chris,

I am sure that you are already aware of the situation in ▇ last night whereby a flight crew member refused the planned catering and also alternative options for catering which led to aircraft ▇ being parked and on the ground in ▇ (unusable).

As ▇ did not fly inbound to ▇ last evening, it left Atlas without sufficient coverage to operate their planned routes and required ▇ to contract coverage for the ▇ route in addition to leaving our network without any viable spares for recovery of network issues.

Due to the cost this created for ▇, jeopardy to the ▇ (customers) and as this crew members actions are clearly not customer oriented and appear on the surface to be without merit, I would respectfully request they be removed from any future ▇ routes if possible.

Regards,

▇

**Confidentiality Notice:** This e-mail message including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments(s).