# Exhibit 86

**From:** █████████████████████████████████████
**Date:** July 19, 2017 at 2:18:49 PM EDT
**To:** "Hyslop, Robert" <Robert.Hyslop@AtlasAir.com>
**Cc:** John Dietrich <John.Dietrich@Atlasair.com>, ext-Jamie_handley_atlasair_com <Jamie.handley@atlasair.com>, ███████████████████████████████████
████████████████████████████ █████████████████████████
**Subject:** FW: ████████████████████████████████: 19 JUL 2017, ███████
███████/Notification#3

Rob,

This one is getting real ugly!!!!! Any guess in regards to this crew situation?

Regards

███████

████████████

████████████

██████████████████

**From:** ████████████████████████████
**Sent:** Wednesday, July 19, 2017 2:16 PM
**Cc:** ██████████████████████████
**Subject:** █████████████████████████████: 19 JUL 2017, ████████
███████/Notification#3

**19 JUL 2017**

## Notification #1: crew off duty / Full Service impact

**SITUATION:**

Although the has been declared serviceable by MX we cannot depart since the initial planned crew went out of hours.

Polar Crewing sourcing currently option how to proceed. NO ETD can be provided at this stage.

**MITIGATION/CONTINGENCY:**



| Date | Flight # | Origin | STD | ETD | Dest | STA | ETA | A/C Reg | OPR | A/C type | Change | SI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 JUL 2017 | | | | | | | | | | | RTR | Technical |
| 18 JUL 2017 | | | | | | | | | | | DEL | |
| 19 JUL 2017 | | | | | | | | | | | DEL | Rotational |
| | | | | | | | | | | | | |
| 20 JUL 2017 | | | | | | | | | | | CHG | To be confirmed |
| 20 JUL 2017 | PO9 | | | | | | | | | | CHG | To be confirmed |

**SERVICE IMPACT:**

material loaded on this flight was already reported as impacted as per previous communication.

The material of [REDACTED] will be covered in a separate alert.

## Notification #2: [REDACTED] returned to stand / No service impact

**SITUATION:**
Mx is ongoing and ETR is currently set at 1330z.

Next info expected at 1300z

**MITIGATION/CONTINGENCY:**

| Date | Flight # | Origin | STD | ETD | Dest | STA | ETA | A/C Reg | OPR |
|---|---|---|---|---|---|---|---|---|---|
| 18 JUL 2017 | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | |
| 18 JUL 2017 | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | |

**SERVICE IMPACT:**
[REDACTED] material loaded on this flight was already reported as impacted as per previous communication.

## Notification #1: [REDACTED] returned to stand / No service impact

**SITUATION:**
[REDACTED], which was already running in delayed mode cause of crew sickness ex [REDACTED] on D2, returned to stand in [REDACTED] due to a fuel leakage at engine #1.

Next info expected at 0930z

**MITIGATION/CONTINGENCY:**

| Date | Flight # | Origin | STD | ETD | Dest | STA | ETA | A/C Reg | OPR |
|---|---|---|---|---|---|---|---|---|---|
| 18 JUL 2017 | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | |
| 18 JUL 2017 | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] | |

**SERVICE IMPACT:**
[REDACTED] material loaded on this flight was already reported as impacted as per previous communication.

---------------------------------------------------------------------------------------------------------------------------
-------------------

