# Exhibit 87

**From** ███████
**Date:** July 20, 2017 at 8:00:44 AM EDT
**To:** John Dietrich <John.Dietrich@Atlasair.com>
**Cc:** ███████
**Subject: FW: Not a best day...**

John,

Just as a follow-up from our conversation on Tuesday, not a good day for sure.....

Regards

███████

███████

███████

███████

**From:** Hyslop, Robert [mailto:Robert.Hyslop@AtlasAir.com]
**Sent:** Thursday, July 20, 2017 5:45 AM
**To:** ███████
**Cc:** ███████
**Subject: Re: Not a best day...**

███,

Completely agree.  Crew issues have risen again after 5 days of relative quiet.  GCC and crew scheduling doing all they can, but in the case of ███ operating ███████ where there were 4 fatigue calls, it is indefensible.

Regards,
Rob


On Jul 20, 2017, at 4:26 PM, ███████████████████████████████>
wrote:

Rob,
Not a best day today....combination of tech and crew issues impacted multiple flights.   Several swaps/re-routes executed to protect as much as possible....but remains painful.

███████████████████████     STD+00h31'

Due to late crew and extremely long taxi-out time caused an arrival @ ███ +01h50'. Knock on effect on ███ operating with a delay of 02h07'. Partial impact expected.

███████████████████ STD+05h21'
Due to operations control (aircraft swaps due to crew sickness ex ███ D2, technical issue in ███ D3 and crew fatigue ex- ███ D4). 1 day TT impact for 386 TDI pieces/ 6.1t.

███ – Due to multiple events (crew sickness ex ███ D2, technical issue in ███ D3 and crew fatigue ex- ███ D4) ████████████ was allocated to ███ causing an expected **delay of 04h55'**. To mitigate the impact aircraft will be rerouted directly into ███.

███████████████████ STD+22h20'
Aircraft blocked out at 0820z, which was already delayed due to crew sickness ex ███ on D2, returned to stand at 0843z due to an engine #1 fuel leakage. MX wasn't able to repair the AC in time which brought the initial planned crew out of duty hours . Coincidently Atlas Air was suffering another AOG in ███ which gave us the opportunity to take over the crew. By doing so we are able to maintain routing. Full impact for the D2 material (already reported in IC recap D3).
Rotational delay on ████████████ was expected. Due to several crew members for the flight calling in fatigue, additional delay is expected and total estimated delay is 34h25'. No impact expected as this is a pure PO flight.

Rgds,
███

--


Please consider the environment before printing this email.