# Exhibit 88

**From:** ███████████████████████████
**Sent:** Thursday, July 20, 2017 10:29 AM
**To:** Sarubbe, Kevin; Buda, Robert
**Cc:** ███████████████; ████████; Guillaume, Greg
**Subject:** RE: ████████████████

Kevin/Rob,

Questions on this flight:
- The intent was to use ████ as a standby aircraft when it was maintenance green. If █████ does not have a scheduled destination immediately, the GCC says they cannot hold the crew? Why, if we communicate the intent is to hold the crew as a standby while a plan is formulated?
- How did we know, ahead of time, that these pilots would call fatigue? It appears they were approximately three hours into a duty day?
- I am genuinely concerned about the rate at which Atlas pilots call fatigue compared to all other ██████ air carriers. On a flight-normalized basis, Atlas's rate of fatigue calls is more than four times higher than other carriers, combined. Is this something that warrants a safety audit to determine root cause?

Thanks,
██

**From:** Gordon, Darrell [mailto:Darrell.Gordon@AtlasAir.com]
**Sent:** Thursday, July 20, 2017 3:20 AM
**To:** ████████████████████████ Howe, Martin-DePorus <Martin.Howe@AtlasAir.com>; ████████████████████ *HDQ Ops Controllers <hdqopscont@AtlasAir.com>; ██████████████████
**Cc:** Sarubbe, Kevin <Kevin.Sarubbe@AtlasAir.com>; Buda, Robert <Robert.Buda@AtlasAir.com>
**Subject:** RE: ████████████████████

Good day ████,
The crew in █████████ has just called fatigue. We are releasing them to rest at this time

Thanks
Darrell
Atlas Air Ops Control

**From:** Gordon, Darrell
**Sent:** Thursday, July 20, 2017 5:31 AM
**To:** ██████████████████████; Howe, Martin-DePorus; ████████████████████; *HDQ Ops Controllers; █████████████████████
**Cc:** Sarubbe, Kevin; Buda, Robert
**Subject:** RE: ████████████████████

████████,
I just called your number and got voicemail - We are just a few moments away from releasing this crew in ███ to rest, unless we hear from you regarding a game plan.  The crew is running out of duty time

Please advise within 10mins

Thanks
Darrell

**From:** Gordon, Darrell
**Sent:** Thursday, July 20, 2017 5:05 AM
**To:** ████████████████; Howe, Martin-DePorus; ████████████████████; *HDQ Ops Controllers; ████████████████
**Cc:** Sarubbe, Kevin; Buda, Robert
**Subject:** RE: ████████████████████

Hello ████████,
Please advise if you want ██████ to depart ███ and operate as scheduled ████████████ keep in mind this  crew has been on duty since 0500z, we are very close to them calling fatigue.

Do you plan to keep this aircraft in ███ in position for ████████████ ?

Please treat this as urgent

Thanks
Darrell

**From:** Gordon, Darrell
**Sent:** Thursday, July 20, 2017 4:34 AM
**To:** ████████████████; Howe, Martin-DePorus; ████████████████████; *HDQ Ops Controllers
**Cc:** Sarubbe, Kevin; Buda, Robert
**Subject:** RE: ████████████████████

Hi ██████,
The aircraft is now MX ready, we will need something more concrete for an aircraft plan. We cannot hold the aircraft and crew as spare with no end in sight.

We will need a decision very soon on when you would need us to depart ███, keep in mind there is a scheduled crew change in ███

Thanks
Darrell
Sr Manager Ops Control
Atlas Air

**From:** ██████████████████████████
**Sent:** Thursday, July 20, 2017 4:18 AM
**To:** Howe, Martin-DePorus; ██████████████; *HDQ Ops Controllers
**Subject:** RE: ██████████████

Hi Martin,

When ████ is returned to green status, please maintain the crew and aircraft readiness as a spare in case needed.

Thank you,

██████████
██████████████

**From:** Howe, Martin-DePorus [mailto:Martin.Howe@AtlasAir.com]
**Sent:** Thursday, July 20, 2017 4:11 AM
**To:** ████████████████████>; *HDQ Ops Controllers <hdqopscont@AtlasAir.com>
**Subject:** RE: ██████████████

Hi ██████,

Do we have a plan for what we are going to do with the a/c?

Thanks,

Martin

**From:** Howe, Martin-DePorus
**Sent:** Thursday, July 20, 2017 3:18 AM
**To:** ████████████████; *HDQ Ops Controllers
**Subject:** RE: ██████████████

Hi ██████,

Maintenance has advised they sourced the part with UPS. It should be over to the a/c in about 15 minutes, with an additional two hours to install.

Best Regards,

Martin

**From:** Howe, Martin-DePorus
**Sent:** Thursday, July 20, 2017 3:01 AM
**To:** ███████████ ; *HDQ Ops Controllers
**Subject:** RE: ███████████

Good morning ██████,

A bit of follow-up to our conversation. ██████ had a flap/slat disagree on departure. Maintenance has found the left flap position transmitter faulting. AOG is now trying to source a position transmitter. Parts + 2 hours.

Next update 0800z

Best Regards,

Martin

**From:** ███████████████████████
**Sent:** Thursday, July 20, 2017 2:45 AM
**To:** *HDQ Ops Controllers
**Subject:** ███████████

Good morning,

I just got word from the gateway that the aircraft is on mechanical. They are 14 minutes past departure time. Can you please advise the situation?

Thank you,