# Exhibit 89

**From:** ███████████████████████████
**Date:** July 26, 2017 at 12:00:36 AM EDT
**To:** "Dietrich, John W." <JDIETRICH@AtlasAir.com>
**Cc:** ███████████████████████████████████████████████████████████
**Subject: ATLAS RELIABILITY**

Good evening, John,

I hope this email finds you well.  If possible, are you able to take a brief call Wednesday?  I'd like to discuss some issues to not only ensure you are aware, but to hopefully partner to deliver the best possible service for ██████ customers.  Specifically, we should discuss the following:

- 23JUL – ██████ ██████) went AOG in ███ due to lav over-servicing.  As a result, the ███ ███ leg had to be cancelled (all customer packages missed the sort window, missing our promise).  To prevent compounding customer misses, the Atlas spare was activated at 1450Z.  Due to the spare window not "officially" opening until 1500Z, and a 90 minute call-out, the earliest Atlas committed to having the crew and aircraft ready to launch to ████ to fly the ██████████ leg was 1630Z.  ████████████ was to be used as the spare and Paul Paisley (Atlas) confirmed at 1610Z that the aircraft was ready for a 1630Z departure.  When the aircraft had not departed at 1630Z, ████████ reached out to Atlas.  At first, Atlas stated a weight/balance issue existed, but was then told the aircraft was not fueled.  The ████████ funded spare aircraft departed at 1738, 68 minutes past the committed departure time.  After arrival at KABE, the aircraft was ready for departure to █████ at 1955Z.  The expectation was set to depart ASAP upon quick-turn of the aircraft to ensure an on-time arrival at █████.  The aircrew refused to depart until the "scheduled" time set by Atlas (2039Z).  The issue (not launching the spare after a quick-turn in █████) was escalated to Atlas and the aircraft blocked out at 2023Z, only to return to the blocks for a TCAS issue.  The aircraft finally blocked out at 2115Z and arrived 280 minutes (4+40 hours) late at █████.

- 24JUL – ████████ – aircrew called in sick.  Atlas offered to source a spare pilot for a departure four hours after scheduled departure time.  As a four hour delay would result in missed package connections and missed customer promise, the Atlas flight was cancelled and a fully crewed, operationally ready spare aircraft operated by another carrier was used to satisfy customer promise.  As a note, Atlas has the highest number of fatigue calls (over 5x) versus non-Atlas operated flights.  This is particularly concerning considering Atlas only operates ██ aircraft and a spare on behalf of ██████ customers at the moment.

- ████████ funded network spare ██████ – Atlas sends "advisory notices" of how Atlas intends to use the spare aircraft.  As the aircraft is an ██████ funded network spare, ████████████ should decide how best to use the spare and should be part of any "contingency management" conversations as the aircraft may need to be used to cover a non-Atlas operated route.

- Jeff Carlson and I have attempted to connect a few times, unsuccessfully, to discuss the 17JUL ████████████ crewing issue (no pilot, resulting in a delay of +255 minutes and breaking our promise to over 6,000 customers).  The point of discussion regarding this issue is earlier notification by Atlas to allow ████ to work contingency options.

- I have received feedback that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Is that true?

Thanks in advance for your time and attention to this email, John. This email is not all-encompassing, but touches on some recent, prevalent concerns. I look forward to discussing further on Wednesday.

All the best-

▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