# Exhibit 90

**From:** ████████████████████████████
**Date:** August 3, 2017 at 01:32:36 EDT
**To:** "Carlson, Jeff" <Jeff.Carlson@AtlasAir.com>
**Cc:** "Reid, Kurt" <Kurt.Reid@AtlasAir.com>, ████████████████████████████
████████████████

**Subject: RE: Delay** ████████████████ **Delay Warning** ████████████████

Hi Jeff,

Thank you for the reply. It certainly is difficult to understand let alone explain to a customer why a Captain who has had 51 hours rest and a further 21+06 rest was suddenly fatigued a short time before scheduled departure and I view the entire delay still with a great deal of disbelief and a level of discomfort.

We have many livestock shipments up and coming including a full charter of horses in 2 weeks on ████████████████ and I would loathe to see this kind of issue occur again on a flight such as this.

Any level of mitigation that can be put into place to prevent a repeat situation would be greatly appreciated.

Kind regards,