# Exhibit 91

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** August 9, 2017 at 9:38:42 AM EDT
**To:** ext-Jamie_handley_atlasair_com <Jamie.handley@atlasair.com>, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** "Dietrich, John W." <JDIETRICH@AtlasAir.com>, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject: RE: Flt** ▓▓▓▓▓▓▓▓

Jamie,

Thanks for the additional research as this was a delay that could have been avoided for sure.

Secondly, as you are aware we had one sick call and one Fatigue call this morning on the crews for the spare aircraft which delayed the flexibility of the spare coverage as we had to wait for another crew from the Hotel.

Regards



**From:** Handley, Jamie [mailto:Jamie.handley@atlasair.com]
**Sent:** Wednesday, August 09, 2017 9:30 AM
**To:** ▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓; Dietrich, John W.
**Subject: RE: Flt** ▓▓▓▓▓▓▓▓

▓▓▓▓

Working the post-mortem right now.  Will get you a recap as soon as possible.

Best Regards

Jamie

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, August 09, 2017 9:27 AM
**To:** Handley, Jamie
**Cc:** ▓▓▓▓▓▓▓▓▓▓; Dietrich, John W.
**Subject: FW: Flt** ▓▓▓▓▓▓▓▓

Jamie,

    As discussed earlier this morning, this aircraft arrived in ▮ at 1:15 am and nothing found until the preflight began for a 5:09 am departure.  What corrective measures can be put in place to avoid this type of issue and ultimately the delay to ▮▮▮ and customers?  Thank you

Regards,

▮▮▮

**From:** Couvreur, Eric [mailto:Eric.Couvreur@AtlasAir.com]
**Sent:** Wednesday, August 09, 2017 8:07 AM
**To:** ▮▮▮
**Cc:** ext-Jamie_handley_atlasair_com; Citrano, M. David (MCC)
**Subject:** Re: Flt ▮▮▮

▮▮

▮ had damage found during pre flight to the #2 engine inlet acoustic liner that was out of limits.  Repairs in work.  Will advise ETR ASAP.

Best regards,


Eric R. Couvreur
Director, MCC Atlas/Polar
O 914-701-8416
M 914-318-7793


On Aug 9, 2017, at 7:03 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Eric,

    Can you please provide details on the MX issue requiring an aircraft swap near departure?
Jamie,

    As discussed already  - looking for the additional detail on the approx. 50" taken to depart after the load was swapped.

Thank you

Regards,



**Confidentiality Notice:** This e-mail message including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distr bution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments(s).