# Exhibit 92

**From:** █████████████████████████
**Sent:** Thursday, August 10, 2017 3:59 PM
**To:** Dietrich, John W.; Hyslop, Robert
**Cc:** ███████████████████████████████
**Subject:** FW: █████████████████ : 10 AUG 2017, █████████████████████/Notification#1

John and Rob,

Another FSF, crew fatigue issue.

Regards

█████████
█████████

█████████████
█████████

█████████
█████████

████████████████████

**From:** ██████████████████████
**Sent:** Thursday, August 10, 2017 3:43 PM
**Cc:** █████████████████ ████████████████████
**Subject:** █████████████████ : 10 AUG 2017, █████████████████████/Notification#1



## 10 AUG 2017

### Notification #1: delay due to crew fatigue / Full Service impact

**SITUATION:**
Aircraft ▉▉▉▉, scheduled to operate ▉▉▉▉▉▉▉▉▉▉ will be delayed ex-▉▉ due to a crew member reporting fatigue. No spare crew available ex-▉▉. Consequently this flight sector and following rotations will be delayed as per timings below.

**MITIGATION/CONTINGENCY:**

| Date | Flight # | Origin | STD | ETD | Dest | STA | ETA | A/C Reg | OPR | A/C type | Change | SI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 AUG 2017 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | DEL | Crew fatigue |
| 11 AUG 2017 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | DEL | Rotational delay |
| 11 AUG 2017 | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | DEL | Rotational delay |

**SERVICE IMPACT:**
▉▉▉▉▉▉▉▉▉▉ impact TBD
▉▉▉▉▉▉▉▉▉▉▉▉▉ no impact anticipated based on above timings.

---





