# Exhibit 93

**From:** ▮

**Date:** August 28, 2017 at 00:45:13 PDT

**To:** "Carlson, Jeff (Jeff.Carlson@AtlasAir.com)" <Jeff.Carlson@AtlasAir.com>, "Burgett, David" <David.Burgett@AtlasAir.com>

**Cc:** "Perkins, Graham (Graham.Perkins@AtlasAir.com)" <Graham.Perkins@AtlasAir.com>, Brian Munson <Brian.Munson@atlasair.com>, ▮

**Subject:** ▮ - DELAYED OPERATIONS (CREW)

Dear Jeff, David and all,

Following on from the delay on ▮ please see a timeline of events below.

Sun 27AUG    Crew duty constraint (see below)

▮ 27AUG
- During the time of the loading and whilst the engineers were working on the aircraft, the crew made it very clear they were unhappy they were brought to the aircraft and having to wait for departure. Claiming that crew scheduling never should have waken them so early. Nevertheless, after a massive effort from both he▮ engineers and the (understaffed) ▮ Ramp team, we managed to have the aircraft locked up and MX ready by 11:35am.
The crew then advised they would be ready in approximately 45mins as they would need extra time to run through their checks and procedures. After checking with the crew several times, they finally advised that they called fatigue at approximately 12:15pm.

As a follow up, the ▮ team have discussed this particular issue and note that the crew solely contributed to the extensive 40 hour plus delay we now have in our network.

The lack of customer focus provided by this operating crew to the ▮ operation is exasperating and more than disappointing, particularly when our OTP has been challenged by other ATLAS events in recent weeks.

As a follow up we request that the following crew no longer operate on the ▮ network in the future and be removed from any rotation in our network as soon as possible.

Thank you and kind rgds,

************** PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING *************

******************* Confidentiality and Privilege Notice *******************

This e-mail is intended only to be read or used by the addressee. It is
confidential and may contain legally privileged information. If you are not
the addressee indicated in this message (or responsible for delivery of the
message to such person), you may not copy or deliver this message to anyone,
and you should destroy this message and kindly notify the sender by reply e-
mail. Confidentiality and legal privilege are not waived or lost by reason of
mistaken delivery to you.

████████████████████████████████████████
████████████████████████████████████████

***************************************************************************