# Exhibit 94

**From:** █████████
**Sent:** Sunday, August 27, 2017 7:07 PM
**To:** Perkins, Graham; Munson, Brian; Sarubbe, Kevin; Carlson, Jeff
**Cc:** █████████
**Subject:** FW: ███████ SCHEDULE REVISION

Hi Kevin/Graham/Brian/Jeff,

The delay below is extremely disappointing. The crew fatigue issue was hard for us to accept when we were already operating on a significant delay. To make matters worse we have a further 6 hour delay due to a crew wake up issue.

We are now almost 40 hours behind schedule with no sign of recovery.

Could you please as a matter of urgency look into a recovery option to minimise this delay. We really need to get back on schedule as quickly as possible so we can deliver the type of service our customers expect.

As you can imagine there are many questions being asked here in relation to how this could have occurred and how we can get back on schedule.

Regards,

█████████

**From:** Moses, Benny [mailto:Benny.Moses@AtlasAir.com]
**Sent:** Monday, 28 August 2017 2:20 AM
**To:** █████████; *Ground Ops SYD <GroundOpsSYD@AtlasAir.com>; *Ground Ops PVG <GroundOpsPVG@PolarAirCargo.com>; *Ground Ops ANC <GroundOpsANC@AtlasAir.com>; *Ground Ops JFK <GroundOpsJFK@AtlasAir.com>; *Ground Ops ORD <GroundOpsORD@AtlasAir.com>; *Ground Ops HNL <GroundOpsHNL@AtlasAir.com>; *Ground Ops CKG <GroundOpsCKG@AtlasAir.com>; ███████ *HDQ Catering <HDQCatering@AtlasAir.com>; *HDQ Crew Scheduling <hdqcrewsched@AtlasAir.com>; *HDQ Customer Service <HDQcustsrvc@AtlasAir.com>; *HDQ Ground Coordinators <hdqgrdcoordinators@AtlasAir.com>; *HDQ Hotel Desk <hdqhoteldesk@AtlasAir.com>; *HDQ MCC <hdqmcc@AtlasAir.com>; *HDQ MCC Duty Managers <hdqmccdutyman@AtlasAir.com>; *HDQ Operations Planning <hdqopsplan1@AtlasAir.com>; *HDQ Ops Controllers <hdqopscont@AtlasAir.com>; *HDQ Ops Managers <hdqopsmgrs@atlasair.com>; *HDQ Travel Desk <hdqtravhotels@AtlasAir.com>; *Permitting <Permitting@AtlasAir.com>; Dispatch

Atlas <HDQOW5Y@AtlasAir.com>
**Subject:** ▬▬▬▬▬▬ SCHEDULE REVISION

Good day all,

Due to crew additional rest requirement please note the revised schedule for ▬▬▬▬
All Dates/Times in UTC

| Date | Flight | DEP Stn | ARR Stn | DEP Time | ARR Time | Flight Delays |
|---|---|---|---|---|---|---|
| 08.28.2017 | | | | 2:00 | 11:54 | 38:34 |
| 08.28.2017 | | | | 13:55 | 22:15 | 38:05 |
| 08.28.2017 | | | | 23:15 | 6:05 | 37:20 |
| 08.29.2017 | | | | 8:05 | 10:50 | 42:50 |
| 08.29.2017 | | | | 12:50 | 21:35 | 33:00 |
| 08.29.2017 | | | | 22:10 | 8:20 | 31:50 |
| 08.30.2017 | | | | 10:35 | 21:25 | 29:15 |
| 08.30.2017 | | | | 23:25 | 2:05 | 30:05 |
| 08.31.2017 | | | | 4:05 | 12:25 | 16:20 |
| 08.31.2017 | | | | 13:25 | 19:00 | 15:45 |

**Benny Moses | Operations Controller | System Operations Control**
ATLAS AIR ✈ | Global Control Center | 24hr Phone: +1-914-701-8050
hdqopscont@AtlasAir.com | hdqopsmgrs@AtlasAir.com | Fax: +1-914-697-7843

************** PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING *************

****************** Confidentiality and Privilege Notice ******************

This e-mail is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply e-mail. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

**************************************************************************