# Exhibit 95

**From:** "Steen, Michael" <Michael.Steen@AtlasAir.com>
**Date:** August 30, 2017 at 10:24:56 PM EDT
**To:**
**Cc:** "Perkins, Graham" <Graham.Perkins@AtlasAir.com>, "Dietrich, John W." <JDIETRICH@AtlasAir.com>, "Sarubbe, Kevin" <Kevin.Sarubbe@AtlasAir.com>, "Steen, Michael" <Michael.Steen@AtlasAir.com>
**Subject: Re: Crew Fatigue**

Hi ,

I am glad to hear that you are feeling fit for fight and I look forward to catching up with you when you're back in the office.

We have indeed been hit by a series of events over the past week which included a major typhoon, hurricane Harvey and operational disruptions including the fatigue events which had an impact across our entire fleet and all customer segments.

As Kevin described in the call with ████, we are working very hard to get back on track and we'll get back to you with some further detail over the next several days regarding actions to ensure that your schedule is back to normal.

I fully understand your concern regarding the CAAC and customer concern.

Best regards,
Michael

On Aug 30, 2017, at 18:30, ████████████████████████████ wrote:

Hi Michael,

I'm just about ready to get back to work, starting next Monday. The team has asked me to raise this directly with you as we're quite concerned at the number of crew fatigue delays over the last week. We've now had 3 separate crew fatigue delays in the last week, resulting in one of our lines of flying now being delayed by 47 hours with no ability to operate on time until mid-next week.

We understand that the hurricane in Texas has had a significant impact on your operation however we are in an extremely serious position. Many of our customers have lost confidence in our ability to deliver a consistent service. Our other concern is the regulatory environment in China and their focus on on-time performance. The CAAC have advised us that the poorest performing airlines (bottom 3) will be penalised in relation to future government approval requests. (eg slots, new ports etc). This impacts the whole of █ operations into China including our pax services, so we really can't afford to get hit by the CAAC.

I would welcome anything you can do in relation to assisting us in efforts to recover. ██████ has reached out to Graham and Kevin today.

Many thanks and best regards,


************** PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING *************

******************* Confidentiality and Privilege Notice *******************

This e-mail is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply e-mail. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

███████████████████████████████████████

███████████████████████████████████████

***************************************************************************