# Exhibit 96

**From:** █████████████████████████████
**Date:** September 9, 2017 at 5:53:40 PM EDT
**To:** "Hyslop, Robert" <Robert.Hyslop@AtlasAir.com>, "Kurien, Abilash" <Abilash.Kurien@AtlasAir.com>, John Dietrich <John.Dietrich@Atlasair.com>
**Cc:** ███████████████████████████████████
**Subject:** FW: ██████████ Delay

Rob, Abi and John,

This is a real ugly delay, this is a FSF for Sunday sort as well, latest guess is arrival into ███ at 0605 on Monday, can you please provide details in regards to late rotation due to charter operation? Another sick call to add to this issue which just ensured FSF.

Regards



**From:** ████████████████████
**Sent:** Saturday, September 09, 2017 5:24 PM
**To:** ████████████████████
**Subject:** RE: ██████████ Delay

█████

AP is still sorting material and is going to provide details as soon as known, AP is going to try and limit the D1 material for this flight (see attached email).

Late Charter: 36'15"
Sick call: 7'50"

Total delay estimate: 44'05"

Regards,

█████████



**From:** ▬
**Sent:** Saturday, September 09, 2017 5:18 PM
**To:** ▬
**Subject:** RE: ▬ Delay



Thanks, can you please provide breakdown in regards to delay, late charter=? And sick crew member=? Also how much TDI on this flight which was scheduled to arrive on Day 6, Thanks.

Regards



**From:** ▬
**Sent:** Saturday, September 09, 2017 5:15 PM
**To:** ▬
**Cc:** ▬



**Subject:** ▬ Delay
**Importance:** High

All,

Flight ▮▮▮▮ (09/09/17) (▮▮▮) is estimated to be delayed +44'05" out of ▮▮ due to late positioning of aircraft from charter and flight crew sick call. The flight is estimated to arrive into ▮▮ on Monday 09/11 at 0605 local.

▮▮ will send out an update once the flight departs ▮▮.

Regards,

