IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS AIR, INC. and POLAR AIR CARGO WORLDWIDE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, <br><br> Defendants. | Civil Action No. <br><br><br> **DECLARATION OF JERROLD A. GLASS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, JERROLD A. GLASS, declare and state as follows:

1. I am the President of F&H Solutions Group ("F&H Solutions"). I have personal knowledge of the facts set forth below and if called as a witness in this matter, I could and would competently testify thereto.

A. Background Regarding Work Experience

2. I am a recognized human resources expert and labor relations expert. I have extensive experience as a negotiator, an analyst, and an advisor, and I have served as chief negotiator for more than 200 different labor agreements in the airline, railroad, real estate/property management, construction, media, and manufacturing industries. I previously worked at US Airways, Inc. from April 2002 from September 2005, where I served as Executive Vice President and Chief Human Resources Officer, and had overall responsibility for labor relations, human resources, policy and compliance, benefits, compensation, recruiting, and corporate learning and development.

3.     Prior to founding J. Glass & Associates, F&H Solution's predecessor, I served from 1980 to 1989 with the Airline Industrial Relations Conference, the labor policy and information exchange organization of U.S. scheduled airlines, holding several senior positions, including vice president, secretary-treasurer and director, labor relations research.  I reported to the chief executive officers and chief labor relations officers of 22 airlines and was responsible for keeping members abreast of changes in labor agreements, contract negotiations, and trends in collective bargaining.  I am a graduate of Boston University and hold a master's degree in public administration from The George Washington University.

4.     I currently serve, and have served since negotiations commenced, as chief negotiator for Atlas Air, Inc. ("Atlas") and Southern Air, Inc. ("Southern") in their collective bargaining negotiations for a joint pilot collective bargaining agreement with International Brotherhood of Teamsters, International Brotherhood of Teamsters, Airline Division, and Airline Professionals Association of the International Brotherhood of Teamsters, Local Union No. 1224 (collectively, the "Union").

B.     <u>The June 9, 2017 Telephone Call Between Representatives Of Atlas And Southern And Representatives Of the Union</u>

5.     On June 9, 2017, I participated in a telephone call with counsel for Atlas and Southern as well as counsel for the Union.  During the call, the parties discussed the agreement that they were negotiating regarding the process for negotiating a joint collective bargaining agreement applicable to the pilots of both Atlas and Southern.

6.     During the conversation, counsel for Atlas informed the Union's counsel that Atlas knew that pilots were engaged in a status quo violation disrupting Atlas' operations.  Atlas' counsel stated that Atlas expected the slowdown to stop as the parties negotiated for a joint collective bargaining agreement and that Atlas reserved all of its legal rights in that regard.

Atlas' counsel asked that the Union's representatives inform their clients about what he said. They responded that they would do so.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 25th day of September, 2017 at Washington, D.C.

_____
Jerrold A. Glass