# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS AIR, INC. and POLAR AIR CARGO WORLDWIDE, INC., | Civil Action No. |
| Plaintiffs, | **DECLARATION OF DARIN N. LEE, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, | |
| Defendants. | |

# I.   QUALIFICATIONS & ASSIGNMENT

1.  I am an economist and Executive Vice President in the Boston, Massachusetts office of Compass Lexecon, a consulting firm that specializes in the application of economics to legal and regulatory issues.  I specialize in the economics of the airline industry, industrial organization, labor economics and auctions.  My business address is 200 State Street, 9th Floor, Boston, Massachusetts, 02109.  I have nearly 20 years of experience providing expert consulting services to numerous domestic and international airlines, industry trade associations and labor organizations on a wide variety of economic and statistical matters involving the airline industry including labor disputes, bankruptcy reorganization, mergers, alleged anti-competitive behavior, alliances and antitrust immunity, commercial disputes, seniority integration and business interruption matters.  I have published numerous empirical articles on various aspects of airline economics (including airline operational performance) in peer-reviewed, academic journals such as *The Journal of Law & Economics*, the *Journal of Labor Economics*, *Economics of Transportation*, and the *Journal of Economics & Management Strategy*.  I also served as the editor of volumes 1 and 2 of the Advances in Airline Economics book series, a collection of scholarly research papers on various aspects of airline economics published by Elsevier.

2.  I have testified as an expert on the airline industry, statistics and labor economics— including in matters related to violations under the Railway Labor Act—in federal court and before numerous arbitration boards.  I have also filed testimony before the U.S. Department of Transportation on matters related to the economics of the airline industry and have presented empirical analyses regarding various aspects of the airline industry

1

before the U.S. Department of Justice, the U.S. Department of State and numerous foreign competition and transportation authorities.

3.   I received my Ph.D. in Economics from Brown University in 1998 and also hold an M.A. in Economics from Queen's University in Kingston, Ontario and a B.Sc. in Economics from the University of Victoria, Canada.   I have taught graduate level courses in economics at the University of Colorado-Denver.   My *curriculum vitae* is attached to this declaration as Appendix A.

4.   I have been retained by O'Melveny & Myers LLP, counsel for Atlas Air, Inc. and Polar Air Cargo Worldwide, Inc. (collectively hereinafter "Atlas" or "the Company")[1] to provide an independent statistical analysis of changes in pilot behavior that the Company has experienced since the collective bargaining unit for its pilots (the International Brotherhood of Teamsters ("IBT"), the IBT, Airline Division, and the Airline Professionals Association of the IBT, Local Union No. 1224 ("IBT Local 1224")) (collectively, the "Union") sent notice to Atlas that it was initiating bargaining for a new collective bargaining agreement ("CBA") and to determine the likelihood that the elevated level of these behaviors could have been the result of random statistical variation.   I have also been asked to assess the extent to which these changes in pilot behavior have eroded the reliability of the Company's operations, and in turn, have harmed the Company and its customers.   Finally, I have been asked to assess the likely

---

[1] Atlas Air, Inc. is a wholly-owned subsidiary of Atlas Air Worldwide ("AAWW"), a holding company that also owns 100% of Southern Air, Inc. ("Southern"), 50% of Polar and 100% of Titan Aviation Holdings, Inc. (a company that is primarily engaged in leasing aircraft and engines to a variety of airline customers).  *See* Atlas Air Worldwide Holdings 2016 10-K.

2

implications on Atlas's ability to retain its current customer base and exploit future flying opportunities if the current operational disruptions continue (much less worsen) during the upcoming peak holiday shopping−and hence−shipping season.

5.  This declaration contains a statement of my opinions as well as the bases for those opinions, and is supported by the work that I have performed or supervised to date.  The opinions set forth in this declaration are based upon my review and analysis of:  (i) relevant documents and data in this matter as provided to me by counsel and the Company; (ii) relevant publicly available airline data sources including masFlight flight operations data for commercial airlines ("masFlight") and the Official Airline Guide ("OAG") airline schedule database; (iii) other relevant publicly available data and information sources including academic articles, filings made with the U.S. Securities and Exchange Commission ("SEC"), press releases, weekly rates of influenza from the U.S. Centers for Disease Control ("CDC") and daily airport weather data from Weather Underground Inc.; (iv) conversations with Company officials; and (v) my own knowledge and experience from working with and conducting academic research on the aviation industry.[2]  My investigation and consideration of the issues in this matter are ongoing.  Accordingly, my opinions are subject to revision based on the work I may complete in the future and further documents, data, testimony, and other materials I may review.  My professional fees for this matter are $750 per hour and my compensation is not contingent on the outcome of this litigation.

---

[2] A list of documents and information sources considered is provided as Appendix B.

3

## II.   SUMMARY OF OPINIONS

6.   Based on my review of the relevant issues, data and documents in this matter to date, I have formed the following opinions:

- Starting on or around February 16, 2016−the date that the Union sent its Section 6 notice to the Company[3]−several measures of behavior by Atlas's pilots began to exhibit significant changes relative to their historical norms.  These changes in pilot behavior include (among other things):  (i) an increase in the proportion of pilot sick calls made on short notice, (ii) an increase in the proportion of Atlas's pilots reporting themselves as being unable to perform their duties due to fatigue, (iii) a decrease in the willingness by pilots to accept additional flying assignments (known as "open time"), (iv) a sharp and widespread decline in the willingness of pilots to depart once their aircraft is loaded and ready, and (v) a sharp increase in the frequency that pilots are writing-up mechanical issues on aircraft under their command.

- Economists and statisticians routinely rely upon a variety of tests to determine the likelihood that an observed outcome (e.g., the number of pilot fatigue calls Atlas experiences in a given month) lies within the range of random variation.  The changes in each of the measures of pilot behavior enumerated above since the Union's Section 6 notice is well in excess of what conventional statistical analysis

---

[3]  Source: "Teamsters Send Section 6 Notice to Atlas Air, Southern Air," PR Newswire, February 24, 2016.  A notice pursuant to Section 6 of the Railway Labor Act ("RLA") is a means for initiating bargaining for a new CBA.

4

would consider to be "random" occurrences when compared to a historical base period. Moreover, several measures of pilot behavior have reached *unprecedented* levels since early 2016. For example, between January 2013 and February 2016, the overall proportion of pilot sick calls that occurred on short notice (i.e., on the *same day* as, including *upon wakeup* for, the pilot's next duty period[4]) was 14.4%, with the monthly proportion reaching as high as 20.7% only once. However, just as 2016's peak shipping season was beginning (i.e., in October 2016), the proportion of pilot sick calls occurring on short notice rose to unprecedented levels (25%) and have remained well above the average rate from the base period ever since. Overall, there have been ten months since the Union sent its Section 6 notice where sick calls occurring on short notice exceeded the prior high of 20.7%. Based on the historical base period of data for this measure of pilot behavior, the probability of observing ten months with this "outlier" rate of short-notice sick calls by Atlas's pilots is *less than one-in-one billion.*

- Statistically anomalous rates of pilot behavior commencing after the Union sent its Section 6 notice is not limited to sick calls occurring on short notice. For example, since early 2016, there have been eight months with more than 17.8 fatigue calls per 1,000 active pilots (i.e., the highest observed monthly fatigue call rate prior to the Union sending its Section 6 notice). Based on standard statistical techniques,

---

[4] A "duty-period" is the time when a pilot is on duty and typically involves a flight or reserve assignment, but can also include a pilot traveling to their flight assignment from his/her crew base (known as "dead-heading").

the probability of observing this many months since the Union sent its Section 6 notice with "outlier" levels of fatigue calls is less than *one-in-600,000*.

- Likewise, since the Union sent its Section 6 notice, there has been a sharp decline in pilots' willingness to pick up open time flying assignments. For example, during 2015, Atlas crew schedulers were only required to make an average of 1.5 calls to pilots to fill an open time trip. The average number of calls required to fill open time trips increased to over two during the first eight months of 2016 and since September 2016, have averaged over *three* calls per open trip (i.e., twice their pre-Section 6 notice level).

- Short-notice sick calls, fatigue calls, or the inability to find a pilot willing to pick up open time flying assignments can result in prolonged flight delays. Unlike scheduled passenger carriers such as American, Delta or United, which operate hundreds of flights each day from their "hub" airports and therefore have large numbers of reserve pilots available to step in on short notice in the event of a sick or fatigue call, Atlas is a relatively small carrier, whose aircraft are typically spread out across the country and around the globe, including in many far-flung destinations.[5] Because of Atlas's smaller size and more decentralized network, the *average* delay associated with a short-notice sick call or fatigue call is approximately eight hours, but depending on where they occur, the delays can last

---

[5] Moreover, when a passenger flight is cancelled, airlines are typically able to re-book passengers on the subsequent flight, re-route them by way of a different hub, or—in some circumstances—arrange for them to fly on another carrier with limited disruption.

for days.[6]  While extended delays cause disruptions for all of Atlas's customers, prolonged delays are also particularly damaging when they impact flights that Atlas operates for the U.S. military, as many of these flights carry U.S. servicemen and servicewomen (and other critical national security assets) to/from their deployments across the globe.  When these flights are delayed, it can cause the nation's military readiness to be put at risk, and/or result in distress among the families of U.S. servicemen and servicewomen returning home after months of overseas deployment.[7]  Prolonged delays are also extremely damaging to two of Atlas's largest customers (DHL and Amazon), which operate "time-definite" networks to deliver merchandise and other time-sensitive packages to consumers and businesses around the world.  The time-definite nature of these customers' operations rely on Atlas's flights arriving on-time, either at their final destination airport, or to these customers' "hubs" so that packages onboard those flights can be quickly sorted and re-loaded onto another flight transporting them to their final destinations.  When a pilot-induced delay causes the contents onboard an Atlas flight to miss a customer's "sort," it can result in *thousands* of individual packages failing to reach their destinations on-time, resulting in an extreme loss of customer

---

[6] *See, e.g.*, Declaration of Jeff Carlson ("Carlson Decl.") ¶ 23 (discussing the implications of sick or fatigue calls that occur in locations such as Sydney, Australia).

[7] *See, e.g.*, Carlson Decl. ¶ 180 Ex. 97 (quoting an e-mail from the wife of a U.S. serviceman whose flight was delayed): "You are an AMERICAN Contractor and it is your duty to get OUR American SOLIDERS home safely and ONTIME.  This is absolutely absurd they defend OUR COUNTRY and YOUR FREEDOM in overseas wars or missions and your duty is to get them home in a timely manner.").

goodwill among Atlas's customers[8] and sometimes triggering monetary penalties for Atlas.[9]

- Changes in pilot behavior are not limited to those that result in long, highly-disruptive delays.  For example, starting around the time that the Union sent its Section 6 notice, there has been a sharp and persistent decline in the willingness of pilots to depart when their aircraft is loaded and ready.  Based on a statistical "regression" model that controls for the factors that systematically influence the ability of pilots to depart when their aircraft is loaded and ready, the proportion of Atlas's flights departing when loaded and ready has plunged by 35.0 percentage points since the Union sent its Section 6 notice, while the proportion of Atlas's flights departing *exactly at the estimated time of departure* increased by 31.9 percentage points.  Both changes in behavior are statistically significant at the 99% level of confidence,[10] and coincide with several communications by the Union's leadership directing its members to engage in a "BOOT" (i.e., Block Out On-Time) campaign.[11]   Overall, this orchestrated "BOOT" campaign has resulted in the

---

[8] *See* Ibid. ¶ 166 Ex. 89(citing a customer e-mail following a flight disruption that described how a crew calling in sick caused a four-hour delay and "missed package connections and missed customer promise.").

[9] *See* Ibid. ¶¶ 176-77.

[10] It is standard practice among economists and statisticians to evaluate statistical significance based at the 5% and 1% levels (alternatively, the 95% and 99% confidence levels).  Thus, when the probability of an observed value is greater than 5%, economists and statisticians typically agree that the observed value could have been the result of random variation.

[11] *See* Carlson Decl. ¶ 64, Ex. 19 at 1:7-11, 2:4-6 (quoting a June 20, 2016 CBA Chat video podcast, which stated: "BOOT stands for Block Out On Time.  And starting immediately, your

average Atlas flight departing six minutes later than it would otherwise have departed under normal (i.e., status quo) pilot behavior.[12] Because Atlas's customers expect flights to depart once loaded and ready (even if this is before the flight's estimated time of departure), the dramatic and statistically significant reduction in pilots' willingness to depart when loaded and ready has resulted in a substantial erosion in the Company's goodwill among several of its key customers, including Amazon and DHL,[13] and puts the Company's future relationship with those (and other) customers at risk.

- Similarly, since the Union sent its Section 6 notice, there has been a sharp and statistically significant increase in the rate at which pilots have been finding and "writing-up" maintenance discrepancies on aircraft.  For example, a regression model that controls for the factors that are systematically related to the frequency of pilot maintenance write-ups shows that since February 16, 2016, there has been a 43.4 percentage point increase in pilot write-ups per flight on the 767 fleet and a 10.3 percent increase in pilot write-ups on the 747 fleet.  Like the reduced willingness to depart once loaded and ready, this change in pilot behavior is statistically significant at the 99% confidence level.  However, unlike the BOOT

---

EXCO are requesting that we all strive to block out on time, no early departures . . . By blocking out on time, you are a shopper.  And you're promoting a safer and CBA compliant operation.").

[12] Moreover, a regression model that controls for the factors that are systematically related to the average taxi times shows that since February 16, 2016, there has been a 0.60 minute increase in average taxi-in times and a 0.62 minute increase in average taxi-out times per flight.

[13] *See* Carlson Decl. ¶ 34 Ex. 86 (quoting an e-mail from a customer, which stated: "The expectation was set to depart ASAP upon quick-turn of the aircraft to ensure an on-time arrival . . . .  The aircrew refused to depart until the 'scheduled' time set by Atlas (2039Z).").

campaign, pilot-induced write-ups (like a pilot fatigue call, short-notice sick call or inability to find a pilot willing to pick up open time) can often lead to prolonged delays, and hence, greater disruption to Atlas and its customers.

- The sharp and statistically significant increase in various measures of pilot behavior that commenced on or after the Union sent its Section 6 notice coincides with a flurry of communications from the Union and its leadership encouraging its members to engage in an unlawful job action aimed at disrupting the Company's operations.  In addition to direct instructions by the Union's leadership instructing its members to engage in the BOOT campaign, the Union has issued a number of communications encouraging pilots to take actions aimed at disrupting the Company's operations in order to exert leverage on the Company.[14]

- In aggregate, the changes in pilot behavior that have occurred since the Union sent its Section 6 notice—at the direct urging of the Union—have resulted in a demonstrable adverse impact to the Company's operational performance.  In

---

[14] *See, e.g*., Ibid. ¶ 49 Ex. 8 at 1:17-21 (quoting a February 15, 2016 ATAM, which stated:  "Are you going to continue to sell your talents for a quick buck, or are you going to stop doing the Company favors and follow the CBA to the letter and give your EXCO and Negotiation Committee the leverage and power they need today?"); Ibid. ¶ 48 Ex. 7 at 3:21-4:4 (quoting a Union video communication to pilots, which stated "So always be safe.  Don't fly or train fatigued.  Remember . . . it's your CBA.  They signed it.  You use it."); Ibid. ¶ 55 Ex. 12 at 10:9-19 (quoting a March 31, 2016 ATAM, which stated:  "What is SHOPing, you say?  Well, it stands for Stop Helping Out Purchase.  And when we do this one thing, requiring some judgment on your part, and strictly following the CBA, it emphasizes to management how important and valuable a well compensated and highly motivated crew force can be to enhancing their operations and customer satisfaction."); Ibid. ¶ 61 Ex. 16 at 14:11-16, 17:3-4 (quoting a May 13, 2016 ATAM, which stated: "Atlas' customers will not be happy if the planes stop flying. . .  All we have to do is follow the CBA, shop, and boot.  And that's what your Union asks of you.").

addition to the highly persistent and widespread BOOT delays, a regression analysis controlling for the factors that systematically influence *prolonged delays* (i.e., those of at least six hours) indicates that since December 2016, the cumulative effect of changes in pilot behavior such as short-notice sick calls, fatigue calls, write-ups and a reduced willingness to pick-up open time has resulted in a 1.18 percentage point increase in prolonged delays on all Atlas flights, and a 3.67 percentage point increase on flights operated for the U.S. military.   Because prolonged delays under more normal periods of pilot behavior occur infrequently, a 1.18 *percentage point* increase in prolonged delays due to changes in pilot behavior equates to an overall increase in these highly disruptive delays of 83%, and for military flights, the 3.67 percentage point increase due to pilot behavior equates to an increase *of over 200%*.   Overall, changes in pilot behavior have resulted in approximately 380 prolonged delays since December 2016, causing substantial disruption to Atlas's customers and a substantial erosion in Atlas's goodwill among its customers.

- In sum, based on the analysis summarized in this report, it is my opinion that the dramatic and statistically significant increase in numerous measures of pilot behavior that has resulted in a deterioration of the Company's operating performance and the loss of goodwill among many of its key customers, is the result of a concerted job action by Atlas's pilots aimed at exerting leverage on the Company during the current contract negotiations.   Moreover, if this behavior continues—particularly in the period leading up to and including the peak holiday season—Atlas is at risk of suffering further and irreparable harm.   This is because

11

Atlas competes in the highly competitive and largely commoditized market for providing outsourced cargo lift, whereby the Company's customers can and do source lift from multiple carriers.[15] For example, Amazon (Atlas's fastest growing customer) sources identical "PrimeAir" flying services not only from Atlas, but also from two of Atlas's competitors (ABX and ATI). If the contracted flight services provided by Atlas fail to meet Amazon's (or any of Atlas's other customers') expectations with regards to reliability, the highly commoditized nature of offering outsourced cargo lift means that these customers can replace the services of poorly performing carriers with those of other carriers able to offer more reliable and dependable services.[16]

7. The remainder of my report is organized as follows. Section III provides a brief overview of Atlas's operations. Section IV describes in detail my statistical analysis of the changes in various measures of pilot behavior that have occurred since the Union sent its Section 6 notice in February 2016. Section V describes how these changes in pilot behavior have eroded the reliability of the Company's operations, adversely impacting the Company's

---

[15] For example, other carriers that participate in Long Range International Segment of the U.S. Civil Reserve Air Fleet ("CRAF") program (the U.S. Department of Defense's program to procure airlift from civilian carriers) include (among others), ABX Air, Air Transport International, American Airlines, Delta Air Lines, Federal Express Airlines, Hawaiian Airlines, Kalitta Air Cargo, National Air Cargo Group dba National Airlines, Omni Air International, Polar Air Cargo, United Airlines, United Parcel Service and Western Global. *See* http://www.amc.af.mil/About-Us/Fact-Sheets/Display/Article/144025/civil-reserve-air-fleet/http://www.amc.af.mil/About-Us/Fact-Sheets/Display/Article/144025/civil-reserve-air-fleet/ (accessed on September 6, 2017).

