**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ATLAS AIR, INC. and POLAR AIR CARGO WORLDWIDE, INC.,<br><br>               Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224,<br><br>               Defendants. | Civil Action No.<br><br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY CARLSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, JEFFREY CARLSON, declare and state as follows:

1.     I am employed by Atlas Air Worldwide Holdings ("AAWW") as Senior Vice President Flight Operations.  I have personal knowledge of the facts set forth below and if called as a witness in this matter, I could and would competently testify thereto.

A.    Additional Evidence Of The Union's Encouragement Of The Slowdown

2.     Since Atlas Air, Inc. and Polar Air Cargo Worldwide, Inc. ("Polar") (collectively, "Atlas" or the "Company") filed this lawsuit on September 25, 2017, I obtained additional evidence of encouragement of the slowdown by the International Brotherhood of Teamsters, International Brotherhood of Teamsters, Airline Division, and Airline Professionals Association of the International Brotherhood of Teamsters, Local Union No. 1224 ("Local 1224") (collectively, the "Union") from before that date— primarily in the form of redacted Union call recordings provided to Atlas by the Union during discovery in this litigation.

3.      For all of the Union recordings—both those cited in my September 25, 2017 declaration and in this declaration—Atlas engaged a professional court reporting agency to transcribe the recordings issued by the Union and to certify the transcripts.

4.      A "Crew Call" is a conference call led by the Local 1224 Atlas Executive Council ("ExCo"), during which the ExCo provides information to pilots and answers questions from pilots.  In the February 2, 2016 Crew Call, the Union encouraged pilots to change their status quo behavior by strictly complying with the CBA.  ExCo member Jeff Canter said:

- "[T]he only way we're going to get to the next contract is if we stop helping the Company and start helping the Negotiating Committee.  And in that realm, that just means follow the CBA."  (Ex. 99 at 1:12-17.)

- "Everybody is looking for direction from us, but we also need you to understand the CBA.  And that means very simply stop taking $50 vouchers for catering.  The sooner the pressure on the Company feels this pressure, which they do—they are feeling the pressure, and we need to keep it on—we won't even need the NMB for a release."  (*Id.* at 1:18-2:3.)

- "The minute we start doing our job and our job only, that will bring more pressure on the Company to stop their behavior, hold them accountable, and help our Negotiating Committee."  (*Id.* at 2:13-16.)

- "Everything we are asking you to do moving forward is counterintuitive to operating our business.  But it's the only way that our negotiators are going to have the leverage as we keep the pressure on, stopping and helping the Company."  (*Id.* at 8:3-8.)

ExCo Vice Chairman Pat Petersen said:  "And while we're sitting here watching disrespect where a Company refuses to do a framework agreement, they can't expect you to do anything more than what's required in your contract."  (*Id.* at 10:5-8.)  ExCo Chairman Robert Kirchner stated:

- "Remember, everybody. When you're out there doing your job, you're also at the negotiating table . . . Every time you up hold the CBA and every time you make them do their job and deliver for you, you won."  (*Id.* at 10:15-11:1.)

2

- "And that message comes straight in behind our negotiating team and makes them more powerful.  So you win—if you uphold the CBA and your rights and put pressure on them, you actually not only make your life better, but you make the Negotiating Committee and your EXCO stronger."  (*Id.* at 11:2-7.)

- "[W]hen we have these disagreements about what the CBA, the interpretation, proactive, helping the Company, and then we argue within [*sic*] each other and don't respect each other, all of that plays into the Company's hands."  (*Id.* at 12:14-18.)

The Union also encouraged pilots to call in fatigued:  "If you are fatigued, call in fatigued.  Do not worry about the consequences.  You will be pay protected for those—those funds that you're out.  You're not going to lose the money.  You may have your schedule change, and that may cause something."  (*Id.* at 7:18-22.)  The Union added, "We don't want anybody accepting shortened crew rest.  Unless you're trying to go home, and it makes sense.  You know, that's a waivable time.  We want everybody on the call to understand to stop helping the Company.  Just do your job."  (*Id.* at 8:22-9:5.)  I have attached as Exhibit 99 a true and correct copy of a certified transcript of the February 2, 2016 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

5.      In the February 9, 2016 Crew Call, the Union continued to encourage pilots to change their status quo behavior and strictly comply with the CBA to support the Union.  Captain Kirchner said:

- "I'm calling on each and every one of you to strictly abide by the CBA. Let me repeat that.  Strictly abide by the CBA.  And exercise your rights as crew members to their maximum."  (Ex. 100 at 6:21-7:2.)

- "The biggest thing is strict contract compliance.  You have all heard that until you're sick to your stomachs.  But I go out on the road and what I get is, well, none of the other crew members are doing that, or nobody else brings that up . . . The CBA is the CBA.  And I think there are very few people here that will say that the EXCO Union leadership, the stewards on down, won't back you up."  (*Id.* at 11:17-12:8.)

3

- "We're aggressive.  We file grievances.  We abide by the CBA strictly.
  We hold everybody accountable.  And we hold the Company accountable.
  And that's how we behave.  And we would hope that each and every one
  of you would behave that way." (*Id.* at 18: 4-8.)

Captain Kirchner also referenced the success of a pilot slowdown from his time at

Northwest Airlines:[1]  "The first time I encountered this kind of bullying was back in

1987 at Northwest Airlines.  And coincidentally, we have a lot of people here from—in

management, from Northwest.  But if they couldn't get their way, they tried to bully it—

bully you.  Well, the pilot group stood up, the Union stood up, and it turned into World

War III." (*Id.* at 20:21-21:2.)

The response of individual pilots demonstrated that they understood the Union's

message to slow down loud and clear:

- "[Y]ou know, okay, we're talking about strict contract compliance.  I
  mean, just nailing their proverbial [*sic*] to the wall.  We're going to need
  more stewards . . . a little more in the way of teeth, you know, if we really
  want to hold their feet to the fire." (*Id.* at 35:12-20.)

- "you guys [the Union] probably need to meet with [Southern' s] MEC and
  discuss the corporate culture, and let them know that Atlas corporate
  culture is we fly legal, safe aircraft." (*Id.* at 39:2-6.)

- "The Union can never recommend that you do something that would be
  unethical or anything like that as far as like, look, when I was at American
  or TWA, American had what the lawyers called they encouraged the pilots
  to have a sick out or something like that.  So the Company is probably
  listening and waiting for anyone in the Union to make any intimation like
  that.  If they ever see anything like that, APA got fined $40 million for
  that.  So you have got to be really careful and understand, you know, that
  the Union could never do anything like that or say anything like that." (*Id.*
  at 42:5-18.)

- "you want us to – to fly the contract.  And that's what we should all be
  striving for.  But the issue that greatly enables this Company to operate on
  a daily basis is open time flying and flying on our X days [days off].  And

---

[1] https://www.washingtonpost.com/archive/politics/1987/08/19/northwest-battles-slowdown-offers-reward-to-stop-vandalism/12b43fe7-a669-4300-97eb-317406b5ca6f/?utm_term=.f2fc0c9c2c28

> that is strictly within the contract.  And until we can get—put our—our collective hands around that issue, I don't see us moving forward. Because if—you know, if we were to legally stop open time flying and X day flying, it would bring this Company to its knees, and they would be negotiating with us almost immediately.  So how do we go forward with resolving that issue, when we sell ourselves out temporarily for some financial gain, but we hurt ourselves in—in the future?"  (*Id.* at 52:9-53-3.)

