Filed Under Seal

# Exhibit 101

# In The Matter Of:

*GMM-160222-Edited*

*February 22, 2016*



9408 Grant Avenue, Suite 403
Manassas, Virginia 20110
(703) 331-0212
office@icrdepos.com
www.icrdepos.com

*Min-U-Script® with Word Index*

CONFIDENTIAL

1

1

2                          GMM-160222-Edited

3                               (5:56)

4               MR. FORSBERG:  Okay, ladies and gentlemen,

5     thank you for attending.  Welcome to the fourth

6     quarter 2015 general membership meeting of Local

7     1224 International Brotherhood of Teamsters coming

8     to you live from the Union hall at Wilmington, Ohio.

9               My name is Phillip Forsberg, and I am the

10    recording secretary for Local 1224.

11              Present we have Dan Wells.  Remotely, we

12    have Mark Niles, vice president.  Myself, recording

13    secretary, is present.

14              Trustee Bob Ulrich is present via remote

15    means.  Alec Klipper is present bodily.  And trustee

16    Mark Mullis is present via remote.

17              I do not see Rick Ziebarth on there

18    anywhere.  Does anybody have Rick Ziebarth?

19              UNKNOWN MALE:  He's not here.

20              MR. FORSBERG:  We will mark Rick Ziebarth

21    as absent.

22              Cameron Graff, I do not see.  We will have

CONFIDENTIAL

1   him as absent.

2          Bob Kirchner, I do not have Bob Kirchner.

3   Anybody have him?

4          Proceeding, Cameron Graff not present.

5   Bob Kirchner at this point not present.  Marilyn

6   Rhude not present.  Jeff Cox, not present.  Scott

7   Nelson, not present.  Louis Davalle not present.

8   Darrin Nelson, not present.  Eric Wainscott, not

9   present.

10          Richard Green, not present.  Bryan

11   Holmberg, not present.  Also, not present here is

12   our airline division president, David Bourne.

13          UNKNOWN MALE:  That will work.  Was

14   thinking about it.

15          There it is.

16          MR. FORSBERG:  How do you propose to force

17   the Company's hand?

18          It seems the only pressure available is

19   the extra safety following the CBA to the letter we

20   consented for the Company and public advertising of

21   the impact of Atlas Air on the public.

22          MR. WELLS:  As far as time goes and

CONFIDENTIAL

1  pressure, you're right.  RLA sucks.  We are trapped

2  in it.  We will do everything we can to fight that

3  battle over here as much as we can.

4            But let's face it, guys, what makes a

5  difference is, you know, is letting them know.

6            When we go in there -- when you're -- when

7  the guys who represent you, you need to go in and

8  say that people are pissed off, and they want

9  something changed.  They want it changed now or

10 everybody is leaving.

11           And they look at the schedule, uh-uh,

12 keeps going.  They keep calling open time.  We're

13 stabbing each other in the back to get open time and

14 doing everything else.  I don't see any problem.

15           And they just keep letting us yap and keep

16 going.

17           So you guys figure out what the difference

18 is between the two.

19           It's when they finally realize that, you

20 know, first of all, people don't show up for

21 training or number of you don't show up for new hire

22 classes, they can't make things run as well.

CONFIDENTIAL

4

1          We stop doing things for all those things.

2          This is your way to show pleasure.  You're

3     allowed to do that.

4          I'm not advocating doing anything that's

5     not legal or not in accordance with the contract,

6     but it's just very simple.

7          And that's going to be the difference.

8     It's going to be the muscle that's going to get us a

9     contract.

10          And of course, on some day, when -- after

11     we have a strike authorization, which I predict will

12     come soon, either if the Company does something, and

13     we say status quo violation strike, right, we all

14     know what that means.  And we better be right, that

15     everybody is willing to stand up, you know, and do

16     what they need to do.

17          And of course, some day, if we ever do get

18     a release, we have to know what we have to do.

19          Those are the only -- those are the only

20     hammers that we are given to -- to convince the

21     Bills of the world -- back to Bill -- that we're not

22     going to accept the same contract we have.

CONFIDENTIAL

1          So ...

2          MR. FORSBERG:  Good point about gaining

3   AAWWH corporate attention when airplanes are

4   actually parked due to an absence of pilots.

5          If the Atlas instructors and check airmen

6   decided to step down from their volunteer positions,

7   the training department would come to a screeching

8   halt.

