**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| ATLAS, INC., *et al.*, ) | Case No.: 1:17-cv-01953-RDM |
| ) | |
| Plaintiffs, ) | Hon. Randolph D. Moss |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF TEAMSTERS, AIRLINE ) | |
| DIVISION, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

# Union Exhibit 3:

# Declaration of Daniel W. Akins

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ATLAS AIR, INC. and POLAR AIR CARGO WORDLWIDE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, <br><br> Defendants. | Civil Action No. 1:17-CV-01953 RDM |

<u>**DECLARATION OF DANIEL W. AKINS**</u>

I, Daniel W. Akins, declare that the following is true and correct:

**I. QUALIFICATIONS & ASSIGNMENT**

I am an air transport economist and a founding partner of Flightpath Economics, LCC, an aviation consultancy.  I have over thirty years of airline consulting experience.  During my career I have applied economic principles and statistical analysis to various modes of transportation using financial and operational data on behalf of airports, airlines, airframe manufacturers, labor unions, and other aviation related concerns.  Clients have included, Continental Airlines, Lufthansa, Air Canada, Southern Air Transport, The Committee of Unsecured Creditors of Sun Country Airlines, Boeing, McDonnell Douglas, LSG Skychefs,

American Express, J.P. Morgan Chase, Cisco Systems, the State of Virginia, the U.S. Postal Service, a large number of airports and various labor groups.   My Curriculum Vitae is attached as Appendix A.

I was retained by IBT Local 1224 to assist in the evaluation of the merits of Atlas Air statistical analysis concerning alleged operational impacts resulting from claimed changes in the behavior of Atlas's pilots.

## II. SUMMARY OF OPINIONS

A.  The Plaintiffs – Atlas Air, Inc. and Polar Air Cargo Worldwide, Inc., hereafter "the Company" or "Atlas" – allege that the Defendant orchestrated changes in pilot behavior after the Union issued a Section 6 notice to begin contract negotiations under the Railway Labor Act on February 16, 2016.   Atlas enlisted an economist, Dr. Darrin Lee of Compass Lexecon, in an effort to demonstrate that deteriorating operational performance and/or declining customer goodwill were the direct result of changes in pilot behavior that were, allegedly, directly tied to concerted efforts by the Defendant beginning on or around February 2016.  Dr. Lee's declaration was submitted to the court on September 25, 2017, as "Declaration of Darin N. Lee, Ph.D., In Support of Plaintiffs' Motion for a Preliminary Injunction."   Dr. Lee's analysis is divided in two sections.   The first section asserts that changes in pilot behavior before and after February 16, 2016 are statistically significant.   A second section attempts to assess, through the use of regression analysis, that changes in the Atlas operation were impacted to a statistically significant degree by pilot behavior beginning on or around February 16, 2016.   With various statistical tools and methods, Dr. Lee asserts that that six elements of pilot behavior compromised Atlas's operation and created a loss of performance and customer goodwill.  These alleged Union orchestrated behaviors, per Dr. Lee's declaration, are as follows:

1. An increase in the proportion of pilot sick calls made on short notice;

2. An increase in the proportion of Atlas's pilots reporting themselves as being unable to perform their duties due to fatigue;

3. A decrease in the willingness by pilots to volunteer for additional flying assignments on their days off (known as "open time");

4. A sharp and widespread decline in the willingness of pilots to depart once their aircraft is loaded and ready;

5. A sharp increase in the frequency that pilots are writing-up mechanical issues on aircraft under their command;

6. Increased aircraft taxi times. [1]

B. As will be demonstrated in this declaration, none of Dr. Lee's conclusions are logically sound, statistically valid or meaningfully impactful on the Atlas operation.  In every major point, Dr. Lee's analysis is plagued with statistical and logical problems which render his results unreliable and his conclusions unreasonable.  Specifically, Dr. Lee's analysis and conclusions suffer from the following systemic problems:

1. ***Operational Issues at Atlas Predate the Union's Section 6 Notice***.  While it is clear that increases in the proportion of pilot short-notice sick calls, fatigue calls, open-time call outs, etc., have occurred over time, none of these changes began to occur

---

[1] Lee at page 4.

on or around February 2016.  Moreover, the Atlas operation is chronically subject to delays, and the proportion of flights subject to delay has been steadily increasing since 2013.  (Exhibit 1.)  In other words, there is no relationship proven by Dr. Lee between alleged pilot actions and the company's poor operational performance.  Rather, it appears that the operational deterioration at Atlas is a function of growth in the operation and a systematic failure to adequately deploy appropriate resources to support the operation.

Exhibit 1: The Percentage of Atlas/Polar Flights Arriving Late Has Steadily Increased Since 2013[2]



---

[2] Compiled from data provided by Atlas.

2. ***Dr. Lee Ignores the Dramatic Growth and Change of the Atlas Operation***.  As will be demonstrated in this declaration, the combined Atlas operation has grown and changed dramatically in recent years.  These changes have created challenges for the Company.  While he points out the dramatic growth in Atlas operations in his Declaration, Dr. Lee does not attempt to assess the factors which may explain longer term changes in pilot behavior as well as the causes of operational issues which were occurring well before February 16, 2016.   These include, but are not limited to Atlas's unprecedented growth, the dramatic shift from a primarily non-scheduled to a scheduled operation, its changed customer base, and the expansion of the complexity of Atlas's operation over the past several years.  Most importantly, despite having access to an enormous amount of internal data, in Dr. Lee's analysis of the alleged impacts of such behavior he does not attempt to directly link those behavioral changes to changes in the size and nature of the operation.

3. ***The Alleged Causes Do Not Explain the Effects***.  Dr. Lee's statistical exercises are designed to establish a causal relationship between Union actions that allegedly precipitated pilot actions which, he asserts, then had an effect on the Atlas operation and customer goodwill.   There are several important links in this attenuated causal chain:

   a.   First, Dr. Lee would have to demonstrate that Union communications successfully directed or steered pilot behavior.

b.    Second, Dr. Lee would need to show conclusively that Union orchestrated

pilot behavior impacted the Atlas operation in a material way.

c.    Third, Dr. Lee would need to show that changes in the Atlas operation were

meaningful, detrimental, and would not have occurred on their own.

In asserting his major conclusions, at no point does Dr. Lee establish firm causal

relationships that link alleged Union activity to pilot behavior, or pilot behavior to

a deterioration in the Atlas operation, or that an allegedly-deteriorating operation

worked to the detriment of the Company's customer relationships.  Nor does Dr.

Lee ever attempt to link, other than through assertion, actual change in pilot

behavior with the operational impacts he claims result from such Union

orchestration.

4. ***Dr. Lee's Causality Is Asserted, Not Observed***.  Dr. Lee's conclusions are circular;

he does not point to specific and quantifiable pilot actions that would be suitable

as causal variables in a statistical regression.  Instead, Dr. Lee assigns causality by

using a "dummy variable" as a substitute or proxy for real observations which

allegedly "cause" operational impacts from Union orchestrated changes in pilot

behavior such as sick calls, fatigue calls, delayed departures, and the like.

Although dummy variables are routinely used in statistics and econometrics, by

their nature they are binary "on/off" switches, and their use in regression is not

appropriate for variables which are not binary.  For example, the Union

communicates with pilots on an ongoing basis and has done so for years; Dr. Lee has not established numerically that the Union's communications increased on or around February 2016, or that the content of these communications was materially different from prior communications.   Importantly, the dummy variables in Dr. Lee's statistical analyses are only useful in assigning causality to specific points in time; these dummy variables do nothing to explain what may have been occurring at those points in time.  In effect, Dr. Lee submitted analysis which does not attempt to directly link pilot behavioral change to any known underlying cause, other than an allegation that behavioral changes after February 2016 were caused by Union orchestration designed to leverage bargaining.

5. ***The Effects are Improperly Measured.***   Throughout Dr. Lee's extensive declaration, there are very few references to actual "effects" which allegedly resulted from pilot behavior on or around February 2016.  In the vast majority of Dr. Lee's analysis , he attempts to measure the relationship between a point in time (as indicated by a dummy variable) and an observed level of operational change that theoretically resulted from changes in pilot behavior – but without actually linking the alleged behavior to a tangible, material operational impact. For example, in his analysis of the impact of pilot behavioral change on Atlas's operation, Dr. Lee chose to measure "delays" in terms of whether there was a change after February 2016 in the share of Atlas flights departing at or prior to the estimated departure time.  Normally in the airline industry, airlines and customers

alike care more about whether their flights arrive on time.  For air cargo customers, it is simply irrelevant whether a flight departs on or before its estimated departure time. What is important is arrival time.   In Dr. Lee's analysis, a flight which arrives 5 minutes early but left 5 minutes late is considered a "delayed" flight.  This assertion defies reason and undermines the validity of his analysis and conclusions.

6. ***Lack of Randomness in Binomial Trials Undermines Analysis.***   Dr. Lee misinterprets the results and implications of his binomial trials.  A binomial trial is a simple statistical tool which can help to determine whether a series of observations is random or not.  However, as with all such statistical tools, a binomial trial requires very specific conditions.  These are:

   a.    There are 'n' identical trials

   b.    Each trial has only two possible outcomes

   c.    The probabilities of the two outcomes remain constant

   d.    The trials are independent[3]


In other words, for a binomial trial to be valid, all else must be equal. Circumstances must be identical across all trials, and the evaluation must be

---

[3] "Introductory Statistics- Fourth Edition," Prem S. Mann, John Wiley & Sons, 2001.  Page 209.

conducted during a period in which underlying conditions remain the same. If outcomes are affected by changes in underlying conditions, the binomial trial is unsound and its results are not reliable.  As I will demonstrate in this declaration, the combined Atlas operation has grown substantially and changed dramatically during the last several years.  Obviously, the impact of this extreme growth and change has created a playing field tilted by changing conditions where precondition (c) to a binomial trial, e.g., "all else being equal" is not the case.  In these circumstances where conditions are dramatically changing over time, a binomial trial is simply not useful in the assessing the significance of changes in pilot behavior.  Further, Dr. Lee's interpretation of his binomial trials is flawed.  He suggests that randomness could not have caused the alleged impacts and that, therefore, the pilots must be to blame, without having considered a full range of potential causes related to the changes in operations.  The logical error is obvious.

