## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| ATLAS, INC., *et al.*, | ) | Case No.: 1:17-cv-01953-RDM |
| | ) | |
| Plaintiffs, | ) | Hon. Randolph D. Moss |
| v. | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF TEAMSTERS, AIRLINE | ) | |
| DIVISION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ ) | | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**


# Union Exhibit 33:

# Declaration of Dr. Terry L. Von Thaden

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS AIR, INC. and POLAR AIR CARGO WORDLWIDE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, <br><br> Defendants. | Civil Action No. 1:17-CV-01953 RDM |

### <u>DECLARATION OF DR. TERRY L. VON THADEN,</u>

I, Dr. Terry von Thaden, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

1.      I am a Human Factors scientist at the University of Illinois in the Illinois Fire Service Institute with faculty appointments in Industrial and Enterprise Systems Engineering, Psychology, and the School of Information Sciences. I was a professor in the Aviation Human Factors Division at the University of Illinois (An FAR Part 141 accredited aviation program) from 2004 - 2013. I have a lifetime of experience in the aviation industry and have been formally researching safety culture in aviation since 1995. I am the Owner of Illumia Corporation, a consultancy company that performs organizational safety culture assessments, among other human factors services such as accident investigation and fatigue management education. My research involves accident investigation and distributed information practice in safety and time-critical environments including first response, aviation, medical, nuclear, security, military, and

transportation operations. I have developed tools and methods used to benchmark and longitudinally track safety culture and decision making in more than 250 organizations in these industries. My assessment tool (SCISMS®) was developed at the University of Illinois under multi-year government research awards from the Federal Aviation Administration to determine the measurement parameters of safety culture. I serve, or have served on numerous government-industry working groups and editorial boards, and maintain numerous academic society memberships. Among these, I have served on the FAA's Safety Management Systems (SMS) Focus Group and assisted with beta testing SMS principles, such as Gap Analysis and the Air Transport Oversight System (ATOS), and Safety Culture assessment. I have developed maintenance Fatigue Risk Management guidelines for the Federal Aviation Administration under the Maintenance Fatigue Working Group. I have served on the Flight Safety Foundation and also the Air Force Scientific Advisory Board as well as the Board of Trustees at Daniel Webster College. I serve as an expert for the Government Accountability Office and National Academy of Sciences-appointed Ad Hoc committees on aviation safety issues.

2.      I was retained by the APA Local 1224 to prepare a report of my expert scientific opinions regarding general fatigue and safety cultural issues in reference to the above-referenced matter of *Atlas Air, Inc., et al. v. International Brotherhood of Teamsters, et al.*, Case No., 1:17-cv-01953-RDM.  A true and correct copy of my report is attached hereto as von Thaden Exhibit "1."

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: 23 October 2017                    Signed:

 *The Enlightened Approach to Safety*

## Statement of Terry L. Von Thaden, Ph.D

I, Terry L. von Thaden PhD, declare the following is true and correct:

I am a Human Factors scientist at the University of Illinois in the Illinois Fire Service Institute with faculty appointments in Industrial and Enterprise Systems Engineering, Psychology, and the School of Information Sciences. I was a professor in the Aviation Human Factors Division at the University of Illinois (An FAR Part 141 accredited aviation program) from 2004 - 2013. I have a lifetime of experience in the aviation industry and have been formally researching safety culture in aviation since 1995. I am the Owner of Illumia Corporation, a consultancy company that performs organizational safety culture assessments, among other human factors services such as accident investigation and fatigue management education. My research involves accident investigation and distributed information practice in safety and time-critical environments including first response, aviation, medical, nuclear, security, military, and transportation operations. I have developed tools and methods used to benchmark and longitudinally track safety culture and decision making in more than 250 organizations in these industries. My assessment tool (SCISMS®) was developed at the University of Illinois under multi-year government research awards from the Federal Aviation Administration to determine the measurement parameters of safety culture. I serve, or have served on numerous government-industry working groups and editorial boards, and maintain numerous academic society memberships. Among these, I have served on the FAA's Safety Management Systems (SMS) Focus Group and assisted with beta testing SMS principles, such as Gap Analysis and the Air Transport Oversight System (ATOS), and Safety Culture assessment. I have developed maintenance Fatigue Risk Management guidelines for the Federal Aviation Administration under the Maintenance Fatigue Working Group. I have served on the Flight Safety Foundation and also the Air Force Scientific Advisory Board as well as the Board of Trustees at Daniel Webster College. I serve as an expert for the Government Accountability Office and National Academy of Sciences-appointed Ad Hoc committees on aviation safety issues. My abbreviated CV is appended to this document.

I was retained by the APA Local 1224 to prepare a report of my expert scientific opinions regarding general fatigue and safety cultural issues in reference to the matter of ATLAS AIR, INC. and POLAR AIR CARGO WORDLWIDE, INC., v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224.

 *The Enlightened Approach to Safety*

I have read the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction in Civil Action No. 1:17-cv-1953, including Dr. Lee's report, and discussed issues in this case with Russ Leighton, Daniel Wells, Laurie Ruiz de Castilla, and Kevin McCabe. I have read the statements of Kevin J. McCabe, which includes participant statements, and Daniel W. Akins, and I am in agreement with their assessments.

**Observations**

1) <u>How systemic is the fatigue issue at the airline</u>? We cannot know with the available data.

Dr. Lee's analysis of fatigue call data indicators based on localized past instances of calling in fatigued considered in isolation of other contributing human factors cannot accurately determine occurrences of fatigue experienced by flight crews at the airline.

> Known –
> # of reports filed through FRMC
> # of flight turn downs due to fatigue call in
> # of flights due to sick call in
>
> Unknown –
> # of personnel who do not voluntarily report fatigue
> # of personnel who are fatigued but do not turn down flights due to fatigue
> # of instances of fatigue not reported –pilots may be fatigued more than once on a trip sequence
>
> Unknown –
> # of personnel who do not report being sick or otherwise unfit for duty
> # of personnel who do not turn down flights due to illness or otherwise unfit for duty
> # of instances of sickness or other situations involving physiological/psychological compromise not reported
>
> Unknown –
> # of instances of micro sleeps in cockpit
> # of instances of delayed response in cockpit due to fatigue
> # of instances of deviations, incidents due to fatigue, but where fatigue is not cited

2) <u>Regarding Fatigue issues</u>: While data regarding instances of fatigue are collected in the reporting system, we cannot know the true rate without knowing more about the prevalence of fatigue among flightcrews at the company. No objective or subjective measures (biometric, physiological, psychometric) have been taken at the company to study or assess crewmember fatigue. Additionally, there is sound scientific evidence on which

 *The Enlightened Approach to Safety*

Fatigue Risk Management Programs were developed with the FAA that indicates that duty time interacts with sleep loss, time of day, time spent awake since last sleep, duration of last sleep, time on task, workload (both low and high), environmental conditions, type of work schedule, schedule rotation, schedule changes, and other causes of fatigue, and that each should be considered when developing work schedules. For Dr. Lee to effectively model a statistical analysis demonstrating absence of fatigue factors, these data and more would need to be taken into consideration.

3) <u>Regarding Safety Culture</u>: The FAA's Part 121 and Part 117 duty regulations reflect a minimum standard legal requirement. There is nothing prohibiting a company from setting its own custom standard minimum rest profile based on scientifically collected evidence from a FRMC that goes above and beyond the minimum requirement.

We cannot know the prevalence of reporting or the Safety Culture of the company since no safety cultural assessments have been performed at the airline. Therefore, it cannot be determined if increased reporting and flight turn downs reflects a work slowdown or if it reflects the positive aspects of pilots adopting and enacting principles of the Fatigue Risk Management System and voluntary reporting. Likewise, in years when reporting is seen as less frequent, it cannot be determined if this means fewer fatigue incidents happen, or that people aren't reporting.

There is no way to definitively assert whether an increase in flight turn downs/reports indicates a higher degree of trust in the Fatigue Risk Management System and a Safety Culture that is working positively, or whether there is an increase in the instances of fatigue, or both. This argument also holds true for the determination of whether it represents a work action.

Similarly, in years where the number of fatigue reports may be lower, it cannot be determined if it is due to lack of trust in the Fatigue Risk Management System and reflective of a poorer Safety Culture, or if there are fewer instances of fatigue, or both.    Additionally, due to a variety of barriers that face flight crews on the road, such as lack of opportunity to report (e.g., no internet connection to log into the system) or failure of prospective memory (e.g., pilots plan to report after the flight but forget), or mission mentality and compartmentalization (just suck it up and get the job done), fear of retaliation (punishment, harassment, reprimand, corrective action), shame or stigma (e.g., "I was unfit for duty and shouldn't have taken the flight"), there is no way to determine or extrapolate the broader number of occurrences that are never reported. When these issues (work arounds, accepting flights, deviations, etc.), impaired cognitive processing, diminished awareness,

 *The Enlightened Approach to Safety*

incapacitation, stress, etc. occur frequently they are often normalized and fail to appear out of the ordinary.

We cannot know how the safety culture at a company affects reporting without study/assessment of the safety culture. Many safety studies point to underreporting of safety concerns and issues in high risk safety critical industries. Ultimately, to make progress in reporting events, pilots must trust and feel confident that submitted reports will be acted upon, and should be compelled to understand event reporting as a shared community responsibility. When reporting systems are in their infancy is when they are most vulnerable. Any use of that information outside of its intended use will assuredly have a negative effect on the safety culture.

