IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS AIR, INC. and POLAR AIR CARGO WORLDWIDE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, <br><br> Defendants. | Civil Action No. 1:17-cv-01953-RDM <br><br> **REBUTTAL DECLARATION OF DARIN N. LEE, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

## I.   OVERVIEW AND QUALIFICATIONS

1.   I am an economist and Executive Vice President in the Boston, Massachusetts office of Compass Lexecon.  My qualifications were set forth in my first declaration in this matter submitted on September 24, 2017.[1]  I submit this rebuttal declaration in response to certain points raised in the declaration of Mr. Daniel Akins[2] as well as the statement of Dr. Terry Von Thaden, the declaration of Robert Kirchner, and the opposition brief submitted by IBT.[3]  This rebuttal declaration contains a statement of my opinions as well as the bases for those opinions, and is supported by the work that I have performed or supervised to date.[4]  My investigation and consideration of the issues in this matter are ongoing, although I do not expect my conclusions to change.  Accordingly, my opinions are subject to revision based on the work I may complete in the future and further documents, data, testimony, and other materials I may review.  My professional

---

[1] *See* Declaration of Darin N. Lee, Ph.D., September 25, 2017 (hereinafter "Initial Declaration").

[2] *See* Declaration of Daniel Akins, October 23, 2017 (hereinafter "Akins Declaration").

[3] *See* Statement of Terry L. Von Thaden, Ph.D., October 23, 2017 (hereinafter "Von Thaden Statement"), Declaration of Robert Kirchner, October 24, 2017 (hereinafter "Kirchner Declaration") and Defendants' Memorandum In Opposition to Plaintiffs Motion for Preliminary Injunctive Relief, October 24, 2017 (hereinafter "IBT's brief").  This rebuttal declaration does not directly address every opinion or statement expressed in Mr. Akins's and Mr. Kirchner's declarations, Dr. Von Thaden's statement or IBT's brief; however, this should not be taken to imply that I agree with the statements in Mr. Akins's and Mr. Kirchner's declarations, Dr. Von Thaden's statement, or IBT's brief that I have not addressed.

[4] A list of additional documents and information sources considered in preparing this rebuttal declaration is provided as Appendix A.

fees for this matter are $750 per hour and my compensation is not contingent on the outcome of this litigation.

2.  In my Initial Declaration, I described a variety of statistical analysis demonstrating how several measures of behavior by Atlas's pilots began to exhibit significant changes relative to their historical norms after the Union sent its Section 6 notice to the Company on February 16, 2016.  These changes in pilot behavior include:  (i) an increase in the proportion of pilot sick calls made on short notice, (ii) an increase in the proportion of Atlas's pilots reporting themselves as being unable to perform their duties due to fatigue, (iii) a decrease in the willingness by pilots to accept additional flying assignments (known as "open time"), (iv) a sharp and widespread decline in the willingness of pilots to depart once their aircraft is loaded and ready, and (v) an increase in the frequency that pilots are writing-up mechanical issues on aircraft under their command.  My Initial Declaration also described how each of these changes in pilot behavior were well in excess of what conventional statistical analysis would consider to be "random" occurrences when compared to a historical base period (e.g., the probability that some of the anomalous changes in pilot behavior could have been the result of random statistical variation was less than one-in-one billion[5]) and how these changes in pilot

---

[5] *See* Initial Declaration, paragraph 19 (discussing the less than one-in-one billion probability of the observed short-notice sick call rate since the Union sent its Section 6 notice) and paragraph 41 (discussing the less than one-in-one billion probability of the observed rate of Atlas's flights blocking out exactly at the ETD since the Union sent its Section 6 notice).

behavior coincide with a flurry of communications from the Union and its leadership encouraging its members to change their behavior relative to the status quo.[6] Moreover, my Initial Declaration contained a regression analysis controlling for the factors that systematically influence *prolonged delays* (i.e., delays of at least six hours), which indicated that since December 2016, the cumulative effect of changes in pilot behavior such as short-notice sick calls, fatigue calls and a reduced willingness to pick-up open time has resulted in a 1.18 percentage point increase in prolonged delays on all Atlas flights, and a 3.67 percentage point increase on flights operated for the U.S. military. Based on the analysis summarized in my Initial Declaration, I concluded that the dramatic and statistically significant increase in numerous measures of pilot behavior and the concomitant deterioration of the Company's operating performance and the loss of goodwill among many of its key customers was the result of a concerted job action by Atlas's pilots aimed at exerting leverage on the Company during the current contract negotiations.

3. In his declaration, Mr. Akins purports to show that the underlying cause of Atlas's deteriorating operational performance is not changes in pilot behavior, but rather, the Company's rapid growth (coupled with an industry-wide pilot shortage that has led to increased attrition among Atlas's current pilot workforce and resulted in too few pilots

---

[6] *See* Initial Declaration, footnotes 11 and 14.

4

to support Atlas's rapid expansion[7]) and increased operational complexity (arising from a changing customer base and proportionally more domestic flying),[8] which has resulted in Atlas's pilots "flying less but working more".[9]   Moreover, Mr. Akins's declaration claims to have identified eight "systemic problems" in my Initial Declaration:   (a) "Operational Issues at Atlas Predate the Union's Section 6 Notice"[10]; (b) "Dr. Lee Ignores the Dramatic Growth and Change of the Atlas Operation"[11]; (c) "The Alleged Causes Do Not Explain the Effects"[12]; (d) "Dr. Lee's Causality Is Asserted, Not Observed"[13]; (e) "The Effects are Improperly Measured";[14] (f) "Lack of Randomness in Binomial Trials Undermines Analysis";[15] (g) "Dr. Lee's Regressions Materially

---

[7] *See* e.g., Akins Declaration, page 25 ("The increased utilization of pilots on days off indicates that Atlas was understaffed…") and pages 25-26 ("The extreme growth and changing customer base of the combined Atlas operation is occurring in an unprecedented period of constrained pilot supply… Against this prevailing industry-wide phenomenon, it is nearly impossible that an air carrier like Atlas would not encounter serious issues in recruiting and retaining adequate numbers of qualified pilots.")

[8] *See e.g.*, Akins Declaration, page 17 ("These substantial changes have introduced complexity and stress which has been compounded by the company's rapid rate of growth") and page 18 ("All of this underlying dramatic change and extreme growth would likely strain any business operation, let alone one as complex and global in scope as Atlas's air cargo networks.")

[9] *See* Akins Declaration, page 21.

[10] Ibid, page 4.

[11] Ibid, page 6.

[12] Ibid, page 6.

[13] Ibid, page 7.

[14] Ibid, page 8.

[15] Ibid, page 9.

Overstate the Impact of Alleged Pilot Behaviors";[16] and (h) "Dr. Lee Misrepresents Observational Facts, and Invents Measurements Which Do Not Exist."[17]  In section II below, I explain why each of these criticisms are incorrect and why the analysis in Mr. Akins's declaration is statistically unsound.  Section II also briefly addresses certain points raised by Dr. Von Thaden's statement and IBT's brief.

## II.   ANALYSIS OF CLAIMS IN MR. AKINS'S DECLARATION

### a) Mr. Akins's Claim that "Operational Issues at Atlas Predate the Union's Section 6 Notice" is Incorrect

4. A primary conclusion of my Initial Declaration was that Company's operational performance began to deteriorate after the Union sent its Section 6 notice to the Company.  For example, Exhibits 20-22 of my Initial Declaration showed the proportion of Atlas's flights suffering a *prolonged delay* (i.e., those of at least six hours) rose sharply versus historical norms starting in December of 2016 (i.e., at the height of last year's peak shipping season) and have remained statistically elevated to the present day.  Likewise, Exhibit 23 of my Initial Declaration showed that since the Union sent its Section 6 notice, the average minutes of departure delay for Atlas flights (relative to their estimated time of departure ("ETD")) has increase by 6.3 minutes.

5. Mr. Akins's declaration contains no meaningful rebuttal to my analysis clearly demonstrating that Atlas's operational performance significantly worsened after the

---

[16] Ibid, page 10.

[17] Ibid, page 12.

