# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS AIR, INC. and POLAR AIR CARGO WORDLWIDE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224,<br><br>Defendants. | Civil Action No. 1:17-CV-01953 RDM |

## DECLARATION OF BENJAMIN TREMMEL

I, Benjamin Tremmel, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

1.      I am employed as a pilot by Atlas Air, Inc. ("Atlas"). I have an air transport pilot's license from the Federal Aviation Administration and work as an Atlas first officer flying Boeing 747 aircraft. I have worked at Atlas since October 10, 2016. Since 2011, I understand that Atlas and its affiliated company, Polar Air Cargo Worldwide, Inc. (Polar) have operated separately under their own regulatory operating certificates and authorities but the pilots who fly their aircraft work under one collective bargaining agreement (CBA) and one seniority list. Moreover, despite the fact that both Atlas and Polar are collectively referred to as the "company" under the CBA, the pilots who operate their aircraft pursuant to the CBA are all employees of Atlas.

2.      I understand that Atlas and Polar (collectively, the "Plaintiffs") have filed a lawsuit against my union, claiming that the union and the Atlas pilots are engaging in an illegal slowdown.  Neither Plaintiffs' complaint nor Captain Carlson's declaration specifically identify the pilots whom they have accused of engaging in various purported unlawful slowdown activity.  After reading the complaint, I recognized that I am one of the Atlas pilots accused of engaging in such slowdown activity by abusing the Atlas fatigue policy as provided for under the Atlas Fatigue Risk Management Plan.  In this regard, I am one the pilots described in Paragraph 53 of the complaint, and specifically in bullet number "12" of Paragraph 53 of the complaint.  I am also described in Paragraph 23, bullet numbers "12" and "13" of Captain Carlson's declaration (the descriptions in those two bullet paragraphs are identical).  Plaintiffs specifically accuse me of calling off fatigued from a September 9, 2017 flight from a Kuwait to Hong Kong not because I was fatigued but instead as part of "a "calculated campaign to cause long delays and maximum harm" to Atlas.  These accusations and allegations by Plaintiffs and Captain Carlson are not true.

3.      The reason why I called out fatigued are explained in the narrative that I provided to the Atlas Fatigue Risk Management Committee (FRMC), a joint labor-management committee that was established to administer Atlas's FAA-required Fatigue Risk Management Program.  That narrative, which I submitted to the FRMC shortly after I called out fatigued, and which I kept of copy of for my records, accurately and truthfully details why I was physically unfit for duty based on fatigue.

4.      I have willingly and voluntarily consented to provide the Court with the details of my fatigue calls, and consent to the use of those details in this case.  I have done so because the accusations and insinuations against me personally are false and because they, along with those accusations and insinuations related to other pilots whose fatigue callouts are now also being

characterized by the Plaintiffs and Captain Carlson as illegitimate, have the effect of

undermining the FAA's and Atlas' fatigue risk program. That is because pilots, after reading the

complaint and Captain Carlson's declaration are concerned that they will now be punished or

have their reputations tarnished for calling out fatigued.

5. When I called out fatigued, I followed Atlas's and the FRMC's fatigue protocols

by calling in to the Atlas Scheduling Department and advising a scheduler on a recorded

telephone call that I was fatigued and required rest. As noted above, I also submitted a fatigue

report to the FRMC shortly after I was rested. That report contains an accurate and truthful

narrative explaining why I had called off fatigued. As set forth in that narrative, the reasons for

having called off fatigued are as follows:

> *The bottom line is I was chronically fatigued due to being gone 24 days with different schedule changes 15 out of the last 16 days. Upon arriving in KWI for a roughly 1.5 day layover I felt a cold coming on with sore throat and congestion. I slept 5-6 hours the first night and didn't leave the hotel room that day trying to not overdo it and prevent a full on cold. The next night I slept well and woke up at 830AM still with a bit of a sore throat but feeling decent enough to work the flight to HKG leaving at 1PM. Not too long after waking up my PCD went off delaying the depature 14 hours to 3AM the next night. AT 4 PM I layed down and tried to go back to sleep so I could be rested for the delayed departure. I could not sleep firstly because I had only been up for eight hours and also because despite requesting a lobby room I was given a street one which was very loud at that time of day. I packed up my stuff and went to the lobby and told them I had to switch. This time they gave me a lobby room which was much quieter. Unfortunately by this point I was wide awake and could not fall back to sleep. At 11PM I started to feel tired but my wakeup would be in 1 hour. If I was to take the flight I would have started it after being awake for 18.5 hours. The final determining factor was knowing that If I pushed myself to stay up 27 - 30 hours straight I would surely have a full blown cold and likely not be able to complete the next seven days of my pattern. I called in fatigued took the min rest and we ended up going out about 8 hours late. I slept pretty decent that night and my cold had not gotten any worse. I definitely made the right decision and am thankful we have this fatigue policy*
>
> *I understand multiple schedule changes are normal for the type of operation we have and often times find they can make the pairings more exciting... With enough advanced notice most of the time sleep schedules can be adjusted accordingly. The big problem is with rolling delays and especially with changes that occur after the crewmember has gone to sleep preparing for the next day. Regardless of whether I am sick or not. If I start a trip*

