```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

ATLAS AIR, INC, et al.,
                                       Civil Action
           Plaintiffs,                 No. 1:17-cv-1953

     vs.                               Washington, DC
                                       October 6, 2017
INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, et al.,                  3:35 p.m.

           Defendants.
_____/

       TRANSCRIPT OF TELEPHONE CONFERENCE HEARING
          BEFORE THE HONORABLE RANDOLPH D. MOSS
              UNITED STATES DISTRICT COURT JUDGE


APPEARANCES
For the Plaintiffs:    ROBERT A. SIEGEL      (via telephone)
                       MICHAEL G. McGUINNESS (via telephone)
                          O'Melveny & Myers LLP
                          1625 Eye Street, NW
                          Washington, DC 20006


For the Defendants:    EDWARD A. GLEASON     (via telephone)
                          Law Office of Edward A. Gleason
                          10 17th St. N.W., Suite 800
                          Washington, D.C. 20006

                       DEIRDRE HAMILTON       (via telephone)
                          International Brotherhood of
                          Teamsters
                          25 Louisiana Ave NW
                          Washington, DC 20001

_____

Court Reporter:        Jeff M. Hook, CSR, RPR
                          Official Court Reporter
                          U.S. District & Bankruptcy Courts
                          333 Constitution Avenue, NW
                          Room 4700-C
                          Washington, DC  20001

Proceedings recorded by realtime stenographic shorthand;
transcript produced by computer-aided transcription.
```

1           **P R O C E E D I N G S**

2           **DEPUTY CLERK:** Civil action 17-1953, Atlas Air,
3    Incorporated, et al., versus the International Brotherhood
4    of Teamsters, et al.  The parties have already identified
5    themselves for the record.
6           **THE COURT:** So Ms. Hamilton, I think you were
7    saying that you were requesting that the Court adjourn the
8    conference?
9           **MS. HAMILTON:** Yeah, my colleague Ed Gleason has
10   been working with Mr. Siegel and Mr. McGuinness all day.
11   And he has left this call, it timed out on him again.  And
12   I've contacted him multiple ways to tell him to call back
13   in, but just a couple minutes ago he e-mailed Ms. Thompson
14   and proposed -- he stated, "After more discussions with
15   plaintiffs' counsel during which we have been able to narrow
16   the issues and have agreed to engage in an additional meet
17   and confer, may we suggest that the Court cancel the call
18   for today and that we have the opportunity to reschedule the
19   call for early next week if there are any remaining
20   unresolved issues?"
21          **THE COURT:** Does someone from the plaintiffs want
22   to address that issue?
23          **MR. SIEGEL:** Yeah, this is -- good afternoon, your
24   Honor, Robert Siegel.  Yes, I spoke to Mr. Gleason about
25   this, and I agree with Mr. Gleason's suggestion.  I think

1  we've made some progress in some additional calls this
2  morning, and we're going to have some more.  So we'd prefer
3  not to disturb your calendar if we can try to resolve it
4  with each other.
5          **THE COURT:**  Well, it's certainly my preference
6  that you resolve it with each other.  I can tell you that
7  it's going to be very hard to get me for the next couple of
8  weeks.  So if there's anything you want to raise now, I
9  think I would do it.  It's possible that you'll be able to
10 get in touch with me, but I have limited availability next
11 week and then I'm in trial the entire week after that.
12         **MR. SIEGEL:**  Okay.  Ms. Hamilton, is Mr. Gleason
13 going to call back in?
14         **MS. HAMILTON:**  I've e-mailed him and texted him
15 and I'm calling him on my cellphone.  Is that him now?
16         **MR. GLEASON:**  Yes, that's me.  Hello.
17         **MS. HAMILTON:**  Great.
18         **MR. SIEGEL:**  Hi, Ed.  Judge Moss has indicated he
19 may not have great availability over the next couple of
20 weeks and so just asked us if we have any things we should
21 bring to his attention this morning.  And I have concurred
22 with your e-mail that we've made good progress on the meet
23 and confer this morning in our calls.
24         And if I -- I hate to be overly optimistic, but I
25 think we're going to have additional work together over the

