ATLAS AIR, INC. and POLAR AIR CARGO
WORLDWIDE, INC.

VS.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et.
al.

Civil No. 1:17-cv-1953

| | |
|---|---|
| Government | ☐ |
| Plaintiff | ☒ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-001 | Transcript of audio recording of a July 22, 2017 telephone call between a pilot and an Atlas¹ crew scheduler | | 11/2/17 | |
| PX-002 | Excerpts from the Collective Bargaining Agreement between Atlas Air, Inc. and International Brotherhood of Teamsters, Airline Division, Representing the Flight Deck Crewmembers in the Service of Atlas Air, Inc., dated September 8, 2011 | | | |
| PX-003 | Email from Atlas employee R. Parker to Atlas executive J. Carlson regarding "CVG Station Manager Report," sent August 24, 2017 | | | |

¹ Atlas Air, Inc. ("Atlas Air") and Polar Air Cargo Worldwide, Inc. ("Polar Air") are collectively referred to herein as "Atlas."

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-004 | Compilation of tweets from Local 1224 Atlas Executive Council Communications Chairman Captain M. Griffith's Twitter handle and the Giant Comms Twitter handle, from January 19, 2016 through September 22, 2017 | 11/1/17 | 11/2/17 | Jeffrey Carlson |
| PX-005 | Certified transcript of Atlas Teamsters Action Message podcast released on January 29, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-006 | Compilation of posts made between February 7, 2016 and September 13, 2017 to online forums, posts publicly available on the Airline Pilot Forums website, www.airlinepilotforums.com | 11/1/17 | | Jeffrey Carlson |
| PX-007 | Certified transcript of CBA Chat video podcast released in mid-February, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-008 | Certified transcript of Atlas Teamsters Action Message podcast released on Febuary 15, 2016, podcast publicly available at http://giantcomms.libsyn.com | | ✓ | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-009 | Certified transcript of Atlas Teamsters Action Message podcast released on March 15, 2016, podcast publicly available at http://giantcomms.libsyn.com | | 11/2/17 | |
| PX-010 | Certified transcript of CBA Chat video podcast released in late February or early March, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-011 | Certified transcript of CBA Chat video podcast released on or about March 26, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-012 | Certified transcript of Atlas Teamsters Action Message podcast released on March 31, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-013 | "Chairman's Update" email from Local 1224, sent April 1, 2016 | | | |
| PX-014 | Certified transcript of CBA Chat audio podcast released on April 12, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-015 | Certified transcript of Atlas Teamsters Action Message podcast released on April 15, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-016 | Certified transcript of Atlas Teamsters Action Message podcast released on May 13, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-017 | "Chairman's Message" email from Local 1224, sent June 2, 2016 | | 11/2/17 | |
| PX-018 | Certified transcript of Atlas Teamsters Action Message podcast released on June 15, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-019 | Certified transcript of CBA Chat video podcast released on June 20, 2016, podcast publicly available at http://giantcomms.libsyn.com | 11/1/17 | | Jeffrey Carlson |
| PX-020 | "Chairman's Update" email from Local 1224, sent June 28, 2016 | | | |
| PX-021 | Certified transcript of Atlas Teamsters Action Message podcast released on June 30, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-022 | Certified transcript of Atlas Teamsters Action Message podcast released on July 29, 2016, podcast publicly available at http://giantcomms.libsyn.com | | ✓ | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-023 | "Chairman's Update" email from Local 1224, sent August 26, 2016 | | 11/2/17 | |
| PX-024 | Certified transcript of Atlas Teamsters Action Message podcast released on August 31, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-025 | Certified transcript of Atlas Teamsters Action Message podcast released on September 15, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-026 | Certified transcript of CBA Chat video podcast released on September 16, 2016, podcast publicly available at https://www.youtube.com/watch?v=4sCFUmaFQnY&t=14s | | | |
| PX-027 | Certified transcript of CBA Chat video podcast released on September 19, 2016, podcast publicly available at https://www.youtube.com/watch?v=2XjWYx7rioE | | | |
| PX-028 | Certified transcript of Atlas Teamsters Action Message podcast released on September 30, 2016, | | ✓ | |

