Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

Atlas Air Inc., et al.

VS.

International Brotherhood of Teamsters, et al.

Civil/Criminal No. ___17-1953___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Atlas Air CBA | 11/1/17 | 11/2/17 | Jeffrey Carlson | N/A |
| 2 | Kirchner Declaration | 11/1/17 | | Jeffrey Carlson | |
| 3 | Akins Report | 10/31/17 | | Dr. Darin Lee | |
| 4 | McCabe Declaration | 11/1/17 | | Jeffrey Carlson | |
| 5 | Ruiz de Castilla Declaration | | | | |
| 6 | Baranko Declaration | | | | |
| 7 | Bellman Declaration | | | | |
| 8 | Hoffman Declaration | | | | |
| 9 | Kolaric Declaration | | | | |
| 10 | Lang Declaration | | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

Atlas Air Inc., et al.

**VS.**

International Brotherhood of Teamsters, et al.

Civil/Criminal No. ___17-1953___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY N/A (date & time) |
|---|---|---|---|---|---|
| 11 | Lennox Declaration | | 11/2/17 | | |
| 12 | Montgomery Declaration | | | | |
| 13 | Nolting Declaration | | | | |
| 14 | Reister Declaration | | | | |
| 15 | Samson Declaration | | | | |
| 16 | Santos Declaration | | | | |
| 17 | Shaw Declaration | | | | |
| 18 | Simon Declaration | | | | |
| 19 | Viertel Declaration | | ✓ | | |
| 20 | DePledge Declaration | | | | |

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

Atlas Air Inc., et al.

VS.

International Brotherhood of Teamsters, et al.

Civil/Criminal No. 17-1953

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | French Declaration | | 11/2/17 | | |
| 22 | Ojeda Declaration | | | | |
| 23 | Glover Declaration | 11/1/17 | | Jeffrey Carlson | |
| 24 | Greene Declaration | | | | |
| 25 | Howard Declaration | | | | |
| 26 | Malloy Declaration | | | | |
| 27 | Metzler Declaration | 11/1/17 | | Jeffrey Carlson | |
| 28 | Overby Declaration | | | | |
| 29 | Pocock Declaration | | | | |
| 30 | Quiros-Callejon Declaration | | ✓ | | N/A |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

Atlas Air Inc., et al.

VS.

International Brotherhood of Teamsters, et al.

Civil/Criminal No. _17-1953_

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | Sanchez Declaration | | 11/2/17 | | N/A |
| 32 | Gerber Declaration | | | | |
| 33 | Von Thaden Declaration | | | | |
| 34 | Peterson Declaration | 11/1/17 | | Jeffrey Carlson | |
| 35 | Wells Declaration | 11/1/17 | | Jeffrey Carlson | |
| 36 | Griffith Declaration | '  '   . | | '    ' | |
| 37 | Tremmel Declaration | .   ' | | '  -  ' | |
| 38 | 12/10/14 Chairman's Message | 11/1/17 | | Jeffrey Carlson | |
| 39 | 4/21/15 Chairman's Message | 1/1/17 | | Jeffrey Carlson | |
| 40 | 5/29/17 Chairman's Message | 11/1/17 | ✓ | Jeffrey Carlson | |

Government
Plaintiff
Defendant  [✓]
Joint
Court  [ ] [✓] [ ] [ ]

Atlas Air, Inc., et al.

VS.

International Brotherhood of Teamsters, et al.

Civil/Criminal No. ___17-1953___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | 10/15/15 Chairman's Message | 11/1/17 | 11/2/17 | Jeffrey Carlson | N/A |
| 42 | 3/17/16 Email | | | | |
| 43 | 3/19/16 Email | | | | |
| 44 | Screenshots of Flight 8010, August 26 | | | | |
| 45 | Screenshots of August 26 | | | | |
| 46 | Screenshots of Flight PO218 | | | | |
| 47 | Screenshots- Campbell | 11/1/17 | | Jeffrey Carlson | |
| 48 | Screenshots of Flight PO213, June 7 | | | | |
| | | | | | |
| 5b | Chart (Active Pilots w/Miles than 3yrs. experience) | 11/2/17 | ✓ | Daniel Akins | |