[16]*See, e.g.*, Carlson Decl. ¶¶ 163, 166 Ex. 84, 88 (citing customer e-mails, which stated: "Understand these things can happen, but have never seen this with such a frequency on any other operator" and "I am genuinely concerned about the rate at which Atlas pilots call fatigue compared to all other [] air carriers [serving the customer]. On a flight-normalized basis, Atlas's rate of fatigue calls is more than four times higher than other carriers, combined.").

reputation and resulting in a loss of customer goodwill.  Section VI describes why it is reasonable to conclude that Atlas's pilots will target the Company's operations to exert even greater leverage during the upcoming peak shipping season, and why—if that were to occur—it could cause further and irreparable harm to the Company.  Section VII briefly summarizes my conclusions.

## III.   OVERVIEW OF ATLAS'S OPERATIONS

8.   Atlas is the world's largest provider of outsourced, dedicated cargo aircraft services and operates a fleet of widebody Boeing 747 and 767 freighters,[17] in addition to a smaller number of passenger aircraft.[18]  Atlas's cargo customers include (among many others) the U.S. military, major integrated express package carriers such as DHL, UPS and FedEx, Amazon, global passenger carriers that want to supplement their cargo service capabilities beyond the belly space on their passenger aircraft using dedicated freighters (e.g., Qantas, Emirates, Cathay Pacific, Etihad, Asiana, etc.) and freight forwarding and logistics companies.[19]  Atlas's passenger customers include the U.S. military (which relies heavily on Atlas to transport U.S. service-men and -women to and from their overseas deployments), college and professional teams traveling to and from major

---

[17] In addition, AAWW's Southern Air subsidiary operates a fleet of widebody Boeing 777 freighters and narrowbody Boeing 737 freighters.  *See* AAWW Investor Slides, September 2017, page 15.

[18] As of July 2017, Atlas's fleet consisted of 42 Boeing 747s (38 freighters and four passenger aircraft) and 34 Boeing 767 aircraft (28 freighters and six passenger aircraft).  *See* AAWW Investor Slides, September 2017, page 1.

[19] Carlson Decl. ¶¶ 3-6.

sporting events, as well as a plethora of other customers in need of a widebody passenger charter aircraft to reach destinations throughout the country and around the globe.[20]

9.  As a result of the diverse nature of Atlas's customers and their unique air transportation needs, Atlas operated flights to 427 different airports in over 100 different countries over the last twelve months (as shown in Exhibit 1 below).  By way of comparison, in 2017, the largest U.S. passenger carrier—American Airlines—operated flights to approximately half as many (i.e., 54) countries.[21]

---

[20] *See* ibid.

[21] Source:  OAG.

14

EXHIBIT 1:  AIRPORTS SERVED BY ATLAS, YEAR ENDING AUGUST 2017



Source: Analysis of Atlas data.
Note: Full year ending August 2017. Airports sized by number of Atlas departures.

10.   Historically, the core of Atlas's business was focused on providing long-haul, intercontinental flights using Boeing 747 aircraft for a variety of commercial customers as well as the U.S. military.[22]  More recently, however, both the scope and size of Atlas's operations has grown tremendously, necessitating the broadening of Atlas's network and fleet.[23]  In particular, with the boom of e-commerce (both domestically and abroad), Atlas has become a leading provider of aircraft lift services to the world's largest business-to-consumer online retailer (Amazon), as well as one of the largest global integrated express

---

[22] Until 2011, Atlas's fleet was comprised exclusively of different variants of the Boeing 747 family of aircraft.  Carlson Decl. ¶ 5.

[23] Ibid.

package shippers (DHL).[24]  The importance of these two time-definite customers to Atlas—who collectively ship millions of packages each day to consumers and businesses—is shown in Exhibit 2 below.

### EXHIBIT 2:  NUMBER OF ATLAS FLIGHT BY CUSTOMER



Source: Analysis of Atlas data.

11. As a result of the rapid growth of the Company's operations in support of its e-commerce and express package customers, Atlas now operates—broadly speaking—two different "networks":  the Company's traditional long-haul, intercontinental network and a shorter-haul domestic network centered around Atlas's 767s serving Amazon and DHL's point-to-point and hub operations.[25]  Not only have these relatively shorter-haul domestic

---

[24] Ibid. ¶ 6.

[25] Ibid.

flights become a critical element for the continued expansion of e-commerce and the direct flow of merchandise between U.S. businesses to consumers that is transforming the U.S. economy, as shown in Exhibit 3, domestic operations now account for approximately 40% of Atlas's flights, whereas in 2007, domestic operations constituted less than 20% of Atlas's flights.

**EXHIBIT 3:  PROPORTION OF ATLAS FLIGHTS BY DOMESTIC/INTERNATIONAL**



Source: Analysis of Atlas data.
Note: Long haul international reflects international flights greater than 2,500 miles.

12. While e-commerce and express package flights accounted for only a small handful of Atlas's overall domestic and international operations in 2007, for the year ending August 2017, domestic and international e-commerce and express package flights accounted for approximately half of all of the Company's flights.  Moreover, this proportion is expected to grow even more as Atlas continues to expand its fleet of Prime Air aircraft (767

freighters operated exclusively for Amazon) from seven today to 20 by the end of 2018.[26] While the growth in Atlas's e-commerce and express package segment of its business has resulted in a greater proportion of the Company's flights operating on a more predictable schedule, it has also meant that this higher proportion of flights are operated for *time-definite* customers who depend on Atlas's flights operating with an extremely high degree of reliably so that the packages onboard those flights can be delivered to their own customers at the promised time.

13. Finally, as noted above, Atlas is a key supplier of both cargo and passenger lift to the U.S. military under the CRAF program, which augments the U.S. Department of Defense's air lift capacity by allowing U.S. civil air carriers to operate flights for the U.S. military. Exhibit 4 shows airports served by Atlas flights on behalf of the U.S. Military. For the year ending August 2017, Atlas operated more than 5,000 flights on behalf of the U.S. military to 60 countries around the world, several of which were to critically-important U.S. military bases, such as Bagram Air Field in Afghanistan and Osan Air Base in South Korea.[27]

---

[26] Ibid.

[27] Analysis of Atlas flight data.

EXHIBIT 4:  AIRPORTS SERVED BY ATLAS FLIGHTS ON BEHALF OF U.S. MILITARY, YE AUGUST 2017



Source: Analysis of Atlas data.
Note: Full year ending August 2017. Airports sized by number of Atlas departures.

14.   Notwithstanding the deep global reach of Atlas's network and the increasing scope of its domestic operations, Atlas is a relatively small air carrier compared to the large U.S. passenger carriers, both in terms of the number of aircraft in its fleet and the number of daily flights it operates.[28]  Because of the smaller, but more geographically decentralized nature of its operations, Atlas—and its customers—are far more vulnerable to flight disruptions than passenger carriers.  For example, unlike the long-haul international operations of passenger carriers such as American, Delta and United whose fleets of

---

[28] For example, while Atlas operated an average of 119 daily flights using 70 different aircraft in August 2017, American—the largest U.S. passenger carrier—averaged over 6,000 daily flights using a fleet of over 1,500 aircraft.  Source:  Analysis of Atlas data, OAG and American 2016 10-K.

19

international aircraft (and crews) are routed from their hubs to a single international destination and then back to a hub, the unique nature of Atlas's business and customer base in the long-haul international segment of its operations means that its aircraft and crew are often away from base (and far from a potential reserve pilot) for well over a week, making the carrier uniquely susceptible to a pilot sick or fatigue call.

15. Similarly, while Atlas typically operates a single flight on the vast majority of routes it serves on any given day, passenger carriers such as American, United and Delta offer multiple flights each day on the vast majority of their routes.[29]  As a result, when a passenger carrier is forced to cancel a flight due to mechanical or crew-availability reasons, passengers that are booked on that flight can typically be re-booked on a comparable flight later that day, or alternatively, routed over a different hub (e.g., Chicago instead of Dallas on American or Detroit instead of Atlanta on Delta) to reach their final destination with limited disruption.[30]  While Atlas does not "cancel" flights in the same way that passenger carriers do, it has increasingly been forced to suffer prolonged delays (averaging 8 hours but often lasting much longer)[31] as a result of pilot sick and fatigue calls, the pilots' refusal to pick up open time, and unnecessary write-ups.

---

[29] For example, on August 19, 2017, the average number of flights per route served by Atlas was 1.1.  In contrast, on August 19, 2017, the average number of flights per route served by American, Delta and United was 3.0, 2.6, and 2.6, respectively.  Source:  OAG.

[30] In the case of international journeys, passengers whose flights are cancelled can often by re-accommodated on an alliance partner's flights (e.g., Lufthansa accommodating a United passenger whose flight is cancelled).

[31] The average delay minutes attributable to crew sick and fatigue delays is approximately eight hours. Source: analysis of Atlas data.

20

In some instances, Atlas needs to fly in a relief pilot from another part of the world, who must then rest, and then complete the originally scheduled flight, several days later, causing substantial disruption (and potentially the spoilage of perishable cargo) for Atlas's customer.[32]

## IV.   ANALYSIS OF CHANGES IN ATLAS PILOTS' BEHAVIOR SINCE THE UNION SENT ITS SECTION 6 NOTICE

16.   Since the Union sent the Company its February 16, 2016 Section 6 notice, there have been a number of demonstrable and statistically significant changes in pilot behavior including (at a minimum):  an increase in the proportion of sick calls on short notice, an increase in fatigue calls, a decline in pilots' willingness to accept open time assignments, a decrease in pilots' willingness to depart once loaded and ready, an increase in pilot write-ups, and slower taxi times.

### a.   Short-Notice Sick Calls

17.   Atlas—like all airlines—experiences some number of sick calls by pilots each day. While all sick calls necessitate the airline finding a replacement pilot, sick calls that are made on short notice (i.e., on the same day as, including *upon wakeup* for, the pilot's next scheduled duty period) have a greater potential to cause disruptions to Atlas's operations because the carrier has less time to locate a replacement pilot in the vicinity

---

[32] *See* Carlson Decl. ¶ 8.

of the affected flight.[33]  As shown in Exhibit 5, starting in late 2016, there has been a sharp increase in the proportion of pilot sick calls occurring on short notice.[34]  For example, Exhibit 5 shows that between January 2013 and February 2016, the overall proportion of pilot sick calls that occurred on short notice was 14.4%, with the highest it ever reached being 20.7%, which happened only once in November 2014.  However, between October 1, 2016 and September 20, 2017, the proportion of pilot sick calls occurring on short notice increased to 23.8%, and there have been ten months since the Union sent its Section 6 notice with at least 20.7% of sick calls occurring on short notice (i.e., at or above the previous "high water" mark for short-notice sick calls).[35]

---

[33] For example, if a pilot calls in sick in Sydney, it generally takes the Company a day and a half to two days to obtain a replacement crewmember since the crewmember must fly all the way to Sydney and then get their required rest.  *See* Ibid. ¶ 23.

[34] I exclude from the denominator any sick calls that were coded as "MED" after the date of the pilot's duty period.

[35] While Exhibit 5 looks at the proportion of pilot sick calls occurring on short notice, the short-notice sick rate (i.e., short-notice sick calls divided by the number of pilots) has also increased over the same period.

**EXHIBIT 5:  PROPORTION OF PILOT SICK CALLS OCCURRING ON SHORT NOTICE**



Source: Analysis of Atlas data.
Note: Data through September 20, 2017. Pre section 6 average is the monthly average between January 2013 and January 2016. Post section 6 average is the monthly average between March 2016 and August 2017. Excludes MED days that were recorded after the date of the duty period.

18.  While some proportion of pilots will inevitably call in sick on the same day as their next scheduled duty period, the historical precedent at Atlas has been for a greater share of sick calls to be with one, two, or even three (or more) days of advance notice.  For example, Exhibit 6 compares the percentage of pilots calling in sick by days of advance notice between October 1, 2016-September 20, 2017 and the same period from one year earlier (i.e., October 1, 2015-September 20, 2016).  Exhibit 6 shows that while the percent of short-notice sick calls has increased from 13.8% to 23.8%, the percent of sick calls occurring at least two days in advance has declined by 12.9 percentage points from 44.5% to 31.6%.

23

EXHIBIT 6:  PILOT SICK CALLS BY DAYS OF ADVANCE NOTICE



Source: Analysis of Atlas data.
Note: Excludes MED days that were recorded after the date of the duty period.

19.   Moreover, while the overall rate of pilot sick calls has the potential to be systematically

influenced by a variety of exogenous factors (e.g., seasonality, rates of communicable

disease, the intensity at which pilots are flying), the amount of *advance notice* that pilots

provide when calling in sick is unlikely to be systematically influenced by these factors.

Based on the historical (i.e., pre-Section 6 notice) distribution of the proportion of

monthly sick calls made on short notice, the probability that one would observe a month

where the proportion was 20.7% (or greater) is approximately 2.7%.[36]   However, as

shown in Exhibit 5 above, since the Union sent its Section 6 notice on February 16, 2016,

there have been ten months in which the proportion of sick calls made on short notice

_____

[36] During the 37 month period between January 2013 and February 2016, there was only one month
in which the rate reached 20.7%, hence, the historical probability is 1-in-37, or roughly 2.7%.

was at least 20.7%.  Based on standard statistical methods, the probability of observing ten months with this "outlier" rate of short-notice sick calls is less than *one-in-one billion*.[37]  In light of this exceedingly remote probability, it is reasonable to conclude that the sharp increase in the proportion of sick calls made on short notice since the Union sent its Section 6 notice is not the result of random statistical variation, but rather, a concerted change in behavior by Atlas's pilots aimed at disrupting the Company's operations.

### b.  Increases in Pilot Fatigue Calls

20.  Another pilot-availability factor that has the potential to cause flight disruptions are pilot fatigue calls.  Because most pilot fatigue calls occur in the middle of a pilot's trip, fatigue calls—particularly those that occur in remote locations where the Company does not have substitute pilots readily available—often lead to long flight delays, imposing substantial inconvenience on Atlas's customers.

---

[37] The probability of observing 10 (or more) events that are expected to occur randomly only 2.7 percent of the time from a sample of 19 events is calculated as:

$$=\sum_{k=10}^{19} \binom{19}{k} 0.027^k 0.973^{19-k}.$$

This calculation is known as a Bernoulli trial or binomial probability test.  *See*, for example, *An Introduction to Probability and Its Applications*, pages 140-144, Richard J. Larsen and Morris L. Marx, Prentice Hall. 1985.  It is important to note that it is standard practice when applying the Bernoulli trial test to sum the probability of observing *exactly the number of observed outliers* (here, 10) with the probabilities of *all rarer occurrences*.  Since probabilities must be non-negative by definition, the probability of observing $k$ (e.g., 10) *or more* outliers is higher than the probability of observing exactly $k$ (e.g., 10) outliers.

21. Since the Union sent its Section 6 notice, the frequency of pilot fatigue calls has risen sharply. For example, as shown in Exhibit 7, between July 2014 and January 2016, Atlas averaged only 5.7 fatigue calls per 1,000 active pilots on a monthly basis.[38] However, since early 2016 (around the time when pilot communications began advising pilots on calling in fatigued),[39] the rate of fatigue calls has nearly tripled to 16.3 fatigue calls per 1,000 active pilots. Moreover, Exhibit 7 also shows that since Union sent its Section 6 notice, the monthly fatigue rate has exceeded 17.8 fatigue calls per 1,000 pilots (the highest observed monthly rate prior to early 2016) in eight of the last 18 months. Based on standard statistical techniques, the probability of observing eight or more months since the Union sent its Section 6 notice with "outlier" rates of pilot fatigue is less than one-in-600,000.[40] Moreover, while higher rates of pilot utilization (i.e., greater block hours per month) could potentially cause pilots to become more fatigued (and hence, call in fatigued more frequently), as discussed in paragraphs 25-27 below, pilot utilization has actually *declined* since the Union sent its Section 6 notice.[41]

---

[38] July 2014 represented the first month that Atlas began maintaining its current fatigue call data. Because Atlas has been actively hiring new pilots, I have transformed the number of monthly fatigue calls in Exhibit 7 into a rate (i.e., fatigue calls per 1,000 active pilots).

[39] *See* Carlson Decl. ¶ 48 Ex. 7 ([describing a February 2016 Union communication] "The video continues with express instructions about how to 'prove fatigue.' […] The host explains that a Fitbit device can be used to track sleep that provides 'good evidence' that 'I may not be safe.'").

[40] This probability is computed as $\sum_{k=8}^{18} \binom{18}{k} 0.053^k 0.947^{18-k}$.

[41] In addition, since the Union sent its Section 6 notice, other measures that have the potential to increase pilot fatigue (e.g. average trip length, pilot rest between duty periods within a trip and the number of days between trips) are substantially unchanged or have tended to become *more* conducive to pilot rest.

**Exhibit 7:  Atlas Monthly Fatigue Calls Per 1,000 Active Pilots**



Source: Analysis of Atlas data.
Note: Data through August 31, 2017.  Pre section 6 average is the monthly average between July 2014 and January 2016. Post section 6 average is the monthly average between March 2016 and August 2017.