Instead of condemning this illegal behavior, Captain Kirchner replied that he "can't comment on that" but the pilot was "one of the smartest guys here."  (*Id.* at 53:8-12.) And so the pilot, encouraged by Captain Kirchner, continued:  "I just want for how many people on the phone right now to start thinking about what they're doing to themselves in the short—being very short-sided [*sic*]."  (*Id.* at 53:20-54:1.)

When another pilot asked Captain Kirchner what the "next step" would be if Atlas' response to collective bargaining negotiations was not positive, Captain Kirchner replied "[t]he beauty is that . . . taking an aggressive approach towards contract compliance and everything, so the Union doesn't have to shift too many gears.  A lot of the crew members do, but the Union doesn't.  So and we have—we have other programs that are being held in abeyance pending the response."  (*Id.* at 82:10-17.)  Captain Kirchner concluded, "I want to strongly encourage you to be all in, strict contract compliance."  (*Id.* at 103:12-13.)

Captain Kirchner also encouraged pilots to call out sick:  "the dangers of having crew members fly sick are unbelievable . . . the dangers of getting sick are big enough on the road, we don't need people bringing them with us from home."  (*Id.* at 31:6-13.)  I have attached as Exhibit 100 a true and correct copy of a certified transcript of the February 9, 2016 Crew Call, publicly available at http://giantcomms.libsyn.com.

6.      Local 1224 holds General Membership Meetings for its members.  During the February 22, 2016 General Membership Meeting, in response to a question about how the Union proposes "to force the Company's hand" when "[i]t seems the only pressure available is the extra safety following the CBA to the letter," Local 1224 President Daniel Wells said, "[w]e will do everything we can to fight that battle over here as much as we can . . . when they finally realize that, you know, first of all, people don't show up for training or number of you don't show up for new hire classes, they can't make things run as well.  We stop doing things for all those things. . . . And that's going to be the difference.  It's going to be the muscle that's going to get us a contract."  (Ex. 101 at 2:16-3:3, 3:19-4:9.)  Local 1224 Recording Secretary Philip Forsberg then raised the fact that "[i]f the Atlas instructors and check airmen decided to step down from their volunteer positons, the training department would come to a screeching halt," and "[t]his seems to be the quickest way to force Atlas to negotiate a reasonable contract."  (*Id*. at 5:5-10.)  Captain Wells stated that "it would be perceived as a job action," but also noted that it would have "a huge impact."  (*Id*. at 5:13-14; 6:5-9.)  I have attached as Exhibit 101 a true and correct copy of a certified transcript of the February 22, 2016 General Membership Meeting, containing material not redacted by the Union in its production of the recording to Atlas.

7.      On the March 22, 2016 Crew Call, Captain Kirchner repeatedly encouraged pilots to change their status quo behavior by strictly complying with the CBA:

- "we are doing our part at the highest levels, keeping the heat on them. The stewards have done a—and Contract Compliance have done a super job of filing grievances . . . But the crew members have to dig their heels

in and demand that the flight is correct, that your transportation is correct, so on and so forth, that your hotel is correct." (Ex. 102 at 3:19-4:5.)

- "strict contract compliance is the best way to get them in line. We have made some pretty big strides over the last year and a half, and it's all attributable to contract compliance of the stewards, but mostly importantly to the crew members, especially the new generation of crew members coming on here, which is vastly becoming the majority, who's not going to put up with this kind of sub-substandard treatment." (*Id.* at 4:13-20.)

- "So you come to work . . . review your contract. Review what's going to be involved. Hold them to the letter of the law." (*Id.* at 5:5-7.)

- "We shouldn't be arranging our own transportation. We shouldn't be doing any of this business." (*Id.* at 12:8-9.)

- For new hires on probation, "[w]e are expecting you to uphold the CBA, but you have to do it a little differently . . . [T]he answer is you have to be careful about confrontation, but you don't have to be careful about violating the CBA." (*Id.* at 16:18-17:11.)

In response to express questions from pilots about slowing down, Captain

Kirchner not only failed to discourage the conduct but expressly encouraged it:

- One pilot said "should at this point we show them that we mean business by not accepting open time trips, say to heck with that. Why—why am I helping you out? . . . Why are we outbasing? Why are we doing anything for them when they are just, you know, sticking it to us?" (*Id.* at 6:4-9.) Captain Kirchner responded: "I'm not going to put words in your mouth . . . But everybody has to decide—and I do this when I'm on the road—is I constantly hear people saying, Well, I had to violate this CBA because, if not, I would have lost money. And the Company is pretty adept at putting you in those situations. Well, whenever I'm faced with that, what I do and what I encourage people to do is say, Well, do I want to make a couple of hundred dollars here, or do I want to make another hundred thousand or 200,000 for the rest—for the length of this next CBA?" Captain Kirchner further said, "If you're not willing to endure any pain, you're not going to get anything. I mean, that's—that's just life. You know, there has to be some pain. There has to be a price paid for what you are willing to get, and you have to show resolve. And when this crew force, the majority of this crew force shows the Company that it means business, things will start happening in a hurry. And all of a sudden, John Dietrich and Jeff Carlson are going to have to pay attention." (*Id.* at 6:20-8:10.) Captain Griffith, Communications Chair of Local 1224's Atlas ExCo, agreed: "Yeah, short-term pain, long-term gain, that's what we are talking about.

Do you want it now, or do you want it down the road when it's ten times as much?"  (*Id.* at 9:2-5.)

- Another pilot asked "if everyone taxied at a brisk walk, would the Company be able to single anyone out, which is by the way an FAA term."  (*Id.* at 10:20-22.)  Captain Kirchner said, "brisk walk, I think is in the FLM, and that's about all I can comment on that . . . [a]nd my answer to all of these questions is your Union stands behind you.  Okay.  So, you know, certainly we are not encouraging anything untoward.  But, you know, you're icy out there.  You have to do what you have to do.  So . . . " (*Id.* at 11:1-3.)

Captain Griffith concluded the broadcast by saying: "And remember, we are out there shopping.  We are shopping.  Stop helping out Purchase.  Do your job.  Follow the CBA, and don't block out early.  Block out on time.  That's what kind of airline we are."  (*Id.* at 23:15-19.)  I have attached as Exhibit 102 a true and correct copy of a certified transcript of the March 22, 2016 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

8.      On the April 25, 2016 Crew Call, the Union stated that it "outlined some programs for you.  Please follow the programs.  They are basically designed to do the most important thing, follow our CBA.  If we all follow our CBA, this will assist your negotiators when the Company finally comes back to the table and move us forward to the contract we are all entitled and of value to receive."  (Ex. 103 at 4:16-5:2.)  I have attached as Exhibit 103 a true and correct copy of a certified transcript of the April 25, 2016 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

9.      On the September 15, 2016 Crew Call, the Union reinforced its message that "it's up to every crewmember . . . to make their [] positon felt every day and not to— you know, don't cooperate. . . . You have got to stick to the CBA, and you have got to do what it takes to show this group that you mean business.  We all mean business."  (Ex.