9          This seems to be the quickest way to force

10  Atlas to negotiate a reasonable contract.

11          Would you agree?

12          MR. WELLS:  There's dangers in that.

13          I mean, it obviously would have a huge

14  impact; right?  If a lot of them did or if they also

15  did not -- you know, decided to work 30 days a

16  month.  I'm not alleging that they all are.

17          But if they basically stuck to them

18  working, flying 17 and going home, that itself would

19  be a big pinch.

20          Remember, we have talked about this in the

21  past.  And there was an action incident -- or

22  several incidents during the last negotiations where

CONFIDENTIAL

1   that almost occurred, believe it or not.

2           Yeah, we had an incident in the last -- in

3   the last negotiation.  What happened -- and the

4   danger is this.

5           If that was done, first of all, it would

6   be perceived as a job action, number one, and we

7   would probably be remanded for it.  Even though

8   we're not calling for it, nobody is calling for it,

9   you know, just be clear.

10          But if it would, they would go after that

11  avenue.

12          At the very least, here's what they would

13  win; right?  They would say -- they would say we can

14  replace those guys with contractors because we have

15  a provision in our contract to do that; right?

16          So that's where your danger goes for it.

17  And then you lose control.

18          And that's always been my point about you

19  want to have the check airmen on the inside, not on

20  the outside.  That's one of the biggest hammers you

21  have, as the gentleman here has suggested.

22          But -- but, you know, the check airmen are

CONFIDENTIAL

7

1   their own -- they are members just like everybody

2   else.  You know, so when I'm talking about, you

3   know, them showing their displeasure, that includes

4   the check airmen; right?

5        I mean, when they go in there, if they

6   think that they are the Company's buddies or they

7   are going to have some kind of special treatment or

8   something like that, I would -- I would -- I would

9   lose faith in my fellow airmen if that's what they

10  actually thought for things.

11       So I hope they understand that they are a

12  very important part of this, and they need to react

13  accordingly.

14                  (End of audio.)

15

16

17

18

19

20

21

22

CONFIDENTIAL

8

1                    CERTIFICATE OF TRANSCRIPTION

2           I, Joseph A. Inabnet, do hereby certify

3    that the proceedings in the provided audio recording

4    media were transcribed by me or reduced to

5    typewriting under my supervision, that said

6    transcript is a true transcription of the audio

7    recording; that I am neither counsel for, related

8    to, nor employed by any of the parties to the action

9    involved in these proceedings; and, further, that I

10   am not a relative or employee of any attorney or

11   counsel employed by the parties thereto, nor

12   financially or otherwise interested in the outcome

13   of the action.

14

15                    _____

16                         Joseph A. Inabnet

17

18

19

20

21

22

CONFIDENTIAL

## A

**AAWWH (1)** 5:3
**absence (1)** 5:4
**absent (2)** 1:21;2:1
**accept (1)** 4:22
**accordance (1)** 4:5
**accordingly (1)** 7:13
**action (4)** 5:21;6:6;8:8,13
**actually (2)** 5:4;7:10
**advertising (1)** 2:20
**advocating (1)** 4:4
**agree (1)** 5:11
**Air (1)** 2:21
**airline (1)** 2:12
**airmen (5)** 5:5;6:19,22;7:4,9
**airplanes (1)** 5:3
**Alec (1)** 1:15
**alleging (1)** 5:16
**allowed (1)** 4:3
**almost (1)** 6:1
**always (1)** 6:18
**Atlas (3)** 2:21;5:5,10
**attending (1)** 1:5
**attention (1)** 5:3
**attorney (1)** 8:10
**audio (3)** 7:14;8:3,6
**authorization (1)** 4:11
**available (1)** 2:18
**avenue (1)** 6:11

## B

**back (2)** 3:13;4:21
**basically (1)** 5:17
**battle (1)** 3:3
**better (1)** 4:14
**big (1)** 5:19
**biggest (1)** 6:20
**Bill (1)** 4:21
**Bills (1)** 4:21
**Bob (4)** 1:14;2:2,2,5
**bodily (1)** 1:15
**Bourne (1)** 2:12
**Brotherhood (1)** 1:7
**Bryan (1)** 2:10
**buddies (1)** 7:6