7. *Dr. Lee's Regressions Materially Overstate the Impact of Alleged Pilot Behaviors*.  In addition to the logical errors outlined above, nearly all of Dr. Lee's regressions suffer from a common set of misinterpretations and fatal flaws.  These include:

   a.   Overstated causality.  Time series regression analysis can be a useful tool to analyze potential connections between two sets of observations or variables.  The results of regression analysis can help understand the degree to which variables are connected, or explain changes. The r squared value of any regression model indicates the degree to which one

observation explains or causes changes in the other.  Low r-square values generally indicate weak relationships between variables.

b.  Dr. Lee uses multiple variables in an attempt to assess causality in his regressions.   However, in 8 of his 10 regression analyses, Dr. Lee's regression outputs demonstrate low aggregate "r square" values.[4]  In many cases, these r-square values are less than 50%, indicating that Dr. Lee's alleged causes – in combination – explain the alleged effects with less accuracy than a coin toss.  Moreover, Dr. Lee's combination of various "causal" factors in these regressions leave substantial doubt about whether pilot behavior, on its own, would have produced a reasonable r-square result.  If pilot behavior is truly the reason for some variation in the Atlas operation, he could have shown the relationship on its own, without the additive effect of multiple other variables.

c.  Unnecessary complexity.   For most statisticians, simple models are preferred to complex models.  One statistics textbook has this to say:

> "Although the r-square value is one of the most frequently quoted values from a regression analysis, it does have one serious drawback – it can only increase when extra explanatory variables are added to an equation.  This can

---

[4] In regression analysis, r-square values measure the extent to which a statistical model fully explains a dependent variable.  R-square values range from 0 to 1, where a value of 0 indicates that 0% of the dependent variable is attributable to the regression model, and a value of 1 indicates that 100% of the dependent variable is explained by the regression.

*lead to 'fishing expeditions' where we keep adding variables*

*to an equation, some of which have no conceptual*

*relationship to the response variable, just to inflate the r-*

*square value."[5]*

Dr. Lee's regressions appear to have inflated the r-square results by using

too many variables which are unreasonably complicated and redundant.

The complexity of his models calls into question the validity of his statistical

conclusions.

d.    Linear redundancy.  Another issue affecting Dr. Lee's statistical analysis

involves the utilization of independent variables which are related to each

other in a linear fashion.  Use of variables which are directly related to each

other (e.g., days per week and days per month in the same equation) create

feedbacks in the model which can affects results of regression models.  This

problem is known as "multicollinearity" to statisticians, and appears to be

the source of potential errors in Dr. Lee's regression analyses.

8. ***Dr. Lee Misrepresents Observational Facts, and Invents Measurements Which Do***

***Not Exist***.  Dr. Lee's declaration misrepresents observations by "smoothing" or

segmenting trends to achieve the desired appearance of events occurring at a

---

[5] "Practical Management Science – Second Edition," Wayne Winston and S. Christian Albright, Duxbury 2001.  Page 842.

preferred point in time.   He frequently distorts his analysis and adjusts the reference point for assigning his dummy variables.   Even more troubling, he has concocted a non-existent measurement to assert his conclusion that pilot behavior impacted flight delays.   For example, he uses the term "loaded and ready" as though it were a known point in time which is recorded by flight operations and used in monitoring on-time performance – in fact, it is neither.  Dr. Lee's invention of this metric calls into question his objectivity in evaluating the operational issues at Atlas.

C.   Dr. Lee's failure to adequately define a causal relationship between actual observed behaviors and actual observed effects is a fatal flaw which undermines his voluminous statistical work.  His analysis is not an objective analytical exercise to determine the causes of deteriorating operational performance.    Instead, Dr. Lee appears to have ignored impartial analytical practice and instead manicured the available data, invented non-existent measures, and employed a range of statistical analysis geared to support his assertion that the sole cause of changes in observed pilot behavior was Union orchestration commencing with Section 6 pilot contract negotiations on February 16, 2016.

D.   In simple terms, there is no reason to believe that operational issues at Atlas have been caused by pilot behavior or orchestrated in any way by the Union.  The company's poor on-time performance predates the Union's Section 6 notice, as do nearly all other

behaviors "identified" by Dr. Lee.  Dr. Lee fails to establish a convincing relationship between alleged pilot behavior and operational impacts or customer goodwill.   In reality, the vast majority of operational problems at Atlas are the result of rapid growth, a changing route structure and operational profile, combined perhaps with a management failure to properly invest in adequate capacity to service customer requirements.

E.   If operational problems resulting from the alleged pilot behavior were indeed as dire as claimed by Dr. Lee in his Declaration there would likely have been a downward impact on the price of Atlas's stock after the Section 6 Date in early 2016.  However, Atlas stock price (AAWW) has increased 76% from February 16, 2016 opening price of $36.52 to $64.30 on October 23, 2017.[6]

---

[6] Dow Jones, most recent price

## III. DESCRIPTION OF ATLAS AND RELEVANT BACKGROUND

A.  Business Overview.  Atlas Air Inc. ("Atlas") and Polar Air Cargo Worldwide, Inc. ("Polar")

are, respectively, wholly and partially-owned subsidiaries of Atlas Air Worldwide, Inc.

Atlas Air Worldwide, Inc. is a publicly-held, for-profit corporation which trades on the

NASDAQ Global Select Market under the symbol AAWW.  Atlas and Polar provide a

variety of scheduled and unscheduled air transportation services to customers

worldwide.  Atlas Air Worldwide, Inc. also holds majority economic interests in a wide

variety of other subsidiaries, including Southern Air, Inc. and Titan Aviation Holdings,

Inc.   Southern Air, Inc. is a separate operating entity, acquired in 2016, which provides

substantially similar services to Atlas and Polar. Titan provides aircraft on "dry-lease"

to customers.   Although there are substantial economic relationships between the

various subsidiaries owned by Atlas Air Worldwide, Inc., the current matter deals

primarily with alleged operational issues at Atlas and Polar.  For collective bargaining

purposes, the pilots of these two air carriers are represented by the International

Brotherhood of Teamsters, Airline Professionals Association Local Union 1224.  Atlas

pilots and Polar pilots were integrated to a common seniority list in 2011, and the

operations of Atlas and Polar are now combined. During the last several years, the

combined Atlas/Polar operation has undergone substantial changes in a very

compressed time frame.  Several of these changes are enumerated in the following

paragraphs. In my experience, changes of this magnitude, especially in the context of

relevant changes to the overall industry, can directly cause substantial stress on the pilot workforce and the performance of the combined Atlas operation.

B. Atlas Has Grown Extraordinarily Quickly.  Over the past six years, the combined Atlas operation has grown dramatically, from 2010 to 2016, combined Atlas air operations have more than doubled to over 35,000 yearly departures.[7] To put this growth in context, Atlas has grown five times faster than *any other* U.S. long-haul international air cargo carrier in the same period.   Exhibit 2, below, compares Atlas growth with other large U.S.-based international air cargo operators.  The extreme growth in Atlas annual revenue departures, shown below from data compiled by the US Department of Transportation, highlights the growth of both operating entities, independently and as a single integrated operating unit.

Exhibit 2:  Atlas Grew More Than Five Time Faster Than Any Other Large International Air Cargo Carrier 2010 to 2016[8]



---

[7] US DOT Form 41 Data.
[8] US DOT Form 41

C.   The Company's Customer Base Has Changed Dramatically.   In Exhibit 2 of his declaration, Dr. Lee highlights the tremendous growth in the Atlas operation and the degree to which the combined customer base has changed over time.   Dr. Lee's Exhibit 2 (reproduced below as Exhibit 3) shows not only extreme growth, but also the rapidly changing customer base, which has caused a material shift in the Atlas operation. Originally, the combined entity was mostly long-haul unscheduled and dry leased international service.   After the diversification of the customer base, however, the combined Atlas operation became more domestically-oriented and predominantly scheduled.   These substantial changes have introduced complexity and stress which has been compounded by the company's rapid rate of growth.   In his Declaration, Dr. Lee comments:

> *"As a result of the rapid growth of the Company's operations*
>
> *in support of its e-commerce and express package customers,*
>
> *Atlas now operates—broadly speaking—two different*
>
> *"networks": the Company's traditional long-haul,*
>
> *intercontinental network and a shorter-haul domestic*
>
> *network centered around Atlas's 767s serving Amazon and*
>
> *DHL's point-to-point and hub operations"[9]*

---

[9] Lee at page 16.

Exhibit 3: Number of Atlas Flights by Customer[10]



As shown below in Exhibit 4, the share of Atlas's operations has shifted dramatically, from three-quarters (75%) unscheduled operation to today where more than half of operations are scheduled.  Also, as Dr. Lee points out in Exhibit 3 of his declaration, Atlas' share of shorter haul domestic business has doubled from 20% to near 40% today.  All of this underlying dramatic change and extreme growth would likely strain any business operation, let alone one as complex and global in scope as Atlas's air cargo networks.   As Dr. Lee points out in his Declaration, "*Atlas operated flights to 427 different airports in over 100 different countries over the last twelve months*"[11] By comparison American Airlines, the largest passenger airline, serves 57 countries.

---

[10] Data as provided by Atlas.  This exhibit is substantially identical to Exhibit 2 in the Lee Declaration.  Here, the aggregate increase from 2010 to 2017 is calculated on a 12 month basis ending in August of each year.

[11] Lee at page 14.

Exhibit 4: Share of Atlas Scheduled Service has Doubled Since 2010 and Now Exceeds 50% of Atlas Operations[12]



D.   Changes in Crew Efficiency Are Driven By Growth and Customer Mix.  As highlighted

above, the combined Atlas operation has changed dramatically both in terms of overall

size and customer mix.  These changes have, overall, reduced the utilization of aircraft

and crews.  All else equal, shorter average trip lengths produce lower average utilization

of aircraft and crew.  In fact, these trends are readily apparent in the Atlas combined

operation, as can be easily observed in the following exhibits.  Exhibit 5 shows that the

average trip time at Atlas, and Exhibit 6 shows the monthly average number of block

---

[12] Compiled from Atlas data.  Scheduled departures calculated as percentage of DHL and
Amazon departures to total departures.  Note that many other lines of Atlas/Polar flying
operate on fixed schedules.

hours flown per pilot at Atlas.  As Exhibit 5 illustrates, the average block hours per flight has declined by 22% in six years, from 6.7 block hours per flight to 5.2 block hours per flight.  These changes result directly from the Company's change in customer mix and route structure.  The decline in average block time means that pilots, on average, need to fly more trips per month to maintain the level of block hours they achieved in prior periods.  If the average Atlas pilot flew 70 block hours per month, this drop would require each pilot, on average, to fly 3 more trips per month to make up the difference in shorter flight time.[13]  In effect, the change in operation at Atlas has resulted in a pilot workforce which flies fewer block hours.

Exhibit 5: The Average Atlas Flight is Now Much Shorter - Average Block Hours per Flight Dropped 22% from 2010 to 2016[14]



---

[13] Assuming average of 70 hour per pilot per month is 10.5 trips in 2010 (70 / 6.7 = 10.5), in 2016 the number of trips needed on average to generate 70 hours would be 135 trips (70 / 5.2 = 13.5).