The FRMC's charge includes determining whether a fatigue call was made for legitimate reasons.    Since its inception in 2013, the FRMC has accepted all but one or two each fatigue reports submitted for review. (I understand that the FRMC referred those one or two unaccepted fatigue reports as legitimate sick-MED calls.) The FRMC, and subsequently, the airline, have therefore accepted the fatigue reports cited in the complaint as valid. Voluntary programs are instantiated to collect data from pilots based on a mutual trust. When the airline suggests a pilot work slowdown disguised as illegitimate fatigue calls and relies on information voluntarily submitted and already accepted under the Airline's FRMP, it erodes trust in the FRMC and overall safety culture of the airline.    Its accusations about orchestrated work slowdowns, concerning purported improper pilot behavior and voluntary reporting will have a chilling negative effect on trust and the safety culture (which includes the reporting culture) of the airline and can have lasting and deleterious effects on the safety culture.

Cognitive dissonance may also play a part in non-reporting. According to Festinger (1957) dissonance is a psychological conflict resulting from incongruous beliefs and attitudes held simultaneously. Elkin and Leippe (1986) discuss that dissonance creates a stressful physiological arousal state, but attitude change sustains rather than reduces the arousal. It is suggested that if dissonance is a drive state, drive reduction typically may be accomplished through gradual cognitive change or forgetting. In order to reduce the discomfort of dissonance, one may try to forget, reduce, or rationalize the importance of the dissonance. In the case of flying while fatigued, people may feel the need to maintain their self-identity both privately and outwardly. To the extent that dissonance involves a threat to self-image, the magnitude of dissonance will be heightened both by the choice in engaging in an attitude-discrepant act and personal responsibility for its foreseeable negative outcomes. As an example, a person may rationalize based on faith in another's

 *The Enlightened Approach to Safety*

behavior, rather than evidence to the contrary: "We were both tired, but we made the flight anyway so we must have been safe." Research has demonstrated that discordant behaviors that occur under the guise of normal activity are often reduced in their importance to maintain cognitive consonance. People persuade themselves a transgression is alright due to mission mentality, going the extra mile for the company, and even just to be seen as complaint and likeable. This dissonant behavior can also be associated with employees who "go the extra mile" and volunteer for assignments or fail to call off a flight when they are fatigued. Realization of this behavior may result in future reluctance to accept the personal behaviors that were once so commonplace.

4) <u>Checks and balances</u>: To combat fatigue, airlines have adopted Fatigue Risk Management Programs (FRMP) to promote awareness and fatigue-mitigation strategies. Prior to this, pilots who were experiencing fatigue might call off a flight "sick." The adoption of FRMP allows airlines to collect data on fatigue circumstances to develop effective countermeasures and promote solutions for alertness and crew health. These programs rely heavily on voluntarily submitted reports from pilots.

   According to Atlas's FRMP:

   *All employees are encouraged to report safety-related concerns through the available reporting mechanism. It is of particular note that all reporting systems are non-punitive in nature, subject to the following limitations:*

   - ☐ *Must not involve intentional disregard for safety*
   - ☐ *Must not involve intentional violation of regulations*
   - ☐ *Must not involve criminal activity*
   - ☐ *Must not involve substance abuse*
   - ☐ *Must not have been intentionally falsified*

   *This culture helps align organizational efforts toward the ultimate goal of improved safety.   When employees are consulted throughout the development of the policy and are supportive of the process, we find it more likely they will take a positive, proactive approach to fatigue risk management at the individual as well as organizational levels.*

   A pilot who calls in fatigued must file a report with the Fatigue Risk Management Committee (FRMC), which is then reviewed and accepted or denied. Each action has a host of determinants it has to meet (listed above) to be accepted for review. Each of the call offs described met the review criteria and was reviewed by the FRMC who accepted each call

 *The Enlightened Approach to Safety*

off.   The FRMC, and subsequently, the airline, have previously accepted the fatigue reports cited in the complaint as valid.

5) <u>Nutrition</u>: There may be alternate positive explanations for pilots rejecting crew meals. The purpose of FRMC is to provide education and strategies for recognizing fatigue, improving alertness, and maintaining health. Pilots who have adopted this positive message may be more aware of the need to assure proper nutrition. Scientific study suggests that fatigue and irregular work schedules result in people being four to five times more likely to develop a gastrointestinal disorder such as indigestion, heartburn, flatulence, upset stomach, or constipation. The digestive system slows at night making it more difficult to digest food. People who have extended work hours tend to eat at irregular times, which can lead to an increase in digestive issues.

## Safety Culture and Safety Management Systems

Safety culture is typically defined as a group-level construct with various dimensions pertaining to the occupation studied. Safety culture has been defined as the enduring value and prioritization of worker and public safety by each member of each group and in every level of an organization. It refers to the extent to which individuals and groups will commit to personal responsibility for safety; act to preserve, enhance and communicate safety information; strive to actively learn, adapt and modify (both individual and organizational) behavior based on lessons learned from mistakes; and be held accountable or strive to be honored in association with these values (von Thaden, Kessel & Ruengvisesh, 2008, adapted from Wiegmann, Zhang, von Thaden, Sharma & Mitchell, 2002:8). This definition combines key issues such as personal commitment, responsibility, communication, and learning in ways that are strongly influenced by processes instantiated by upper-level management, but also influence the behavior of everyone in the organization. It should be noted that the definition of safety culture is stated in neutral terms. As such, the definition implies that organizational culture exists on a continuum and that organizations can have either a good or poor safety culture. Safety culture influences behavior across levels within an organization. The overall safety culture of an airline may drive resource management decisions, shape organizational climate, and influence the development of organizational processes. It implies that a safety culture in any organization basically exists, but is expressed in varying quality. Safety culture represents a complex understanding wherein an organization must evaluate its strengths and vulnerabilities to promote the creation of a consistent, positive safety culture. To promote a strong culture of safety, an organization must proactively train the positive characteristics and inform the community of the priority of safety in operations (e.g., the safety climate). Therefore indicators of organizational safety culture must be specifically identified and clearly measured for any training or procedural changes to

 *The Enlightened Approach to Safety*

be introduced and accepted into the organization. Without identification and measurement of the organization's safety culture, effective implementation of safe practices may be hindered by unidentified barriers.

In aviation, as in other high reliability, safety critical systems, it is understood that errors are inevitable. In prior decades, human error has been considered a root cause of accidents in complex systems. As the study of accident causation and human error has advanced, the active failures of front line operators have become considered outcomes of latent system deficiencies (e.g., Reason). To understand conditions that yield errors, it is necessary to evolve beyond the limited scope of tracing the erroneous actions of individuals. For every observed error in a system, countless undetected hazards or failures lie in wait to breach the system's defenses. Thus research has focused on reducing the adverse effects of error on the outcome of a system breach by producing meticulously developed tools, technologies, procedures, and redundancies to provide buffers in a system to incorporate error tolerance.

With modern aviation operations growing ever more complex in times of increased demand for services with decreased resources, organizational factors and regulatory oversight play significant roles in the foundation of safety in high-risk systems. Several high profile accidents in the late twentieth century brought considerable attention to the role of organizational factors and regulatory oversight in accident causation. Accordingly, the FAA's Systems Approach for Safety Oversight (SASO) was established to provide a comprehensive, integrated procedure to encompass a national standard of system safety involving regulation and oversight of commercial aviation organizations. Key data gathering areas for identification, analysis, and prioritization of information to mitigate hazards and risks and promote opportunities include: procedures/processes, people, technology, regulations/guidance, facilities, materials, tools, equipment, and performance management.

As aviation organizations strive to maintain economic viability in a varied global environment they must continually modify their business processes and even their workforce to provide services in times of accelerated aviation activity paired with diminishing resources. While it may be strategically advantageous to reengineer business processes from time to time in order to remain vitally functional, ongoing and updated safety efforts must not be overlooked. As the aviation industry continues to change, safety efforts must also remain a business priority. While there are a number of economic concerns that may influence an airline's prioritization of the culture of safety, a difficult economic situation may lead an airline to redirect resources away from functions that are essential to safe operations, thus pushing the limits of the current state of safety. Managing safety has become increasingly more important as aviation organizations diversify. Thus aviation has adopted Safety Management Systems (SMS) to espouse a quality

 *The Enlightened Approach to Safety*

management approach to complex aviation safety and business relationships. SMS provides an organizational framework to effectively manage safety and serves as the very structure that generates a positive safety culture.

## Fatigue Science

Although recent academic studies have focused on quantifying and evaluating sleep in the workplace, scientific modeling and prescriptive solutions have done little to help change the culture of embedded norms interfering with sleep that pervade aviation and may diminish pilot health. Controlling fatigue and alertness has long been an issue in aviation, in part due to the 24-hour nature of aviation operations around the globe. This is even more apparent in the aviation cargo industry as most operations are performed on the back side of the clock, that is, cargo and packages are flown to destinations overnight. To combat fatigue, airlines have adopted Fatigue Risk Management Programs (FRMP) to promote awareness and fatigue-mitigation strategies.

Fatigue risk management is an application of the Safety Management System (SMS) model, through which hazards are identified and risk is managed with a comprehensive approach that extends beyond regulatory compliance (FAA, 2011a). The following principles can be found in the fatigue risk management literature (Hobbs, Avers & Hiles, 2011):

> • An FRMS requires a systemic approach, involving company policies, incident reporting and analysis systems, proactive risk assessment, and the other elements of a general safety management system (Australian National Transport Commission, 2004; FAA, 2010; Transport Canada, 2007a, 2007d).
> • Effective fatigue risk management requires a partnership between the employer and the employee, as each can contribute uniquely to solutions (Dawson, 2000; Fletcher, 2007; Transport Canada, 2007b, 2007c).
> • It is unrealistic to aim for "zero fatigue" in all cases. An appropriate objective for fatigue risk management is to ensure that risks are as low as reasonably practical (Stewart & Holmes, 2008).