Union sent its Section 6 notice.  Instead, Mr. Akins responds that "[o]perational issues at Atlas predate the Union's Section 6 notice."[18] Mr. Akins further claims that the "Atlas operation is chronically subject to delays, and the proportion of flights subject to delay has been steadily increasing since 2013."[19]  To support this assertion, Exhibit 1 of Mr. Akins's declaration shows the proportion of Atlas's flights that *arrive* before, at, or after their *scheduled arrival time* (allegedly showing that a significant proportion of Atlas's flights arrive at least one minute after their scheduled arrival time, and that this proportion began increasing before February 2016).  According to Mr. Akins, it is only relevant to focus on arrival delays (rather than departure delays) because "[f]or air cargo customers, it is simply irrelevant whether a flight departs on or before its estimated departure time. What is important is arrival time."[20]

6. Mr. Akins's analysis is flawed on several levels.  First, all airlines routinely experience some degree of delays, particularly when the delay measure being studied includes flights delayed due to weather, ATC or customer-driven reasons.  Thus, because the estimated arrival times change for many of Atlas's flights (vs. what was originally scheduled) due to weather/ATC, customer requests, or a host of other factors out of the control of pilots, it unclear whether Mr. Akins's measure of operational reliability is even a meaningful metric to assess whether pilot actions have (or have not) caused the

---

[18] *See* Akins Declaration, page 4.

[19] *See* Akins Declaration, page 5.

[20] *See* Akins Declaration, page 8.

Company's operational performance to suffer.  Second, Mr. Akins makes no attempt (as I have done in my Initial Declaration) to determine whether his metric of operational performance (i.e., whether a flight arrives at least one minute after its Atlas's originally scheduled arrival time) worsened after the Union sent its Section 6 notice.  But it is apparent even to the naked eye that the slope of the dark blue Late Arrival line in Mr. Akins's Exhibit 1 increases in early 2016 (i.e., around the time that the Union sent its Section 6 notice).

7. Mr. Akins further claims that "[a]ttempts to discern operational impacts of changes in pilot behavior, or any other change for that matter, is rendered near impossible when the majority of Atlas operations are already delayed."[21]  This statement is simply false. There are  well-established analytical tools commonly relied upon by economists, statisticians and other researchers to disentangle one effect from another on a variable of interest (e.g., delays), including the use of multivariate regression models that are specifically designed to isolate the effect of one variable holding all other variables fixed.  Similarly, researchers can also limit the sample of flights to exclude those which were delayed for reasons outside of the Company's or its pilots' control (e.g., weather, ATC, customer requests, etc.).  Indeed, while both of these approaches were used in my Initial Declaration to demonstrate whether average departure delays[22] and prolonged

---

[21] *See* Akins Declaration, page 59.

[22] *See* Initial Declaration, Exhibit 23.

delays (i.e., those of at least six hours)[23] increased after the Union sent its section 6 notice to the Company, Mr. Akins's failed to incorporate either approach.

### b) Mr. Akins's Claim that the Dramatic Growth and Change of the Atlas Operation is the Underlying Cause the Deterioration in The Company's Operational Reliability is Demonstrably False

8.   As noted above, a key theme of Mr. Akins's declaration and the IBT's brief is that one of the root causes for the erosion in Atlas's operational performance since the Union sent its Section 6 notice is the Company's "unprecedented growth, the dramatic shift from a primarily non-scheduled to a scheduled operation, its changed customer base, and the expansion of the complexity of Atlas's operation over the past several years."[24] As discussed below, this claim is unsupported by both the facts and the data.

9.   Mr. Akins argues that "[d]uring the last several years, the combined Atlas/Polar operation has undergone substantial changes in a very compressed time frame"[25] and that "[a]fter the diversification of the customer base… the combined Atlas operation became more domestically-oriented and predominantly scheduled.  These substantial changes have introduced complexity and stress which has been compounded by the

---

[23] *See* Initial Declaration, Exhibit 22.

[24] *See* Akins Declaration, page 6.  *See also*, IBT's brief, page 47, "the vast majority of operational problems at Atlas are the result of rapid growth, a changing route structure and operational profile, combined with a management failure to properly invest in adequate capacity to service customer requirements."

[25] *See* Akins Declaration, page 15.

company's rapid rate of growth."[26]  Mr. Akins notes that in "[his] experience, changes of this magnitude, especially in the context of relevant changes to the overall industry, can directly cause substantial stress on the pilot workforce and the performance of the combined Atlas operation."[27]  For the reasons described below, however, this claim does not withstand scrutiny.

10. To begin with, while Mr. Akins's declaration correctly shows that Atlas's operations have been evolving (*see, e.g.*, Exhibit 4 of his declaration showing that an increasing proportion of Atlas's flights are for scheduled carriers DHL and Amazon), he provides no credible reason as to why a more highly scheduled network should result in "increased complexity" for the Company.  To the contrary, one would expect (and I have seen no data or Company testimony to suggest otherwise) just the opposite—i.e., that as a greater proportion of the carrier's operations become scheduled, it *reduces* relative complexity by making the operation more—rather than less—predictable.

11. Moreover, while Mr. Akins correctly points out that "[t]hese [customer mix] changes have, overall, reduced the utilization of aircraft and crews"[28] his speculation that pilots are flying more flights in order to maintain a constant level of monthly block because of

---

[26] Ibid, page 17.  *See also* Akins Declaration, page 31 ("[t]he phenomenal growth of the combined Atlas operation throughout this period, as well as the increased complexity of the operation -- including the addition of Amazon operations in early 2016 -- are examples of changes in conditions which could reasonably affect pilot behavior.")

[27] Ibid, pages 15-16.

[28] *See* Akins Declaration, page 19.

shorter average block times is not only untethered to reality (i.e., he assumes the average Atlas pilot flies 70 block hours per month, even though his own Exhibit 6 shows they fly roughly 40), it is wholly unsupported by the data.[29]  For example, Exhibit 1 below compares several measures of pilot staffing at Atlas from the historical base period (column 1) to the period since the Union sent its Section 6 notice (column 3), as well as to an alternative base period using the same range of calendar months since the Union sent its Section 6 notice, but taken from the historical base period (column 2).[30]  As shown in Exhibit 1, regardless of whether one measures Atlas's pilot utilization by the average number of pilot block hours per month, the number of days worked per pilot per month or the number of flights per pilot per month, there is no evidence to support Mr. Akins's assertion that "Pilots Are Flying Less But Working More".[31]

---

[29] *See* Akins Declaration, page 20:  "The decline in average block time means that pilots, on average, need to fly more trips per month to maintain the level of block hours they achieved in prior periods. If the average Atlas pilot flew 70 block hours per month, this drop would require each pilot, on average, to fly 3 more trips per month to make up the difference in shorter flight time."

[30] The rationale for showing a second base period (column 2) is that the test period (i.e., the period since the Union sent its Section 6 notice) contains proportionally fewer peak months (e.g., September – December) than the historical base period used in column 1.  While it is my understanding that the Union sent its section 6 notice to the Company on February 16, 2016, for simplicity I include all of February 2016 in column 3 of Exhibit 1.  If February 2016 were to be excluded from the table, there would be no material change.

[31] *See* Akins Declaration, page 21.

**EXHIBIT 1:  COMPARISON OF ATLAS PILOT STAFFING RATIOS, PRE-AND POST-SECTION 6 NOTICE BY UNION**

| | (1) | (2) | (3) |
|---|---|---|---|
| | Jan 2013 - Jan 2016 | Feb 2014 - Aug 2015 | Feb 2016 - Aug 2017 |
| **747s** | | | |
| Average Monthly Block per Pilot | 48.6 | 50.9 | 44.8 |
| Average Number of Days Worked per Month | 16.1 | 16.6 | 15.6 |
| Average Flights per Month per Pilot | 7.5 | 7.8 | 6.9 |
| **767s** | | | |
| Average Monthly Block per Pilot | 26.8 | 26.6 | 24.0 |
| Average Number of Days Worked per Month | 16.5 | 16.6 | 15.6 |
| Average Flights per Month per Pilot | 7.9 | 8.0 | 7.2 |

Source: Analysis of Atlas data.
Note: Data through August 31, 2017. Monthly averages standardized to 30 day month equivalents.