*after being up for 18 hours or more I am going to be fatigued by the end of it. I know this because at the end of last month I was supposed to have 4-5 days off. Instead I was extended 3 days of which I just sat in the hotel in ICN. The last day I again sleep well and woke up to found out the departure had been pushed back 12 hours and reduced from 3 man to 2 man crew (block 7:50). I started the trip after being up 16 hours and was exhausted by the end. On top of that It took me about 3 days to feel somewhat rested at which point I was well into my next 17 day trip.... As much as I would like to say there is something I can do differently in the future to prevent this type of fatigue call To me the only real solution lies in the hands of the schedulers. I thinks it would make a difference if For flight times over 7 hours: Delays occurring within 10 hours of departure (the time when a crewmember should be sleeping) should be limited to no more than 10 hours past the originally scheduled time. Otherwise delay it more than 24 hours allowing the crewmember to get another night of rest. Another easier less restrictive and more operationally efficient solution would be to allow the crewmember to notify scheduling immediately upon receiving the change whether or not they will likely be rested enough for the 10 + hours delays. I've tried this before but as of now they just say try to get a nap let us know later if you are fatigued. This leads to last minute fatigue calls which can really mess up the operation.... Thanks for your time and I apologize about the grammar...this foreign keyboard does not have commas :)*

6.      Until Plaintiffs filed the complaint in this case, Atlas has never questioned the legitimacy of my fatigue callout.  If Atlas thought that I had intentionally falsified my callout, it could have initiated both counseling and disciplinary proceedings against me.  Atlas never initiated any such counseling or disciplinary proceedings against me, however.  Instead, after I submitted by fatigue report to the FRMC, I learned that that the FRMC had accepted my report, thereby recognizing that I had legitimately called out fatigued.

7.      I did not call out fatigued to cause flight delays or otherwise to disrupt the company's operations.  I called out fatigued because I was exhausted and not fit for duty.

8.      I did not call out fatigued on account of pilot or peer pressure, as part of a plan or plot by the Atlas pilots, instructions from the Union, or pressure from the Union or any of its representatives.  I called out fatigued because, as I stated above and informed Atlas and the FRMC at the time, I was fatigued and not fit for duty.

I declare under penalty of perjury under the laws of the United States that the foregoing

statements are true and correct.

_10/24/17_
Dated:

Signed

Description:

The bottom line is I was chronically fatigued due to being gone 24 days with different schedule changes 15 out of the last 16 days. Upon arriving in KWI for a roughly 1.5 day layover I felt a cold coming on with sore throat and congestion. I slept 5-6 hours the first night and didnt leave the hotel room that day trying to not overdo it and prevent a full on cold. The next night I slept well and woke up at 830AM still with a bit of a sore throat but feeling decent enough to work the flight to HKG leaving at 1PM. Not too long after waking up my PCD went off delaying the depature 14 hours to 3AM the next night. AT 4 PM I layed down and tried to go back to sleep so I could be rested for the delayed departure. I could not sleep firstly  because I had only been up for eight hours and also becasue despite requesting a lobby room I was given a street one which was very loud at that time of day. I packed up my stuff and went to the lobby and told them I had to switch. This time they gave me a lobby room which was much quieter. Unfortunitely by this point I was wide awake and could not fall back to sleep. At 11PM I started to feel tired but my wakeup would be in 1 hour. If I was to take the flight I would have started it after being awake for 18.5 hours. The final determining factor was knowing that If I pushed myself to stay up 27 - 30 hours straight I would surely have a full blown cold and likely not be able to complete the next seven days of my pattern. I called in fatigued took the min rest and we ended up going out about 8 hours late. I slept pretty decent that night and my cold had not gotten any worse. I definitely made the right decision and am thankful we have this fatigue policy.

Suggestions:

I understand multiple schedule changes are normal for the type of operation we have and often times find they can make the pairings more exciting... With enough advanced notice most of the time sleep schedules can be adjusted accordingly. The big problem is with rolling delays and especially with changes that occur after the crewmember has gone to sleep preparing for the next day. Regaudless of whether I am sick or not. If I start a trip after being up for 18 hours or more I am going to be fatigued by the end of it. I know this because at the end of last month I was supposed to stay up 4-5 days off. Instead I was extended 3 days of which I just sat in the hotel in ICN. The last day I again sleep well and woke up to found out the the departure had been pushed back 12 hours and reduced from 3 man to 2 man crew (block 7:50). I started the trip after being up 16 hours and was exhauted by the end. On top of that It took me about 3 days to feel somewhat rested at which point I was well into my next 17 day trip.... As much as I would like to say there is something I can do differently in the future to prevent this type of fatigue call To me the only real solution lies in the hands of the schedulers. I thinks it would make a difference if For flight times over 7 hours: Delays occuring within 10 hours of departure (the time when a crewmember should be sleeping) should be limited to no more than 10 hours past the originally scheduled time. Otherwise delay it more than 24 hours allowing the crewmember to get another night of rest. Another easier less restrictive and more operationally efficent solution would be to allow the crewmember to notify scheduling immediately upon receiving the change wheter or not they will likely be rested enough for the 10 + hours delays. Ive tried this before but as of now they just say try to get a nap let us know later if you are fatigued. This leads to last minute fatigue calls which can really mess up the operation.... Thanks for for your time and I appoligize about the grammer...this foreign keyboard does not have commas :)

| Fatigue Contributing Factors | Accumulated Fatigue | Yes |
|---|---|---|
| Fatigue Contributing Factors | Arrangement of Pairing Duty Periods | Yes |
| Fatigue Contributing Factors | Late Departure | Yes |

| Fatigue Contributing Factors | Rest Quality at Hotel | Yes |
|---|---|---|
| Fatigue Contributing Factors | Tired Prior to Start of Duty Period | Yes |