1   weekend.  So I hope that we would not need to bring an
2   unresolved dispute to the Court's attention.  But we can
3   certainly maybe -- I don't know if it would be appropriate
4   to just identify the issues that we're talking about at this
5   point which I'd be glad to do if that's appropriate.
6         **MR. GLEASON:**  I do, Bob.  And I'm sorry, I just
7   had to hit the restroom there, so I'm sorry for being late.
8   I think we should at least identify the issues as to what we
9   still have to maybe, maybe work through.  I'm hopeful that
10  we can.
11        And in my view, the one issue that I need to
12  draw to -- you know, obviously Bob, to yours and to the
13  Court's attention is this deposition stuff.  That one is
14  troublesome to me.  I would say in terms of your
15  discovery -- meaning the plaintiffs, that is particularly
16  troublesome to us.
17        **MR. SIEGEL:**  Yeah, okay.  I had mentioned in
18  our -- your Honor, in a deposition request for the
19  plaintiffs that I don't necessarily have to take any
20  depositions.  I just had pointed out to Mr. Gleason that our
21  principal witness has filed a written declaration that
22  outlines his testimony so that Mr. Gleason can be prepared
23  for it at the hearing.
24        And I had asked him if his witnesses -- fact
25  witnesses, not his expert witness, were going to file

1   declarations with his opposing brief in which case I don't
2   need any depositions, I would just be ready for the hearing
3   in that manner.  And I had pointed out if they were not
4   going to file any declarations and they had some fact
5   witnesses, I'd like to have the opportunity for a very short
6   deposition before we show up in court for a hearing.
7           And so I really first was just asking whether his
8   witnesses would file a declaration with their opposing brief
9   in which case I don't need to ask for a deposition at all.
10          And as I understand it, Mr. Gleason, you're not
11  certain at this stage what your process is?
12          **MR. GLEASON:**  Your Honor, this is Ed Gleason.  And
13  yes, Mr. Siegel is correct, I don't know.  We are scrambling
14  trying to mount a defense.  And the notice of deposition
15  calling for deposition of our fact witnesses on October 18th
16  I think is flat out inappropriate.  And particularly it's
17  inappropriate in light of the Court's order, the minute
18  order.  I don't know whether we're going to be putting --
19          **THE COURT:**  I'm sorry, what in my minute order was
20  it inconsistent with?
21          **MR. GLEASON:**  Exchanging witness lists on the
22  23rd.  The idea of having to identify our witnesses -- I
23  don't even know which ones I'm going to be using yet, and
24  then to have to do that in the middle -- you know, frankly
25  when it's the real crunch time of trying to get this put

1       together on the 18th I think is just -- it's unreasonable.
2              **THE COURT:**  Well, to the extent I can provide you
3       some guidance on this issue and hopefully the parties
4       working it out, I understand your time concerns and that you
5       don't want to have to be in a position in which you're
6       prematurely identifying your witnesses.
7              On the other hand, I do -- I am sympathetic to the
8       plaintiffs' concern about trial by surprise here.  And if
9       you're going to know precisely what the plaintiffs'
10      witnesses are going to say on direct, it seems to me that it
11      is appropriate for the plaintiffs to have some opportunity
12      to know what your witnesses are going to say, whether it's
13      by way of receiving declarations in advance or taking brief
14      depositions in advance of the hearing just so that they're
15      not showing up at the hearing in a position in which they
16      don't even know how to prepare a cross-examination because
17      they don't know -- they don't have any idea what's going to
18      be said.
19             **MR. GLEASON:**  This is Ed Gleason again.  And I
20      appreciate that too.  I'm not here trying to surprise them,
21      I'm the one that's surprised with over a thousand pages of
22      paper.  And so I understand that, your Honor.  I don't know
23      sitting here today in my chair whether I'm going to be
24      putting declarations in or not.  I don't know our witnesses.
25      To the extent that we don't put declarations in, I

1    understand.  But a short declaration, obviously I don't
2    anticipate having only one witness, I'm going to have
3    several.  I have to.
4         And so there are at least six allegations if you
5    will, buckets if you will, that they've made against -- and
6    accusations that they've made against the union.  I'm going
7    to need witnesses for each of those.  And so a relatively
8    brief deposition could turn into a couple of days which is
9    time that I'm not going to be able to spend preparing for
10   the remainder of my defense.
11        **THE COURT:**  Well, perhaps the parties -- I mean, I
12   think you've got my general outline for purposes of working
13   something out.  I suppose the parties -- I mean, I heard
14   Mr. Siegel refer to this as a brief deposition himself.  So
15   perhaps the parties could agree to some reasonable time
16   limitation on any such depositions if they're needed.  They
17   may not be needed at all, but some reasonable time
18   limitation with respect to them.
19        And there's always obviously the risk that you
20   show up at a deposition and the witness just doesn't answer
21   your questions, and you eat up all your time because the
22   witness hasn't answered your questions in which case if that
23   happened Mr. Siegel would be free to come back to me and
24   say, you know, "We agreed on a four-hour deposition, and
25   Judge, let me read you the transcript:

1           'What's your name?'