5

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-029 | "Message from the Chairman" email from Local 1224, sent October 5, 2016 | | 11/2/17 | |
| PX-030 | Certified transcript of Atlas Teamsters Action Message podcast released on October 14, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-031 | "Chairman's Update" email from Local 1224, sent October 31, 2016 | | | |
| PX-032 | Certified transcript of Atlas Teamsters Action Message podcast released on November 15, 2016, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-033 | Certified transcript of CBA Chat video podcast released on November 23, 2016, podcast publicly available at https://www.youtube.com/watch?v=klTE8Rks89rA&t=4s | | | |
| PX-034 | Certified transcript of CBA Chat video podcast released on November 30, 2016, podcast publicly | | | |

(first row, above PX-029) podcast publicly available at http://giantcomms.libsyn.com

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | available at https://www.youtube.com/watch?v=anjYo-IKfc8&t=27s | | | |
| PX-035 | Certified transcript of Atlas Teamsters Action Message podcast released on December 15, 2016, podcast publicly available at http://giantcomms.libsyn.com | | 11/2/17 | |
| PX-036 | Letter from Atlas executive J. Carlson to Local 1224 President D. Wells and Executive Council Chairman Captain R. Kirchner, dated December 17, 2016, sent via email on December 19, 2016 | 11/1/17 | | Jeffrey Carlson |
| PX-037 | Letter from Local 1224 President D. Wells and Executive Council Chairman Captain R. Kirchner to Atlas executive J. Carlson, dated December 21, 2016 | 11/1/17 | | Jeffrey Carlson |
| PX-038 | "Chairman's Update" email from Local 1224, sent December 22, 2016 | | | |
| PX-039 | Certified transcript of Atlas Teamsters Action Message podcast released on December 30, 2016, podcast publicly available at http://giantcomms.libsyn.com | | ✓ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-040 | "Chairman's Update" email from Local 1224, sent January 6, 2017 | | | |
| PX-041 | Certified transcript of Atlas Teamsters Action Message podcast released on January 15, 2017, podcast publicly available at http://giantcomms.libsyn.com | | 11/2/17 | |
| PX-042 | "Chairman's Update" email from Local 1224, sent January 19, 2017 | | | |
| PX-043 | "Catering Reminders" email from Local 1224, sent February 7, 2017 | | | |
| PX-044 | "Chairman's Update" email from Local 1224, sent February 10, 2017 | | | |
| PX-045 | "Chairman's Update" email from Local 1224, sent February 14, 2017 | | | |
| PX-046 | "Chairman's Update" email from Local 1224, sent February 16, 2017 | | | |
| PX-047 | Article titled "Atlas Confident on Pilot Recruitment and Aircraft Supply" published by Air Cargo News on February 23, 2017, publicly available at http://www.aircargonews.net/news/airlines/single- | | ✓ | |

8

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | view/news/atlas-confident-on-pilot-and-aircraft-supply.html | | | |
| PX-048 | Certified transcript of Atlas Teamsters Action Message podcast released on February 28, 2017, podcast publicly available at http://giantcomms.libsyn.com | | 11/2/17 | |
| PX-049 | "Chairman's Update" email from Local 1224, sent March 14, 2017 | | | |
| PX-050 | Certified transcript of Atlas Teamsters Action Message podcast released on March 15, 2017, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-051 | "Chairman's Update" email from Local 1224, sent March 24, 2017 | | | |
| PX-052 | "Chairman's Update" email from Local 1224, sent March 27, 2017 | | | |
| PX-053 | Certified transcript of Atlas Teamsters Action Message podcast released on March 31, 2017, podcast publicly available at http://giantcomms.libsyn.com | | ✓ | |
| PX-054 | "April 2017 Steward News" email from Local 1224, sent April 13, 2017 | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-055 | Certified transcript of Atlas Teamsters Action Message podcast released on April 14, 2017, podcast publicly available at http://giantcomms.libsyn.com | | 11/2/17 | |
| PX-056 | "Chairman's Update" email from Local 1224, sent April 18, 2017 | | | |
| PX-057 | "Atlas Executive Council Message" email from Local 1224, sent April 21, 2017 | | | |
| PX-058 | Certified transcript of Atlas Teamsters Action Message podcast released on May 15, 2017, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-059 | "ExCo Update" email from Local 1224, sent May 23, 2017 | | | |
| PX-060 | "May 2017 Negotiations Update" email from Local 1224, sent May 25, 2017 | | | |
| PX-061 | Certified transcript of Atlas Teamsters Action Message podcast released on May 31, 2017, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-062 | Certified transcript of Atlas Teamsters Action Message podcast released on June 15, 2017, podcast publicly available at http://giantcomms.libsyn.com | | ✓ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-063 | "Chairman's Update" email from Local 1224, sent June 23, 2017 | | | |
| PX-064 | Certified transcript of Atlas Teamsters Action Message podcast released on June 30, 2017, podcast publicly available at http://giantcomms.libsyn.com | | 11/2/17 | |
| PX-065 | "Chairman's Update" email from Local 1224, sent July 6, 2017 | | | |
| PX-066 | Press release by Local 1224 titled "Teamsters Local 1224: Amazon Prime Customers to Hear About Risks to Delivery Service Ahead of 'Prime Day'" issued on July 6, 2017, publicly available at http://www.prnewswire.com/news-releases/teamsters-local-1224-amazon-prime-customers-to-hear-about-risks-to-delivery-service-ahead-of-prime-day-300484182.html# | | | |
| PX-067 | Webpage titled "Can Amazon Deliver? | The Truth About Prime Air" captured on December 19, 2016, publicly available at http://canamazondeliver.com | | | |
| PX-068 | Certified transcript of Atlas Teamsters Action Message podcast released on July 14, 2017, podcast publicly available at http://giantcomms.libsyn.com | | | |