22.  As with short-notice sick calls, the exceedingly low probability of observing the rate of

pilot fatigue calls the Company has been experiencing since the Union sent its Section 6

notice indicates that the steady increase in fatigue calls is not the result of random

statistical variation.  Moreover, the statistically anomalous rate of pilot fatigue calls

cannot be explained by changes in the Company's or the FAA's practice with regards to

fatigue calls,[42] or higher rates of pilot utilization.  Thus, it is reasonable to conclude that

the steady increase in pilot fatigue calls the Company began experiencing shortly after

---

[42] In October 2010, more than five years prior to when the Union sent its Section 6 notice to Atlas, the FAA began requiring all commercial airlines to have FAA approved Fatigue Risk Management Plans ("FRMP") and Atlas's FRMP was submitted in September 2010 and approved in October 2010.  Carlson Decl. ¶ 22.

the Union sent its Section 6 notice—which coincides with the start of the Union's campaign advising pilots to engage in a variety of slowdown activities, including calling in fatigued[43]—is the result of a concerted action aimed at exerting leverage on the Company by disrupting its operations.

### c. Changes in Pilots' Willingness to Accept Open Time

23. When Atlas (and other airlines) has trips without an assigned pilot (known as "open time") or an available reserve pilot,[44] it makes these trips available to pilots wanting to supplement their flying (and hence income) by picking up open time on their days off. Because of the premium pay associated with open time trips, Atlas has typically been able to easily find pilots willing to accept open time assignments.[45] Since 2015, Atlas has recorded the number of calls that its crew schedulers were required to make to pilots to find a volunteer willing to accept each open time trip.[46] As shown in Exhibit 8, during 2015, Atlas's crew schedulers made an average of 1.5 calls per open time trip. The

---

[43] *See, e.g.*, Ibid. ¶ 48.

[44] Open time flying opportunities for pilots can arise for several reasons, such as covering for pilots who call in sick or fatigued to crew a flight that one of Atlas's customers request on short notice, or to recover from an operational disruptions due to bad weather or mechanical problems. Ibid. ¶ 25.

[45] *See* Ibid. ¶ 26.

[46] Before conducting analysis using this data, some minor corrections were required, such as correcting typos in value of the flight date variable. For example, instances where "DEC" was misspelled "DERC" or "JUN" was misspelled as "JU N" were corrected. Additionally, I exclude from the analysis any trips that were first listed as open trips less than one hour prior to the trip's start time.

number of calls per open time trip increased to over two during the first eight months of 2016, and since September 2016 have averaged over three calls per open trip.[47]

**EXHIBIT 8:  NUMBER OF CALLS PER OPEN TIME TRIP (JANUARY 2015-AUGUST 2017)**



Source: Analysis of Atlas data.
Note: Data through August 31, 2017. Excludes trips offered for less than an hour.

24.   Not surprisingly, the reduction in pilots' willingness to accept open time has resulted in a sharp increase in the proportion of Atlas's open time trips that have gone unfilled. Exhibit 9 shows the proportion of open time trips that went unfilled each month from January 2015 to August 2017,[48] and shows that between January 2015 and February

---

[47] As shown in Exhibit 11 below, the sharp decline in pilots' willingness to accept open-time flying assignments cannot be explained by above average levels of flying by pilots, which could—in theory—reduce the incentive of pilots to earn additional income by picking-up open time.

[48] Although it is my understanding that pilots at Atlas routinely volunteered for open time flying assignments at a rate that allowed Atlas to cover its scheduled flying (*see* Carlson Decl. ¶ 26), Atlas began recording open time acceptance rate data in a consistent manner starting in January 2015 (Ibid. ¶ 27).

2016, there were no months where the monthly proportion of open trips left unfilled was over 5%.  Exhibit 9 also shows that since February 2016 (i.e., following the Union's Section 6 notice), there have been eleven months with over 5% of open time trips unfilled, and the rate surged to 42% unfilled in December 2016.  Moreover, the sharp increase in the proportion of open time trips left unfilled is not the result of a commensurate increase in the amount of available open time being offered.  To the contrary, as Atlas began to experience a reduced willingness among its pilots to accept open time flying (*see* Exhibit 8 above), it added additional pilots (at a substantial cost to the Company).[49]  As a result, the number of open time trips available *declined* from an average of 132 per month between January 2015 and February 2016 to only 73 per month from March 2016 to August 2017.  Notwithstanding this reduction in the supply of open time trips (which itself was brought on by the decline in pilots' willingness to accept open time), the proportion of open time trips left unfilled remains substantially above its historical average.

---

[49] *See* Ibid. ¶ 175.

**EXHIBIT 9:  PROPORTION OF OPEN TIME TRIPS THAT WERE NOT FILLED (JANUARY 2015-AUGUST 2017)**



Source: Analysis of Atlas data.
Note: Excludes trips offered for less than an hour.

When an open time flying opportunity goes unfilled because there are no volunteers willing to pick up the assignment, the Company traditionally relies on its reserve pilots (assuming a reserve pilot of the required seat/equipment is available at or near the location he/she is needed) to perform the flight.  However, if the Company's reserve pilot resources are already being stretched thin because of other changes in pilot behavior (e.g., unusual sick or fatigue call activity) there is an increased likelihood that the Company will be unable to cover the trip, resulting in a severe delay for Atlas and its customer.

### *There is No Evidence to Support the Union's Assertion that Atlas Suffers from Pilot Understaffing*

25.     The Union has publicly asserted that pilot attrition and Atlas's expansion in the face of a pilot shortage has been the cause of the Company's deteriorating operational performance.[50]  For example, during the lead-up to last year's peak holiday shopping and shipping season, the Union warned that Amazon's operations were likely to be disrupted because Atlas and ABX (another Amazon Prime carrier) had "overcommitted their operations by taking on Amazon's business" and that "[t]hey took on the work despite known staffing problems, and the problems are getting worse."[51]  Similarly, on December 16, 2016, Giant Comms (a Twitter handle run by "a group of professional Pilots at Atlas & Southern Air") retweeted a tweet by Local 1224's Executive Council Communications Chair that "@AtlasAirWW's failure to engage with @Teamsters pilots will cost them mightily in Q4 due to understaffing and no CBA."[52]  The Union's allegations regarding alleged understaffing at Atlas have continued to the present day.  For example, a July 6, 2017 press release by the Union directed "customers to ask Amazon executives to make sure its contracted pilots have a fair contract to strengthen their ability to deliver for Prime

---

[50] *See, e.g.*, Ibid. ¶ 79, Ex. 32 at 3:17-4:5 (quoting a November 15, 2016 ATAM, which stated:  "If Atlas continues to deny us an industry standard contract, we simply won't have enough pilots to get the job done . . . ."); Ibid. ¶ 118, Ex. 62 at 6:5-6, 8:9-15) (quoting a June 15, 2017 ATAM, which stated "the problems are due to mismanagement and lack of adequate staffing to support the crews on the road and the pilot shortage.").

[51] Source:  http://canamazondeliver.com/.

[52] *See* Carlson Decl. ¶ 85.

customers" and "substandard pay and years-long delays in union contract negotiations have also triggered significant [pilot staffing] problems at the Prime Air airlines."[53]

26. Based on my analysis of pilot staffing rates at Atlas, I find no evidence to support the Union's assertion that the carrier is understaffed.  Atlas has been aggressively hiring pilots since 2014 in response to increased demand for its services,[54] including its contract with Amazon (signed in May 2016) to add 20 Prime Air 767s to its fleet through 2018.[55] Thus, as shown in Exhibit 10 below, the growth in the number of active 767 pilots at Atlas (up 169% since January 2014) has outpaced the Company's 767 fleet growth over the same period (up 155%), and the Company.[56]

---

[53] *See* Teamsters Local 1224:  "Amazon Price Customers To Hear About Risks To Delivery Service Ahead of 'Prime Day,'" *Teamsters Local 1224 Press Release,* July 6, 2017 (available at http://www.prnewswire.com/news-releases/teamsters-local-1224-amazon-prime-customers-to-hear-about-risks-to-delivery-service-ahead-of-prime-day-300484182.html#).

[54] For example, between January 2014 and August 2017, the Company's pilot headcount has grown from approximately 900 pilots to 1,400 pilots.  Source:  Analysis of Atlas data.

[55] *See* "Atlas Air Worldwide Announces Agreement with Amazon To Provide Air Transport Service," Atlas Air Worldwide Holdings Press Release, May 5, 2016.

[56] Similarly, over the same period, Atlas increased its 747 pilot workforce by 26%, even though the number of 747s in its fleet increased by only 17%.  Source:  Analysis of Atlas data.

**EXHIBIT 10:  PERCENTAGE CHANGE IN ATLAS 767 PILOTS VS. NUMBER OF 767 AIRCRAFT IN ATLAS'S FLEET (VS. JANUARY 2014)**



Source: Analysis of Atlas data.
Note: Data through August 31, 2017.  Percent change reflects the percent change since January 2014.

27.  As a result of the Company's proactive hiring, the amount of flying performed by Atlas's pilots (measured by the monthly "block hours" per pilot[57]) has remained well within normal bounds.  For example, as shown in Exhibit 11, in all but one month since February 2016 for 767 and 747 pilots the average block hours per pilot at Atlas has been *below* the average from January 2013-January 2016.  Thus, contrary to the assertions by the Union that Atlas is under-staffed, the level of pilot staffing at Atlas is at or above historical norms at the Company.  Thus, I have no reason to believe that absent a concerted job action by pilots, the Company would be experiencing a *simultaneous* increase in fatigue

---

[57] A block hour is a standard airline industry measure of aircraft (or crew) utilization defined as the elapsed time from when an aircraft releases it parking gate prior to taxiing out until its parking break is re-engaged at its destination.

34

calls, short-notice sick calls and a reduced willingness to volunteer for/pick up open time

since the Union sent its Section 6 notice.

**EXHIBIT 11:  AVERAGE BLOCK HOURS PER ATLAS PILOT, BY FLEET**



Source: Analysis of Atlas data.
Note: Data through August 31, 2017.  Monthly figures are standardized to 30 days per month.

### d.  *Changes in Pilots' Willingness to Depart Prior to Estimated Time of Departure When Loaded and Ready*

28.    Another prominent and overt example of a change in pilot behavior since February 2016

is the rate at which pilots depart (or "block out") exactly at the estimated time of departure

("ETD"), rather than leaving before the ETD when the plane is loaded and ready.   A

flight's ETD, which is communicated to the flight's crew and is measured to the minute (*e.g.*, 22:05), is the latest a flight is expected to block out.[58]

29.   Because flights that depart prior to the ETD have a larger time buffer in the event the flight encounters delays enroute due to weather, headwinds or other unexpected air- or ground-based congestion, they are more likely to arrive at their destination early (or on time).   Thus, there is a substantial benefit to Atlas and its customers when its flights depart as soon as they are loaded and ready.[59]   Similarly, because earlier departures enable Atlas to redeploy its ground resources to service other Atlas flights (i.e., load, unload, fuel, and perform maintenance) they help to ensure that the Company's operations (as well as its customers' operations) run more smoothly.[60]

30.   As shown in Exhibit 12, prior to the Union's Section 6 notice, nearly 80% of Atlas's flights blocked out prior to their ETD once loaded and ready (the red line), with the balance of the flights departing either after the ETD (the yellow line) or *exactly* at the ETD (the blue line).[61]   However, shortly after the Union served its Section 6 notice on February 16, 2016, the proportion of Atlas's flights blocking out when loaded and ready prior to the ETD began falling, and plunged even further during March 2016.   Since

---

[58] *See* Carlson Decl. ¶ 29.   Since August 1, 2017, in an effort to mitigate the effects of the pilots' change in behavior, the estimated departure times for Atlas flights operated for Amazon have moved up by 15 minutes.

[59] *See* Carlson Decl. ¶ 31.

[60] Ibid. ¶¶ 31-32.

[61] Flights that depart exactly at the ETD are those that depart within the 60 second window starting at the ETD.

February 16, 2016, only about 34% of Atlas's flights that did not experience an uncontrollable or secondary delay blocked out when loaded and ready prior to the ETD, compared to an average of nearly 80% prior to February 16, 2016.[62]

**EXHIBIT 12:  SEVEN DAY MOVING AVERAGE OF THE PROPORTION OF ATLAS FLIGHTS WITH NEITHER UNCONTROLLABLE DELAYS NOR SECONDARY DELAYS LEAVING BEFORE, AFTER AND EXACTLY AT THE ETD**



Source: Analysis of Atlas data.
Notes:  Data through September 19, 2017. Flights with neither uncontrollable delays nor secondary delays. Percent of flights leaving exactly at the ETD defined as flights that block-out during the same minute of the ETD.

31.  Given the similar proportion of Atlas's flights that have historically blocked out exactly at the ETD versus after the ETD, it is reasonable to assume that a decline in departures

---

[62] Many of Atlas's flights are delayed for reasons outside of the Company's control such as weather delays or delays due to a customer requesting a later departure time.  Similarly many delays are 'cascading' or 'secondary' delays that are the result of an earlier delay causing follow-on delays for subsequent flights.  In order to isolate the changes in pilot behavior related to blocking out at exactly the ETD instead of when loaded and ready, Exhibit 12 (as well as the rest of my analysis of the BOOT campaign) only considers flights that neither had an uncontrollable delays nor a secondary delay.

prior to the ETD when loaded and ready would coincide with a similarly sized increase in the proportion of flights leaving after the ETD versus exactly at the ETD.  However, as Exhibit 12 above shows, the sharp drop in the proportion of flights (excluding those with an uncontrollable and/or secondary delay) blocking out prior to the ETD when loaded and ready since the Union sent its Section 6 notice has been accompanied by only a modest increase in the proportion of these flights departing after the ETD, but a dramatic increase in the proportion of these flights that block out *exactly at the ETD*.

32.  Moreover, as shown by the grey bars in Exhibit 13 below, before February 16, 2016, it was standard practice at Atlas for many flights to depart much before the ETD when loaded and ready, with many flights with neither uncontrollable delays nor secondary delays departing early—often by several minutes—and only 13% of flights leaving exactly at the ETD.  Since February 16, 2016 (the red bars in Exhibit 13), the proportion of flights leaving early drops substantially (e.g., from 12.1% to only 3.3% for early departures of 25 minutes or more) while the proportion of flights departing exactly on-time has surged to 53%.  Given the status quo practice at Atlas of departing once loaded and ready prior to the ETD, Atlas's customers reasonably expect the Company's flights to leave at the earliest practical time.  Thus, when Atlas's customers observe pilots intentionally waiting until the ETD to leave notwithstanding being cleared to depart, it is reasonable to expect that they would become dissatisfied with Atlas's operational performance.[63]

---

[63] *See, e.g.*, Carlson Decl. ¶ 33.

EXHIBIT 13:  DISTRIBUTION OF ATLAS DEPARTURES TIMES RELATIVE TO ETD FOR FIGHTS WITH NEITHER UNCONTROLLABLE DELAYS NOR SECONDARY DELAYS BEFORE AND AFTER THE UNION SENT ITS SECTION 6 NOTICE



Source: Analysis of Atlas data.
Notes: Data through September 19, 2017. Delay minutes relative to ETD. Flights with neither uncontrollable delays nor secondary delays.

***Regression Analysis of the Proportion of Atlas Flights Leaving Before, After and Exactly at the ETD***

33.  To more rigorously assess whether the change in the proportion of Atlas flights with neither uncontrollable delays nor secondary delays leaving before, after and exactly at the ETD could have been the result of factors other than a concerted job action by pilots aimed at exerting leverage on the Company during collective bargaining negotiations, I estimated regression models of the proportion of flights departing early, late and exactly at the ETD.  Regression analysis is a standard analytical tool used by economists and other researchers to determine the relative importance of potential explanatory (i.e., "independent") variables in explaining the variation of the variable of interest (the "dependent" variable), the proportion of flights departing early, late or exactly at the ETD in this instance.  Regression analysis allows one to systematically control for a wide range

39

of factors that can influence the variable of interest (e.g., proportion of flights departing exactly at the ETD) including—among other things—aircraft utilization, seasonality, weather, and rate of maintenance write-ups.

34. The regression data set is comprised of approximately five and a half years of daily observations from January 1, 2012 to September 19, 2017 (2,089 in total).  To measure the impact of changes in pilot behavior on the proportion of flights departing before, after or exactly at the ETD, a dummy variable is included,[64] denoted **D(post-February 16, 2016),** which takes the value 1 for all observations on or after February 16, 2016 (the date the Union served its Section 6 notice).  When other control variables are included in the regression to account for systematic variation in the proportion of flights departing before, after or exactly at the ETD (as described below), the estimated coefficient for the **D(post- February 16, 2016)** variable provides a reliable estimate of the aggregate impact of changes in pilot behavior on the proportion of flights departing before, after or exactly at the ETD since the Union served its Section 6 notice.

35. The proportion of flights departing before, after or exactly at the ETD at an airline can be affected by several factors, including the time of year, day of the week, as well as changes in operating conditions (e.g., weather) and other factors.  To account for day-of-week variation in the proportion of flights departing early, late or exactly at the ETD, the

---

[64] In regression analysis, dummy variables are used when the explanatory variable of interest is *qualitative* in nature (i.e., male versus female, changes in a regime over time, etc.).  Dummy variables can also be used with quantitative explanatory variables to measure the impact on the dependent variable when the level (or rate) of a particular explanatory variable reaches a certain threshold.

regressions include day-of-week "fixed effects" (i.e., a dummy variable for all but one of the days of the week).[65]  Likewise, to control for variation in the proportion of flights departing before, after or exactly at the ETD throughout the year, the regression model includes week-of-year fixed effects.  Even though the sample of flights in the regression is limited to those which did not experience a weather delay, it is reasonable to believe that the proportion of flights departing before, after or exactly at the ETD may be correlated with weather.  Therefore, the regressions include the variables **Rain**, **Snow**, **Extreme Heat**, and **Extreme Cold**, which measure the average rain and snow for each Atlas flight and the proportion of Atlas departures from airports with daily high temperatures above 100 degrees Fahrenheit or below 10 degrees Fahrenheit.

36.  It is also reasonable to posit that the proportion of flights departing before, after or exactly at the ETD may be correlated with a number of other control variables including average industry on time performance (**Industry D0 Delay Rate**)[66], the intensity of the Atlas operation (**Daily Atlas Departures**, **Monthly Atlas Departures** and **Monthly Average Flight Time**), aircraft utilization (**Daily Block Hours per Aircraft**), **Average Fleet Age** as well as unscheduled maintenance (**% Aircraft Under Unscheduled Maintenance**) and the number of new deferrable maintenance write-ups reported (**New MELs per**

---

[65] When including a set of mutually exclusive and complete dummy variables, it is standard practice to exclude one of the dummy variables (e.g., Monday) so that the other dummy variables (e.g., Tuesday, Wednesday, Thursday, etc.) can be interpreted as the deviation from the excluded dummy.