104 at 3:4-11.)  When asked how long he thought it would take to get a new CBA,

Captain Kirchner said, "[i]t's going to depend on . . . quite honestly how much pressure is

put on them.  If you abide by the contract to the letter of the law, if you don't go the extra

mile . . . it will [] get done sooner."  (*Id.* at 4:18-5:6.)  Captain Kirchner then spoke at

length about this Union initiative:

> no excuses anymore . . . for not abiding by what we have set up for you.
> None.  Zero . . . This could get done in a real hurry if everybody starts
> marching lockstep and stops doing everybody's job for them, like hotels,
> like scheduling, like maintenance and just pretending that—that, oh, they
> didn't know or this excuse or that excuse . . . Everybody knows what our
> stance is, and everybody knows what's going on here . . . So the more in
> line you are, the better and the faster this is going to happen.  It all comes
> down to brass knuckles pressure . . . I mean this is hard core stuff, ladies
> and gentlemen.  And until you are willing to belly up for it . . . it's going
> to take a really long time.  But if you are going to . . . have some backbone
> and go after them and fight them as hard as they are fighting us, then it
> will get done sooner.

(*Id.* at 5:12-7:19.)

Captain Kirchner then gave several examples of how he thought pilots were

"fold[ing] on the CBA":  "the biggest one that we see, we see people going with lousy

catering . . . People get to hotels, and they get a bad hotel . . . They finally take the hotel

. . . Not filing grievances.  Not filing flight crew reports.  ASAPs.  Flying tired.  Doing

your own wake-up calls.  Allowing them to extend you two or three days out . . . It's total

noncompliance."  (*Id.* at 8:8-9; 8:16-10:6.)  Captain Kirchner noted that he could "go on

and on about examples of how people are sticking their head in the sand . . . In my

opinion, we could get a contract if our pilots would follow the current one to the letter.  In

addition, in my opinion, if all pilots stopped picking up open time and VXing [flying on

their days off], we would get it even sooner."  (*Id.* at 10:12-11:4.)

A pilot then asked Captain Kirchner if the Union had any intention of "outing" people who are picking up open time.  (*Id*. at 12:1-4.)  Captain Kirchner replied, "[a]s far as getting some of these bad apples . . . Some of these people identified for CBA transgressions and stuff like that, we are looking at several proposals right now to start putting people's names out who are constant contract violators and so on and so forth . . . The most important part of that is for everybody to know who these people are if and when we do and not have dinner with them, not socialize with them, and basically ostracize them.  Peer pressure is a powerful tool."  (*Id*. at 12:16-13:9.)  Captain Kirchner then explained that the "significance of following the CBA" was to "fight back" and "take them off—Purchase off guard" because "[t]hey are just not used to having this spotlight and the pushback."  (*Id.* at 19:5-12.)

Captain Kirchner stated, "when you come to work every day, when you wake up every day, think to yourself, It's up to me . . . And if you say that to yourself every day, you will figure out how to get this done and how to help us get this done."  (*Id*. at 23:5-12.)  Captain Griffith then encouraged crewmembers to "help your brother[s] and sisters make the right decisions as well . . . Fourth quarter is coming, and this is the big push."  (*Id*. at 23:14-22.)  He then concluded, "and be safe out there."  (*Id*. at 24:2-3.)  I have attached as Exhibit 104 a true and correct copy of a certified transcript of the September 15, 2016 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

10.    In the November 16, 2016 Crew Call, Captain Kirchner stated that "steadfast resolve regarding the CBA and Union support are greatly appreciated," and Atlas' "fourth quarter is starting off in a catastrophic fashion for them.  I think the

numbers in February will show it." (Ex. 105 at 2:8-10.) He said, Atlas is "turning away business. They are canceling flights, and they are basically doing everything they can to get through the fourth quarter protecting their so-called five-star clients and pushing the others aside or compromising the other side. So that's the way it appears to us. And it's all gauged upon getting through the fourth quarter and going from there." (*Id.* at 2:11-19.) He later said that Atlas "ignore[s] the truth. They ignore reality, and they ignore the CBA. And pretty soon, the world comes crashing down around you." (*Id.* at 4:13-15.)

One pilot said that "many members of Atlas 1224 have already decided for themselves to not fly on their days off." (*Id.* at 5:5-17.) Captain Kirchner responded to this pilot by saying, "The reality is they [Atlas] got caught with their pants down. They don't have enough pilots. They can't service all of their customers. One guy calls in sick, and the whole thing comes crashing down." (*Id.* at 6:2-13.)

Another pilot asked, "with the BOOT program, is that really having an effect, and is there anything else that we can do within the limits of the CBA from our side to make—make it felt more by the Company?" (*Id.* at 7:14-18.) Captain Kirchner disingenuously stated "the Block Out on Time program, that's a safety program," while in the next breathe saying "[a]nd it is very effective in many ways." (*Id.* at 7:21-8:6.)

Captain Kirchner then told pilots to make themselves unavailable for open time flying, stating "if there's one thing I can tell our crewmembers is don't answer the phone unless you're required to. If you do answer the phone, you're turning yourself into a reserve, if you're a lineholder, and you're open to whatever happens at that point in time." (*Id.* at 9:10-15.) He later repeated this, saying "don't act like a reserve, and don't

allow them to treat you like a reserve . . . they did all of that because they knew they are

headed into a catastrophic fourth quarter." (*Id.* at 9:22-10:4.)

      Captain Kirchner then encouraged pilots to harass and intimidate each other for

failure to participate in the slowdown.  One pilot asked, "Can the Union publish a list of

everyone who flew open time this last quarter." (*Id.* at 11:15-17.)  Captain Kirchner said

they could not publish such a list, but ominously said that the Union can "publish open

time awards so that we can police that they are doing—so that we can police that they are

awarding it in order." (*Id.* at 12:5-8.)  He then said if pilots are called to fly open time

"your first question to Scheduling should be, Has this been offered in seniority order?

Okay.  That's what a true unionist does." (*Id.* at 12:19-21.)  He then said the second

action should be to "call the Union," and "check and make sure this was awarded in

order," so "you make sure that you're in compliance with the CBA." (*Id.* at 13:1-4.)  He

reiterated "it is your duty as a crewmember and as part of this team to make sure that you

enforce the CBA." (*Id.* at 13:5-7.)

      One pilot asked "when you get to the people that are accepting open time trips

which aren't complaint with the contract, is there a way to censor them or at least counsel

them?" (*Id.* at 14:11-14.)  Captain Kirchner responded, "Yes.  And in fact, we have

several letters going out to people," and warned "we will start proceedings to throw you

out of the unit," if you accept open time trips that are violating the CBA. (*Id.* at 14:15-

21.)  He said "if you are a poacher—and we do know there's poachers out there.  If you

are a poacher, we are looking for you.  Okay?  If you are a team player, we are your best

friend." (*Id.* at 15:2-5.)  He followed this up by reminding pilots "what the crewmembers

are doing is having a tremendous effect.  When you abide by the CBA and all the

different things that you do every day, it makes a difference . . . It's having a huge effect.

Okay?  And it's also self-inflicted by them.  So very simple, stay the course and enforce

the CBA and be prepared to keep at it until we cross the finish line." (*Id.* at 15:9-22.)  He

told pilots, "This isn't a sprint.  It's a long distance race.  And the harder we abide by the

CBA in all of our programs and the more steadfast everybody is, the sooner we will cross

the finish line." (*Id.* at 16:15-18.)  And he told them "there's people who counsel me not

to say this, but it's perfectly all right.  It's done at the major airlines.  It's done

everywhere." (*Id.* at 16:19-22.)  He also reminded the pilots, "When you see a bad apple,

call them out, call him or her out.  Peer pressure is the greatest, greatest way to keep

people in line." (*Id.* at 17:1-3.)  He later reiterated the Union was "looking at some

disciplinary measures against a couple of the bad apples." (*Id.* at 19:12-14.)  I have

attached as Exhibit 105 a true and correct copy of a certified transcript of the November

16, 2016 Crew Call, containing material not redacted by the Union in its production of

the recording to Atlas.