## C

**calling (3)** 3:12;6:8,8
**Cameron (2)** 1:22;2:4
**can (3)** 3:2,3;6:13
**CBA (1)** 2:19
**CERTIFICATE (1)** 8:1
**certify (1)** 8:2
**changed (2)** 3:9,9
**check (4)** 5:5;6:19,22;7:4
**classes (1)** 3:22
**clear (1)** 6:9
**coming (1)** 1:7
**Company (2)** 2:20;4:12
**Company's (2)** 2:17;7:6
**consented (1)** 2:20
**contract (5)** 4:5,9,22;5:10;6:15
**contractors (1)** 6:14
**control (1)** 6:17
**convince (1)** 4:20
**corporate (1)** 5:3
**counsel (2)** 8:7,11
**course (2)** 4:10,17
**Cox (1)** 2:6

## D

**Dan (1)** 1:11
**danger (2)** 6:4,16
**dangers (1)** 5:12
**Darrin (1)** 2:8
**Davalle (1)** 2:7
**David (1)** 2:12
**day (2)** 4:10,17
**days (1)** 5:15
**decided (2)** 5:6,15
**department (1)** 5:7
**difference (3)** 3:5,17;4:7
**displeasure (1)** 7:3
**division (1)** 2:12
**done (1)** 6:5
**down (1)** 5:6
**due (1)** 5:4
**during (1)** 5:22

## E

**either (1)** 4:12
**else (2)** 3:14;7:2
**employed (2)** 8:8,11
**employee (1)** 8:10
**End (1)** 7:14
**Eric (1)** 2:8
**Even (1)** 6:7
**everybody (3)** 3:10;4:15;7:1
**extra (1)** 2:19

## F

**face (1)** 3:4
**faith (1)** 7:9
**far (1)** 2:22
**fellow (1)** 7:9
**fight (1)** 3:2
**figure (1)** 3:17
**finally (1)** 3:19
**financially (1)** 8:12
**first (2)** 3:20;6:5
**flying (1)** 5:18
**following (1)** 2:19
**force (2)** 2:16;5:9
**FORSBERG (5)** 1:4,9,20;2:16;5:2
**fourth (1)** 1:5
**further (1)** 8:9

## G

**gaining (1)** 5:2
**general (1)** 1:6
**gentleman (1)** 6:21
**gentlemen (1)** 1:4
**given (1)** 4:20
**GMM-160222-Edited (1)** 1:2
**goes (2)** 2:22;6:16
**Good (1)** 5:2
**Graff (2)** 1:22;2:4
**Green (1)** 2:10
**guys (4)** 3:4,7,17;6:14

## H

**hall (1)** 1:8
**halt (1)** 5:8
**hammers (2)** 4:20;6:20
**hand (1)** 2:17
**happened (1)** 6:3
**hereby (1)** 8:2
**here's (1)** 6:12
**hire (1)** 3:21
**Holmberg (1)** 2:11
**home (1)** 5:18
**hope (1)** 7:11
**huge (1)** 5:13

## I

**impact (2)** 2:21;5:14
**important (1)** 7:12
**Inabnet (2)** 8:2,16
**incident (2)** 5:21;6:2
**incidents (1)** 5:22
**includes (1)** 7:3
**inside (1)** 6:19
**instructors (1)** 5:5
**interested (1)** 8:12
**International (1)** 1:7
**involved (1)** 8:9

## J

**Jeff (1)** 2:6
**job (1)** 6:6
**Joseph (2)** 8:2,16

GMM-160222-Edited

**K**

keep (3)
3:12,15,15
keeps (1)
3:12
kind (1)
7:7
Kirchner (3)
2:2,2,5
Klipper (1)
1:15

**L**

ladies (1)
1:4
last (3)
5:22;6:2,3
least (1)
6:12
leaving (1)
3:10
legal (1)
4:5
letter (1)
2:19
letting (2)
3:5,15
live (1)
1:8
Local (2)
1:6,10
look (1)
3:11
lose (2)
6:17;7:9
lot (1)
5:14
Louis (1)
2:7

**M**

makes (1)
3:4
MALE (2)
1:19;2:13
Marilyn (1)
2:5
Mark (3)
1:12,16,20
mean (2)
5:13;7:5
means (2)
1:15;4:14
media (1)
8:4
meeting (1)
1:6
members (1)
7:1

membership (1)
1:6
month (1)
5:16
much (1)
3:3
Mullis (1)
1:16
muscle (1)
4:8
Myself (1)
1:12