[14] US DOT Form 41

Exhibit 6: Average Block Hours per Atlas Pilot[15]



E.   Pilots Are Flying Less But Working More.   As highlighted in Exhibit 6 above, pilots are

flying fewer block hours, on average.  However, contrary to Dr. Lee's suggestion, this is

not an appropriate measurement of pilot workload or stress.   To understand why, it is

especially important to understand the nature of the pilot occupation, especially at

Atlas.  To generate block time at the controls of an aircraft, Atlas pilots are frequently

required to travel long distances across multiple time zones, be away from home for

extended durations, and be "on call" for flying assignments which frequently change to

accommodate  all  manner  of  uncontrollable  events,  including  weather,  customer-

directed changes, aircraft availability, and other critical factors which are difficult or

impossible to predict.  It should be noted that none of these factors are generally

subject to the control of the pilot.  All the while, pilots are working at the direction of

---

[15] Based on Atlas data.

the company, away from base, and accumulating work-related stress and physical discomfort, even though they are not accumulating "block hours" at the controls of an aircraft.  For Atlas's pilots, the nature of their Company's far flung, long-haul, global network, exacerbates these issues, as pilot must endure extremely long haul, often back of the clock trips, just to reach their assigned flying.   Consequently, even though Atlas pilots are flying less, they are working more.

1. Pilots Are Spending More Time Away From Base.  As the Atlas operation has evolved, pilots have spent more time away from base.  As indicated below in Exhibit 7, in February 2016 the average amount of time each Atlas pilot spent away from their base for "days on" (normally scheduled work days) increased from 256 hours per month to 294 hours per month in November 2016.   This represents an average increase of 38 additional hours per pilot per month spent away from base, or the equivalent of more than a day and a half less time per month at home.   This increase in time away from base may be a key to understanding other influences that affected changes in pilot behavior.  Pilots who are away more would likely experience more fatigue and be less able to pick up additional flying (open time) during their decreased time off.

Exhibit 7:  Pilot Average Time Away From Base (Days On Duty)[16]



As the Atlas operation has grown and changed, pilot schedules have become less efficient.  As a consequence, the ratio of block time to time away from base has decreased.  In effect, Atlas pilots are spending more time away and doing less flying through no fault of their own.   As Exhibit 8, below, shows, block hours per pilot as a portion of time away from base has dropped significantly. Pilots are not in control of the schedules offered, and the stress of operational growth and change in the network has undermined the Company's ability to efficiently schedule its hugely expanded networks.

---

[16] Data provided by Atlas.



Exhibit 8: Less Efficient Atlas Flying - A Drop in Average Monthly Block Hours Per Pilot as a Share of Average Time Away From Base per Pilot[17]



2. Pilots Are Working More on Days Off.  To accommodate the growing size and complexity of the Atlas operation, pilots have increasingly agreed to work during their time off.  Shown in Exhibit 9 below are several measurements of pilot utilization on days off, including credit for flight time, deadheading (transportation time to and from revenue flying), training time, time away from base (TAFB), extended duty on days off, and – for a baseline reference – the combined index of Atlas departures.  These measures are indexed to January 2011 and show that Atlas dramatically increased usage of pilot time off, at a level that vastly exceeded growth in the actual underlying operation.   These trends began in 2014, sank

---

[17] Data provided by Atlas.

briefly in 2016, and continued at an elevated and unprecedented rate into 2017. The increased utilization of pilots on days off indicates that Atlas was understaffed and needed pilots to work more on days off to accommodate the schedule inefficiency inherent in Atlas' operation and crew scheduling practices. Importantly, these increases in utilization exceed increases in flight operations, strongly suggesting that Atlas encountered issues in adequately staffing flights.

Exhibit 9:  Pilots Are Working on More of Their Days Off Relative to the Size of the Operation[18]



F.    Industry-Wide, There Aren't Enough Pilots.   The extreme growth and changing customer base of the combined Atlas operation is occurring in an unprecedented period of constrained pilot supply.  Simply put, U.S. air carriers are struggling to recruit

---

[18] Compiled from Atlas payroll data.

and retain sufficient numbers of qualified professional pilots.  This is not an isolated problem; rather, it is widespread in extent and causing major changes throughout the U.S. air transportation industry.   The constrained pilot supply has become a quiet existential crisis, with many U.S. air carriers blaming the pilot shortage for bankruptcy filings, increased service loss, cancellation of aircraft orders, and an increasing number of business closures.  Even the U.S. Air Force has publicly cited a shortage of qualified pilots, and has initiated new measures to mitigate the problem.[19]    Against this prevailing industry-wide phenomenon, it is nearly impossible that an air carrier like Atlas would not encounter serious issues in recruiting and retaining adequate numbers of qualified pilots.

G.   Perhaps a sign of the tightening pilot market is the three-fold increase in the share of Atlas pilots leaving since 2013.  As can be seen in Exhibit 10  below, Atlas pilot attrition has steadily risen from around 4 per 1,000 pilots per year to greater than 12 per 1,000 pilots in 2017.

---

[19] Please refer to Appendix C for a bibliography of information pertaining to the constrained supply for qualified pilots.

Exhibit 10: Atlas Pilot Attrition Rate Has Tripled Over the Past Four Years[20]



H.   Sometimes simple explanations are the best.  Given the extraordinary growth and change that Atlas has experienced in the past few years, it would appear plausible to expect that such high growth and complexity would cause a discernable impact on Atlas operations.   Indeed, a regression evaluation of Atlas departure growth and the share of Atlas's arrivals that are delayed suggests a causal relationship.  As shown in below in Exhibit 11, the volume of Atlas monthly departures is closely tied to variations in Atlas flight arrival delays.   The variation of share of flight arrival delays is explained by departure volumes, as indicated by an r-square of 60%.

---

[20] Compiled from data provided by Atlas.

**Exhibit 11: Arrival Delays Have Been Caused by Growth in the Atlas Operation**



**Exhibit 12: Regression Output - Atlas Operational Tempo to Delayed Arrivals[21]**

SUMMARY OUTPUT

| Regression Statistics | |
| --- | --- |
| R Square | 0.596 |
| Observations | 56 |

| | Coefficients | Standard Error | t Stat | P-value |
| --- | --- | --- | --- | --- |
| Intercept | 0.291219521 | 0.03397695 | 8.5711 | 0.000000000012 |
| X Variable 1 | 0.000112649 | 1.26211E-05 | 8.9254 | 0.000000000003 |

---

[21] Analysis based on Atlas data.

## IV. EVALUATION OF EXPERT ANALYSIS COMMISSIONED BY PLAINTIFF

A.   Although the nature of Dr. Lee's statistical evaluation of changes in pilot behavior and the alleged operational impact it causes appears to be one of logic and reasoned statistical analysis, a more careful examination tells a different story.  Dr. Lee has used nearly 100 pages of his Declaration to prove an assertion for his client that simply is not borne out through his efforts.  The evaluation and its conclusion, as performed by Dr. Lee and as represented in his Declaration, appear to be designed to convince the Court that his clients' assertions are valid, when they are not.  His analysis is anything but analytical, and he employs statistical analysis as a cover which does not -- in the end -- provide a valid context in which to evaluate the actual underlying causes of changes in pilot behavior and its impact on Atlas operations. As is demonstrated below, each of his statistical evaluations are flawed and should not be relied upon to judge the cause or impact of pilot behavior on Atlas.

B.   Sick Calls

1. In the first section of his analysis exploring changes in pilot behavior, Dr. Lee utilizes an odd measure of changes in pilot short-notice sick calls as a "proportion" of total sick calls, which he claims were the sole result of Union orchestration after February 2016.   In more than 30 years of work with airline pilots I have never seen this measure employed to describe changes in pilot behavior.   It would seem that the proportion of total sick calls could be affected by a number of issues unrelated to the operation such as a rise in the proportion of short notice calls to total sick

calls simply from a drop in total sick calls.   Perhaps it would be more appropriate to measure total pilot sick calls per departure to get a better sense of changes in pilot behavior.   Below, Exhibit 13 shows that the volume of pilot sick calls per departure has remained at the average of 0.07 for the period prior to and the period after Section 6 date.[22]  It is therefore reasonable to assume that pilot sick calls had little if any effect on operations as the overall average was the same from January 2011 through August 2017.

Exhibit 13: Atlas Pilot Sick Calls per Departure Remains at Same Average Rate, Before and After Section 6 Notice[23]



---

[22] Measured separately, January 2011 – January 2016 = 0.07, February 2016 – August 2017 = 0.07.

[23] Based on an analysis of Atlas data.

2. Dr. Lee's notion that Union orchestration caused a statistically significant change in the proportion of pilot short-notice sick calls, and that this had a definable impact on operations is never fully explored.  Not only has Dr. Lee failed to identify a specific cause other than a point in time – as measured by a "dummy variable" – he also fails to link pilot sick calls to any material impact on the operation.  There is nothing in Dr. Lee's analysis of sick time that suggests a rise in sick time resulted in material impacts to the Atlas operation, whether in terms of flight delays or other possible effects.

3. Operational Expansion is Increasing Pilot Short Notice Sick Calls.  The phenomenal growth of the combined Atlas operation throughout this period, as well as the increased complexity of the operation -- including the addition of Amazon operations in early 2016 -- are examples of changes in conditions which could reasonably affect pilot behavior.  This is especially true if pilots are increasingly exposed to the operational stress such changes may deliver.  Such stress may be related to increasing numbers of departures per pilot or increased time away from base, or a number of other factors such as a dramatic increase changes in flying assignments, both prior to and during trips.

4.  An investigation of the potential cause of short-notice sick calls shows a strong explanatory relationship with the number of monthly departures. A simple regression analysis indicates a strong relationship between pilot short notice sick calls over time, as explained by growth in Atlas departures.  The results of the ordinary least squares regression of monthly pilot short-notice sick calls versus total monthly Atlas departure strongly indicate a causal relationship.  Regression results indicate that 68% of the variation in pilot short-notice sick calls are explained by changes in monthly departures, with the coefficient of the explanatory variable significant at 99% confidence level.

**Exhibit 14: Regression Output - Short Notice Sick Calls Are a Result of Operational Tempo**

SUMMARY OUTPUT

| Regression Statistics | |
| --- | --- |
| R Square | 0.68 |
| Observations | 56 |

| | Coefficients | Standard Error | t Stat | P-value |
| --- | --- | --- | --- | --- |
| Intercept | (45.5412) | 7.200457 | (6.2102) | 0.0000000051908 |
| X Variable 1 | 0.028891 | 0.002675 | 10.80177 | 0.00000000000000416 |

5. With the strong relationship between short-notice sick calls and departures evidenced in the regression analysis it is possible to compare a plot of actual short notice sick call data versus a forecast of what would be expected based on growth in Atlas departures.   As shown in Exhibit 15 below, the actual pilot short-notice sick data depicted with gray bars closely resemble the volume of monthly pilot sick notice calls as determined by change in monthly departure shown by the red line using regression results.