Most of the fatigue risk management approaches in industry have been designed for continuous-control tasks such as driving a vehicle or operating an aircraft. In such tasks, one of the major fatigue-related threats is an unwanted sleep episode, in the form of either an extended period of sleep or a microsleep, however there are other hazards created by fatigue such as an increased risk of operator errors due to impaired mental functioning. Microsleeps are brief periods of sleep that may occur unexpectedly when a person has not received

 *The Enlightened Approach to Safety*

adequate rest. This abrupt nodding off is the body's way of inducing much needed rest and is especially dangerous because it may occur without warning.

Fatigue can impair judgment and the ability to think clearly. This means that **people are more likely to commit errors and engage in risky behavior when they are fatigued**. Fatigue also compromises the ability to react quickly to situations. In the event that a situation arises, someone who is fatigued is less likely to be able to respond immediately and effectively. Perhaps the best way to describe fatigued performance is "unstable." When fatigued, individuals tend to perform reasonably well in many respects, but will often exhibit lapses in performance that include performing the wrong action or failing to perform the correct action. When occurring within otherwise good performance, these lapses can often go unnoticed not only by the person who is fatigued, but also by those with whom they work. Clearly this could pose a serious problem when operating machinery or performing some other safety-critical task.

From Hobbs, et al (2011):

> *Fatigue risk management interventions can be characterized not only in terms of the activities that comprise the approach (such as hours of service limits and incident reporting systems) but also the intended objectives of these activities. An approach common to many risk management systems is a distinction between controls aimed at hazard prevention and controls directed at risk mitigation (International Organization for Standardization, 2009; Reason & Hobbs, 2003). Consistent with this distinction, three potential objectives of fatigue risk management can be identified:*
> *1. Reduce fatigue. The first and most obvious objective of fatigue countermeasures is to reduce the level of fatigue experienced by personnel at work. This is the approach most commonly referred to when considering fatigue risk management. Hours of Service (HOS) limits and the re-design of shift schedules are examples of interventions intended to meet this objective.*
> *2. Reduce or capture fatigue-related errors. The second class of interventions are designed to break the link between fatigue and performance decrements. Work breaks and additional checklists designed to capture errors are examples of such interventions.*
> *3. Minimize the harm caused by errors. A final approach is to minimize, where possible, the operational consequences of fatigue-related errors.*

The policy is not intended to reduce fatigue or reduce the probability of error. Rather, it minimizes the operational impact of an error, should one occur. Fatigue producing conditions originate not only in the workplace but also in the employee's personal life (see Figure 1). Therefore there is a shared responsibility between the employee and the employer, which must



*The Enlightened Approach to Safety*

be communicated and upheld through effective training and communication avenues. To accomplish these objectives, a voluntary fatigue reporting system and the ability of pilots to call off of a flight fatigued, rather than sick, are also necessary. **A positive safety culture with reciprocal trust is instrumental to allow these programs to grow and thrive.**

Workplace factors include working hours, staffing levels, and the availability of break periods. Personal factors leading to fatigue can include social and family commitments, commute time, second jobs, and medical conditions that may reduce the quality or quantity of sleep. The employee has a responsibility to ensure, as much as possible, that he or she is rested and "fit for duty" before reporting for work (Hobbs, 2004).



Figure 1. Workplace and personal factors contributing to employee fatigue. Adapted from the Australian National Transport Commission (2004) as used in Hobbs, (2011).

**Effects of Fatigue**

Fatigue can lead to poor decision making, reduced skills performance, poor hand-eye coordination, and increased reaction time, lapses in judgment, and reduced motivation all of which can increase risk and the potential for an incident, accident, and/or injury. Beyond that, sleep habits in modern society are now being recognized as harmful to individual health, such as increased risk for heart attack and increase in vehicle accidents. Fatigue has many definitions. For the purposes here, fatigue is described as a reduced mental and physical state resulting from insufficient or poor quality restorative sleep. Not only does compromised sleep

 *The Enlightened Approach to Safety*

increase propensity for error, but it also contributes to deleterious physiological changes in the body.

Humans have evolved on a planet with systematic light and dark cycles occurring on a 24-hour, or *circadian*, basis. The human body biologically reacts to these circadian cycles with changes in behavior and physical and cognitive abilities. Circadian rhythm dips and rises at certain points throughout the day to regulate wakefulness and sleepiness. Humans synchronize their internal circadian clock each day with cues from the light and dark cycles. The physiological responses in the body-- such as core temperature, hormone levels (e.g., melatonin and cortisol), eye movement, and alertness, to name but a few, have adapted in response to these cycles over time.

Circadian dips and rises, known as the *circasemidian rhythm*, have a two-peak daily pattern caused by the circadian rhythm as it processes through two cycles per day. Circasemidian rhythm has been measured in many studies of performance and physiological activity. Although individuals vary on whether they are a morning-personality type (*early birds, larks*) or an evening-personality type (*night owls, ravers*), the circasemidian rhythm generally rises and creates a drive for alertness on the home time zone between 0900-1100 hours (morning wakefulness) and 2100-2300 hours (the second wind); it dips between 0200-0600 hours (the window of circadian low) and 1300-1500 hours (the post-lunch dip) each day, creating a strong drive for sleep. These dips are expressed more intensely if a person is sleep deprived.

**Figure 2. The Circasemidian Rhythm**

| **ALERT** (Rises) | **SLEEP DRIVE** (Dips) |
|---|---|
| 9:00-11:00 AM | 2:00-6:00 AM |
| 9:00-11:00 PM | 3:00-5:00 PM |

ILLUMIA                    *The Enlightened Approach to Safety*



http://code7700.com/fatigue.html

Sleepiness itself is not a disorder. It is a symptom that can have many different causes, not only sleep deprivation. What pilots want to avoid is sleepiness in a situation when an individual would be expected to be awake and alert.

Fatigue is implicated in 20-30% of all transportation accidents with injury (National Transportation Safety Board). Work factors may contribute to fatigue:

– Shift work is the most common predictor (Akerstedt, 1998)

– Hectic work schedules are associated with disturbed sleep and fatigue

– Overtime work is associated with fatigue (Akerstedt et al., 2002)

Fatigue may impact flexible/creative decision-making even more than it impacts cognition. Sleep deprivation impairs alertness, cognitive performance, and mood. The ability to do useful mental work declines by 25% for every successive 24 hours awake (Thorne, 1983).

**Fatigue is insidious in nature, we cannot predict with complete accuracy how it effects individuals.** Today's culture and global lifestyle may have more impact on fatigue than previously thought. The pace of life and speed of business in the current economy have resulted in a global society wherein 24/7 operations have become the norm. The aviation community especially embodies this 24/7 norm as aviation work can be performed at any time of the day, for extended periods, with irregular start and stop times. This work pace shows no indication of decreased demand in the future though the fatigued human state has become

12

 *The Enlightened Approach to Safety*

entrenched in modern culture. The effects of this 24/7 practice lead to irregular and shortened work recovery times, and can disturb the overall workforce health and job performance.

A few myths surrounding fatigue:

**A person will know when they are feeling fatigued.** People are generally very poor judges of their own fatigue, especially when they are fatigued. When people self-report fatigue they are referring to subjective fatigue, or how they feel, not the physiological fatigue. Physiological fatigue generally precedes subjective fatigue and is the component that primarily affects performance. This means that people are often more fatigued than they realize.

**With enough will-power a person can push through fatigue**. Fatigue involves a physiological component that is dependent on sleep, or the lack of sleep, and the body's natural circadian rhythm. No amount of will-power will help to overcome this aspect of fatigue; will-power merely helps a person ignore the symptoms. Fatigue causes reduced alertness and performance that are unavoidable – whether a person recognizes them or not.

**Caffeine will keep a person going.** Using caffeine to beat fatigue is similar to using will-power to beat fatigue. A person may feel a little better and may be able to ignore the symptoms for a while longer, but in the end they're still fatigued and their performance still suffers. Caffeine is only a short-term solution and becomes less effective when overused.

**People need less sleep as they age.** While it is true that older adults often spend less time in the deep stages of sleep and find sleep less restful, it's because they tend to have difficulty sleeping, often waking in the middle of the night or in the early morning. There is no evidence to suggest that adults need less sleep as they age.

Fatigue is not easy to define, nor is it easy to measure. It's important to know fatigue does include that feeling of sleepiness and the urge to go to sleep, but that's not all there is to it. Fatigue has psychological, physiological, and emotional implications that can impact the safe performance of routine and non-routine work activities. Fatigue is a complex state that includes a lack of alertness and a reduced capacity for mental and physical performance. This is in *addition* to the drowsy, weary, or sleepy feeling a person may experience when fatigued.

In human factors, we frequently think of fatigue in terms of its symptoms, such as forgetfulness; poor decision-making; slowed reaction time; reduced vigilance; poor communication; impaired mood; nodding off; or becoming fixated, apathetic, or lethargic. Fatigue is usually the result of an extended period of wakefulness, too little or poor quality sleep, or the time of day. While people often report being fatigued, it's important to recognize that they are often not fully aware of their own level of fatigue or the extent to which they are impaired.