12. Another potential explanation for the deteriorating performance at Atlas that Mr. Akins posits is that "Industry-Wide, There Aren't Enough Pilots"[32] and that "it is nearly impossible that an air carrier like Atlas would not encounter serious issues in recruiting and retaining adequate numbers of qualified pilots."[33]  While it is true that the overall supply-demand relationship in the broader market for commercial airline pilots has shifted in recent years to favor pilots, for the purposes of assessing whether Atlas's pilots have been engaged in concerted activity aimed at disrupting the Company's operations, any alleged "pilot shortage" is only relevant to the extent that *Atlas* suffers from a pilot shortage.  Similarly, Atlas—like any airline—experiences some degree of attrition amongst its pilots.  Thus, while a more robust market for pilots may have contributed to relatively higher rates of attrition at Atlas (as well as other carriers) in recent years, higher attrition is also only relevant to the extent that it has resulted in too few pilots to

---

[32] *See* Akins Declaration, page 25.

[33] *See* Akins Declaration, page 26.

fly Atlas's schedule after taking account of how many pilots Atlas successfully hires and trains.  However, because all of the pilot utilization figures shown in either my Initial Declaration or in Exhibit 1 above are limited to pilots that are already flying in revenue service, any alleged pilot shortage would not impact my analysis.

13. Mr. Akins also attempts to support his claim that "Pilots Are Flying Less But Working More"[34] by purporting to show in Exhibit 7 of his declaration that pilots are away from base during "days on"[35] more often than the historical practice at Atlas.[36]  However, Exhibit 7 of Mr. Akins's Declaration utilizes a well-known sleight-of-hand to distort the facts by artificially compressing the vertical axis of his chart.  To make matters worse, Mr. Akins does not even show the trend before 2015.  Exhibit 2 corrects Mr. Akins's exhibit by extending the period of time further back and resetting the axis to start at zero.[37]  Once these two corrections are made, it is clear that: (1) the increase in average

---

[34] *See* Akins Declaration, page 21.

[35] Mr. Akins's Exhibit 7 only shows hours away from base on "days on" and does not consider hours away from base on "days off."

[36] Mr. Akins also notes that "To generate block time at the controls of an aircraft, Atlas pilots are frequently required to travel long distances across multiple time zones, be away from home for extended durations, and be "on call" for flying assignments which frequently change to accommodate all manner of uncontrollable events, including weather, customer-directed changes, aircraft availability, and other critical factors which are difficult or impossible to predict." (Akins Declaration, page 21), but what he fails to mention is that flying at Atlas has always been that way and none of these factors have changed and therefore these factors cannot be the source of the observed change in pilot behavior.

[37] While I am not able to exactly replicate Exhibit 7 in the Akins Declaration, the portion of Exhibit 2 that covers the same time period closely matches Mr. Akins's exhibit.

days-on time away from base Mr. Akins references in Exhibit 7 of this declaration is well within the range of variation that Atlas pilots experience,[38] and (2) the average time away from base on "days on" since the Union sent its Section 6 notice is fully consistent with (and indeed, slightly lower than)[39] the levels typically seen at Atlas, directly contradicting Mr. Akins claim that "Pilots Are Flying Less But Working More."[40]

---

[38] For example, as shown in Exhibit 2, between January 2013 and November 2013, the average days-on time away from base increased by nearly 60 hours, and increased by over 40 hours between February and November 2014.

[39] The average monthly days-on time away from based between February 2016 and August 2017 was 276 hours, slightly less than the average from January 2011 through January 2016 of 279 hours.

[40] *See* Akins Declaration, page 21.

**EXHIBIT 2: CORRECTED EXHIBIT 7 FROM AKINS DECLARATION**



Source: Analysis of Atlas data.
Note: Data through August 31, 2017. Average "days on" time away from base is the average of each pilot's Days On Time Away From Base RIG for the month multiplied by 4.95.  Excludes pilots with no credit hours in the month.  February of each year is adjusted to reflect a 30 day month equivalent.

14. Likewise, Mr. Akins purports to show that "Pilots are Working More on Days Off"[41] in

Exhibit 9 of his declaration.  However, because Mr. Akins made no attempt to scale the

data by Atlas's growing number of pilots, his figure is both uninformative and

misleading.  Moreover, based on my analysis of the same data, Mr. Akins's exhibit is

also incorrect.[42]  Exhibit 3 below shows the average credit hours *per pilot* each month

for each of the "days off" work categories in Mr. Akins's Exhibit 9.  In addition to

correcting Mr. Akins's Exhibit 9 to accurately reflect the data, Exhibit 3 plots the

---

[41] *See* Akins Declaration, page 24.

[42] Because I did not have the database query or computer code that was used by Mr. Akins to construct Exhibit 9 of his declaration, I was unable to pinpoint the nature of the error that caused the erroneous spike in the data in 2017.  However, when I replicated his exhibit (and did not scale by the number of pilots), the pattern closely resembled his exhibit with the exception of the spike at the end.

15

average credit hours *per pilot* which is a far more informative measure of pilot work than the index that Mr. Akins shows in Exhibit 9 of his declaration.  Exhibit 3 shows that while work on days off was relatively high in 2015, it declined significantly after the Union sent its Section 6 notice to the Company and continues to be well below the historical peak.

**EXHIBIT 3:  AVERAGE PILOT DAYS OFF CREDIT HOURS PER MONTH (CORRECTED EXHIBIT 9 FROM AKINS DECLARATION)**



Source: Analysis of Atlas data.
Note: Data through August 31, 2017.  Excludes pilots with no credit hours in the month.  Monthly averages per pilot.

15. Moreover, Mr. Akins's broader claim that Atlas's growth—by itself—"would likely strain any business operation, let alone one as complex and global in scope as Atlas's air cargo networks"[43] is unconvincing, particularly in light of the fact that Exhibit 2 of my Initial Declaration (as well as Exhibit 3 of Mr. Akins's declaration) shows that Atlas has been growing its operations consistently since 2010.  Thus, because rapid growth has been present throughout the entire period of time in my analysis (i.e., both before

---

[43] Ibid, page 18.

and after the Union sent its Section 6 notice), it cannot explain—as Mr. Akins asserts—why Atlas's operations have recently deteriorated.

16. To more rigorously demonstrate that directly controlling for the size and scope of Atlas's operations does not alter my fundamental conclusion that changes in pilot behavior have resulted in a deterioration in Atlas's operational performance, Exhibit 4 below modifies the prolonged delay regression from Exhibit 22 of my Initial Declaration (replicated in column 1) to explicitly control for various measures of Atlas's size on complexity.  For example, column 2 controls for the number of aircraft in Atlas's fleet by including a **Monthly Shell Count** variable,[44] column (3) controls for the number of unique destinations served in a given month by including **Destinations Served per Month**, column (4) controls for the proportion of Atlas's operations that are domestic, and column (5) controls for the monthly number of departures.  In each of these robustness tests, the added size or complexity variable is statistically *insignificant*, contradicting Mr. Akins's assertion that the growth in Atlas's operations or customer based is a root cause of the Company's deteriorating operational performance.[45]  Moreover, the estimated coefficient on **D(post-Dec. 1, 2016)** in columns 2-5 remain positive, similar in magnitude and statistically significant at the 99% level, confirming that even after directly controlling changes in various measures of size or complexity in

---

[44] Monthly Shell Count is defined as the average number of Atlas aircraft in revenue service in a given month.

[45] These results also directly contradict IBT's claim that Atlas "is unable to support a growing airline of this size." *See* Exhibit 119 to Supplemental Declaration of Jeff Carlson, October 23, 2017 (hereinafter "Chairman's Update, October 3, 2017").

Atlas's operation, the underlying conclusion of my Initial Declaration (i.e., that changes in pilot behavior have resulted in a decline in the Company's operational performance) remains unchanged.