2           'I don't know why that's any of your business,'"

3   in which case then I would say, "You get another four

4   hours."

5           **MR. SIEGEL:**  I wouldn't do that.  Robert Siegel

6   here.  Thank you, your Honor.  I'll work with Mr. Gleason on

7   this.  I appreciate your guidance on that one subject.  I

8   think the other subject that we have been trying to resolve

9   this morning is that there was -- plaintiffs served some

10  document requests, and then when we received defendants'

11  objections last night we narrowed them considerably.  And I

12  have been talking to Mr. Gleason about it this morning.  And

13  I'm hopeful that we can, through that narrowing, make it

14  practicable and not time consuming for a preliminary

15  injunction discovery.  And that was the reason we narrowed

16  it last night.

17          And if I understand it, we're in a situation where

18  the defendants will consider the narrowing that we offered

19  and circle back to us.

20          **MR. GLEASON:**  And this is Ed Gleason.  That's

21  correct, I think we were able to narrow this a little more

22  today before we got on the phone call.  And with respect to

23  the discovery and the concerns and the items that we have,

24  it would enable our ability to review and analyze the data

25  that was provided to us last week.  I also remain hopeful

1     that we can get that resolved, your Honor, based upon
2     representations obviously from Mr. Siegel which I always
3     take at his word.
4              **THE COURT:**  Okay.
5              **MR. SIEGEL:**  We will.  We will, we're going to
6     work with Mr. Gleason over the weekend on some of the
7     questions they've raised about the data in the expert
8     report.  And I think the last issue -- which I do think we
9     will resolve, is that there was some disagreement apparently
10    over the terms of a confidentiality agreement as prelude to
11    the company producing some proprietary information.  But I
12    think I've -- we will work that out.
13             There's dueling versions, but I would represent to
14    the Court that we'll use our skills to get that resolved
15    with Mr. Gleason today.  And we intend to -- and then start
16    rolling out production of information that they've served on
17    us, the document requests they've served on us.  So we're
18    going to start doing that this afternoon.
19             **THE COURT:**  Okay.  Well, that sounds eminently
20    doable.  I can't recall a time in 25 years or so of practice
21    that I ever found a case in which I wasn't able to reach an
22    agreement with opposing counsel on a confidentiality
23    agreement.
24             **MR. SIEGEL:**  Right.
25             **THE COURT:**  So I assume you all will be able to do

1 likewise.
2 **MR. SIEGEL:** Well, this was helpful to me. Thank
3 you, your Honor.
4 **THE COURT:** Okay. As I say, if there's an
5 emergency and you need to get in touch with me, you can
6 reach out to chambers jointly to try and schedule something,
7 but my availability is limited.
8 **MR. SIEGEL:** Thank you for giving us this
9 conference today, very helpful.
10 **THE COURT:** Okay. Well, thank you all and good
11 luck. I appreciate your efforts to work together on this.
12 **MR. SIEGEL:** All right, thank you.
13 **MR. GLEASON:** Thank you, your Honor.
14 **MS. HAMILTON:** Thank you.
15 (Proceedings adjourned at 3:49 p.m.)
16
17
18
19
20
21
22
23
24
25

## C E R T I F I C A T E

      I, **Jeff M. Hook, CSR, RPR**, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

    _October 13, 2017_           _/s/ Jeff M. Hook_

        **DATE**                        **Jeff M. Hook, CSR, RPR**

**'**

'I [1]   8/2
'what's [1]   8/1

# 1

10 [1]   1/16
1625 [1]   1/13
17-1953 [1]   2/2
17th [1]   1/16
18th [2]   5/15 6/1
1953 [2]   1/3 2/2
1:17-cv-1953 [1]   1/3

# 2

20001 [2]   1/19 1/24
20006 [2]   1/13 1/16
2017 [1]   1/5
23rd [1]   5/22
25 [2]   1/19 9/20