11

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-069 | "Chairman's Update" email from Local 1224, sent July 28, 2017 | | 11/2/17 | |
| PX-070 | Certified transcript of Atlas Teamsters Action Message podcast released on July 31, 2017, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-071 | Email from a pilot to Atlas *HDO Crew Scheduling regarding "OT118," sent July 31, 2017 | | | |
| PX-072 | "Chairman's Update" email from Local 1224, sent August 4, 2017 | | | |
| PX-073 | "Your TOP 10 CBA References for August" email from Local 1224, sent August 15, 2017 | | | |
| PX-074 | "New Hire Schedulers" email from Local 1224, sent August 23, 2017 | | | |
| PX-075 | Certified transcript of Atlas Teamsters Action Message podcast released on August 31, 2017, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-076 | "CLT-R3" email from Local 1224, sent September 7, 2017 | | ✓ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-077 | "Chairman's Update" email from Local 1224, sent September 12, 2017 | | 11/2/17 | |
| PX-078 | Certified transcript of Atlas Teamsters Action Message podcast released on September 15, 2017, podcast publicly available at http://giantcomms.libsyn.com | 11/1/17 | | Jeffrey Carlson |
| PX-079 | "Chairman's Update" email from Local 1224, sent September 18, 2017 | | | |
| PX-080 | Email from a pilot to Atlas Chief Pilot S. Welty, sent May 9, 2016 | | | |
| PX-081 | Email and attachment from a pilot to Atlas Chief Pilot R. DuFour regarding "Harassment and intimidation," sent January 29, 2017 | 11/1/17 | | Jeffrey Carlson |
| PX-082 | Email and attachment from a pilot to Atlas Chief Pilot S. Welty regarding "Filthy Scab," sent February 28, 2017 | | | |
| PX-083 | Email from a pilot to Atlas employee D. Loh regarding "Pilots Conversation Thursday 22 June 2017, 0900," sent June 22, 2017 | | ✓ | |
| PX-084 | Email from a representative of an Atlas customer to Atlas executive W. Flynn, forwarding internal | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | customer emails, regarding "Delay warning . . . ex . . . ," sent June 27, 2017 | | | |
| PX-085 | Email thread among Atlas representatives and representatives of an Atlas customer regarding "Flight Crew Catering Refusal – Aircraft out of service," sent July 18, 2017 | 11/2/17 | | |
| PX-086 | Email from a representative of an Atlas customer to Atlas executive R. Hyslop, copying other Atlas executives, regarding ". . . 19 JUL 2017 . . . Notification#3," sent July 19, 2017 | | | |
| PX-087 | Email thread among Atlas executives and representatives of an Atlas customer regarding "Not a best day . . .," sent July 20, 2017 | | | |
| PX-088 | Email thread among Atlas employees and representatives of an Atlas customer, sent July 20, 2017 | | | |
| PX-089 | Email from a representative of an Atlas customer to Atlas executive J. Dietrich regarding "ATLAS RELIABILITY," sent July 26, 2017 | | | |
| PX-090 | Email from a representative of an Atlas customer to Atlas executive J. Carlson, copying Atlas employee, | | ✓ | |