[66] "D0" is a standard industry term for the percent of flights departing no later than the scheduled departure time.  The D0 delay rate therefore measures the percent of flights departing after the scheduled departure time.

**aircraft**).[67]  Likewise, if pilot utilization increased (i.e., if pilots are flying more block hours each month), it might be expected that more flights would depart after the ETD, and therefore, the regression also includes the average block hours per pilot each month (**Monthly Block per Pilot**).

37.  Because of the possibility that flights operated by Atlas for different customer segments may have a tendency to depart closer to the ETD, the regression also controls for the percent of flights for each of Atlas's main customer segments (**% ACMI**, **% DHL**, **% Military Passenger**).  Similarly, to account for the potential of different fleets to have different proportions of flights departing before, after or exactly at the ETD, the regression includes a variable measuring the proportion of flights that are on Boeing 747 aircraft (**Share 747 departures**).[68]  Airport congestion at different times of the day may also play a role in whether flights leave before, after or exactly at the ETD and therefore the regression models control for the percent of departures at different times of the day (**% of Departures 7am-10am**, **% of Departures 10am-3pm** and **% of Departures 3pm-9pm**).  Lastly, the regression includes departure airport fixed effects, which controls for factors that may be specific to the different airports where Atlas flights originate.

38.  Exhibit 14 below summarizes the results of the regression models for the proportion of flights departing before, after or exactly at the ETD.[69]  Column 1 shows the results for

---

[67] MELs are "minimum equipment list" write-ups.

[68] Nearly all Atlas flights are flown on either Boeing 747 or Boeing 767 aircraft and thus, the share of 767 aircraft is the excluded category.

[69] As is commonly done, I have suppressed the week-of-year, day-of-week and departure airport fixed effects in the table for the purposes of presentation.

the proportion of flights with neither uncontrollable delays nor secondary delays that depart before the ETD once loaded and ready, while columns 2 and 3 show the results for the proportion of flights departing exactly at the ETD and after the ETD, respectively. The table includes the estimated coefficients for each independent variable in addition to their standard errors (in parentheses). Estimated coefficients noted with a single asterisk (*) are statistically significant at the 95% confidence level and estimated coefficients noted with a double asterisk (**) are statistically significant at the 99% confidence level. The estimated coefficients are interpreted as the marginal effect of that variable on the proportion of flights departing before, after or exactly at the ETD *holding all other variables constant*. For example, the estimated coefficient on **Industry D0 delay rate** in column 1 (proportion of flights departing on time or early) is negative and statistically significant at the 99% level indicating, as expected, that higher departure delay rates for the industry are associated with fewer Atlas flights departing before the ETD once loaded and ready, all else equal.

**EXHIBIT 14:  REGRESSION RESULTS FOR PROPORTION OF ATLAS FLIGHTS WITH NEITHER
UNCONTROLLABLE DELAYS NOR SECONDARY DELAYS DEPARTING BEFORE, AFTER OR
EXACTLY AT THE ETD**

| Variables | (1) Share of Flights Blocked Out Prior to ETD | (2) Share of Flights Blocked Out Exactly at ETD | (3) Share of Flights Blocked Out After EDT |
|---|---|---|---|
| D(post-February 16, 2016) | -0.350** | 0.319** | 0.0311** |
|  | (0.0153) | (0.0142) | (0.00666) |
| Industry DD Delay Rate | -0.202** | 0.167** | 0.0351 |
|  | (0.0563) | (0.0491) | (0.0318) |
| Monthly Atlas Departures | -7.97e-05** | 6.15e-05** | 1.82e-05 |
|  | (2.09e-05) | (1.89e-05) | (1.20e-05) |
| Daily Atlas Departures | -0.000520 | 0.000200 | 0.000320 |
|  | (0.000374) | (0.000343) | (0.000212) |
| Monthly Average Flight Time | -0.124** | 0.102** | 0.0223 |
|  | (0.0247) | (0.0209) | (0.0153) |
| Monthly Block per Pilot | 0.0106** | -0.0102** | -0.000395 |
|  | (0.00137) | (0.00122) | (0.000746) |
| Daily Block Hours per Aircraft | -0.00307 | 0.00242 | 0.000652 |
|  | (0.00341) | (0.00295) | (0.00200) |
| Average Fleet Age | -0.00818* | 0.00490 | 0.00329 |
|  | (0.00334) | (0.00301) | (0.00201) |
| % of Aircraft Under Unscheduled Maintenance | -0.186 | 0.0702 | 0.116 |
|  | (0.102) | (0.0938) | (0.0596) |
| New MELs per Aircraft | -0.0322 | -0.00834 | 0.0405** |
|  | (0.0235) | (0.0204) | (0.0133) |
| % ACMI | 0.102 | -0.0915 | -0.0104 |
|  | (0.0618) | (0.0536) | (0.0365) |
| % DHL | 0.0600 | -0.00401 | -0.0560 |
|  | (0.0768) | (0.0672) | (0.0437) |
| % Military Passenger | 0.0274 | -0.0338 | 0.00643 |
|  | (0.0941) | (0.0783) | (0.0575) |
| Share 747 departures | -0.142 | 0.0482 | 0.0943* |
|  | (0.0819) | (0.0744) | (0.0471) |
| % of Departures 7am-10am | -0.0224 | 0.0121 | 0.0103 |
|  | (0.0756) | (0.0688) | (0.0433) |
| % of Departures 10am-3pm | -0.0529 | -0.0290 | 0.0819* |
|  | (0.0679) | (0.0632) | (0.0381) |
| % of Departures 3pm-9pm | -0.0373 | -0.0210 | 0.0582 |
|  | (0.0608) | (0.0552) | (0.0367) |
| Extreme Heat | -0.294 | 0.296 | -0.00237 |
|  | (0.193) | (0.173) | (0.136) |
| Extreme Cold | -0.0289 | 0.00728 | 0.0216 |
|  | (0.0685) | (0.0564) | (0.0447) |
| Rain | 0.00339 | -0.00530 | 0.00191 |
|  | (0.00343) | (0.00311) | (0.00187) |
| Snow | -0.0945 | -0.0742 | 0.169 |
|  | (0.231) | (0.179) | (0.0910) |
| Constant | 1.608** | -0.324* | -0.283** |
|  | (0.172) | (0.147) | (0.104) |
|  |  |  |  |
| Observations | 2,089 | 2,089 | 2,089 |
| R-Squared | 0.853 | 0.851 | 0.276 |

Robust standard errors in parentheses
** p<0.01, * p<0.05

Data from January 1, 2012 to September 19, 2017. Flights with neither uncontrollable delays nor
secondary delays. Percent of flights leaving exactly at the ETD defined as flights that block-out during
the same minute of the ETD. Day of week, week of year, and departure airport fixed effects not shown.

39.   Turning to the independent variable of interest, the estimated coefficient on **D(post-
February 16, 2016)** in column 1 is negative and statistically significant at the 99%

confidence level indicating that changes in pilot behavior since February 16, 2016 the proportion of flights with neither uncontrollable delays nor secondary delays departing when loaded and ready prior to the ETD has decreased by 35.0 percentage points. Similarly, the estimated coefficient on **D(post-February 16, 2016)** in column 2 indicates that the proportion of flights with departing exactly at the ETD has increased by 31.9 percentage points, while the estimated coefficient on **D(post-February 16, 2016)** in column 3 shows that the proportion of flights departing after the ETD has increased by only 3.1 percentage points since February 16, 2016.[70]   In sum, Exhibit 14 clearly shows that since February 16, 2016, the vast majority of flights that traditionally departed when loaded and ready prior to the ETD now leave *exactly* at the ETD.

### 99% Confidence Band for Proportion of Flights Departing Exactly at the ETD

40.   A second but related regression-based method of assessing whether changes in pilot behavior since February 16, 2016 have resulted in abnormally high proportion of flights departing exactly at the ETD is to use the same underlying regression model described in Exhibit 14 above to forecast the 99% confidence band for the proportion of flights departing at the exact ETD, and then compare the confidence band to the actual proportion of flights departing at the exact ETD.  Constructing the 99% confidence band for Atlas's proportion of flights departing exactly at the ETD requires four basic steps. First, I re-estimated the regression model from Exhibit 14 above using a control period

---

[70] The statistically significant increase in flights departing at the exact ETD has occurred on both the Atlas 767 and 747 fleets and has occurred for flights across Atlas's various customer segments.

of data from January 1, 2012 to February 15, 2016 (thereby excluding the **D(post-February 16, 2016)** dummy variable).[71]   Second, I calculated the so-called "predicted value" of the proportion of flights departing exactly at the ETD for each day of the full data set (i.e., including the days since February 15, 2016) based on the estimated coefficients from the regression model estimated in Step 1 and the actual values for each of the independent variables.[72]   Third, I determined the 99th percentile upper and lower "residuals" from the regression.[73]   Finally, I plotted the 99% confidence band, which is constructed by adding the upper 99th percentile residual computed in Step 3 to the predicted value from Step 2 (or, in the case of the *lower* 99th percentile residual, subtracting it from the predicted value).

41.   The result of the four-step process described above is shown below in Exhibit 15 and demonstrates that Atlas's daily flights with neither uncontrollable delays nor secondary delays that blocked out exactly at the ETD began to rise shortly after the Union served its Section 6 notice to the Company on February 16, 2016 and then began to surge even higher in the spring and early summer of 2016, rising well outside of the 99% confidence band.   Exhibit 15 shows that the proportion of Atlas's daily flights with neither

---

[71] The estimated coefficients from this regression are presented in Appendix C.

[72] The "predicted values" of the dependent variable (e.g., the proportion of flights departing exactly at the ETD) is computed by summing the products of the estimated coefficient and actual value for each of the independent variables (including the constant) for each observation in the regression data set.   The predicted values represent the model's best estimate as to what the proportion of flights departing exactly at the ETD was expected to be given the observed value of each of the independent variables that day.

[73] The differences between the predicted values and the actual values of the dependent variable are known as the regression "residuals."

uncontrollable delays nor secondary delays that blocked out exactly at the ETD has been well above the upper 99% confidence threshold on 93% of days since February 16, 2016 (i.e., 543 of 582 days) and every day since April 9, 2016.[74]  The probability of observing an event that is expected to occur randomly only one percent of the time on 543 of 582 days is a virtual impossibility (i.e., far less than one-in-one billion).

**EXHIBIT 15:  99% CONFIDENCE BAND FOR THE PROPORTION OF ATLAS FLIGHTS WITH NEITHER UNCONTROLLABLE DELAYS NOR SECONDARY DELAYS BLOCKING OUT EXACTLY AT THE ETD**



Notes:  Data through September 19, 2017. Percent of flights leaving exactly at the ETD defined as flights that block-out during the same minute of the ETD. Flights with neither uncontrollable delays nor secondary delays. Confidence interval based on regressions using data from January 1, 2012 through February 15, 2016.

42.  The dramatic and statistically significant increase in the proportion of Atlas flights blocking out exactly at the estimated departure time coincides with a series of communications by the Union's leadership encouraging their fellow crewmembers to

---

[74] Calculations reflect data through September 19, 2017.

participate in a BOOT campaign.  These communications have come from messages such as the Atlas Teamster Action Messages ("ATAM"), a series of recordings produced by the Union's Atlas Executive Council Communications Chair disseminated to Atlas pilots via the Internet, as well as video podcasts, social media, and electronic mail, and CBA Chats, podcasts that are hosted by Captain Gary Saunders on behalf of the Union.[75]  For example, an April 12, 2016 CBA Chat urged pilots to block out exactly at the ETD by informing pilots, "And this is all about shopping.  BOOT stands for Block Out On Time.  And, we are not doing this.  We are going early, left, right, and center."[76]  This was followed by a June 20, 2016 video recording titled CBA Chat, stating that "*starting immediately, your ExCo are requesting that we all strive to block out on time.  No early departures.*"[77]  Additional communications commended pilots for participating in the BOOT campaign, and lauded its effects:  "[Y]our participation in the BOOT and SHOP [Stop Helping Out Purchase, i.e., Atlas] initiatives have shown that they're [sic] planning and execution is so poor that being held to following the CBA, which they agreed to, creates a complete debacle as an airline."[78]

43.  In sum, for the reasons described above, it is my opinion that the dramatic and statistically significant increase in the proportion of Atlas's flights blocking out exactly at the ETD is not the result of random statistical variation or other factors, but rather, a concerted

---

[75] *See* http://giantcomms.libsyn.com/podcast; Carlson Decl. ¶¶ 48, 53, 57, 64.

[76] *See* http://giantcomms.libsyn.com/anchorage-cba-chat-chat at time 17:21; Carlson Decl. ¶ 57, Ex. 14 at 18:19-22.

[77] *See* http://giantcomms.libsyn.com/podcast/cba-chat-boot-0, at time 0:15; Carlson Decl. ¶ 64, Ex. 19 at 1:7-11 (emphasis added).

[78] *See* Carlson Decl. ¶ 129, Ex. 68 at 2:20-3:2.

effort by Atlas's pilots aimed at exerting leverage on the Company during its current contract negotiations.

**e.   *The Rate of Maintenance Write-Ups by Atlas's Pilots Has Risen Sharply Since The Union Sent its Section 6 Notice***

44.   During standard pre-flight checks, as well as during and after a flight, pilots have the ability to report mechanical discrepancies that they encounter with the aircraft.  While this reporting is an important part of the maintenance and safety process at Atlas (and other airlines), pilots also have the ability to disrupt and delay a carrier's operations by submitting write-ups for discrepancies that are within the permitted operating requirements of the aircraft and have no impact on airworthiness or safety.[79]  As shown in Exhibit 16, beginning in early 2016, the rate at which Atlas's pilots write up aircraft began rising on the 767 fleet, followed shortly thereafter by an increase on the 747 fleet.[80]

---

[79] Ibid. ¶ 38.

[80] In order to control for any changes in write-up rates due to the addition (or removal) of aircraft to Atlas's fleet that may have higher or lower write-up rates, I have limited the analysis to aircraft that have been in Company's fleet since 2013.

**EXHIBIT 16:  ATLAS PILOT WRITE-UP RATE PER DEPARTURE (2014-2017)**



Source: Analysis of Atlas data.
Notes: Data through September 19, 2017. Includes only aircraft that have been in the fleet since 2013.  Write-up rate is write-ups per departure.

45. Like my analysis of the concerted BOOT campaign described above, changes in pilot write-up rates are well-suited to a regression analysis that controls for factors likely to be systematically correlated with pilot write-up rates, such as average fleet age, aircraft utilization rates and the rate at which Atlas's mechanics identify and write-up maintenance discrepancies.  Thus, I estimate a regression model using the daily pilot write-up rate (i.e., the number of maintenance write-ups by pilots divided by the number of flights on a given day) as the dependent variable.  The independent (or control) variables in the model include several of the variables used in the BOOT regression and defined in paragraphs 35-37 above (e.g., **30 day Average Cycles per Tail, Average Fleet Age**, **% ACMI**, **% DHL**, **% Military Passenger, Rain**, **Snow**, **Extreme Heat** and **Extreme Cold**, as well as day-of-week and week-of-year fixed effects).  In addition, to control for any potential change in mechanical discrepancies with the fleet beyond the

50

influence of the pilots, the regression includes **Mechanic Write-up Rate** (the number of aircraft write-ups by mechanics per departure that day) as well as **Long AOS Rate** (the proportion of Atlas's fleet that were out of service for at least four hours at any point that day for unscheduled reasons).  Finally, as with the BOOT regression, to measure the estimated aggregate impact of changes in pilot behavior on pilot write-up rates since the Union served its Section 6 notice, the regression includes **D(post-February 16, 2016)**, a dummy variable taking the value 1 for all observations on or after February 16, 2016, and 0 otherwise.

46.  Exhibit 17 shows the estimated coefficients for the pilot write-up regression for Atlas's 767 fleet (column 1) and Atlas's 747 fleet (column 2).[81]  The estimated coefficient on **D(post-February 16, 2016)** is statistically significant for both fleets at the 99% confidence level and shows that since the Union's Section 6 notice, pilot write-up rates have increased substantially.  For example, column 1 shows that pilot write-up rate increased by 43.4 percentage points on Atlas's 767 fleet, after controlling for other factors systematically correlated with maintenance discrepancies, while Column 2 demonstrates that the pilot write-up rate on Atlas's 747 fleet increased by 10.3 percentage points.  In light of these findings, it is my opinion that the statistically significant increase in pilot write-ups at Atlas since early 2016 is not the result of random statistical variation or other factors, but is further evidence of a concerted effort by pilots to disrupt the Company's operations to exert leverage during the current contract negotiations.

---

[81] As noted above, in order to control for any changes in write-up rates due to the addition (or removal) of aircraft to Atlas's fleet that may have higher or lower write-up rates, I have limited the analysis to aircraft that have been in Atlas's fleet since 2013.

**EXHIBIT 17:  REGRESSION RESULTS FOR ATLAS PILOT WRITE-UP RATE PER DEPARTURE**

| | (1) | (2) |
|---|---|---|
| Variables | 767 Pilot Write-Up Rate | 747 Pilot Write-Up Rate |
| D(post-February 16, 2016) | 0.434** | 0.103** |
| | (0.0178) | (0.0151) |
| Average Fleet Age | 0.000979 | -0.0234** |
| | (0.00288) | (0.00476) |
| Long AOS Rate | -0.320* | 0.383* |
| | (0.142) | (0.164) |
| Mechanic Write-up Rate | 0.0269** | -0.0139* |
| | (0.00498) | (0.00620) |
| 30 Day Avg. Cycles per Tail | -0.141** | 0.246** |
| | (0.0513) | (0.0538) |
| % DHL | 0.0608 | 0.295** |
| | (0.0857) | (0.0918) |
| % Military Passenger | 0.214* | 0.313* |
| | (0.0880) | (0.154) |
| % ACMI | | -0.155* |
| | | (0.0725) |
| Extreme Heat | 0.0427 | -1.604** |
| | (0.206) | (0.334) |
| Extreme Cold | -0.124 | 0.213 |
| | (0.109) | (0.122) |
| Rain | 0.0253 | 0.0401 |
| | (0.0642) | (0.0594) |
| Snow | 0.0647 | 0.367 |
| | (0.193) | (0.225) |
| Constant | 0.119 | 0.252** |
| | (0.126) | (0.0937) |
| | | |
| Observations | 1,723 | 1,723 |
| R-Squared | 0.492 | 0.255 |

Robust standard errors in parentheses
** p<0.01, * p<0.05
Includes only aircraft that were in the fleet in 2013
Day of week and week of year fixed effects not shown
Regression run on a period from January 1, 2013 to September 19, 2017.