     11.    During the December 15, 2016 Crew Call, Captain Kirchner praised

crewmembers for having "shown yourselves both during the ABX strike and every day

with the way you enforce the contract and the way you support your leadership to be an

extraordinary pilot group . . . And those—that behavior will be rewarded." (Ex. 106 at

2:14-21.)  A pilot then asked about the benefits of all check airman resigning, like

Captain Kirchner did.  Captain Kirchner said, "[i]t would bring the training department to

a halt.  I'll tell you that.  But that would be a job action, and we can't get involved in

that." (*Id.* at 3:13-16.)  Captain Griffith then chimed in, "[b]ut if the check airman got

together themselves and decided that they had just had enough of everything and decided

to quit . . . it wouldn't be necessarily a Union action.  But if they decided to do that themselves, they could do that; correct?"  (*Id.* at 4:1-6.)  Captain Kirchner replied, "[y]eah, that's correct.  And, as you can tell, it would have a devastating effect."  (*Id.* at 4:7-9.)

Later, during a discussion about CBA negotiations, Captain Kirchner said that because Atlas was dragging its feet with respect to entering into a new contract, "it's having a devastating effect on the profitability of the Company . . . on fourth quarter profits, the business they are missing, the planes that are parked, et cetera."  (*Id.* at 8:4-13.)  Captain Kirchner then assured crewmembers that their efforts have "a huge effect.  The pickets have a huge effect.  Everything you do has a huge effect.  And if each and every one of you would study the contract and enforce it to the letter of the law— remember, It's all up to me, our little slogan there, and, All in—there's the thing you can really do to pressure this."  (*Id.* at 10:3-9.)

A pilot then asked if the Union was "monitoring blatant CBA violations as far as crewmembers violating the CBA."  (*Id.* at 10:18-19.)  Captain Kirchner admitted that the Union was doing so and said "[w]e are taking contract compliance seriously.  And these guys who are blatantly violating the CBA are playing Russian roulette with their job." (*Id.* at 10:20-11:20.)  Captain Griffith agreed, "remember everybody, out there, the Union sees everything.  We have the same access to AIMS that the Company does . . . And so anybody think that they are getting away with anything, I think Bob is clearly saying that no one is."  (*Id.* at 11:21-12:11.)  Captain Kirchner then reminded crewmembers, "the Union is fighting for your safety and well-being, and so don't put yourself in a situation

where you're distracted.  You encourage that.  Don't put yourself in a compromising situation.  Don't cut corners." (*Id*. at 15:18-16:2.)

Captain Kirchner expressed optimism about the future because "Atlas flight operations and maintenance is spinning out of control" and if the Company wants "to fix this" it will need "the cooperation of the lawyers and most important work group, and that's pilots." (*Id*. at 16:18-17:2).  But that optimism, he said, "mostly comes from all of you and your resolve.  There's room to get better.  But strict contract compliance will make your life better, and it will make all of our lives better if we keep at that and keep getting better and better every day, every single day with the contract compliance." (*Id*. at 18:6-13.)

Later, during a discussion about vacation flying, Captain Griffith acknowledged, "it's a personal decision whether or not you are going to take the trip . . . However, you know, the Union has requested that the people enjoy their time off, and it's a voluntary thing, and you need to think about that as an individual." (*Id*. at 21:18-22:3.)  Captain Kirchner then ended the call with, "[k]eep up the good work, keep up the pressure.  Strict contract compliance.  All In.  All of that stuff is having a big effect, and we have got to keep the train rolling." (*Id*. at 24:3-6.)  I have attached as Exhibit 106 a true and correct copy of a certified transcript of the December 15, 2016 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

12.     In the January 10, 2017 Crew Call, the Union discussed the impact of its slowdown campaign on the Company's fourth quarter.  One pilot said, "I know we are all pretty disappointed that the fourth quarter didn't go for us . . . I think we were all hoping for better effects . . . I thought the fourth quarter was going to explode in their face."

(Ex. 107 at 9:4-22.)  Captain Kirchner said that he was "proud of the way . . . all of you have enforced the contract."  (*Id*. at 10:8-10.)  He then said that "the fourth quarter was catastrophic" for Atlas and "not just because of the pilots . . . So while they did a good job of masking a lot of it, there were big-time problems in the fourth quarter.  (*Id*. at 11:3-14.)  Captain Peterson added, "in the first seven years, I had one delay because of a bird strike.  I didn't have any cancellations.  This year, in the fourth quarter, we had at least four cancellations which, for a company like FedEx and for UPS, it's catastrophic.  Okay.  You can cover it up however you want, but it was not the success that they say."  (*Id*. at 11:18-12:3.)  Captain Petersen then acknowledged the Union's call for crewmembers to follow the contract played a role in Atlas' "catastrophic" quarter:  "We asked no one to do anything outside the contract.  The only thing we asked people to do in the fourth quarter and the only thing we have asked you to do is follow the contract.  Okay.  And by following the contract, we demonstrated that this management group doesn't have the stones to manage this type of flying . . . So while you may be disappointed that it didn't go worse, I'm proud that, just by following the contract, it went as bad as it did."  (*Id*. at 12:13-13:3.)

The Union also discussed how "[t]he average line pilot . . . has been asked to shop —stop helping out Purchase by not volunteering to do Purchase's job" but "not all crewmembers are making the same sacrifice."  (*Id*. at 6:12-17.)  And later, Captain Kirchner urged crewmembers to "strictly, strictly abide by the CBA . . . Do you want to know what you can do to bring them to the table?  Every day, enforce every little part of your contract.  Plain and simple."  (*Id*. at 16:9-17.)  During a discussion about catering, Captain Kirchner told crewmembers, "[i]f the catering is not suitable, don't go."  (*Id*. at

19:21-22.) Captain Kirchner ended the call by stressing, "[e]verything you do every day enforcing the CBA to the letter of the law helps us get to where we need to be." (*Id.* at 22:6-8.) I have attached as Exhibit 107 a true and correct copy of a certified transcript of the January 10, 2017 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

13.     In the February 16, 2017 Crew Call, Captain Pat Petersen addressed the impact of the Union's actions on Atlas: "Our policy of not doing the Company's work for them anymore has been exposing weaknesses in their foundation. Sinkholes are appearing. And we just need to keep—we're doing everything legally right now. And doing things legally is exposing the weaknesses and the inadequacies of this Company's management group and their ability to run an airline." (Ex. 108 at 2:12-19.) He then went on to insinuate that crewmembers should delay flights in order to put pressure on the Atlas: "And we need to continue to not do their job and have things go slightly awry because what concern do they have when the cargo moves on time? You know, it's—I'm not saying do anything illegal. But right now, everything is still moving pretty smoothly." (*Id.* at 3:8-14.) Asterios Houtas, Atlas Trustee for Local 1224, then added, "I would like to tag on and say follow that CBA. It's all about following the current CBA to make sure we deserve the next one, and I mean every single letter constantly." (*Id.* at 3:22-4:3.)

A pilot then asked, "can we start a large public campaign aimed at pilot certificates that may be considering Atlas to withhold their service . . . thus restricting the spigot of new hires to speed this process up?" (*Id.* at 4:5-11.) Captain Kirchner replied, "[y]eah, I think a lot of people are doing that with all of the chatter I see on the

webboards and stuff." (*Id*. at 4:14-16.)  Toward the end of the call, Captain Kirchner told

the crewmembers "[y]ou are our biggest weapon" and the leadership was "lucky and

grateful every day at how this pilot group has come together in a force to be reckoned

with." (*Id*. at 9:13-17.)  I have attached as Exhibit 108 a true and correct copy of a

certified transcript of the February 16, 2017 Crew Call, containing material not redacted

by the Union in its production of the recording to Atlas.