**N**

name (1)
1:9
need (3)
3:7;4:16;7:12
negotiate (1)
5:10
negotiation (1)
6:3
negotiations (1)
5:22
neither (1)
8:7
Nelson (2)
2:7,8
new (1)
3:21
Niles (1)
1:12
nobody (1)
6:8
nor (2)
8:8,11
number (2)
3:21;6:6

**O**

obviously (1)
5:13
occurred (1)
6:1
off (1)
3:8
Ohio (1)
1:8
one (2)
6:6,20
only (3)
2:18;4:19,19
open (2)
3:12,13
otherwise (1)
8:12
out (1)
3:17
outcome (1)
8:12
outside (1)

6:20
over (1)
3:3
own (1)
7:1

**P**

parked (1)
5:4
part (1)
7:12
parties (2)
8:8,11
past (1)
5:21
people (2)
3:8,20
perceived (1)
6:6
Phillip (1)
1:9
pilots (1)
5:4
pinch (1)
5:19
pissed (1)
3:8
pleasure (1)
4:2
point (3)
2:5;5:2;6:18
positions (1)
5:6
predict (1)
4:11
Present (16)
1:11,13,14,15,16;
2:4,5,6,6,7,7,8,9,10,
11,11
president (2)
1:12;2:12
pressure (2)
2:18;3:1
probably (1)
6:7
problem (1)
3:14
Proceeding (1)
2:4
proceedings (2)
8:3,9
propose (1)
2:16
provided (1)
8:3
provision (1)
6:15
public (2)
2:20,21

**Q**

quarter (1)
1:6
quickest (1)
5:9
quo (1)
4:13

**R**

react (1)
7:12
realize (1)
3:19
reasonable (1)
5:10
recording (4)
1:10,12;8:3,7
reduced (1)
8:4
related (1)
8:7
relative (1)
8:10
release (1)
4:18
remanded (1)
6:7
Remember (1)
5:20
remote (2)
1:14,16
Remotely (1)
1:11
replace (1)
6:14
represent (1)
3:7
Rhude (1)
2:6
Richard (1)
2:10
Rick (3)
1:17,18,20
right (7)
3:1;4:13,14;5:14;
6:13,15;7:4
RLA (1)
3:1
run (1)
3:22

**S**

safety (1)
2:19
same (1)
4:22
schedule (1)
3:11
Scott (1)
2:6
screeching (1)
5:7

secretary (2)
1:10,13
seems (2)
2:18;5:9
several (1)
5:22
show (3)
3:20,21;4:2
showing (1)
7:3
simple (1)
4:6
soon (1)
4:12
special (1)
7:7
stabbing (1)
3:13
stand (1)
4:15
status (1)
4:13
step (1)
5:6
stop (1)
4:1
strike (2)
4:11,13
stuck (1)
5:17
sucks (1)
3:1
suggested (1)
6:21
supervision (1)
8:5

**T**

talked (1)
5:20
talking (1)
7:2
Teamsters (1)
1:7
thereto (1)
8:11
thinking (1)
2:14
though (1)
6:7
thought (1)
7:10
training (2)
3:21;5:7
transcribed (1)
8:4
transcript (1)
8:6
TRANSCRIPTION (2)
8:1,6
trapped (1)
3:1

**GMM-160222-Edited**

**treatment (1)**
7:7
**true (1)**
8:6
**Trustee (2)**
1:14,15
**two (1)**
3:18
**typewriting (1)**
8:5

**U**

**uh-uh (1)**
3:11
**Ulrich (1)**
1:14
**under (1)**
8:5
**Union (1)**
1:8
**UNKNOWN (2)**
1:19;2:13
**up (3)**
3:20,21;4:15

**V**

**via (2)**
1:14,16
**vice (1)**
1:12
**violation (1)**
4:13
**volunteer (1)**
5:6

**W**

**Wainscott (1)**
2:8
**way (2)**
4:2;5:9
**Welcome (1)**
1:5
**Wells (3)**
1:11;2:22;5:12
**willing (1)**
4:15
**Wilmington (1)**
1:8
**win (1)**
6:13
**work (2)**
2:13;5:15
**working (1)**
5:18
**world (1)**
4:21

**Y**

**yap (1)**

3:15

**Z**

**Ziebarth (3)**
1:17,18,20

**1**

**1224 (2)**
1:7,10
**17 (1)**
5:18

**2**

**2015 (1)**
1:6

**3**

**30 (1)**
5:15

**5**

**5:56 (1)**
1:3

CONFIDENTIAL