Exhibit 15: Atlas Monthly Pilot Short-Notice Sick Calls, Actual and Forecast With Simple Explanatory Regression[24]



---

[24] Forecast based on OLS regression analysis of monthly pilot short-notice sick calls versus total monthly departures, using data supplied by Atlas.

6. Pilot short-notice sick calls have indeed risen over time, as shown by the gray bars starting after October 2016.  However, this time-line does not correspond with Dr. Lee's narrative of Union orchestrated behavioral changes beginning in February 2016.  As can be seen, the number of pilot short-notice sick calls drops during the first seven months after February 2016 below the level experienced in the year prior, and was generally increasing in the time prior to February 2016.    Rather than investigate the possible causal relationship of this behavior change with operational factors, Dr. Lee jumps to the conclusion based on a flawed binary trial that the volume of short-notice sick calls experienced after Section 6 date has a chance "*one-in-a billion*" chance of happening randomly.  This increase in short-notice sick calls is not happening randomly, as rapidly changing operations and growth are highly related to the increased volumes of short-notice sick call volumes.  By simply using regression results against a rapidly growing number of departures over time, the forecast results for the post Section 6 period very closely track the actual number of pilot short-notice sick calls that has actually occurred.

7. Dr. Lee's Binomial Trial is Flawed.  The results of Dr. Lee's binary trial to measure the statistical significance of the difference in average proportion of pilot short-notice sick calls before and after Section 6 notice date in February 2016 are flawed and unreliable.  As shown previously, binary trials require at a minimum that underlying conditions which affect outcomes throughout the trial period remain constant so as to isolate the measurements from interference due to changes in

conditions.  Dr. Lee does not consider the enormous changes in Atlas operation and the potential impacts pilot behavior, which violate a principal condition required for credible binomial trials.  As demonstrated, regression analysis indicates that there exists a strong statistical relationship between Atlas's operational growth on pilot behavior over time.  As a result, Dr. Lee's observations of changes in pilot behavior do not have an equal probability of "success" as changes in Atlas's operation is shown to affect pilot behavior.   Thus, Dr. Lee's claimed statistical significance of changes pilot behavior from binomial trials are not reliable, and are in fact related to operational change rather than Union orchestration commencing in February 2016.

C.   Fatigue

1. There is perhaps no greater example of the degree to which Dr. Lee appears blinded by his pursuit to prove pilot behavior was geared to leverage Section 6 negotiations than his evaluation of pilot fatigue calls.  For example, when the visual display of data in a chart or graph clearly highlights obvious trends, further sophisticated statistical analysis may not be required.   The growth in Atlas pilot fatigue calls over time is one such example.  Shown below, in Exhibit 16, is a copy of Exhibit 7 from Dr. Lee's declaration which depicts Atlas monthly fatigue calls per 1,000 pilots from July 2014 through August 2017. This chart includes the same basic fatigue call data as shown in Dr. Lee's Exhibit 7, however it excludes the segmentation used in his original chart which divided the chart data into two

sections, one before the February 2016 Section 6 date, and one section after.  One has to ask from the chart below, did the increase in pilot fatigue calls actually begin after February 2016?  The obvious answer is no, as the graph in Dr. Lee's Exhibit 7 clearly shows that Atlas pilot fatigue calls have grown since early 2015, with some variability over the period through August 2017.  So as with short-notice sick calls, Dr. Lee here again with fatigue calls asserts that an obvious and well established trend in pilot behavior that predates February 2016 is actually pilot induced after February 2016.



Exhibit 16: Atlas Monthly Fatigue Calls - As In Lee Declaration, Exhibit 7



2. The Alleged Causes Do Not Explain the Effects.  From Exhibit 16 above It is not evident that the growth in pilot fatigue calls are in any way connected to the February 2016 Section 6 date, as Dr. Lee contends in his Declaration:

*"Thus, it is reasonable to conclude that the steady increase in pilot fatigue calls the Company began experiencing shortly after the Union sent its Section 6 notice—which coincides with the start of the Union's campaign advising pilots to engage in a variety of slowdown activities, including calling in fatigued—is the result of a concerted action aimed at exerting leverage on the Company by disrupting its operations.*

3. There is no merit in Dr. Lee's claim despite his counterfactual statistical analysis to prove otherwise.   If there is a growing trend over time in any change in pilot behavior a binomial trial will tend to show statistically significance based solely on the rate of growth over time. There simply is no logical connection from the fatigue data shown in his Exhibit 7 and a "concerted action" after the Union sent its Section 6 notice.

| Exhibit 17: Trend in Increased Fatigue Rates Began Well Before February 16 Section 6 Date |
|---|



4. As shown in Exhibit 17 above, the obvious trend in increasing pilot fatigue calls began well before February 2016, and is perhaps reflective of a natural reaction of pilots becoming more fatigued as Atlas operation grew rapidly and became more complex during this period.  In any event, I strongly contend it is not "*reasonable to conclude that the steady increase in pilot fatigue calls the Company began experiencing shortly after Section 6 notice is the result of concerted action aimed at exerting leverage on the Company by disrupting is operations*", as Dr. Lee believes.

5. Rather than jump to this odd and counterfactual conclusion, it is clear that Dr. Lee could have seen the obvious trend in fatigue rates prior to February 2016 and/or attempted to undertake a more sensible analysis of fatigue data to understand the

potential causes of this longer-term growth in pilot fatigue calls.  Either way is a better means by which to assess growth in pilot fatigue than his conclusion. A simple regression analysis provides a strong relationship between pilot fatigue growth over time as explained by growth in Atlas departures.   Regression results indicate that 71% of the variation in pilot fatigue calls are explained by changes in monthly departures, with the coefficient of the explanatory variable significant at 99% confidence level.

Exhibit 18: Regression Output - Fatigue Calls Are Explained By Operational Tempo

SUMMARY OUTPUT

| Regression Statistics | |
| --- | --- |
| R Square | 0.71 |
| Observations | 38 |

| | Coefficients | Standard Error | t Stat | P-value |
| --- | --- | --- | --- | --- |
| Intercept | (64.4644082) | 8.3666157 | (7.7049563) | 0.000000003993 |
| X Variable 1 | 0.0267686 | 0.0028794 | 9.2965164 | 0.000000000042 |

6. With the strong relationship between fatigue and departures evidenced in the regression analysis it is possible to compare a plot of actual fatigue data versus a forecast of what would be expected based on growth in Atlas Departures.   As shown in Chart X below, the actual pilot fatigue data depicted with gray bars closely

resemble the volume of monthly pilot fatigue as determined by change in monthly departure shown by the orange line using regression results.  As with other changes in pilot behavior over time, it is indeed curious that Dr. Lee chose not investigate potential for underlying operational forces which could cause such change. Regression analysis clearly points to the logical relationship between the rapid growth in Atlas departures and the resulting increase in pilot fatigue.   No credible analysis of the trend in Atlas pilot fatigue can be linked to the Section 6 date in February 2016 as Dr. Lee claims.

Exhibit 19: Atlas Monthly Pilot Fatigue Calls per 100 Active Pilots - Actual and Forecast[25]



---

[25] Forecast based on OLS regression analysis of monthly pilot fatigue calls versus total monthly departures.  Based on data provided by Atlas.

7. Dr. Lee's Causality Is Assigned, Not Observed.   As with the previous evaluation of short-notice sick calls, Dr. Lee's analysis of increases in pilot fatigue calls is plagued with issues and errors that are confronted by the simple reality that pilot fatigue calls did not begin to increase on or about February 2016, but actually followed a logical path which began years before.   Therefore, the increase in pilot fatigue calls cannot be attributed to pilot behavioral change which occurred after February 2016, as Dr. Lee claims, but something else.

8. The binomial trial Dr. Lee undertakes on fatigue calls before and after February 2016 also suffers from the same bias that undermined the validity of the results and analysis of pilot short-notice sick calls.   As shown through regression analysis, there is a logical connection between operational growth and increased pilot fatigue calls.   Since increased operations are shown to be significantly responsible for increases in pilot fatigue calls, the "all else being equal" condition required for binomial regressions is violated, and his probability assessment is not reliable and the results should not be considered valid.

D.   Open Time

1. Open time trips are flights that do not have pilots pre-assigned to fly them, and they are opportunities for pilots to volunteer to fly trips on their days off.  In effect open time could be viewed as overtime work.  Atlas pilots are not required to fly such trips, but volunteer to do such flying to support the needs of their Company

and increase their income.  As with increases in pilot short-notice sick calls and fatigue calls, the degree to which pilot's volunteer to fly on their days off is connected in a causal manner to a factor other than pilot behavior on its own. Obviously, it is also logical that if pilots are finding themselves increasingly sick or fatigued during regular flying, or they experience longer trip times away from home, they would be also less able to volunteer to fly additional trips.


2. The idea that increases in time away from base are connected to pilot's ability to fly open time trips is perhaps best shown in the regression results below.  These results in Exhibit 20, compare increases in pilot time away from base during normal "day on" flying as a significant explanatory factor in the decreases in time away from base on "days off".  Its serves to reason that pilots away for longer periods on regular work days will be less likely volunteer for open time trips on their days off. The regression results highlight through r-square result that 60% of the variation of time away during days off is explained by the time away from base for days on.


**Exhibit 20:  Regression Output**

SUMMARY OUTPUT

| Regression Statistics | |
| --- | --- |
| R Square | 0.602 |
| Observations | 30 |

| | Coefficients | Standard Error | t Stat | P-value |
| --- | --- | --- | --- | --- |
| Intercept | 88282.106 | 9699.344 | 9.101863271 | 0.000000000737 |
| X Variable 1 | -0.190 | 0.029 | -6.510189094 | 0.000000469037 |

3. As shown below in Exhibit 21 (an exact facsimile of Exhibit 9 from Dr. Lee's Declaration), open time trips that were left unfilled do not fit the narrative that changes in pilot behavior hinged on Section 6 date in February 2016.  In fact, during three of the first six months after Section 6 notice Atlas actually had a lower percentage of open time not covered than the average of the open time trips not covered in the six months immediately prior to Section 6 notice.[26]  Again, there is no obvious connection to the February 2016 Section 6 notice with the increase in the share of open time trips left uncovered after September 2016.