*The Enlightened Approach to Safety*

Figure 3. A non-exhaustive list of fatigue symptoms

| Physical Symptoms | Mental Symptoms | Emotional Symptoms |
|---|---|---|
| Yawning repeatedly | Difficulty concentrating on tasks | More quiet or withdrawn than normal |
| Heavy eyelids or microsleeps | Lapses in attention | Lack of motivation to do the task well |
| Eye-rubbing | Failure to communicate important information | Irritable or grumpy with colleagues, family, or friends |
| Nodding off or head drooping | Failure to anticipate events or actions | Low morale |
| Headaches, nausea, or upset stomach | Making mistakes even on well-practiced tasks | Heightened emotional sensitivity |
| Slowed reaction time | Forgetfulness | |
| Lack of energy, weakness, or light headedness | Difficulty thinking clearly | |
| | Poor decision making | |

Pilots can suffer from acute (transient), cumulative, and circadian fatigue. In an **acute fatigue** state, a short term state, which normally occurs after a wakeful period of longer than 16 hours, such as staying up all night or a very strenuous day, a person experiences diminished mental capability caused by prolonged, continuous wakefulness between two major sleep periods. This is seen as a transient performance decrement and is usually eliminated after one good-quality, nocturnal sleep period. In a **cumulative fatigue** state, a person experiences diminished mental capability caused by disturbed or shortened major sleep periods between two or more successive major waking, duty, or work periods. This is long term and can be days, weeks, even months. There are numerous causes such as depression, poor diet, poor sleeping habits, being physically unfit, prolonged-increased workload, or high stress workload. One major sleep period will not eliminate cumulative fatigue. In a **circadian fatigued** state, alertness and performance are reduced during night hours, particularly during the window of circadian low.

 *The Enlightened Approach to Safety*

**The Sleep Process**

The sleep process comprises a series of 90- to 120-minute cycles that repeat throughout the sleep period. Each cycle consists of two phases--Rapid Eye Movement (REM) and Non-Rapid Eye Movement (NREM)--conducted in four stages. During REM sleep, which constitutes ~25 percent of a normal sleep cycle, the body experiences almost complete immobility as muscle control is relaxed in a response known as *atonia*. REM sleep is a time when information is stored into memory and people may experience intensive, vivid dreams. People in REM sleep are usually easy to awaken. In NREM sleep, which constitutes ~75 percent of a normal sleep cycle, the brain slows, body temperature drops, blood supply to the muscles is increased, tissue growth and repair happens, and hormones are released. People in NREM sleep are disengaged from the environment and are often difficult to awaken. If awakened in NREM, people complain of grogginess.

During wakefulness, brain activity is comprised of low-amplitude, high-frequency brain waves. A person entering Stage 1 sleep enters the phase between consciousness and sleep, often referred to as twilight sleep. Brain activity is comprised of low-amplitude, mixed-frequency waves. Stage 2 sleep is marked by higher-amplitude waves, K-complex waves (a high-amplitude negative wave followed by spikes), and sleep *spindles* (short bursts of high-frequency oscillations). K-complex waves and sleep spindles are unique to the first sleep stages and work to suppress stimulus response and aid in memory consolidation. Muscle twitches, followed by a sleep spindle, often occur in these lighter stages of sleep. It is largely hypothesized that this relationship between muscle twitches and sleep spindles represents the nervous system reinforcing and organizing neural pathways, the brain-spinal cord-muscle connection.

A person entering Stage 3 sleep moves into deeper sleep with slower brain waves. Stage 4, thought to be the most restorative stage of sleep, is characterized by high-amplitude, low-frequency brain waves, decreased body temperature and blood pressure, and sympathetic nervous system activity, along with decreased cerebral glucose utilization. It is in these deeper stages of slow wave sleep (SWS) where the body makes repairs. SWS contributes to the inhibition of the stress hormone cortisol and assists in the release of growth hormones, allowing cell growth and regeneration. Once past Stage 4 sleep, the body proceeds back through the sleep stages into lighter sleep and REM, and then the entire cycle begins again. As the sleep cycles continue through the sleep period, less time is spent in deeper-stage sleep and more time is spent in lighter-stage sleep. Stage 2 sleep is typically where most time is spent in a sleep period overall.

The biological circadian processes of the body signal it to sleep. The body is habituated to a home time zone and experiences rises and dips in the biological process to signal alertness and

 *The Enlightened Approach to Safety*

sleepiness throughout the day. Normally, a person needs about six to eight hours of sleep each day. This is slightly variable due to the length of the sleep cycle in individuals. Those who process through a sleep cycle faster require fewer hours of sleep to feel restored. Ordinarily, melatonin, a hormone that reduces alertness, is released into the body a couple of hours prior to the routine bedtime. Melatonin levels increase toward nighttime, as humans are by biological evolution a daytime species.

Cortisol levels are naturally highest in the morning hours, around 0800, waking us and providing energy for daily activities. Cortisol levels gradually decrease during the day and are usually lowest between 2400 and 0400 hours, allowing for sleep. For those experiencing acute or chronic stressors, cortisol levels may be raised in the evening, making restful sleep difficult and possibly fragmented. When higher levels of cortisol are sustained, the body accommodates them and needs to continually produce more and more cortisol, eventually depleting cortisol stores along with the body's ability to regulate the timing of its release. If a person wakes at 0200 hours and can't get back to sleep, it could be that cortisol production began early to try to fulfill the body's already depleted 24-hour need.

The problem can become circular: If a person experiences abnormally high levels of cortisol in the evening, the ability to fall asleep will be disrupted. If a person experiences abnormally low cortisol levels throughout the day, their body may work overtime to raise cortisol levels. Loss of sleep for even one night results in the body's normal stress response accelerating cortisol release, throwing cortisol levels off balance. This can then affect the body's metabolic processes and human cognition.

*Sleep/Wake Homeostasis*
The sleep cycle is regulated not only by our biological circadian clock but also by a sleep/wake *homeostasis*. Sleep/wake homeostasis is a drive that creates a balance between wakefulness and sleep. When a person has been awake for a number of hours (known as *history of wakefulness*), this homeostasis indicates that a need for sleep is building; the longer one remains awake, the more intense the need for sleep. This drive is present to help the body maintain enough restorative sleep to compensate for the hours spent awake.

As an example, Figure 4 depicts the 24-hour cycle of a person who wakes at roughly 0600 hours. As the person proceeds throughout the day, the need for sleep gradually increases until approximately 2200 hours, when the person experiences the greatest sleep need and subsequently retires to bed. At this point, the need for sleep decreases markedly with each hour until it has been mollified after approximately eight hours of restorative sleep. Accordingly, the body's natural circadian rhythm experiences several highs and lows

**ILLUMIA**                    *The Enlightened Approach to Safety*

throughout the 24-hour period regardless of sleep history. These highs and lows are set to a home time zone pacemaker.

**Figure 4. Sleep Need Compared with Sleep Urge**



Caption: **The black line depicts sleep need, which rises though the waking hours and decreases during sleep. The red line depicts a normal circadian rhythm wherein sleep urge is greatest at night; there is also a slighter increase at mid-day (post-lunch dip).**

**Circadian Disruption and Health**

While the body clock is inherently capable of monitoring the passage of time, it differs from most clocks in that it is flexible and must be set, or synchronized, before it can accurately predict the timing of events. Research has shown that people with disturbed body clocks and disrupted sleep cycles can suffer a myriad of health problems. Working the extended and non-traditional hours associated with aviation operations may have negative implications for pilot health. Those working non-traditional hours or extended hours tend to have a higher number of health complaints, greater use of sick leave, and more visits to the doctor. They may also experience greater stress, higher alcohol and drug use, greater weariness, and a lower sense of overall well-being.

Unless timing information is received from the environment, the human circadian clock tends to run slow. The specific environmental time cues which synchronize it to a 24-hour day are

 *The Enlightened Approach to Safety*

known by the German term "zeitgebers," meaning "time-givers." Currently, two types of zeitgebers have been identified: exposure to bright light and social factors.

Bright light (more than about 2500 lux—normal indoor light is generally less than 500 lux) affects the circadian clock by means of a direct neural pathway from the eye. The principle behind synchronization of the circadian clock by light/dark cycles is reasonably well understood and can be summarized as follows.

1. Light exposure in the subjective morning advances subsequent circadian cycles.
2. Light exposure in the middle of the subjective day has minimal effect.
3. Light exposure in the subjective evening delays subsequent circadian cycles.

To synchronize a circadian clock with an innate period of 25 hours to a 24-hour day requires that the clock be advanced by 1 hour per day. An appropriate exposure to sunlight every morning would achieve the necessary resetting. Conversely, to synchronize a clock with an innate period of 23 hours would require a delay of 1 hour per day, in other words, an appropriate exposure to sunlight every evening. These examples are intended to illustrate the mechanism of synchronization (also known as "entrainment"). Clearly, however, they are highly simplistic. In everyday life, synchronization of an individual's circadian clock to a 24-hour day depends on a complex combination of different zeitgeber inputs. There is some evidence that the human circadian clock may be synchronized by certain social factors, including the work/rest/meal schedule. However, the specific aspects of the social environment that constitute time cues have not yet been identified, and the mechanisms by which they affect the clock remain unknown.

With Abrupt change in environmental time the circadian clock is out of step with the environment (circadian desynchrony). Gradual and uneven adaptation of different circadian rhythms, result in different physiological functions out of step with one another. Crossing time zones produces an additional zeitgeber disruption regularly encountered by flight crews. The circadian clock resynchronizes only gradually to a new environmental time. Circadian rhythms in different functions adjust more or less quickly, depending on the tightness of their coupling to the clock and on their interactions with other physiological functions, each adapting at its own rate.

After a transmeridian flight, not only is the circadian clock out of step with the local zeitgebers, but also different physiological functions are out of step with one another. During commercial long-haul operations, crewmembers rarely stay long enough in one time zone for their circadian clocks to become synchronized to local time. Rapid sequences of transmeridian flights present continuously changing zeitgeber signals to the clock, which is buffeted back and forth and unable to stabilize.

 *The Enlightened Approach to Safety*

We cannot, as yet, reset our circadian rhythms at will, as we do our wrist watches.    However, this is the aim of most circadian countermeasures. It may take days to weeks for all rhythms to synchronize to a new time zone after one transmeridian flight. During commercial long-haul operations, flight crews usually have 1–2 days at each layover destination before they operate another transmeridian flight. Thus, they seldom become fully synchronized to local time during layovers.