**EXHIBIT 4:  SENSITIVITY ANALYSIS OF PROLONGED DELAY REGRESSION TO INCLUDE CONTROL FOR SIZE AND SCOPE OF ATLAS'S OPERATIONS**

| Variables | (1)<br>Initial Declaration* | (2)<br>Including Monthly<br>Shell Count | (3)<br>Including<br>Destinations Served | (4)<br>Including<br>Proportion Domestic | (5)<br>Including<br>Monthly Departures |
|---|---|---|---|---|---|
| D(Feb. 16, 2016 to Nov. 30, 2016) | -4.33e-05 | -0.000944 | -0.000803 | -0.000667 | -0.00252 |
| | (0.00155) | (0.00211) | (0.00177) | (0.00162) | (0.00209) |
| D(post-Dec. 1 2016) | 0.0118** | 0.0105** | 0.0110** | 0.0105** | 0.00808** |
| | (0.00174) | (0.00282) | (0.00192) | (0.00212) | (0.00279) |
| Industry D0 Delay Rate | 0.0161 | 0.0157 | 0.0155 | 0.0176 | 0.0148 |
| | (0.0124) | (0.0124) | (0.0124) | (0.0122) | (0.0125) |
| Monthly Block per Pilot | 0.000599** | 0.000563** | 0.000551** | 0.000582** | 0.000444* |
| | (0.000182) | (0.000191) | (0.000190) | (0.000184) | (0.000206) |
| Long AOS Rate | 0.160** | 0.161** | 0.160** | 0.159** | 0.160** |
| | (0.0273) | (0.0274) | (0.0273) | (0.0272) | (0.0272) |
| Monthly Shell Count | | 5.85e-05 | | | |
| | | (0.000104) | | | |
| Destinations Served per Month | | | 3.16e-05 | | |
| | | | (3.18e-05) | | |
| Proportion of Domestic Departures | | | | 0.0111 | |
| | | | | (0.0106) | |
| Monthly Atlas Departures | | | | | 2.91e-06 |
| | | | | | (1.77e-06) |
| D(Sunday) | 0.00383* | 0.00381 | 0.00380 | 0.00412* | 0.00376 |
| | (0.00195) | (0.00195) | (0.00195) | (0.00195) | (0.00195) |
| D(Monday) | 0.00114 | 0.00113 | 0.00113 | 0.00162 | 0.00112 |
| | (0.00169) | (0.00169) | (0.00169) | (0.00175) | (0.00168) |
| D(Tuesday) | 0.00182 | 0.00180 | 0.00179 | 0.00172 | 0.00175 |
| | (0.00178) | (0.00178) | (0.00177) | (0.00178) | (0.00178) |
| D(Wednesday) | 0.000967 | 0.000951 | 0.000944 | 0.000916 | 0.000915 |
| | (0.00170) | (0.00170) | (0.00170) | (0.00170) | (0.00170) |
| D(Thursday) | 0.00259 | 0.00259 | 0.00258 | 0.00233 | 0.00257 |
| | (0.00179) | (0.00179) | (0.00179) | (0.00178) | (0.00179) |
| D(Friday) | -0.00138 | -0.00139 | -0.00139 | -0.00175 | -0.00140 |
| | (0.00159) | (0.00159) | (0.00159) | (0.00163) | (0.00159) |
| Constant | -0.0306** | -0.0314** | -0.0332** | -0.0336** | -0.0296** |
| | (0.00953) | (0.00967) | (0.00991) | (0.00971) | (0.00958) |
| Observations | 2,089 | 2,089 | 2,089 | 2,089 | 2,089 |
| R-Squared | 0.094 | 0.095 | 0.095 | 0.095 | 0.096 |

Robust standard errors in parentheses
** p<0.01, * p<0.05

*Regression from initial declaration
Data through September 19, 2017. Dependent variable is proportion of delays of at least 6 hours relative to STD.
Week of year fixed effects not shown. Flights with neither uncontrollable delays nor secondary delays.

17. Nor can the absolute size of Atlas's operations since the Union sent its Section 6 notice be the underlying cause of the recent increase in Atlas's operational disruptions, as

alleged by IBT.[46]  Indeed, as shown graphically in Exhibit 20 of my Initial Declaration (and later confirmed using the regression model summarized in Exhibit 22 of my Initial Declaration), throughout most of 2016, the proportion of Atlas's flights suffering from prolonged delays was *not* statistically elevated, even though the Company was operating only seven fewer aircraft—on average—than it was between December 2016 and September 2017.[47]

18. Mr. Akins also criticizes the regression analysis in my Initial Declaration as being too complex, arguing that "[s]ometimes simple explanations are the best."[48]  To support this position, Exhibit 12 of his declaration shows the results of a regression model where the dependent variable (i.e., the variable he is trying to explain) is the proportion of monthly Atlas flights that arrive after their scheduled departure time.  In his "simple" regression model, Mr. Akins uses only one independent variable—the number of Atlas operations during the month (which he refers to as which is the Atlas's Operational "Tempo").  Based on the fact that: (1) the estimated coefficient for his independent variable is positive and statistically significant, and (2) his regression has an R-square of 0.596, Mr.

---

[46] *See e.g*., Chairman's Update, October 3, 2017: "While this approach might have worked with 25 airplanes and 400 pilots, with 80 aircraft and 1500 pilots it is falling apart before our eyes."

[47] Source:  Analysis of Atlas data.  In his declaration, Mr. Akins takes issues with the fact that I have included two sequential dummy variables to measure changes in pilot behavior on prolonged delays.  There is no logical basis for this argument, particularly given that the second dummy variable starts during the peak of last year's holiday shipping season, when the Company was most exposed to potential unlawful activity by pilots.

[48] *See* Akins Declaration, page 27.

Akins concludes that there is a "causal relationship" between Atlas's departure growth and the arrival delays.[49]   However, it is easy to see how the use of "simple" univariate regressions—as Mr. Akins's features throughout his declaration—can easily lead one to mistakenly conclude that there is a causal relationship between two variables when one does not exist.  For example, if one replaces Atlas's daily number of operations with the monthly closing value of the S&P 500 index, the estimated coefficient is also statistically significant well beyond the 99% level and the R-square of regression is over 50% (i.e., 0.536).  As a result, plotting the predicted value of a regression that replaces Mr. Akins's sole independent variable (e.g., Atlas's monthly level of operations) with another upward trending variable (e.g., the monthly closing value of the S&P 500 index) versus the actual values of Atlas's arrival delay rate yields materially the same picture as Exhibit 11 in Mr. Akins's declaration.

---

[49] *See* Akins Declaration, page 27.

**EXHIBIT 5:  REPLICATION OF AKINS EXHIBIT 11 REPLACING ATLAS MONTHLY DEPARTURES WITH MONTHLY S&P 500 CLOSING VALUE**



Sources: Analysis of Atlas data. Yahoo Finance, https://finance.yahoo.com/quote/%5EGSPC/history?p=%5EGSPC
Note: Data through August 31, 2017. Predicted value based on regression model including the S&P 500 index. S&P 500 closing price on the last day of the month.

19. Mr. Akins's other univariate regressions suffer from similar flaws as the regression in

his Exhibit 12.  For example, in Exhibit 14 of his declaration, Mr. Akins regresses the

monthly number of short-notice sick calls on the monthly number of Atlas departures

and concludes that the "regression of monthly pilot short-notice sick calls versus total

monthly Atlas departure strongly indicate a causal relationship."[50]  It is no surprise that

Mr. Akins finds a relationship between the *number* of monthly short notice sick calls

---

[50] *See* Akins Declaration, page 32.

and the *number* of Atlas departures as both variables are growing over time, as Atlas had added more aircraft—and hence more pilots—over this period of time.  Because Atlas is a growing carrier, it is important to use a measure that captures not simply the number of short-notice sick calls (which will depend on the number of pilots), but rather pilots' *propensity* to make short-notice sick calls.  This is precisely what I do in Exhibit 5 of my Initial Declaration where I plot the proportion of sick calls made on short notice sick over time.  Moreover, putting aside the flaws in how Mr. Akins constructed the variables in his regression, a more significant problem is that he makes no attempt to use his regression to test whether there has been a change in this aspect of pilot behavior since the Union sent in Section 6 notice.

20. Exhibit 6 below demonstrates what happens when you correct for the flaws in Exhibit 14 of Mr. Akins's declaration.  Column 1 of Exhibit 6 below replicates his model, while column 2 shows the results when three corrections to his regression are made: (1) I use the monthly *proportion* of short-notice sick calls as the dependent variable—a measure that would not be expected to grow proportionally to the Company's size or number of pilots—instead of the *number* of short-notice sick calls, (2) I replace the total number of monthly Atlas departures with the average number of flights *per pilot*,[51] and (3) I add as a second variable to the regression a dummy variable which takes the value 1 for all observations on or after February 2016 and is zero otherwise, denoted **D(post-Feb**

---

[51] Unlike total monthly number of flights at the Company (which Mr. Akins uses), I would expect that the number of flights *per pilot* could be an important potential explanatory variable for short-notice sick calls since it measures of how much pilots are flying at Atlas.