# 3

333 [1]   1/23
3:35 [1]   1/6
3:49 p.m [1]   10/15

# 4

4700-C [1]   1/23

# 8

800 [1]   1/16

# A

ability [1]   8/24
able [6]   2/15 3/9 7/9 8/21
 9/21 9/25
about [5]   2/24 4/4 6/8
 8/12 9/7
above [1]   11/5
above-entitled [1]   11/5
accusations [1]   7/6
action [2]   1/3 2/2
additional [3]   2/16 3/1
 3/25
address [1]   2/22
adjourn [1]   2/7
adjourned [1]   10/15
advance [2]   6/13 6/14
after [2]   2/14 3/11
afternoon [2]   2/23 9/18
again [2]   2/11 6/19
against [2]   7/5 7/6
ago [1]   2/13
agree [2]   2/25 7/15
agreed [2]   2/16 7/24
agreement [3]   9/10 9/22
 9/23
aided [1]   1/25
AIR [2]   1/2 2/2
al [4]   1/2 1/6 2/3 2/4
all [7]   2/10 5/9 7/17 7/21
 9/25 10/10 10/12
allegations [1]   7/4
already [1]   2/4
also [1]   8/25
always [2]   7/19 9/2
am [1]   6/7
analyze [1]   8/24
another [1]   8/3
answer [1]   7/20
answered [1]   7/22

anticipate [1]   7/2
any [8]   2/19 3/20 4/19 5/2
 5/4 6/17 7/16 8/2
anything [1]   3/8
apparently [1]   9/9
APPEARANCES [1]   1/11
appreciate [3]   6/20 8/7
 10/11
appropriate [3]   4/3 4/5
 6/11
are [5]   2/19 5/13 6/10
 6/12 7/4
as [5]   4/8 5/10 7/14 9/10
 10/4
ask [1]   5/9
asked [2]   3/20 4/24
asking [1]   5/7
assume [1]   9/25
at [11]   4/4 4/8 4/23 5/9
 5/11 6/15 7/4 7/17 7/20
 9/3 10/15
ATLAS [2]   1/2 2/2
attention [3]   3/21 4/2
 4/13
availability [3]   3/10 3/19
 10/7
Ave [1]   1/19
Avenue [1]   1/23

# B

back [4]   2/12 3/13 7/23
 8/19
Bankruptcy [1]   1/22
based [1]   9/1
be [16]
because [2]   6/16 7/21
been [4]   2/10 2/15 8/8
 8/12
before [3]   1/9 5/6 8/22
being [1]   4/7
Bob [2]   4/6 4/12
brief [5]   5/1 5/8 6/13 7/8
 7/1
bring [2]   3/21 4/1
BROTHERHOOD [3]   1/5 1/18
 2/3
buckets [1]   7/5
business,' [1]   8/2
but [9]   2/13 3/10 3/24 4/2
 7/1 7/17 9/11 9/13 10/7

# C

calendar [1]   3/3
call [6]   2/11 2/12 2/17
 2/19 3/13 8/22
calling [2]   3/15 5/15
calls [2]   3/1 3/23
can [9]   3/3 3/6 4/2 4/10
 4/22 6/2 8/13 9/1 10/5
can't [1]   9/20
cancel [1]   2/17
case [5]   5/1 5/9 7/22 8/3
 9/21
cellphone [1]   3/15
certain [1]   5/11
certainly [2]   3/5 4/3
certify [1]   11/3
chair [1]   6/23
chambers [1]   10/6
circle [1]   8/19
Civil [2]   1/3 2/2

colleague [1]   2/9
COLUMBIA [1]   1/1
come [1]   7/23
company [1]   9/11
computer [1]   1/25
computer-aided [1]   1/25
concern [1]   6/8
concerns [2]   6/4 8/23
concurred [1]   3/21
confer [2]   2/17 3/23
conference [3]   1/8 2/8
 10/9
confidentiality [2]   9/10
 9/22
consider [1]   8/18
considerably [1]   8/11
Constitution [1]   1/23
consuming [1]   8/14
contacted [1]   2/12
correct [3]   5/13 8/21 11/4
could [2]   7/8 7/15
counsel [2]   2/15 9/22
couple [4]   2/13 3/7 3/19
 7/8
court [8]   1/1 1/9 1/21
 1/22 2/7 2/17 5/6 9/14
Court's [3]   4/2 4/13 5/17
Courts [1]   1/22
cross [1]   6/16
cross-examination [1]   6/16
crunch [1]   5/25
CSR [3]   1/21 11/3 11/10
cv [1]   1/3