14

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | regarding "Delay . . . Delay Warning . . . ," sent August 3, 2017 | | | |
| PX-091 | Email thread among Atlas representatives and representatives of an Atlas customer regarding "Flt. . . ," sent August 9, 2017 | 11/2/17 | | |
| PX-092 | Email from a representative of an Atlas customer to Atlas executives R. Hyslop and J. Dietrich, forwarding internal customer email, regarding ". . . 10 AUG 2017, . . . Notification#1," sent August 10, 2017 | | | |
| PX-093 | Email from a representative of an Atlas customer to Atlas executive J. Carlson and employee D. Burgett, copying other Atlas employees, regarding ". . . – DELAYED OPERATIONS (CREW)," sent August 28, 2017 | 11/1/17 | | Jeffrey Carlson |
| PX-094 | Email from a representative of an Atlas customer to Atlas executive J. Carlson and other Atlas employees regarding ". . . SCHEDULE REVISION," sent August 27, 2017 | | ✓ | |
| PX-095 | Email thread between a representative of an Atlas customer and Atlas executive M. Steen, copying other | | | |

15

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | Atlas executives, regarding "Crew Fatigue," sent August 30, 2017 | | 11/2/17 | |
| PX-096 | Email from a representative of an Atlas customer to Atlas executives R. Hyslop and J. Dietrich and employee A. Kurien, forwarding internal customer email, regarding ". . . Delay," sent September 9, 2017 | | | |
| PX-097 | Compilation of emails from family members of U.S. Military service members and other interested persons to Atlas representatives regarding multiple delays experienced by the service members returning from Kuwait, sent between April 24, 2017 and May 2, 2017 | 11/1/17 | | Jeffrey Carlson |
| PX-098 | Email from Atlas executive J. Dietrich to International Brotherhood of Teamsters, Airline Division Director Captain D. Bourne regarding "Military sick and fatigue calls," sent June 9, 2017 | | | |
| PX-099 | Certified transcript of February 2, 2016 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | 11/1/17 | | Jeffrey Carlson |
| PX-100 | Certified transcript of February 9, 2016 Crew Call, publicly available at http://giantcomms.libsyn.com | | ✓ | |
| PX-101 | Certified transcript of February 22, 2016 General Membership Meeting, containing material not redacted | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | by the Defendants in their production of the recording to Atlas | | | |
| PX-102 | Certified transcript of March 22, 2016 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | 1/2/17 | |
| PX-103 | Certified transcript of April 25, 2016 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |
| PX-104 | Certified transcript of September 15, 2016 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |
| PX-105 | Certified transcript of November 16, 2016 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |
| PX-106 | Certified transcript of December 15, 2016 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |
| PX-107 | Certified transcript of January 10, 2017 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-108 | Certified transcript of February 16, 2017 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |
| PX-109 | Certified transcript of April 14, 2017 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | 1/2/17 | |
| PX-110 | Certified transcript of Atlas Teamsters Action Message podcast released on April 28, 2017, podcast publicly available at http://giantcomms.libsyn.com | | | |
| PX-111 | Certified transcript of May 11, 2017 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |
| PX-112 | Certified transcript of June 8, 2017 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |
| PX-113 | Certified transcript of July 10, 2017 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | | |
| PX-114 | Certified transcript of August 12, 2017 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | ✓ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-115 | Certified transcript of August 30, 2017 Crew Call, containing material not redacted by the Defendants in their production of the recording to Atlas | | 11/2/17 | |