## f.  *Slower Taxiing*

47.   Pilots have the ability to exert considerable influence on the speed at which they taxi

aircraft before take-off and after landing and the Union has issued several

communications to its pilots encouraging them to taxi more slowly than they otherwise

would.[82]  Moreover, since the Union sent its Section 6 notice, Atlas has in fact also been experiencing slower average taxi times on its flights.  For example, Exhibit 18 compares the distributions of the amount of time (in minutes) that Atlas flights spend taxiing prior to take-off (known as the "taxi-out" time) before and after February 16, 2016.[83]  Exhibit 18 clearly shows that the distribution of taxi-out times has shifted towards longer taxi times since February 2016.

**EXHIBIT 18:  DISTRIBUTION OF ATLAS TAXI-OUT TIMES BEFORE AND AFTER THE UNION SENT ITS SECTION 6 NOTICE**



Source: Analysis of Atlas data.

---

[82] For instance, in discussing "other great shopping tips," on April 12, 2016, the Union advised "don't go fast," and a chat participant soon interjected "taxi speed is a safe, very safe taxi speed," and he has "been seeing a lot of guys taxiing pretty fast" and he has been "wondering what the hell they're doing."  (Carlson Decl. ¶ 57, Ex. 14 at 48:22-49:2, 52:10-16.).

[83] In my analysis of taxi times, I remove outlier observations with taxi times larger than 120 minutes, representing less than 0.05% of observations.

48. Because taxi times can depend on a variety of factors other than changes in pilot behavior, I estimate a regression model (similar to my BOOT regression model described above) that controls for factors that are likely to be systematically correlated with Atlas's taxi-times, using Atlas's average taxi-out and taxi-in minutes as the dependent variables.

49. Results for the taxi-time regression models are shown in Exhibit 19.  In addition to several of the variables used in the BOOT and write-up regression models, the taxi-time regression model also includes additional independent variables to control for potential airport-specific factors (such as runway or taxi-way construction) that could impact taxi times at that airport.  Specifically, the model includes **Average Southern Taxi Time** (the average minutes of taxi time for Southern Air flights *at the same airports used by Atlas*) as well as **Average Industry Taxi Time** (the average number of minutes of taxi time for passenger carriers on that day to/from the same airports served by Atlas that day based on MasFlight data).  As with my previous regression models, the taxi-time regressions include **D(post-February 16, 2016)**, a dummy variable that takes the value 1 for days after February 16, 2016 and is 0 otherwise, to capture the impact of changes in behavior by Atlas's pilots on taxi times since the Union's Section 6 notice.

50. Column 1 of Exhibit 19 shows the estimated coefficients for the taxi-in regression, while column 2 of Exhibit 19 shows the results for taxi-out times.  The estimated coefficient on **D(post-February 16, 2016)** is statistically significant for both taxi-in and taxi-out times at the 99% and 95% confidence level respectively and indicates that since February 16, 2016, taxi-out times for Atlas's flights have increased by an average of 0.62 minutes, while taxi-in times have increased by an average of 0.60 minutes, after controlling for

other factors likely to affect taxi times.  In light of these findings and the fact that the Union has issued communications to its membership specifically encouraging them to slow down the speed at which they taxi, it is my opinion that the increased taxi times the Company has been experiencing since the Union sent its Section 6 notice is further evidence of a concerted action by Atlas's pilots aimed at disrupting Atlas's operations to exert leverage during the current contract negotiations.

**EXHIBIT 19:  REGRESSION RESULTS FOR ATLAS AVERAGE TAXI-IN AND TAXI-OUT TIMES**

| Variables | (1)<br>Taxi In Time | (2)<br>Taxi Out Time |
|---|---|---|
| D(post-February 16, 2016) | 0.595** | 0.619* |
| | (0.157) | (0.269) |
| Average Southern Taxi Time | 0.0935** | 0.158** |
| | (0.0147) | (0.0235) |
| Industry Average Taxi Time | -0.0204 | 0.0273 |
| | (0.0191) | (0.0258) |
| Daily Atlas Departures | 0.0244 | 0.0403 |
| | (0.0247) | (0.0338) |
| Average Fleet Age | -0.0332 | -0.00472 |
| | (0.0258) | (0.0489) |
| 30 Day Avg. Cycles per Tail | 4.050** | 0.629 |
| | (0.818) | (1.313) |
| Monthly Block per Pilot | 0.0150 | -0.0167 |
| | (0.0157) | (0.0249) |
| % ACMI | -0.0334 | -0.108* |
| | (0.0333) | (0.0463) |
| % DHL | -0.0679* | -0.0597 |
| | (0.0290) | (0.0423) |
| % Military Passenger | -0.148* | -0.0430 |
| | (0.0610) | (0.107) |
| Share 747 departures | 1.420 | 1.094 |
| | (0.749) | (1.303) |
| % of Departures 7am-10am | -0.495 | -0.250 |
| | (0.568) | (0.867) |
| % of Departures 10am-3pm | 1.144* | -1.172 |
| | (0.524) | (0.769) |
| % of Departures 3pm-9pm | 0.278 | -0.174 |
| | (0.435) | (1.029) |
| Extreme Heat | 5.676 | -5.924 |
| | (4.877) | (4.196) |
| Extreme Cold | 0.911* | 0.00326 |
| | (0.448) | (0.644) |
| Rain | 0.0551* | 0.0571 |
| | (0.0232) | (0.0419) |
| Snow | 3.590** | 1.284 |
| | (1.124) | (1.607) |
| Constant | 0.453 | 12.19** |
| | (1.809) | (3.377) |
| | | |
| Observations | 2,089 | 2,089 |
| R-Squared | 0.278 | 0.310 |

Robust standard errors in parentheses
** p<0.01, * p<0.05

Source: Analysis of Atlas data.
Regression from January 1, 2012 to September 19, 2017. Average taxi for Atlas flights to/from airports where data is available for industry and Southern taxi times. Day of week, week of year, and airport fixed effects not shown.

56

## V.   THE CHANGES IN PILOT BEHAVIOR BY ATLAS PILOTS HAVE RESULTED IN A STATISTICALLY SIGNIFICANT EROSION IN THE COMPANY'S OPERATIONS

51.   The changes in pilot behavior that have occurred since the Union sent its Section 6 notice discussed in Section IV have had a demonstrable adverse effect on the Company's operational performance, and as a result, have resulted in a substantial loss in goodwill with Atlas's customers.   The adverse impact from changes in pilot behavior on Atlas's operations has manifested itself in two primary ways:   (1) a statistically significant increase in the proportion of Atlas's flights suffering from prolonged delays (i.e., delays of at least six hours), which—while affecting a relatively small proportion of Atlas's overall flights—cause substantial disruptions for Atlas's customers, and (2) a persistent, widespread and statistically significant increase in relatively shorter delays that impact the majority of Atlas's flights.

### *Prolonged Delays*

52.   The confluence of several of the statistically significant changes in pilot behavior that Atlas has experienced since the Union sent its Section 6 notice—including pilot fatigue calls, short-notice sick calls, an unwillingness to accept open time assignments and unnecessary write-ups—has led to an increase in the proportion of Atlas's flights suffering from prolonged flight delays.   For example, as shown in Exhibit 20, between January 2012 and February 15, 2016, the proportion of Atlas's flights experiencing a delay of at least six hours relative to the fight's scheduled time of departure was only

1.4%.[84]   Although this proportion remained at or near its historical rate in the months directly after the Union sent its Section 6 notice, it began to rise in the summer of 2016 and reached unprecedented levels in December 2016.   Since December 2016, the proportion of Atlas's flights suffering prolonged delays increased by over 70%, to 2.4%.

**EXHIBIT 20:  PERCENT OF ATLAS FLIGHTS WITH EXTENDED DELAYS OF AT LEAST 6 HOURS**



Source: Analysis of Atlas data.
Notes:  Data through September 19, 2017. Flights with neither uncontrollable delays nor secondary delays. Percent of flights leaving at least 6 hours after the scheduled time of departure.

53.   The increase in prolonged delays since December 2016 has been even more pronounced for flights that Atlas operates for the U.S. military.   As shown in Exhibit 21, between

---

[84] In order to better control for weather and other factors outside of the Company's control (including customer requests for schedule changes), my analysis of extended delays, including Exhibit 20, includes only flights that had neither uncontrollable delays nor secondary delays.  I measure prolonged delays relative to each flight's original scheduled time of departure ("STD"). While for many flights the ETD is the same as the STD, the STD may be different from the ETD in cases where the ETD has changed based on a variety of factors, including requests by a customer or weather.

January 2012 and February 15, 2016, only 1.5% of Atlas flights operated for the U.S. military suffered delays of more than six hours. Since December 2016, however, the rate of prolonged delays for Atlas's U.S. military flights has increased to four percent, with one month exceeding 10%. The erosion in Atlas's on-time reliability for U.S. military flights is particularly damaging, not only because it impacts the country's military readiness, but also because many of these flights transport service-men and -women home after their overseas deployments and delays in reuniting U.S. military personnel with their families after multi-month deployments in harm's way can cause enormous stress and grief for these families. The Company has received numerous anguished complaints from the families of troops that have been impacted by pilot-induced delays on such flights.[85]

---

[85] *See* Carlson Decl. ¶ 180.

EXHIBIT 21:  PERCENT OF ATLAS FLIGHTS OPERATED FOR THE U.S. MILITARY WITH
EXTENDED DELAYS OF AT LEAST 6 HOURS



Source: Analysis of Atlas data.
Notes:  Data through September 19, 2017. Flights operated for the U.S. military with neither uncontrollable delays nor secondary delays. Percent of
flights leaving at least 6 hours after the scheduled time of departure.

54.   In order to more rigorously quantify the impact of changes in pilot behavior on the rate

of prolonged delays, I estimate a regression model using the prolonged delay rate as the

independent variable, and control for other factors that may systematically influence long

days.[86] The regression model includes **Industry D0 Delay Rate**, which controls for

factors that may result in industry wide delays on a given day, **Monthly Block per Pilot**,

which controls for pilot utilization.  Likewise, to control for prolonged delays that maybe

the result of maintenance issues, the regression model includes **Long AOS Rate**, a

_____

[86] As with Exhibit 20 and Exhibit 21, my prolonged delay regression is estimated on the subset of
Atlas flights that did not experience an uncontrollable (e.g., weather-, ATC-, or customer-driven
delay) or secondary delay.  Put differently, the sample is isolated to flights that were not delayed
for reasons outside of the Company's or pilot's control.

variable that measures the percent of aircraft out of service for unscheduled reasons for at least 4 hours.[87]  The regression also includes day-of-week and week-of-year fixed effects.

55.  To measure the incremental effects of changes in pilot behavior since the Union sent its Section 6 notice, I include two dummy variables:  **D(Feb 16, 2016-Nov 30, 2016)** takes the value one on each day between February 16, 2016 and November 30, 2016 (inclusive) and is zero otherwise, and **D(post-Dec 1, 2016)** takes the value one for each day on or after December 1, 2016.  While **D(Feb 16, 2016-Nov 30, 2016)** captures the initial increase (if any) of prolonged delays due to changes in pilot behavior that occurred after the Union's Section 6 notice, **D(post-Dec 1, 2016)** captures the effect of more recent changes in pilot fatigue calls, short-notice sick calls, and an unwillingness to pick up open time that started to rise more prominently towards the end of 2016 (*see* Section IV above).

56.  Exhibit 22 summarizes the results from the prolonged-delay regression for: (1) all Atlas flights, (2) Atlas military flights; (3) DHL/Amazon flights; and (4) all other Atlas flights and shows that while prolonged delays remained within normal bounds between February 16, 2016 and the end of November 2016, starting in December 2016 (i.e., around the time that short-notice sick calls began to increase and open time acceptances began to decrease) the prolonged delay rate increased by 1.18 percentage points, an

---

[87] Because extended delays are likely to be correlated with long unscheduled AOS events and not short AOS events and because the increase of maintenance discrepancy reports from pilots is likely to result in short AOS events, I use the rate of AOS events longer than 4 hours as an independent variable in the regression.

increase of 83%, after controlling for factors that are expected to be correlated with prolonged delays. This result is statistically significant at the 99% confidence level for all Atlas flights as well as all three subsets of Atlas flights. Indeed, Exhibit 22 shows that Atlas's flights for the U.S. military have been particularly hard hit by changes in pilot behavior, with prolonged delays increasing by 3.67 percentage points, an increase *of over 200%*. Flights for Atlas's two main express-package customers—Amazon and DHL— have also experienced an increase in prolonged delays of 0.62 percentage points.[88] As noted earlier, prolonged delays—while relatively infrequent—are particularly harmful for these carriers as their businesses depend critically on flights reaching their sorting hubs on time so that the packages onboard their flights can be transferred to a subsequent

---

[88] Moreover, as shown in Appendix D, the finding that the extended delay rate has increased is robust to a variety of alternative modelling specifications (i.e., the conclusion is unchanged using a variety of different samples or assumptions). For example, columns 1 and 2 of appendix D show that the increase in prolonged delays in Atlas's domestic network since December 1, 2016 has been approximately 0.8 percentage points while for international flights, the increase has been approximately 1.9 percentage points, after controlling for other factors indicating that the change in behavior has resulted in delays to both the domestic and international networks. Columns 3 and 4 show that the same conclusion holds if prolonged delays are measured as delays longer than four or eight hours respectively. Because the base model in column 1 of Exhibit 22 does not include flights that were delayed for uncontrollable reasons such as weather and customer requests, the base model does not need to control for weather or control for the composition of Atlas's customers. Nevertheless, as a robustness test, column 5 of appendix D adds control variables for weather and customer composition to the base model. When these variables are included, the estimated coefficient on the **D(post-Dec 1, 2016)** is slightly larger than in the base model. The estimated coefficients on all the weather and customer variables are statistically insignificant in this regression model, indicating that—as expected—these controls are not required due to the sample excluding uncontrollable delays. Lastly, column 6 of appendix D replicates column 5 but *includes* all flights, including those with uncontrollable or secondary delays. As expected, once these flights are included in the regression the coefficients on the customer controls become significant. The estimated coefficient on the **D(post-Dec 1, 2016)** in column 6 is much larger than in the base model at 0.050 and indicates that if all flights are included in the sample, the extended delay rate has increased by 5.0 percentage points since December 1, 2016 after controlling for other factors.

flight in order to reach their final destinations (and in turn, the ultimate customers). Overall, based on the estimated coefficient from column (1), the combined effect of changes in pilot behavior since December 2016 have contributed to approximately 380 prolonged delays *over and above the number that would have been expected to occur*.

**EXHIBIT 22:  REGRESSION RESULTS PERCENT OF ATLAS FLIGHTS WITH EXTENDED DELAYS OF AT LEAST 6 HOURS**

| Variables | (1) Extended delay rate | (2) Extended delay rate (Military) | (3) Extended delay rate (DHL and Amazon) | (4) Extended delay rate (All other flights) |
|---|---|---|---|---|
| D(Feb. 16, 2016 to Nov. 30, 2016) | -4.33e-05 | 0.00833 | 0.00226 | -0.00441 |
| | (0.00155) | (0.00525) | (0.00178) | (0.00371) |
| D(post-Dec. 1 2016) | 0.0118* | 0.0367** | 0.00616** | 0.0235** |
| | (0.00174) | (0.00811) | (0.00172) | (0.00485) |
| Industry DO Delay Rate | 0.0161 | -0.0189 | 0.0203 | 0.0422 |
| | (0.0124) | (0.0406) | (0.0135) | (0.0279) |
| Monthly Block per Pilot | 0.000599** | 0.000961 | 9.52e-08 | 0.00107* |
| | (0.000182) | (0.000626) | (0.000166) | (0.000447) |
| Long AOS Rate | 0.160** | 0.0572 | 0.0731** | 0.267** |
| | (0.0273) | (0.0862) | (0.0256) | (0.0671) |
| D(Sunday) | 0.00383* | 0.00214 | 0.00291 | 0.00172 |
| | (0.00195) | (0.00762) | (0.00206) | (0.00428) |
| D(Monday) | 0.00114 | -0.0106 | -0.000210 | 0.00831 |
| | (0.00169) | (0.00573) | (0.00161) | (0.00459) |
| D(Tuesday) | 0.00182 | -0.00574 | -0.000329 | 0.00727 |
| | (0.00178) | (0.00596) | (0.00167) | (0.00431) |
| D(Wednesday) | 0.000967 | -0.00871 | 0.00187 | 0.00696 |
| | (0.00170) | (0.00575) | (0.00172) | (0.00454) |
| D(Thursday) | 0.00259 | 0.00733 | 0.00269 | 0.00261 |
| | (0.00179) | (0.00790) | (0.00191) | (0.00404) |
| D(Friday) | -0.00138 | -0.00572 | -0.00169 | 0.00620 |
| | (0.00159) | (0.00581) | (0.00141) | (0.00448) |
| Constant | -0.0306** | -0.0365 | -0.00654 | -0.0633** |
| | (0.00953) | (0.0294) | (0.00961) | (0.0220) |
| | | | | |
| Observations | 2,089 | 2,044 | 2,089 | 2,088 |
| R-Squared | 0.094 | 0.052 | 0.055 | 0.078 |

Robust standard errors in parentheses
** p<0.01, * p<0.05
Data through September 19, 2017. Week of year fixed effects not shown. Flights with neither uncontrollable delays nor secondary delays. Delays of at least 6 hours relative to STD.