14.     During its April 14, 2017 Crew Call, the Union encouraged pilots to

harass and intimidate pilots who do not participate in the slowdown campaign.  In

response to a question about "the VX [flying on days off] name listing—list floating

around in the airplanes," Captain Kirchner said, "[r]emember, the more pressure you put

on this Company, the faster we are going to get a contract . . . We are asking for strict

contract compliance and maximum pressure on this Company."  (Ex. 109 at 2:6-14.)

Captain Kirchner then stated, "these lists that are going around.  There probably

eventually will be a certified list, okay, of some kind.  Whether it's a don't go out to

dinner with these guys list or a full-fledged scab list, we will see as we proceed down this

. . . There will be an accounting at the end of this of everybody and where they stood,

whether they were fence sitters, whether they were sympathizers for the enemy, if you

will, or whether they were good, solid union members." (*Id*. at 2:15-3:8.)  He then talked

about "who the rotten apples are" and advised crewmembers, "just do what I do . . . .

When I see one of these characters come up, I won't go to dinner with them.  I won't

chitchat with them.  I don't want anything to do with them." (*Id*. at 4:2-11.)  Captain

Kirchner urged crewmembers, if they wanted to "vent that anger" to "memorize the damn

CBA, every word of it, and hold the Company to it every second.  Question Scheduling.

Question Maintenance."  (*Id*. at 5:15-18.)

Later, the Union encouraged pilots to reject catering.  Captain Kirchner described

the time the Company "wanted to pull that sandwich garbage on me.  And I said, Well,

you got one choice here . . . You can either put the hot meal on, or else I'm going to the

hotel . . . and I got the hot meals.  So that's the best way to enforce it."  (*Id*. at 9:14-22.)

Captain Kirchner then said, "[i]f you start feeling light-headed, well, then that's the other

way to enforce it."  (*Id*. at 9:22-10:2.)  Captain Petersen then added, "[s]o if the catering

is not correct, get it fixed, and then move the airplane."  (*Id.* at 9:19-19.)  I have attached

as Exhibit 109 a true and correct copy of a certified transcript of the April 14, 2017 Crew

Call, containing material not redacted by the Union in its production of the recording to

Atlas.

15.     In the April 28, 2017 Atlas Teamsters Action message ("ATAM"),

Captain Griffith encouraged pilots to slow down under the guise of safety:

- "Do not ever underestimate the importance of time away from the job to your personal mental and physical health."  (Ex. 110 at 1:21-2:4.)

- The Union is "pushing the Company ever harder to ensure your safety," but "[u]nfortunately, we are dealing with a Company that has a rather cavalier attitude when it comes to our safety as crew members."  (*Id*. at 3:21-4:1.)

- "Speaking of being safe at your job, I wonder how those executives feel with all of the failures in operations and everything that's going on with customers as we make our problems known to powers well above their pay grade."  (*Id*. at 5:1-5.)

The ATAM later said:  "Most companies . . . would never allowed [*sic*] their brand to be

run through the gutter and tarnished this way.  The price that all of these companies [*i.e*.

Atlas and its customers] have paid over a relatively small amount of money for a new

contract with the pilots, just doesn't make any sense." (*Id.* at 7:17-8:1.)  Captain Griffith

also encouraged pilots to harass and intimidate fellow pilots who do not slow down.  In

the same breath as admonishing pilots for putting out "[f]ake scab lists . . . on some of

our airplanes," he said "there may be a time and a place to hold people accountable for

their actions." (*Id.* at 11:15-12:1.)  I have attached as Exhibit 110 a true and correct copy

of a certified transcript of the ATAM podcast released on April 28, 2017, available at

http://giantcomms.libsyn.com.

16.     During the May 11, 2017 Crew Call, the Union encouraged the slowdown

activities by suggesting to crewmembers that while the Union was not "running a job

action . . . pilots can do anything they want to individually." (Ex. 111 at 4:15-16.)  While

discussing a slowdown that was enjoined at Spirit Airlines, Captain Kirchner expressed

admiration for the Spirit pilots, "I do tip my hat to their pilots for getting frustrated and

putting the heat on the Company.  Because, believe me, even though they got enjoined in

court, the Company suffered in their reputation . . . They got management's attention by

whatever they did." (*Id.* at 5:6-12.)

Later, a caller asked whether the Union ever calls the guy picking up a trip on his

day off "and say, You want to get on the program." (*Id*. at 8:9-11.).  Captain Kirchner

replied, "[w]e specifically cannot do that, Pete.  But I think there's enough peer pressure

going on here and enough people eating dinner by themselves and not having anybody to

talk to on long flights that I think that's getting done in that manner." (*Id*. at 8:12-17.)

Captain Griffith then talked about how "it's important to educate our people on the line

. . . You can educate them on, you know, the economics of it and, you know, the vast

majority of our crewmembers' point of view on helping the Company out when they are

in no way helping us without this negotiation, getting us a contract that we deserve." (*Id.* at 12:9-18.)

A pilot then acknowledged that the crewmembers were "narrowing the VX days [flying on days off] because, you know, it hurts the Company" but went on to say that he thinks "it's wrong for these new guys that are struggling . . . now we are scaring them into something that doesn't need to be done." (*Id.* at 13:18-14:4.) Captain Griffith started by saying that "[t]he Union will never make a policy to say outbase is banned or do not outbase" but then immediately encouraged crewmembers not to outbase in order "to put pressure on the Company." (*Id.* at 14:21-15:9.) He then drove the point home stating, "[i]f you're going to put a new engine in your Maserati, maybe outbasing or VXing is something you ought to put off." (*Id.* at 15:17-19.) Captain Kirchner agreed, "[b]uild your life and your financial model here at Atlas on not flying VX." (*Id.* at 16:10-12.)

A pilot then asked "what are we going to do to maximize our position during the money making fourth quarter . . . against the Company?" (*Id.* at 20:17-21.) Captain Kirchner responded, "what we will always start out with and what we hope will happen is that people will strictly abide by the CBA . . . As far as anything else, you know, we have got the picketing going on, and we will do everything that is . . . legal . . . What the pilots do every day, well, that's entirely up to them." (*Id.* at 20:22-21:2; 21:13-21.) The pilot agreed that "the fourth quarter is going to be here before we know it, and that's when it's going to be incumbent upon all of us to hold the contract out there and fly the contract." (*Id.* at 22:4-8.)