Exhibit 21:  Proportion of Open Time Trips That Were Not Filled - Originally Exhibit 9 in Lee Declaration



---

[26] Open time trips left uncovered in June 2.4%, July 2.5%, and August 1.4% in 2016 were each lower than the average of uncovered trips in the 6 months prior to Section 6 notice of 3.0%.

4. In observing this data set Dr. Lee contends as follows on page 30 of his Declaration:

*"Exhibit 9 also shows that since February 2016 (i.e., following the Union's Section 6 notice), there have been eleven months with over 5% of open time trips unfilled, and the rate surged to 42% unfilled in December 2016. Moreover, the sharp increase in the proportion of open time trips left unfilled is not the result of a commensurate increase in the amount of available open time being offered. To the contrary, as Atlas began to experience a reduced willingness among its pilots to accept open time flying (see Exhibit 8 above), it added additional pilots (at a substantial cost to the Company).  As a result, the number of open time trips available declined from an average of 132 per month between January 2015 and February 2016 to only 73 per month from March 2016 to August 2017. Notwithstanding this reduction in the supply of open time trips (which itself was brought on by the decline in pilots' willingness to accept open time), the proportion of open time trips left unfilled remains substantially above its historical average."*

With the exception of three months (October 2016, December 2016 and March of 2017) the increased share of open time trips left uncovered starting in September 2016 appears connected to the drop in the volume of open time trips

available.  Exhibit 22 below shows the total volume of open time trips offered each month and the number of trips uncovered.  What can clearly be seen is as the number of trips available in open time drops, the number of trips uncovered increases.  The impact of fewer open time trips offered reduces the denominator and the greater volume of uncovered trips is a dramatically increased as a percent of trips left uncovered, as Dr. Lee's Exhibit 9 depicts.

Exhibit 22: Number of Open Time Trips Offered vs Number of Open Time Trips Left Uncovered per Month[27]



5. Another factor which needs consideration is the degree to which the nature of open time trips has changed. As Atlas has reduced the number of open time trips

---

[27] Compiled from Atlas data.

it is possible that the number or proportion of desirable trips has decreased, which in turn could cause pilot to be as willing to pick up such trips.  This could be the cause of increased call volume the Company claims when trying to fill open trip.

6. I have been informed that after 2015 Atlas pilots volunteering for open time duty have been subjected to fly an increased amount on "Company" aircraft rather than commercial passenger carriers to get to and from revenue flying.   Pilots deadheading on Company aircraft are subjected to less direct flights and lower standards of accommodations as compared to commercial flights.  This change may make it more difficult to get pilots to volunteer for open time trips if this change has occurred.

7. Exhibit 23, below is included as a point of reference and context of the level of unfilled open time trips on Atlas's operation. As shown, the share of Atlas departures that are open time trips offered drops precipitously after May 2016, while the share of open time trips unfilled to total departures remains tiny, less than 0.5% during any month since January 2015.  As will be shown, the share of Atlas operations that are late on arrival are consistently well above 50% both before and after February 2016.  The impact of unfilled open time trips of less than 0.5% of these departures must be viewed in context of Atlas operations as having extremely limited impact on delays and customer goodwill.

Exhibit 23:  The Share of Open Time Trips Offered and Unfilled is a Small Share of Atlas Total Operations



8. Dr. Lee's extensive investigation into pilot behavior and its alleged impacts on Atlas operations, which he claims are affecting the goodwill between the airline and its customers, does not include the specific relationship between changes in pilot behavior and actual arrival delays.[28] Perhaps it is counterintuitive that the share of open trips uncovered would increase as open trips decreased. As stated previously, it is possibly the result of the trips which remained as open time trips perhaps not being as attractive as the trips offered when the number of open time trips was far greater.

---

[28] Dr. Lee does not explore tips with no delay or delays less than 6 hours+ which account for 98% of Atlas's operations.

E.    Extended Delay

1. Through the data underlying his analysis of extended delays, Dr. Lee attempts to assert once again that changes in Atlas' operation were caused by pilot behavioral change he claims began in February 2016.  As with numerous other examples, the evidence of Atlas's delays of greater than 6 hours do not correspond with Dr. Lee's assertions, as can be seen in his Exhibit 20, reproduced below. The average share of Atlas's arrivals with extended delay's during the first 9 months after February 2016 actually decreased to an average of 1.2%, which is less than the average of 1.4% for the four (4) years prior.[29]

---

[29] Lee, at page 58.  Excludes what Dr. Lee considers uncontrollable or secondary delays of greater than 6+ hours.

Exhibit 24: Percent of Atlas Flights With Extended Delays of At Least 6 Hours – Facsimile of Lee Exhibit 20



EXHIBIT 20:  PERCENT OF ATLAS FLIGHTS WITH EXTENDED DELAYS OF AT LEAST 6 HOURS

Source: Analysis of Atlas data.
Notes: Data through September 19, 2017. Flights with neither uncontrollable delays nor secondary delays. Percent of flights leaving at least 6 hours after the scheduled time of departure.

2. It appears that since the data clearly do not fit his timeline or narrative, Dr. Lee chose to segment the delay data into two separate post-Section 6 periods; one for each day of the nine (9) month period February 16, 2016 through November 30, 2016, and a second period beginning December 1, 2016 through September 2017, each with its own separate average.  There is no credible event to define these segments, and therefore it appears that Dr. Lee has force fit the available data to meet his narrative.  Segmenting the data subjectively in this way with no defining rationale opens up the possibility to justify segmenting data in this and other measures into a multitude of other periods.   He posits no reasonable explanation for this segmentation, and again fails to explore any potential direct relationship between changes in pilot behavior and its operational impacts.

3. Dr. Lee overstates the impact of a small change. The obvious inverse of the percentages of flights with extended delays is the percentage of flights without extended delays. As shown in Dr. Lee's Exhibit 20, over the three-year period prior to February 2016, 1.4% of Atlas flights arrived 6 or more hours late on average.[30] This means that 98.6% of Atlas flights operated at less than 6 hours of delay during this period. Ignoring the initial 9 months after February 2016 which Dr. Lee segments into a separate category, the average share of Atlas flights with extended delays increased to 2.4% in the period starting December 2016 through September 2017. This means that in this period the share of Atlas flights with less than 6 hours delay averaged 97.6%, a decrease of 1%. However, for some reason, Dr. Lee contends that this small change of 1.0% should be viewed as a 70% increase in the proportion of Atlas's flights suffering extended delays.[31]

4. In his regression analysis of extended delays, Dr. Lee chose to utilize far less definitive proxy "dummy" variables for each his two segmented periods, which are simply measuring time frames rather than actual explanatory variables. In his Declaration, Dr. Lee offers this explanation for his separation of the two post-Section 6 time periods in his regression analysis:[32]

---

[30] After having excluded other flight delays Dr. Lee calls uncontrolled or secondary.

[31] Lee, at page 59.

[32] Lee, at page 61.

*"To measure the incremental effects of changes in pilot behavior since the Union sent its Section 6 notice, I include two dummy variables: D(Feb 16, 2016-Nov 30, 2016) takes the value one on each day between February 16, 2016 and November 30, 2016 (inclusive) and is zero otherwise, and D(post-Dec 1, 2016) takes the value one for each day on or after December 1, 2016. While D(Feb 16, 2016-Nov 30, 2016) captures the initial increase (if any) of prolonged delays due to changes in pilot behavior that occurred after the Union's Section 6 notice, D(post-Dec 1, 2016) captures the effect of more recent changes in pilot fatigue calls, short-notice sick calls, and an unwillingness to pick up open time that started to rise more prominently towards the end of 2016 (see Section IV above)."*

5. Beyond the weak logic behind his segmentation of time periods, Dr. Lee's regression analysis of extended delays also suffers from an extremely weak explanatory power for his analysis.  As shown on Exhibit 22 in his Declaration, the r-square values of his four regressions are all less than 10%. This indicates that his attempt to explain the variation in extended delays through the regression analysis only explains less than 10% of variation.  In this context the significance of the dummy variable for the post December 2016 period at the 99% confidence interval also has to be discounted as it is

in context of the extremely weak explanatory power of the regression analysis overall.

> *"Overall, based on the estimated coefficient from column (1), the combined effect of changes in pilot behavior since December 2016 have contributed to approximately 380 prolonged delays over and above the number that would have been expected to occur."*[33]

6. The weak explanatory power of the regression analysis combined with the artificial segmentation of post Section 6 data, as well as the use of dummy variables, undermines Dr. Lee's assessment that there is a causal link between supposed Union orchestrated changes in pilot behavior commencing on February 2016 and extended delays. He simply never explores the issue to test changes in pilot behavior and their potential impact on extended delays.  His extrapolation from the weak explanatory power of his regression analysis to express an estimate of the number of excess delays caused by changes in pilot behavior is not reliable or credible.

---

[33] Lee at page 63.

F.    Loaded and Ready

1. In his attempt to link alleged Union orchestrated pilot behavioral change to impact

Atlas's operation Dr. Lee states on page 8 of his Declaration:


"*For example, starting around the time that the Union sent its*

*Section 6 notice, there has been a sharp and persistent decline in the*

*willingness of pilots to depart when their aircraft is loaded and*

*ready*"[34]

2. The concept Dr. Lee asserts, that he has assessed the gap in which each aircraft is

"loaded and ready" as calculated against estimated departure time, as a measure

of alleged pilot instigated departure delays.  This assertion is unfounded and not

credible as there exists no such measure of when an aircraft is loaded and ready.

In reviewing the data that Dr. Lee utilized, as well the analysis he relied upon, there

is no evidence that there is any data available to assess when an aircraft is "*loaded*

*and ready*".  Since no such data exists, his theory that pilots were less willing to

depart when loaded and ready before estimated departure time remains untested

and baseless.  The data Dr. Lee asserts that he has measured as the time an aircraft

status is loaded and ready is actually a comparison of actual departure times as

compared to estimated departure time (ETD).   No measure of loaded and ready is

utilized or available.   The vast majority of Atlas's operations depart before or

---

[34] Lee at page 8.

exactly at the estimated departure times, both before and after February 2016.[35] These are not tied to arrival delays, and Dr. Lee never tests that assessment, even though he repeatedly asserts it in his Declaration.

3. Dr. Lee chose to explore what are effectively small changes in the take-off times "before" or at estimated departure time as an indication of concerted effort by Atlas pilots to not depart when loaded and ready.  It is indeed striking that Atlas's departures that leave before or exactly at estimated departure time can be somehow considered delayed.   In Dr. Lee's analysis, if an aircraft leaves five minutes before ETD, but not as early as in the past, he considers it delayed, even if arrives a half hour before scheduled arrival time.