The problems engendered by the slow adaptation of circadian rhythms to new time zones and duty/rest schedule changes are examined. The basic problem with shift work is that it requires people to somehow override the circadian clock, which pre-programs us for daytime activity and nighttime sleep. The work/rest schedule itself may reset the clock of the shift worker to some extent. However, the competing zeitgeber inputs from the day/night cycle and our predominantly day-oriented society continually push it back toward its usual diurnal orientation. Thus, at best, the circadian rhythms of shift workers usually are only partially adapted to their current work/rest schedule. In addition, most shift workers revert to being day-active on their days off. This continuously changing orientation can result in chronic desynchroni-zation of the circadian clock relative to the environment, and persistent internal desynchronization among different physiological systems.

The conflicting zeitgeber environment typical of shift work is further confounded in aviation operations by the day-to-day instability of the duty/rest cycles and by the element of unpredictability (associated with weather, mechanical problems, system delays, and other operational factors).

Circadian adaptation in flight crews after transmeridian flights has been examined in only a few studies. Klein and colleagues at the DLR (the German Aerospace Establishment) found that flying skills of 12 German fighter pilots tested in an F-104 simulator were less impaired after a westward flight (as passengers) crossing eight time zones than after the return eastward flight. A joint study conducted by NASA and the Royal Norwegian Air Force Institution of Aviation Medicine examined adaptation of 9 crewmembers operating Orion P-3 aircraft during eastward and westward flights across nine time zones. Adaptation of sleep and the temperature rhythm to local time was faster after westward flights.

A NASA study of the effects of aging found that as flight crews get older, they become more morning-type and the amplitude of their circadian temperature rhythm declines. Daily percentage sleep loss during trips was 3.5 times greater among long-haul crews aged 50–60 than among long-haul crews aged 20–30.

 *The Enlightened Approach to Safety*

Flight operations can affect sleep and circadian factors in two main ways: first, by occurring at unusual or changing times in the day/night cycle, and second, by requiring time-zone changes. Either of these, and especially the two combined, can have two basic effects: conflict between external time (environmental or local) and body time; and continuous circadian disruption.

The body's time can conflict with environmental time (in the case of unusual/ changing schedules) or local time (in the case of changing time zones). The first case occurs because night flying is in direct opposition to the circadian clock's natural programming for sleep during nighttime, just as sleep during day hours is in opposition to the circadian clock's programming for wakefulness during daytime. The second case occurs due to the wide range of required time changes resulting from successive west-east/east-west flights. When the body is required to adjust continuously, continuous circadian disruption can occur. Continual alternation between day and night schedules, for sleep or duty, can cause the circadian clock to be constantly resetting itself. Successive time-zone changes can also lead to symptoms of incomplete adaptation. There is currently no information on the specific effects of continuously resetting the circadian clock in flight operations.

An obvious contributor to sleep loss is a prolonged period of continuous wakefulness. An extended duty period can create fatigue by extending wakefulness and decreasing sleep, and can involve circadian disruption. Other fatigue factors that can emerge in continuous operations are boredom and complacency. When a human is acting only as a passive monitor (e.g., of relatively rare events in highly automated aircraft), there is an opportunity for these factors to increase the likelihood for physiological sleepiness to emerge (i.e., the person may fall sleep). In many flight operations, the time available for sleep is restricted by a variety of constraints. If an individual's physiological timing for sleep does not coincide with the scheduled sleep opportunity, then a cumulative sleep debt can result.

More specifically, evidence suggests that fatigue and irregular sleeping patterns can disrupt the body's natural processes. For instance, the circadian rhythm plays a role in digestion, which results in people being four to five times more likely to develop a gastrointestinal disorder such as indigestion, heartburn, flatulence, upset stomach, or constipation. The digestive system slows at night making it more difficult to digest food. People who have extended work hours tend to eat at irregular times, which can lead to an increase in digestive issues.

Working extended hours associated with aviation operations is also associated with greater incidence of high blood pressure and contributes to heart disease. It is believed that it may be partially due to increased stress that often accompanies these work schedules.

 *The Enlightened Approach to Safety*

There is also evidence to suggest that workers experiencing fatigue may be more susceptible to disorders such as depression and anxiety. It is believed that this may be related to difficulty balancing work and family/social life. Unfortunately, this can become a very negative cycle as fatigue is often considered a result of depression and anxiety.

Numerous factors contribute to disrupted and reduced sleep. Among them are culture, technology, light, diet and lifestyle, shift swapping, travel over multiple time zones, extreme changes in weather or temperature, stress, and sleep apnea. Following are some of the attitudes indicative of the more pervasive "alertness killers" in aviation.

Working unscheduled trips may allow for workplace flexibility, but many standard operating guidelines are vague about scheduling a maximum of back-to-back duty hours. Pilots are expected to use their better judgment. The problem is that humans rarely recognize the signs of sleep deprivation; the more sleep deprived a person is, the less capable he is of seeing it in himself. Developing and enforcing fatigue risk management programs, especially duty/rest guidelines, is a step toward changing the culture to recognize that reporting for work fatigued represents an occupational safety hazard.

Just as important as when and how long to sleep, is where to sleep. Attempting to sleep anywhere other distractions and interruptions exist does not afford restorative rest. Noise, lighting, and even smells can stimulate the brain, which craves sensory input and continues to take in sensory cues from the environment throughout sleep. During sleep, though, the brain does not consciously manage attention given to these sensory cues as it does during periods of wakefulness. These unfiltered sensory cues may provide enough stimulation to disturb sleep by arousing the brain and increasing heart rate and blood pressure, causing a person to move, shift between sleep stages, or even fully awaken. Some people are more sensitive to noise than others. Although the brain can adapt to some low levels of ambient background noise, random or peak noises will disrupt sleep. In a sleep study that considered the combined effects of noise on recuperative sleep, scientists discovered that people attuned to noise in the environment (demonstrated by fewer brain wave changes) when exposed to noise on 11 consecutive nights. Interestingly, their cardiac arousals (demonstrated by heart rate) did not acclimatize.

A controlled environment promotes healthy sleep. This means retreating to a protected area where the lights can be turned off or blacked out entirely, noise is reduced, and cooler temperatures are maintained. This downtime area must be safeguarded by a no-disturb policy as much as possible.

Sleep Is the Only Cure

21

 *The Enlightened Approach to Safety*

The most important take-away point is that the human body prefers to stick to a regular sleep schedule that affords solid, consistent sleep on and off duty days. Losing sleep is much more than living in a fatigued state; it can also damage long-term health and increase vulnerability for a cardiovascular event. Understanding how habits help or harm sleep patterns and allowing for lifestyle adjustments will allow pilots to maintain not only fitness for duty, but also fitness for life.

In conclusion, The FAA has issued science-based flight-and-duty rules and minimum rest requirements for airline pilots rooted on a demonstrable science-based fix and not representative of cost modeling. The FAA worked over the course of many years to develop FRMS protocols developed by industry-academic working groups and based on empirical scientific evidence.

In their seminal paper, Dawson and colleagues (2011), an international fatigue science modeling team and whose work has been used as a basis for regulatory guidelines, review the current fatigue models described in the scientific and technical literature and classify them according to whether they predict fatigue directly using prior sleep and wake (one-step models) or indirectly using work schedules to infer an average sleep-wake pattern that is used to predict fatigue (two-step models). Though scientists have evolved the models over time, they conclude that, in general, one-step models provide well-validated estimates of fatigue in continuous sleep deprivation protocols but are less reliable when used to predict effects from chronic sleep restriction. Critically, they point out that none of the two-step models have sufficient published data to validate their ability to infer average sleep wake behavior in field settings. As a consequence, the current generation of models may only provide an estimate of average work-related fatigue or 'sleep opportunity' across a group and are therefore unsuited to prediction at the individual or event level. So while the models may provide an estimate, they can in no way model or predict actual individual human behavior in the work environment.

Dawson and colleagues also review the current use of fatigue models in field settings by organizations and regulators. In general, they suggest that the current generation of models oversimplify the prediction of fatigue and fail to acknowledge adequately the significant inter- and intra- individual variability. When used by non-experts, this oversimplification can lead to a significant risk of inappropriate use due to over-interpretation or over-reliance on them. As such the current generation of models is appropriate to use only as an *element* of a fatigue risk management system (FRMS) but lacks sufficient validity to be used in isolation. So even the well-accepted models fatigue scientists employ, are of little use as predictive of individual human behavior in any given work situation. Fatigue does not affect everyone uniformly or in the same manner. Determining whether a fatigue call is or is not legitimate requires an analysis

 *The Enlightened Approach to Safety*

of factors currently beyond the scope of the most highly recognized fatigue scientists in the world. Simply analyzing the number of instances in which fatigue calls were made does not reflect the value of the unquantifiable human factors involved in each instance. There are the complex, non-linear relationships between fatigue and work place risk. To rely on purely statistical regression analysis, one that does not consider the myriad of human factors issues involved in the work setting, to support a claim that a work group or employee deliberately calls out sick, even in the face of evidence accepted by a FRMC the supports the flight turn downs, removes and second guesses the authority given to pilots to judge their fitness for duty, and sets a dangerous precedent in an organization's safety culture.

Dated: 23 October 2017          Signed:

 *The Enlightened Approach to Safety*

Works consulted

Akerstedt, T., & Gillberg, M. (1990). Subjective and objective sleepiness in the active individual. International *Journal of Neuroscience*, 52, 29-37.

Akerstedt, T., & Wright, K. (2009). Sleep loss and fatigue in shift work and shift work disorder. *Sleep Medicine Clinic*s, 4, 257-271.

Alvarez, D., Hornero, R., Marcos, J. V., & Campo, F. (2010). Multivariate analysis of blood oxygen saturation recordings in obstructive sleep apnea diagnosis. *Biomedical Engineering, IEEE Transactions on*, *57*(12), 2816-2824.