**2016)**.  The results of this regression show that estimated coefficient for average flights

per pilot is positive but not statistically significant, however, the coefficient on the

**D(post-Feb 2016)** dummy variable is statistically significant at the 99% level.  Simply

put, Mr. Akins' own regression model (suitably corrected) is fully consistent with the

finding from my Initial Declaration that short-notice sick calls increased after the Union

sent its Section 6 notice, a point that remains true even after one controls for the amount

pilots are flying.

**EXHIBIT 6:  REPLICATION AND CORRECTION OF MR. AKINS'S EXHIBIT 14 (EXAMINING SHORT NOTICE SICK CALLS)**

| VARIABLES | (1) Replication of Akins Regression Exhibit 14 | (2) Correction of Akins Regression Exhibit 14 |
|---|---|---|
| Dependant Variable | Number of Short Notice Sick Calls | Share of Short Notice Sick Calls |
| D(post-Feb 2016) | | 0.0552** |
| | | (0.0134) |
| Monthly Departures | 0.0289** | |
| | (0.00267) | |
| Average Flights per Pilot | | 0.00674 |
| | | (0.00939) |
| Constant | -45.51** | 0.0914 |
| | (7.200) | (0.0721) |
| | | |
| Observations | 56 | 56 |
| R-squared | 0.684 | 0.253 |

Standard errors in parentheses
** p<0.01, * p<0.05
Source: Analysis of Atlas data.
Note: Data through August 31, 2017. Column (1) is a replication of the regression in Exhibit 14 of the Akins Declaration.

21. Similar corrections can be made to the regression in Exhibit 18 of Mr. Akins's

Declaration, where the monthly number of fatigue calls is regressed on the monthly

number of Atlas departures.[52]   Again, it is no surprise that Mr. Akins finds a positive relationship between the *number* of monthly pilot fatigue calls and the *number* of Atlas departures, as one might expect the *number* of fatigue calls to increase proportionally with Atlas's operations.[53]   And just like his short-notice sick regression, Mr. Akins makes no attempt to use his fatigue regression to test whether pilot fatigue rates changed after the Union sent its Section 6 notice.   Exhibit 7 below demonstrates what happens when you correct for the flaws in Exhibit 18 of Mr. Akins's declaration.   Column 1 of Exhibit 7 below replicates his model, while column 2 shows the results when three corrections to his regression are made: (1) rather than the level of fatigue calls, I use fatigue calls per 1,000 pilots as the dependent variable, (2) I replace the number of monthly Atlas departures with the average number of flights *per pilot*,[54] and (3) I add the same **D(post-Feb 2016)** dummy variable described above. The results of this regression show that while the estimated coefficient for average flights per pilot is statistically significant at the 95% level, the coefficient on the **D(post-Feb 2016)** dummy variable is statistically significant at the 99% level.   Thus, consistent with the analysis in my Initial Declaration, a corrected version of Mr. Akins's own fatigue

---

[52] *See* Akins Declaration, page 39.

[53] Because of the growth in Atlas's operations, Exhibit 7 of my Initial Declaration plotted the number of monthly fatigue calls *per 1,000 active pilots* instead of the un-scaled number of monthly fatigue calls (*see* Initial Declaration at page 27).

[54] Similar to the regression in Exhibit 6, I would expect that the number of flights per pilot would be a more important potential explanatory variable for fatigue calls than the total monthly number of flights at the company.

regression indicates that pilot fatigue calls at Atlas have been statistically elevated since the Union sent its Section 6 notice in February 2016.[55]

**EXHIBIT 7:  REPLICATION AND CORRECTION OF MR. AKINS'S EXHIBIT 18 (EXAMINING PILOT FATIGUE)**

| VARIABLES | (1) Replication of Akins Regression Exhibit 18 | (2) Correction of Akins Regression Exhibit 18 |
|---|---|---|
| Dependant Variable | Number of Fatigue Calls | Fatigue Calls per 1,000 Pilots |
| D(post-Feb 2016) | | 17.30** |
| | | (3.563) |
| Monthly Departures | 0.0268** | |
| | (0.00288) | |
| Average Flights per Pilot | | 6.293* |
| | | (2.584) |
| Constant | -64.46** | -45.85* |
| | (8.367) | (21.20) |
| Observations | 38 | 38 |
| R-squared | 0.706 | 0.461 |

Standard errors in parentheses
** p<0.01, * p<0.05

Source: Analysis of Atlas data.
Note: Data through August 31, 2017. Column (1) is a replication of the regression in Exhibit 18 of the Akins Declaration.

---

[55] By the same token, the assertion by Mr. Akins on page 38 of his declaration that I "jump[ed] to [an] odd and counterfactual conclusion" based on the profile of fatigue rates shown in Exhibit 17 of his declaration is simply incorrect.  As noted in Exhibit 11 of my initial declaration, average block hours for Atlas's pilots had been declining during the period after the Union sent its Section 6 notice compared to the period before.  Likewise, footnote 41 of my initial report pointed to several additional factors potentially related to fatigue I had considered and ruled out.  Moreover, to the extent that pilot fatigue rates increased in 2015 relative to 2014, this is largely a reflection of the increase in pilot utilization in 2015 which is also apparent from Exhibit 11 of my initial declaration.

### c) *Mr. Akins's Claim that "The Alleged Causes Do Not Explain the Effects" is Unfounded*

22. Mr. Akins contends that in order to establish an unlawful job action by Atlas's pilots, I would need to: (a) demonstrate that Union communications successfully directed or steered pilot behavior, (b) show conclusively that Union orchestrated pilot behavior impacted the Atlas operation in a material way and (c) show that changes in the Atlas operation were meaningful, detrimental, and would not have occurred on their own. While this is precisely what has been demonstrated in my Initial Declaration,[56] Mr. Akins attempts to cast doubt on my conclusions by arguing that I did not "establish firm causal relationships that link alleged Union activity to pilot behavior, or pilot behavior to a deterioration in the Atlas operation."[57]  These criticisms, however, flow from a

---

[56] *See* Initial Declaration, page 8: "Based on a statistical "regression" model that controls for the factors that systematically influence the ability of pilots to depart when their aircraft is loaded and ready, the proportion of Atlas's flights departing when loaded and ready has plunged by 35.0 percentage points since the Union sent its Section 6 notice, while the proportion of Atlas's flights departing exactly at the estimated time of departure increased by 31.9 percentage points.  Both changes in behavior are statistically significant at the 99% level of confidence and coincide with several communications by the Union's leadership directing its members to engage in a "BOOT" (i.e., Block Out On-Time) campaign." *See also*, Initial Declaration, page 48 and Initial Declaration, Exhibits 14 and 22.

[57] *See* Akins Declaration, page 7.  Mr. Akins also alleges that I did not establish that "an allegedly-deteriorating operation worked to the detriment of the Company's customer relationships" (Akins Declaration, page 7).  However, based on the customer complaints enumerated in Declarations of Mr. Carlson (cited in my Initial Declaration) and Mr. Flynn, there should be no doubt that the Company's deteriorating operation has resulted in a loss of customer good will.  *See* Initial Declaration footnote 13 citing Carlson Declaration Ex. 86 (quoting an e-mail from a customer, which stated: "The expectation was set to depart ASAP upon quick-turn of the aircraft to ensure an on-time arrival . . . .  The aircrew refused to depart until the 'scheduled' time set by Atlas (2039Z)."); Declaration of William J. Flynn, October 20, 2017 (hereinafter "Flynn Declaration"), page 6 ("One CEO recently told me he

profound lack of understanding regarding the use of statistical analysis to assess aggregate changes in a measures of interest (e.g., pilot sick or fatigue calls, flight delays, etc.) when each individual event that comprise the average may be influenced by random and/or unobservable factors.[58]  By combining multiple individual events at a more aggregate level (e.g., all of the flights in a given day, all of the fatigue calls in a given month, etc.), these random and/or unobservable factors that have the potential to influence individual events tend to average out, thereby allowing the researcher to more accurately identify the impact of systematic factors on the overall rate.[59]  By comparing the observed average rate for particular measure of interest to its historical distribution, one can ascertain with a high degree of certainty the likelihood that the observed rate is due to factors other than random statistical variation.  And when one further rules out

---

would have rather spoken to me about potential growth opportunities, but instead he had to talk to me concerning pilot behavior and its impact on the quality of Atlas' services.").