# D

D.C [1]   1/16
data [2]   8/24 9/7
DATE [1]   11/10
day [1]   2/10
days [1]   7/8
DC [4]   1/4 1/13 1/19 1/24
declaration [3]   4/21 5/8
 7/1
declarations [5]   5/1 5/4
 6/13 6/24 6/25
defendants [3]   1/7 1/15
 8/18
defendants' [1]   8/10
defense [2]   5/14 7/10
DEIRDRE [1]   1/17
deposition [10]   4/13 4/18
 5/6 5/9 5/14 5/15 7/8 7/14
 7/20 7/24
depositions [4]   4/20 5/2
 6/14 7/16
direct [1]   6/10
disagreement [1]   9/9
discovery [3]   4/15 8/15
 8/23
discussions [1]   2/14
dispute [1]   4/2
DISTRICT [4]   1/1 1/1 1/9
 1/22
disturb [1]   3/3
do [8]   3/9 4/5 4/6 5/24
 6/7 8/5 9/8 9/25
doable [1]   9/20
document [2]   8/10 9/17
Does [1]   2/21
doesn't [1]   7/20
doing [1]   9/18

| D | | |
|---|---|---|
| don't [16] | have [22] | L |
| don't know [1]   6/17 | having [2]   5/22 7/2 | last [4]   8/11 8/16 8/25 |
| draw [1]   4/12 | he [4]   2/11 2/13 2/14 3/18 | 9/8 |
| draw to [1]   4/12 | heard [1]   7/13 | late [1]   4/7 |
| dueling [1]   9/13 | hearing [6]   1/8 4/23 5/2 | Law [1]   1/15 |
| during [1]   2/15 | 5/6 6/14 6/15 | least [2]   4/8 7/4 |
| **E** | Hello [1]   3/16 | left [1]   2/11 |
| e-mail [1]   3/22 | helpful [2]   10/2 10/9 | let [1]   7/25 |
| e-mailed [2]   2/13 3/14 | here [4]   6/8 6/20 6/23 8/6 | light [1]   5/17 |
| each [3]   3/4 3/6 7/7 | Hi [1]   3/18 | like [1]   5/5 |
| early [1]   2/19 | him [8]   2/11 2/12 2/12 | likewise [1]   10/1 |
| eat [1]   7/21 | 3/14 3/14 3/15 3/15 4/24 | limitation [2]   7/16 7/18 |
| Ed [5]   2/9 3/18 5/12 6/19 | himself [1]   7/14 | limited [2]   3/10 10/7 |
| 8/20 | his [7]   3/21 4/22 4/24 | lists [1]   5/21 |
| EDWARD [2]   1/15 1/15 | 4/25 5/1 5/7 9/3 | little [1]   8/21 |
| efforts [1]   10/11 | hit [1]   4/7 | LLP [1]   1/12 |
| emergency [1]   10/5 | Honor [8]   2/24 4/18 5/12 | Louisiana [1]   1/19 |
| eminently [1]   9/19 | 6/22 8/6 9/1 10/3 10/13 | luck [1]   10/11 |
| enable [1]   8/24 | HONORABLE [1]   1/9 | **M** |
| engage [1]   2/16 | Hook [3]   1/21 11/3 11/10 | made [4]   3/1 3/22 7/5 7/6 |
| entire [1]   3/11 | hope [1]   4/1 | made against [1]   7/5 |
| entitled [1]   11/5 | hopeful [3]   4/9 8/13 8/25 | mail [1]   3/22 |
| et [4]   1/2 1/6 2/3 2/4 | hopefully [1]   6/3 | mailed [2]   2/13 3/14 |
| even [2]   5/23 6/16 | hour [1]   7/24 | make [1]   8/13 |
| ever [1]   9/21 | hours [1]   8/4 | manner [1]   5/3 |
| examination [1]   6/16 | how [1]   6/16 | matter [1]   11/5 |
| Exchanging [1]   5/21 | **I** | may [3]   2/17 3/19 7/17 |
| expert [2]   4/25 9/7 | I'd [2]   4/5 5/5 | maybe [3]   4/3 4/9 4/9 |
| extent [2]   6/2 6/25 | I'll [1]   8/6 | McGUINNESS [2]   1/12 2/10 |