| PX-116 | "Chairman's Message" email from Local 1224, sent September 25, 2017 | | | |
| PX-117 | Compilation of tweets from Local 1224 Atlas Executive Council Communications Chairman Captain M. Griffith's Twitter handle and the Giant Comms Twitter handle, from September 27, 2017 through October 21, 2017 | 11/1/17 | | |
| PX-118 | "Employee Conduct" email from Local 1224, sent September 29, 2017 | | | |
| PX-119 | "Chairman's Update" email from Local 1224, sent October 3, 2017 | | | |
| PX-120 | Press release by Local 1224 titled "Teamsters Local Union 1224: Atlas Air And Polar Air Cargo Pilots Respond To Frivolous Lawsuit" issued on October 3, 2017, publicly available at https://www.prnewswire.com/news-releases/teamsters-local-union-1224-atlas-air-and-polar-air-cargo-pilots-respond-to-frivolous-lawsuit-300530531.html | | ✓ | Jeffrey Carlson |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-121 | Complete communication from the Aircraft Communications Addressing and Reporting System for August 25, 2017 flight | | 11/2/17 | |
| PX-122 | Declaration of Jeffrey Carlson in Support of Plaintiffs' Motion for a Preliminary Injunction, dated and filed September 25, 2017, as ECF 5-3 | 11/1/17 | | Jeffrey Carlson |
| PX-123 | Declaration of Jerrold A. Glass in Support of Plaintiffs' Motion for a Preliminary Injunction, dated and filed September 25, 2017, as ECF 5-102 | | | |
| PX-124 | Declaration of Darin N. Lee, Ph.D in Support of Plaintiffs' Motion for a Preliminary Injunction, dated and filed September 25, 2017, as ECF 5-103 | 10/31/17 | | Dr. Darin Lee |
| PX-125 | Declaration of William J. Flynn in Support of Plaintiffs' Motion for a Preliminary Injunction, dated and filed October 19, 2017, as ECF 24-1, and deemed filed by the Court on October 20, 2017, as ECF 26 | 11/2/17 | | William Flynn |
| PX-126 | Supplemental Declaration of Jeffrey Carlson in Support of Plaintiffs' Motion for a Preliminary Injunction, dated and filed under seal October 23, 2017, as ECF 27-2 (public slip sheet), and ECF 28-2 | 11/1/17 | | Jeffrey Carlson |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| | (sealed document), and deemed filed by the Court on October 24, 2017, as ECF 29 | | 11/2/17 | |
| PX-127 | "CBA Temporary Pilot Retention Adjustments" Proposal from the Union, dated December 5, 2014 | 11/1/17 | | Jeffrey Carlson |
| PX-128 | "Framework Agreement" email from Local 1224, sent June 12, 2017 | 11/1/17 | | Jeffrey Carlson |
| PX-129 | Local 1224's "Grievance AA1-2016-015 Submission" dated March 4, 2016 | 11/1/17 | | Jeffrey Carlson |
| PX-130 | Atlas' "Step 1 Decision — Grievance AA-2016-015, dated March 31, 2016 | 11/1/17 | | Jeffrey Carlson |
| PX-131 | Local 1224's "Grievance AA1-2017-004 Submission" dated February 21, 2017 | 11/1/17 | | Jeffrey Carlson |
| PX-132 | Atlas' "Step 1 Decision — Grievance AA-2017-004, dated March 23, 2017 | 11/1/17 | | Jeffrey Carlson |
| PX-133 | Local 1224's "Grievance AA1-2017-004 Step 2 Submission," dated March 24, 2017 | 11/1/17 | | Jeffrey Carlson |
| PX-134 | Atlas' "Step 2 Decision — Grievance AA-2017-004," dated May 4, 2017 | 11/1/17 | ✓ | Jeffrey Carlson |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-135 | Local 1224's "Submission to the Atlas Air System Board of Adjustment: Grievance No. AAI-2017-004," dated May 5, 2017 | 11/1/17 | 11/2/17 | Jeffrey Carlson |
| PX-136 | Rebuttal Declaration of Darin N. Lee, Ph.D, in Support of Plaintiffs' Motion for a Preliminary Injunction, dated and filed October 26, 2017, as ECF 35 | 10/31/17 | | Dr. Darin Lee |
| PX-137 | Inaugural ATAM communication. (Transcript) 1-15-15 | 11/2/17 | | Robert Kirchner |
| PX-138 | flight reservation, San Francisco to Houston; hotel preservation | 11/1/17 | ✓ | cap. Jeffrey Carlson |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX-139 | Email from Atlas employee S. Sattar to Atlas pilot J. Campbell regarding "Travel reservation Campbell/J 13 July," sent July 13, 2017 | | 11/2/17 | |
| PX-140 | "Further Robustness Test of Mr. Akins's Exhibit 18 Including 2015 Dummy Variable" Slide | | 11/2/17 | |
| PX-141 | "Percent of Fatigue Calls by Pilot Cohort, 6 Months Ending August 2017" Slide | | 11/2/17 | |

23