## *Increases in Short, But Highly Prevalent "BOOT" Delays*

57.   In addition to the increase in prolonged, multi-hour, delays, the Union's orchestrated BOOT campaign also has led to significant, widespread operational disruptions for the Company and its customers.  While changes in pilot behavior aimed at departing at exactly the ETD even once loaded and ready may appear—at first glance—to be little

more than a nuisance with minor operational impact, the aggregate impact of such delays have been substantial because they apply to the majority of Atlas's flights.

58. In order to estimate the effect that the BOOT campaign has had on Atlas's operations, Exhibit 23 re-estimates my earlier BOOT regressions using the average minutes of delay (relative to ETD) as the dependent variable.  Column 1 shows the regression for the average minutes of delay for the entire Atlas fleet, while columns 2 and 3 estimate the regression model for the 767 and 747 fleet respectively.  The coefficient on the **D(post-February 16, 2016)** variable in column 1 of Exhibit 23 measures the change in the average minutes of departure delay since February 16, 2016 and demonstrates that since the Union sent the Section 6 notice, the average minutes of delay has increased by 6.3 minutes, an increase that is statistically significant at the 99% level of confidence. Columns 2 and 3 show that the average minutes of delay has increased by 4.8 minutes for the 767 fleet and by 6.8 minutes for the 747 fleet.  Both of these estimates are also statistically significant at the 99% confidence level and indicate that the BOOT campaign at Atlas has been widespread and indiscriminate.

## EXHIBIT 23: REGRESSION RESULTS FOR AVERAGE MINUTES OF DELAY RELATIVE TO ETD FOR ATLAS FLIGHTS WITH NEITHER UNCONTROLLABLE DELAYS NOR SECONDARY DELAYS

| Variables | (1) Average Minutes of Delay | (2) Average Minutes of Delay, 767 | (3) Average Minutes of Delay, 747 |
|---|---|---|---|
| D(post-February 16, 2016) | 6.325** | 4.756** | 6.769** |
| | (0.419) | (0.634) | (0.451) |
| Industry DO Delay Rate | 8.690* | 4.414 | 7.745** |
| | (1.966) | (3.232) | (2.278) |
| Monthly Atlas Departures | 0.00214** | 0.00711** | 0.00295* |
| | (0.000748) | (0.00220) | (0.00142) |
| Daily Atlas Departures | 0.00717 | -0.0181 | 0.0307 |
| | (0.0138) | (0.0480) | (0.0195) |
| Monthly Average Flight Time | 1.035 | 1.176 | 1.180 |
| | (0.963) | (1.779) | (0.778) |
| Monthly Block per Pilot | -0.149** | -0.145 | -0.144** |
| | (0.0471) | (0.0748) | (0.0478) |
| Daily Block Hours per Aircraft | 0.142 | 0.599** | -0.0530 |
| | (0.134) | (0.222) | (0.123) |
| Average Fleet Age | 0.324** | -0.0450 | 0.372** |
| | (0.120) | (0.112) | (0.123) |
| % of Aircraft Under Unscheduled Maintenance | 5.801 | -2.244 | 6.100 |
| | (3.514) | (3.526) | (3.691) |
| New MELs per Aircraft | 2.486** | -0.258 | 2.646** |
| | (0.824) | (1.574) | (0.955) |
| Share 747 departures | 6.357* | | |
| | (2.902) | | |
| % ACMI | -0.990 | 2.138 | -5.291* |
| | (2.277) | (8.682) | (2.109) |
| % DHL | -2.579 | -0.169 | -4.715 |
| | (2.894) | (2.867) | (3.147) |
| % Military Passenger | 2.713 | -6.505** | -3.003 |
| | (3.386) | (2.263) | (3.988) |
| % of Departures 7am-10am | -3.532 | -0.708 | -2.751 |
| | (2.580) | (3.270) | (2.705) |
| % of Departures 10am-3pm | 2.418 | 3.518 | 1.928 |
| | (2.542) | (3.032) | (2.502) |
| % of Departures 3pm-9pm | 1.680 | 0.332 | 1.678 |
| | (2.302) | (1.989) | (2.496) |
| Extreme Heat | 13.34 | -6.733 | 23.25* |
| | (7.746) | (9.403) | (9.041) |
| Extreme Cold | -3.125 | -5.074 | -3.060 |
| | (3.096) | (3.394) | (2.986) |
| Rain | -0.101 | -0.0159 | -0.137 |
| | (0.110) | (0.116) | (0.128) |
| Snow | 4.125 | 1.904 | 9.427 |
| | (8.363) | (6.000) | (9.845) |
| Constant | -33.13** | -17.55 | -25.75** |
| | (6.843) | (10.56) | (5.741) |
| Observations | 2,089 | 1,721 | 2,089 |
| R-Squared | 0.656 | 0.467 | 0.593 |

Robust standard errors in parentheses
** $p<0.01$, * $p<0.05$
Flights with neither uncontrollable delays nor secondary delays. Day of week, week of year, and departure airport fixed effects not shown. Average minutes of delay relative to ETD. Data from January 1, 2012 to September 19, 2017.

59. The effects of the BOOT campaign have been directly felt by Atlas's e-commerce and express package customers (such as Amazon and DHL) and by the consumers,

65

businesses, hospitals, and other institutions throughout the country and around the world that rely on those companies.[89]   For example, a senior representative from a large customer complained to Atlas about a July 23, 2017 flight: "[a]fter arrival at [Allentown airport], the aircraft was ready for departure to [Ontario airport] at 1955Z.   The expectation was set to depart ASAP upon quick-turn of the aircraft to ensure an on-time arrival . . . .   The aircrew refused to depart until the 'scheduled' time set by Atlas (2039Z). The issue . . . was escalated to Atlas and the aircraft blocked out at 2023Z . . . ."[90]

60.   In sum, whether measured by changes in the less frequent—but more harmful— prolonged delays that have coincided with statistically significant increases in pilot fatigue calls, short-notice sick calls, pilot write-ups and an unwillingness to accept open time, or by the prevalent and systemic increase in short "BOOT" delays that have come directly at the urging of the Union, the overall effect of all of the changes in pilot behavior at Atlas since the Union sent its Section 6 notice has been a substantial erosion in the Company's operations and, as a result, a substantial loss in goodwill among Atlas's customers.   Moreover, based on the analysis described above, it is my opinion that the decline in Atlas's operational reliability since the Union sent its Section 6 notice is not the result of random statistical variation or other factors, but rather, is the result of a concerted effort by Atlas's pilots—directed by the Union—to exert leverage on the Company during the current contract negotiations.

---

[89] Since Atlas began operating flights for Amazon in early August 2016, approximately 50 percent have left at the exact estimated departure time while an additional 25 percent have left after the estimated departure time.

[90] Carlson Decl. ¶ 34 Ex. 88.

## VI.  IT IS REASONABLE TO CONCLUDE THAT ATLAS'S PILOTS WILL TARGET THE COMPANY'S OPERATIONS TO EXERT EVEN GREATER LEVERAGE DURING THE UPCOMING PEAK SHIPPING SEASON

61.  As described in Sections IV and V above, changes in pilot behavior—directed by the Union—have already caused substantial harm to Atlas and its customers, and in turn, have directly harmed U.S. consumers and businesses that rely on the orderly flow of merchandise, as well as many U.S. service-men and -women and their families.  These operational disruptions and the concomitant harm to Atlas's customers have already been substantial, and there is little—if any—reason to believe they will subside.  To the contrary, because the overall goal of these changes in pilot behavior is to cause operational disruptions aimed at exerting leverage on the Company during the current contract negotiations, it is reasonable to conclude that these disruptions will increase when they have the potential to cause the maximum disruption, i.e., leading up to and during the critical holiday shopping (and shipping) season.

62.  The Union has already demonstrated a willingness to engage in campaigns designed to encourage its pilots to change their behavior—thereby disrupting Atlas's flights—specifically during the peak holiday shopping and shipping season.  The Union has also demonstrated a willingness to try to exert even greater leverage over the Company during the current contract negotiations by creating uncertainty over the ability of one of Atlas's largest customers (Amazon) to be able to fulfill its customers' holiday purchases due to a purported shortage of pilots.  For example, Atlas pilots picketed Amazon's headquarters

on December 7, 2016 carrying placards reading "Can Amazon Deliver?"[91]   Shortly

thereafter, on December 16, 2016, the Union began running advertisements on various

social media and internet search sites (e.g., Facebook and Google) targeted at Amazon

customers, including a link that takes them to the website http://canamazondeliver.com.[92]

The website, paid for by the Airline Professionals Association, Teamsters Local 1224,[93]

warned holiday shoppers that "Amazon customers may want to think twice before

ordering last-minute deliveries"[94] because "there may not be enough pilots to deliver for

Amazon around the holidays."[95]   The website also notes that Amazon's Prime Air (i.e.,

the division of Amazon that is responsible for transporting its packages via air) contracts

with Atlas and another cargo carrier ABX Air Inc. ("ABX") to operate its Prime Air

flights and tells consumers that they should "tell Amazon executives to make sure its

contracted pilots have a fair contract to ensure stability and that there are enough qualified

pilots to get the job done."[96]

63.   Various national news organizations reported on the Union's campaign to raise doubts

regarding Amazon's ability to meet the demands of holiday shoppers.   For example, a

---

[91]   *See* "Pilots for Amazon contractor picket Seattle HQ over staffing, contract issues", SeattlePI.com, December 7, 2016 (http://www.seattlepi.com/business/article/Pilots-for-Amazon-contractor-picket-Seattle-HQ-10781699.php#photo-12007381).

[92]   *See* "Pilots Who Fly Amazon Planes Suggest Company Might Not Deliver", Bloomberg, December 16, 2016 (https://www.bloomberg.com/news/articles/2016-12-16/pilots-who-fly-amazon-planes-suggest-company-might-not-deliver).

[93]   Source:  http://canamazondeliver.com/.

[94]   Ibid.

[95]   Ibid.

[96]   Ibid.

December 18, 2016 segment on ABC's *Good Morning America* covered the online advertising campaign paid for by the Union and reported that "millions of Amazon customers who rely on the company's two day Prime delivery, getting a startling warning of what some claim is a possible holiday doomsday scenario."[97]   The *Good Morning America* segment also included an interview with the Union's Atlas Executive Council Communications Chair (Atlas pilot Captain Mike Griffith) associating Amazon's potential delivery disruptions to alleged understaffing at Atlas "due to us not having an industry standard contract."[98]

64.   The Union has already alluded to repeating last year's targeted slowdown during the upcoming 2017 peak season.   For example, in a June 23, 2017 Chairman's Update the Union wrote "[w]e are getting into the busy season during the second half of the year and it is now more important than ever to stay strong with your SOLIDARITY.   YOU must not only honor the CBA every day and on every flight, but also hold management accountable."[99]

---

[97] *See* "Amazon's Pilot Union Warns that Some Orders May Not Be Delivered for the Holidays", Good Morning America video clip at time 0:40 (http://abcnews.go.com/GMA/video/amazons-pilots-union-warns-orders-delivered-time-holidays-44265844)
(http://abcnews.go.com/GMA/video/amazons-pilots-union-warns-orders-delivered-time-holidays-44265844)

[98] Ibid at time 1:13.

[99] *See* Carlson Decl. ¶ 119 Ex. 63.

***Atlas's Pilots Responded to the Union's Encouragement to Take Actions Aimed at Disrupting the Company's Operations During Last Year's Peak Shipping Season***

65. There is ample evidence demonstrating that Atlas's pilots responded to the Union's directive to create the *appearance* of a pilot shortage during last year's holiday shipping season. For example—and described below—shortly after the Union launched its http://canamazondeliver.com website, the Company experienced a surge in the proportion of 767 pilots calling in sick.[100] Moreover, in the weeks leading up to the peak holiday season, the proportion of Atlas's pilots making themselves available for potential overtime flying assignments reached historically low levels.

***Increases in 767 Pilot Sick Rates During Last Year's Peak***

66. Between December 16, 2016 (the date that the Union launched its canamazondeliver.com website) and December 24, 2016, the Company experienced a dramatic increase in the proportion of its 767 pilots using sick days. For example, on December 17, 2016, the proportion of Atlas's 767 pilots that were out sick reached 6.5%, more than twice the average rate since the start of 2016 (excluding December 16-24, 2016) of 2.5%. Sick rates among certain subsets of Atlas's 767 pilots were even higher.[101] For example, sick

---

[100] The Boeing 767 is Atlas's second largest fleet type (after the Boeing 747) is the used for much of the Company's flying for its express package customer DHL, as well as for all of its flying on behalf of Amazon's Prime Air.

[101] In calculating the daily 767 pilot sick rates used throughout my declaration, I divide the number of 767 pilots (Captains and First Officers) on short term medical leave each day by the number of active 767 pilots available to fly that month, excluding those pilots who were exclusively assigned to training, long term medical leave, military leave, leave of absence, instructor flying, administrative duty, management and vacation in the month. Because the denominator includes pilots that were not scheduled to be available on a particular day (i.e., those on vacation), the sick rates shown in Exhibit 24 *understate* the sick rates among certain subsets of Atlas's 767 pilots.

rates among Atlas's 767 Captains who were scheduled to be on duty on a particular day *averaged over 18%* between December 16 and December 20, 2016.

67.  The high aggregate sick rate among the Company's 767 pilots in the midst of last year's peak shipping season was not the result of seasonal factors.  For example, Exhibit 24 compares 767 pilot sick rates for the same nine day period in December (Dec. 16th - Dec. 24th) for each of the last three years and demonstrates that the mid-December sick rate in 2016 was over 50% higher than the rate it was in 2015, and more than double the rate it was during the same nine-day period in 2014.

**Exhibit 24:  Comparison of Pre-Holiday Sick Rates For Atlas 767 Pilots, 2016 vs. 2015 and 2014**



Source: Analysis of Atlas data.
Note:  Data represents December 16-24.

68.  The sick rates among the Company's 767 pilots during last year's December peak were also well outside their overall historical distribution.  For example, Exhibit 25,  shows

71

the distribution of daily sick rates for Atlas's 767 pilots for the period January 1, 2014 to February 16, 2016 (i.e., until the Union sent its Section 6 notice) and demonstrates that during the control period, 767 pilot sick rates have exceeded 6.0% on only 1.4 percent of days and exceeded 5% on only 4.6 percent of days.  Exhibit 25,  also shows that Atlas's 767 pilot sick rate exceeded 6.0% on two of the nine days from December 16-24, 2016 (i.e., December 16 and 17) and exceeded 5% on three of the remaining days from December 16-24, 2016 (i.e., December 18, 19 and 20).  Given the historical distribution of pilot sick rates in mid-December 2016, the probability of observing five consecutive days with pilot sick rates at or above 5% is exceedingly remote (i.e., *less than one-in-4.6 million*).  Moreover, as shown in Appendix E, a regression analysis that controls for a variety of factors that are systematically correlated with pilot sick rates (i.e., rates of communicable disease, seasonality, levels of pilot flying, etc.) demonstrates that between December 16, 2016 and December 24, 2016, Atlas's 767 Captain and First Officer sick rates were elevated by 2.0 and 2.7 percentage points, respectively and that these changes were statistically significant at the 99% level of confidence.  Consequently, it is my opinion that the elevated sick rate among Atlas's 767 pilots between December 16 and December 24, 2016 (and particularly between December 16 and December 20) was not due to random statistical variation or other factors and instead was the result of a concerted action by pilots to disrupt the Company's operations in the peak holiday shipping days in order to exert leverage over the Company during collective bargaining negotiations.

**EXHIBIT 25:   COMPARISON OF ATLAS 767 PILOT SICK RATES VS. HISTORICAL DISTRIBUTION**



Source: Analysis of Atlas data.
Note: Distribution is based on data from January 1, 2014 – February 15, 2016.

### _Reduction in Pilots Willingness to Volunteer for Open Time_

69.   The sharp and statistically significant increase in sick rates among Atlas's 767 pilots during last year's peak holiday season came on the heels of a steady and dramatic decline in the number of Atlas pilots who indicated a willingness to volunteer for open time flying opportunities.  As shown in Exhibit 26, the percent of Atlas pilots who either placed themselves on the volunteer list for open time flying or elected to pick up open time flying on their days off started decreasing after the Union sent its Section 6 notice on February 16, 2016 and reached its lowest levels in several years between "Black Friday" (the day after Thanksgiving and a kick-off to the peak holiday shopping season) and Christmas.  Based on the historical distribution of the proportion of Atlas pilots who either placed themselves on the volunteer list for open time flying or elected to pick up

73

open time, the probability that the observed rate of open time volunteering/flying over this period could have been the result of random statistical variation is less than one-in-one billion.[102]

**EXHIBIT 26:  PERCENT OF ACTIVE PILOTS VOLUNTEERING FOR OPEN TIME OR FLYING OVERTIME**



Source: Analysis of Atlas data.
Note: Data through September 19, 2017. Pilots volunteering for or working open time includes pilots who volunteered to work on their day off and those who picked up open-flying. Shaded area reflects the dates between Black Friday and Christmas 2016.

---

[102] During the period January 1, 2014 to February 16, 2016, the daily rates of Atlas pilots who volunteered for or accepted open time flying assignments followed a "normal"-shape distribution and the rate fell below 2.2% on only one percent of all days during this period.  However, during last year's holiday peak, the proportion of pilots who volunteered for or accepted an open time flying assignment was below 2.2% on each day between Black Friday (i.e., November 25, 2016) and December 24, 2016.  Based on its historical distribution, the probability of observing 30 days in a row where the proportion of pilots who volunteered for or accepted an open time flying assignment was below 2.2% is less than *one-in-one billion.*

74

70. In light of the exceedingly remote probability of either the observed 767 pilot sick rates or the observed proportion of Atlas's pilots willing to volunteer for open time flying opportunities during last year's peak holiday shipping season, both of which occurred in the wake of the Union encouraging Amazon's customers to "tell Amazon executives to make sure its contracted pilots have a fair contract to ensure stability and that there are enough qualified pilots to get the job done,"[103] it is my opinion that these changes in pilot behavior were not the result of random statistical variation, but rather, represented a concerted action by Atlas's pilots aimed at creating *the appearance* of a pilot shortage during last year's peak holiday season.  Indeed, as shown in Exhibit 20 above, the proportion of Atlas's flight suffering a prolonged delay rose to its then-highest level in December 2016.  Moreover, given the increased rhetoric by the Union aimed at creating doubt as to Atlas's ability to operate Amazon's schedule during this year's upcoming holiday season and the statistically significant changes in pilot behavior that have already been occurring, it is reasonable to expect that the Company's pilots will target Atlas's operations again this holiday season in an attempt to exert further leverage on the Company during their ongoing contract negotiations.