Toward the end of the call, Captain Petersen addressed "[t]he scab list [that] has been floating around" and "enthusiastic" crewmembers who were "writing motivational slogans on the clipboards about not moving the airplane, late is better, delayed is best, you know, stuff like that." (*Id*. at 30:9-19.) Instead of fulfilling the Union's obligations of directing pilots to stop these activities entirely, Captain Petersen said, "[d]o not put this kind of stuff on Company materials . . . The Company is tracking now the clipboards, if you can believe this, to see what is added and what is not." (*Id*. at 30:20-31:7.) I have attached as Exhibit 111 a true and correct copy of a certified transcript of the May 11, 2017 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

17.     In the June 8, 2017 Crew Call, Captain Kirchner said, "[t]he leverage we have is that the airline is falling apart . . . They can't run their business without giving us an industry standard contract. It's simple. . . . The PR campaign, they don't like that. The fact that the crewmembers are shopping and just doing their job and so on and so forth. It all is coming to bear." (Ex. 112 at 2:1-21.) A pilot then asked about "the status of VX [flying on days off] outbasing" and whether crewmembers should do it. (*Id*. at 3:15-16.) Captain Kirchner replied, "[w]ell, everything you do to help the Company . . . you don't need me to tell you. Everything you do when you cut a corner on the CBA, when you go the extra mile for them, that just solidifies and helps them in what they are trying to do to us . . . All of that stuff helps them, and it prolongs the negotiation process." (*Id*. at 3:19-4:10.) Captain Kirchner then said that the Union was "looking at sanctions on crewmembers" who "violate the CBA to help out the Company." (*Id*. at 4:19-5:4.) Later, during a discussion about scheduling, Captain Kirchner encouraged

crewmembers to let calls ring to voicemail: "[t]hey can call you, but you don't have to answer the phone.  So when I see a 914 number or any number I don't recognize, I don't pick up the phone.  If it's important, somebody will leave me a message." (*Id*. at 7:5-9.) I have attached as Exhibit 112 a true and correct copy of a certified transcript of the June 8, 2017 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

18.     On the July 10, 2017 Crew Call, ExCo member and Chairman of the Negotiating Committee, Chris Knox, told Atlas pilots'] "that essentially, you on the line are in control of this negotiation.  You send the message through your actions at work by enforcing the CBA each and every day. And we are your elected voice.  So in order for our voice to carry weight, we rely on you to help us deliver that message." (Ex. 113 at 2:5-11.)  He further told them that "I want you to think about that as you go into the first quarter.  Look yourself in the mirror each and every day that you go to work and think about what you are going to do to earn yourselves and your fellow pilots the next CBA." (*Id.* at 2:12-17.)

Captain Kirchner repeated this message, saying "You need to be . . . strictly—you need to be strictly complying with the CBA, not doing any favors, [b]ooting and shopping." (*Id.* at 3:2-5.)  Knox said, "You need to follow the CBA, and, you know, look at your job from a standpoint of do you enthusiastically show up for work and go above and beyond what's required to help Atlas out, or are you doing just the bare minimum of what's required for you at work every day and nothing more?  Those are the kind of things, if you ask yourself that with every little thing that you have a decision to make on that topic, it makes a huge difference on a large scale." (*Id.* at 3:9-18.)  Captain Kirchner

said, "if you look at Atlas right now and the open time coming up and the service

failures, it's literally a house of cards ready to come crashing in." (*Id.* at 3:22-4:3.)  He

also said, "Now's the time to go out and make your money.  Okay?  So that if something

were to happen where people were not—decided not to fly overtime, you would have

money, you would have the money." (*Id.* at 5:5-9.)

   This reference to "mak[ing] your money" caused an immediate uproar.  Captain

Griffith clarified, "[s]o Bob said now is the time to make your money.  Please clarify that

this is not a call to embrace the OT." (*Id.* at 7:5-8.)  Captain Kirchner made sure pilots

understood that he meant:  "I mean, if you want to fly your overtime, go ahead and do it.

It certainly is helpful when you don't, but that's a personal decision." (*Id.* at 7:9-12.)

One pilot asked for confirmation that the Union was not asking pilots to pick up

overtime, saying "I know you cannot openly advocate not picking up open time flying.

However, my concern is that some might take that as your tactic, you know, approval for

us to volunteer." (*Id.* at 8:2-5.)  Kirchner clarified:  "Your personal decision." (*Id.* at

8:8.)  And yet another pilot expressed confusion at this reference to "making money"

saying, "We have been ostracizing these yahoos for whoring themselves . . . vis-à-vis

accessing . . . flights counterintuitive." (*Id.* at 8:14-16.)  Instead of encouraging pilots to

maintain the status quo, Captain Kirchner simply said "on this subject, that's as far as I

can go." (*Id.* at 8:17-18.)  Yet another pilot said, "Bob described the Company's

operations as a house of cards as evidenced by the number of open time trips.  We have

also been asked to follow the CBA and do what we can to bring pressure on the Company

and give the Negotiating Committee leverage.  If this is the case, why are we

greenlighting picking up open time saying now is time to make money.  Many of us are

shocked and dismayed by this.  They talk to people every day who have been holding

back on picking up open time trips till now.  I guess we can now expect the house of

cards to stabilize going forward.  This makes no sense to me . . . ."  (*Id.* at 10:2-14.)

Captain Kirchner admitted, "I probably shouldn't say that," and told pilots "[D]on't get

me wrong.  All these programs are good.  Anything to make life difficult on these people,

on the Company, is good."  (*Id.* at 10:17, 11:3-5.)  He told pilots open flying time was a

personal decision, and "it's just time for people to do what's right for the group, but do it

on a personal basis."  (*Id.* 11:12-14.)  He further told pilots "if everybody either enforces

the CBA 100 percent or—and/or makes sure that everybody on the crew is, there's all

sorts of stuff you can do with peer pressure . . . So my point has always been, hold them

to the line on the CBA.  No favors, no extra effort."  (*Id.* at 12:5-15.)  He elaborated, "So

believe me, when you're holding them to the CBA, and any means you have to do that to

the Nth degree, that's the trump card."  (*Id.* at 13:17-19.)

Captain Griffith agreed, and expressly quoted the CBA Chats hosted by Captain

Gary Saunders, stating "The contract is there for you to be protected, and it's there for

you to use like some English guy once told me.  You know, it's your CBA.  They signed

it.  You use it."  (*Id.* at 14:11-14.)  And while mentioning that the decision to fly overtime

was a personal choice, Captain Griffith said, "I personally choose not to fly overtime.  I

personally choose not to help company.  I purposely choose to do these things because it

is my personal decision.  And that's where everyone has to go with that."  (*Id.* at 14:20-

15:3.)  Captain Kirchner also said that Atlas was having a large amount of uncovered

open time, and the pilots still should not take that time:  "We're watching some trips

cancel, some trips delayed.  You are all watching a huge amount of open time. There's—

25

unfortunately some of our pilots are falling over backwards to help them out of a jam and so on and so forth.  But I don't think it's a large amount."  (*Id.* at 6:11-15.)  He also said that "Understand that one—that the biggest point of leverage is second only to crewmembers and what the crewmembers do on the line every day."  (*Id.* at 9:18-20.)  I have attached as Exhibit 113 a true and correct copy of a certified transcript of the July 10, 2017 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

19.    During the August 12, 2017 Crew Call, Captain Kirchner started the call by telling crewmembers he was "delighted with our pilot group" and "the way you're standing up and protecting the CBA . . . I see a lot of encouraging things."  (Ex. 114 at 3:11-14.)  He then encouraged pilots to increase the number of their maintenance write-ups:  "I want you all to be careful.  There's a lot of maintenance issues that we are monitoring . . . It looks like either the maintenance department and/or the aircraft are stressed, so be very, very careful out there."  (*Id.* at 3:16-4:2.)  A pilot then encouraged others to "keep it up."  (*Id.* at 5:22-6:1.)  Captain Griffith clarified "of course he means [SHOP] and he means BOOT, everyone."  (*Id.* at 6:2-3.)  Captain Kirchner then confirmed that "[b]y strictly enforcing the contract and doing what you know we want you to do now . . . that will bring more leverage to the table . . . now is the time where you can have a bi[g] effect on how fast or how slow this goes.  And you do that by strictly enforcing the CBA."  (*Id.* at 6:12-22.)