4. Nonetheless, to assess the statistical significance of departure to ETD gaps Dr. Lee provides in his Declaration on Exhibit 14 three separate regressions which contain a wide variety of over 20 separate variables to evaluate changes in the time gap between actual and estimated departure times.  From his analysis he concludes:

> *"In sum, Exhibit 14 clearly shows that since February 16, 2016, the vast majority of flights that traditionally departed when loaded and ready prior to the ETD now leave exactly at the ETD."[36]*

---

[35] Excluding uncontrolled and secondary delays as shown in Dr. Lee's Declaration in Exhibits 12 and 13.

[36] Lee at page 45.

Besides misstating what he has measured, changes in actual departure times can be affected by wide variety of factors which Dr. Lee does not consider in his analysis, such as air traffic control issues, weight and balance calculations, pilot rest requirements, changes in operational complexity, and Atlas's greatly increased exposure to domestic operations, for example.[37]

5. The results of Dr. Lee's three regression analyses regarding departure time and ETD gap include, 1) departures occurring before ETD, 2) departures occurring at ETD, and, 3) departures occurring after ETD.  Although unlike other of Dr. Lee's regression results with low explanatory power, such as with his analysis of extended delays, two of the three regressions relating to changes in departure times versus ETD appear to have significant overall explanatory power.  Both the regression analysis of the changes in the time gap between take off before ETD and the one for departures exactly at the ETD reflect r-square statistics with 85% explanatory power. As shown below, there are significant problems due to the complexity and redundancy of Dr. Lee's model which undermine the explanatory power of these regressions.  Notably, Dr. Lee's the regression measuring the impact of departures after ETD has relatively weak explanatory power of 27.6%.

---

[37] Although Dr. Lee includes US Industry D0 departure delay rate in among the numerous variables in his regression analysis of Atlas's departure times, he does not provide a weighting of Atlas operations to discern domestic and international operations required to address increased exposure to domestic operations.

Exhibit 25: Facsimile of Lee Exhibit 14 - Regression Outputs

EXHIBIT 14:  REGRESSION RESULTS FOR PROPORTION OF ATLAS FLIGHTS WITH NEITHER
UNCONTROLLABLE DELAYS NOR SECONDARY DELAYS DEPARTING BEFORE, AFTER OR
EXACTLY AT THE ETD

| Variables | (1) Share of Flights Blocked Out Prior to ETD | (2) Share of Flights Blocked Out Exactly at ETD | (3) Share of Flights Blocked Out After ETD |
|---|---|---|---|
| D(post-February 16, 2016) | -0.350** | 0.319** | 0.0311** |
| | (0.0153) | (0.0142) | (0.00666) |
| Industry DO Delay Rate | -0.202* | 0.167* | 0.0351 |
| | (0.0563) | (0.0491) | (0.0318) |
| Monthly Atlas Departures | -7.97e-05** | 6.15e-05** | 1.82e-05 |
| | (2.09e-05) | (1.89e-05) | (1.20e-05) |
| Daily Atlas Departures | -0.000520 | 0.000200 | 0.000320 |
| | (0.000374) | (0.000343) | (0.000212) |
| Monthly Average Flight Time | -0.124** | 0.102** | 0.0223 |
| | (0.0247) | (0.0209) | (0.0153) |
| Monthly Block per Pilot | 0.0106** | -0.0102** | -0.000395 |
| | (0.00137) | (0.00122) | (0.000746) |
| Daily Block Hours per Aircraft | -0.00307 | 0.00242 | 0.000652 |
| | (0.00341) | (0.00295) | (0.00200) |
| Average Fleet Age | -0.00818* | 0.00490 | 0.00329 |
| | (0.00334) | (0.00301) | (0.00201) |
| % of Aircraft Under Unscheduled Maintenance | -0.186 | 0.0702 | 0.116 |
| | (0.102) | (0.0938) | (0.0596) |
| New MELs per Aircraft | -0.0322 | -0.00834 | 0.0405** |
| | (0.0235) | (0.0204) | (0.0133) |
| % ACMI | 0.102 | -0.0915 | -0.0104 |
| | (0.0618) | (0.0536) | (0.0365) |
| % DHL | 0.0600 | -0.00401 | -0.0560 |
| | (0.0768) | (0.0672) | (0.0437) |
| % Military Passenger | 0.0274 | -0.0338 | 0.00643 |
| | (0.0941) | (0.0783) | (0.0575) |
| Share 747 departures | -0.142 | 0.0482 | 0.0943* |
| | (0.0819) | (0.0744) | (0.0471) |
| % of Departures 7am-10am | -0.0224 | 0.0121 | 0.0103 |
| | (0.0756) | (0.0688) | (0.0433) |
| % of Departures 10am-3pm | -0.0529 | -0.0290 | 0.0819* |
| | (0.0679) | (0.0632) | (0.0381) |
| % of Departures 3pm-9pm | -0.0373 | -0.0210 | 0.0582 |
| | (0.0608) | (0.0552) | (0.0367) |
| Extreme Heat | -0.294 | 0.296 | -0.00237 |
| | (0.193) | (0.173) | (0.136) |
| Extreme Cold | -0.0289 | 0.00728 | 0.0216 |
| | (0.0685) | (0.0564) | (0.0447) |
| Rain | 0.00339 | -0.00530 | 0.00191 |
| | (0.00343) | (0.00311) | (0.00187) |
| Snow | -0.0945 | -0.0742 | 0.169 |
| | (0.231) | (0.179) | (0.0910) |
| Constant | 1.608** | -0.324* | -0.283** |
| | (0.172) | (0.147) | (0.104) |
| | | | |
| Observations | 2,089 | 2,089 | 2,089 |
| R-Squared | 0.853 | 0.851 | 0.276 |

Robust standard errors in parentheses
** p<0.01, * p<0.05

Data from January 1, 2012 to September 19, 2017. Flights with neither uncontrollable delays nor
secondary delays. Percent of flights leaving exactly at the ETD defined as flights that block-out during
the same minute of the ETD. Day of week, week of year, and departure airport fixed effects not shown.

6. From this lengthy list of regression output in Lee's Exhibit 14 it would appear that Dr. Lee has done an extensive evaluation of variables that could potentially explain changes in the gaps in departure time to ETD.   However, in statistics sometimes less is more.  Due to the type and sheer volume of explanatory variables used in Dr. Lee's regression analysis it is questionable whether the results are reliable.  First off, the sheer volume of 21 explanatory variables appears excessive and likely artificially increases the explanatory power, r-square, of the regression.[38]  In addition, if some of his selected explanatory variables are highly correlated with each other, the result is a common statistical problem known as multicollinearity, which can inflate variable significance and alter the signs (+ or -) of other variables.[39]   I would expect that the following explanatory variables used in his regression model are highly correlated and suffer from multicollinearity.

    a.       Monthly Atlas Departures and Daily Atlas Departures;

---

[38] Every time you add a predictor to a model, the R-squared increases, even if due to chance alone. It never decreases. Consequently, a model with more terms may appear to have a better fit simply because it has more terms. Source: Minitab.

[39] Many difficulties tend to arise when there are more than five independent variables in a multiple regression equation. One of the most frequent is the problem that two or more of the independent variables are highly correlated to one another. This is called multicollinearity.  When two variables are highly correlated, they are basically measuring the same phenomenon. When one enters into the regression equation, it tends to explain most of the variance in the dependent variable that is related to that phenomenon. This leaves little variance to be explained by the second independent variable. Source: http://web.csulb.edu/~msaintg/ppa696/696regmx.htm

    b.      Monthly Average Flight Time, Monthly Pilot Block Time and Daily Pilot Block Time;

    c.      Average Age of Aircraft, Percent of Aircraft in Unscheduled Maintenance, and New MELS per aircraft.

7. With the combination of excessive number of variables and the high likelihood of multicollinearity existing amongst several variables, the results shown in Exhibit 14 are very likely to be unreliable, with the impact overstating both explanatory power of the regression and altering the significance of explanatory variables.

8. In my experience, time definite air cargo customers are not nearly as concerned about departure delays as long as arrivals are on time.  Therefore, it remains peculiar that Dr. Lee chose to explore marginal changes in gaps in actual departure times to ETD as being orchestrated by pilot's willingness to depart when loaded and ready, an unmeasured quantity, and not directly explore impacts of any of alleged changes in pilot behavior on change in actual arrival delays.  In addition, none of Dr. Lee's regression analyses of the impact of pilot behavior change on operations contain a single pilot behavioral change as an explanatory variable.

9. Perhaps the best explanation for Dr. Lee not presenting an analysis of alleged Union orchestrated behavior change on Atlas operational delay stems from the fact that Atlas operations appear to be consistently and chronically late.  A shown

in Exhibit 26, below, the operations data provided by Atlas indicates that since 2005 its arrival delays have ranged from approximately 50% to 80% of total operations.

Exhibit 26: Share of Atlas Flights Experiencing Arrival Delays – July 2007 to September 2017[40]



10. Attempts to discern operational impacts of changes in pilot behavior, or any other change for that matter, is rendered near impossible when the majority of Atlas operations are already delayed.   From the chart above, it is clear that the share of Atlas flights that arrived late peaked in 2008 at approximately 80% then dropped to less than 60% on average in 2011, after which delay shares rose steadily to near 70% in 2017.   Trying to ascribe the impact on delay from pilot behavior in a sea of delays after February 2016 is likely the reason Dr. Lee did not present analysis

---

[40] Compiled from Atlas data.

relating changes in pilot behavior with changes in Atlas's arrival delays. There may quite simply be no means by which to extract discrete impacts from Atlas's operation from changes in pilot behavior. Perhaps as a result, Dr. Lee may have chosen to evaluate delays in the form of departure time to ETD gaps (which are really not delays nor unwillingness to depart when loaded and ready) and extended delays (which represent only about 2%-3% of total Atlas operations). A closer look at near term trends of Atlas's delayed arrivals from January 2013 through September 2017 is shown below in Exhibit 27.

Exhibit 27: Share of Atlas Flights Experiencing Arrival Delays – January 2013 to September 2017[41]



---

[41] Compiled from Atlas data.

11. Clearly the upward trend in arrival delays shown in Exhibit 27 began well before the Section 6 date in February 2016, therefore there is no merit in asserting as that the Union orchestrated pilot behavior designed caused the increase in delays as Dr. Lee contends repeatedly in his Declaration with unsubstantiated statements such as this:

> "*In sum, based on the analysis summarized in this report, it is my opinion that the changes in numerous measures of pilot behavior (e.g., increases in the proportion of sick calls made on short-notice, increases in fatigue calls, decline in the willingness of pilots to pick up open time or depart once their aircraft is loaded and ready, etc.), which have resulted in a deterioration of the Company's operating performance and a loss of goodwill among many of its key customers, are the result of a concerted job action by Atlas's pilots aimed at exerting leverage on the Company during the current contract negotiations.*"[42]

12. These claims remain unsubstantiated as there is simply no valid connection demonstrated between alleged Union orchestrated changes in pilot behavior and impactful operational changes.   Many operational changes were part of already established trends or explained by Atlas's extreme growth and changing network

---

[42] Lee at pages 75 -76

of services and customers.  As with other examples already discussed, the increase in the share of Atlas's flights that experience arrival delays do not begin in February 2016 as Dr. Lee repeatedly alleges.