Balkin, T. J., & Badia, P. (1988). Relationship between sleep inertia and sleepiness: Cumulative effects of four nights of sleep disruption/restriction on performance following abrupt nocturnal awakening. *Biological Psychology*, *27*(3), 245-258.

Basner, M., Müller, U., & Elmenhorst, E.-M. (2011). Single and Combined Effects of Air, Road, and Rail Traffic Noise on Sleep and Recuperation. *Sleep*, *34*(1), 11–23.

Bonnet, M. (2005). Acute sleep deprivation. In M. Kryger, T. Roth, & W. Dement (Eds.), *rinciples and practice of sleep medicine* (pp. 51-66). Philadelphia, PA: Elsevier.

Cajochen, C. (2007). Alerting effects of light. *Sleep Medicine Reviews*, 11, 453–644.

Caldwell, J.A., Mallis, M., Caldwell, J.L., Paul, M., Miller, J., & Neri, D. (2009). Fatigue countermeasures in aviation. *Aviation Space and Environmental Medicine*, 80, 29-59.

Campbell, S., & Dawson, D. (1990). Enhancement of nighttime alertness and performance with bright ambient light. *Physiology and Behavior*, 48, 317-320.

Dawson, D., Encel, N., & Lushington, K. (1995). Improving adaptation to simulated night shift: Timed exposure to bright light versus daytime melatonin administration. *Sleep*, 18, 11-21.

Dawson, D., & Fletcher, A. (2001). A quantitative model of work-related fatigue: Background and definition.*Ergonomics*, 44, 144-163.

Dawson, D., Noy, Y. I., Härmä, M., Åkerstedt, T., & Belenky, G. (2011). Modelling fatigue and the use of fatigue models in work settings. *Accident Analysis & Prevention*, *43*(2), 549-564.

Della Rocco, P., Comperatore, C., Caldwell, L., & Cruz, C. (2000). The effects of napping on night shift performance (DOT/FAA/AM-00/10). Washington, DC: Office of Aviation Medicine.

Dinges, D. (1995). An overview of sleepiness and accidents.*Journal of Sleep Res*earch, 4, 4-14.

Dinges, D., Mallis, M., Maislin, G., & Powell, J. (1998).Evaluation of techniques for ocular measurement as an index of fatigue and the basis for alertness management (DOT HS 808 762). Washington, DC: National Highway Traffic Safety Administration.

 *The Enlightened Approach to Safety*

Elkin, R. A., & Leippe, M. R. (1986). Physiological arousal, dissonance, and attitude change: Evidence for a dissonance-arousal link and a" Don't remind me" effect. *Journal of Personality and Social Psychology*, *51*(1), 55.

Festinger, L. (1957). A theory of cognitive dissonance Evanston. *IL: Row, Peterson*, *1*.

Gertler, J., Popkin, S., Nelson, D., & O'Neil, K. (2002). Toolbox for transport operator fatigue. Washington DC; National Academy Press.

Gibbons, A. and von Thaden, T. (2007). Proactive Safety Requires Proactive Measurement. *14th International Symposium on Aviation Psychology.* Dayton, OH*,* April 23-26.

Greeley, H., Berg, J., Friets, E., Wilson, J., Greenough, G., Picone, G., Whitmore, J., & Nesthus, T. (2007). Fatigue estimation using voice analysis. *Behavior Research Methods*, 39, 610-619.

Hobbs, A., K.B. Avers, J.J. Hiles. Fatigue Risk Management in Aviation Maintenance: Current Best Practices and Potential Future Countermeasures. Technical Report DOT/FAA/AM-11/10. Washington, D.C.: Federal Aviation Administration, Office of Aerospace Medicine, 2011.

Hoevenaar-Blom, M. P., Spijkerman, A. M., Kromhout, D., & Verschuren, W. M. (2014). Sufficient sleep duration contributes to lower cardiovascular disease risk in addition to four traditional lifestyle factors: the MORGEN study. *European journal of preventive cardiology*, *21*(11), 1367-1375.

Punjabi, N. M. (2008). The epidemiology of adult obstructive sleep apnea. *Proceedings of the American Thoracic Society*, *5*(2), 136-143.

Reason, J. (1990). Human error. Cambridge University Press.

Reason, J., & Hobbs, A. (2003) Managing maintenance error: A practical guide. Ashgate: Aldershot.

Rosekind, M.R., Graeber, R.C., Dinges, D.F., Connell, L.J., Rountree, M.S., Spinweber C.L., & Gillen, K.A. (1994). Crew factors in flight operations: Effects of planned cockpit rest on crew performance and alertness in long haul operations (NASA Technical Memorandum 108839). Moffett Field, CA: NASA Ames Research Center.

Sofi, F., Cesari, F., Casini, A., Macchi, C., Abbate, R., & Gensini, G. F. (2014). Insomnia and risk of cardiovascular disease: a meta-analysis. *European journal of preventive cardiology*, *21*(1), 57-64.

Thorne, D. R., Genser, S., Sing, H., & Hegge, F. (1983, May). Plumbing human performance limits during 72 hours of high task load. In *Proceedings of the 24th DRG seminar on the human as a limiting element in military systems* (Vol. 1, pp. 17-40).

Van Cauter, E., Spiegel, K., Tasali, E., & Leproult, R. (2008). Metabolic consequences of sleep and sleep loss. *Sleep medicine*, *9*, S23-S28.

 *The Enlightened Approach to Safety*

von Thaden, T.L. (2102). Safety culture, ethics and fatigue in aviation maintenance professionals, *1st International Conference on Human Factors in Transportation,* San Francisco, CA, July 2012.

von Thaden, T.L., Spain, S.M., and Woo, S.E. (2009). Safety culture and fatigue in commercial aviation operations. *The 2009 International Conference on Fatigue Management in Transportation Operations: A Framework for Progress* Boston, MA. March 24-26, 2009.

von Thaden, T.L. and Gibbons, A.M. (2008). The Safety Culture Indicator Scale Measurement System (SCISMS) in Part 121 Aviation Flight Operations. *Department of Transportation, Federal Aviation Administration Office of Aviation Research and Development*. Washington, DC. DOT/FAA/AR-01-G/015.

von Thaden, T. L., Kessel, J, and Ruengvisesh, D. (2008). Measuring Indicators of Safety Culture in a Major European Airline's Flight Operations Department. *8th International Symposium of the Australian Aviation Psychology Association.* Sydney, Australia, 8 - 11 April.

von Thaden, T., and Gibbons, A. (2007). *14 CFR Part 121 air carriers' flight operations causal model: human error BBN definitions and integration.* Technical Report HFD-07-3/FAA-07-2. Prepared for the Federal Aviation Administration, contract DTFA 01-G-015.

von Thaden, T. , Wiegmann, D. and Shappell, S. (2003). Measuring organizational factors in airline safety. Technical Report AHFD-03-11/FAA-03-3. Prepared for the Federal Aviation Administration, contract DTFA 01-G-015.

Wiegmann, D., Zhang, H., von Thaden, T., Sharma, G. and Mitchell, A. (2002). A synthesis of safety culture and safety climate research.   Technical Report ARL-02-3/ FAA-02-2. Prepared for the Federal Aviation Administration, contract DTFA 01-G-015.

*Terry L. von Thaden, PhD*

**Abbreviated Curricula Vitae**

Terry L. von Thaden, PhD

217/344-9197

terry.von.thaden@illumia.org

**PERSONAL HISTORY AND PROFESSIONAL EXPERIENCE**

**Educational Background**

| | |
|---|---|
| 2004 | Ph.D. Information Science, University of Illinois at Urbana-Champaign. |
| 1996 | M.S. Safety and Health/Human Factors, University of Southern California. |
| 1994 | B.S. Cum Laude, Aviation Management Flight Operations/Air Traffic Control, Daniel Webster College. |
| 1988 | A.S. Cum Laude, Design, Newbury College. |

| | |
|---|---|
| 2017 | Bystander Intervention Certification, Green Dot Institue |
| 2006 | Safety Management Systems Certification, International Aviation Transport Association. |
| 1996 | Aviation Safety/Security Program Certification, University of Southern California. |

**Positions Held:**

2012 -  **Senior Research Scientist, Illinois Fire Service Institute**, University of Illinois at Urbana-Champaign. 8/16/12-present. Doctoral Students advised to completion: 2. Research and curriculum development in areas such as injury prevention; noise; fatigue and alertness; decision making; CRM; leadership, coaching and mentoring; behavioral health and resilience; PTSD; suicide prevention; sexual harassment and assault; bystander training; organizational change management; ethics.

2012-2016  **United States Air Force Scientific Advisory Board,** Federal Advisory Committee, appointed by Secretary of Defense. Independent counsel and advice on matters of science and technology relating to the USAF mission and national security, reporting directly to the Secretary of the Air Force and the Chief of Staff of the Air Force. Identified applications of technology and personnel to improve or enable Air Force, and advising on the USAF science and technology portfolio to maximize its value in supporting the USAF mission. Special Assignments:

**Vice Chair/Report Author**, **Combating Sexual Assault**, chartered special DoD study, appointed by Secretary of USAF, Pentagon briefings (2013-2014).

**Chair/Report Author**, **Science and Technology Research and Capability Quality Review** 711th Human Performance Wing, Air Force Research Laboratory, Human Effectiveness Directorate, Wright Patterson AFB/ Ft. Sam Houston, Tri-Service Research Laboratory (2015-2016).