[58] For example, a pilot may call in sick on short notice because of a legitimate case of food poisoning.  However, because food poisoning events are likely to occur randomly, their impact on the *aggregate rate* of short-notice pilot sick calls over an extended period of time is not expected to be systematic.  By the same token, while a specific pilot fatigue call may be due to the legitimate factors identified on page 3 of Dr. Von Thaden's statement such as "sleep loss, time of day, time spent awake since last sleep, duration of last sleep," these idiosyncratic factors average out when analyzing aggregate data and neither Dr. Von Thaden nor Mr. Akins have identified any credible, systematic change in the factors that would affect the *aggregate rate* of fatigue calls.  Similarly, individual communications by between pilots and the Union are inherently unobservable.

[59] The use of aggregate-level data comprised of individual events to study changes in behavior or operational performance is common in empirical analysis of the airline industry. *See, e.g.*, Darin Lee and Nicholas Rupp, "Retracting a Gift:  How Does Employee Effort Respond to Wage Reductions?", *Journal of Labor Economics*, Volume 25, Number 4, October 2007, pp. 725-762 and Mas, Alexandre. "Pay, reference points, and police performance." *The Quarterly Journal of Economics* 121.3 (2006): 783-821.

other potential explanations for a statistically significant change either directly (e.g., through the use of a control variable in a regression or an examination of how the potential cause changed over time) or indirectly (e.g., by carefully restricting the set of data to examine to exclude certain events, as I have done), economists can have a high degree of confidence that a statistically significant change can be attributed to outside factors (e.g., efforts by pilots to disrupt Atlas's operations) even when each of the underlying motivation or cause for each individual event or communication is unobservable.

23. Finally, Mr. Akins's criticisms of the methodological approach used in my Initial Declaration to assess whether pilots have been engaged in unlawful activity aimed at disrupting the Company's operations are curious in light of the fact that in his own declaration, he concludes that "Arrival Delays *Have Been Caused* by Growth in the Atlas Operation"[60] based on nothing other than a spurious regression of two variables that happen to have the same trend over time (see paragraph 18 above).

### d) Mr. Akins's Claim that "Dr. Lee's Causality is Asserted, Not Observed" is Unfounded

24. Mr. Akins also argues that because the regressions in my Initial Declaration make use of one or more "dummy variables" to proxy for the aggregate impact of changes in pilot behavior on a particular independent variable of interest (e.g., prolonged delays),

---

[60] *See* Akins Declaration, Exhibit 11 (emphasis added).

causality is "asserted, not observed".[61]  In particular, Mr. Akins alleges that the use of dummy variables "is not appropriate for variables which are not binary"[62] and that "the dummy variables in Dr. Lee's statistical analyses are only useful in assigning causality to specific points in time; these dummy variables do nothing to explain what may have been occurring at those points in time."[63]  This criticism further illustrates Mr. Akins's lack of familiarity with econometric analysis and how dummy variables are used to conduct "event study" analyses to determine whether there has been a systematic change in the dependent variable (e.g. prolonged delays) beginning at a specific point in time *after controlling for other factors* that would be expected to influence the dependent variable of interest.  In the case of the prolonged delay regressions in Exhibit 22 of my Initial Declaration, not only do I control for factors that would be expected to effect the rate of prolonged delays (e.g. monthly block per pilot and the long AOS rate), I also carefully restrict the sample of flights so that it only includes flights that were not delayed for reasons outside of the Company's or pilot's control.[64]  Because my analysis controls for or eliminates the other factors expected to have an effect on the prolonged

---

[61] *See* Akins Declaration, page 7.

[62] Ibid.

[63] *See* Akins Declaration, page 8.

[64] *See* Initial Declaration, page 60.  In other words, I control for weather-, ATC-, or customer-driven delays by removing those delays from the sample and estimating a regression for the remaining prolonged delays.  Additionally, if I further refine the sample used in column 1 of Exhibit 22 of my Initial Declaration to exclude all flights with any delays for maintenance reasons, the results remain qualitatively similar.

delay rate, the estimated coefficient on the **D(post-Dec 1, 2016)** is correctly interpreted as measuring the aggregate impact of various changes in pilot behavior as directed by the Union communications on prolonged delays.

### e) *Mr. Akins's Claim that "The Effects are Improperly Measured" is Unfounded*

25. Mr. Akins claims that I have not "link[ed] the alleged behavior to a tangible, material operational impact"[65] and that in my "analysis of the impact of pilot behavioral change on Atlas's operation, [I] chose to measure "delays" in terms of whether there was a change after February 2016 in the share of Atlas flights departing at or prior to the estimated departure time."[66] But what Mr. Akins fails to understand is that my analysis of the increase in the proportion of Atlas flights departing *exactly at the ETD* was principally an analysis of a change in pilot behavior (i.e., the IBT's BOOT program).[67] While the BOOT program has had undoubtedly contributed to Atlas's deteriorating operational performance,[68] the primary measure of operational impact that I analyze is

---

[65] *See* Akins Declaration, page 8.

[66] Ibid.

[67] *See* Initial Declaration, Exhibit 14 and Initial Declaration, page 48, citing a June 20, 2016 video recording titled CBA Chat *"starting immediately, your ExCo are requesting that we all strive to block out on time.  No early departures."* (emphasis added).

[68] For example, Exhibit 23 of my Initial Declaration demonstrated that since the Union sent its Section 6 notice, Atlas's average departure delay relative to ETD had increased by 6.3 minutes.  And as described in the Declaration of Jeff Carlson, September 25, 2017, at paragraph 32, "Because Atlas pilots are refusing to depart when their aircraft is fully loaded, it is now routine for aircraft to get backed up, causing pressure on the customers' systems." *See also* Carlson Declaration at paragraph 33: ("Thus, when pilots intentionally wait until the estimated departure time to leave even though they were cleared to depart, it deprives

the proportion of Atlas flights with delays *of at least six hours*.  For Atlas's customers a delay exceeding six hours is far from irrelevant and constitutes a material operational impact.[69]

### f)  Mr. Akins's Claim that "Lack of Randomness in Binomial Trials Undermines Analysis" is Unfounded

26. Mr. Akins also fails to understand the binomial probability tests I utilize to estimate that the probability of observing, for example, the high proportion of pilot sick calls occurring on short notice and the high rate of pilot fatigue calls.  Referring to what Mr. Akins calls "extreme growth and change"[70] he asserts that "In these circumstances where conditions are dramatically changing over time, a binomial trial is simply not useful in the assessing the significance of changes in pilot behavior."[71]  However, Mr. Akins has done nothing to show that the operation has changed *in such a way as to alter pilot behavior*.  In fact, I demonstrated that not only has the growth at Atlas been present

---

Atlas and its customers of the aforementioned benefits, and Atlas' customers become dissatisfied with the Company's operational performance."

[69] *See* Carlson Declaration, page 71 ("[N]ot only does a significant extended delay result in missed customer deadlines for the delayed flight, the ripple effects of a single extended delay can, and often do, last for days and negatively impact multiple customers' flights and cargo."); Flynn Declaration, page 5 ("For some large customers liked DHL . . . a late arrival by Atlas may mean that thousands of packages are delayed by an entire day, causing a service failure by DHL to its own customers, and enormous inconvenience to the members of the public."), page 6 ("Numerous military flights have been severely delayed causing our troops to arrive late to military zones and without the critical supplies they need, putting their lives and missions in jeopardy.").

[70] *See* Akins Declaration, page 10.

[71] *See* Akins Declaration, page 10.

for the entire period of my analysis[72] but also that other potential causes of the change in pilot behavior such as pilot utilization measures at Atlas have not changed.[73]  Thus the binomial probability tests I utilize are correctly interpreted as measuring the probability that the observed changes in pilot behavior cannot be due to random variation.

### g) Mr. Akins's Claim that "Dr. Lee's Regressions Materially Overstate the Impact of Alleged Pilot Behaviors" is False

27. Mr. Akins alleges that the regressions in my Initial Declaration "suffer from a common set of misinterpretations and fatal flaws"[74] including "[o]verstated causality,"[75] using "multiple variables in an attempt to assess causality in his regressions,"[76] "[u]nnecessary complexity"[77] and "[l]inear redundancy."[78]  All of these criticisms are unfounded and demonstrate Mr. Akins's lack of understanding of the multivariate regression and econometric analysis used in my Initial Declaration.