| Eye [1]   1/13 | I'm [14] | me [9]   3/7 3/10 3/16 4/14 |
| **F** | I've [3]   2/12 3/14 9/12 | 6/10 7/23 7/25 10/2 10/5 |
| fact [3]   4/24 5/4 5/15 | idea [2]   5/22 6/17 | mean [2]   7/11 7/13 |
| file [3]   4/25 5/4 5/8 | identified [1]   2/4 | meaning [1]   4/15 |
| filed [1]   4/21 | identify [3]   4/4 4/8 5/22 | meet [2]   2/16 3/22 |
| first [1]   5/7 | identifying [1]   6/6 | mentioned [1]   4/17 |
| flat [1]   5/16 | if [16] | MICHAEL [1]   1/12 |
| foregoing [1]   11/4 | in [36] | middle [1]   5/24 |
| found [1]   9/21 | inappropriate [2]   5/16 | minute [2]   5/17 5/19 |
| four [2]   7/24 8/3 | 5/17 | minutes [1]   2/13 |
| four-hour [1]   7/24 | INC [1]   1/2 | more [3]   2/14 3/2 8/21 |
| frankly [1]   5/24 | inconsistent [1]   5/20 | morning [5]   3/2 3/21 3/23 |
| free [1]   7/23 | Incorporated [1]   2/3 | 8/9 8/12 |
| **G** | indicated [1]   3/18 | MOSS [2]   1/9 3/18 |
| general [1]   7/12 | information [2]   9/11 9/16 | mount [1]   5/14 |
| get [7]   3/7 3/10 5/25 8/3 | injunction [1]   8/15 | Mr [1]   2/10 |
| 9/1 9/14 10/5 | intend [1]   9/15 | Mr. [15] |
| giving [1]   10/8 | INTERNATIONAL [3]   1/5 1/18 | Mr. Gleason [9]   2/24 3/12 |
| glad [1]   4/5 | 2/3 | 4/20 4/22 5/10 8/6 8/12 |
| GLEASON [15] | into [1]   7/8 | 9/6 9/15 |
| Gleason's [1]   2/25 | is [19] | Mr. Gleason's [1]   2/25 |
| going [18] | issue [4]   2/22 4/11 6/3 | Mr. Siegel [5]   2/10 5/13 |
| good [3]   2/23 3/22 10/10 | 9/8 | 7/14 7/23 9/2 |
| got [2]   7/12 8/22 | issues [4]   2/16 2/20 4/4 | Ms [1]   2/13 |
| great [2]   3/17 3/19 | 4/8 | Ms. [2]   2/6 3/12 |
| guidance [2]   6/3 8/7 | it [16] | Ms. Hamilton [2]   2/6 3/12 |
| **H** | it's [7]   3/5 3/7 3/9 5/16 | multiple [1]   2/12 |
| had [6]   4/7 4/17 4/20 4/24 | 5/25 6/1 6/12 | my [9]   2/9 3/5 3/15 4/11 |
| 5/3 5/4 | items [1]   8/23 | 5/19 6/23 7/10 7/12 10/7 |
| HAMILTON [3]   1/17 2/6 3/12 | **J** | Myers [1]   1/12 |
| hand [1]   6/7 | Jeff [3]   1/21 11/3 11/10 | **N** |
| happened [1]   7/23 | jointly [1]   10/6 | N.W [1]   1/16 |
| hard [1]   3/7 | JUDGE [3]   1/9 3/18 7/25 | name [1]   8/1 |
| has [4]   2/9 2/11 3/18 4/21 | just [10]   2/13 3/20 4/4 | narrow [2]   2/15 8/21 |
| hasn't [1]   7/22 | 4/6 4/20 5/2 5/7 6/1 6/14 | narrowed [2]   8/11 8/15 |
| hate [1]   3/24 | 7/20 | narrowing [2]   8/13 8/18 |
| | **K** | necessarily [1]   4/19 |
| | know [14] | need [6]   4/1 4/11 5/2 5/9 |
| | know whether [1]   5/18 | 7/7 10/5 |

## N

needed [2]   7/16 7/17
next [4]   2/19 3/7 3/10
  3/19
night [2]   8/11 8/16
No [1]   1/3
not [12]
notice [1]   5/14
now [2]   3/8 3/15
NW [3]   1/13 1/19 1/23