## VII.  CONCLUSIONS

71. In sum, based on the analysis summarized in this report, it is my opinion that the changes in numerous measures of pilot behavior (e.g., increases in the proportion of sick calls made on short-notice, increases in fatigue calls, decline in the willingness of pilots to

---

[103] Source:  http://canamazondeliver.com/.

pick up open time or depart once their aircraft is loaded and ready, etc.), which have resulted in a deterioration of the Company's operating performance and a loss of goodwill among many of its key customers, are the result of a concerted job action by Atlas's pilots aimed at exerting leverage on the Company during the current contract negotiations.

72. Changes in pilot behavior since the Union sent its Section 6 notice have already led to several hundred of Atlas's flights suffering prolonged delays and the majority of Atlas's flights departing several minutes later than they would otherwise depart under normal pilot behavior.  Based on the escalating level of communications directing pilots to deviate from their status quo behavior and the concomitant increase in pilot-driven disruptions the Company has been experiencing, it is reasonable to conclude that Atlas's pilots will target the upcoming peak holiday shopping and shipping season in an attempt to cause maximum disruption to Atlas and its customers.  If this were to occur, Atlas would be at risk of suffering further and irreparable harm.  This is because Atlas competes in the highly competitive and largely commoditized market for providing cargo lift, whereby its customers—which depend on reliable service to meet their own customers' needs—can source lift from multiple carriers.  Thus, if the contracted flight services provided by Atlas fail to meet its customers' expectations with regard to reliability, the highly commoditized nature of offering cargo lift means that these customers can replace Atlas with a carrier that the customers deem better able to offer more reliable and dependable service.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 25th day of September, 2017, at Boston, Massachusetts

Darin N. Lee

September 25, 2017

## APPENDIX A:  CURRICULUM VITAE

### Darin N. Lee, Ph.D.

**OFFICE:**                    Compass Lexecon
                               200 State Street, 9ᵗʰ Floor
                               Boston, MA 02109
                               (617) 520-0200 main
                               (617) 520-0255 direct
                               E-mail: Darin.Lee@compasslexecon.com

**PROFESSIONAL EXPERIENCE:**

Compass Lexecon, Boston, MA
*Executive Vice President*, April 2013 – Present
*Senior Vice President*, March 2011 – March 2013

LECG, LLC, Cambridge, MA
*Director, Transportation and Auction Groups,* January 2011 – February 2011
*Principal, Transportation and Auction Groups,* July 2005 – December 2010
*Senior Managing Economist, Transportation and Auction Groups,* January 2002 – June 2005
*Managing Economist, Transportation and Auction Groups*, January 2001- December 2001
*Senior Economist, Transportation and Auction Groups*, July 1998 - December 2000

**EDUCATION:**

Brown University, Providence, RI,
      Ph.D., Economics, 1998
            Specialized Fields: Game Theory, Microeconomic Theory, Industrial Organization & Bargaining Theory

Brown University, Providence, RI
      A.M., Economics, 1995

Queen's University, Kingston, Canada
      M.A., Economics, 1993

University of Victoria, B.C., Canada
      B.Sc. (Honors), 1991

PUBLICATIONS IN REFEREED JOURNALS:

1) "Product Unbundling in the Travel Industry:  The Economics of Airline Bag Fees", with Jan K. Brueckner, Pierre Picard and Ethan Singer.  *Journal of Economic Management & Strategy*, Vol. 24(3), pp. 457-484, Fall 2015.

2) "What's Your Number?  Interpreting the 'Fair and Equitable' Standard in Seniority Integration for Airlines and Other Industries", with Ethan Singer.  *Economics of Transportation*, Vol. 3 (2014), pp 2-15.

3) "City-Pairs Versus Airport-Pairs:  A Market-Definition Methodology for the Airline Industry", with Jan K. Brueckner and Ethan Singer.  *Review of Industrial Organization*, Volume 44 (2014), Issue 1, pp. 1-25.

4) "Competition and U.S. Domestic Airfares:  A Comprehensive Reappraisal", with Jan K. Brueckner and Ethan Singer.  *Economics of Transportation*, Volume 2(1), pp. 1-17, March 2013.

5) "Alliances, Codesharing, Antitrust Immunity and International Airfares: Do Previous Patterns Persist?" with Jan K. Brueckner and Ethan Singer.  *Journal of Competition Law & Economics*, Volume 7(3), pp. 573-602, 2011.

6) "Retracting a Gift:  How Does Employee Effort Respond to Wage Reductions?", with Nicholas Rupp, *Journal of Labor Economics*, Volume 25, Number 4, October 2007, pp. 725-762.

7) "Domestic Codesharing, Alliances and Airfares in the U.S. Airline Industry", with Harumi Ito, *Journal of Law & Economics*¸ Volume 50, pp. 355-380, 2007.

8) "The Impact of Passenger Mix on Reported Hub Premiums in the U.S. Airline Industry," with María José Luengo Prado.  *Southern Economics Journal*, Vol. 72, No. 2, pp. 372-394, 2005.

9) "Comparing the Impact of the September 11 Terrorist Attacks on International Airline Demand," with Harumi Ito, *International Journal of the Economics of Business,* Volume 12, No. 2, pp. 225-249, 2005.

10) "Domestic Codesharing Practices in the U.S. Airline Industry", with Harumi Ito, *Journal of Air Transport Management*, Vol. 11, No. 2, pp. 89-97, 2005.

11) "Assessing the Impact of the September 11[th] Terrorist Attacks on U.S. Airline Demand," with Harumi Ito, *Journal of Economics and Business*, Volume 57 (1), pp. 75-95, 2005.  (Reprinted in <u>Transnational Terrorism,</u> S. Chermak and J. Freilich, Eds., Ashgate, 2013).

12) "Entry Patterns in the Southwest Airlines Route System," with Charles Boguslaski and Harumi Ito, *Review of Industrial Organization*, Volume 25 (3), pp. 317-350, 2004.

13) "Are Passengers Willing to Pay More for Additional Legroom?" with María José Luengo Prado, *Journal of Air Transport Management*, Volume 10, No. 6, pp. 377-383, 2004.

14) "Lessons from the Nigerian GSM Auction," *Telecommunications Policy*, Volume 27, pp. 407-416, 2003.

15) "An Assessment of Some Recent Criticisms of the U.S. Airline Industry," *Review of Network Economics*, Vol. 2(1), pp. 1-9, March 2003.

16) "Concentration and Price Trends in the U.S. Domestic Airline Industry," *Journal of Air Transport Management*, Volume 9, No. 2, pp. 91 –101, 2003.

17) "The Core for Economies with Asymmetric Information: An Axiomatic Approach," with Oscar Volij, *Journal of Mathematical Economics*, Vol. 38, 1, pp.43-63, 2002.

18) "A Note on Individualistic Foundations of the Core in Economies with Asymmetric Information," *Economics Letters*, Volume 61, pp. 203-208, 1998.


**BOOKS AND BOOK CHAPTERS**

1) *Advances in Airline Economics, Volume 1, Competition and Antitrust*, Editor. Amsterdam:  Elsevier, 2006.

2) *Advances in Airline Economics, Volume 2, The Economics of Airline Institutions, Operations and Marketing*, Editor.  Amsterdam:  Elsevier, 2007.

3) "The Impact of Domestic Codesharing on Market Airfares:  Evidence from the U.S.", with Harumi Ito, in *Advances in Airline Economics, Volume 1*, Darin Lee, Editor, pages 141-162.  Amsterdam:  Elsevier, 2006.


**UNIVERSITY TEACHING EXPERIENCE**

UNIVERSITY OF COLORADO-DENVER, Department of Economics, 1994 and 1995, Visiting Lecturer
Courses in Graduate Microeconomics and Mathematical Economics.

BROWN UNIVERSITY, Department of Economics, Fall 1993 - Spring 1997
Teaching Assistant

A-3

Courses in Microeconomics, Bargaining Theory, Game Theory, Industrial Organization and Macroeconomics

**PROFESSIONAL ENGAGEMENTS**

<u>**Testimony & Expert Reports**</u>

- Expert report and testimony in the interest arbitration regarding the joint collective bargaining agreement for the pilots of Alaska Airlines and Virgin America; August 2017.

- Expert report, rebuttal report and deposition testimony in Super98, LLC, Plaintiff, v. Delta Air Lines, Inc., Defendant, United States District Court, Northern District of Georgia, Atlanta Division, July 2017-September 2017.

- Expert declaration in re: Spirit Airlines, Inc. Plaintiff, v. Air Line Pilots Association, International; Spirit Airlines Master Executive Council; Stuart  Morrison; Brian Coley; Michael Lorusso; Todd Hirshon;  Michael Luckstone; Ryan  Pachkofsky; James Ackerman, Tim Connors; And Antonio Nassar, Defendants, United States District Court, Southern District of Florida, Fort Lauderdale Division, Case No. 0:17-cv-60917, May 2017.

- Expert report and arbitration testimony in the matter of the Interest Arbitration between the Association of Professional Flight Attendants and American Airlines, Inc., January 5-7, 2017.

- Expert report, rebuttal report and deposition testimony in Daniel Grate, et al. v. Alaska Air Group, Inc. et al, United States District Court, Northern District of California, San Francisco Division, Case No. 16-cv-05165-WHA, November-December 2016.

- Expert report in a matter between a U.S. air carrier and one of its represented employee groups (records have been sealed by the court), 2016.

- Expert Declaration in the matter of arbitration between United Airlines, Inc. and the Air Line Pilots Association, International, Profit Sharing Grievance, Board No. 2012-08, Gr. No. 2012-U-AA-14R, et. al., Before the United Airlines, Inc. - Air Line Pilots Association, International System Board of Adjustment, July 2016.

- Expert report and arbitration testimony in the matter of the Interest Arbitration between the US Airways, Inc., and the Communication Workers of America – IBT, January  23, 2015.

- Expert report and arbitration testimony in the matter of the Interest Arbitration between the Association of Professional Flight Attendants and American Airlines, Inc. December 3-4, 2014.

- Expert report and arbitration testimony in the matter between US Airways Inc., and Association of Flight Attendants – CWA.  System Board of Adjustment Case No. 2014-001-30-99-02, June 24-25, 2014.

- Expert report and arbitration testimony in the matter between Southwest Airlines and the Aircraft Mechanics Fraternal Association.  System Board of Adjustment Case No. 2933, July 2013.

- Expert report and arbitration testimony in the matter of Republic Airlines, Inc. and US Airways, Inc.  American Arbitration Association Case No. 13 125 Y-00-133429-12. February – March 2013.

- Expert report and arbitration testimony in the matter of Christopher Abell and 969 other current and former JetBlue Airways Pilots and JetBlue Airways Corporation. American Arbitration Association Case No. 11-160-01184-10. October 2012 – March 2013.

- Expert testimony in the matter of United Airlines, Inc. and the Air Line Pilots Association, Int'l (Discharge of Anthony Freeman), Board No. 2009-17, ALPA Case No. 2009-U-33-9.

- Expert report and deposition testimony in State of Hawaii vs. Westchester Fire Insurance Company and Coregis Insurance Company, In the Circuit Court of the First Circuit, State of the State, Civil No. 07-1-13949-07 (RAT).

- Expert report and trial testimony in US Airways, Inc. v. US Airline Pilots Association and Michael J. Cleary, United States District Court, Western District of North Carolina, Charlotte Division, Civil Action No. 00371-RJC. July – August 2011.

- Expert testimony in the arbitration matter between US Airline Pilots Association and US Airways, Inc., In re: Transition Agreement Dispute No. 10. April – September 2011.

- Merits and Class Certification Expert reports and deposition testimony in Delta/AirTran Baggage Fee Antitrust Litigation, Civil Action File Number 1:09, md-2089-TCB, United States District Court, Northern District of Georgia, Atlanta Division, 2010 – 2011.

- Expert submission in The Matter of an Arbitration Between Callahan Construction Company, Ltd. and Others.  Vancouver, British Columbia, August 2010.

- Expert testimony in the arbitration matter between US Airline Pilots Association and US Airways, Inc., In re:  Transition Agreement Disputes Nos. 12, 13 and 14. April 2010.

A-5

- Expert report in the matter of Mesa Air Group, Inc. and Freedom Airlines v. Delta Air Lines, Inc.  In the United States District Court For The Northern District of Georgia, Atlanta Division.  Civil Action File, No. 1:09: CV-0772-ODE.  January 2010.

- Expert testimony in the matter of Air Line Pilots Association and United Airlines, Before the System Board of Adjustment in the Grievance of Council 34, Board No. 2009-22, ALPA Grievance No. 2009-U-34-10.

- Expert report and deposition testimony in the matter of US Airways, Inc. vs. Kelly O'Donnell and Gary Tomada, United States District Court, District of New Mexico, No. 07-1235-MCA-LFG.

- Expert report in the matter of United Air Lines vs. Air Line Pilots Association, et. al, No. 08 CV 4317, United States District Court, Northern District of Illinois, Eastern District.  (Joint with Daniel M. Kasper)

- Expert declaration in the matter of Congestion Management Rule for John F. Kennedy International Airport and Newark Liberty International Airport, U.S. Department of Transportation Docket No. FAA-2008-0517. (Joint with Daniel M. Kasper)

- Expert declaration in the matter of Congestion Management Rule for LaGuardia Airport, U.S. Department of Transportation Docket No. FAA-2006-25709.  (Joint with Daniel M. Kasper)

- Expert report, deposition and trial testimony in Gary H. Ramey, et. al vs. District 141, International Association of Machinists and Aerospace Workers, et. al.  United States District Court, Eastern District of New York, 2007.

- Expert report in Republic/NFR & C. Parking of Louisville v. Regional Airport Authority of Louisville and Jefferson County, Civil Action No. 3:01CV-633-S.

- Expert declaration in Star Alliance Application for Antitrust Immunity, Before the U.S. Department of Transportation, Dockets OST-05-22922, OST-96-1434.  (Joint with Daniel M. Kasper)

- Expert testimony in SkyTeam Application for Antitrust Immunity, Before the U.S. Department of Transportation, Docket No OST-2004-19214. (Joint with Daniel M. Kasper)

**Airline Labor Matters:**  *Dr. Lee is an expert in labor matters regarding the airline and related industries.  Representative engagements include:*

- For several major U.S. airlines, statistical analysis of potential labor slowdowns.

- For several major U.S. airlines (both mainline and regional), provided expert analysis regarding labor negotiations in advance of Chapter 11 bankruptcy as well as analyses in conjunction with Section 1113(c), 1113(e) and 1114 contract relief.

- For several major U.S. passenger and cargo airlines, provided expert analysis and testimony in a variety of labor arbitrations.

- Analysis of the impact of a potential pilot strike on a major US airline and local economies.

- For a major U.S. airline, provided expert analysis regarding seniority integration issues.

- For a large airline union, provided independent expert testimony in class action lawsuit brought forth by a class of its members regarding effects of September 11th on U.S. airline industry.

- For an international airline caterer, provided expert analysis in contract interest arbitration.

- For several major U.S airlines, provided expert analysis in forced majeure labor arbitrations.

- For a major U.S. carrier, analysis of industry & economic issues in conjunction with Presidential Emergency Board regarding pilot negotiations.

**Airline Economics, Competition Policy, and Financial Damages**:  *Dr. Lee is an expert in the airline industry and has in-depth knowledge of the economics of the airline industry, airline data, airline ticket distribution, regulatory and competition policy issues. Representative case experience include:*

- Expert consulting to the Partnership for Open & Fair Skies related on the effect of Gulf carrier subsidies on international airline competition.

- Expert consulting to American Airlines and US Airways related to the American/US Airways merger.

- Expert consulting to United Airlines and Air Canada related to transborder joint venture, including presentations before the Canadian Competition Bureau.

- Expert consulting to United Airlines and ANA related to Transpacific joint venture, including presentations before the Singapore Competition Commission.

- Expert consulting to United Airlines for United/Continental merger, including presentation of econometric analysis of pricing effects from merger to the U.S. Department of Justice.

- Provide expert consulting services to several major U.S. mainline and regional airlines in connection with Chapter 11 reorganization.

- Expert testimony and econometric analysis of on-time flight performance.

- Provide expert testimony and analysis for international airline alliances in support of antitrust immunity applications.

- Analysis of industry, economic & antitrust issues on behalf of three major U.S. airlines and industry group in class action suit regarding hidden city ticketing.

- Provided valuation of a major carrier's U.S. slot holdings.

- Provided valuation of a major carrier's Narita slots holdings and route authority.

- Comments on behalf of industry airline association regarding the use of market based mechanisms to reduce delay and congestion at U.S. airports.

- Analysis of industry, economic & antitrust issues on behalf of a major U.S. airline regarding the use of baggage templates at Dulles International Airport. (U.S. District Court for the Eastern District of Virginia, Civil Action No. 00-684-A).

- Provide consulting services to major industry group with regards to slot auctions and congestion pricing.

- Analysis of proposed rulemaking regarding demand management options at New York's LaGuardia airport.

- Industry analysis for major airline in conjunction with post 9/11 workforce reductions.

- Analysis of industry & economic issues on behalf of industry backed Internet travel agency.

- Analysis of industry & economic issues for major U.S. and European alliance partners regarding a potential immunized alliance and Open Skies.

- Analysis of discriminatory airport rates, charges and access fees by U.S. and Canadian airports for air carriers and ground transportation providers.

- Authored whitepaper on behalf of major U.S. airline in support of codesharing application with major Hong Kong airline.

- Analysis of industry & economic issues on behalf of Chamber of Commerce for a U.S. metropolitan hub city.

- Analysis of consolidation strategies for a major U.S. airline in conjunction with the proposed and realized industry mergers of 2001.

- Analysis of industry, economic & antitrust issues on behalf of United Air Lines in *United Air Lines v. Mesa Airlines and Westair Commuter Airlines.* (United States District Court for the Northern District of Illinois Eastern Division, No. 97 C4455).