A pilot then asked, "[a]re we going to let them get through the fourth quarter without a CBA?"  (*Id.* at 7:12-13.)  Captain Kirchner said that question was a "minefield" for him, but acknowledged "[t]here's been a lot going on on our end to bring this to a

conclusion quickly and to keep the pressure up." (*Id*. at 7:15-21.) Later, a pilot hinted at a possible sick-out, stating, "I hear a rumor that the fourth quarter Flynn flu could be really bad," followed by laughter. (*Id*. at 12:1-2.) Captain Kirchner then suggested that the Atlas would be well-served to "have all of its pilots pulling in the same direction during a critical fourth quarter" and that it "certainly would make good business sense to be able to perform at the top level" for clients such as Amazon and DHL, but in order to do that, the Company would have to "do what they should have done by September of 2016," meaning enter into a CBA with the Union. (*Id*. at 12:5-14.)

The Union then acknowledged that its slowdown BOOT campaign was affecting Atlas operations. In response to a question about whether departure times being scheduled 15 minutes prior to the original scheduled time was "the result of booting," Captain Kirchner replied, "I would almost guarantee it." (*Id*. at 14:1-6.) Captain Kirchner ended the call by telling crewmembers "[i]t's now, the next five months, very, very critical to put the pressure on, toe the line, and look for the long-term gain instead of short-term gratification . . . We need all of your resolve. We need everybody to ratchet it up." (*Id*. at 25:22-26:7.) Captain Griffith added his thanks to crewmembers "for towing the line and giving our union the leverage that we need to bring us the contract that we need" and concluded with "[b]e all in or we are lost." (*Id*. at 26:16-21.) I have attached as Exhibit 114 a true and correct copy of a certified transcript of the August 12, 2017 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

20.     In the August 30, 2017 Crew Call, Captain Kirchner urged pilots to "put the pressure on" and noted "you're doing it better every day . . . I see names popping up

every day that I haven't seen before of people that are holding them to the contract and basically doing them no favors . . . And as you guys ratchet up the pressure, especially going into the fourth quarter, that will create a better and better environment towards getting this done.  (Ex. 115 at 4:16-5:8.)  In response to a pilot's question about dealing with pilots "that need to hear the message of solidarity," Captain Kirchner advised "[d]on't talk to them.  Don't chitchat with them.  Don't go to dinner with them.  Don't do anything.  Because when you do, you condone it."  (*Id*. at 5:12; 6:4-6.)  Captain Kirchner then reminded crewmembers, "[p]eer pressure is your number one weapon.  Use it."  (*Id*. at 7:12-13.)

A pilot then asked "[w]hy wait until the fourth quarter?  Why don't we start tightening up now and show them how bad the fourth quarter can be?"  (*Id*. at 9:18-20.)  Captain Kirchner at first stated that the Company was "tightening it up on themselves" before noting "that's as far as the leadership can go because of the law."  (*Id*. at 9:21-10:6.)  But he then went immediately on to tell crewmembers to strictly adhere to the CBA:  "as far as tightening up, the best thing I can tell you is make sure you don't bend the CBA.  Make sure you don't do them any favors . . . [a]nd that's personal sacrifice."  (*Id*. at 9:22-10:13.)  Captain Griffith agreed, "[f]ollow the CBA, put the pressure on them, and enjoy the free warmth as they go up in flames trying to comply with it."  (*Id*. at 11:16-18.)

Later, during a discussion about crew schedulers and their purported lack of knowledge about the CBA, Captain Kirchner again reminded crewmembers of their "responsibility to enforce" the CBA, stating "it's a real opportunity to put pressure on the Company because dealing with a scheduler who doesn't know the rules can only work to

our advantage." (*Id.* at 15:12-22.).  Later, during a discussion about contacting the chief

pilots, Captain Kirchner said that "under certain circumstances, if it's a maintenance issue

or a contract compliance issue, you would need relief from one of these people." (*Id.* at

21:22-22:2.)  He then suggested that crewmembers should delay flights until they are able

to speak to a chief pilot, stating "what I normally tell them, when they tell me that a chief

pilot or a DO or somebody . . . are unavailable, I say, Well when they become available,

give me a call, and then we will move the airplane." (*Id.* at 22:5-10.)

     Captain Kirchner later tied these actions back to the contract negotiations:  "that's

why negotiating this contract and seeing it through is so critical right now, everybody.

We can't lose any momentum.  We can't slow down.  We can't lose our resolve.  We

can't stop enforcing the CBA." (*Id.* at 23:21-24:4.)  Captain Kirchner then addressed

"guys getting out there and busting their hump and launching the airplane in 30 and 45

minutes" noting "that's the part that's not helpful.  This gives you, as a crewmember and

us, additional leverage.  Okay?  Additional leverage." (*Id.* at 26:3-9.)  Captain Griffith

added his agreement, "Yeah.  And this goes right up to the argument of follow the CBA.

This is what gives our Negotiating Committee, our EXCOs, and our stewards the

leverage that they need . . . So make sure that you hold the line.  Make sure that you shop,

just like said [*sic*].  You know, BOOT, Block Out On Time. . . . Blocking out on time is

. . . advantageous to us by giving leverage to our Negotiating Committee and our EXCO

and our stewards." (*Id.* at 26:10-13, 27:7-18.)  Captain Kirchner then ended the call by

telling crewmembers "as we go into the fourth quarter . . . Now again is the time for

every single one of you to enforce the CBA.  All of the stuff Mike talked about and to

really make the Company feel it top to bottom.  Every little thing you do." (*Id.* at 28:9-

16.) Captain Griffith concluded by telling crewmembers to "give 'em hell. All in every day." (*Id*. at 29:14-15.) I have attached as Exhibit 115 a true and correct copy of a certified transcript of the August 30, 2017 Crew Call, containing material not redacted by the Union in its production of the recording to Atlas.

B.     The Union Has Continued To Orchestrate And Encourage The Slowdown Since Atlas Filed This Lawsuit.

       21.     Since Atlas filed this lawsuit on September 25, 2017, the Union has continued to encourage pilots to engage in a slowdown in order to put pressure on Atlas in ongoing labor negotiations. On the very same day Atlas filed this lawsuit, the Union released a "Chairman's Message" from Captain Kirchner about the lawsuit, telling pilots to be "ALL-IN." I have attached as Exhibit 116 a true and correct copy of a Chairman's Message sent September 25, 2017.

       22.     On September 27, 2017, Giant Comms, a Twitter handle run by "a group of professional Pilots at Atlas & Southern Air," tweeted "@AtlasAirWW @amazon #PrimeAir @DHLUS TEED UP FOR FAILURE WITH NO PILOT CONTRACT #1u #FUPM God Bless Our Wounded Warriors!" The tweet included a photo of a banner flown over an Atlas golf event that said, "ATLAS AMAZON DHL TEED UP FOR FAILURE WITH NO PILOT CONTRACT." I have attached as Exhibit 117 a compilation of true and correct copies of tweets tweeted by the Giant Comms Twitter handle and the twitter handle of Captain Griffith, from September 27, 2017 through the present.

       23.     On September 29, 2017, the Union sent a communication titled "Employee Conduct," which stated: "As we prepare to enter the much talked about fourth quarter, there couldn't be a more perfect time to share and address the latest trends

we are seeing as Stewards . . . Moving forward, we recommend that you maintain a familiarity with the Employee Handbook and when needed, use the protections it contains." I have attached as Exhibit 118 a true and correct copy of an "Employee Conduct" communication sent by Local 1224's Atlas Stewards on September 29, 2017.