13. Exhibit 28 below highlights Atlas's increased operational performance over time. As shown, since 2013 there has been a steady increase in the number of flights that are arriving on-time.  On-time arrivals per month after February 2016 increase in most months to levels above that of any month prior to February 2016.

Exhibit 28: Share of Atlas Flights Arriving on Time - January 2013 to September 2017[43]



---

[43] Compiled from Atlas data.

G.   Mechanical Write-Ups

1. Each aircraft in Atlas's fleet is inspected by its pilots in standard pre-flight checks before each departure, as well as by mechanics during normal operations.   The mechanical discrepancies that are discovered are reported by either Atlas's mechanics or pilots.  While the number of mechanical write-ups by pilots increased in 2016, the number of total reported mechanical write-ups reported by both mechanics and pilots actually dropped substantially in 2016.  It is plausible that mechanical write-ups normally reported by mechanics got reported instead by Atlas pilots. In Exhibit 29 below, the rate of total mechanical write-ups per departure filed by both mechanics and pilots is charted over time since July 2005. As can be seen the total number of write-ups trends upwards for the majority of the time from 2005 through 2015, then begins a sharp downward trajectory in late 2015 through early 2017.  Total mechanical write-ups per departure decline after December 2015.

Exhibit 29:  Atlas Total Maintenance Write-Ups per Departure[44]



2.  Exhibit 30, below, shows mechanical write-ups filed separately by pilots and mechanics.  As shown, there is a precipitous drop in the number of write-ups traditionally filed by mechanics at the end of 2015.  Mechanic write-ups dropped from an average 200 per month per aircraft for the two-year period January 2014 through December 2015 to an average of 159 aircraft from January 2016 through August 2017.  The number of pilot write-ups increased from an average of 22 per month per aircraft for the two years prior to 2016 to an average of 34 per month per aircraft after January 2016.  There appears to be a substitution effect occurring in Atlas's mechanical write-ups between its pilots and mechanics.  Pilot write-ups increased perhaps as a result of either covering write-ups previously filed by mechanics, or mechanics write ups decreased as a result of increased pilot write-

---

[44] Compiled from Atlas data.

ups.   The net effect is an average drop of 28 write-ups per aircraft per month as

per aircraft since early 2016 as the decrease in mechanic's write-ups was not offset

by the increased write-ups filed by pilots.

Exhibit 30: Atlas's Total Monthly Mechanical Write-ups per Aircraft[45]



H.   Slow Taxi

1. Dr. Lee explores the impact of alleged Union instigated slower taxi times from gate

to active runway (and vice versa) as an indicator of a pilot orchestrated slowdown

after February 2016.   His analysis notwithstanding, his conclusion provides the

measure by which this impact should be considered.   As Dr. Lee stated after

interpreting the results of his analysis of taxi times after February 16, 2016:

---

[45] Compiled from Atlas data.

> *"…taxi-out times for Atlas's flights have increased by an average of 0.62 minutes, while taxi-in times have increased by an average of 0.60 minutes…"* [46]

2. Interpreting these results in more common language, Dr. Lee found that Atlas's system wide taxi-times increased by 37 seconds for taxi-out and by 36 seconds for taxi-in.  In a global operation of Atlas size there is surely no operational impact Dr. Lee could point to related to taxi times.  Any number of factors could affect the operation far greater than the claimed increase in ground taxi times, which in itself could be the result of changes in Atlas operation to a much more domestically oriented, scheduled operation.

---

[46] Lee at page 54.

## V. CONCLUSION

After my review of Dr. Lee's Declaration and analysis of data related to pilot behavior and Atlas's operations I conclude that pilot behavioral change is not linked to alleged Union orchestration beginning on or about February 2016.  I further conclude that Dr. Lee did not provide sufficient causal links of changes in pilot behavior to detrimental changes in Atlas's operation.

 A summary of my conclusions are as follows;

1. Dr. Lee did not undertake an analytical evaluation;

2. Dr. Lee used statistics in his analysis to meet his assertions and the Company's claims;

3. Dr. Lee invented terms and measures, ignored major caveats in statistics, and manipulated time lines of events to fit his narrative;

4. Dr. Lee never actually tried to investigate, or otherwise take into context, other potential causes of change in pilot behavior, such as Atlas astounding growth, increased complexity from readily available data;

5. Dr. Lee never directly related change in pilot behavior to operational impacts he asserts were caused by it.

Did pilot behavior change Atlas's operations as Dr. Lee asserts, or did the change in Atlas's operations change pilot behavior?  Instead of investigating the potential impact of Atlas

operation on its pilots, Dr. Lee appears to force fit pilot behavioral data and his analysis to endorse his client's claim that the only explanation for alleged impactful operational changes were changes in Atlas pilot behavior orchestrated by their Union to gain leverage in contract negotiations.   This was asserted repeatedly throughout Dr. Lee's declaration without the support of valid analytical evidence to connect the two.  His binomial trial analysis of changes in pilot behavior over time are biased and unreliable due to the rapidly changing conditions at Atlas. His regression results generally suffer from low explanatory power or otherwise suffer from being over- specified, rendering results unreliable.

There are several other instances in his declaration which highlight the biased nature of his analysis.  For example, Dr. Lee ignored obvious changes in pilot behavior which did not meet his narrative as with the increases in pilot fatigue and short-notice sick calls that were occurring well before the February 2016 Section 6 date.  When events did not meet his time line for statistical analysis after the post Section 6 date, he segmented them into two separate and distinct periods, as in his analysis of extended delays.   Most disturbing, he made up the term and analysis relating to pilot willingness to depart when "loaded and ready", and clams that Atlas flights that depart at or before their estimated departure time should be considered delayed.

Dr. Lee never attempts to investigate potential other causes of pilot behavior or relate it to the change in Atlas's operation over time.   With all the data related to pilot behavior in Dr. Lee's possession, he did not attempt to connect the behavioral data with operational data to perhaps better understand either the impact of changes in Atlas operation as a potential cause of changes in pilot behavior, or the relationship of specific changes in pilot behavior

on actual Atlas arrival delays.    If Dr. Lee was trying to link pilot behavior to operational change it would seem obvious to include in his analysis a direct examination of the two issues.

As the foregoing analysis strongly indicates, the tremendous growth in Atlas's operation has a had a significant and logical impact pilot behavior.   Dr. Lee ignores this logical and factual connection.    Instead, what Dr. Lee has undertaken in his Declaration is an attempt to use statistics and data to support his client's assertions that the pilot's Union has orchestrated pilot behavioral change and that such change has impactful change in Atlas's operation. Despite his efforts, Dr. Lee has proven neither.

## VI. APPENDIX A:  CURRICULUM VITAE OF DANIEL W. AKINS

**DANIEL W. AKINS**

**FLIGHTPATH ECONOMICS LLC,** 2013 - Present

*Founding Partner of consulting firm created to address pilot supply issues. Projects Include:*

- Lobbying Advocate in U.S Congress for mitigation of impacts due to issues related to inadequate production of U.S. commercial pilots
- Strategic Advisor to support operating plan of new Part 141 fight school
- Marketing Advisor to owner of a large flight academy seeking strategic investment partner
- Advisor to Horizon Air pilots during contract negotiations
- Market Analyst for Part 135 start-up airline in Pacific Northwest
- Expert Witness of pilot scheduling practices in arbitration involving Kalitta Air
- Financial Advisor to IBT Local 1224 pilot negotiations
- Advisor to NetJets pilot negotiating committee

**AKINS & ASSOCIATES,** 1997 - Present

*Provide economic consulting services and data analysis for airlines, airports, labor, and related concerns.  Projects include:*

- Expert Witness in patent case for Cisco Systems, Inc. regarding Int'l trade flows
- Advisor to AFA, IBT, TWU and other labor groups in ongoing contract negotiations
- Financial Advisor to Republic Airways UCC during Chapter 11 Proceedings
- Expert Witness in seniority list integration of pilots at American/USAirways, United/Continental, Delta/Northwest, USAirways/America West
- Advisor to APFA on AMR Unsecured Creditors Committee
- Financial Advisor in Restructuring of Global Aviation Bankruptcy
- Financial Advisor in Pinnacle Chapter 11 Bankruptcy Proceedings
- Advisor to SWA pilots in integration with Airtran pilots
- Financial Advisor to Sun Country Unsecured Creditors Committee
- Ongoing Support for Southwest Airlines in Employees Contract Negotiations
- In US-Mexico Combination Service Proceeding before the US DOT provide analytical support for USA 3000 Airlines in their bid for new service.
- Guest lecturer Northwestern University, Kellogg Graduate School of Business.

- Economic analyst and expert witness in Bankruptcy proceedings of US Airways, Mesaba, Northwest, United, Hawaiian, and Aloha.
- For US Postal Service determined pilot pay rates and back-pay at termination of USPS domestic Eagle overnight cargo delivery network.
- On behalf of Southern Air Transport prepared an economic analysis in support of their application at U.S. DOT for all-cargo service between the US and Argentina.
- Evaluation of transfer of overnight transport of express mail to FedEx for USPS.
- On Behalf of Air Canada and ACPA testified before the Canada Industrial Relations Board regarding the potential impact of merging pilot seniority at Air Canada and its commuter affiliates.
- For Boeing Aircraft Company evaluation of global availability of short-field airports to support potential commercialization C17 cargo aircraft.
- On behalf of Continental Express testified before U.S. District Court (Ft. Worth) regarding the impact of expanded operations at Dallas Love Field.


**AIRTRANS, INC.** 1993 - 1997

*Vice President.  Projects included:*

- Prepared written economic testimony before the U.S. DOT supporting the successful bid of American International Airways to begin air cargo service between the U.S. and Brazil
- Air Cargo forecast and analysis on behalf of the Nashville Airports Authority
- For the State of Virginia evaluated competitive position of the Commonwealth's commercial airports and formulated proposals to address deficiencies in service.
- Analytical support for McDonnell-Douglas Corporation regarding the commercial viability of converting military cargo aircraft (C-17) to civilian freight service.
- Composed model of international traffic synergy potential for Lufthansa German Airways and Davis Companies in support of their joint bid for Continental Airlines.