27

2010 -          **Founder/CEO, Illumia Corporation,** Start-up technology and human factors consulting company featuring proprietary safety culture assessment and statistical risk modeling tools (SCISMS – the Safety Culture Indicator Scale Measurement System). Also develop materials for and teach professional workshops on human factors subjects. Advisory capabilities include: safety culture assessment, human factors science, fatigue risk management, SMS, organizational change management, accident investigation, injury prevention, process control, distributed systems, ASAP reporting, critical incident stress, PTSD, safety stand down, CRM, standardization. 250+ organizations served. Clients include: major airlines, corporate flight departments, air charter service providers, first response teams, Nuclear Regulatory Commission, government contractors (e.g., ship building, munitions, etc.), maritime operations, and medical facilities. February 2010-present.

2009 -          **Assistant Professor, Graduate School of Library and Information Science**, University of Illinois at Urbana-Champaign. 8/16/09-8/15/012. 1.5 year industry leave of absence (2009-2011). Research and teaching in distributed information practice in safety and time critical environments. Courses: Safety Informatics, Intelligent Interface Design, Social Informatics.

   - Developed SCISMS – the Safety Culture Indicator Scale Measurement System assessment tool used in industries globally.

   - Developed DIBS - the Distributed Information Behavior System to categorize information and communication practice for Crew Resource Management.

2004 - 2009     **Assistant Professor, Aviation Human Factors Division**, Institute of Aviation, University of Illinois at Urbana-Champaign. 8/16/04-8/15/09. Affiliate Faculty 8/16/09-8/15/13 (program termination).

                Teaching and research in aviation and medical environments. Specialty areas include: accident investigation and analysis; organizational safety culture; change management; safety management systems; fatigue risk management; crew resource management; critical incident response, stress, and debriefing; error analysis; information exchange and standard operating procedures; individual and group decision processes; distributed knowledge/distributed collective practice; social informatics; design and use of everyday things; aviation history, next generation aviation professional needs.

                Part 141 Aviation curriculum. Courses Developed/Taught: Aviation Accident Investigation and Analysis, Crew Resource Management, Aviation Psychology, Aviation Physiology, Safety Informatics, Team Decision Making, Ethical Foundations of Safety, Social Network Analysis.

                **Director of the Sociotechnical Systems Safety Research Lab**, investigating factors affecting risk, decision, performance, and safety in high reliability organizations. Developed measurement criteria and investigated interactions among diverse working groups to assess the impact of culture and regulatory oversight on attitudes and organizational behavior and safety, and change management. Worked with industry organizations and regulators to develop metrics and statistical models. Major International/Domestic/Foreign airline safety research (flight, maintenance, dispatch,

cabin, and ramp operations) consultant to, and developer of, research tools for major airlines, air tour operators, EMS operators, and maintenance facilities domestically and internationally regarding safety culture and human factors issues (e.g., fatigue risk management, automation, threat and error management, ASAP reporting, critical incident stress, decision making, emergency preparedness).

2007 -   **Affiliated Faculty, Department of Industrial and Enterprise Systems Engineering,** UIUC

       **Affiliated Faculty, Department of Psychology,** UIUC

2006 -   **Affiliated Faculty, School of Information Sciences,** UIUC

2004 - 2010   **Independent Consultant.** Human Factors analysis, expert witness preparation, incident/accident preparedness and response, post accident investigation and analysis, critical incident stress debriefing, safety culture analysis, and media interface. Develop materials for and teach professional workshops on human factors subjects.

**Other Professional Employment**

2000- 2005   Scientific Advisor**. System Safety Resources Group, Nashua NH.**
       Consultation on state of the art and advances in research, technology, human factors, human computer interaction, computer supported cooperative work, computer mediated communication for medical and aviation human factors research.

2000 – 2004   **Research Assistant.** Aviation Human Factors Division, University of Illinois at Urbana-Champaign.

       Research areas: decision support systems, error reporting, event memory, accident analysis, and safety culture. Other work: supervision/guidance of student workers, Human Factors Analysis and Classification System (HFACS) database development, National Transportation Safety Board (NTSB) database development into statistical software (SPSS), teaching (aviation accident investigation, crew resource management).

1998 – 2000   **Researcher/Administrator.** Motorcycle Rider Safety Program, Illinois Department of Transportation, University of Illinois at Urbana-Champaign. Human Factors research and statistical analysis including accident analysis/reconstruction, decision-making, safety and design for error tolerance.

1996 – 1999   **Researcher/Consultant.** National Academy of Sciences, Transportation Research Board, Washington DC. Commissioned study on advancing safety under current technological restraints and airline/airport budgets, system redundancy, and information exchange. Focus: system safety in aircraft ground deicing procedures.

       **Researcher.** Aviation Consumer Action Project, Washington DC. Research on cabin safety issues.  Background, usage, and regulation of first aid emergency kits aboard transport (Part 121) aircraft. Research on heart attack incidence and defibrillator usage for domestic and international carriers. Ghostwriter for successful initiative to legislate before congress an upgrade in first aid kits and portable defibrillator as standard equipment. Research on passenger intoxication and threats to crew and passengers ("air rage').

**Independent Researcher.** Study of child restraint laws aboard Part 121 air carriers. Survivability of lap held children, under age 2, with passive and active restraint systems in turbulence and crash environs.

1994 – 1996    **Administrator/Technician/Researcher.**  Head Protection Research Laboratory, University of Southern California. Failure analysis and technical problems in transportation safety and accident investigation. Facility also contracted quality control testing to private industry.  Helmet testing to federal standards including helmet inspection; evidence inspection, storage, and retrieval; database management; reference manager; and legal recording. Review of case files, including conflict of interest, translation of medical records and x-rays, analysis, report review and preparation for litigation and journal publication.  Report and evidence preparation and legal coordination for document discovery, and expert deposition. Regulated office policy, produced new office brochure for public inquiries, and developed training manual for new technicians. Supervised employees.

1986-1996    **Designer/Special Effects Artist.** Self-Employed, von Thaden Design, and Mikan Theatricals.  Portsmouth, NH.  Effects for film, theater, and television, including mass casualty disaster drills.

1984-1989,    **Medical Assistant, Triage Assistant, Phlebotomist.** Exeter Family Medical Associates,
Exeter, NH.

1994    Patient care: medical work-up, triage medical assessment, specimen collection and chain-of-custody recording. Scheduling, billing, confidential record keeping, and patient relations.

**Committees, Panels, Boards (e.g., for Governmental Agencies, Educational Institutions):**

2012 -    **Flight Safety Foundation,** Maintenance Advisory Committee, established to extend the Flight Safety Foundation's work beyond its historic focus on flight operations and crew training to the MRO sector. The MAC assists the Foundation in its efforts to deliver credible safety information to the aviation community. The committee's responsibilities include both general and specific assistance on present and future safety related activities, identification and solution of aviation maintenance and engineering safety issues, and advice on special study requirements and seminar programs.

2011 - 2014    Advisory Board, Aviation, Applied Human Factors and Ergonomics Conference

2008 - 2012    **Civil Aerospace Medical Institute (CAMI)** Expert Adviser, Multi-Disciplinary Approach to

Fatigue Risk Management in Aircraft Maintenance – Near Term and Next Gen Time Frame. Maintenance Fatigue Work Group. Federal Aviation Administration appointed committee consisting of labor representatives, airline representatives, scientists, government researchers, and international specialists to focus on the development of a viable and practical methods for preventing/reducing the fatigue experienced by

30

maintenance personnel in the aircraft maintenance work environment, identifying near-term solutions/interventions and ultimately the best practices for the FAA to emulate to address fatigue in maintenance operations. Standards development.

| | |
|---|---|
| 2008 - | **Government Accounting Office**, Expert Adviser. Congressional inquiries at the request of the House Committee on Transportation and its Subcommittee on Aviation on Air Cargo Safety. |
| 2008 | **Government Accounting Office, Aeronautics and Space Engineering Board (ASEB) of Th**e **National Academy of Sciences**, Expert Advisor. Congressionally appointed committee, (February-September). Congressional inquiry at the request of the House Committee on Transportation and its Subcommittee on Aviation on improving runway and ramp safety. |
| | **National Aeronautics and Space Administration** (NASA) (January 2008). Reviewer, Experimental Program to Stimulate Competitive Research (EPSCoR), Research and Education Awards Program (REAP) proposal review, scientific and technical merit. |
| 2007- 2011 | **International Civil Aviation Organization (ICAO),** Next Generation of Aviation Professionals (NGAP) working group. Initiatives to foresee and develop programs for the international aviation community to address anticipated shortages of skilled aviation professionals in the near future. |
| 2006 - 2013 | **Federal Aviation Administration** Safety Management Systems Focus Group; FAA's SMS pilot project. Advisory to standards development, concept measures. |
| 2003-2006 | **Board of Advisors,** Octave Chanute Aerospace Museum. |
| 1997- 2005 | **Trustee.** Daniel Webster College, Nashua, NH. Subcommittees: Development, Trusteeship, and Academic Affairs and Student Life. Fundraising and advancing college curriculum to include new degree programs in Information Technology and Social Sciences. Governance of college issues on education, research, faculty enrichment, budget, endowment and mission. Instituted faculty job satisfaction survey and administrative assessment guidelines. Search and election of new College President and Dean. Development and panel moderator for Aviation Heritage Festival. Search and hiring of College President and Academic Dean (2004-2005). |

**Editorships of Journals or Other Learned Publications:**

| | |
|---|---|
| 2011 | **Content Consultant,** ABDO Publishing, *The Hudson Plane Landing* |
| 2007-2009 | **Editor**, Bulletin of the Association of Aviation Psychologists |
| 2007- | **Consulting Editor**, International Journal of Aviation Psychology |
| 2006 - | **Consulting Editor,** The International Journal of Applied Aviation Studies |
| 2003- | **Reviewer,** 150+ technical papers, journal articles, and conference papers. |

**Selected Honors, Recognitions, and Outstanding Achievements:**

2016            United States Air Force Chief of Staff's Award for Exceptional Public Service. This award is for significant contributions on the United States Air Force Scientific Advisory Board and embodies dedication, patriotism, and personal sacrifice.