---

[72]  *See* Initial Declaration Exhibit 2.  Importantly, this growth was present long before the change in pilot behavior.

[73] *See* Initial Declaration footnote 41 and Initial Declaration Exhibit 11.

[74] *See* Akins Declaration, page 10.

[75] Ibid.

[76] *See* Akins Declaration, page 11.

[77] Ibid.

[78] *See* Akins Declaration, page 12.

28. For example, Mr. Akins focuses heavily on the R-squared values (a measure of statistical "fit") of my regressions and asserts that "The r squared value of any regression model indicates the degree to which one observation explains or causes changes in the other. Low r-square values generally indicate weak relationships between variables."[79]  This statement is simply wrong.  While the r-squared does measure how much of the variation of the dependent variable is explained by all the independent variables, it provides *no insight into the strength of the relationship between variables*.  Further, Mr. Akins's view of how to utilize R-square is not how R-squared estimates are generally used by economists.   As noted in a well-known econometrics textbook, "[i]n general, econometricians are interested in obtaining 'good' parameter estimates where 'good' is not defined in terms of $R^2$.  Consequently the measure of $R^2$ is not of much importance in econometrics.  *Unfortunately, however, many practitioners act as though it is important.*"[80]  Indeed, it is the parameter (i.e., explanatory variable) estimates that are

---

[79] *See* Akins Declaration, pages 10-11.  Similarly, Mr. Akins, in referring to my regression results, also states that "In many cases, these r-square values are less than 50%, indicating that Dr. Lee's alleged causes – in combination – explain the alleged effects with less accuracy than a coin toss." Ibid.  There is simply no statistical basis for this statement, given that r-squared estimates are *not* measures of probability, but rather, measures of systemic variation, unlike a coin toss, which is inherently random.

[80] Kennedy, Peter.  A Guide to Econometrics.  MIT press, second edition, 1985 at page 27 (emphasis added).   Moreover, many peer-reviewed academic papers, including those studying the causes of airline delays and cancellations, routinely have R-square values well below what Mr. Akins apparently deems to be an acceptable level (i.e., 50%).  *See, e.g.*, Nicholas Rupp, "Do carriers internalize congestion costs? Empirical evidence on the internalization question", *Journal of Urban Economics*, 65 (2009), pp. 24-37 (reporting the results of several departure and arrival delay regressions with $R^2$s ranging from 0.01 to 0.07).

of interest in my analysis and these parameter estimates clearly indicate with very high degrees of statistical significance (well in excess of 99%) that: (1) there has been a demonstrable change pilot behavior since the Union sent its Section 6 notice,[81] and (2) that there has been an increase in the proportion of Atlas flights with prolonged delays since December 1, 2016 that cannot be explained by—as Mr. Akins claims—Atlas's growth or changes in the amount Atlas's pilots are working.[82]

29. Similarly, Mr. Akins makes the bizarre claim that "[i]f pilot behavior is truly the reason for some variation in the Atlas operation, he could have shown the relationship on its own, without the additive effect of multiple other variables."  Multiple variable regressions are a standard tool used by economists (as well as researchers in many fields) to determine the effect that one variable has on another variable, *holding the effects of all other variables constant*.  The importance of these additional control variables that Mr. Akins finds objectionable cannot be understated.  As is standard practice among virtually all economists, I include multiple control variables in order to isolate the effect of changes in pilot behavior from other factors that would be expected to influence the dependent variable (e.g. prolonged delays).  For example, it would make no sense to exclude the control variable **Long AOS rate** (i.e., the proportion of Atlas's fleet on a given day that were out-of-service for at least four hours) from the regression in Exhibit

---

[81] *See e.g*. Initial Declaration, Exhibit 14.

[82] *See e.g*. Initial Declaration, Exhibit 22, and Exhibit 4 above.

22 of my Initial Declaration, because it is reasonable to believe that this may affect the prolonged delay rate. Therefore, failing to control for this variable would potentially bias the estimated coefficient for the **D(post-Dec 1, 2016)** variable.[83] Another criticism Mr. Akins directs at the regressions used in my Initial Declaration is that they involve "the utilization of independent variables which are related to each other in a linear fashion"[84] and that this multicollinearity "appears to be the source of potential errors in Dr. Lee's regression analyses."[85] Like Mr. Akins's other criticisms of my regressions, this concern is completely unfounded and has no econometric or statistical basis. In fact, even if some of the control variables I use were related to each other as Mr. Akins contends,[86] it would have *no adverse impact* on the other explanatory variables in my

---

[83] *See e.g.,* Kennedy, Peter. A Guide to Econometrics. MIT press, second edition, 1985 at page 69, noting that if a regression suffers from the "omission of a relevant independent variable" then "[i]n general, the OLS estimated of the coefficients of the remaining variables are biased." Similarly, Mr. Akins's claim that my regressions summer from "unnecessary complexity" (Akins Declaration, page 11) ignores the important role that control variables have for proper estimation of explanatory effects.

[84] *See* Akins Declaration, page 12.

[85] Ibid.

[86] Without doing any analysis, Mr. Akins makes the claim that he "would expect that the following explanatory variables used in his regression model are highly correlated and suffer from multicollinearity: a. Monthly Atlas Departures and Daily Atlas Departures; b. Monthly Average Flight Time, Monthly Pilot Block Time and Daily Pilot Block Time; c. Average Age of Aircraft, Percent of Aircraft in Unscheduled Maintenance, and New MELS per aircraft." (Akins Declaration, pages 57-58).

regression including the main variable of interest, the dummy variable that measures the effects of the IBT's job action.[87]

### h) Mr. Akins's Claim that "Dr. Lee Misrepresents Observational Facts, and Invents Measurements Which Do Not Exist" is Unfounded

30. Finally, Mr. Akins also asserts that I "[distort my] analysis and adjusts the reference point for assigning [my] dummy variables" [88] and that I "concocted a non-existent measurement."[89]  Like Mr. Akins other criticisms of my regressions, these claims have no basis.  Mr. Akins is objecting to my use of a dummy variable for the period beginning in December 2016 in Exhibits 20-22 of my Initial Declaration.[90]  But what he fails to note is that in my Initial Declaration I explained that "**D(post-Dec 1, 2016)** captures the effect of more recent changes in pilot fatigue calls, short-notice sick calls, and an

---

[87] *See e.g.*, Kennedy, Peter. A Guide to Econometrics. MIT press, second edition, 1985 at page 147 noting that, "The major undesirable consequence of multicollinearity is that variances of the OLS estimates of the parameters of the collinear variables are quite large."

[88] *See* Akins Declaration, page 13.

[89] *Ibid*.

[90] "Dr. Lee chose to segment the delay data into two separate post-Section 6 periods; one for each day of the nine (9) month period February 16, 2016 through November 30, 2016, and a second period beginning December 1, 2016 through September 2017, each with its own separate average. There is no credible event to define these segments, and therefore it appears that Dr. Lee has force fit the available data to meet his narrative. Segmenting the data subjectively in this way with no defining rationale opens up the possibility to justify segmenting data in this and other measures into a multitude of other periods." (Akins Declaration, page 49).

unwillingness to pick up open time that started to rise more prominently towards the end of 2016"[91] (i.e. during the Company's peak season).

31. Moreover, the "non-existent measurement"[92] that Mr. Akins objects to is my use of the phrase "loaded and ready." But this simply refers to the past practice at Atlas, of pilots departing once the aircraft was loaded and ready instead of the demonstrable change in behavior to depart *at the exact minute* of the ETD as evidenced in exhibits 12 and 13 of my Initial Declaration. Because it would be illogical for any Atlas flight to depart *without* being loaded and ready, there is no simply no basis for Mr. Akins's claim that because I did not rely on a specific variable denoted "loaded and ready," the use of the term to describe the effects of the Union's "BOOT" campaign suffers from a methodological flaw.