## O

O'Melveny [1]   1/12
objections [1]   8/11
obviously [4]   4/12 7/1
  7/19 9/2
October [2]   1/5 5/15
October 18th [1]   5/15
offered [1]   8/18
Office [1]   1/15
Official [1]   1/22
okay [6]   3/12 4/17 9/4
  9/19 10/4 10/10
on [19]
one [5]   4/11 4/13 6/21 7/2
  8/7
ones [1]   5/23
only [1]   7/2
opportunity [3]   2/18 5/5
  6/11
opposing [3]   5/1 5/8 9/22
optimistic [1]   3/24
or [3]   6/13 6/24 9/20
order [3]   5/17 5/18 5/19
other [4]   3/4 3/6 6/7 8/8
our [8]   3/23 4/18 4/20
  5/15 5/22 6/24 8/24 9/14
out [9]   2/11 4/20 5/3 5/16
  6/4 7/13 9/12 9/16 10/6
outline [1]   7/12
outlines [1]   4/22
over [5]   3/19 3/25 6/21
  9/6 9/10
overly [1]   3/24

## P

p.m [2]   1/6 10/15
pages [1]   6/21
paper [1]   6/22
particularly [2]   4/15 5/16
parties [5]   2/4 6/3 7/11
  7/13 7/15
perhaps [2]   7/11 7/15
phone [1]   8/22
plaintiffs [7]   1/3 1/11
  2/21 4/15 4/19 6/11 8/9
plaintiffs' [3]   2/15 6/8
  6/9
point [1]   4/5
pointed [2]   4/20 5/3
position [2]   6/5 6/15
possible [1]   3/9
practicable [1]   8/14
practice [1]   9/20
precisely [1]   6/9
prefer [1]   3/2
preference [1]   3/5
preliminary [1]   8/14
prelude [1]   9/10
prematurely [1]   6/6

prepare [1]   6/16
prepared [1]   4/22
preparing [1]   7/9
principal [1]   4/21
proceedings [3]   1/25 10/15
  11/5
process [1]   5/11
produced [1]   1/25
producing [1]   9/11
production [1]   9/16
progress [2]   3/1 3/22
proposed [1]   2/14
proprietary [1]   9/11
provide [1]   6/2
provided [1]   8/25
purposes [1]   7/12
put [2]   5/25 6/25
putting [2]   5/18 6/24

## Q

questions [3]   7/21 7/22
  9/7

## R

raise [1]   3/8
raised [1]   9/7
RANDOLPH [1]   1/9
reach [2]   9/21 10/6
read [1]   7/25
ready [1]   5/2
real [1]   5/25
really [1]   5/7
realtime [1]   1/25
reason [1]   8/15
reasonable [2]   7/15 7/17
recall [1]   9/20
received [1]   8/10
receiving [1]   6/13
record [2]   2/5 11/4
recorded [1]   1/25
refer [1]   7/14
relatively [1]   7/7
remain [1]   8/25
remainder [1]   7/10
remaining [1]   2/19
report [1]   9/8
Reporter [2]   1/21 1/22
represent [1]   9/13
representations [1]   9/2
request [1]   4/18
requesting [1]   2/7
requests [2]   8/10 9/17
reschedule [1]   2/18
resolve [4]   3/3 3/6 8/8
  9/9
resolved [2]   9/1 9/14
respect [2]   7/18 8/22
restroom [1]   4/7
review [1]   8/24
right [2]   9/24 10/12
risk [1]   7/19
ROBERT [3]   1/11 2/24 8/5
rolling [1]   9/16
Room [1]   1/23
RPR [3]   1/21 11/3 11/10

## S

said [1]   6/18
say [6]   4/14 6/10 6/12
  7/24 8/3 10/4
saying [1]   2/7

schedule [1]   10/6
scrambling [1]   5/13
seems [1]   6/10
served [3]   8/9 9/16 9/17
several [1]   7/3
short [2]   5/5 7/1
shorthand [1]   1/25
should [2]   3/20 4/8
show [2]   5/6 7/20
showing [1]   6/15
SIEGEL [8]   1/11 2/10 2/24
  5/13 7/14 7/23 8/5 9/2
sitting [1]   6/23
situation [1]   8/17
six [1]   7/4
skills [1]   9/14
so [16]
some [12]
someone [1]   2/21
something [2]   7/13 10/6
sorry [3]   4/6 4/7 5/19
sounds [1]   9/19
spend [1]   7/9
spoke [1]   2/24
St [1]   1/16
stage [1]   5/11
start [2]   9/15 9/18
stated [1]   2/14
STATES [2]   1/1 1/9
stenographic [1]   1/25
still [1]   4/9
Street [1]   1/13
stuff [1]   4/13
subject [2]   8/7 8/8
such [1]   7/16
suggest [1]   2/17
suggestion [1]   2/25
Suite [1]   1/16
suppose [1]   7/13
surprise [2]   6/8 6/20
surprised [1]   6/21
sympathetic [1]   6/7