- Analysis of industry, economic & damage issues on behalf of GATX/Airlog in *GATX/Airlog v Evergreen International Airlines, Bank of New York, AIA, and G.E. Capital.* (U.S. District Court, Oakland Division, No. C96-2494CW).

- Analysis of industry and economic issues on behalf of American Airlines regarding application for new service to China.

- Analysis of industry & damage issues for ValuJet/AirTran is *ValuJet/AirTran vs. Sabreliner and SabreTech.* (Circuit Court of St. Louis County, State of Missouri #97CV-003725)

- Analysis of industry & economic issues for a major U.S. airline in predatory pricing suit.

- Analysis of industry & economic issues for a major U.S. airline in response of allegations of hub dominance.

- Analysis of industry, regulatory and economic issues for a major U.S. airline and Canadian holding company during negotiations regarding the potential acquisition of Canadian Airlines.

**Auctions and Markets:**  Dr. Lee also specializes in the auctions, markets and game theory. He has served as Chief Auction Strategist for numerous wireless telecommunication and Internet firms during spectrum auctions in the US, UK, Nigeria, Egypt, Brazil and Switzerland where he was responsible for rules analysis, development of bidding strategies, and round-by-round analysis of bidding behavior. Dr. Lee has also provided auction advice to firms in the electricity, airline and diamond industries and has published articles on auctions and game theory in policy journals such as *Telecommunications Policy* as well as leading economic journals such as the *Journal of Mathematical Economics* and *Economics Letters*.  Representative engagements include:

- Chief auction strategist for a Google in FCC Auction #73, 2007-2008.

- For a U.S. wireless telecommunications firm (2006):  Chief auction strategist during FCC auction #66 (AWS).

- For a major auction software company (2006):  Provided logic and software beta testing for Illinois electric capacity auction software.

- For MTN of South Africa (2006):  Chief auction strategist during Egyptian Mobile License Auction.

- For a major auction software company (2002):  Analyzed rules and tested software for Texas Electricity Capacity auction.

- For an industry group representing major U.S. Airlines (2001-2003):  Consulting services on the feasibility of airport take-off and landing slot auctions.

- For a major producer and market maker of diamond rough (2001-2002):  Consulting services on pricing, auctions, and market microstructure.

- For a major U.S. Electric Utility (2001):  Auction Design Consultant, Basic Services Generation Auction (New Jersey)

- For MTN of South Africa (2000/2001):  Principal Auction Strategist, Nigerian GSM auction.

- For an international telecommunications firm (2000):  Principal Auction Strategist, UK LMDS auction.

- For an international telecommunications firm (1999-2000):  Principal Auction Strategist, UK 3G auction.

- Provided analysis of the "winner's curse" in U.S. vs. Nextwave bankruptcy settlement (U.S. C-block auction).  (1999)

- Advised the Colombian government on efficient auction design for PCS service. (1998)

- Provided bid strategy advice to bidder in the Brazil B block auction (1998)


CONFERENCE AND OTHER INVITED PRESENTATIONS

- Georgetown Center for Business and Public Policy, "Airline Competition Conference," Panelist, July 2017.

- Invited speaker at the 2017 IATA Legal Symposium, Washington, D.C., February 2017.

- Invited speaker at Jones Day 2014 Railway Labor Act Symposium, Washington, D.C., May 1, 2014.

- Invited speaker at Jones Day 2013 Railway Labor Act Symposium, Washington, D.C., May 9, 2013.

- University of Vigo, Spain, July 2011.

A-10

- International Industrial Organization Conference, Boston, April 2011.

- Invited speaker at American Bar Association, Section of Public Utility, Communications and Transportation Law: An Update on Competition Analysis in Regulated Industries.  Washington, D.C., March 7, 2011.

- Hamburg Aviation Conference (invited speaker), Hamburg Germany, February 11, 2010.

- Embraer Semi-Annual AMA's Meeting (invited speaker), Sao Jose dos Campos, Brazil, May 29, 2007.

- International Industrial Organization Conference, Atlanta, April 2005.

- American Economic Association Winter Meetings, Philadelphia, January 2005.

- International Industrial Organization Conference, Chicago, April 2004.

- Southern Economics Association Annual Conference, San Antonio, November 2003.

- Federal Reserve Bank of Chicago (invited speaker), June 2003.

- International Industrial Organization Conference, Boston, April 2003.

- Stony Brook International Game Theory Conference, July 1997

### *Conference Service:*

- Session Organizer and Chair, International Industrial Organization Conference, Boston, April 2011.

- Session Chair, International Industrial Organization Conference, Atlanta, April 2005.

- Session Organizer and Chair, American Economic Association Meetings, Philadelphia, January 2005.

- Session Organizer and Chair, International Industrial Organization Conference, Chicago, April 2004

- Discussant, International Industrial Organization Conference, Boston, April 2004

- Discussant, Southern Economics Association Conference, San Antonio, November 2003

- Discussant, International Industrial Organization Conference, Boston, April 2003

***Journal Referee For:***

*Journal of Industrial Economics, Review of Economics and Statistics, Southern Economic Journal, Journal of Law, Economics & Organization, Economics Letters, Review of Industrial Organization, Journal of Urban Economics, Journal of Transport Economics and Policy, Telecommunications Policy, Journal of Air Transport Management*

## PROFESSIONAL AFFILIATIONS

Sloan Industry Studies Affiliate

## HONORS AND AWARDS

Abramson Dissertation Prize, Department of Economics, Brown University, 1997

Stephen Ehrlich Foundation Research Grant, Brown University, 1997

Stephen Ehrlich Foundation Research Grant, Brown University, 1996

## APPENDIX B:  LIST OF DOCUMENTS AND INFORMATION SOURCES CONSIDERED

### CASE DOCUMENTS

1.  Declaration of Jeff Carlson, September 25, 2017

### ATLAS DOCUMENTS AND DATA

2.  Transcript to June 30, 2016 ATAM podcast

3.  Atlas Crew Schedule Data

4.  Atlas Daily Delay Data

5.  Atlas Flight Data

6.  Atlas Pilot and Mechanic MEL and WriteUps Data

7.  Atlas Unscheduled Maintenance Events Data

8.  Atlas Payroll Data

9.  Atlas Med Log Data

10. Atlas Open Time Data

11. Atlas Pilot Seniority List

### PUBLICLY AVAILABLE DOCUMENTS, ARTICLES AND DATA

12. "Pilots for Amazon contractor picket Seattle HQ over staffing, contract issues", SeattlePI.com, December 7, 2016 (http://www.seattlepi.com/business/article/Pilots-for-Amazon-contractor-picket-Seattle-HQ-10781699.php#photo-12007381).

13. "Pilots Who Fly Amazon Planes Suggest Company Might Not Deliver", Bloomberg, December 16, 2016 (https://www.bloomberg.com/news/articles/2016-12-16/pilots-who-fly-amazon-planes-suggest-company-might-not-deliver).

14. "Amazon's Pilot Union Warns that Some Orders May Not Be Delivered for the Holidays", Good Morning America video clip (http://abcnews.go.com/GMA/video/amazons-pilots-union-warns-orders-delivered-time-holidays-44265844)

B-1

15. http://canamazondeliver.com/.

16. CDC FluView Weekly Report, U.S. Centers for Disease Control and Prevention.
http://www.cdc.gov/flu/weekly/overview.htm#Outpatient

17. Bureau of Transportation Statistics, Master Coordinate Data Table;
https://www.transtats.bts.gov/Fields.asp

18. *An Introduction to Probability and Its Applications*, pages 140-144, Richard J. Larsen
and Morris L. Marx, Prentice Hall. 1985.

19. "Teamsters Send Section 6 Notice to Atlas Air, Southern Air", PR Newswire,
February 24, 2016

20.  wunderground.com (additional weather data).

21.  masFlight.com (FAA Tracking Data)

22. "Atlas Air Worldwide Announces Agreement with Amazon To Provide Air Transport
Service", Atlas Air Worldwide Holdings Press Release, May 5, 2016

23. Local 1224 Executive Council Communications Committee;
http://giantcomms.libsyn.com/podcast

24. Local 1224 Executive Council Communications Committee;
http://giantcomms.libsyn.com/podcast/cba-chat-boot-0

25. Local 1224 Executive Council Communications Committee;
http://giantcomms.libsyn.com/anchorage-cba-chat-chat

26. Atlas Air Worldwide Holdings (2016), Form 10-K 2016

27. American Airlines (2016), Form 10-K 2016

28. AAWW Investor Slides, September 2017

29. OAG database

30. *Teamsters Local 1224 Press Release,* July 6, 2017

31. "Pilots for Amazon contractor picket Seattle HQ over staffing, contract issues",
SeattlePI.com, December 7, 2016 (http://www.seattlepi.com/business/article/Pilots-
for-Amazon-contractor-picket-Seattle-HQ-10781699.php#photo-12007381).

32. "Pilots Who Fly Amazon Planes Suggest Company Might Not Deliver", Bloomberg, December 16, 2016 (https://www.bloomberg.com/news/articles/2016-12-16/pilots-who-fly-amazon-planes-suggest-company-might-not-deliver).

33. "Amazon's Pilot Union Warns that Some Orders May Not Be Delivered for the Holidays", Good Morning America video clip (http://abcnews.go.com/GMA/video/amazons-pilots-union-warns-orders-delivered-time-holidays-44265844)

# Appendix C:  Regression Used to Construct Confidence Band in Exhibit 15

| Variables | (1) Share of Flights Blocked Out Exactly at ETD |
|---|---|
| Industry D0 Delay Rate | 0.130** |
|  | (0.0404) |
| Monthly Atlas Departures | 1.11e-06 |
|  | (2.16e-05) |
| Daily Atlas Departures | 0.000476 |
|  | (0.000299) |
| Monthly Average Flight Time | 0.0409* |
|  | (0.0194) |
| Monthly Block per Pilot | -0.00226* |
|  | (0.00110) |
| Daily Block Hours per Aircraft | -0.00552* |
|  | (0.00251) |
| Average Fleet Age | 0.00125 |
|  | (0.00271) |
| % of Aircraft Under Unscheduled Maintenance | 0.112 |
|  | (0.0880) |
| New MELs per Aircraft | 0.0310 |
|  | (0.0176) |
| % ACMI | -0.0184 |
|  | (0.0444) |
| % DHL | -0.0836 |
|  | (0.0610) |
| % Military Passenger | 0.0293 |
|  | (0.0656) |
| Share 747 departures | 0.0711 |
|  | (0.0625) |
| % of Departures 7am-10am | -0.0725 |
|  | (0.0593) |
| % of Departures 10am-3pm | -0.0385 |
|  | (0.0523) |
| % of Departures 3pm-9pm | 0.0155 |
|  | (0.0463) |
| Extreme Heat | -0.184 |
|  | (0.158) |
| Extreme Cold | -0.103* |
|  | (0.0473) |
| Rain | -0.000374 |
|  | (0.00243) |
| Snow | -0.0357 |
|  | (0.107) |
| Constant | -0.0828 |
|  | (0.124) |
| Observations | 1,507 |
| R-Squared | 0.233 |

Robust standard errors in parentheses
** $p<0.01$, * $p<0.05$

Data from January 1, 2012 to February 15, 2016. Flights with neither uncontrollable delays nor secondary delays. Percent of flights leaving exactly at the ETD defined as flights that block-out during the same minute of the ETD. Day of week, week of year, and departure airport fixed effects not shown.

C-1

# Appendix D:  Robustness Tests for Extended Delay Regression

| Variables | (1) Domestic Sub-Sample | (2) International Sub-Sample | (3) 4+ Hour Delay Rate | (4) 8+ Hour Delay Rate | (5) Base Model with Additional Controls | (6) Base Model with Additional Controls and Flights with Uncontrollable and Secondary Delays |
|---|---|---|---|---|---|---|
| D(Feb. 16, 2016 to Nov. 30, 2016) | 0.000733 | 0.000445 | 0.000693 | -0.000239 | 0.000973 | 0.0124** |
|  | (0.00232) | (0.00193) | (0.00180) | (0.00144) | (0.00184) | (0.00439) |
| D(Post-Dec. 1 2016) | 0.00787 | 0.0192** | 0.0143** | 0.0106** | 0.0126* | 0.0500** |
|  | (0.00239) | (0.00261) | (0.00195) | (0.00163) | (0.00206) | (0.00474) |
| Industry DD Delay Rate | 0.00491 | 0.0122 | 0.0150 | 0.0124 | 0.0116 | 0.0659* |
|  | (0.0176) | (0.0157) | (0.0144) | (0.0115) | (0.0131) | (0.0301) |
| Monthly Block per Pilot | 0.000388 | 0.000836** | 0.000867** | 0.000555** | 0.000666** | 0.00418** |
|  | (0.000302) | (0.000222) | (0.000208) | (0.000168) | (0.000191) | (0.000434) |
| Long AOS Rate | 0.135** | 0.168** | 0.216** | 0.137** | 0.163** | 0.126* |
|  | (0.0394) | (0.0384) | (0.0319) | (0.0247) | (0.0275) | (0.0628) |
| % Amazon/DHL |  |  |  |  | -0.00580 | -0.212** |
|  |  |  |  |  | (0.0102) | (0.0246) |
| % Military |  |  |  |  | -0.0162 | -0.169** |
|  |  |  |  |  | (0.0111) | (0.0298) |
| Rain |  |  |  |  | -8.86e-05 | -0.00219 |
|  |  |  |  |  | (0.000780) | (0.00234) |
| Snow |  |  |  |  | 0.0313 | 0.172 |
|  |  |  |  |  | (0.0424) | (0.103) |
| Extreme Heat |  |  |  |  | -0.0399 | -0.0365 |
|  |  |  |  |  | (0.0497) | (0.131) |
| Extreme Cold |  |  |  |  | 0.0176 | 0.0392 |
|  |  |  |  |  | (0.0170) | (0.0373) |
| D(Sunday) | 0.00232 | 0.00300 | 0.00482* | 0.00339 | 0.00284 | 0.0104 |
|  | (0.00285) | (0.00261) | (0.00232) | (0.00185) | (0.00215) | (0.00574) |
| D(Monday) | 0.00195 | 8.33e-05 | 0.000183 | 0.00183 | 0.000691 | 0.0171** |
|  | (0.00259) | (0.00222) | (0.00197) | (0.00161) | (0.00176) | (0.00456) |
| D(Tuesday) | 0.00158 | 0.00151 | 0.00183 | 0.00137 | 0.00147 | 0.00535 |
|  | (0.00262) | (0.00247) | (0.00211) | (0.00169) | (0.00190) | (0.00448) |
| D(Wednesday) | -3.50e-05 | 0.00218 | 0.00225 | -0.000151 | 0.000824 | 0.00437 |
|  | (0.00241) | (0.00231) | (0.00206) | (0.00154) | (0.00182) | (0.00425) |
| D(Thursday) | 0.00199 | 0.00373 | 0.00377 | 0.00205 | 0.00213 | 0.00103 |
|  | (0.00248) | (0.00238) | (0.00210) | (0.00171) | (0.00179) | (0.00393) |
| D(Friday) | -0.00113 | -0.00116 | -0.00191 | -0.00144 | -0.00129 | 0.0164** |
|  | (0.00217) | (0.00224) | (0.00189) | (0.00150) | (0.00165) | (0.00426) |
| Constant | -0.0144 | -0.0419** | -0.0396** | -0.0269** | -0.0273** | -0.0384 |
|  | (0.0151) | (0.0116) | (0.0109) | (0.00884) | (0.00997) | (0.0245) |
| Observations | 2,089 | 2,089 | 2,089 | 2,089 | 2,086 | 2,086 |
| R-Squared | 0.040 | 0.104 | 0.111 | 0.087 | 0.097 | 0.251 |

Robust standard errors in parentheses
** $p<0.01$, * $p<0.05$

Data through September 19, 2017. Week of year fixed effects not shown. Base model includes flights with neither uncontrollable delays nor secondary delays. Delays are measured relative to STD.

## Appendix E:  767 Pilot Sick Rate Regressions

| Variables | (1)<br>767 pilot Sick Rate | (2)<br>767 Captain Sick Rate | (3)<br>767 First Officer Sick Rate |
|---|---|---|---|
| D(post-February 16, 2016) | -0.00226 | -0.00275 | 0.00244 |
| | (0.00118) | (0.00177) | (0.00148) |
| D(Dec. 16-20, 2016) | 0.0241** | 0.0197* | 0.0268** |
| | (0.00524) | (0.00970) | (0.00341) |
| National Flu Index | 0.00282** | 0.00250* | 0.00206* |
| | (0.000610) | (0.00101) | (0.000839) |
| Monthly Block per Pilot | 0.000426** | 0.000196 | 0.00109** |
| | (0.000148) | (0.000200) | (0.000164) |
| Monthly Average Flight Time | -0.00751* | -0.0105* | -0.00146 |
| | (0.00305) | (0.00459) | (0.00382) |
| D(Sunday) | -3.04e-05 | -0.000475 | 0.000327 |
| | (0.00107) | (0.00154) | (0.00137) |
| D(Monday) | 0.00150 | -0.000131 | 0.000407 |
| | (0.00108) | (0.00163) | (0.00135) |
| D(Tuesday) | 0.00102 | 0.000336 | 0.00164 |
| | (0.00111) | (0.00166) | (0.00138) |
| D(Wednesday) | 0.00168 | 0.00167 | 0.00157 |
| | (0.00113) | (0.00165) | (0.00142) |
| D(Thursday) | 0.000768 | 0.00101 | 0.000287 |
| | (0.00110) | (0.00167) | (0.00138) |
| D(Friday) | 0.000495 | 0.000662 | 0.000262 |
| | (0.00115) | (0.00173) | (0.00140) |
| Constant | 0.0389* | 0.0612** | -0.00985 |
| | (0.0153) | (0.0231) | (0.0189) |
| | | | |
| Observations | 1,358 | 1,358 | 1,358 |
| R-Squared | 0.221 | 0.187 | 0.194 |

Robust standard errors in parentheses
Regression based on period from Jan. 1, 2014 to Sep. 19, 2017. Week of year fixed effects not shown
** $p<0.01$, * $p<0.05$