24.     On September 30, 2017, Giant Comms tweeted "NEWEST ATAM IS RELEASED!  Problems are for those who create them, especially union busters!  #1u #FUPM."  The tweet included a link to the new ATAM podcast.  Another Twitter user responded that "A company gets the union it deserves."  Giant Comms agreed, replying "Every time . . . and it appears that time has come again in our industry.   #1u #FUPM." That same day, Giant Comms retweeted a different Twitter user who explicitly said, "Atlas Air suing pilots for not doing other people's job and strictly adhering to our piss poor CBA.  PRICELESS.  @giantcomms @mikegrif747."  (Atlas Pilot Tweets, *supra* Paragraph 22.)

25.     On October 2 and 3, 2017, Giant Comms launched into a Twitter tirade threatening to further decimate Atlas' operations:

- "Newest @AtlasAirWW CAPT's told the SVP of Flt Ops his ACTIONS SPOKE LOUDER THAN HIS WORDS.  ALL HIS RESPECT GONE DUE TO 2ND LAWSUIT. #1u #FUPM"

- Replying to a tweet from Amazon's CEO about Amazon planes bringing critical supplies to San Juan, Puerto Rico: "@JeffBezos you're welcome. IMPOSSIBLE without pilots.  @AtlasAirWW SUING PILOTS TWICE keeping pay low will cost YOU this photo opp #1u #FUPM"

- "@Teamsters ALL IN; no slogan! @AtlasAirWW CEO Flynn to get unified pilots as he shills 4 @amazon #PrimeAir as PILOTS REVOLT #1u #FUPM"

- Replying to a tweet regarding Polar's new fleet: "Without pilots to fly them, @AtlasAirWW cannot operate any airplanes whether they are new or converted. SUING PILOTS will fail. #1u #FUPM"

- Replying to a tweet stating that Atlas claimed 350 departures per month out of China: "Ask him how many are late and what his definition of 'on time' is in light of his second lawsuit against his pilots . . . thank you"

- Replying to a tweet stating that Atlas' greatest growth came from e-commerce and express: "True. BUT there is NO EXPRESS or Labor Agreement w/ pilots to fly for @amazon #PrimeAir & @DHLUS. SUING PILOTS FAILING CUSTOMERS #1u #FUPM"

(Atlas Pilot Tweets, *supra* Paragraph 22.)

26.     On October 3, 2017, the Union released a "Chairman's Update" from Captain Kirchner, in which it repeatedly encouraged pilots to slow down under the guise of safety:

- "Worn out crews, compacted schedules and worsening line support are all causing distractions and mental fatigue for our crews"

- "We remind you to maintain your focus on safety and don't be pushed, harassed, intimidated or otherwise led into a serious mistake"

- "Safety is not just a corporate platitude or a box for us to check.  It is real and critically important in any operation."

Captain Kirchner also continued to encourage pilots to call out sick and fatigued and not accept open time flying:  "Does nearly 170 open time trips for the month of September 2017 alone, sound like a fully staffed airline to you?"  I have attached as Exhibit 119 a true and correct copy of a Chairman's Update sent October 3, 2017.

27.     On that same date, the Union issued a press release about this lawsuit designed to further encourage the slowdown under the guise of safety.  The press release quoted Captain Wells, President of Local 1224, as stating:

> Our members are professionals.  Pilots do not need the union to tell them how to perform or when their company is abusing them.  Pilots recognize abusive corporate behavior when they see it and they fell [*sic*] it and they simply will not fall victim to those abuses and jeopardize their safety and that of their families and the public. Increasingly, they are leaving the company -- but while here, a crewmember surely will not risk safety or his or her career on behalf of a company that refuses to be up front about its

failing operations and that has shown no ability to fix the problems it has
brought upon itself.

I have attached as Exhibit 120 a true and correct copy of a press release titled "Teamsters

Local Union 1224: Atlas Air And Polar Air Cargo Pilots Respond To Frivolous Lawsuit"

issued by the Union on October 3, 2017, available at https://www.prnewswire.com/news-

releases/teamsters-local-union-1224-atlas-air-and-polar-air-cargo-pilots-respond-to-

frivolous-lawsuit-300530531.html.

28.     On October 4, 2017, in response to a tweet stating that another carrier's

operational problems were being caused by its unfair treatment of employees, Giant

Comms tweeted "@AtlasAirWW is a close 2nd! Now 2 LAWSUITS vs pilots for doing

their jobs, following a contract & blocking out on time.  Amazing.  #1u #FUPM."  (Atlas

Pilot Tweets, *supra* Paragraph 22.)

29.     On October 10, 2017, in response to a tweet about UPS beginning

negotiations with Teamsters, Giant Comms tweeted:  "Wish @AtlasAirWW would see

the light and stop the silliness by engaging in meaningful negotiations!  CBA NOW will

fix problems #1u #FUPM."  On the same date, in response to a tweet by Air Cargo Week

regarding the story about the growth of an Atlas competitor, Giant Comms tweeted:

"And @AtlasAirWW air can only sit and watch while suing it's own pilots makes a

shambles of its business model. CBA NOW and GROW!#1u #FUPM."  (Atlas Pilot

Tweets, *supra* Paragraph 22.)

30.     On October 12, 2017, Captain Griffith tweeted:  "Stooping to a new low in

#unionbusting, you think they will serve penalty in Q4? @AtlasAirWW needs no help to

bring #ShameOnAtlas. #1u #FUPM."  (Atlas Pilot Tweets, *supra* Paragraph 22.)

31.     On October 13, 2017, Giant Comms retweeted another user's tweet of a photograph of Herbert Kelleher, former CEO of Southwest Airlines, alongside the following quote:  "If the employees come first, then they're happy, A motivated employee treats the customer well.  The customer is happy so they keep coming back, which pleases the share-holders.  It's not one of the enduring Green mysteries of all time, it is just the way it works."  The original tweet said, "When was the last time SWA had to cancel >20,000 flights affecting 700,000 customers? See the difference?"  (Atlas Pilot Tweets, *supra* Paragraph 22.)

32.     On October 21, 2017, Giant Comms tweeted a picture of a dumpster fire, and wrote "Rumor has it @AirMobilityCmd fed up with @AtlasAirWW MX, Catering, Crew Scheduling, Gnd Ops; choosing other vendors? #1u #FUPM @ShameOnAtlas." Later that same day, Giant Comms retweeted a Twitter user who posted a picture of Richard Branson, with the words "Clients do not come first.  Employees come first.  If you take care of your employees, they will take care of the clients," stating "[t]his guy never made any money right?  Oh wait…"  Giant Comms also retweeted a picture from a Twitter account called "Giant Security," which said "Wait…do you mean that suing your employees is NOT a path to success? Huh!"  (Atlas Pilot Tweets, *supra* Paragraph 22.)

C.      Additional Evidence

33.      In Paragraph 36 of my September 25, 2017 declaration, I described an

August 25, 2017 flight in which the Captain wrote through the aircraft's notification

system that he started the engines "on time," but "IF WE HAD PUSHED IT WOULD BE

CONSIDERED EARLY."  I am now attaching as Exhibit 121 a true and correct copy of

the complete communication from the Aircraft Communications Addressing and

Reporting System, in which the quoted language is bolded and underlined on page 3.

I declare under penalty of perjury under the laws of the United States that the

foregoing statements are true and correct.

Executed this 23rd day of October, 2017 at Purchase, New York.


_____

Jeffrey Carlson