**YIELD DATA SERVICES, INC.** 1989 - 1993

*Vice President, Founding Partner in airline consultancy and on-line aviation data vending firm Projects included:*

- Testimony in U.S. District Court concerning valuation of pilot compensation at several Major Airlines.
- Testified as principal economist in interest arbitration of United Airlines and Pan Am pilots regarding the purchase of London Heathrow Airport operations.
- Analysis of airline traffic and capacity share for Northwest Airlines in U.S. markets.

- Econometric forecast of passenger & cargo traffic for Nantes, Pays de Loire, France.
- Worldwide air cargo market forecast for World Airways.
- Forecast near-term air cargo trade between the U.S. and several South American countries for U.S.-Brazil route case proceeding before the U.S. DOT.
- Forecast of airline labor costs for Touche, Ross & Co.
- Testimony in interest arbitration of Alaska Airlines - Jet America pilot integration.
- Market fare analysis on behalf of Air Transport Association for congressional testimony.

## KURTH & COMPANY, INC. 1986 - 1988

*Manager of Aviation Research - Marketing and management consultant to air carriers and airports. Projects included:*

- Analysis of fleet purchasing history at Delta Airlines.
- Prepared traffic and financial exhibits in support of pilot integration proceedings of Northwest-Republic, USAir-Piedmont, Delta-Western, and Continental-Frontier.
- Testified before Postal Rate Commission on cost attribution of Third and Four Mail.

## AIRLINE PILOTS ASSOCIATION 1984 - 1986

*Senior Economist. Provided technical assistance and policy analysis on economic, financial, and operational aspects of air transport industry for pilot organization. Projects included:*

- Forecasting traffic and capacity to estimate economic performance and labor requirements at various airlines.
- Industry expert at U.S. Department of Transportation in cases regarding the employment effects of deregulation of U.S. airlines.
- Analysis of effects of two-tier wage structures on operating costs and competition.

## R.L BANKS & ASSOCIATES, INC. 1983 - 1984

*Transport Economist. Served in consulting capacity for corporate and public clients for economic evaluation of maritime, road, rail, and air transportation projects. Involved in all phases of consulting, from development to project evaluation and completion. Applied economic theory and econometric techniques to evaluate problems in the movement of both passengers and freight. Projects included:*

- Economic analysis of rail-road-waterway competition to evaluate effects of selling the nation's largest barge line to a large railroad.
- Evaluation of containerized shipping through all Atlantic ports in Canada and U.S.

- Econometric investigation concerning retirement rates of fixed rail investments.
- Analysis of volume of freight interchanged between Conrail and the seven largest U.S. Railroads.


**EDUCATION**

1982-1983    London School of Economics, Postgraduate Diploma in Economics.
*Mark of Merit Honors. Specialized in transport economics, econometric modeling and forecasting. Conducted an analysis of the need, siting and timing of a third major airport in London. Studied road congestion externalities, public transit operation, urban transport planning and investment policy.*

1977-1981    Gustavus Adolphus College, BA Economics – Cum Laude Honors
*Majored in economics and planning. Undertook on-site analysis of relationship between urban growth patterns and highway development.*

1980    Institute of European Studies
*Studied European monetary relations and industrial organization at London School of Economics*


**EXPERT WITNESS EXPERIENCE**

*Mr. Akins has been qualified as an Expert Witness in Airline Economics, Network Planning, Contract Analysis, Industry Structure, Econometrics and Forecasting, and has submitted written and/or oral testimony before the following Courts and Commissions:*

- US Department of Transportation
- US District Court of Southern New York
- US District Court of Washington D.C.
- US District Court of North Texas
- US Bankruptcy Court for the District of Southern New York
- US Bankruptcy Court for the District of Northern Virginia
- US Bankruptcy Court for the District of Minnesota
- US Bankruptcy Court for the District of Hawaii
- US Postal Rate Commission
- Canadian Industrial Relations Board
- Texas Water Board
- Several Interest Arbitrations

## VII. APPENDIX B:  BIBLIOGRAPHY

1. Atlas Pilot and Operational Data

2. US Department of Transportation, Form 41 data.

3. Practical Management Science – Second Edition," Wayne Winston and S. Christian Albright, Duxbury 2001.

4. "Introductory Statistics- Fourth Edition," Prem S. Mann, John Wiley & Sons, 2001.

5. Minitab statistics (www.minitab.com)

6. California State University, Long Beach (web.csulb.edu)

7. Dow Jones

8. Declaration of Darin N. Lee, Ph.D., In Support of Plaintiffs' Motion for a Preliminary Injunction, September 25, 2017

## VIII. APPENDIX C:  PILOT SUPPLY REFERENCE MATERIAL

1. Airlines face major pilot shortage  Atlanta Business Chronicle (Georgia), November 12, 2012 Monday, (205  words), Carla Caldwell

2. U.S. airlines facing shortage of pilots  Jacksonville Business Journal, November 12, 2012 Monday, (232  words), Michael Clinton

3. Fewer student pilots, more strict requirements could lead to a pilot shortage  The Citizens' Voice (Wilkes-Barre, Pennsylvania), December 10, 2012 Monday, STATE AND REGIONAL NEWS, (781 words), Michael Iorfino, The Citizens' Voice, Wilkes-Barre, Pa.

4. Airlines Fear Pilot Shortage Amid New Federal Safety Rules  NPR All Things Considered, December 26, 2012 Wednesday, (622 words)

5. Pilot shortage is imminent  AirGuideBusiness.com, January 06, 2014, Business & Industry News, (142 words)

6. U.S. airlines facing pilot shortage  The Philadelphia Inquirer, February 2, 2014 Sunday, BUSINESS; P-com Biz; Pg. D01, (1069 words), By Linda Loyd; Inquirer Staff Writer

7. Pilot shortage hitting airlines sooner than expected  Wichita Business Journal, February 4, 2014 Tuesday, (118  words), Staff

8. Airline Professionals Association Teamsters Local 1224 and Silver Airways Partner to Begin Addressing Pilot Shortage;  Pay Raises and Retention Bonuses Support Pilots and Continued Airline Growth  Business Wire, February 6, 2014 Thursday 11:00 AM GMT, (1098 words)

9. Growing turbulence for aviation industry: Pilot shortage  The Washington Post, February 10, 2014 Monday, A-SECTION; Pg. A08, (849 words), J.D. Harrison

10. Report: Low salaries partly to blame for pilot shortage  Wichita Business Journal, February 12, 2014 Wednesday, (152  words), Staff

11. U.S. airlines facing pilot shortage  San Jose Mercury News (California), February 16, 2014 Sunday, NEWS; Business, (853 words), By Linda Loyd Philadelphia Inquirer

12. Small aviation businesses say pilot shortage could drive industry into the ground  AirGuideBusiness.com, March 04, 2014, Business & Industry Features, (1051 words)

13. ANALYSIS: The truth about the US pilots shortage  Flight Daily & Evening News, June 16, 2014, FLIGHTGLOBAL.COM, (2218 words)

14. Turbulence Ahead: The Coming Pilot Shortage and How It Came to Be  Atlantic Online, July 14, 2014 Monday, (1673 words), John Scott Lewinski

15. Pilot shortage would hurt regional airlines most  Grand Forks Herald (includes Agweek) (North Dakota), December 25, 2014 Thursday, NEWS; Pg. B1, (669 words), Dave Olson; Forum News Service

16. ANALYSIS: That pilot shortage- will it prove to be another mirage?  Flight Daily & Evening News, March 12, 2015, FLIGHTGLOBAL.COM, (2445 words)

17. The pilot shortage A practical solution  US Official News, July 6, 2015 Monday, (740  words)

18. Pilot shortage spurs Republic flying cuts  THE DALLAS MORNING NEWS, July 28, 2015 Tuesday, BUSINESS; Pg. BIZ_D02, (608 words), TERRY MAXON, Staff Writer tmaxon@dallasnews.com

19. Pilot shortage hits US regional airlines  Agence France Presse -- English, March 6, 2016 Sunday 2:35 AM GMT, (612 words)

20. How this local university will address U.S. pilot shortage  Orlando Business Journal (Florida), March 11, 2016 Friday, (274  words), Matthew Richardson

21. Shortage of pilots attracts attention of industry Grand Forks Herald (North Dakota), May 7, 2016 Saturday, BUSINESS AND FINANCIAL NEWS, (810 words), John Hageman, Grand Forks Herald

22. The front line of a pilot shortage; Unions and airlines cannot agree on the reason, but US regional carriers are seeing a drop-off in people ready and willing to fly their aircraft - and the problem could spread  Airline Business, September 9, 2016, SPECIAL REPORT, (1966  words)

23. PILOT SHORTAGE PROMPTS HIGHER STARTING WAGES Wall Street Journal Abstracts, November 7, 2016 Monday, B; Pg. 3, (45 words), SUSAN CAREY

24. Regional cargo airlines pressured by US pilot shortage;   E US regional air cargo carriers are likewise feeling pinched by a shortage of qualified cockpit crew - another signal that a pilot shortage is gripping industry sectors that serve as entry points for the nation's professional pilots.  Flight International, March 13, 2017, FLIGHTGLOBAL.COM, (540  words)

25. Nevada feels nationwide shortage of airline pilots Las Vegas Review-Journal, April 30, 2017 Sunday, 32, TOPNEWS; Pg. D001, (1084 words), Nicole Raz Las Vegas Review Journal

26. Facing a severe pilot shortage, Horizon Air cuts more flights Puget Sound Business Journal (Seattle, Washington), June 30, 2017 Friday, (373  words), Greg Lamm

27. Future pilot shortage, meet future pilots Ottumwa Courier (Iowa), July 24, 2017 Monday, STATE AND REGIONAL NEWS, (397 words), Mark Newman, Ottumwa Courier, Iowa

28. Who's Going To Fly The Plane? Forecasted Global Pilot Shortage Could Limit Future Air Travel Options Forbes.com, August 8, 2017 Tuesday, (1909 words), Dan Reed, Contributor

29. With looming pilot shortage, flight school looks to banks, colleges  Memphis Business Journal (Tennessee), September 8, 2017 Friday, (481  words), Michelle Corbet

30. RECRUITING PILOTS OUT OF THIN AIR? SHORTAGE OF TRAINED FLYERS MEANS A QUARTER OF PILOT VACANCIES TAKE MORE THAN TWO MONTHS TO FILL  FinancialWire, September 22, 2017 Friday, (508 words)

31. Shortage of pilots forces Horizon Air to boost pay, recruitment  The Seattle Times, October 1, 2017 Sunday, ROP ZONE; Pg. A1, (2001 words), Dominic Gates, Seattle Times aerospace reporter