2015 - 2017     Board Member at Large, American Psychological Association

2005 -          Beta Phi Mu International Honor Society for Library and Information Science, Alpha Chapter.

2005            Aerospace Human Factors Association's Stanley N. Roscoe Award for the best doctoral dissertation written in research area related to Aerospace Human Factors. Aerospace Medical Association.

2004 -          Phi Kappa Phi Honor Society.

2003            Amelia Earhart Fellow, Zonta International.

1996            Transportation Research Board Fellow.

1995 & 1996     National Institute for Occupational Safety and Health Fellow.

## PUBLICATIONS AND CREATIVE WORKS

- Authored 200+ research papers, peer reviewed journal articles, chapters, technical reports, bulletins, and conference papers. Topics include: Aviation Safety, Safety Culture, Human Factors Analysis, Information Behavior, Distributed Communication, Crew Resource Management, Decision Making, and Healthcare Safety.
- 90+ Invited keynote address, invited guest speaker, and invited panel engagements. Largest co-present audience: 5000.

- 50+ conference presentations (not otherwise invited).
- 10 organized workshops.

**Summary of Instruction – Courses Developed and Taught (UIUC):**

AVI 381, **Cockpit/Crew Resource Management** (advanced undergraduate/graduate combined course)

Examines societal/cultural, industry, governmental regulatory agency, organizational, group, and individual influences on cockpit behavior and cockpit resource management. Two 90 minute lecture/discussion and one two-hour laboratory/flight periods each week. Laboratory and flight sections use multi-engine flight simulators and multi-engine aircraft. Students gain experience flying preplanned scenarios in both aircraft and simulators. Materials from lecture/discussions emphasized in flights. Lab sections are filmed and assessed as part of ongoing research in CRM.

AVI 455, **Aviation Accident Investigation and Analysis** (advanced undergraduate/graduate combined course)

Fundamental concepts of aviation safety augmentation with emphasis on accident prevention through accident investigation, casualty reduction through crashworthy design, and safety enhancement resulting from litigation; accident investigation techniques and crash survival structural design factors. Introduction the Human Factors Analysis Classification System (HFACS), ICAO Annex 13, NTSB investigation processes, and other protocols.

AVI 495/PSYCH 497, **Aviation Psychology** (advanced undergraduate/graduate combined course)

Integrates the disciplines of psychology and aviation, discussing the relevance of perception, cognition, learning, stress, decision making, and group processes to a variety of aviation concerns related to topics such as cockpit design, pilot error, pilot training, crew communications, and air traffic control.

Psych 496PS **Aviation Physiology** (advanced undergraduate/graduate combined course)
Course explores various aspects of human physiology pertinent to aviation and aerospace operations. The focus of the course is the understanding of physiological factors and the mitigation of their adverse consequences to improve safety, performance, and survivability in the aerospace environment.

AVI 497CRM - **Crew Resource Management: Research in Team Decision Making** (graduate course)
An interdisciplinary course for graduate students in Human Factors, Library and Information Science, Industrial and Enterprise Systems Engineering, Psychology, Sociology, and Speech Communication. Examines societal/cultural, industry, governmental regulatory agency, organizational, group, and individual influences on cockpit behavior and cockpit resource management. Graduate students attend lectures/discussion sessions and observe one two-hour flight laboratory (simulator training) each week. Students will learn the principles of observational/ethnographic research in addition to team dynamics and will observe students ' simulated flight laboratories from AVI 381 (Cockpit Resource Management) as their research subjects. Laboratory flight sections use multi-engine flight simulators.

Psych 593TVT/GSLIS 590TVT, **Safety Informatics** – (graduate seminar)
An interdisciplinary course for graduate students in Human Factors, Library and Information Science, Industrial and Enterprise Systems Engineering, Psychology, Sociology, and Speech Communication. This course explores the nature of safety and information in normal and safety critical, high risk environments. We explore the nature of distributed cooperative practice including the organization of and access to information, systems management, language and communication, distributed cognition, computer supported cooperative work, safety culture and activity in a variety of domains. Safety Informatics involves the impact of technology on the nature and character of how organizations and their human actors conduct work activities in high risk organizations. In some cases, the technology itself and how it is employed proves the defining factor in the work activity, the growth of organizational strategy, organizational tactics, and organizational doctrine. This impact on organizations is unlikely to diminish in our global society; yet work remains limited by how technology is incorporated into and supports the situated activity of the actors who perform the organization's work and is magnified in times of crisis. Incorporating technology into the work process is not a panacea for seamless operation and does not ensure the proper management of information. Few studies have been conducted in the discipline of Human Factors that focus on the articulation work of the network of organizational actors and their associated work environment.


**Service to Disciplinary and Professional Societies or Associations , Committees**

33

**SERVICE (PUBLIC, PROFESSIONAL/DISCIPLINARY, AND UNIVERSITY)**

2017 **Producer,** Louise Thaden documentary with Hemlock Films.

2015 **Advisor, SME** *Beyond the Powder,* documentary film on Women's Air Racing.

2010-2016 **SME,** National Geographic *Air Disaster* series; Mentorn Media *World's Scariest/Greatest* series; various news outlets.

2008-2010 **Advisor**, Documentary film, *Breaking Through the Clouds* Archetypal Images, LLC.

2008 - **Advisor,** Commission on Accreditation of Medical Transport Systems to study culture and fatigue in HEMS operations.

2008-2009 **Institute Reframing Committee**, Institute of Aviation, University of Illinois at Urbana Champaign. Provost charged committee to develop a new focus for the flight program and curricula for a future manifestation of the Institute of Aviation.

2007 - 2013 **Chair, Flight Safety Committee,** Institute of Aviation, University of Illinois at Urbana-Champaign. Charged with investigating and making recommendations in cases regarding student or instructor violation of Institute policy, incidents, and accidents.

2007 **Aviation Safety and Careers in Aviation, Girl Scouts of America,** Ninety-Nines International Association of Women Pilots. Race Across America. Oklahoma City, OK, June 16-18.

2006 **Academic Director Search Committee,** Institute of Aviation, University of Illinois at Urbana-Champaign. Completed work as member of Institute of Aviation Academic Director Search Committee. Developed candidate interview questions, interviewed candidates and recommended position.

2005-2007 **Coordinator, National Oceanic and Atmospheric Administration (NOAA) Research**, Institute of Aviation, University of Illinois at Urbana-Champaign. Coordination of pilot interaction, scheduling, route selection, and air sample testing with Greenwood Aviation Services and Civil Engineering department.

2005-2006 **Curriculum Revision Committee**, Professional Aviation and Human Factors Degree, Human Factors Division, Institute of Aviation, University of Illinois at Urbana-Champaign.

**Strategic Planning Committee,** Human Factors Division, Institute of Aviation, University of Illinois at Urbana-Champaign.

2004-2009 **Human Factors consultant** to the Risk Management and Patient Safety Institute, a division of MHA Insurance, *Just Culture and Patient Safety* project (2004-2009). As the only social/behavioral scientist on the team, I worked closely with risk managers, doctors, nurses, pharmacists and administrators to assure human behavioral and organizational issues are appropriately addressed in the research. This boundary crossing work has produced a validated refined survey tool, a just culture toolkit, and a software-based model of accountability, all available free of charge on the Web (https://www.mnhospitals.org/Portals/0/Documents/ptsafety/perinatal/maps-just-cult ure-provider-implementation-toolkit.pdf). This has advanced not only science, but also

the practice of understanding what contributes to organizational/cultural change factors. This work has applications beyond the medical arena.

2004-  **Founding Director and President,** Thaden Aviation Foundation.

2003 -  **Board Member,** Bobbi Trout Aviation Scholarship Trust.

2003-2006  **Advisory Board,** Octave Chanute Aerospace Museum, Rantoul, IL.

2003-2004  **Advisor,** Discovery Channel, 1929 First Transcontinental Women's Air Derby Documentary.

2003  **Representative, Association of Women in Aviation International,** 100 Women Who Made A Difference over 100 Years of Aviation and Aerospace, Cincinnati, OH.

2002  **Developer, Online Flight Safety Reporting System,** University of Illinois at Urbana-Champaign. Collaborator developing the protocols for the Worldwide Pilot Safety Input System, at UIUC's Institute of Aviation. Proactive tool to identify safety issues, encourage safe practice in aviation, and promote a high degree of awareness and responsibility among pilots.

2000-2005  **Advisor to the System Safety Group,** established to facilitate the design and implementation of system-based approaches to safety. During my tenure, I advocated for the detection of organizational contributions to front-line operator error and for the recognition of the socially situated nature of safety-critical work. I integrated the use of protocols developed in the aviation environment and the social sciences to be adapted to the healthcare environment for patient safety, and collaborative medical rounds.

1996  **Writer/Narrator, Protective Headgear Manufacturer's Association training video**. Training video teaching helmet manufacturers interview techniques for accident victims and data recording for accident causal factors and analysis.

**Spokesperson/Copilot/Safety Coordinator,** 1996 Staggerwing Beech Commemorative Tour. Cross country tour of 38 vintage Staggerwing aircraft and other escorts to recreate 1936 Bendix Transcontinental Race.

1994  **The Women's Network,** Talk Show, Hollywood, CA. Showcasing women's roles in aviation and educating women on careers in aviation.

1993  **Aviation Career Education (ACE) Camp Counselor**, Federal Aviation Administration aviation camp for teens to discover the basics of aviation as a career choice.

1991-1994  **Special Effects/Moulage Designer, Accident Advisor, Airport Disaster Response Exercise.**  Mass casualty, disaster feasibility study, Pease ANG base, Portsmouth, NH. First study of this kind in the seacoast area.   Director of victim trauma simulation. Designer/fabricator of prosthetic injuries.