### i)   Analysis of Certain Other Claims Made by Mr. Akins or Mr. Kirchner

32. Seemingly ignoring the fact October 2016, December 2016 and March of 2017 had far and away the highest proportion of open times trips that were not filled since the Company began collecting data on open time trips, Mr. Akins claims that "[w]ith the exception of three months (October 2016, December 2016 and March of 2017) the increased share of open time trips left uncovered starting in September 2016 appears connected to the drop in the volume of open time trips available."[93] Putting aside the

---

[91] *See* Initial Declaration, page 61.

[92] *See* Akins Declaration, page 13.

[93] *See* Akins Declaration, pages 44-45.

illogical implications of this argument (i.e., that fewer available opportunities for pilots to earn extra income implies that fewer pilots would be interested in those opportunities), Mr. Akins then speculates (without foundation) that "it is possible that the number or proportion of *desirable trips* has decreased"[94] and suggests that these unfilled open time trips have had "extremely limited impact on delays and customer goodwill."[95]  But this unsupported assertion directly contradict the actual experience of Company officials with direct knowledge of the impact of the decline in open time trip acceptance.[96]

33. Mr. Akins is not alone in making unsupported claims regarding open time. For example, in support his proposition that Atlas is understaffed, Mr. Kirchner's declaration claims that "in September of 2017, Atlas published more than 160 open time flights."[97]  What the Mr. Kirchner fails to mention, however, is that the number of open time trips the Company published in September 2017 is by no means atypical for Atlas during a month

---

[94] *See* Akins Declaration, page 46 (emphasis added).

[95] *See* Akins Declaration, page 46.

[96] *See* Carlson Declaration, paragraph 27: ("The concerted effort not to volunteer for and accept open flying has caused significant delays. When pilots do not volunteer for open trips, Atlas must staff them with reserves who may be far away from the aircraft's location or wait for another pilot to become available. Because Atlas' reserve and other pilot resources are already stretched because of a concerted sick-out and significant increases in fatigue calls, Atlas has not had the resources to cover all open trips.")

[97] *See* Kirchner Declaration, page 25.  *See also* Chairman's Update, October 3, 2017 ("[d]oes nearly 170 open time trips for the month of September 2017 alone, sound like a fully staffed airline to you?  Me neither.").

leading into the peak shipping season.  For example, as shown in Exhibit 8, Atlas had roughly the same number (or more) open times trips between September 2015 and December 2015 (i.e., the last peak prior to when the Union sent its Section 6 notice) even though the size of the Company's operations during this period were smaller than they are today (*see, e.g*., Exhibit 2 of my initial declaration).[98]  Nevertheless, as Exhibit 9 of my initial declaration showed, the proportion of open time trips that went unfilled in late 2015 never exceeded 5%, compared to the period after the Union sent its Section 6 notice where the rate frequently exceeds 10%, and has reached 42% in one month.[99]

---

[98] Although Mr. Kirchner's declaration refers to more than 160 open time trips in September 2017, an analysis of the data shows that there were 141 actual open time trips that month (note that because of the manual process by which open-time trips are numbered each month, it is not uncommon for certain numbers to be skipped).

[99] Mr. Kirchner's assertion that he is "not aware that any open time trips have gone unfilled" (Kirchner Declaration, page 26) is in direct contradiction to the Company's data.  *See* Initial Declaration, Exhibit 9.

**EXHIBIT 8:  NUMBER OF MONTHLY OPEN TIME TRIPS**



Source: Analysis of Atlas data.
Note: Data through September 30, 2017. Excludes trips published after the original scheduled departure time.

34. Mr. Akins also acknowledges that "the number of mechanical write-ups by pilots increased in 2016"[100] but without providing any evidence, speculates that "it is plausible that mechanical write-ups normally reported by mechanics got reported instead by Atlas pilots."[101]   Mr. Akins even acknowledges the possibility that "… mechanics write ups

---

[100] *See* Akins Declaration, page 63.

[101] *See* Akins Declaration, page 63 (emphasis added).

decreased *as a result of increased pilot write- ups*"[102], consistent with directive from the Union to take all actions to exert leverage on the Company.[103]

35. Finally, in reference to my analysis of taxi times, Mr. Akins comments that "[i]n a global operation of Atlas size there is surely no operational impact Dr. Lee could point to related to taxi times."[104]  However, what Mr. Akins neglects to point out is that nowhere in my initial declaration do I claim that the increased taxi times—by themselves—has resulted in widespread operational disruption for Atlas.  Rather, the increase in taxi times is yet another example of a statistically significant change in behavior that was expressly directed by the Union and that Atlas's pilots have exhibited since the Union sent its Section 6 notice.[105]

---

[102] *See* Akins Declaration, pages 64-65.

[103] *See* Supplemental Declaration of Jeff Carlson, October 23, 2017, page 9, quoting the Captain Kirchner speaking on the September 16, 2016 Crew Call: "no excuses anymore . . . for not abiding by what we have set up for you. None. Zero . . . This could get done in a real hurry if everybody starts marching lockstep and stops doing everybody's job for them, like hotels, like scheduling, like maintenance and just pretending that—that, oh, they didn't know or this excuse or that excuse . . . Everybody knows what our stance is, and everybody knows what's going on here . . . So the more in line you are, the better and the faster this is going to happen. It all comes down to brass knuckles pressure . . . I mean this is hard core stuff, ladies and gentlemen. And until you are willing to belly up for it . . . it's going to take a really long time. But if you are going to . . . have some backbone and go after them and fight them as hard as they are fighting us, then it will get done sooner."

[104] *See* Akins Declaration, page 66.

[105] *See* Initial Declaration, page 55 ("In light of these findings and the fact that the Union has issued communications to its membership specifically encouraging them to slow down the speed at which they taxi, it is my opinion that the increased taxi times the Company has been experiencing since the Union sent its Section 6 notice is further evidence of a concerted action by Atlas's pilots aimed at disrupting Atlas's operations to exert leverage during the current contract negotiations.").  *See also* Initial Declaration, footnote 82.

## III.   CONCLUSIONS

36. For the reasons described above, none of Mr. Akins's criticisms of the analysis
    contained in my Initial Declaration have merit or would cause me to revise the
    conclusions reached in my Initial Declaration.  Moreover, as a matter of basic statistical
    analysis, the analyses contained in Mr. Akins's declaration (including his single-variable
    regressions) are either incorrect, irrelevant, or contain little—if any—probative
    information in understanding whether pilots have engaged in illegal conduct.  Thus,
    having demonstrated that neither of Mr. Akins's purported causes for the observed
    changes in pilot behavior or increase in operational disruptions (i.e., the Company's
    growth or the claim that pilots are working more) alters the conclusions reached in my
    Initial Declaration, I have even greater confidence that the true cause of the Atlas's
    deteriorating operational performance since the Union sent its Section 6 notice is
    concerted activity by its pilots aimed at exerting leverage on the Company during their
    current contract negotiations.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 26th day of October, 2017, at Boston, Massachusetts

_____

Darin N. Lee

October 26, 2017

**APPENDIX A:  LIST OF ADDITIONAL DOCUMENTS AND INFORMATION SOURCES CONSIDERED**

1. Declaration of Daniel Akins, October 23, 2017.

2. Statement of Terry L. Von Thaden, Ph.D, October 23, 2017.

3. IBT Brief, October 24, 2017.

4. Declaration of William J. Flynn, October 20, 2017.

5. Supplemental Declaration of Jeffrey Carlson, October 23, 2017.

6. Declaration of Robert Kirchner, October 24, 2017.

7. October 3, 2017 Chairman's Update.

8. Darin Lee and Nicholas Rupp, "Retracting a Gift:  How Does Employee Effort Respond to Wage Reductions?", *Journal of Labor Economics*, Volume 25, Number 4, October 2007, pp. 725-762.

9. Mas, Alexandre. "Pay, reference points, and police performance." *The Quarterly Journal of Economics* 121.3 (2006): 783-821.

10. Kennedy, Peter.  A Guide to Econometrics. MIT press, second edition, 1985.

11. Nicholas Rupp, "Do carriers internalize congestion costs? Empirical evidence on the internalization question", *Journal of Urban Economics*, 65 (2009), pp. 24-37.

12. Yahoo Finance, https://finance.yahoo.com/quote/%5EGSPC/history?p=%5EGSPC, accessed October 24, 2017.

13. ATLAS00000001- ATLAS00030279.

14. Atlas Open Time Data For September 2017 (OT Data Sep 2017.xlsx).