## T

take [2]   4/19 9/3
taking [1]   6/13
talking [2]   4/4 8/12
TEAMSTERS [3]   1/6 1/18 2/4
telephone [5]   1/8 1/11
  1/12 1/15 1/17
tell [2]   2/12 3/6
terms [2]   4/14 9/10
testimony [1]   4/22
texted [1]   3/14
thank [7]   8/6 10/2 10/8
  10/10 10/12 10/13 10/14
that [55]
that's [5]   3/16 4/5 6/21
  8/2 8/20
their [1]   5/8
them [3]   6/20 7/18 8/11
themselves [1]   2/5
then [5]   3/11 5/24 8/3
  8/10 9/15
there [5]   2/19 4/7 7/4 8/9
  9/9
there's [4]   3/8 7/19 9/13
  10/4
they [6]   5/3 5/4 6/15 6/17
  6/17 7/16
they're [2]   6/14 7/16

they've - yours
Case 1:17-cv-01953-RDM   Document 40   Filed 10/30/17   Page 15 of 15
Page 15

## T

they've [5]   7/5 7/6 9/7
  9/16 9/17
things [1]   3/20
think [13]
think I've [1]   9/12
this [23]
Thompson [1]   2/13
those [1]   7/7
thousand [1]   6/21
through [2]   4/9 8/13
time [8]   5/25 6/4 7/9 7/15
  7/17 7/21 8/14 9/20
timed [1]   2/11
today [5]   2/18 6/23 8/22
  9/15 10/9
together [3]   3/25 6/1
  10/11
too [1]   6/20
touch [2]   3/10 10/5
transcript [4]   1/8 1/25
  7/25 11/4
transcription [1]   1/25
trial [2]   3/11 6/8
troublesome [2]   4/14 4/16
try [2]   3/3 10/6
trying [4]   5/14 5/25 6/20
  8/8
turn [1]   7/8

## U

U.S [1]   1/22
understand [5]   5/10 6/4
  6/22 7/1 8/17
union [1]   7/6
UNITED [2]   1/1 1/9
unreasonable [1]   6/1
unresolved [2]   2/20 4/2
up [4]   5/6 6/15 7/20 7/21
upon [1]   9/1
us [7]   3/20 4/16 8/19 8/25
  9/17 9/17 10/8
use [1]   9/14
using [1]   5/23

## V

versions [1]   9/13
versus [1]   2/3
very [3]   3/7 5/5 10/9
via [4]   1/11 1/12 1/15
  1/17
view [1]   4/11

## W

want [3]   2/21 3/8 6/5
was [7]   5/7 5/19 8/9 8/15
  8/25 9/9 10/2
Washington [5]   1/4 1/13
  1/16 1/19 1/24
wasn't [1]   9/21
way [1]   6/13
ways [1]   2/12
we [30]
we'd [1]   3/2
we'll [1]   9/14
we're [7]   3/2 3/25 4/4
  5/18 8/17 9/5 9/17
we've [2]   3/1 3/22
week [4]   2/19 3/11 3/11
  8/25
weekend [2]   4/1 9/6
weeks [2]   3/8 3/20
well [6]   3/5 6/2 7/11 9/19
  10/2 10/10
were [5]   2/6 2/7 4/25 5/3
  8/21
what [5]   4/8 5/11 5/19 6/9
  6/12
what's [1]   6/17
when [2]   5/25 8/10
where [1]   8/17
whether [4]   5/7 5/18 6/12
  6/23
which [13]
why [1]   8/2
will [8]   7/5 7/5 8/18 9/5
  9/5 9/9 9/12 9/25
witness [6]   4/21 4/25 5/21
  7/2 7/20 7/22
witnesses [11]   4/24 4/25
  5/5 5/8 5/15 5/22 6/6 6/10
  6/12 6/24 7/7
word [1]   9/3
work [6]   3/25 4/9 8/6 9/6
  9/12 10/11
working [3]   2/10 6/4 7/12
would [10]   3/9 4/1 4/3
  4/14 5/2 5/8 7/23 8/3 8/24
  9/13
wouldn't [1]   8/5
written [1]   4/21

## Y

Yeah [3]   2/9 2/23 4/17
years [1]   9/20
yes [3]   2/24 3/16 5/13
yet [1]   5/23
you [26]
you'll [1]   3/9
yours [1]   4/12