**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ATLAS AIR, INC, et al.,

           **Plaintiffs,**

         vs.

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, et al.,

           **Defendants.**
_____/

      Civil Action
      No. 1:17-cv-1953

      Washington, DC
      November 1, 2017

      11:06 a.m.


**TRANSCRIPT OF MOTION FOR PRELIMINARY INJUNCTION – DAY 2**
**BEFORE THE HONORABLE RANDOLPH D. MOSS**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES**

| | |
|---|---|
| **For the Plaintiffs:** | **ROBERT A. SIEGEL**<br>**MICHAEL G. McGUINNESS**<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC 20006 |
| **For the Defendants:** | **EDWARD A. GLEASON**<br>Law Office of Edward A. Gleason<br>10 17th St. N.W., Suite 800<br>Washington, D.C. 20006 |
| | **DEIRDRE HAMILTON**<br>International Brotherhood of<br>Teamsters<br>25 Louisiana Ave NW<br>Washington, DC 20001 |

_____

| | |
|---|---|
| **Court Reporter:** | **Jeff M. Hook, CSR, RPR**<br>Official Court Reporter<br>U.S. District & Bankruptcy Courts<br>333 Constitution Avenue, NW<br>Room 4700-C<br>Washington, DC  20001 |

Proceedings recorded by realtime stenographic shorthand;
transcript produced by computer-aided transcription.

1                                    **I N D E X**

2

3     **Witness Testimony**                                        **Page**

4     Darren Lee, PhD

5           Reopened Direct Examination by Mr. Siegel          5

6           Continued Cross-Examination by Mr. Gleason         6

7

8     Captain Jeff Carlson

9           Direct Examination by Mr. McGuinness               47

10          Cross-Examination by Mr. Gleason                  109

11          Redirect Examination by Mr. McGuinness            221

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Civil action 17-1953, Atlas Air,

3     Incorporated, et al. versus the International Brotherhood of

4     Teamsters, et al.  Will counsel please approach the podium

5     and identify yourselves for the record.

6          **MR. SIEGEL:**  Good morning, your Honor.  Robert

7     Siegel from O'Melveny & Myers for plaintiffs.  With me is my

8     colleagues Mike McGuinness, Rachel Janger and Sloane

9     Ackerman.

10          **THE COURT:**  Good morning to all of you.

11          **MR. GLEASON:**  Good morning, your Honor.  Ed

12     Gleason from the Law Office of Edward Gleason on behalf of

13     the defendants.  With me are my colleagues Dierdre Hamilton

14     and Jim Petroff.

15          **THE COURT:**  Good morning to all of you.  I see I

16     have some additional exhibits in front of me?

17          **MR. GLEASON:**  Yes.

18          **THE COURT:**  Are the parties in agreement that

19     these should just be added to the books?

20          **MR. SIEGEL:**  Yes.

21          **MR. GLEASON:**  Yes.

22          **THE COURT:**  Okay.  Anything else just to address

23     before we ask that the witness return?

24          **MR. SIEGEL:**  I'm sorry, your Honor.  No, we're

25     ready to proceed.

1          **MR. GLEASON:**  I'm ready.

2          **THE COURT:**  Okay.  So the only thing is -- the

3    initial thing is I think when the witness takes the stand

4    again, that Mr. Siegel, perhaps you should have him confirm

5    or adopt or not for the record his declaration.  I think we

6    should do that for each of the witnesses just to make sure

7    that that testimony is being either adopted or not for

8    purposes of the hearing.

9          So let me --

10          **MR. SIEGEL:**  Sure, your Honor, thank you.

11          **THE COURT:**  Let me ask that we call the witness

12    then.

13          **MR. GLEASON:**  Perhaps we can do some clean up that

14    we have.  We have a number of declarations that I guess we

15    should formally move for their admission, what we called the

16    fact declarations with respect to fatigue and sick.  I can

17    either do it now or of course when we put our case on.

18          **THE COURT:**  Any objection to just the Court

19    accepting those declarations?

20          **MR. SIEGEL:**  I don't.  I think just on the current

21    timeline, I'd like to get the declarations confirmed by the

22    witness for the plaintiffs as we put our case on.  When

23    Mr. Gleason starts his case, I'll be glad to stipulate to

24    his.

25          **THE COURT:**  That seems fine.  Let's let the

1    plaintiff proceed with his case, and if we can recall the

2    witness.

3             Dr. Lee, just to remind that you're still under

4    oath today.

5             **THE WITNESS:**  Thank you.

6

7        REOPENED EXAMINATION OF PLAINTIFFS' WITNESS DARREN LEE

8    **BY MR. SIEGEL:**

9        **Q.**    Good morning, Dr. Lee.  I wanted to just ask you

10   first of all, directing your attention to Exhibit 124, your

11   declaration in this case.

12            Are you able to please confirm and to adopt that

13   declaration as your full direct testimony in this case?

14       **A.**    I am.

15       **Q.**    And also Exhibit 136, your rebuttal declaration,

16   are you able to also please adopt and confirm that

17   declaration as your direct testimony in this case?

18       **A.**    I am, yes.

19            **THE COURT:**  Okay, thank you.

20            **MR. SIEGEL:**   Thank you.

21            **THE COURT:**   Mr. Gleason, may continue with your

22   cross-examination.

23

24        CONTINUED CROSS-EXAMINATION OF PLAINTIFFS' WITNESS

25        DARREN LEE

1    **BY MR. GLEASON:**

2        **Q.**    Thank you, your Honor.  Good morning, Doctor, how

3    are you?

4        **A.**    Good morning, Mr. Gleason, good.

5        **Q.**    That's good.  Just picking up from where we were

6    yesterday, I wanted to just make sure I understand.  In your

7    analysis, you're excluding the uncontrolled and secondary

8    delays, is that correct, from the analysis?

9        **A.**    In the regression analyses that we talked about

10   yesterday, I do before running the estimation exclude

11   flights that had delays due to weather, ATC and government,

12   customer as well as secondary, that's correct.

13       **Q.**    And so those again were what we were discussing

14   yesterday, the uncontrolled and secondary delays that you

15   were referencing?

16       **A.**    I think I referred to them as the uncontrollable

17   and secondary, yes, correct.

18       **Q.**    And let's talk about the Atlas flight data that

19   you had received from Atlas, Doctor.  How many delay codes

20   are in the Atlas flight data?

21       **A.**    There's several.

22       **Q.**    More than 80?

23       **A.**    I would take that representation.  There's quite a

24   few.

25       **Q.**    Okay.  What portion of all of the Atlas trips are

1    actually affected by the uncontrollable and secondary

2    delays?

3        **A.**   It's in the range of I think around 50 percent or

4    thereabouts.  And it depends a little bit from month to

5    month.  But weather's obviously a big chunk of those, and

6    there are obviously a fair number of customer driven delays.

7    But it's in that range.  And it does honestly vary depending

8    on the month.

9        **Q.**   So again, if it's roughly in the 50 percent range

10   it means that's not included because it's in the

11   uncontrollable or the secondary delays?

12       **A.**   That's correct, they're excluded from the sample

13   for the purposes of estimating the coefficients.

14       **Q.**   Okay.  And then the rest is what we would call --

15   or I think as an economist you would call it your clean

16   sample, that's the part you're actually measuring?

17       **A.**   They are included in the regression analysis,

18   that's correct.

19       **Q.**   So if you consider just weather, right, then the

20   number of flights left in your analysis is going to change

21   on a month to month basis, right, it depends on how the

22   weather is that month?

23       **A.**   The weather will impact the number of observations

24   that are occurring actually on any given day for that

25   matter.

1      **Q.**    Any given day in any given month, correct?

2      **A.**    That's correct.

3      **Q.**    So if there's a month where there's particularly

4      good weather, you're going to have more trips contained in

5      your analysis for that month than in a month when the

6      weather's bad, right?

7      **A.**    As a general practice, yes, for the purpose of

8      estimating the coefficients, correct.

9      **Q.**    And so then the opposite, if the weather is

10     particularly bad, you're going to have far fewer flights in

11     that analysis for that month than you would if the weather

12     was better, correct?

13     **A.**    As a general matter, yes.

14     **Q.**    Okay.  And so whether alone can change every month

15     your analysis in terms -- you know, the denominators.  When

16     you're making your analyses, that's going to change the

17     number of flights over which you're actually including,

18     correct?

19     **A.**    Just to make sure we all understand, so it changes

20     the number of flights that are included in the estimated --

21     in the estimation.  But that doesn't impact -- you know, the

22     purpose of doing that is so that you're not including

23     weather as a cause of a delay, and it doesn't impact the

24     robustness of whether or not you have or have not an ability

25     to estimate these coefficients.  And what I would say in

1   fact is that in my rebuttal report, again in appendix D of

2   the rebuttal report, I have a robustness test which

3   includes -- kind of puts back in all of the flights that are

4   excluded in the original model.

5       **Q.**   So let me try this.  Just because I'm not an

6   economist, I just want to make sure I understand.  The

7   shares of the flights that you actually measure with the six

8   or more hour delays, the extended delays, that could change

9   on a month to month basis just based on the weather, right,

10  even if the same number -- the flights themselves were --

11  there were the same number of flights that were affected,

12  the six hours?

13      **A.**   Well, that's correct, but that's why we measure

14  things as rates so that it's not dependent on the actual

15  number of flights that are included in any particular day.

16  That's why we measure things in rates.

17      **Q.**   So if you have a month with particularly good

18  weather, you could have for instance have a thousand flights

19  in your sample, the part that is still within the sample

20  that you're measuring; not the stuff you stripped out, but

21  the stuff you're actually measuring, your clean data,

22  correct?

23      **A.**   That number would be possible.  It's possible that

24  it's even more.

25      **Q.**   And that month you could have 200 of the extended

1    delays in that month?

2        **A.**    It's possible.  I'm not saying one way or another

3    whether or not in a hypothetical month it is or isn't that

4    many.

5        **Q.**    Sure.  So then let's say the next month you've got

6    a blizzard, you've got a storm, you've got weather that

7    reduces the number of flights in the sample which you're

8    testing, you could cut in half, 500 for instance, correct?

9        **A.**    Again, in your hypothetical, it's possible that

10   the number of measured flights could be reduced.

11       **Q.**    Yeah, and so the same number of extended delayed

12   flights could be the same, 200, in that period too, correct?

13       **A.**    Well, again, I think what you're suggesting is

14   that there's a systematic impact --

15       **Q.**    I'm sorry to interrupt you, but I'm not

16   suggesting, I'm just asking you whether that's a possibility

17   and whether that is a correct hypothetical?

18       **A.**    Well, in your hypothetical, if after you excluded

19   all of the weather impacted flights, there were still 200

20   flights that had long delays after excluding the weather,

21   excluding ATC, excluding government, excluding customer.

22   Then it is correct that the measured rates of long delays

23   would be higher.

24       **Q.**    Yeah, and so the percentage itself is going to be

25   impacted from that month to month basis depending on in

1    this -- the questions I'm asking you, the scenarios I'm

2    posing to you just based on the weather alone, correct?

3         A.   Well, again, I don't think that it's a fair

4    characterization to say based on the weather.  Because the

5    whole point of excluding the flights that have a weather

6    delay is so you get a clean sample of flights that aren't

7    impacted.

8         Q.   But again, the weather can change the number of

9    clean sample flights you're measuring on a month to month

10   basis, correct?  You just were discussing that with me.

11        A.   The number of flights that are measured in any

12   particular day or any particular month will depend on the

13   number of flights.  And then what you're examining is the

14   proportion of the flights that remain.

15        Q.   Yes.

16        A.   So that's why we measure things as a rate.

17        Q.   Correct.  And so the weather's going to affect the

18   number of flights that remain?

19        A.   The weather does determine how many flights --

20             THE COURT:  I mean, we're spending a fair amount

21   of time on this.  I think I get the point that your sample

22   size is varying month to month based on the weather.  But

23   it's simply a question of a sample size, and you can

24   argue -- there may be more to come from it, but I get the

25   point that the sample size varies.

1     **BY MR. GLEASON:**

2          **Q.**     Okay, thank you.  Could you take a look, please,

3     at -- I think it's your Exhibit No. 20.  I think it's on

4     page 58 of your first declaration, please.  Yeah, it's page

5     58 of your declaration.

6          **A.**     Exhibit 20?

7          **Q.**     Yes, that's correct.

8          **A.**     Okay.

9          **Q.**     Yesterday I think we discussed this, but I just

10    wanted to make sure that the percent of Atlas' flights that

11    are the six plus hours delays on departure, right, that's

12    what Exhibit 20 is dealing with, correct?

13         **A.**     That's correct.

14         **Q.**     So there's a range here -- and I'm doing my best

15    here with my eyes, but I see the first range the average is

16    1.4 percent.  That's the range that starts with January 2012

17    up through January of '16, do you see that?

18         **A.**     I do, that's correct.

19         **Q.**     And that's the 1.4 percent?

20         **A.**     That is correct.

21         **Q.**     And that is your base period, correct?

22         **A.**     Correct.

23         **Q.**     So when you flip that around, that means on

24    average 98.6 percent of the Atlas flights, except those with

25    the uncontrollable and secondary delays, are departing less

1   than six or more hours, correct?

2        **A.**    That is correct.

3        **Q.**    Departing late.  So I see here if you go next

4   after January, there's -- after the red line, you've divided

5   that into two different segments.  You've got the

6   February -- if I'm reading this right, and that's why I have

7   to read bigger print.  You're looking at February up until

8   November of '16, you've got that period.  And then you've

9   got a second segment that picks up after that which

10  appears -- what's that, that's December.  How are you doing

11  this?  Help me out here because my eyesight's getting really

12  bad today and you've got two different --

13       **A.**    It's December 2016 through 'til the end of

14  September.

15       **Q.**    So the first one is the average, that's the

16  1.2 percent, right?

17       **A.**    That's correct.

18       **Q.**    But you're not using that, you're using the second

19  one, you're using the 2.4 percent, correct?

20       **A.**    Well, I measure both effects or both time periods,

21  and I'm simply pointing out -- as I think I testified

22  yesterday, directly after the union sent its Section 6

23  notice, there wasn't a statistically significant impact in

24  the months directly proceeding the Section 6 notice.  And it

25  wasn't until the peak season when the short notice, sick

1   behavior started to move up materially.  The open time was

2   being not picked up in a statistically significant way.  And

3   the fatigue calls also arose in a statistically significant

4   way.  It wasn't until those three things all kind of started

5   to happen during the peak of that that Atlas started to

6   experience the higher level of --

7       **Q.**   Thanks Doctor, but my question is again that first

8   segment, the one that shows an average of 1.2 percent,

9   that's not included when you show the 1 percent -- you know,

10  what you called your 1 percent increase, that's not included

11  in that, is it?  You only used the second one in order to

12  find the average of 2.4 percent.  That segment you used, and

13  you measured that against the base average of 1.4 percent,

14  correct?

15      **A.**   Yeah, I think as laid out pretty clearly in the

16  report I measured two separate effects.  One is the one

17  directly after, and then there's another effect I'm

18  measuring from December 1st on.

19      **Q.**   But if you had measured the base period of 1.4 and

20  you had included -- instead of a segmented analysis you only

21  used the one that had both the average of the 1.2 and the

22  2.4 in it, you would have had a lesser number, right?  It

23  wouldn't have been 1 percent, correct?

24      **A.**   I would readily agree that the overall average

25  effect since the union sent its Section 6 notice is less

1    than it's been since December, so I think that's a correct

2    statement.

3         Q.   So if you blended that, that's about 1.85 percent.

4    If you took both the segments together, that's about a

5    1.85 percent rather than the 2.4 percent?

6         A.   It could be.  It may depend on the number of

7    flights that were occurring each month.  But in general, if

8    you average two numbers, the average is someplace in the

9    middle.

10        Q.   If you use that number, 1.85 percent, versus the

11   1.4 you're looking at what is that, a .4 something percent.

12   It's about one half the 1 percent, it's roughly half of a

13   percent, correct?

14        A.   If you include the period -- and again, my

15   testimony is not that the increase in the long prolonged

16   delays began directly after the union sent its Section 6

17   notice.  But if you're asking me to calculate an average

18   over a period of time that includes the period where I don't

19   think and I don't observe a change in long delays, then the

20   average would be longer.  My testimony is that in the period

21   starting around the peak of last year when these behavioral

22   changes were all happening simultaneously, that's when the

23   company suffered the worst --

24        Q.   My question, just to help out again and just to

25   move us along a little bit, is if you accept that the

1    average is roughly 1.85 percent and you compare that to the

2    1.4 percent to be a difference of .45 percent, correct?

3    That's just math.

4         **A.**    Those numbers seem like they're in the ballpark.

5         **Q.**    Okay.  And would that be a statistically

6    significant change in your analysis of extended departure

7    delays from measuring the period before versus after

8    February '16?

9         **A.**    Well, to determine statistical significance, I

10   wouldn't necessarily be looking at this chart, I'd probably

11   be looking at Exhibit 22 which is the regression analysis.

12        **Q.**    So I'm sorry, this is not --

13        **A.**    In this chart --

14        **Q.**    This document is designed to show that there was a

15   1 percent which you called statistically significant I

16   believe, then you converted it to another percent, a

17   70 percent increase.  My point to you is that if you had not

18   segmented these -- the post February into two pieces and

19   only had one, and you had only a .45 percent difference

20   between the post February and the pre-February, and you

21   ended up again with .45 percent difference, would that be

22   statistically significant in terms of your analysis and

23   would it change your analysis with respect to the extended

24   departure delays from measuring from before February '16 and

25   after February '16?  Would it or would it not change your

1    analysis, yes or no?

2        **A.**   So --

3        **Q.**   Yes or no?

4        **A.**   I need to --

5            **THE COURT:**  Well, hold on just a second.  You just

6    asked a question which -- I'm looking at my screen here, is

7    about 15 lines long and you're then asking for a yes or no

8    answer.  If you want to ask a yes or no question -- I mean,

9    it was incredibly compound before you got to that.  So if

10   you want to ask a yes or no question, why don't you break it

11   down and ask just a simple question.

12   **BY MR. GLEASON:**

13       **Q.**   Let me go to where I started from, perhaps that

14   can help a little bit.  Would a .45 percent increase be a

15   statistically significant change in your analysis of

16   extended departure delays from before and after February

17   '16?

18       **A.**   So the magnitude of the coefficient -- and the

19   reason I want to just mention that Exhibit 22 is what

20   measures statistical significance, okay.  So Exhibit 20 is

21   the chart which shows the percentage changes in a graphical

22   way.  The analysis of statistical significance is done

23   through the regression analysis in this particular measure

24   that we're talking about.  That's the only point I want to

25   mention.

1          But to your question, the measured effect that I

2     measured I agree is from December 1st to December '16 --

3     from December 1st of 2016 forward.  When I measure -- and as

4     shown in Exhibit 22 -- that period between the Section 6

5     notice and the November of 2016 as shown in Exhibit 22, that

6     period is not statistically significant nor is it my

7     testimony that long or prolonged delays were statistically

8     significant in that period.

9          My testimony is that the prolonged delays became

10    statistically significant starting at the peak of the season

11    last year in December of 2016.

12    **Q.**   Sure, I understand that, but that really still

13    doesn't answer my question.  My question was if you didn't

14    segment it into two periods and you therefore had a

15    .45 percent difference between just two periods, not -- you

16    know, not segmenting, only two periods, you'd only have a

17    .45 percent difference.

18         My question still to you is would that be a

19    statistically significant change in your analysis of

20    extended departure delays from before and after those two

21    periods?

22    **A.**   I would need to run a regression to test that

23    hypothesis.  By looking at the data, I suspect it would be.

24    But again, it's not my testimony that the prolonged delays

25    began -- or the statistically significant prolonged delays

1    began as soon as the union sent its Section 6 notice.  So

2    you're asking me to test a separate hypothesis.  I'd be

3    happy to test it, but I did not test that.

4            **THE COURT:**  That was what my question is, you

5    never ran a regression analysis to determine whether there

6    was a statistically significant difference in delays from

7    the period before February 2016 and the period post February

8    '16?

9            **THE WITNESS:**  Not on the prolonged delays.  I did

10   on other measures where it was kind of apparent from visual

11   inspection.

12           **THE COURT:**  Okay, thank you.

13   **BY MR. GLEASON:**

14       **Q.**    Okay, thank you.  Let's move on, please.  Do you

15   have Mr. Akins' report in front of you?

16       **A.**    If you can direct me to the exhibit number, I'm

17   sure I do.

18       **Q.**    In the union exhibit book, I believe it's No. 3.

19       **A.**    I do now.

20       **Q.**    Okay, thank you.  Let me catch up with you.  Could

21   you turn to his Exhibit 1 which is on page five of his

22   Exhibit 3.  It's Exhibit 3, page five.

23       **A.**    Yes, I see that.

24       **Q.**    We discussed this a little bit, but I want to make

25   sure I heard you correctly and I read it correctly.  In your

1   rebuttal declaration you said that Mr. Akins was wrong to

2   claim that Atlas' operational problems predated Section 6?

3   That's your testimony?

4       **A.**   I did say that, yes.

5       **Q.**   So taking a look at Mr. Akins' Exhibit No. 1, that

6   shows that actually there has been an increase in Atlas

7   arrival delays starting from February -- I'm sorry, from

8   2013 all the way to '17, doesn't it?

9       **A.**   You know, I think what this shows -- in fact, I

10  discuss it in my --

11      **Q.**   I'm sorry, was that a yes or a no?

12      **A.**   Well, I was just going to answer your question.

13      **Q.**   I'm trying to get a yes or no out of it.  I

14  thought it was a yes or no question.

15      **A.**   So in my view, when I look at this chart, it's

16  pretty clear to me just to the naked eye that if you look at

17  this chart, there is a -- what an economist might refer to

18  as a step change in the late arrival using the measure that

19  Mr. Akins has used which is flights arriving at least one

20  minute after their scheduled arrival time.

21          But when I look at this chart, what's pretty

22  obvious to me is that if you look at the period say from

23  December of 2011 right until the end of 2015, you see that

24  line -- you know, it does fluctuate obviously and it goes up

25  and down.  But it's kind of in that range of 60 odd percent

1   or so.  And then starting -- at least to my eyes, starting

2   in around January of 2016, it kind of shifts up about 10

3   percentage points.  Again it fluctuates, but as I mention in

4   my rebuttal declaration, even if you accept Mr. Akins'

5   proposition that this is a valid measure of on time

6   performance and a meaningful measure of on time performance

7   for measuring Atlas' performance, what I would see here is a

8   quite sharp increase -- a step kind of increase in this dark

9   blue line starting around the time that the Section 6 notice

10  was sent.

11      Q.   So I want to make sure I can -- for the record

12  again, my question to you is doesn't indeed Exhibit 1 from

13  Mr. Akins' report show that the Atlas arrival delays

14  increased from 2013 to 2017?

15      A.   Well, if you take the two end points and you

16  compare one to the other, I will agree that it's higher in

17  '16 than '13.  But I think it's pretty apparent from just

18  looking at this -- maybe we'll disagree, but that the

19  increase occurs shortly after the union sent its Section 6

20  notice or around the time that the union sent its Section 6

21  notice.

22      Q.   Okay, thank you.  I appreciate that, Doctor.  Can

23  you please take a look at Mr. Akins' Exhibit 27, and it's on

24  page 60 of his report.

25      A.   Page?

1          **Q.**   I'm sorry, it's on page 60.  Do you have that in

2    front of you, Doctor?

3          **A.**   I do, yes.

4          **Q.**   Now again, this shows that the share of Atlas

5    flights with arrival delays increased continuously, doesn't

6    it?

7          **A.**   You know, I think if I understand this exhibit,

8    it's actually -- it appears to be a zoomed in picture of

9    what we were just discussing.  So I think if you compare

10   Exhibit 27 to Exhibit 1, what you'll find is that this --

11   again with some scaling differences which I know Mr. Akins

12   uses sometimes.  But he appears to look at the portion of

13   the dark line from Exhibit 1, these late arrivals.  I

14   believe it's the same data, and you can look at the numbers

15   and they seem to line up.

16              And again, this in fact I think even makes it more

17   clear what I was just speaking of is that this line that's

18   drawn in here is not in my view terribly meaningful.  When I

19   look at this chart, what I tend to see is this blue line is

20   kind of fluctuating in and around 50 to 55 percent from

21   January of '13 through to about January of 2016.  And then

22   it actually has what I think an economist would refer to as

23   a structural change starting around --

24         **Q.**   Do economists also use the term pattern or trend

25   so that when I look at the red dotted line, that shows that

1  there's actually an upward trend starting in January of '13

2  through July of '17, that's what that shows, doesn't it?

3      A.   Well, some economists might kind of blindly apply

4  a trend line without digging a little bit deeper into what

5  the data's actually showing.  So I don't discount the

6  possibility that someone could come to that conclusion.  I'm

7  just saying as someone who looks at data an awful lot, when

8  I look at this picture, what I see is a period again from

9  the start of the chart through to around the beginning of

10  2016 that does fluctuate, I will grant you that, but kind of

11  fluctuates around a mean of around 55 percent.  And then

12  starting in around February of 2016, you see that jump.  And

13  then after that, it kind of fluctuates around a new higher

14  level which seems to be around 65 percent.  So that's the

15  way I interpret it, and I understand that different people

16  can interpret different -- data differently.

17      Q.   Especially people like Mr. Akins who also

18  interprets a lot of data for a living just like you, right?

19      A.   I believe Mr. Akins does spend a lot of time

20  looking at data, yeah.

21      Q.   So again, you're telling me you wouldn't interpret

22  that as an upward trend, but other economists certainly

23  could and do?

24      A.   You know, I think there's a lot of people who can

25  interpret things.  I'm just telling you in my experience --

1    and I'll leave it to obviously your Honor and others to make

2    their own determination.  But when I look at this data, what

3    I see is a pretty obvious shift up starting around the

4    beginning of 2016.

5            THE COURT:  Let me ask the question this way:  If

6    you were to end the chart, Exhibit 27, at February 2016,

7    what would the trend line look like?

8            THE WITNESS:  So I think if I was to put my

9    hand --

10           THE COURT:  Or to put it differently, would there

11   be an upward sloping trend line?  I take it the notion of

12   what a trend line is is a fairly mechanical application?

13           THE WITNESS:  That is correct.  And so to your

14   point, your Honor, if I was to like cover the right hand

15   side of this, I could see an upward trend, a slight upward

16   trend.  It wouldn't be nearly as steep as the trend here.

17   And then what I would see -- if you were to like fit a line

18   with what we'd maybe call like a spline function, I would

19   see a line that kind of looked like that for the first part.

20   And then I would see a line that looks like that for the

21   second one.  As a matter of fact, one could statistically

22   test this.

23           THE COURT:  I'm sorry, by the second part do you

24   mean post February 2016?

25           THE WITNESS:  Exactly.  You would see another

1    trend line that would be higher than the first trend line.

2    So again, the point of all of this analysis is not to

3    determine one way or another whether or not Atlas suffers

4    delays in the ordinary course without any changes in

5    behavior.  The question is has there been any change in the

6    trends.

7         And as I was mentioning, all of the analysis that

8    I conduct specifically test that hypothesis by including a

9    post February or a post Section 6 notice dummy variable to

10   test the hypothesis.  And that hypothesis can be rejected if

11   the data doesn't show that there's a change.

12        Mr. Akins, in all of his analyses, he actually

13   never even tests the hypothesis as to whether or not there

14   is or isn't a change, and that to me was a shortcoming.

15   Because if it really was his belief that there was no

16   change, then he could have tested that hypothesis and

17   rejected the hypothesis using data -- you know, standard

18   statistical tools.

19   **BY MR. GLEASON:**

20        **Q.**   Let's move on then.  Can you -- let's move on.

21   I'd like to direct your attention back to your report,

22   please.

23        **A.**   Okay.

24        **Q.**   And I'd like to direct your attention to page 27,

25   and I'm looking at your paragraph 22.  Tell me when you have

1    that please, Doctor.

2         **A.**    On page 27?

3         **Q.**    Yes, 27.  It's the numbered paragraph 22 on your

4    Exhibit 7.  Do you have that?

5         **A.**    I do, yes.

6         **Q.**    Let's read this together.  It says:  "As with

7    short notice sick calls, the exceeding low probability of

8    observing the rate of pilot fatigue calls the company has

9    been experiencing since the union sent its Section 6 notice

10   indicates the steady increase in fatigue calls is not the

11   result of random statistical variation."

12            Do you see that?

13        **A.**    I do.

14        **Q.**    Then you state that:  "Moreover, the statistically

15   anomalous rate of pilot fatigue calls cannot be explained by

16   changes in the company's or the FAA's practice with regards

17   to fatigue calls or higher rates of pilot utilization," and

18   your continued?

19        **A.**    I see that.

20        **Q.**    Yes, and then it says:  "It is thus reasonable to

21   conclude that the steady increase in pilot fatigue calls the

22   company began experiencing shortly after the union sent its

23   Section 6 notice which coincides with the start of the

24   union's campaign advising pilots to engage in a variety of

25   slowdown activities, including calling in fatigued, is the

1    result of concerted action aimed at exerting leverage in the

2    company by disrupting its operations."

3           You do see all that, correct?

4       **A.**    I do see that.

5       **Q.**    So when you now look back up there -- so again,

6    you're saying that the increase after February 2016 cannot

7    be explained by changes in the company or FAA practice,

8    correct?  It says that right in the second sentence.

9       **A.**    Correct, because those had been in place for the

10   entire period of time.

11      **Q.**    That's for instance the fatigue risk management

12   program that you said was adopted in 2010?

13      **A.**    That's correct.

14      **Q.**    I see.  And we discussed yesterday the FAA has

15   continued to step up the -- and to continue to step up its

16   emphasis on the dangers of flying fatigued well past 2010,

17   isn't that correct?

18      **A.**    I think I said that the FAA is always concerned

19   with fatigue, correct.

20      **Q.**    Take a look up in your exhibit right above that,

21   please, it's Exhibit 7.  We talked a little bit -- I'm not

22   an economist, but we're talking -- I just want to make sure

23   I understand that the word trend or a trend line, those are

24   terms that you would use an economist to do your

25   evaluations?

1       **A.**    They're words that economists sometimes use.  I

2    don't know if in the case of this particular exhibit I was

3    referring to a trend line here.

4       **Q.**    Well, let's see.  There's a great line here in

5    February 2016 which seems to be the dividing line, right?

6       **A.**    That is the dividing line, correct.

7       **Q.**    And then you have one that shows an average on the

8    left side, the 5.7, versus the right hand side which is the

9    average you have at 16.3.  I guess what I'm trying to figure

10   out, don't you see a trend, an increase between 2014 and

11   2015 in fatigue call rates?  So look on the left side, don't

12   you see a trend there between 2014 and 2015?

13      **A.**    It certainly is the case that Atlas experienced

14   higher rates of fatigue, pilot fatigue in 2015 than 2014.

15   However, it's my belief that what that can be explained by

16   is the fact that in 2015, as I think is shown in Exhibit 11

17   of my initial declaration, Atlas' pilots were flying

18   substantially more than they were in 2014.  So I think it's

19   well understood that 2015 -- and I believe Mr. Carlson may

20   testify to this as well, but 2015 was a period where Atlas'

21   pilots were flying quite a bit.  And so again, I don't

22   discount the explanation or an explanation that high amounts

23   of flying can cause pilots to get more fatigued.

24           So I think when I see -- when I compare Exhibit 7

25   and then again I look at Exhibit 11, what I see is that 2015

1  was a period when Atlas' pilots were flying an awful lot

2  more and that is what's driving the fatigue.

3      Q.   So if you were to take a look at the 2014 data,

4  that averages about -- maybe what is that, about a 1 point

5  something, 1.3 maybe, 1 and a half percent, something like

6  that?

7      A.   In that range.

8      Q.   And then if you were just to look at the 2015

9  rate, it's up there about 8.3, 8 and a half percent,

10  something like that.  Does that seem right to you?

11      A.   And I'm not going to average the numbers on the

12  stand, but I take that as a possibility.

13      Q.   So that's about a five -- at least a fivefold

14  increase between 2014 and 2015, correct?

15      A.   It increased, that's correct.

16      Q.   About five times, more than five times?

17      A.   Again, I'm not going to do the math, but if you

18  want to represent it as a fivefold increase, that's your

19  choice.

20      Q.   Well, if you ran an analysis on the difference

21  between 15 versus 14, fatigue rates, would you consider

22  that -- accept that it's a fivefold increase, would you

23  consider that to be an anomalous situation or anomaly not

24  explained by company or FAA practice?

25      A.   So I think the best way to answer that question in

1      fact is to think about some of yesterday's testimony where I

2      took -- and it does relate to this, so I beg your Honor's

3      patience.  Yesterday I actually ran a regression which was

4      the corrected version of Mr. Akins' fatigue regression.

5      Again, it's not my testimony that increased amounts of

6      flying don't lead to higher levels of fatigue.  In fact,

7      when I corrected for Mr. Akins' regression, it showed that

8      the more pilots flew, there's higher levels of fatigue.

9            The question before us here is whether after you

10     control for higher levels of flying, do we still see above

11     and beyond the additional amounts of fatigue that one would

12     expect because of higher levels of flying, do we see a

13     statistically significant change --

14          **Q.**   So that's my question --

15          **A.**   -- in fatigue after --

16          **MR. SIEGEL:**  Excuse me, your Honor.  Could I just

17     ask that he allow the witness to finish his sentence before

18     Mr. Gleason interrupts him.

19          **MR. GLEASON:**  Certainly.  My apologies to

20     Mr. Siegel and to you, Doctor.  I would ask only that the

21     Court direct for yes or no answers because he's eating into

22     my time.

23          **THE COURT:**  Well, if you just want to finish your

24     answer here.

25          **THE WITNESS:**  Sure.  All I was saying is that the

1   question that you asked I think is best addressed through

2   the regression analysis that I put in in response to

3   Mr. Akins' fatigue chart which demonstrated that even after

4   you control for the amount of flying, that that change that

5   we see starting after the Section 6 notice is statistically

6   significant.

7           THE COURT:  Can I ask a question here, interrupt

8   one second.  Did you do a regression analysis between 2014

9   and 2015 along the similar lines to control for additional

10  amount of flying and to determine whether the additional

11  amount of flying was the sole explanation for the bump that

12  we see from '14 to '15?

13          THE WITNESS:  So my regression analysis of fatigue

14  was in response to Dr. Akins' -- I'm sorry, Mr. Akins'

15  fatigue regression.  So in that regression, I have a single

16  variable the amount of flying as a control variable and

17  dummy variable testing from the post Section 6 notice.  Not

18  one for 2014.  That would be part of the so called base

19  period that's being included.

20          But it would be -- that information that is the

21  higher rates of fatigue that are occurring in 2015 would

22  help to what's called statistically identify the coefficient

23  which says that higher rates of flying lead to more fatigue

24  if that answers your question.

25          THE COURT:  I'm not sure if -- I guess what I'm

1    trying to figure out is have you looked at the data in a way

2    that would let you conclude that from 2014 to 2015, that the

3    bump that we see was caused by the higher amount of flying

4    to a statistically significant degree or with statistical

5    confidence can you say that?  Or when you said that before,

6    was that sort of your speculation of that might be why that

7    occurred and you're speculating that might be the cause?

8         **THE WITNESS:**  Well, no, I don't think I'm

9    speculating.  Because in the regression, okay, what

10   identifies the coefficient on the amount of flying variable

11   is the amount of variation that's happening and how much

12   pilots are flying.  And when you include this dummy variable

13   which is the post Section 6 notice, you're essentially --

14   that variable is controlling for or helping to identify

15   what's going on to the right of that line.

16        And all of the fluctuations in the fatigue that

17   we're seeing -- throughout the entire period but including

18   this period on the left hand side of that line, are helping

19   to identify the statistically significant change in fatigue

20   due to increased amounts of flying.

21        So there's no specific test per se on specifically

22   2014.  But because of the fact that the estimated

23   coefficient on the amount that pilots are flying is

24   statistically significant at the 99 percent confidence

25   level.  That is telling me that these higher levels of

1   fatigue are being driven by the increased amounts of flying.

2            **THE COURT:**  Mr. Gleason, can you remind when it

3   was that the FAA adopted its rules with respect to fatigue?

4            **MR. GLEASON:**  Well, the part 117 FARs were adopted

5   and implemented, I believe it was the effective date of

6   either December 31st, 2013 or starting in 2014.

7            **THE COURT:**  All right, thank you.

8   **BY MR. GLEASON:**

9        **Q.**   I just would like to ask you to take a look at --

10   and I'm still looking at Exhibit 7, Doctor.

11       **A.**   Okay.

12       **Q.**   If you look at your 2016 data, just that, that's

13   about a 12 and a half percent -- if you take those numbers

14   just for that year, that would be about 12.4 percent in

15   terms of the call out?

16       **A.**   If I were to calculate those numbers -- it sounds

17   like you may have calculated the numbers, that could be

18   right.

19       **Q.**   Okay.  And so if you did that test again from '16

20   versus '15, that's about a one and a half time difference?

21       **A.**   Again, accepting your proposition of what the

22   number was in '15.  It sounds like you've done that

23   calculation.

24       **Q.**   Uh-huh.  So yes?

25       **A.**   Again, assuming your numbers --

1          **THE COURT:**  I think he answered the question.

2          **THE WITNESS:**  If your numbers are what they are, I

3     won't quibble with the arithmetic.

4     **BY MR. GLEASON:**

5          **Q.**   And so the difference between 2017 and 2016 is

6     about slightly less than two times higher than 16?

7          **A.**   Again, I won't quibble with your arithmetic.

8          **Q.**   And I want to make sure that I understand.  You're

9     not seeing any trend prior to -- a trend in an increase in

10    fatigue calls prior to February of 2016 based on this

11    exhibit?

12         **A.**   This exhibit, what I'm demonstrating here is the

13    changes in fatigue pre and post.  When I look at these

14    fluctuations that you mentioned, what I think one has to

15    keep in context is that over this period of time, there are

16    also changes in the amounts that pilots are flying which is

17    shown on Exhibit 11.

18         So the fact that the level of fatigue calls -- if

19    I understand -- I'm not exactly sure where you were going

20    with it.  But one of the important drivers in the level of

21    fatigue calls in any particular month is how much pilots are

22    flying.  And this chart is not an attempt to perform a

23    regression analysis like the one that I did in response to

24    Mr. Akins' exhibit.

25         **Q.**   So let me -- I think this follows through from

1    that.   You were talking about -- and it also was in response

2    to your Honor's question as to the effective date of the FAR

3    part 117.

4            Did you know and did you discuss with Atlas

5    management that the Atlas management had been continuing to

6    educate its pilots through its training school and its

7    publications to -- indeed to follow the rules and not fly

8    fatigued, and they'd been doing that continuously throughout

9    all of 2014, certainly 2015 and all the way through?   Did

10   you know that?

11       A.   I have no specific knowledge, but I would

12   certainly hope that any airline, including Atlas, would want

13   to make sure that none of its pilots are flying when they're

14   fatigued.

15       Q.   You would hope like me I would assume that they

16   would encourage their pilots not to fly fatigued?

17       A.   I certainly hope that whenever I step on a plane,

18   my pilot isn't fatigued.   But at the same time, what we're

19   really trying to assess here is whether or not pilots are

20   illegitimately using fatigue when they aren't otherwise

21   fatigued.

22       Q.   So in 2015, did Atlas management tell you that

23   they require that the pilots in their flight plan, that they

24   actually initial and sign in the flight plan that they are

25   fit for duty before they block out and push out?

1      **A.**    I have no knowledge of that.

2      **Q.**    You didn't know that?

3      **A.**    No.

4      **Q.**    And you didn't know that the training school has

5      actually enhanced and increased its fatigue risk management

6      portion of its human resources human factors class either,

7      you didn't know that?

8      **A.**    I haven't studied what's been in the curriculum of

9      the --

10     **Q.**    You didn't know that the director of operations

11     for Atlas actually stood up and told the check airmen at a

12     check airmen's meeting just this year encouraging them not

13     to fly fatigued, to follow the fatigue risk management plan

14     and to file fatigue reports, you didn't know that?

15     **A.**    Again, I would hope that Atlas as well as any

16     airline would want to ensure that its pilots are -- if

17     they're fatigued, legitimately fatigued, that they're

18     reporting themselves as being fatigued.  The question here

19     is whether or not pilots are increasing the use of fatigue

20     in ways that aren't consistent with being truly fatigued.

21     **Q.**    My question back to you is indeed if the company

22     itself is educating and telling its pilot workforce,

23     including its check airman, if you will the leadership

24     group, the people who are the ones that actually check out

25     on the flight rides, the remaining pilot group, if it's

1    encouraging its pilot workforce like that not to fly

2    fatigue, file fatigue reports if you're fatigued, you don't

3    think that influences behavior and would address an

4    increase, it would explain the behavioral change in terms of

5    the number of call outs happening in say 2015?

6        A.    Again, I would suspect -- and I have no specific

7    knowledge of what communications Atlas has communicated to

8    its pilots in terms of fatigue.  But my suspicion is that

9    they are always making sure or wanting pilots who are

10   legitimately fatigued to report themselves as being

11   fatigued.

12       MR. GLEASON:  Could you give me just one second, I

13   don't mean to be ride?

14       THE COURT:  Of course, take your time.

15   BY MR. GLEASON:

16       Q.    Could you take a look at page 24 of your first

17   declaration.  I'd like to point your attention to the

18   numbered paragraph 19 where -- can you read that for me,

19   please?

20       A.    Paragraph 19?

21       Q.    Yeah, the part that says, "Moreover, why the

22   overall rate of pilot sick calls."

23       A.    "Moreover, while the overall rate of pilot sick

24   calls has the potential to be systematically influenced by a

25   variety of endogenous factors, e.g., seasonality, rates of

1  communicable disease, the intensity at which pilots are

2  flying, the amount of advanced notice that pilots provide

3  when calling in sick is unlikely to be systematically

4  influenced by these factors."

5       Q.    So again, you're not trained and you're not a

6  medical doctor, right?

7       A.    I'm not a medical doctor.

8       Q.    You're not an expert in aeromedical science, are

9  you?

10      A.    I didn't even know there was a field of

11  aeromedical science to be honest.

12      Q.    And you're not an expert in communicable diseases?

13      A.    I'm not an expert in communicable -- I can barely

14  actually pronounce communicable diseases, but I'm not an

15  expert in them.

16      Q.    And yet you make these rather what I would --

17  these are rather sweeping generalizations, aren't they, what

18  you're saying here?  You're talking about factors of which

19  you're not trained and you're certainly not an expert?

20      A.    What I'm saying is that when you call in, the

21  amount of advanced notice is what I would characterize as a

22  truly behavioral measure.  There can be random factors.

23  Like if I wake up with a sore throat one morning, I just

24  wake up with a sore throat one morning.  But if I have a

25  medical appointment that's scheduled for a week from now and

1    I could call Atlas and give them a heads up that I'm going

2    to be out sick because I know I have a medical appointment I

3    need to deal with, it's a behavioral choice if I decide to

4    call in that day or if I call in a few days in advance to

5    give them advanced notice.  That's my only point.

6        **Q.**   Have you ever woken up the day before a meeting

7    with a sore throat, not feeling well, throwing up?

8        **A.**   I actually have, yes.

9        **Q.**   Okay.  So let's go and talk a little bit more

10   about these departure delays and this whole thing with the

11   dummy variables.

12       **A.**   Okay.

13       **Q.**   You use a dummy variable so that way you don't

14   explicitly measure the actual changes in the behavior that

15   you're looking at, correct?  It's like a proxy or a

16   substitute for the actual measurement?

17       **A.**   Well, the way to think of about the dummy variable

18   is it's measuring -- it's kind of like an event study

19   analysis.  It's measuring the -- it divides the data by a

20   time period, right.  So it's the flights that are occurring

21   prior to and after the union sent its Section 6 notice.

22       **Q.**   So does that mean that you -- to translate it for

23   me, right -- and I'm sorry for that, but does that mean that

24   you didn't explicitly measure any of the six alleged

25   challenges in pilot behavior with any of the specific

1    changes in Atlas operations?  By using a dummy variable, you

2    didn't explicitly measure the changes -- the alleged changes

3    in behavior to the actual and specific changes in

4    operations, correct?

5        A.    If I understand your question, are you asking

6    whether or not I tried to -- if the question is did I link

7    any particular sick -- late sick or fatigue call to any

8    particular Atlas flight, the answer is no.  And that's again

9    not the purpose of a statistical analysis.

10            The purpose of a statistical analysis is to use

11   all the variation of the data, the data that's available,

12   control for factors that we think are systematically related

13   to what we're looking at and not try to understand the

14   unobservable factors that occur randomly and that can

15   influence any particular flight from being late or any

16   particular flight from being delayed.

17            So again, it's not my testimony that I've -- I

18   made no attempt to link a particular action on a particular

19   day by a particular pilot to a particular operational

20   disruption.  That is not what I've done.  I've used standard

21   statistical tools.

22       Q.    Like the dummy variable?

23       A.    Like the regression analysis that includes a dummy

24   variable to proxy or to measure for certain things to

25   conduct my analysis.

1    **Q.**    Okay.  So the dummy variable then, to me it sounds

2    like what you're doing, you've got to use that as like kind

3    of a catch all for all -- you've got to include all the

4    other impacts that aren't addressed in your regression

5    analysis itself, correct?  You've got to have all the

6    factors built or baked in if you will into your dummy

7    variable?

8    **A.**    So as I testified yesterday, there's a whole set

9    of ways that one controls for all of the systematic factors.

10   One of them is through the use of additional control

11   variables.  Another is by limiting the sample of flights to

12   those that as we talked about earlier this morning, that

13   experienced weather, customer delays.  So you're ruling out

14   alternative explanations.

15          And then what the dummy variable is capturing is

16   the change, kind of the systematic change that occurs pre

17   and post the Section 6 notice after controlling for or

18   holding constant in some cases all of the other factors.

19   **Q.**    So let me get that right.  So if you don't have if

20   you will all the appropriate or the right factors in there,

21   right, that's going to leave the pilots to blame for all the

22   other influences that you didn't include if your regression

23   to start with, right?

24   **A.**    Well, again, there's a whole host of random

25   factors that may cause a particular behavior or it may cause

1    a particular flight to be delayed.  And again, the purpose

2    of statistical analysis is not to try to understand whether

3    or not there's a barking dog in the yard next to you where

4    you're sleeping, right.  Because there is no way that one

5    could identify all of the barking dogs that are next to you

6    when you hear your next door neighbor's dog barking.

7             But there's no reason to believe that those

8    factors are systematically related to the pre and post

9    period, right.  So there's a lot of noise in data, and

10   there's no attempt by me or any economist studying data in

11   this way -- which is the vast majority of economists, to

12   control for each and every factor that can impact any

13   particular observation of data.

14        Q.   Let me see here.  Do you think that an economist

15   can perform and explain every aspect and every factor that

16   could affect pilot behavior in airline operations?

17        A.   Absolutely not.

18        Q.   What was the most recent seniority list that you

19   reviewed when you were performing your analysis?

20        A.   It would be the one -- I believe I listed a

21   seniority list on my documents relied on.  I don't know

22   which particular seniority list it was.  But I can't tell

23   you the date that that seniority list was produced at this

24   point.

25        Q.   Whatever seniority list that you looked at, did

1    you look at the changes in the list over the course of time?

2    In other words, did you see that there was a steady increase

3    of the number of pilots over the last couple of years for

4    instance?

5        A.   I am well aware that Atlas has been hiring pilots

6    to support its growth.

7        Q.   And did you not notice that there was also

8    therefore a significant decrease in the years of experience

9    among the Atlas pilots who were on that seniority list?

10       A.   I am aware that as Atlas has been growing, there

11   are many new hires at Atlas.  And because of the fact that

12   you're hiring -- as would be the case of any airline that's

13   growing, that as you grow and as you hire more pilots, it

14   puts downward pressure on your average years of longevity.

15       Q.   Do you believe that a significant change in the

16   experience level of pilots can have in fact an impact on

17   overall pilot behavior and on airline operations?

18       A.   Well, I saw that hypothesis I believe in -- I

19   believe it may have been in Mr. Akins' rebuttal or report.

20   It may have been in your pre-hearing brief.  But as I think

21   I demonstrated in -- or I discussed in my rebuttal report,

22   when you look at for example Exhibit 1 of my declaration,

23   Atlas has been a growing carrier for many, many years.  And

24   growth has been kind of almost like a constant factor for

25   Atlas over the period of time in my analysis.  I think, your

1    Honor, if you look at I believe it was Exhibit 1 of my

2    report -- or maybe not because Exhibit 1 is a map.

3    Exhibit 2 is the number of Atlas flights by customer.  You

4    can see that Atlas has been a growing carrier since 2009.

5           So it's been -- you know, it has been hiring

6    steadily throughout this period, and they've been hiring a

7    little bit more recently to support even further growth.

8    But it is a growing carrier.

9       Q.   It's a carrier that's got approximately 50 percent

10   of its pilot workforce that was hired on and after

11   January 1st, 2015, half of its workforce.  You know that,

12   correct?

13      A.   I will -- I believe I heard that in your opening

14   statement.  I have no reason to doubt that.

15      Q.   Let me ask you, we discussed yesterday you've done

16   reports, analytical reports I believe it was for U.S.

17   Airways, for Spirit Airlines and I believe United Airlines,

18   the one with Dr. Kasper, correct -- or Mr. Kasper?

19      A.   Mr. Casper.  Those are three reports that I've

20   authored or coauthored, correct.

21      Q.   This is the first time you've actually done one

22   that involves a carrier that's engaged in international long

23   haul as well as express and e-commerce now cargo operations,

24   isn't it?

25      A.   This is the first time I've done a report for

1    Atlas.  And Atlas is a carrier that does both of those

2    things, that's correct.

3        Q.   Okay, thanks.  I don't know if I actually

4    understood or got the complete answer when I was asking if

5    you believe that a significant change in experience level in

6    your pilot workforce can have an impact on pilot behavior

7    and on airline operations.

8             Do you believe that indeed can have an impact?

9        A.   Well, I think the way I answered it is that as

10   shown in Exhibit 2, Atlas has been growing for an awful long

11   time.  And so it's not new to having new pilots on the

12   property so to speak.  When you have the growth profile that

13   Atlas has, you can see that growth has been a factor which

14   has been present throughout the entire period of the

15   analysis that we've been looking at.

16       Q.   And you said since what year, 2009?

17       A.   Well, I'm just looking at Exhibit 2 of my --

18       Q.   What page are you on, I'm sorry?

19       A.   I'm on page 16 of my initial declaration.  So I'm

20   just looking for example at Exhibit 2 which is on page nine

21   of my initial declaration.  And you can see, it shows that

22   Atlas has been growing fairly consistently over time since

23   2009.

24       Q.   Correct me if I'm wrong, I thought that

25   Mr. Carlson -- I'm sorry, Captain Carlson had mentioned --

1   and I thought you did too, that Atlas has been aggressively

2   hiring since 2014?

3       **A.**   Well, it wasn't my testimony that they haven't

4   been hiring more recently.  All I'm saying is that they have

5   been growing as a carrier for a long period of time now, and

6   that new pilots and pilots that are being added because of

7   new hiring has been a constant thing at Atlas for several

8   years.

9       **Q.**   You recall Captain Carlson's declaration where he

10  said aggressively hiring since --

11      **A.**   They absolutely have been hiring aggressively

12  recently to support recent growth, that is absolutely true.

13      **Q.**   And since we're there on page 16 of Exhibit 2 of

14  your report, on the far right side -- well, I guess that's

15  yellow, right, that's Amazon?

16      **A.**   That is Amazon, correct.

17      **Q.**   So that's the new business that they've been

18  picking up since really over the last year roughly, and then

19  the one that's continuing to increase?

20      **A.**   That is correct.

21      **Q.**   That business is continuing to increase?

22      **A.**   That is correct.

23      **MR. GLEASON:**  I have no further questions.  Thank

24  you very much, Doctor.

25      **THE WITNESS:**  Thank you.

1          **THE COURT:**  Any redirect?

2          **MR. SIEGEL:**  Your Honor, we have no redirect.  I

3    reserve the right if necessary to call him on rebuttal after

4    Mr. Akins testifies.

5          **THE COURT:**  Okay, thank you.  Doctor, you're

6    excused.  Thank you very much for coming.

7          **THE WITNESS:**  Thank you.

8          **THE COURT:**  Do you want call your next witness.

9          **MR. SIEGEL:**  I'd like to introduce my partner,

10   Mr. McGuinness, who will handle the next witness Captain

11   Jeff Carlson.

12         **THE COURT:**  Mr. McGuinness.

13         **MR. McGUINNESS:**  Thank you, your Honor.

14         **DEPUTY CLERK:**  Please raise your right hand.  Do

15   you solemnly swear that the testimony you are about to give

16   will be the truth, the whole truth and nothing but the truth

17   so help you God?

18         **THE WITNESS:**  I do.

19         **DEPUTY CLERK:**  Thank you.  You may be seated.

20

21      DIRECT EXAMINATION OF PLAINTIFFS' WITNESS JEFF CARLSON

22   **BY MR. McGUINNESS:**

23      **Q.**   Good morning, Captain Carlson.

24      **A.**   Good morning.

25      **Q.**   You're currently employed by Atlas Air, is that

1    right?

2         **A.**    That is correct.

3         **Q.**    And in what position?

4         **A.**    Senior vice president, flight operations.

5         **Q.**    How long have you held that position with Atlas?

6         **A.**    I've been at Atlas since 2008.

7         **Q.**    In that same position?

8         **A.**    The same position.

9         **Q.**    And what are your primary responsibilities in that

10   role?

11        **A.**    So my responsibilities are to oversee the Atlas

12   pilots, 1580 Atlas pilots, 244 Southern pilots, in

13   operations around the globe, 425 destinations, 112

14   countries; the dispatch operation that supports that; a crew

15   resources department that includes crew planning, crew

16   scheduling; some communications called J&D; hotel and

17   travel.

18             We have our training facility in Miami, so the

19   training facility is for the pilot group, also for dispatch

20   and flight attendants.  The flight attendants are an

21   outsourced group of 300 plus that I'm responsible for to

22   oversee.  Then there's an engineering group, performance

23   engineering group also in Miami that is my responsibility.

24        **Q.**    And crew planning and scheduling reports up to

25   you, is that correct?

1      **A.**    That's correct.

2      **Q.**    Would you please briefly describe your employment

3    in the airline industry prior to the time that you arrived

4    at Atlas in 2008?

5      **A.**    So going back a few years, 1977 I began my

6    professional flying at Chautauqua Airlines.  I was there for

7    six years.  And then I was hired at Northwest Airlines in

8    1983.  I was there for 22 years and took on a number of

9    leadership roles there including vice president of flight

10   operations.  After which I was recruited to Spirit Airlines,

11   was there from 2006 almost three years, not quite three

12   years, as the vice president of flight operations and

13   director of operations.  And then was invited to come to

14   Atlas in October of 2008, and have been here ever since.

15     **Q.**    And how many hours of flying do you have as a line

16   pilot, Captain Carlson?

17     **A.**    Over 15,000.

18     **Q.**    In what type of aircraft?

19     **A.**    So I've flown 727s, 757s, DC-10s, 747 classics,

20   747-400s, A320s and A330s, Airbus 320s and Airbus 330s.

21     **Q.**    Do you have a college degree, sir?

22     **A.**    I do.  I have a Bachelor of Science degree in

23   aeronautical science from Embry-Riddle Aeronautical

24   University.

25     **Q.**    Captain Carlson, if you would please turn to

1    Plaintiffs' Exhibit 122 and take a look at that document.

2         A.    Yes, sir.

3         Q.    Is that your declaration in this matter?

4         A.    That is my declaration.

5         Q.    And aside from a few corrections that you and I

6    will discuss during the course of your testimony, do you

7    affirm that as your testimony in this case?

8         A.    It is my testimony in this case.

9         Q.    And if you would please turn to Plaintiffs'

10   Exhibit 126 which I believe is your supplemental

11   declaration?

12        A.    Yes, sir.

13        Q.    Is that your supplemental declaration in this

14   matter?

15        A.    That is my supplemental declaration.

16        Q.    And do you affirm and adopt that as your testimony

17   here today?

18        A.    I do.

19        Q.    Thank you, Captain Carlson.  And we've all heard

20   some of the testimony already between some differences

21   between passenger and cargo carriers.  I think probably most

22   of us in this courtroom are more familiar with the passenger

23   side than the cargo side, so why don't we talk a little bit

24   about the operation at Atlas.

25             As I understand it, Atlas does much of its

1    business on something called an ACMI basis, is that right?

2         A.    That's correct.

3         Q.    And can you just describe for us what -- first

4    what the acronym ACMI means and how it works?

5         A.    Well, ACMI stands for aircraft, crew, maintenance

6    and insurance.  And as an ACMI provider, we provide the

7    aircraft, the crew, the maintenance and the insurance while

8    the customer then provides the freight and the fuel and the

9    various and sundry other charges that go with that.

10        Q.    And with that background, Captain Carlson, can you

11   just give us a description of the business at Atlas, how the

12   company operates?

13        A.    So we are a leading provider of aircraft, aircraft

14   services around the globe.  We're the largest operator of

15   the 747 freighter.  We have the largest 747 freighter fleet.

16   But we also offer a number of aircraft for our customers to

17   select from 747-8s, 747s, 777s now, 767s and 737s.  We

18   operate around the globe touching Europe, Asia, Middle East,

19   Australia, North and South America.  And as I said earlier,

20   425 destinations, 112 countries.

21        Q.    And do you perform some services for the United

22   States military?

23        A.    We are a proud provider of service lift for the

24   United States military.  We do a couple things.  We lift --

25   or we move freight, heavy freight for them as well as

1    medical supplies and various other support items into

2    theater, military theaters for them.  We also transport the

3    troops into the theater of operation, and proudly get to

4    bring them back home when their tours of duty are complete.

5        Q.    And prior to 2010, Captain Carlson, was Atlas'

6    operation primarily a long haul international operation?

7        A.    Our routes all the way back to 1993 are long haul

8    heavy freight, so that's a true statement.

9        Q.    And how has the business been changing over the

10   last several years?

11       A.    So there's been discussion here recently, we've

12   been on a strong growing trend since 2010.  We added an

13   express operation, and we've added a domestic arm to that

14   express operation.

15       Q.    And the express operation, what are the customers

16   that you're referring to?

17       A.    DHL is absolutely a prime customer there.  But

18   we've recently added Amazon as well in the express business.

19       Q.    And the scheduling for the express business, is

20   that more systematic, more or less predictable than the

21   historical long haul international business that you've

22   described?

23       A.    So one of the advantages of customers like Amazon

24   and DHL is they add predictability to the planning and

25   scheduling.  So it is a welcome addition.

1    **Q.** So with the Amazon and the DHL operation, you know

2    when those airplanes are going to leave?

3    **A.** Yes, you build a --

4         **MR. GLEASON:** Objection to the leading.

5         **MR. McGUINNESS:** It just summarizes his prior

6    testimony, your Honor.

7         **MR. GLEASON:** I understand, I'm just trying to --

8         **THE COURT:** I think in the context I understand.

9    I understand the nature of the testimony, and I can give it

10   its appropriate weight in light of that. I do think it

11   would expedite things since we're just summarizing testimony

12   that's already in the record.

13        **MR. GLEASON:** Thank you, your Honor.

14   **BY MR. McGUINNESS:**

15   **Q.** Thank you, your Honor. Now, has your long haul

16   international business changed at all in recent years?

17   **A.** So it's become -- we've had the good fortune to

18   add customers that add stability and predictability to the

19   operation. We've added customers that are bigger, more

20   established and have -- are demanding schedules, they're

21   scheduled flying versus ad hoc.

22   **Q.** How about just a quick description of who those

23   clients are?

24   **A.** Clients like Nippon Air Cargo, Cathay Pacific,

25   Hong Kong Air, DGF or DHL Global Freight. Of course DHL is

1  in there.  Qantas is in there, they're a long time customer

2  for us as well.

3          **THE COURT:**  Can I ask a question?

4          **THE WITNESS:**  Yes, sir.

5          **THE COURT:**  With respect to your growth, was there

6  a point in time in which you crossed the threshold in which

7  50 percent or more of your pilots were new pilots?

8          **THE WITNESS:**  So I've heard that number bantered

9  about.  It would be difficult for me to point at that

10 threshold, but we've been hiring of course to accommodate

11 the growth since 2010; and more recently to accommodate the

12 rapid growth of the Amazon fleet.  So I'm not disputing that

13 number.  So it's the last couple of years, last few years.

14 But I'm not more specific than that without a little more

15 research.

16         **THE COURT:**  Okay, thank you.

17 BY MR. McGUINNESS:

18     **Q.**    Captain Carlson, this growth and the entry of the

19 DHL business and the Amazon business, the more established

20 international business that you've referred to, how does

21 that impact your job in terms of scheduling crews for

22 aircraft?

23     **A.**    That adds a level of stability to the planning

24 piece of it.  So when you build schedules, you have

25 schedules that become much more reliable in terms of holding

1  their integrity.  You know when they're going to start, you

2  know when they're going to end.  So that adds a level of

3  operational reliability when you have that.

4      **Q.**   And you've heard some allegations here in the

5  courtroom that the company's growth and the changes to its

6  operation including its entry into the express business have

7  caused the operations at Atlas to deteriorate.

8          Do you agree with that testimony?

9      **A.**   Well, I disagree.  When you add predictability

10 into your equation, that really gives you a formula for

11 reliability and stability.

12     **Q.**   And is there a particular time of year, Captain

13 Carlson, that is busy for the company?

14     **A.**   So traditionally the fourth quarter is our peak

15 season.  We've heard that a couple times in this room.  It's

16 really more than the fourth quarter, it starts in September

17 now and goes to the end of the year.

18     **Q.**   Now that we know a little bit about you and a

19 little bit about the company, I'd like to ask you some

20 questions about what's going on with the pilots at Atlas.

21 Let's if I can take you back to the fall of 2014.  There's

22 some testimony in Captain Kirchner's declaration which is

23 Defendants' Exhibit 2 -- I don't know need you to go there,

24 but it's Defendants' Exhibit 2, ECF paragraphs -- I'm sorry,

25 pages 14 through 16 of 47, paragraph 22.

1              Captain Kirchner testified about a dinner that you

2   attended at a Legal Seafoods restaurant in Crystal City,

3   Virginia.  Do you remember reading that testimony?

4       **A.**   I do.

5       **Q.**   Captain Kirchner testified that your dinner

6   occurred in the October to November 2014 timeframe.  Does

7   that sound right to you?

8       **A.**   I agree with that.

9       **Q.**   In his declaration, again Exhibit 2, paragraph 22

10  at the bottom of page 15 Captain Kirchner stated -- and I'm

11  going to quote from his declaration:  "That the recipe for a

12  cooperative relationship" -- I'm sorry, "The recipe for a

13  cooperative and professional relationship between ourselves

14  and between the union and Atlas was simple, I would insist

15  on strict contract compliance by both sides meaning by both

16  Atlas and the union."

17              So at this dinner at the Legal Seafoods

18  restaurant, did you and Captain Kirchner discuss compliance

19  with the CBA?

20      **A.**   So we did.  Now, I initiated that meeting, and I

21  wanted to meet as many candidates that were running for the

22  leadership as I could.  Really, the theme of that meeting

23  was the view, how the relationship with the airline would be

24  in the view of the candidates.  And that's what we went into

25  the dinner to talk about.  So Captain Kirchner responded as

1  you reflected.

2     Q.   And in your own words, what as best you recall did

3  you and Captain Kirchner say about compliance with the CBA?

4     A.   So my response to that was we absolutely believed

5  in honoring the CBA.

6     Q.   And did you consider your conversation with

7  Captain Kirchner to indicate some new or different

8  arrangement between Atlas and the union about the collective

9  bargaining agreement?

10    A.   Not at all.

11    Q.   Why not?

12    A.   Because we talked about it in the context of what

13 was important to him to maintain an ongoing relationship,

14 and the contract was -- contract compliance was the message

15 he sent me.  And he asked me how the company felt about

16 that.  And like I reflected before, we absolutely support

17 honoring the contract.

18    Q.   Did Captain Kirchner tell you at the dinner in

19 2014 that he intended to direct any of the pilots at Atlas

20 to change their behavior in terms of how they operated under

21 the CBA?

22    A.   No, sir.

23    Q.   Did he tell you that the pilots would no longer

24 volunteer for open time flying or would increase the

25 frequency with which they called in fatigued?

1       **A.**   No, sir.

2       **Q.**   Did he say anything about pilots changing their

3  behavior in any way?

4       **A.**   Nothing about behavioral change.

5       **Q.**   Did he mention SHOP to you at that dinner?

6       **A.**   No, sir.

7       **Q.**   Did he mention BOOT?

8       **A.**   No, sir.

9       **Q.**   Did he tell you that the union would encourage

10  pilots not to block out early?

11       **A.**   No, sir.

12       **Q.**   Did he tell you that he would instruct the pilots

13  at Atlas not to do anything to help out the company?

14       **A.**   No, sir.

15       **Q.**   I'd like to ask that you look at an exhibit if you

16  would.  I'm sorry, before I do that Captain Carlson,

17  throughout his declaration -- or at least in various parts

18  of his declaration, Captain Kirchner accuses Atlas of

19  persistently violating the CBA.

20          Is that something that you agree with?

21       **A.**   No, I disagree with that.  We come to work every

22  day with the intention of following the contract.  I will

23  tell you we're not perfect, I don't think anybody can stand

24  up and say they're perfect, so we're not perfect.  Actually,

25  there absolutely are interpretive differences in how we view

1   the contract.  But nobody comes to work on our side to do

2   anything but honor the contract.

3        Q.   All right.  Moving on to a little bit of a

4   different topic here, Captain Carlson.  Would you please

5   turn to Plaintiffs' Exhibit 127 which is a document dated

6   December 5th, 2014.

7        A.   Okay, yes, sir.

8        Q.   Do you recognize that document?

9        A.   I do.

10       Q.   And what is that?

11       A.   That is a list of items that was given to me from

12   John Dietrich as a result of a meeting that Captain Dan

13   Wells and Captain Bob Kirchner had with Bill Flynn and John

14   Dietrich.  I was not at that meeting.

15       Q.   But did you receive this document from

16   Mr. Dietrich?

17       A.   I did.

18       Q.   Who is Mr. Dietrich?

19       A.   The executive vice president and chief operating

20   officer.

21       Q.   And you see the document is dated December 5th,

22   2014 at the top?

23       A.   I do.

24       Q.   Did you receive the document in or about December

25   of 2014?

1       **A.**   Somewheres in that time, yes, sir.

2       **Q.**   And the title of the document is CBA Temporary

3   Pilot Retention Adjustments.  Do you see that?

4       **A.**   I do.

5       **Q.**   And in the items listed on the document, are there

6   proposals to increase the wages and benefits of the pilots?

7           **MR. GLEASON:**  Objection.  He wasn't at the meeting

8   so --

9           **MR. McGUINNESS:**  I'm asking about the document,

10  your Honor.

11          **THE COURT:**  He can describe what the document

12  says.

13          **THE WITNESS:**  There are.

14  **BY MR. McGUINNESS:**

15      **Q.**   And at this time in December of 2014, had the

16  collective bargaining agreement become amendable?

17      **A.**   No, sir.

18      **Q.**   As far as you know, Captain Carlson, did Atlas

19  engage with the union in negotiations over what's contained

20  in the December 5th document?

21      **A.**   No, sir.

22      **Q.**   Now, as part of your job as senior vice president

23  of flight operations, do you from time to time review union

24  publications that are made public?

25      **A.**   I do.

1     **Q.**   And why do you do that?

2     **A.**   Because it's important for me to know the

3  viewpoint of the pilot group and any reflection it has on

4  the operation.

5     **Q.**   And around this time in December of 2014, did the

6  union issue any publications encouraging the Atlas pilots to

7  strictly enforce the CBA?

8     **A.**   They did, yes, sir.

9     **Q.**   And in these communications, did the union tie the

10  notion of strictly complying with the CBA to the negotiation

11  of a new CBA?

12     **A.**   It does.

13     **Q.**   I'd like you to turn if you would, Captain

14  Kirchner (sic), to Defendants' Exhibit 38.

15     **A.**   Yes, sir.

16     **Q.**   That's a document entitled message from the Atlas

17  exco chairman elect, and it's dated December 10, 2014.  Do

18  you see that?

19     **A.**   I do.

20     **Q.**   And what do you understand exco to mean?

21     **A.**   The executive committee of the council of the

22  union.

23     **Q.**   And in that publication, did you see anything

24  tying this notion of strict adherence to the negotiation of

25  a new collective bargaining agreement?

1     **A.**   There are a couple of citations in here, yes, sir.

2     **Q.**   Can you point them out for us?

3     **A.**   So in the last paragraph of the first page:

4           "Along with that, many of you have asked what

5     can the pilot group do to help us better our lives

6     and careers.  The answer is simple, follow the CBA

7     and enforce it strictly.  I've indicated to

8     management that I expect the company to do the

9     same.  We cannot expect a better CBA if we can't

10    live up to and enforce this one.  Over the next

11    few months, we'll be highlighting areas of the CBA

12    which may be confusing, and areas where your

13    elected leaders want to reemphasize and revisit."

14          And then in the closing paragraph:

15          "In closing, I know the expectations are high

16    for our exco, and I welcome those expectations.

17    We must be realistic though.  Unless everyone is

18    100 percent on board, we will all fall short.

19    There will be tough times ahead to get the kind of

20    compensation and quality of life which we are long

21    overdue here and richly deserved by this pilot

22    group.  We need each and every one of you standing

23    strong with us day in and day out."

24    **Q.**   Thank you, Captain Carlson.  Do you remember in

25    the 2014-2015 timeframe seeing any references to BOOT or

1   SHOP in the union publications just based on your

2   recollection?

3       **A.**   Not to my recollection.

4       **Q.**   And we've heard some reference to short notice

5   sick calls, Captain Carlson.  Before I use that term, I'd

6   like to understand how you define short notice sick calls?

7       **A.**   So in my world, in the operations world, short

8   notice sick calls are really same day sick calls, 24 hours.

9       **Q.**   And do you recall any increase in the rate or

10  proportion of short notice sick calls in 2015?

11      **A.**   So in 2015 we didn't notice much change, that came

12  later in 2016.

13      **Q.**   And do you recall in 2015 pilots turning down open

14  time on any sort of a significant basis?

15      **A.**   Negative.  And in fact, we had some marketing

16  opportunities through the summer of 2015 that we used open

17  time to take advantage of.

18      **Q.**   And we'll get to those, Captain Carlson.  Did you

19  notice that at some point the union publications began to

20  encourage pilots to change their behavior through strategies

21  like SHOP and BOOT?

22      **A.**   Can you just repeat the question?

23      **Q.**   Sure.  Did you notice that at some point in time,

24  the union publications began to encourage pilots to change

25  their behavior through strategies like SHOP and BOOT?

1    **A.**   I started to hear those terms early in the first

2    quarter of 2016.

3    **Q.**   All right.  And you've summarized a number of

4    those communications in your declarations, is that right?

5    **A.**   Yes, sir.

6    **Q.**   Okay.  Captain Carlson, so let's if we could for a

7    few minutes focus on some of the changes in pilot behavior

8    that you've described in your declaration.  So if you would

9    please turn to Plaintiffs' Exhibit 122, and let's focus on

10   paragraph 18 if we could.

11        Are you with me?

12   **A.**   Yes, sir.

13   **Q.**   So in paragraph 18 you testify in your declaration

14   that pilots are calling in sick on short notice at an

15   increasing rate, and you list some examples.

16        So historically, how much notice based on your

17   experience as the senior vice president of flight operations

18   do pilots typically give when they're calling in sick?

19   **A.**   So historically we would get one, two, maybe even

20   three days notice of a sick call before.  It would give us

21   time to react, get people into position.  But that was

22   certainly what we had grown accustomed to.

23   **Q.**   Has that changed in recent months?

24   **A.**   So we noticed recently which is one of the reasons

25   we asked Dr. Lee to look at the data, because operationally

1    we noticed that we had shifted from sick calls with some

2    notice to same day or short notice sick calls.

3         Q.   And how, if at all, do short notice sick calls

4    impact the operation?

5         A.   Well, it really eliminates my ability to react to

6    get the sick call covered and keep the flight on time.

7         Q.   In paragraph 18, Captain Carlson, you list a

8    number of examples of these short notice sick calls.  Why

9    did you include these in your declaration?

10        A.   So they're intended to be examples of what a short

11   term sick call would look like.  To be clear, I can't walk

12   in the shoes of any one of these pilots.  I can't tell any

13   of us if they were sick or not.  So that is not the

14   intention though.  The intention is to show examples of

15   short notice sick calls at a time when I'm noticing an

16   aggregate change in how the pilots are calling in sick.

17             The group is now calling in with very short notice

18   or same day notice.  And I'm starting to see communications

19   from the union, communications through the ATAMs or

20   chairman's messages, CBA chats that are in my view

21   encouraging that kind of activity or slowdown activity.

22        Q.   Did you in your declaration try to describe the

23   impact of some of these calls?

24        A.   So the impact is, number one, it's difficult to

25   keep if not impossible to operate on time.  So there is a

1    delay.  But then there are successive delays or what we call

2    in operations knock on delays that could extend that flight

3    into a delay status for several days until it catches up.

4    So it has a marked effect on the line of flying that it

5    occurs on.

6         Q.   And Captain Carlson, can you describe for us the

7    process that you went through to put these examples

8    together?

9         A.   So in sitting down to prepare my declaration, I

10   just assembled a team and said the issue is short term sick

11   calls, and I just wanted examples of those that we could

12   recall; and to demonstrate that there are short term sick

13   calls and the effect it could have on the airline.

14        Q.   Okay.  And did you use a particular database at

15   the company to do that?

16        A.   Yes, I should have added that.  Of course the crew

17   management system is Ames.  We've talked about Ames in

18   previous testimony here.  Ames is the source of information

19   for the pilots' schedules and any of the effects that occur

20   to it, delays, changed equipment, sick calls, fatigue calls,

21   all of those are recorded there.

22        Q.   Okay.  Now Captain Carlson, since submitting your

23   declaration, have you become aware that there are some

24   corrections you need to make --

25        A.   Yes, sir.

1  **Q.**  -- to some of these descriptions you've provided?

2  **A.**  Yes.

3  **Q.**  So let's -- again, looking at paragraph 18, the

4  first bullet point, is there a correction you need to make

5  to that bullet point?

6  **A.**  So in this first bullet under 18, the commentary

7  talks about a sick call followed by a replacement followed

8  by another sick call.  Down further there's a third.  The

9  reanalysis found there were two sick calls, absolutely two

10  sick calls, but they were of the same crew.  It wasn't a

11  replacement and then a replacement of that replacement.

12  There were two on the original crew that were sick.

13  **Q.**  And if you would look at the fourth bullet point,

14  now I'm turning to the next page which is 122.009.  And it

15  is the second bullet point on that page regarding a trip

16  from JFK to Charleston.

17  Is there a correction you need to make with

18  respect to that paragraph?

19  **A.**  Yes, there is.  It says:  "Result of a sick call

20  by" -- third line, "Result of a sick call by the Captain,"

21  who was really an FO, it was a first officer.

22  **Q.**  So there was a call out sick, but it was the first

23  officer rather than the Captain, is that right?

24  **A.**  That is correct.

25  **Q.**  And then the next bullet point refers to the date

1    August 26th, 2017.  Do you see that?

2        **A.**   I do.

3        **Q.**   All right.  And the second bullet point down below

4    refers to a flight from Pudong International Airport in

5    Shanghai to Anchorage.

6            Is there a correction you need to make with

7    respect to that sub bullet point?

8        **A.**   So on this bullet point, it says the sick call by

9    the pilot -- actually, the pilot was not in Shanghai because

10    he was held up in Sidney due to a fatigue call in Sidney.

11    But he never made it to Shanghai.

12        **Q.**   So he didn't make it into Shanghai in time for the

13    flight?

14        **A.**   Correct.

15        **Q.**   And then looking at the final sub bullet point

16    that's the fourth sub bullet point at the bottom of the

17    page, is there some sort of a clarification that you need to

18    make with respect to that bullet point?

19        **A.**   So my intent by assembling these examples was to

20    show short notice sick calls.  The qualifier is 24 hours,

21    and this one is 25 hours.

22        **Q.**   Now I'd like to direct your attention at this

23    point back up the page again to the same page, 122.009, to

24    the first bullet point involving a trip on July 16th, 2017

25    from Houston to Norfolk.  Do you see that?

1      **A.**   I do.

2      **Q.**   And in the third line of that paragraph you refer

3   to a Captain calling out sick at his scheduled wake up time,

4   do you see that?

5      **A.**   I do.

6      **Q.**   And what is the scheduled wake up time you're

7   referring to?

8      **A.**   Three hours prior to departure.

9      **Q.**   Okay.  Now, the defendants have submitted a

10   declaration, and it's Defendants' Exhibit 24 of Captain

11   James Green.  And it's ECF pages five to six, paragraph

12   five.  And in that declaration, Captain Green contends that:

13   "The pilot, who Atlas says called in sick, never even made

14   it down to Houston.  He was being flown into Houston to take

15   the flight from Houston to Norfolk."  And in Captain Green's

16   declaration -- and I'm going to read from his declaration at

17   page six to 10, he says:

18           "Additionally, even though his" -- the

19           pilot's, "schedule showed a commercial flight from

20           CVG Cincinnati to Houston, and then rest until

21           reporting for the flight, the scheduling records

22           show that there was no hotel room booked for

23           Captain Campbell, and no travel arrangements were

24           made for Captain Campbell travel from CVG to his

25           gateway airport in Houston."

1          Do you see that?

2     **A.**   I do.

3     **Q.**   Did you do any checking to determine whether or

4     not that statement was accurate?

5     **A.**   So we went back to investigate that, and what we

6     found was the record of the air transportation, the ticket

7     number and the record of the reference.  And we also have

8     found the reservation for the hotel.

9     **Q.**   And if you'd just stop there for a moment and turn

10    to Plaintiffs' Exhibit 138.  Tell me whether you can

11    identify those documents?

12    **A.**   I can.

13    **Q.**   What are they?

14    **A.**   So the first document is the Sabre reservation.

15    That's the document on 138.001.

16    **Q.**   And that's the flight reservation?

17    **A.**   Yes.  And it shows travel from Orange County to

18    San Francisco, San Francisco to Houston.

19    **Q.**   And then the next page?

20    **A.**   The next page is the hotel reservation in Houston

21    for Mr. Campbell.

22    **Q.**   And did the pilot show up for his flight?

23    **A.**   No, he did not.

24    **Q.**   And do you have any information as to why the

25    pilot did not show up for his flight?

1    **A.**   So we have a call -- a recorded call of his

2    calling in sick a few minutes before wake up.

3    **Q.**   And did you yourself actually listen to that

4    recording?

5    **A.**   I did.

6    **Q.**   Captain Carlson, the bullet point refers to the

7    flight leaving from Houston on July 16th.  Was that accurate

8    or was it --

9    **A.**   It was July 15th.

10   **Q.**   Now, was there a point last year where you noticed

11   a significant amount of sick calls coming into the company,

12   pilot sick calls?

13   **A.**   So we noticed the change in the spring of the

14   early part of 2016, so somewheres in the

15   February-March-April timeframe.

16   **Q.**   Let me turn your attention back to December of

17   2016.  Did the company have any issue with sick calls at

18   that time?

19   **A.**   In December of 2016, we had a very sharp spike in

20   sick calls just prior to -- well, during the peak as we

21   crescendo up to the end of the peak which is Christmas Eve.

22   **Q.**   And did you communicate with the union to advise

23   the union of the spike in sick calls and ask that it be

24   terminated?

25   **A.**   Yes.  So I was concerned.  We were just on the

1    tail end of an ABX strike or strike of ABX in Cincinnati.

2    And I was concerned about effects on our operation, because

3    we had seen communications through ATAM and other means to

4    Amazon and others threatening their ability to deliver

5    packages.  And then we saw this dramatic rise on sick calls

6    on the 767 fleet specifically that concerned me.

7         **Q.**   And if you would please, Captain Carlson, turn to

8    Defendants' Exhibit 36.  Tell me if you recognize that

9    document?  I'm sorry, it's Plaintiffs' 36.  That's my fault,

10   I apologize.

11        **A.**   Yes.

12        **Q.**   It's a letter dated December 17th of 2016, is

13   that right?

14        **A.**   Yes.

15        **Q.**   And is that --

16        **A.**   Yes, I have it.

17        **Q.**   Is that a letter that you wrote to Mr. Wells and

18   Mr. Kirchner?

19        **A.**   I sent this to Captain Wells and Captain Kirchner.

20        **Q.**   And then if you would turn, Captain Carlson, to

21   Plaintiffs' Exhibit 37.  Tell me if you recognize that

22   document?

23        **A.**   I do.

24        **Q.**   And what do you recognize that to be?

25        **A.**   This was the response to my letter from Captain

1    Wells.

2         **Q.**    And did -- who wrote that response?

3         **A.**    It's also Captain Kirchner, I'm sorry.  Captain

4    Wells and Captain Kirchner.

5         **Q.**    Did they agree to address the issue with the sick

6    leave?

7         **A.**    No, they did not.

8         **Q.**    Okay, Captain Carlson, let's turn our attention

9    now to fatigue if we could.  And if you would, I'd ask you

10   to turn back to your declaration, Plaintiffs' Exhibit 122,

11   at paragraph three which is page 122.011.  I'm going to ask

12   you some questions similar to the ones I asked you about the

13   sick calls, Captain Carlson.

14            You have a number of examples of fatigue calls at

15   paragraph 23 of your declaration.  Why did you include those

16   examples?

17        **A.**    So again, as you've stated, these are examples of

18   fatigue calls that in -- of course where I sit in the

19   operation, I can see the effect of the fatigue calls.  But

20   they were starting to come with increased frequency.  So I

21   pulled some samples that looked unique in a sense

22   remembering, you know, it really is the same as pilots

23   calling out sick.  I can't tell anyone if that pilot's

24   fatigued or not, that's not something anyone can do other

25   than the individual themselves.

1          But they are unique because they contain what I

2     would consider components of adequate rest opportunity.  And

3     sometimes timing was of interest to me.  And I also pulled

4     them because of the impact that they have on the operation.

5     The fatigue, there's really no time to react.  And that --

6     when I say react, react to get another pilot to fill that

7     seat.  So there is a delay that's taken at that point in

8     time.  And of course, I've already talked about the

9     cascading effect of those delays.

10         **Q.**   And were you concerned about the individual nature

11    of the fatigue calls?

12         **A.**   No.  I mean, there's no names here or anything

13    like that because the individual nature is really not what I

14    was focused on.  I was focused on what I could see of the

15    frequency which was a behavioral change in the practice.

16         Another question that went to Dr. Lee's team, you

17    know, is am I seeing -- does the data show what I feel like

18    is happening, and he confirmed that.  So what we're seeing

19    is just an influx of fatigue calls.  The individual part of

20    it gets reconciled at the fatigue risk management committee.

21    That is not what the intent of this is.  This is intended to

22    be an illustrative example of fatigue calls.  They have a

23    couple key points in them that have just effects down line.

24         **Q.**   And did the timing of these calls concern you at

25    all?

1      **A.**   So the timing, you know, that's always -- the

2   timing's never good because it's difficult to respond and

3   react to that fatigue call, especially if you're at a spoke

4   station.  But there are some that are timed at different

5   times of the month where we are very stressed on reserves.

6   That time is the month in transition, that's not a secret.

7   It's a time in a pilot's schedule where he can reconcile the

8   conflicts.  Most of those conflicts are solved through

9   reserves and that kind of staffing support.

10     **Q.**   Now, do you have any responsibility for the

11  fatigue program at Atlas?

12     **A.**   Yes, so I'm ultimately responsible for the fatigue

13  management program.

14     **Q.**   And what happens, what's the process when a pilot

15  calls in fatigued?

16     **A.**   So he calls in fatigued, there is rest assigned,

17  10 hours of rest assigned.  And it's the responsibility of

18  the pilot to submit a fatigue report that goes to the

19  committee for reconciliation.

20     **Q.**   And the 10 hours of rest, is that automatic?

21     **A.**   It's automatic.

22     **Q.**   And what happens if at the end of that 10 hours

23  the pilot is still reporting himself or herself to be

24  fatigued?

25     **A.**   Then additional rest is assigned.

1    **Q.**   Do you have any background yourself in fatigue in

2    the airline industry?

3    **A.**   So my background is really developed as I was part

4    of an advanced rulemaking committee in '09 that recommended

5    to the FAA considerations as they were putting together the

6    FAR 117 rules.  And it was all surrounding fatigue and the

7    science of fatigue and the effects on flying in regards to

8    line pilots.

9    **Q.**   Was that an industry wide committee?

10   **A.**   So yes, it was represented both by the FAA -- of

11   course they commissioned it.  There were trade

12   organizations.  I represented the CAA, the Cargo Airline

13   Association.  And labor was a key component as well.

14   **Q.**   By filing your declaration in this matter, Captain

15   Carlson, are you meaning to discourage pilots from calling

16   in sick or fatigued?

17   **A.**   Dr. Lee said it and it's really my responsibility.

18   And it is absolutely never my intent to have a pilot fly

19   fatigued.  It's never my intent to have a pilot fly sick

20   either.  But this is about fatigue.  It's the pilot's

21   responsibility to evaluate himself to be fit to fly, it's

22   the pilot's responsibility.

23   **Q.**   Now, you mentioned something called the fatigue

24   risk management committee.  Is that the committee you sit

25   on?

1    **A.**   No, I don't sit on it.

2    **Q.**   And that's a committee at Atlas?

3    **A.**   It is.

4    **Q.**   And just briefly if you would describe the

5    committee and what it does?

6    **A.**   The committee is made up of four what we'll call

7    voting members, two from the union, two from the company.

8    But there are a number of alternates.  At Atlas, it's a very

9    well run committee with lots of collaborative participation

10   and ultimate resolution.  They've contributed a number of

11   mitigation -- fatigue mitigation improvements to the

12   scheduling.

13   **Q.**   And is that a joint company union committee?

14   **A.**   Two from the company and two from the union.

15   **Q.**   Now, there's testimony in this case, Captain

16   Carlson, that the fatigue examples that you've provided in

17   your declaration have been considered and accepted by that

18   committee.

19        Does that change your view at all, change your

20   testimony about what you've said about fatigue?

21   **A.**   Not at all.  This was not about the individuals

22   which is what the fatigue risk management committee is all

23   about, they're about the individuals.  Mine is about

24   examples of what I was sensing is a group change in

25   behavior.  I again saw it in the operation, and then asked

1    for some validation.  I needed examples to show in my

2    declaration of what that was.

3        Q.   And Captain Carlson, if you would turn to

4    paragraph 24 of your declaration, PX 122.015.

5        A.   Yes, sir.

6        Q.   The first two sentences of that declaration talk

7    about -- say:  "The union has encouraged pilots to call out

8    fatigued even if they are not in fact fatigued as one pilot

9    expressly told us."  The next sentence says:  "On that date,

10   after a first officer called out fatigued for a flight, the

11   Atlas crew scheduling department called another first

12   officer who was scheduled to ride as a passenger on that

13   flight."

14            Do you see that?

15       A.   I do.

16       Q.   Is there a correction you need to make there?

17       A.   It was a passenger on another flight if I recall

18   correctly.

19       Q.   So the pilot wasn't a passenger on the same

20   flight?

21       A.   He was on another flight.

22       Q.   Captain Carlson, moving to a different topic.

23            **THE COURT:**  Before you move off of this subject --

24   and I think we ought to take a break at the end of this

25   topic, but I had couple of questions about the fatigue rule.

1           First of all, when was it that the FAA fatigue

2     rule took effect -- actually not promulgated but took

3     effect?

4           **THE WITNESS:**  So our ops spec was -- and this was

5     generated as part of the rule that required everyone to have

6     a fatigue risk management program.  Our ops spec was

7     delivered in 2011, so it was awarded.  We put together our

8     fatigue risk management plan, sent it to the FAA AFS-200

9     sometime in 2011.

10          **THE COURT:**  And when was it that the fatigue risk

11    management committee was formed and became operational?

12          **THE WITNESS:**  That date escapes me, but maybe a

13    couple of years later, somewhere 2013 or 2012, in that

14    timeframe.

15          **THE COURT:**  You've been in the Court and you've

16    heard some cross-examination at least relating to the

17    question of whether the uptick or the increase in calls from

18    pilots asserting that they're fatigued might well have been

19    the product of increased enforcement, increased education

20    efforts over time.

21          Were there between 2013 and 2017 efforts,

22    programs, endeavors taken that were new with respect to

23    pilot fatigue?

24          **THE WITNESS:**  So the answer is yes, that was a

25    requirement.  Education and recognition was an important

1    factor.  But there's a little bit more to it, because first

2    it's the accountability of fatigue, that's very true.  But

3    part of that training, part of that familiarization -- and

4    it's an ongoing training event, is about how a pilot manages

5    fatigue and fatigue mitigation.

6           There's a number of tools available that all of us

7    that operate in that environment need to take advantage of

8    to minimize the effects of fatigue.  Do you get it right all

9    the time?  You don't.  It doesn't just say because we talk

10    about it more there's more fatigue.  Because part of what we

11    talk about is how to mitigate fatigue, that's part of the

12    training.

13           **THE COURT:**  Since 2013, what events have occurred

14    that were actually changes?  A new training program, new

15    rules?  I guess I'm looking for -- I'm trying to get at the

16    question of was it just a continuing process of education

17    where every year there are education sessions and all pilots

18    have to go through with the education sessions and that's

19    been occurring since 2013?  Or in 2014, 2015, 2016 was there

20    some event that occurred where now we're actually going to

21    sit down with the pilots, and every pilot now every six

22    months has to go through a training program or something of

23    that nature?

24           **THE WITNESS:**  No, it's an ongoing process.  It

25    really, in the pilot's life, is part of the recurrent

1    training.  It gets introduced as a module.  It was testified

2    earlier that -- or it was commented earlier that the human

3    factors group has really taken that on.  That's true, that's

4    part of their commentary in recurrent training.  It's part

5    of the ongoing -- it's just an ongoing education process of

6    the pilot.

7            **THE COURT:**  Is there anything that's changed in

8    that regard since 2013, any increased efforts, new efforts,

9    new programs?

10           **THE WITNESS:**  There are bulletins that go out

11   discussing it.  But there's nothing that I recall that is

12   some escalation of the training.  But the training is

13   ongoing, so I don't want to misdirect that.  I mean, the

14   training is an ongoing event.

15           **THE COURT:**  Anything further on fatigue?

16           **MR. McGUINNESS:**  Not that I can think of right

17   this moment, your Honor.

18           **THE COURT:**  Well, then why don't we take a break

19   and come back at five of 12:00.

20       (Off the record at 11:44 p.m.)

21       (Back on the record at 12:03 p.m.)

22           **THE COURT:**  Mr. McGuinness, you can continue.

23   I'll remind you of our time limitations.

24   **BY MR. McGUINNESS:**

25       **Q.**   Thank you, your Honor, I'll try to move it along.

1    Captain Carlson, you've heard some discussion in the

2    courtroom about open time?

3         A.    Yes, sir.

4         Q.    Can you please describe for the Court how open

5    time works?

6         A.    In a simplistic sense, if there's a seat open on

7    the airplane that's not filled with a pilot, open time is

8    one of the tools that we utilize to cover that position.  We

9    solicit volunteers to take that open time and fill that open

10   position.

11        Q.    How do these positions become open?

12        A.    There's any number of issues.  You know, it could

13   be some conflict that's dropped out, a sick call, a fatigue

14   call, some schedule disruption down line.

15        Q.    And has there been a change in the willingness of

16   pilots to accept open time flying?

17        A.    Yes, sir, a dramatic change.

18        Q.    And did the company have a peak in its open time

19   flying in 2015?

20        A.    So I was speaking to that earlier.  Frankly we

21   utilized open time significantly during the summer of 2015.

22   We had some marketing opportunities that we wanted to take

23   advantage of.  We did, and we offered open time to the pilot

24   group and it was utilized a lot.

25        Q.    Any trouble finding volunteers during that period

1   of time?

2         **A.**   We had no trouble finding volunteers.

3         **Q.**   And how does it impact the operation if pilots

4   won't volunteer for open time?

5         **A.**   Say it again.

6         **Q.**   How does it impact the operation, if at all, if

7   pilots won't volunteer for open time?

8         **A.**   Well, if they don't volunteer, then there's -- I

9   have to resolve the open seat.  So it takes one of the tools

10  away from me.  Another tool is a reserve, a reserve crew

11  member to sit in that seat.  And if they've been utilized

12  elsewhere, then I have to wait for the next available crew

13  member which really equates to a delay.

14        **Q.**   And are there times when you have to fly a crew

15  member in?

16        **A.**   We move crew members around a lot, yes.  So we

17  would certainly transport them in if that became available.

18  And that's a reflection of the first available crew member.

19  And we would do that just to tag on, we'd do it

20  commercially.  Rarely do you -- when it's just in time, you

21  do it on a company flight.  You do it commercially.  And we

22  have a history of doing it on chartered flights as well.

23        **Q.**   Captain Carlson, let's move on to BOOT.  Again,

24  there's been some discussion here on BOOT.  I don't think

25  you have to tell the Judge at this point what BOOT means.

1          Let me ask you:  Is there something in the flight

2    operations manual that gives pilots discretion to depart

3    early?

4          **A.**    So Block Out On Time, yes.  So the crew or the

5    captain has the ability to leave up to 15 minutes early

6    without permission, and then there's guidance in the FOM.

7    If he's ready to go more than that, he has to call into the

8    GCC which is the Global Command Center, the ops center.

9          And then they will take that request and do what's

10   called a legality check in Ames to see if any legality flags

11   come up which could occur if it's more than 15 minutes

12   early.  And if it comes up all clear, he's given the all

13   clear.  He coordinates with the dispatcher with initials on

14   the release, and he's cleared to go.

15         **Q.**    Just so I'm clear, if it's less than 15 minutes

16   early, a pilot can go without permission?

17         **A.**    15 minutes or less, yes.

18         **Q.**    More than 15 minutes he has to go through --

19         **A.**    He has to come through for authorization.

20         **Q.**    And how does a pilot communicate with the Global

21   Command Center?

22         **A.**    So there's a number of ways:  Cellphone; satcom; a

23   tool we call ACARS which is just a digital communications

24   tool in the airplane.

25         **Q.**    And prior to the BOOT campaign, did pilots contact

1      the Global Command Center to get permission to leave more

2      than 15 minutes early?

3          A.   We used that I would say regularly.

4          Q.   If you would turn to Defendants' Exhibit 2 at --

5      and that's the Kirchner declaration.  The very last page,

6      page 47 of 47.  Tell me if you recognize that page of the

7      document.

8               Is that the flight operations manual?

9          A.   Yes, sir.

10         Q.   And where in that manual does this information or

11     this regulation regarding the departing early reside?

12         A.   So this is page 10.1.28.  And under early or

13     delayed departures is the procedure.

14         Q.   And that says:  "Flights will not block out

15     greater than 15 minutes before scheduled time without

16     specific permission from the GCC."

17              Am I reading that correctly?

18         A.   That's exactly correct.

19         Q.   So Captain Carlson, why does it matter to Atlas if

20     pilots block out early?

21         A.   So that gives us a number of operational

22     reliability tools to keep the airline on time.  There was a

23     lot of discussion yesterday about if you leave early do you

24     arrive early.  There's a lot of -- and I'm not an economist

25     or an efficiency expert by any means, but I am in

1    operations, lots of experience in operations.  There's

2    tremendous truth to getting the airplane in the air.  It

3    gives me tremendous flexibility down line to reconcile

4    weather delays, en route delays, being ATC, maybe unplanned

5    mechanical issues.  There could be on the arrival end, if I

6    can arrive early, there will be sort and cargo issues that

7    can be resolved early so the airplane can remain on time.

8              On the origin end, there is tremendous advantage

9    to getting the airplane -- especially on a congested ramp,

10   off the ramp and moving.  The ramp is utilized by a number

11   of airplanes.  And the personnel and equipment used to move

12   that jet off and get it underway gets used elsewhere in the

13   operation.  So once you're released and underway, they can

14   go on to their next task.

15             Specifically in one of our biggest hubs,

16   Cincinnati, the departure sequence is timed very close.  And

17   by very close I mean one, two or three minute intervals.  So

18   the sooner you can get out of the way so the next airplane

19   can get sequenced to go relieves pressure on that ramp.  So

20   there's great customer appreciation for moving the airplane

21   along.

22             **THE COURT:**  Let me ask you a question about this

23   which is could you address this concern or problem by just

24   moving up your estimated time of departure on every single

25   flight by 15 minutes?

1       **THE WITNESS:**  So a couple points there -- and I

2    know we have time issues, but it's not as simple as moving

3    it up.  Because the schedule is controlled by the customer.

4    You know, one of the unique differences between Atlas and a

5    network carrier, the network carrier sets the schedule,

6    publishes it to the public and tells them when they're

7    coming and going.  And if they choose to get on the

8    airplane, they do.  Atlas goes to the customer and says:

9    "What schedule do you want us to operate at," and that's how

10   we operate.  So they set the schedule.

11      **THE COURT:**  Including the departure time?

12      **THE WITNESS:**  Including the departure time.

13   BY MR. McGUINNESS:

14      **Q.**    Captain Carlson --

15      **THE COURT:**  But is there any reason you couldn't

16   just go to your customers and say we actually think it would

17   be more efficient for you if we just move up all of your

18   departure times 15 minutes.  We may not make them all.  We

19   may under those circumstances end up leaving 10 minutes

20   late, but it ought not bother you because we'll still be

21   five minutes ahead of what you actually had in mind?

22      **THE WITNESS:**  So the answer to that is yes.  We

23   have done that more in a defensive position with Amazon, we

24   moved it up 15 minutes early to keep the airplane on time.

25   But there's a cost associated with that.  Pilots get paid

1    the greater of actual or schedule.  So if their schedule

2    adds another 15 minutes to it, that gets added to the cost

3    of that operation.  So there's more to it than that.

4            But to your question, yeah, we got with Amazon and

5    we set the time 15 minutes earlier to keep the airplane on

6    time.

7            **THE COURT:**  Okay, thank you.

8    **BY MR. McGUINNESS:**

9        **Q.**    Captain Carlson, I'd like to move on to crew meals

10   if we could.  In Defendants' Exhibit 34, ECF page three of

11   16, Captain Petersen states -- and I quote:  "Atlas'

12   catering service for its pilots has been awful for many

13   years, and it has generated numerous grievances by the

14   pilots."

15           Let me ask you, does the company retain various

16   vendors around the world to cater its aircraft?

17       **A.**    We do.

18       **Q.**    From time to time do the vendors make mistakes?

19       **A.**    They do.

20       **Q.**    From time to time do they deliver a less than the

21   most desirable cuisine?

22       **A.**    They do.

23       **Q.**    So Captain Petersen testified that the catering

24   has been an issue for many years.  Has the company undergone

25   any significant changes with the way it caters aircraft in

1   recent years?

2       A.   No, we have not.

3       Q.   Has it gone through any changes in the amount or

4   type or the type of food that it puts on the aircraft for

5   its pilots?

6       A.   It has not.

7       Q.   And am I correct that Atlas has about 42,000

8   departures a year?

9       A.   Approximately 42,000.

10      Q.   Now, in your experience as vice president of

11  operations for Atlas, what normally happens with a flight

12  crew if there's a mistake in the type of food that's placed

13  on the airplane?

14      A.   So historically, we try to reconcile the

15  difference at the origin.  But if we couldn't get it done,

16  then we would follow up on the tail end of it after it was

17  landed to make up the difference.

18      Q.   And have you noticed any change in the way the

19  pilots are reacting to a problem with catering in recent

20  months?

21      A.   So the reaction is much different now where the

22  pilots have become very vocal and adamant that the airplane

23  does not move until the catering is exactly correct.

24      Q.   And in his declaration, Captain Peter (sic)

25  testifies about a conversation with Chief Pilot Ray DuFour,

1    and that's at Defendants' Exhibit 34, paragraph four, ECF

2    page four.   Captain Petersen says that in conjunction with a

3    March 29, 2015 grievance, that he was told by Mr. DuFour

4    that if the aircraft departed with improper catering, that

5    Atlas would not consider any complaints about catering on

6    the flight to be a grievance under the party's CBA.

7            Are you aware of any such policy at Atlas?

8    A.   I have no such policy.

9    Q.   And does Mr. DuFour report directly to you?

10   A.   He does.

11   Q.   And did you ever instruct him not to allow

12   catering grievances from pilots if the pilots moved the

13   aircraft?

14   A.   Never.

15   Q.   Has Mr. DuFour ever told you that he instituted

16   such a policy?

17   A.   No, sir.

18   Q.   Has ever told you that he communicated such a

19   policy to the union?

20   A.   No, sir.

21   Q.   Has anyone from the union told you that Mr. DuFour

22   communicated such a policy to them?

23   A.   Not to my recollection.

24   Q.   Now, based on your experience in your position as

25   senior vice president, is this the type of issue that would

1   get raised to your level?

2      **A.**   I would surmise almost instantly if it was

3   communicated that way.

4      **Q.**   And during the years 2016-2017, have there been

5   any catering grievances filed with the company?

6      **A.**   I can recall two.

7      **Q.**   And have those been processed in the normal

8   course?

9      **A.**   Yes, sir.

10      **Q.**   And just briefly what were the issues?

11      **A.**   One was a short flight on the west coast with a

12   catering discrepancy.  And the other was a flight that was

13   less than four hours -- there were multiple legs, but less

14   than fours that demanded a hot meal which did not fit the

15   criteria in the CBA.

16      **Q.**   Thank you, Captain Carlson.  Very briefly I'd

17   like -- or very quickly to have you identify a number of

18   exhibits related to these grievances.  If you'd take a look

19   at Plaintiffs' Exhibit 129 which is a document dated

20   March 4th, 2016 and tell me if you recognize that document?

21      **A.**   I do.

22      **Q.**   What is that?

23      **A.**   This is the grievance for one of the catering

24   discrepancies.

25      **Q.**   And you're copied on that grievance?

1    **A.**    I am.

2    **Q.**    And in the normal course, would you receive

3    grievances like these?

4    **A.**    I would.

5    **Q.**    All right.  And if you'd take a look at

6    Plaintiffs' Exhibit 130 which is a letter dated March 31,

7    2016.  Can you identify that document?

8    **A.**    This is the resolution of a step one or the first

9    discussion between the company and the union to resolve that

10   grievance.

11   **Q.**    And you're copied on that letter?

12   **A.**    I'm here, yes.

13   **Q.**    And then moving to the next grievance, Captain

14   Carlson, if you would take a look at Plaintiffs'

15   Exhibit 131.  Can you tell me if you recognize that

16   document?

17   **A.**    I do.

18   **Q.**    And what do you recognize that to be?

19   **A.**    This is another grievance filed.  This was the hot

20   meal grievance I believe.

21   **Q.**    And that's dated February 21 of 2017, is that

22   right?

23   **A.**    That's February 20th, 2017.

24   **Q.**    February 21, correct?

25   **A.**    February 21, 2017, yes, sir.

1      **Q.**   And then if you would look please at Plaintiffs'

2   Exhibit 132 dated March 23, 2017 and tell me if you

3   recognize that document?

4      **A.**   So that's the resolution of the step one hearing

5   of this particular grievance.

6      **Q.**   And this is the hot meal grievance?

7      **A.**   This is the hot meal grievance.

8      **Q.**   And did that get raised to a step two?

9      **A.**   This got raised to the next level which is a step

10  two.

11     **Q.**   And is that Plaintiffs' Exhibit 133?

12     **A.**   It is, yeah, March 24th, 2017 under tab 133 in my

13  book.

14     **Q.**   And that's the grievance from the union?

15     **A.**   That is correct.

16     **Q.**   And if you can look at Plaintiffs' Exhibit 134 and

17  tell me if you recognize that document?

18     **A.**   This is a letter for me in resolution of that step

19  two grievance.

20     **Q.**   And that's dated May 4th of 2017, is that correct?

21     **A.**   That is correct.

22     **Q.**   And then if you would just look at Plaintiffs' 135

23  and tell me if you can identify that document?

24     **A.**   On May 5th, this is the elevation of this

25  particular grievance to the system board, system board of

1    adjustment.

2         **Q.**    Thank you, Captain Carlson.  Captain Carlson, I'd

3    like to turn attention to some of the union publications

4    that are attached to your declaration.  You've attached a

5    number of transcripts to your declaration.  For example,

6    there's a transcript at Plaintiffs' Exhibit 99.

7              If you could just look at that transcript and tell

8    us what it is?

9         **A.**    I'm running out of tabs.  Yes, sir.

10        **Q.**    What is that document?

11        **A.**    This is a transcription -- just a minute, please.

12   Yeah, this is a transcription of a crew call.

13        **Q.**    And are crew calls something that the company

14   received in discovery in this matter?

15        **A.**    We received an audio that we had transcribed in

16   discovery.

17        **Q.**    And Plaintiffs' Exhibit 99 is an example of the

18   transcription?

19        **A.**    Yes, sir.

20        **Q.**    And it says certified transcription from court

21   reporter?

22        **A.**    Yes, sir.

23        **Q.**    And did you also attach a number of Atlas Teamster

24   Action Messages to your declaration?

25        **A.**    Yes, sir, ATAMs.

1     **Q.**   And what's an ATAM?

2     **A.**   An ATAM is a podcast by -- hosted by Captain Mike

3   Griffith that is broadcast to the pilot group.

4     **Q.**   And who is Captain Mike Griffith?

5     **A.**   The communications chairman.

6     **MR. GLEASON:**  Your Honor, before we continue, may

7   we go off the record?  I think that we need a sidebar of --

8   actually, counsel and I need to talk about some of those

9   exhibits.  Not because of the privilege but for other

10   reasons, the accuracy of those transcriptions that they did.

11     **THE COURT:**  So I'm not entirely sure, are you

12   asking to take a break so you can confer with them?

13     **MR. GLEASON:**  That or I can represent to you right

14   now there are discrepancies between the transcripts that

15   we've -- written transcripts that we've provided to the

16   plaintiffs versus the transcripts that they used from the

17   recordings we also provided, and they're not -- they're not

18   the same.

19     **THE COURT:**  Well, what I would recommend you do

20   about this then is why don't you confer with opposing

21   counsel on this issue, and if you agree with corrections you

22   can submit the corrections.  And if you have any

23   disagreement, then both parties can simply submit their

24   version of it and you can highlight for me where there's a

25   disagreement about what it said.

1              If it's material, I suppose I could listen to the

2      podcast myself.  My guess is at the end of the day, the

3      differences are unlikely to make a difference one way or the

4      other in the case.  But if they are material, I am happy to

5      listen to them and resolve what happened.

6              **MR. GLEASON:**  This included the condensing of

7      entire blocks of it that we thought was privileged that we

8      had redacted.  It doesn't even show that there was a

9      transcript --

10             **THE COURT:**  No, I realize that, and that's

11     actually something maybe that the transcripts don't indicate

12     where redactions occurred.  And maybe someone needs to go

13     through and flag where the redactions occurred.  If that's

14     the issue, that's something you ought to be able to work out

15     with counsel and submit that to the Court.

16             **MR. GLEASON:**  But I just wanted to alert the Court

17     and of course my colleagues that we have just seen that, and

18     we've been trying to work through to reconcile it ourselves.

19     We will need time indeed.  When we're on break, we'll talk

20     with counsel and try to reconcile it.  But there are a good

21     number of items that need to be indeed reconciled.

22             **THE COURT:**  You're welcome to bring that -- either

23     work it out, and if you can't work it out you're welcome to

24     bring it to the Court's attention.  I think that's the sort

25     of thing you probably can do on paper.  I just don't to eat

1    up your time from the hearing on that.  So if you can do it

2    on paper or though agreement, great.  If not, if you need to

3    be heard on it, I can hear you at some point.

4              **MR. McGUINNESS:**  This is the first time I'm

5    hearing about it, your Honor.

6         **Q.**   If you'd turn to Plaintiffs' Exhibit 78, Captain

7    Carlson, and identify that for me if you can?

8         **A.**   This is a transcription of an ATAM.

9         **Q.**   And how did you obtain the ATAM transcripts?

10        **A.**   It was sent to me by the -- or sent to the company

11   by the transcriber.

12        **Q.**   And how did you obtain copies of the ATAMs to have

13   them transcribed?

14        **A.**   It was forwarded to me -- frankly, I'm not certain

15   of the exact origin.  But it generally comes through the

16   legal department or the transcriber directly.

17        **Q.**   Are the ATAMs posted on a website?

18        **A.**   Their public website, yes, sir.

19        **Q.**   And have you actually gone on and seen them on the

20   website?

21        **A.**   I've listened to them on the website, yes, sir.

22        **Q.**   And does the Local 1224 send out an e-mail with

23   the ATAMs?

24        **A.**   I've seen an e-mail with a link on it as well.

25        **Q.**   If you'd --

1      **A.**   They're publicly available though.

2      **Q.**   And we spoke very briefly previously about a crew

3   call, but I don't think I asked you to explain what they

4   are.  What is a crew call?

5      **A.**   A crew call is -- that's the item we acquired

6   through discovery.  But the crew call is a meeting between

7   the exco and the pilot group where the exco makes a

8   presentation but opens up the floor to questions from the

9   pilot group.

10      **Q.**   And if you would, Captain Carlson, turn to

11   Plaintiffs' Exhibit 19 and tell us what you recognize that

12   to be?

13      **A.**   This is a transcription of a CBA chat.

14      **Q.**   And what are CBA chats?

15      **A.**   So CBA chats are a video or a YouTube presentation

16   that -- again, publicly available.  I access them through

17   the ATAM site, where Captain Gary Saunders puts on a

18   presentation to the pilot group.

19      **Q.**   And have you -- where did you find these CBA

20   chats?

21      **A.**   I found them on the ATAM website.

22      **Q.**   And did you find some of them on YouTube?

23      **A.**   There's one that I saw on YouTube.

24      **Q.**   And have you actually listened to some of the

25   recordings that --

1       **A.**   I have, yes.

2       **Q.**   Did you listen to those in the course and scope of

3       performing your duties for Atlas?

4       **A.**   Yes, sir, I did.

5       **Q.**   All right.  So Captain Carlson, I'd like to very

6       briefly move to one more topic and then have you identify a

7       few more documents, and then we should be finished.

8       Referring to Defendants' Exhibit 2 which is Captain

9       Kirchner's declaration, paragraph 18 and 19 of his

10      declaration, ECF page 11 of 47, Captain Kirchner refers to

11      certain litigation between Atlas and the union in New York.

12              And in paragraph 19 of his declaration, page 13 of

13      47 in the first sentence, Captain Kirchner states as

14      follows:  "The current lawsuit by Atlas and Polar must be

15      viewed in the context of their continuing effort to avoid

16      arm's length negotiations with its pilots and the union to

17      secure contractual cover through an arbitration proceeding."

18              Do you see that?

19      **A.**   I do.

20      **Q.**   Is that the company's objective, Captain Carlson,

21      to avoid arm's length bargaining with defendants?

22      **A.**   No, sir.  And we just last week had a bargaining

23      session, and our next bargaining session is next week.  And

24      then we'll have a second week in November as well.

25      **Q.**   All right.  Now let's talk very briefly about the

1    lawsuit in New York.  As I understand it, the parties

2    started bargaining for a new collective bargaining agreement

3    at Atlas in January of 2016.  Do I have that right?

4         **A.**    You do.

5         **Q.**    And in April of 2016, did Atlas close on the

6    acquisition of another carrier?

7         **A.**    Yes, sir, Southern.

8         **Q.**    And did that cause Atlas and the union to have a

9    disagreement over how the bargaining should proceed at that

10   point?

11        **A.**    So Atlas -- we looked at the paragraph 1F2B(iii)

12   in the Atlas contract that provided us guidance on how to go

13   forward when -- after purchasing or after acquiring and

14   integrating Southern.  And the dispute is we felt that that

15   language applied and the union disagreed.

16             In the course of that disagreement, we filed a

17   grievance with the union to arbitrate that and let's have an

18   arbitrator decide.  And the union refused to go to

19   arbitration or take it to arbitration, so then we went to

20   court in New York asking for a motion to compel the union to

21   take it to arbitration.

22        **Q.**    So am I understanding it correctly that the

23   company's position was that the parties should bargain for a

24   joint contract for Atlas and the Southern pilots, and the

25   union's view is that the company and the union should

1    negotiate for separate contracts?

2        **A.**    Yes, that's correct.

3        **Q.**    And the company filed a grievance and has asked

4    the court in New York to compel arbitration?

5        **A.**    Correct.

6        **Q.**    Have the parties come to some temporary resolution

7    of that issue?

8        **A.**    Yeah, so we worked hard I would say behind the

9    scenes, to come up with -- to find some common ground to

10   continue bargaining towards an agreement.  We came to an

11   agreement on a letter of agreement which is a framework

12   agreement that maps out a path forward to get a CBA.

13       **Q.**    All right.  Captain Carlson, if you'd please turn

14   to Plaintiffs' Exhibit 128.

15       **A.**    Yes, sir.

16       **Q.**    And do you recognize that to be a publication from

17   the union regarding the framework agreement?

18       **A.**    I do.

19       **Q.**    If you would look at the bottom of the first page,

20   the last line in the background section states:  "Today's

21   agreed upon negotiations process enables the parties to move

22   forward with direct negotiations in a manner that is fair

23   for all and that protects everyone's interests."

24            Do you agree with that characterization of the

25   framework agreement from the union?

1       **A.**   Strongly agree.

2       **Q.**   Then if you turn to page three of that document,

3   the top sentence states:   "While it is true that no one can

4   guarantee that the parties will reach a new labor agreement

5   covering the Atlas and Southern pilots at the end of the

6   negotiations process that we are about to embark on, the

7   negotiation process now in place greatly enhances the

8   likelihood that we will indeed succeed in reaching an

9   agreement through direct negotiations.

10          Do you agree with the union's characterization of

11  the framework agreement in that regard?

12      **A.**   I do.

13      **Q.**   Okay.  Now let's look at some documents, figure

14  out what they are, Captain Carlson, and then we can be

15  finished with your testimony.  If you would turn to

16  Plaintiffs' Exhibit 93, I'd like you to look at some

17  customer complaints that you've attached to your

18  declaration.

19      **A.**   Yes, sir.

20      **Q.**   And is that a complaint from a customer that you

21  yourself received?

22      **A.**   This is a complaint from a customer that came

23  directly to me.

24      **Q.**   And sometimes do you receive complaints, e-mails

25  or documents from customers that come to you from someone

1    else at Atlas?

2        **A.**   I do.

3        **Q.**   And when do you normally receive complaints from

4    customers that weren't directed at you particularly?

5        **A.**   When they have effects or they're reflected to

6    flight operations or the operation.

7        **Q.**   And with respect to all of the customer e-mails

8    that you've attached to your declaration, are those e-mails

9    that you either received yourself or received from someone

10   else at the company?

11       **A.**   That's true, yes.

12       **Q.**   And you reviewed those in the course and scope of

13   your duties as senior vice president?

14       **A.**   I did.

15       **Q.**   When you receive customer e-mails like this, does

16   the company retain them?

17       **A.**   Yes.

18       **Q.**   Now --

19       **A.**   Company files.

20       **Q.**   -- I noticed that these e-mails redactions.  Would

21   you explain to the Court what was redacted?

22       **A.**   So we redacted any reflection back on the customer

23   for a couple of reasons.  One, they're not a party to this.

24   Second, some of the customers have of confidentiality

25   concerns.  And third, it's probably added on to my first

1    comment, that they aren't party to the labor disruption --

2    or labor dispute rather and shouldn't be part of that.  Any

3    attachment back to that would just exasperate the

4    frustration of the customer.

5        Q.    Captain Carlson, if you would please direct your

6    attention to Plaintiffs' Exhibit 97.

7        A.    Yes, sir.

8        Q.    Do you recognize that document?

9        A.    That is a complaint letter, yes.

10       Q.    And there's a number of documents there?

11       A.    There are.

12       Q.    All right.  And what are they?

13       A.    So they're complaint letters from the military.

14   They're reflective of the complaints we may get from the

15   military.

16       Q.    Did you receive these directly yourself from the

17   family members of the military?

18       A.    I did not.

19       Q.    You received them from your colleagues at Atlas?

20       A.    Yes, sir.

21       Q.    And why, if you know, were these e-mails sent to

22   you?

23       A.    Because they're related to flight operations

24   issues.

25       Q.    And these are e-mails that the company's retained

1    in the normal course?

2        **A.**    Yes, sir.

3        **Q.**    Now, some of these e-mails are redacted.  Could

4    you explain why it is that you've redacted that information

5    and what you redacted?

6        **A.**    So we redacted any name or time of service or

7    anything that could be identified back to the servicemen and

8    women that were serving that were involved in the source for

9    this complaint.

10       **Q.**    In order to protect their privacy?

11       **A.**    It's all for that.

12       **Q.**    If you would turn to Plaintiffs' Exhibit 81,

13   Captain Carlson.  Tell me if you recognize the documents in

14   Exhibit 81?

15       **A.**    Yes, sir.

16       **Q.**    What do you recognize those to be?

17       **A.**    This is a complaint letter from a crew member

18   complaining about harassment from the union.

19       **Q.**    What type of harassment?

20       **A.**    Well, in this case it was pressure from the union

21   and a threat to be included on a scab letter or some form of

22   accountability.

23       **Q.**    And how did you receive these e-mails?

24       **A.**    Through a management pilot.

25       **Q.**    And why would you need to see these types of

1    e-mails?

2         **A.**    Again, it's my job and responsibility to be

3    familiar with the issues that the crew members are facing.

4         **Q.**    And these e-mails were kept by the company in the

5    normal course of its business?

6         **A.**    Yes.

7         **Q.**    Did you make redactions from those e-mails?

8         **A.**    I did.

9         **Q.**    Why?

10        **A.**    So there would not be a link back to the crew

11   member that sent the letter, the e-mail.

12        **Q.**    Captain Carlson, if you would take a look at

13   Plaintiffs' Exhibits 4 and 117, and tell me if you recognize

14   those documents?

15        **A.**    Okay, I do recognize these.

16        **Q.**    And what are they?

17        **A.**    These are Twitter communications from Mike

18   Griffith and Giant Comms which is the handle associated with

19   him.

20        **Q.**    And where did you obtain these Tweets?

21        **A.**    From Twitter.

22        **Q.**    Did you actually go on Twitter yourself to see the

23   Tweets?

24        **A.**    I have, yes.  And I've seen these on Twitter.

25        **Q.**    What, as far as you know, is Giant Comms?

1      **A.**     Giant Comms, if I put that into Twitter it comes

2    up and says Atlas and Southern pilots.

3      **Q.**     And how did you actually obtain the Tweets?

4      **A.**     So you can log into Twitter, and these particular

5    ones are just screen shots of the messages that I've seen

6    that have been -- that I viewed.

7      **Q.**     And you printed them off of Twitter?

8      **A.**     Yeah, and I printed them off.

9      **Q.**     And then turning your attention finally to

10   Plaintiffs' Exhibit 6, can you identify that document for

11   us?

12     **A.**     Yes.

13     **Q.**     And what do you recognize that document to be?

14     **A.**     So these are forums or blogs that are again

15   publicly available for airline -- or for pilots to view and

16   comment on.

17     **Q.**     And did you actually go on the Airline Pilot

18   Central yourself and look at some of the postings?

19     **A.**     I looked at these on Airline Pilot Central, yes.

20     **Q.**     So the postings that are included in your exhibit

21   you've actually seen on the website?

22     **A.**     Yes.

23     **Q.**     Is there a website listing at the top of the

24   pages?

25     **A.**     So there's a long address at top of the page that

1  takes you to each one of these examples.

2      **Q.**    And how did you obtain the postings that are in

3  the binder?

4      **A.**    Staff members that have led me to that who monitor

5  this for communications.

6          **MR. McGUINNESS:**  Your Honor, I have no further

7  questions for the witness at this time.

8          **THE COURT:**  Thank you.

9          **MR. McGUINNESS:**  We will be moving -- I don't know

10  if we should do it now, for admission of the exhibits that

11  are attached to Captain Carlson's various declarations.

12          **THE COURT:**  Any objection?

13          **MR. GLEASON:**  Yeah, again, I think we need to have

14  at least that discussion and perhaps discuss that.

15          **THE COURT:**  What I'd like the parties to do is to

16  talk about all of the exhibits to all of the declarations,

17  have a conversation about that.  And when we're done with

18  the hearing, if there's any issue you need to raise with me,

19  do it then.  And then the parties can move at the close of

20  the hearing for the admission of the exhibits with the

21  exception of any exhibits where there are particular issues

22  that need to be addressed, okay.

23          Thank you, Mr. McGuinness.  Mr. Gleason, it's your

24  witness.

25          **MR. GLEASON:**  Just give me one second, please.

1          **THE COURT:**  Okay.  Mr. Gleason, just for your

2     planning purposes, I think we'll take a break around 1:00

3     o'clock.

4          **MR. GLEASON:**  1:00 o'clock, thank you.

5

6          CROSS-EXAMINATION OF PLAINTIFFS' WITNESS JEFF CARLSON

7     **BY MR. GLEASON:**

8     **Q.**   So I don't forget this, Captain, did I just hear

9     you say -- otherwise I'll forget, I'm not particularly good

10    with public forums.

11         Did I hear you say that you went on the Airline

12    Pilot Central forum yourself?

13    **A.**   I was led to it by a member of my staff.

14    **Q.**   Do you participate in it?

15    **A.**   I don't.

16    **Q.**   Okay.

17    **A.**   But I did what -- I have people that watch that

18    for me.

19    **Q.**   I see.  And do you have people that watch Captain

20    Griffith's Twitter?

21    **A.**   I have people that are participants in Twitter.

22    **Q.**   And do you have people that monitor the Facebook

23    maintained by the pilots on there?

24    **A.**   I don't have a Facebook.

25    **Q.**   Okay.  And do you monitor the -- I understand you

1   indeed monitor the ATAMs?

2        **A.**   Yes, sir.

3        **Q.**   And you monitor the crew calls?

4        **A.**   No, sir, that was brought to us by discovery.

5        **Q.**   I see.  And you do monitor and review the

6   chairman -- the exco chairman's updates, correct?

7        **A.**   I will -- I get a copy of the exco chairman's

8   updates.

9        **Q.**   And you get the other communications like

10  steward's updates, things like that, from the Atlas pilots?

11       **A.**   Generally it comes to me -- in fact, it comes to

12  me through a management pilot.

13       **Q.**   Who's that?

14       **A.**   Scott Welty, Ray DuFour.

15       **Q.**   You've testified, Captain, that you have -- you

16  believe that you strictly -- the company every day strives

17  to honor the collective agreement.  Is that your testimony?

18       **A.**   That is my testimony.

19       **Q.**   And if I heard you correctly, you understand that

20  the company is not perfect so it does indeed at times not

21  honor the collective agreement?

22       **A.**   Well, we're not perfect, we make mistakes.  That's

23  not not going to work to honor the contract.  But we do make

24  mistakes.

25       **Q.**   You participate in various meetings with the

1    pilots yourself, right, for instance down in ground school

2    in Miami, correct?

3        A.    Yes, I teach a captain leadership school.

4        Q.    And have you ever participated in meetings with

5    the Atlas pilots where you have been told and advised of

6    many complaints involving noncompliance with the contract by

7    Atlas?

8        A.    I hear of complaints, absolutely.  But that

9    doesn't mean I agree that they are complaints.  Every

10   discrepancy needs to have -- there's always two sides and

11   there's research that needs to be done.  We have a vibrant

12   grievance resolution program that brings those issues to the

13   table.  Those that we agree with we correct and move on.

14   Those that we don't get either resolved or elevated.

15       Q.    You've heard over the course of your time here in

16   Atlas as vice president of -- director I think it is of

17   operations, vice president?

18       A.    (Witness nods head indicating yes.)

19       Q.    Okay, sorry.  At least since the collective

20   agreement was imposed in 2000, you've heard a number of

21   complaints concerning the company's noncompliance with the

22   contract by your pilots, the Atlas pilots, correct?

23       A.    I have heard -- okay, so I've heard statements

24   that they have discrepancies.  But the measurement of that

25   is where that fits in the grievance process, because that's

1    our opportunity.  There are a number of initiatives frankly

2    at my direction to ensure the front line -- which really

3    means the crew schedulers, the ones the pilots have the most

4    frequent contact with, have training.

5         And there have been multiple training sessions --

6    I really can't count, but there have been more than a couple

7    of training sessions held with the crew schedulers for

8    contracts and contract understanding which equates to

9    contract compliance.

10   **Q.**   Well, you've now read several of the crew calls

11   that are, again, crew calls between the pilots themselves

12   and their exco and their leadership.

13        Are you telling me you hadn't even seen complaints

14   just raised in those crew calls by pilots about the

15   company's inability to follow the contract?

16   **A.**   Well, I've been flying for -- I had to do the

17   math, but it's almost 40 years.  I've heard these complaints

18   my entire professional life.  So pilots complaining about

19   the contract is not new.

20   **Q.**   Even with this volume of complaints that you've

21   heard over the last few years, Captain, volume of complaints

22   from the pilots in this workforce?

23   **A.**   So I've heard the complaints, and we take them on

24   and there are -- the chief pilots focus on it in the

25   grievance process.  Crew resources focuses immensely on it,

1    because they're very focused on the contract as well in

2    terms of compliance.  I will -- as I've testified prior,

3    while there are mistakes, there are also interpretive

4    differences.  If there are interpretive differences, that's

5    where the grievance process all the way through arbitration

6    gets utilized to get those resolved.

7          **Q.**   And in fact, Captain Kirchner has in direct

8    conversations with you told you many times that from the

9    Atlas pilots' perspective, the company's not adhering to the

10   collective bargaining agreement, isn't that true?

11         **A.**   Captain Kirchner ran on the platform of contract

12   compliance all the way back to his initial election, and it

13   has been his communication for as long as I can remember.

14   So I can't deny what you said, he has talked to me about

15   that.  But where it becomes solvable is in the tangible

16   review and resolution of those differences.

17              There are -- you know, there always will be a

18   difference in opinion.  And when I say that, you know, you

19   start with where the contract is negotiated, start where the

20   contract is negotiated.  And then the language is reviewed

21   and interpreted through the life of that contract.  That's

22   where those disagreements come from, and there's a

23   resolution process provided for in the contract.

24         **Q.**   In fact, you've heard Captain Kirchner tell you

25   repeatedly that even when there appears to be a resolution

1  to a specific item or matter arising under the contract,

2  that same item repeats itself, it continues to be rising

3  again as another example of the company simply not following

4  the contract; in other words, it's not even keeping its word

5  to settle out or to reach an agreement over a particular

6  grievance, isn't that true?

7      **A.**   What I'll agree with is Captain Kirchner is not

8  bashful about reiterating those issues to me.

9      **Q.**   He's not a shrinking violet, is he?

10     **A.**   No, sir.

11     **Q.**   Nor are you?

12     **A.**   No, sir.  But whether I agree or disagree, I'm not

13  one to just make a snap judgment.  We're going to sit there

14  and make sure we understand it.

15     **Q.**   So actually Captain Kirchner has repeatedly

16  disputes in matters that the union considers to be

17  violations of the contract -- the same violations of the

18  contract on multiple occasions, multiple occasions?

19     **A.**   That's a general statement.  I've heard those

20  comments from Captain Kirchner on multiple occasions.

21     **Q.**   And what about Pat Petersen?

22     **A.**   Pat Petersen is also a vocal communicator in

23  regards to his view of what is compliant or not.

24     **Q.**   A member of the Atlas pilots exco?

25     **A.**   Captain Petersen is a member of the exco, yes.

1      **Q.**   And so for instance catering, again, that's an

2  issue that has been raised on multiple occasions whether it

3  be Captain Kirchner, Captain Petersen to you directly?

4      **A.**   Catering is a comment that I've heard before, yes,

5  sir.

6      **Q.**   You hear it regularly, don't you?

7      **A.**   I hear it.

8      **Q.**   Regularly, right?

9      **A.**   I've -- when we get to communicate, I've heard it.

10      **Q.**   Do you communicate regularly with Captain Kirchner

11  and Captain Petersen?

12      **A.**   Regularly with Captain Kirchner, I can assure you

13  that.

14      **Q.**   You said just a minute ago that Captain Kirchner

15  ran on a platform of strict contract compliance.  You knew

16  that when you met with him at Legal Seafoods back in the

17  fall of 2014, you knew what his platform was, didn't you?

18      **A.**   He was very clear to me at that dinner that

19  contract compliance was very important to him.  And just to

20  be clear, that dinner was at my request as I was -- I wanted

21  to understand Captain Kirchner's view on the relationship

22  between us if he were to be elected.

23      **Q.**   Did you meet with the other candidates that were

24  running for --

25      **A.**   That was one other one.  There were three

1  candidates and I met with one of them.

2      **Q.**  Did you ask that candidate what his or her view of

3  the world was too?

4      **A.**  I asked -- it was a relationship question.

5      **Q.**  Sorry Captain, I'll be right back with you.

6      **A.**  It's okay.

7      **Q.**  You had just discussed I think on direct exam with

8  Mr. McGuinness the December 10th, 2014 message from the

9  Atlas exco chairman elect.  I believe that is in the union's

10  exhibit book, it's No. 38.  Do you have the union's exhibit

11  book?  I'm not sure if that's what you have in front of you,

12  Captain.

13      **A.**  I think I have it, I'll let you know shortly.  I

14  do.

15      **Q.**  So you had just discussed this document, this

16  message from the Atlas exco chairman elect with

17  Mr. McGuinness on direct exam?

18      **A.**  Yes, sir.

19      **Q.**  I don't know that I heard you talk about the last

20  paragraph on the first page that starts with:  "Over the

21  past month, many of you have congratulated me."  Do you see

22  that paragraph?

23      **A.**  I do.

24      **Q.**  And do you see the sentence that says:  "Along

25  with that, many of you have asked what can the pilot group

1    do to help us better our lives and our careers?  The answer

2    is simple, follow the CBA and enforce it strictly."

3         Do you see that?

4    **A.**    I do.

5    **Q.**    And it says, "It follows that" -- and of course

6    this is a message from Captain Kirchner?

7    **A.**    From Captain Kirchner, yes, I agree.

8    **Q.**    To his pilots, to his members?

9    **A.**    I don't disagree with that.

10   **Q.**    Okay.  And so he continues:  "I have indicated to

11   management that I expect the company to do the same."

12        That's what he's talking about, he's talking about

13   your meeting at the Legal Seafoods when he indicated to you

14   that he expected management also to strictly comply and

15   enforce the contract?

16   **A.**    I can't really say yes or no, because I wasn't a

17   party to Captain Kirchner writing the letter.

18   **Q.**    That's consistent with what he told you at your

19   dinner?

20   **A.**    I really don't disagree, because we talked about

21   the contract while we were at dinner.

22   **Q.**    He continues:  "We cannot expect a better CBA if

23   we can't live up to and enforce this one."  Do you see that?

24   **A.**    I do.

25   **Q.**    Did you ever call Captain Kirchner and discuss his

1    message from December of 2014 with him?

2         A.    Did I call him, is that the question?

3         Q.    Did you ever speak with him and discuss --

4         A.    I did not engage him on it.

5         Q.    So there was nothing here that really raised your

6    eyebrows or gave you any concern as management and a vice

7    president of Atlas Air in terms of the impact it would have

8    on you and Atlas, correct?

9         A.    Not until we looked back over time at the pattern

10   that's being set.

11        Q.    Well, I heard yesterday from Dr. Lee that in 2015,

12   the company retained Dr. Lee and his colleagues to start

13   monitoring data.

14              When abouts did that happen in 2015?

15        A.    Say that again.

16        Q.    When did Atlas hire Dr. Lee to start monitoring

17   data?

18        A.    I'd have to go back and look at the date, I

19   honestly don't have that on the tip of my tongue.

20        Q.    Were you involved in the decision to hire him and

21   his firm?

22        A.    I was present.

23        Q.    Did you give him this message?  Did you give him

24   Captain Kirchner's December 10th, 2014 message?

25        A.    No, sir.

1      **Q.**    When did you first decide that this is -- when did

2      you go back and review -- did you review this in terms of

3      putting your declaration together?

4      **A.**    Yes, sir.

5      **Q.**    Had you looked at it between that point in time

6      and the time effectively when it came out in 2014?

7      **A.**    I saw it after it came out or when it came out, if

8      that's what you're asking me.

9      **Q.**    Yeah, did you keep harping on it, did you keep

10     going back and reviewing it or did you wait between that

11     period of time from December of 2014 and the time you

12     started putting your declarations together?

13     **A.**    In terms of your question, I didn't harp on

14     anything.  But when you look back over time as I'm sitting

15     here where I'm at today reflecting on how we got here,

16     that's when I started -- I went back as far as I could to

17     see what was the pattern.

18     **Q.**    In his message on December 10th where he talks

19     about what he believes is the answer to a question as to

20     what can the pilot group do to help us better our lives and

21     our careers, and the answer is simple, to follow the CBA and

22     strictly enforce it.

23            You used to be a line pilot yourself before you

24     became management, correct?

25     **A.**    Yes, sir.

1        **Q.**    And you worked under a collective bargaining

2    agreement yourself too, didn't you?

3        **A.**    I did.

4        **Q.**    And if you're sitting on the union side as a line

5    pilot, as a member of a collective bargaining unit covered

6    by a collective bargaining agreement, would you agree --

7    wouldn't you agree that what Captain Kirchner says is that

8    if you follow your CBA and enforce it strictly, that that is

9    something -- if you didn't do that, you couldn't expect to

10   have a better one if you can't live up to the one you have

11   today?

12       **A.**    I'm not sure my viewpoint on that is applicable

13   here, because it was a much different time.  And certainly

14   my life is much different than others.  The path I chose is

15   not the same one that anyone else might have chosen.  I

16   wouldn't have reflected on it the way you just described it

17   is my point.

18       **Q.**    But you don't see anything that's untoward or

19   incorrect or inappropriate in terms of what his advice was,

20   do you?

21       **A.**    Not until you look back over time and establish

22   that there was a pattern being built.  And this is really

23   where the pattern began.

24       **Q.**    And when did you determine that a pattern had been

25   built, Captain?

1     **A.**    As we've gotten into this year and we're starting

2     to see the disruption in the operation, that's where I on

3     the operations side have to take pause and say why and what

4     is the cause, the root cause.  We start to put all these

5     factors together and end up where we're at today which is

6     why we're here.

7          **Q.**    Take a look at Union Exhibit 39, the next one in

8     your booklet there, please.

9          **A.**    Yes, sir.

10         **Q.**    This is an executive council chairman's update

11    from April 21st, 2015, correct?

12         **A.**    April 21st, 2015, correct.

13         **Q.**    Yeah, and it's from Captain Kirchner, right?

14         **A.**    I agree.

15         **Q.**    You've seen this before too when you're in -- part

16    of your responsibilities of monitoring the union's updates?

17         **A.**    I have read it.

18         **Q.**    Did you contact Captain Kirchner after having

19    read -- first, did you read it near at about the time it

20    came out in April of 2015?

21         **A.**    I did.

22         **Q.**    And did you contact Captain Kirchner to discuss

23    the contents of the message?

24         **A.**    I did not.

25         **Q.**    Do you see the first paragraph that says in the --

1  the third sentence:  "Remember, everything we accomplish is

2  directly related to how strictly and conscientiously you

3  enforce the CBA."

4          Do you see that?

5      **A.**   I do.

6      **Q.**   That didn't give you any pause for concern in

7  April of 2015?

8      **A.**   Not in April of 2015.  But upon reflection I

9  focused on the following sentence:  "When you enforce a CBA

10  strongly, it's like having a thousand crew members at the

11  negotiating table."  That's indicative of leverage in

12  bargaining.

13      **Q.**   Leverage as in Section 6 negotiations?

14      **A.**   Leverage at the bargaining table.  Maybe I didn't

15  understand your question.

16      **Q.**   Well, in April of 2015, there was no Section 6

17  notice filed, correct?

18      **A.**   Correct.

19      **Q.**   So you're -- the concept of having a thousand crew

20  members at the negotiating table with us, do you believe

21  that's referring to Section 6 negotiations?

22      **A.**   No.  So to clarify, as I look back and reflected

23  from where I am in operations now or this summer and I'm

24  looking and reviewing those, that jumped off the page at me

25  is the pattern is being set from message to message.

1      **Q.**   You're an experienced collective bargaining

2    negotiator yourself, aren't you?

3      **A.**   I've been at the table many times.

4      **Q.**   You were at the table in 2011, weren't you?

5      **A.**   I was.

6      **Q.**   Well, 2010 and through '11, correct?

7      **A.**   I was.

8      **Q.**   It took at least that long a time to negotiate the

9    current collective agreement, right?

10      **A.**   And I was at my previous employment as well.

11      **Q.**   Do you agree with the concept that when bargaining

12    parties go to the bargaining table, each side needs to

13    figure out where to start from in terms of having a contract

14    that they know what it actually says and does so that

15    there's no ambiguity about what the terms of the contract

16    are?

17      **A.**   Well, that's part of any bargaining process.

18      **Q.**   So if that's part of any bargaining process -- in

19    other words, you've got to have a starting point, right?

20    You have to know what it is your current contract says,

21    right?

22      **A.**   Maybe I'm not understanding your question.

23      **Q.**   Well, you need to know what your starting point --

24    to negotiate a new contract, you need to know what your

25    current is and what it does and what it says, correct?

1      **A.**   I think it's important to know what contract

2  you're working from, yes, sir.  I really can't disagree with

3  your statement.

4      **Q.**   So that if you have a contract that has not been

5  strictly enforced -- in other words, as you've probably

6  heard many a time is a Swiss cheese contract because of so

7  many -- of the lax enforcement or the varying

8  interpretations between the two sides of the contract, it's

9  awfully hard to try to set a starting point, isn't it; to

10  try to actually have an understanding and a meeting of the

11  minds as to what needs to be changed and what you're

12  actually negotiating about for the next contract, right?

13      **A.**   Well, I may disagree with a couple of your phrases

14  or comments on the Swiss cheese contract.  I mean, it took

15  two parties to bargain that contract.  And we agreed to it

16  at the end minus a couple of items that we -- I don't want

17  to digress.  But that contract was largely negotiated at the

18  table and there was an agreement.

19      **Q.**   Right.  And then if one side thinks it hasn't been

20  adhered to, that's not a good place to be for the two

21  parties, right, when they're actually going to -- at some

22  point in the future to have to negotiate to amend that

23  contract, right?

24      **A.**   So if you're saying, you know, did one side not

25  honor the contract, I don't agree with that.

1      **Q.**   You just interpret it differently?

2      **A.**   I may in certain sections have a different

3   interpretation, yeah.

4      **Q.**   Could you go to -- that would be Exhibit No. 40,

5   please, in the union's book.

6      **A.**   Yes, sir.

7      **Q.**   This is a May 29, 2015 Atlas exco chairman's

8   update?

9      **A.**   Yes, sir.

10     **Q.**   Did you read this and review this update in and

11  about the time it was published in May of 2015?

12     **A.**   I'm certain I read it at the time or near the time

13  it came out.

14     **Q.**   If you look at the first paragraph, Captain

15  Kirchner talks about, "The resolve in strictly upholding our

16  contract."  Do you see that?

17     **A.**   I can see that.

18     **Q.**   And it says that, "The resolve will surely be

19  tested."  Do you see that?

20     **A.**   I see where he wrote that.

21     **Q.**   And then you see where he writes that, "If the

22  company runs short of crews" -- "as the company runs short

23  of crews, they will again test the waters and try to

24  circumvent your rights."

25          You saw that when you reviewed it before, didn't

1    you?

2        **A.**    I saw it when he wrote it.

3        **Q.**    But you didn't call him and discuss that with him,

4    did you?

5        **A.**    I didn't call him.

6        **Q.**    So it didn't alarm you -- you didn't disagree with

7    it to the point where you felt you had to contact him and

8    say that's just not true?

9        **A.**    The behavior of the crews in 2015, I saw no change

10   in behavior.  Everybody was at the same level of operation

11   that we had been for the previous years of the contract.  So

12   I really hadn't seen a departure.

13       **Q.**    So then Captain Kirchner continues:  "Remember the

14   CBA is not just a document, it's a statement of our rights.

15   In essence, it's our bill of rights."

16           Do you see that?

17       **A.**    I can see that.

18       **Q.**    And then he continues:  "As weak as this CBA is in

19   sections, we must every day prove to ourselves and to the

20   company that we can uphold it."

21           Do you see that?

22       **A.**    I can see that.

23       **Q.**    So again, that didn't give you any pause to think

24   that Caption Kirchner is accusing the company of not

25   upholding its side of the contract, its side of the bargain?

1     **A.**    I would read that, that Captain Kirchner has

2     complaints about the contract that was written, that's how I

3     read that.  Not that it was not being upheld.  But the

4     language he probably -- my view sitting here is that he

5     disagrees with it.  It's hard for me to put words in his

6     mouth yes.

7     **Q.**    And then it continues from Captain Kirchner, he

8     writes:  "The company is constantly trying to erode these

9     rules for its financial benefit."

10            Do you see that?

11    **A.**    I can.

12    **Q.**    And that sentence -- again, that gave you no pause

13    or reason for you to call Captain Kirchner and say that

14    that's wrong or you disagree?

15    **A.**    I did not call Captain Kirchner.

16    **Q.**    And it continues, Captain Kirchner writes that it,

17    meaning the company:  "Seeks to cover for the inefficiencies

18    of the departments that are supposed to be supporting us."

19            That's a direct accusation against the company's

20    inability to support its workforce, and yet you didn't call

21    Captain Kirchner to say that's wrong or that's just not

22    true?

23    **A.**    I didn't engage Captain Kirchner.

24            **MR. GLEASON:**  This may be a good time for the

25    break, your Honor.

1          **THE COURT:**  Why don't we take a break, return at

2     2:00 o'clock.

3          Captain Carlson, I want to remind you that you're

4     still under examination.  And while you're still under

5     examination, you ought not discuss your testimony with

6     anybody.  Feel free to talk about anything else, but not

7     about your testimony, okay?

8          **THE WITNESS:**  Yes, sir.

9          **THE COURT:**  Okay, thank you.  We'll see everyone

10    at 2:00.

11        (Off the record at 1:06 p.m.)

12        (Back on the record at 2:09 p.m.)

13        **THE COURT:**  Mr. Gleason, you may continue.

14    **BY MR. GLEASON:**

15        **Q.**   Thank you, your Honor.  Captain Carlson, can you

16    turn your attention to -- I'm still in the union's exhibit

17    back AT No. 41.

18        **A.**   The plaintiffs' book?

19        **Q.**   No, I'm sorry, the union's exhibit book, and it's

20    Exhibit No. 41.

21        **A.**   Yes, sir.

22        **Q.**   You're all set, thank you.  Do you recognize this

23    as the chairman's update from Captain Kirchner dated

24    October 15th, 2015?

25        **A.**   I see that.

1     **Q.**   And you've seen that before, you saw that when it

2   was published back on October 15th, is that correct?

3     **A.**   That is correct.

4     **Q.**   Do you see in this document, Captain Kirchner is

5   talking about various meetings with the -- between the exco

6   members and the company?  It's in the third paragraph.  It

7   says:  "After our meetings in August, the exco" --

8     **A.**   Okay, I'm familiar.

9     **Q.**   And it says:  "The exco members who met with the

10  company concluded that the company was not willing to make

11  any improvements for our crew members."

12     Do you see that?

13     **A.**   I do.

14     **Q.**   That wasn't collective bargaining as in formal

15  Section Six negotiations, was it, that they're referencing

16  as to those meetings?

17     **A.**   No.

18     **Q.**   Indeed it was what you would call summer rule

19  meetings?

20     **A.**   That's a true statement.

21     **Q.**   And these were meetings that you conducted or

22  participated in with the Atlas exco to try to improve

23  various items and quality of life matters affecting the

24  pilots as well as the company, correct?

25     **A.**   That's a fair characterization.  I mean, my

1    philosophical position is there has to be a dialogue across

2    the table.  And we look for common ground to find something

3    that we could work on together.

4         **Q.**    And one of those was what's called the express

5    LOA?

6         **A.**    Well, we did not accomplish an express LOA.

7         **Q.**    Understood, but that had been discussed during

8    those summer rule meetings?

9         **A.**    That was brought up as a topic that may be

10   discussed.

11        **Q.**    And the company was unable to conclude those

12   meetings and try to find resolution over an express LOA,

13   correct?

14        **A.**    We did not engage on the express LOA.

15        **Q.**    Meaning the company did not engage?

16        **A.**    Well, the two parties, if one does not

17   participate.  We did not engage.  We said we were not

18   interested at that time.

19        **Q.**    When did you -- in your direct testimony this

20   morning and afternoon, Captain, you had mentioned that you

21   had implemented an express operation.  You'd mentioned I

22   know Amazon, but you also mentioned I believe DHL.

23             When did that happen?

24        **A.**    Years prior, shortly after we concluded the

25   current CBA.

1      Q.    And so you implemented an express operation

2    shortly after implementing the 2011 CBA.  And of course you

3    know that the 2011 CBA has a letter of agreement that

4    provides for a process to implement an express operation,

5    don't you?

6      A.    There was a provision in there to engage in

7    discussions.

8      Q.    And yet you didn't engage in those discussions if

9    I heard you correctly?

10     A.    You heard my correctly.  We agreed to operate

11   under the CBA rules as they stood.

12     Q.    Now, of course you're familiar with the current

13   collective agreement covering the Atlas pilots, right?

14     A.    Yes, sir.

15     Q.    And so you're familiar with section 20D of the

16   collective agreement?

17     A.    Yes, sir.

18     Q.    And 20D is the provision that allows for the

19   company to file management grievances, is that correct?

20     A.    I'd have to look at it, but I'm not --

21     Q.    I think -- I'm sorry, I'm so short these things

22   gets in my way.  If you can take a look at I believe -- the

23   Atlas CBA should be the first exhibit.  But if you could

24   give me one second.

25           Okay, it's in Union Exhibit No. 1, Captain.

1    **A.**    Yes, sir.

2    **Q.**    Do you have that 20D in front of you?

3    **A.**    I do.

4    **Q.**    20D is the provision that provides for -- that

5    gives the company --

6    **A.**    Grievance procedures.

7    **Q.**    And particularly allowing the company to file

8    management grievances, correct?

9    **A.**    Correct.

10    **Q.**    In fact, if I heard you correctly this morning,

11    you mentioned that the company filed a management grievance

12    against the union last year involving a section -- a

13    purported violation of section one of the collective

14    agreement when you were talking about the New York

15    litigation?

16    **A.**    That is correct, we filed a management grievance.

17    **Q.**    I'm sorry, you said what?

18    **A.**    I said that is correct, we filed a management

19    grievance.

20    **Q.**    And that management grievance if I heard you

21    correctly was intended to require and compel the union to

22    negotiate -- to create a new collective bargaining agreement

23    with another collective bargaining agreement.  In other

24    words, take the Atlas collective bargaining agreement along

25    with the Southern Air pilots collective bargaining agreement

1   and engage in a contractual process to create a new

2   contract, is that correct?

3       **A.**   The grievance was to have an arbitrator hear the

4   differences between the company position which is in section

5   1F, and the union's position that that particular citation

6   does not apply.   That's what the grievance was.

7       **Q.**   And the union you said refused to arbitrate or to

8   move forward with that grievance?

9       **A.**   That's correct.

10      **Q.**   And you recall that that was in part because it

11  dealt with the merger provisions of section 1F -- I think

12  you laid it right down to the life spec as to --

13      **A.**   I think it's 1F2B(iii), I might have looked at it.

14      **Q.**   I appreciate that.   You can if you'd like, you

15  have it in front of you.   1F2 -- it's B I think you said as

16  in bravo?

17      **A.**   I think that's correct.

18      **Q.**   And this contract is between the union, right, and

19  the company, correct?   And the company's a defined term,

20  right?

21      **A.**   Say the last question again please.

22      **Q.**   The company is a defined term in this contract,

23  isn't it?   It's defined as Atlas Air, Inc.?

24      **A.**   I'm sure it is, but I'll look.

25      **Q.**   Okay.   It's under section 1A.

1    **A.**   Okay, I agree.

2    **Q.**   Atlas Air, Inc. and Polar Air Cargo Worldwide,

3    Inc., not the holding company Atlas Air Worldwide Holdings,

4    Inc., correct?

5    **A.**   I'm not disputing that.

6    **Q.**   So then if that's the case, you're not disputing

7    the fact that the union refused to move forward with a

8    grievance that was triggered by the holding company and not

9    the company as defined in this collective bargaining

10   agreement, aren't you?

11   **A.**   Well, honestly, my position is not to argue the

12   merits of that case --

13          **THE COURT:**   I'm sorry, let me hear the objection.

14          **MR. McGUINNESS:**   Objection.  This is an attempt to

15   argue the merits of the grievance and to ask the witness to

16   come to a legal conclusion over the grievance and over

17   whether it's the holding company that's permitted -- this is

18   the issue in the New York litigation.  It's not the issue

19   here before you.

20          **MR. GLEASON:**   It's not the issue before the Court.

21   That's a fact, it is an absolute fact.

22          **THE COURT:**   What is the relevance of what's in of

23   front of me here?  I have to say I know we have limited

24   time, but I'm not following you.

25          **MR. GLEASON:**   Well, it's not going to take too

1    much more.  The relevance is that we honor our contract and

2    they don't.

3           THE COURT:  But what is the relevance to the

4    current dispute though?

5           MR. GLEASON:  Well, it's going to tie back into

6    it, because what negotiation are we dealing with here when

7    they talk about -- I believe Mr. McGuinness called it a

8    temporary process or a framework agreement to move forward.

9    There was a 14-month hiatus here where we abruptly stopped

10   negotiating back in March-April of 2016, and then a hiatus

11   until all the way into July.  And when we came back to the

12   bargaining table, it wasn't even the same negotiations.

13          THE COURT:  I guess I'm not sure that's

14   particularly relevant to the present dispute.

15          MR. GLEASON:  It deals with whether there's even a

16   status quo here.

17          THE COURT:  But even putting that aside for a

18   moment whether that is relevant or not, I'm not sure getting

19   into the merits of the party's respective positions in the

20   litigation that's pending in the Southern District of New

21   York is relevant.  I mean, I'm willing to take your point

22   that the union believes that it has a bona fide defense in

23   that action, and that there's bona fide disagreements about

24   that case.  I'm willing to accept that for the purposes of

25   my decision going forward.  I'm not sure whether the

1   witness' views about the merits of that dispute are

2   particularly relevant in this case here or is relevant at

3   all.  So I would suggest we move on off of this.

4   **BY MR. GLEASON:**

5       Q.   Okay, your Honor, thank you.  Let's do just that.

6   Let me get this document out of my way so I don't make a big

7   mess, Captain.

8           So if I understand your testimony, Captain, you

9   would agree that historically Atlas' core business was

10  focused on providing long haul international flights using

11  747 aircraft for a variety of customers and the U.S.

12  military, that's your testimony, correct?

13      A.   That is my testimony.

14      Q.   And the more senior pilots, those who have worked

15  here at Atlas for particularly 15, 20 years period of time,

16  they regularly flew those long haul Atlas flights.  And when

17  they did that, they did that in an environment where when

18  they were trained here at Atlas, they were trained to fly

19  fatigued, weren't they?  There was a culture here at Atlas,

20  there was a culture in the industry to fly fatigued in the

21  freight industry, the air cargo industry, wasn't there?

22      A.   I disagree with that statement.  I grew up in the

23  passenger business --

24      Q.   Yeah, I'm talking cargo.

25      A.   I grew up in the passenger business and have been

1  flying long haul missions for a large portion of my career.

2  Fatigue is a factor, there's no denying that.  But

3  management of that fatigue is part and parcel to what a

4  pilot does.

5       Where we are today from where we were in the old

6  days is the recognition of science of fatigue and that

7  science which is what has gotten us here.  That is why it's

8  important to have a fatigue risk management program.  It's

9  also why it's important to have a fatigue risk -- a

10  functioning fatigue risk management committee to sit there

11  and study these things.  So I see it more as an evolutionary

12  process, but we've been flying long haul for many years.

13       **Q.**   There has been a culture in the air cargo industry

14  involving what colloquially is called freight dog pilots

15  where their mission was to -- their mantra if you will where

16  they were trained to fly tired, just get over it and fly the

17  mission, correct?

18       **A.**   Frankly, I just don't disagree with that.  I

19  understand the word freight dog, I get that.  But the

20  inference that they fly tired or fly fatigued I don't agree

21  with that.

22            **THE COURT:**  I believe --

23            **MR. GLEASON:**  I thought I heard him say, "I don't

24  disagree."

25            **THE COURT:**  I think there was a double negative.

1    You said:  "Frankly, I just don't disagree with that," which

2    is to agree.

3             **THE WITNESS:**  Well, I disagree with that

4    statement.  I recognize the word freight dog, but I don't

5    agree with the inference that people go out there and that

6    the culture forced them to fly tired.

7    **BY MR. GLEASON:**

8        **Q.**    You don't believe that even existed among the

9    pilots, that that was kind of a sign of honor or badge of

10   honor that I'm just going to fly the mission no matter what?

11       **A.**    I believe that pilots inherently are mission

12   oriented individuals.

13       **Q.**    We've talked a lot about the demographic change at

14   the Atlas operations with respect to the pilots.  Do you

15   disagree that since January 1, 2015, approximately one half

16   of the pilot workforce has been hired on and after that

17   date?

18       **A.**    Well, I've heard you mention that number, and I

19   frankly don't have that specific data in front of me.  But I

20   recognize the newness of the workforce, because I recognize

21   the number of people that we hired.  So as a definitive

22   statement, 50 percent is the number, I really don't know

23   that.  I don't have that data available.  But we have been

24   growing since 2010, so there's been hiring that's gone on

25   for several years.

1      **Q.**   Would it help you if you had taken a look at the

2  September 2017 seniority list which I think it may be

3  attached to Union Exhibit 35 which is Captain Wells' -- I

4  believe that's Captain Wells' declaration.  And if you go to

5  the end of his signed declaration --

6      **A.**   Oops, sorry.  35?

7      **Q.**   35.

8      **A.**   Yes, sir, go ahead.

9      **Q.**   Do you see the seniority list attached at the end

10  of his signed declaration?

11      **A.**   I do not have that list.

12      **MR. GLEASON:**  Can I approach the witness, please?

13      **THE COURT:**  You may.

14  **BY MR. GLEASON:**

15      **Q.**   Thank you, your Honor.  I'm looking at Union

16  Exhibit No. 35 which is Dan -- I must confess, that does not

17  have it attached.  It's supposed to be attached as -- no

18  wonder why it doesn't have it.

19      **MS. ACKERMAN:**  I can tell you if it helps.  That's

20  a copy of our binder, so it --

21      **MR. GLEASON:**  Oh, I see what happened.  Your

22  Honor, I apologize for this.  This thing was -- I believe it

23  was the one that didn't get accepted when we uploaded the

24  PDFs, because for whatever reason there was some glitch with

25  the ECF.

1       **THE COURT:**  If you can go back to the mic so the

2   court reporter can hear you.  So I have in front of me

3   docket number 32-1 at 19 which looks to me like a

4   September 30, 2017 seniority list.  Is that what you're

5   looking for?

6       **MR. GLEASON:**  Yeah, except it was -- I had it as

7   attached to the Wells declaration 35.  So that's probably

8   the problem.  Maybe if I could have --

9       **THE COURT:**  It is attached to the Wells

10  declaration, but the Wells declaration is under tab 36 but

11  is labeled as Exhibit 35.

12      **MR. GLEASON:**  Maybe if he just backs up.

13      **THE COURT:**  I think it may be that the tab is

14  wrong.

15  **BY MR. GLEASON:**

16      **Q.**   Yeah, I think so.  I apologize, your Honor.  I'm

17  sorry for the confusion too, Captain.

18      **A.**   I have it.  Let me scan it first.  Okay, yes, sir.

19      **Q.**   So if you flip to the end of the seniority list,

20  it shows 1572 -- it goes from --

21      **A.**   I agree with that.

22      **Q.**   You can agree that there's 1572 --

23      **A.**   I agree that the end of this list is 1572.

24      **Q.**   Pilots?

25      **A.**   Pilots.

1    **Q.**    So if you flip to -- and this is -- the seniority

2    list is based on seniority date of hire, right, if you look

3    on the one to the fourth column from the left of each page?

4    **A.**    Yes, sir.

5    **Q.**    And so if you were to flip back to what is page 12

6    of 23 of that document.

7    **A.**    Yes, sir.

8    **Q.**    So if you see seniority number 796?

9    **A.**    On 1/5 of '15.

10   **Q.**    Everyone from 796 all the way to 1592, they've

11   been hired on or after basically January 1st, 2015, correct?

12   **A.**    I agree.

13   **Q.**    Okay, thanks.  So where do you -- where does Atlas

14   get its -- where's all these pilots come from, where have

15   they been getting hired from?

16   **A.**    So in approximately late 2013, certainly since

17   2014 coming forward, the bulk -- and when I say the bulk,

18   it's not 100 percent.  But a large portion come from the

19   ranks of the regional pilots.

20   **Q.**    Passenger carriers?

21   **A.**    Yes, sir.

22   **Q.**    And the regionals are subject to FAR part 117,

23   correct?

24   **A.**    That's correct.

25   **Q.**    And the regionals have a very -- would you say in

1    your experience that they have very robust fatigue risk

2    management programs in place?

3         A.    I have no insight into how these individual

4    carriers have for fatigue risk management programs.

5         Q.    Well, you served on what I believe you called the

6    ARC?

7         A.    Yes, the rulemaking committee.

8         Q.    Dealing with part 117.  Of course that was

9    precipitated in large measure by the Colgan crash, right?

10        A.    That's why the FAA commissioned us as they did.

11        Q.    And indeed, fatigue has been a significant issue

12   throughout the industry, but particularly because of the

13   Colgan circumstances it was particularly important with the

14   regionals and the commuter airlines, correct?

15        A.    Fatigue is important in all those factors for

16   everyone.  So if it's just a regional question, I disagree

17   with that because it really affects everyone.

18        Q.    Well, again you served also -- you helped to lobby

19   to ensure for the all cargo carve out from those rules for

20   Atlas?

21        A.    Correct.

22        Q.    So it's important for passengers but not as

23   important for all cargo?

24        A.    So again, you know, debating the merits of the

25   cargo carve out, we can take -- we certainly can engage in

1    that.  But there are a number of reasons that cargo -- that

2    were proven through the process and challenged a couple

3    times in the process, and have stood up over time in front

4    of the Department of Transportation to that scrutiny.  So we

5    certainly can take that on, but the merits of why cargo

6    has -- operates under FAR 121 and passengers operate under

7    117, I'm not sure where I'm going.

8        Q.    It's okay, Captain.  Would you agree with me that

9    the pilots that Atlas has hired from the regional and

10   commuter airlines, particularly starting on the seniority

11   list in January of '15 forward, that those pilots coming

12   from that segment of the airline industry are much more

13   accustomed to working within the confines of a fatigue risk

14   management plan and using fatigue risk management science?

15       A.    Okay, now I understand your question.  When the

16   rules came out, we were all issued the requirement -- all

17   carriers were issued a requirement to develop a fatigue risk

18   management program.  That's not just regionals, that's

19   everybody.  And then submit their proposal to their plans to

20   the FAA for review which we all did.  And then as a result

21   of that review, the FAA FAS-200 would authorize the issuance

22   of the applicable ops spec -- which the number escapes me

23   right, now for the carrier.  That was a requirement.

24            As part of that, the fatigue risk management plan

25   has some requirements.  But all carriers -- not just

1    regional carriers, had that requirement.  And there's -- you

2    know, FAR 117 are absolutely focused on passenger operation;

3    that is, passenger operations operate under 117.  But it is

4    the rules of how you -- the flight time and duty times and

5    rest requirements for the pilots that operate 117.  We have

6    the same rules at Atlas, absolutely have the same rules.

7         Q.    Yeah, but my question is would you not -- do you

8    not agree with me that the pilots hired from the regional

9    and the commuter airline segment of the industry since 2015

10   have been -- are much more accustomed already by the time

11   they come here to Atlas, accustomed to working within the

12   science based regime of fatigue and the use of that regime

13   to file fatigue reports?

14        A.    I'm not trying to be evasive, but here's what I

15   agree:  They are accustomed to operating under FAR 117.  The

16   fatigue risk management program is a component of every

17   airline's operation specifications.  So we've been operating

18   in a mixed environment since 2014 because of our passenger

19   operations.

20        Q.    Mixed operation meaning --

21        A.    121 and 117.

22        THE COURT:  I'm sorry, was that because 117 was

23   effective starting in 2014?

24        THE WITNESS:  In 2014.  We started in January --

25   the first week of January, January 4th rings in my mind.

1          **THE COURT:**  I think we saw a public indicating

2    that January 4th, 2014 was the effective date.

3          **THE WITNESS:**  Correct.

4          **MR. GLEASON:**  I'm sorry, I think I mentioned

5    January 1 yesterday.

6          **THE COURT:**  That's fine, but thank you though.

7          **THE WITNESS:**  I think that's just the way the week

8    fell is why.

9          **THE COURT:**  So as of January 4th, 2014, you were

10   required to operate under 117, correct?

11         **THE WITNESS:**  The passenger area of our airline

12   was required to operate under 117 rules.

13         **THE COURT:**  Right.  And when was it that you

14   actually put your own procedures to do so in place?

15         **THE WITNESS:**  So that preceded that date.  There

16   was a year or a year plus worth of work.  And when I say

17   work, it's programming into Ames to be able to operate in a

18   mixed environment.  So it was a process -- well, it

19   culminated with a couple of inspections frankly.  Because

20   there were only -- I'm sure I heard the testimony somewheres

21   that there were only two carriers that chose to operate

22   mixed, and we were one of them.

23              So the FAA came in and audited our Ames, our crew

24   management system, to ensure that the proper rest rules and

25   duty rules as outlined in FAR 117 were complied with in a

1   fixed environment.  So they came in locally -- that means

2   the local office that had oversight, your Honor, as well as

3   Washington came in and audited our process to ensure

4   compliance.

5           THE COURT:  Did they find any violations?

6           THE WITNESS:  They did not find violations.

7   There's a couple more inspections -- frankly they're ongoing

8   inspections, but there are a couple more inspections that

9   we've gone through.  There have been a couple more FAA

10  audits outside of just ones to come in and audit the crew

11  management system.  And then annually we are scrutinized by

12  the DoD or IOSA which come in and do a validity check.

13          THE COURT:  When was it that you actually started

14  operating under the current procedures that you have?

15          THE WITNESS:  January 4th, 2014.

16          THE COURT:  Okay, thank you.

17  BY MR. GLEASON:

18      Q.   I'm not certain whether the Court -- whether the

19  record is clear on this.  What do you mean when you say

20  mixed operations?

21          THE COURT:  I understand.  I mean, he can answer

22  the question, but I think I understand.

23  BY MR. GLEASON:

24      Q.   Please do, please explain what you mean by mixed

25  operations.

1      **A.**    So at Atlas, an Atlas pilot could start his

2      flying, operate under 121 today, and then tomorrow -- not

3      literally, but in the next segment could be flying

4      passengers controlled or regulated under FAR 117.

5      **Q.**    Okay, thank you.  In developing the fatigue risk

6      management program here at Atlas, that required changing --

7      in your view, that required changing attitudes of the older

8      or the senior pilots here who did not ever work under a

9      regime like that prior, correct?

10     **A.**    So --

11     **Q.**    A science based regime?

12     **A.**    So what it requires is education.  Education has

13     multiple prongs or facets to it.  One is familiarization,

14     making sure you understand fatigue and what fatigue is.  And

15     second, how do you manage it and the mitigation factors in

16     fatigue.  Because pilots will continue to fly, and how you

17     mitigate fatigue is part of that training.

18     **Q.**    So that education and training, Captain, in the

19     development of this program, that was focused towards and

20     educating if you will the incumbent pilot workforce, the

21     pilot workforce at Atlas that been on property for years

22     prior to the implementation of the fatigue risk management

23     plan, correct?

24     **A.**    You have to start with your baseline, and those

25     are the people you have.  It's an ongoing or a recurring

1    program.  So people that are new that come onto to the

2    property continue to get that training, nobody's exempted.

3        Q.   So the new people that are coming on the property

4    have already had that experience if they came from a

5    passenger operation, correct?

6        A.   They have familiarity with FAR 117, I concur with

7    that.

8        Q.   The new pilots that came here again from a

9    commuter and regional operation, very few of them had the

10   experience flying international all cargo mixed operation

11   flying that Atlas does, correct?

12       A.   Regional pilots don't have the long haul

13   international flying in a general sense, I agree with that.

14       Q.   So they had to learn to adjust their own selves to

15   the rigors of flying and the challenges of flying at Atlas

16   because of its operations, correct?

17       A.   As part of the education process, that is

18   certainly something that one would adapt to.  Go ahead, sir.

19       Q.   So the answer was yes?

20       A.   Well, the answer is, you know, they have to

21   familiarize themselves.  How they adapt is an individual

22   issue.  I'm a pilot, so I'm not of the expertise to say

23   which ones need familiarization and which ones don't.  But

24   the training is required, you have to have that training as

25   a baseline.

1    **Q.**   Okay, thank you.  Practical experience, the pilots

2    you've been hiring and are on the seniority list since

3    January of 2015 coming from a regional and a commuter

4    segment of the industry, there are very few of them that

5    have the experience flying international all cargo/mixed

6    operations as Atlas does, correct?

7        **A.**   They had little experience in that environment.

8        **THE COURT:**  Mr. Gleason, does the part 117 have a

9    different application or part 121 a different application

10   for international flights than domestic flights?

11       **MR. GLEASON:**  No, the difference is 117 is all

12   passenger.

13       **THE COURT:**  I understand that.

14       **MR. GLEASON:**  So these pilots that are being hired

15   since say '15 are coming from airlines that have one

16   regulation, part 117, with the requirement under 117 for the

17   fatigue risk management program, a robust program.  You come

18   here to Atlas, and now you're -- depending on what day of

19   your schedule you're flying, you'll either be regulated by

20   part 117 if you're flying a passenger operation that flight.

21   The next day or the next two days after that you might be

22   flying under 121, the old rules.  There are different rules,

23   different fatigue rules, different rest rules.

24        That's in addition to the fact that because of

25   that you're also again circling -- commuter airlines, pilots

1    and regionals by definition aren't lapping the globe when

2    they're flying their schedules.  When you lap the globe,

3    there's an extra component.  You have to manage -- as

4    Captain Carlson is saying, you have to manage how do you

5    adjust yourself and manage to that operation so that your

6    body is going to be rested so that you won't be fatigued.

7        **THE COURT:**  Okay.  Do you have a benchmark for

8    your exhibit on the seniority?  Because this shows me that

9    as of September 30th, 2017, that half of Atlas' pilots

10   were new hires within the past it looks like two and a half

11   years.

12       The question I have is if we went back six months

13   or a year earlier, we get a similar chart and would only

14   40 percent at that point in time have been new hires; and if

15   we went back another six months or a year would it have only

16   been 30 percent?  Or has it always been at least since 2011

17   or 2012, has it been fairly constant that it's been this

18   many new hires because the company's been growing?

19       Do you follow my question?

20       **MR. GLEASON:**  I think so.  I may have to defer the

21   answer completely to this, but you can back your way up the

22   list and see how many people were on the list six months

23   prior.  But you have to then still look and see how many

24   people came off the list from attrition as well.  So you

25   would require looking at a different -- I believe a

1   combination of things.  You'd have to look at this, but then

2   you'd have to check against the prior seniority list.

3           THE COURT:  Right.  So if you look at Exhibit 1,

4   it's Wells Exhibit 1.  I think you pointed this out.

5   Starting at 796 on the list, if you go from 796 to the end

6   of the list, they've been hired -- all those pilots have

7   been hired within two years and nine months previously,

8   right?

9           MR. GLEASON:  Yes.

10          THE COURT:  So they go to 796 on the list here --

11  is it 796, do I have that right?

12          MR. GLEASON:  It's 796, your Honor.  It's William

13  Paul -- actually, I can't pronounce his name.

14          THE COURT:  If we look at 796, so two and a half

15  years -- or two years and nine months before that, before

16  January 1, 2015 would be -- it would take you sometime in

17  2012, right.  I'm trying to do the math my head here.  We

18  need to get an economist back on the stand to help me.  But

19  it would be 2012, and then I guess nine months -- I'm doing

20  this wrong.  It would be nine months back from the beginning

21  of the year, so June or so.

22          So the end of April -- let's assume for the

23  present purposes April 2012.  So if you go back then to

24  April 2012, that takes you back I guess to 628 on the list

25  if I have that right.

1        **MR. GLEASON:**  Yeah, I started at 636, but I

2  understand where you're at.

3        **THE COURT:**  So it does look like at least for the

4  period of time during an equal segment before the one that

5  you've been looking at there were fewer -- it's hard for me

6  to know how many new hires there were as a percent of the

7  overall company, because the company's growing as well.

8  That's a little hard to know.

9        **MR. GLEASON:**  And it also has another problem, it

10  won't show how many people are hired and then left before

11  they hit the line because they left in training.

12        **THE COURT:**  Right, okay.

13  **BY MR. GLEASON:**

14     **Q.**   So just to try to finish that point.  You know

15  Chris Lang, correct?

16     **A.**   I do.

17     **Q.**   And he's an instructor at the training facility,

18  correct?

19     **A.**   Yes, he is.

20     **Q.**   And he teaches human factors classes?

21     **A.**   Human factors, correct.

22     **Q.**   Where does Chris Lang fall in this, how long has

23  he been working at Atlas?

24     **A.**   That I wouldn't have on my mind here.

25     **Q.**   Relative new hire?

1    **A.**   Yes, relative new hire.

2    **Q.**   Came from where, Express Jet?

3    **A.**   That I couldn't tell you without looking.

4    **Q.**   Did you know if he came from a commuter or a

5    regional airline?

6    **A.**   I wouldn't know without looking.

7    **Q.**   He teaches the fatigue risk management aspects of

8    at the human factors class at the training facility?

9    **A.**   Yes, we want them to teach the fatigue portion of

10   it, yeah, absolutely.

11   **Q.**   You are familiar with the fatigue risk management

12   plan itself here at Atlas, correct?

13   **A.**   Yes, sir.

14   **Q.**   Do you have the defendants' exhibit book in front

15   of you, Captain?  And if you could please have that in front

16   of you.

17   **A.**   I do.

18   **Q.**   I hope I didn't mess this one up with the tabs.  I

19   believe it's under the McCabe union exhibit or tab 4.  It

20   should be -- it's about two-thirds -- well, a good halfway

21   through where you'll find -- it will say page -- well, it

22   will say at the very top left McCabe Exhibit No. 2?

23          **THE COURT:**  Can you give me the docket?

24          **MR. GLEASON:**  The docket -- I'm sorry, your

25   Honor -- is 31-4.

1          **THE COURT:**  At?

2          **MR. GLEASON:**  And then it says page 60 of 10.

3          **THE WITNESS:**  I'm sorry, just direct me to where

4     I'm going.

5          **MR. GLEASON:**  Tab -- may I approach?

6          **THE COURT:**  You may.

7     **BY MR. GLEASON:**

8          **Q.**   Thank you.  So we're both on the same page,

9     correct?

10         **A.**   We are.  Mine says fatigue risk management plan.

11         **Q.**   Okay.  You're familiar with this document?

12         **A.**   I am.

13         **Q.**   This is the Atlas Air fatigue risk management

14    plan, revision five?

15         **A.**   Revision five.

16         **Q.**   And it's revised as of 13 September, 2016?

17         **A.**   13 September, 2016.

18         **Q.**   If you go to the very top of the right hand

19    corner, it says page 67 of 10.  I don't have the best

20    references for you.

21         **A.**   I have that page.

22         **Q.**   It says revision highlights, do you see that?

23         **A.**   I do.

24         **Q.**   And these are the highlights that are being --

25    these are the changes that are now incorporated into this

1  version five dated from 13 September, 2016, is that correct?

2      **A.**   Yes.

3      **Q.**   Okay, thank you.  And then could you now take a

4  look at the bottom -- start again at the bottom right hand

5  corner of the pages -- or you know what, go to the top and

6  it will say page 72 of 10, you'll see that.

7          **THE COURT:**  Just for the record, I think it is 72

8  of 103 and the 3's been cut off.  Otherwise it would be a

9  little bit mind boggling to be 72 of 10.

10  **BY MR. GLEASON:**

11     **Q.**   Oh, is that what it is.  I was confused myself.

12  Do you have it, Captain?  It's the one that says commitment

13  statement?

14     **A.**   I do.

15     **Q.**   I do notice in the left corner in the bottom that

16  this commitment statement, the way I understand this is it

17  was adopted on 23 August, 2013, correct?

18     **A.**   Yes, sir.  It has not been revised since then.

19     **Q.**   So that policy, that company safety commitment has

20  been around since 23 of August, 2013?

21     **A.**   And before, yes, sir.

22     **Q.**   So on this one I don't see any revisions, but

23  let's just stick to this page of the commitment statement.

24     **A.**   Yes, sir.

25     **Q.**   And this is where Atlas asks each employee:

1       "Accept the responsibility to communicate any information

2   that may affect the integrity of safety," correct?

3       **A.**   That is correct.

4       **Q.**   It says:  "Atlas is committed to managing and

5   mitigating all aspects of crew fatigue," correct?

6       **A.**   Were you quoting from the document?

7       **Q.**   Next page 1.2.2, first sentence.

8       **A.**   Yes.

9       **Q.**   Stick on that page 1.2.2, the next paragraph --

10      **A.**   Yes, sir.

11      **Q.**   -- says:  "From the highest level, the Atlas

12  management team ensures its employees receive all necessary

13  tools to complete mission safely and efficiently," correct?

14      **A.**   That's what it says, yes, sir.

15      **Q.**   And this is -- on the bottom it says:  "The Atlas

16  director of operations is accountable for the flight Atlas

17  crew fatigue risk management plan," correct?

18      **A.**   That is correct.

19      **Q.**   And then at the very last paragraph it says:  "The

20  Atlas flight operations is committed to establishing and

21  promoting an open safety reporting process that allows all

22  crew members to report any condition, action or process

23  which adversely affects flight crew fatigue."

24          Do you see that?

25      **A.**   I do.

1          **THE COURT:**  Can I ask, on that page you were just

2    on, that one is actually dated at the bottom September 13,

3    2016.

4          **MR. GLEASON:**  That's what says, yes.

5          **THE COURT:**  So my question is whether the changes

6    that were presumably made from -- well, I don't know when

7    the earlier version was adopted.  But the changes are the

8    ones that are highlighted in the left margin, is that right?

9          **MR. GLEASON:**  Yeah --

10         **THE WITNESS:**  There's change bars on the left

11   which indicate the revision, yes, sir.

12         **MR. GLEASON:**  I'm sorry, I was going to answer

13   your question instead of the witness.

14         **THE COURT:**  As long as I get the information.

15         **MR. GLEASON:**  Sorry about that.

16         **THE WITNESS:**  I'm sorry.

17         **THE COURT:**  No, but thank you both.

18   **BY MR. GLEASON:**

19       **Q.**   And if your Honor's ready and, Captain, if you're

20   ready, could you turn to 1.4.1 which would be also

21   referenced as page 78 of 103.  It's captioned Organization's

22   Fatigue Call Policy.

23       **A.**   I'm on that page.

24       **Q.**   And that's where it says:  "No crew member should

25   operate a flight if at any time a safe outcome of the flight

1   is in question due to fatigue"?

2       **A.**   Yes, sir, I see it.

3       **Q.**   There's change there, but that's been your policy

4   since you adopted the plan, is that correct?

5       **A.**   That is correct.

6       **Q.**   If you look at the top right corner, page 96 of

7   103.  It is the page that is captioned Education and

8   Awareness Training Program.

9       **A.**   Can you send me again the location?

10      **Q.**   Sure.  If you look at the top right corner of the

11  page, it would say page 96 of 103.  If you look at the

12  bottom corner, it will say 1.9.1.

13      **A.**   Just so we're on the same page, I'm on page -- oh,

14  I see something's missing.  Okay, I'm on page 96.

15      **Q.**   Yes, that's correct, and it's captioned Education

16  and Awareness Training Program?

17      **A.**   Yes, sir, I'm there.

18      **Q.**   And so Atlas of course has an education and

19  training program in place, correct?

20      **A.**   Yes, sir.

21      **Q.**   And for instance, the human factors class is one

22  of the ways that it teaches its pilots about the fatigue

23  risk management program here at Atlas, correct?

24      **A.**   Correct.

25      **Q.**   Now, you take that training as well, correct?

1       **A.**   I do.

2       **Q.**   You have to go through the current training

3   because you maintain your own license, correct?

4       **A.**   Correct.

5       **Q.**   It's called an ATP license.  You're a commercial

6   pilot, and you have to go through recurrent training just

7   like any line pilot, correct?

8       **A.**   Exactly the same process.

9       **Q.**   You went through recurrent training back in

10  February of this year, didn't you?

11      **A.**   Yes, I did.  That's my due month, yes, sir.

12      **Q.**   And that was with Captain Lang or Chris Lang

13  taught that case?

14      **A.**   Captain Lang taught that case.

15      **Q.**   And at the conclusion or shortly after the

16  conclusion, you met with Chris Lang and discussed with him

17  the fatigue risk management components of that class, didn't

18  you?

19      **A.**   We did.

20      **Q.**   And you told him that it was important that the

21  company improve and enhance the fatigue risk management

22  components of that class, didn't you?

23      **A.**   The content of the class, yes, I felt that it

24  needed some improvement.  Specifically, I said we need to

25  focus on mitigation steps.  That's part of the training that

1    any pilot should have to manage themselves when they're

2    facing fatigue.

3        Q.   Chris Lang, he's a pretty good instructor, isn't

4    he?

5        A.   I have no complaints.

6        Q.   Did you want the class to -- and the course to

7    emphasize -- put a greater emphasis on the importance of

8    Atlas' fatigue risk program?

9        A.   The importance of that is never minimized.

10       Q.   You know Chris Agnini, right?

11       A.   I know Chris Agnini.

12       Q.   Director of operations for Atlas?

13       A.   He is.

14       Q.   He's an executive or holds a managerial position

15   at Atlas?

16       A.   As the part 119 holder, yes, sir.

17       Q.   Part 119 is actually the -- that's the operating

18   certificate that lets you all --

19       A.   Well, that's the regulatory reference that governs

20   the director of ops.

21       Q.   In February you directed Mr. Agnini to meet with

22   Captain Lang to develop that enhanced curriculum for the

23   course, correct?

24       A.   To improve it.

25       Q.   And that happened in February as well when you

1   were still down in Miami?

2      **A.**   Oh, that I don't recall.

3      **Q.**   But not long after you --

4      **A.**   Not long after.

5      **Q.**   And so that improved enhanced fatigue risk

6   management portion of the human factors class was indeed

7   adopted and implemented afterwards, correct?

8      **A.**   So what I know is Captain Agnini visited with

9   Captain Lang and continued to improve the program.  Frankly,

10  my audit will be my recurrent training which is coming up.

11     **Q.**   All pilots go through recurrent training, right?

12     **A.**   Yes, sir.

13     **Q.**   So by this time, about what percentage of your

14  pilots will have gone through recurrent training since

15  February?  About half, right?

16     **A.**   Well, yeah.

17     **Q.**   Easily.  But they're all going to get there and

18  they're all going to go through the training?

19     **A.**   They're all going to go through the training.

20     **Q.**   Okay.  Well, did you or any other managers or

21  executives at Atlas ever discuss the enhancement and the

22  improvement of the fatigue flight risk management program

23  with Dr. Lee or his colleagues?

24     **A.**   I did not discuss FRMP, the fatigue risk

25  management program, with Dr. Lee.  I can't answer the second

1   part of your question if anybody else did.

2       **Q.**   The reason I was asking that part of the question

3   is because I believe I heard you say that you were part of

4   the team that hired and retained Dr. -- I called him Mr.,

5   I'm sorry to him for that, to hire Dr. Lee and his

6   colleagues?

7       **A.**   I was there, yes, sir.

8       **Q.**   And who else was there from Atlas?

9       **A.**   Honestly, I don't recall all that were there, but

10  there were a number of us.

11      **Q.**   John Dietrich?

12      **A.**   I clearly recall that.

13      **Q.**   Who is John Dietrich?

14      **A.**   Executive vice president and chief operating

15  officer.

16      **Q.**   Of Atlas?

17      **A.**   Of Atlas.

18      **Q.**   Do you remember when we were talking about those

19  different chairman reports from Captain Kirchner in '15?

20      **A.**   Yes, sir.

21      **Q.**   So we saw one for instance back in I believe it

22  was -- well, I have to go back, but it was -- there was one

23  in April of 2015, the chairman's messages.  Does any of that

24  help refresh your recollection --

25      **A.**   I believe we reviewed that, yes, sir.

1    **Q.**   Does any of that help refresh your recollection as

2    to when you retained -- you meaning Atlas of course,

3    Captain, when you all actually retained Dr. Lee and his

4    colleagues in 2015?

5    **A.**   I'm sure I could easily find out when we retained

6    him, but I just don't have that date on the top of my mind.

7    **Q.**   I'm going to turn your attention to the

8    declaration in just a second when I get that back up on the

9    podium here.  If I have this correct, Captain, it's

10   Plaintiffs' Exhibit 122.

11   **A.**   Yes, sir.

12   **Q.**   Okay.  Could you please turn your attention to

13   your paragraph number 16 of that declaration.  It's on page

14   seven.  Tell me when you get there.

15   **A.**   I am there.

16   **Q.**   Thank you.  This is where you say that:  "Since

17   February 2016, coinciding with the union's Section 6 notices

18   to Atlas and Southern, and soon after the announcement of

19   the Southern acquisition, Atlas pilots began engaging in

20   concerted slowdown activities."

21        Do you see that?

22   **A.**   I do.

23   **Q.**   Then you list the six items that you have

24   characterized as a slowdown in this case, correct?

25   **A.**   Yes, sir.

1      **Q.**    Do you see at the bottom of that paragraph where

2  you state:  "The union designed these concerted activities

3  to cause maximum disruption to Atlas' operation and thereby

4  exert pressure on Atlas to capitulate in collective

5  bargaining."

6              Do you see that?

7      **A.**    I do see that.

8      **Q.**    And that's indeed your testimony, you stand by

9  that testimony?

10     **A.**    I stand by my testimony.

11     **Q.**    Now turn please to page eight of your declaration,

12  paragraph 18.  So your testimony is that:  "The number and

13  circumstances of short notice sick calls in recent months

14  and the adverse impact they have imposed on the operation

15  are clearly traceable to a change in the status quo behavior

16  that is strategically designed to cause maximum disruption."

17             Do you see that?

18     **A.**    I do.

19     **Q.**    And then you see right after that it says:  "By

20  way of example"?

21     **A.**    Yes, sir.

22     **Q.**    And then these bullets.  Now, today I understood

23  if I heard you correctly that these are -- you're telling me

24  that these examples have nothing to do with supporting your

25  claim in your testimony that these are changes in status quo

1    behavior that are strategically designed to cause maximum

2    disruption to Atlas' operations?

3        A.   So we -- or I have certainly observed and endured

4    a number of disruptions to the operation.  In doing that, I

5    have to step back and see what is causing it.  One of the

6    factors in this paragraph is short notice sick calls.  And

7    like in my testimony, I'm not going to pass judgment on

8    whether someone's sick or not, that is not it.  But I am

9    declaring that in the past I've seen one, two, three days of

10   notice, and not so much -- it's never absolute, but not so

11   much same day sick calls.  We have seen and I asked Dr. Lee

12   to look at the data to see if my sense was validated.  I see

13   a definite change in that behavior.

14       Q.   Well, I guess I'm trying to figure out how come it

15   is you put these examples in your declaration and not other

16   ones.

17            What was so significant about these items --

18   starting in paragraph 18, what was so significant about

19   these?

20       A.   So we sat down as a team to look at examples.  It

21   is not an all inclusive list, and frankly it was never

22   intended to be an all inclusive list.  But it is intended to

23   be examples of the activity, the aggregate change and the

24   timing of it.  And the timing is in my view consistent with

25   a number of messages coming from the union, specifically

1    ATAM messages or chairman's messages, that promote this kind

2    of action.  And in response we have seen -- or my

3    observation is more short term sick calls than I've ever

4    experienced.

5        Q.   Turn to page 11 of your declaration.

6        A.   I am there.

7        Q.   Are you there?

8        A.   Yes, sir.

9        Q.   Take a look at paragraph 23 of your declaration.

10       A.   Yes, sir, I'm there.

11       Q.   And in this you're saying:  "The pilots are now

12   using their right to call in fatigued as a weapon in the

13   union's campaign against Atlas."

14            Do you see that?

15       A.   I do.

16       Q.   And then in the next paragraph you say:  "The

17   number and circumstances of fatigue calls, particularly

18   those after lengthy rest periods in recent months, are

19   contrary to the status quo and they represent a calculated

20   campaign to cause long delays and maximum harm."

21            Do you see that?

22       A.   I do.

23       Q.   You cite by way of example a series of examples,

24   approximately 14 of those, right?

25       A.   I do.

1     **Q.**   And again, what was so significant about these?

2     These are examples -- I would assume that you're trying

3     to -- and I believe you just told me, these are examples to

4     support your allegation of improper use of fatigue calls --

5     **A.**   So --

6     **Q.**   -- dishonest use of fatigue calls?

7     **A.**   Again, I can't pass judgment on whether the pilot

8     was fatigued or not.  That is the pilot's right and his

9     responsibility, it just is.  Only that pilot can do that

10    self-evaluation.  But what it does show me is when I look

11    across the list, that I looked for issues like preceding

12    rest, was there adequate rest.

13          We have been operating with this fatigue program

14    for several years, and I could tell you that through the

15    help of the fatigue risk management committee, we know that

16    successive short rests might lead to a fatigued call.  Or a

17    pattern on the backside of the clock with short legs that

18    don't allow the crew member time to rest on one of the legs

19    would lead to a fatigue call.  I understand that.

20          But when I see -- operationally when I see a

21    rest -- or a fatigue call rather with several hours -- you

22    know, 20 hours of rest or some factor in that regard.  In

23    some cases, I've seen 56 hours of rest and I'd take a

24    fatigue call.  It calls into question the situation or the

25    circumstance.  Again, I'm not going to pass judgment because

1    I wasn't there, and I'm not going to walk in their shoes.

2    But it is different than the fatigue calls that I've seen in

3    the past.  And they're coming more frequently.

4           The frequency is one of the issues that concerns

5    me.  Again, I'm not the math major, I turned to Dr. Lee.

6    And through his analysis, it showed, proved that there

7    were -- that there was a sharp increase in the fatigue calls

8    since the February -- or the 2016 timeframe.

9        Q.   What did you do to -- I need to understand what

10   did you do to gather and obtain these specific examples that

11   are contained in your declaration?  What process did you

12   engage in?

13       A.   So I sat down with the team --

14       Q.   What team?

15       A.   The management team in flight operations, and I

16   wanted examples of fatigue calls with rest that -- what we

17   would consider adequate rest.  So a 20 hour rest or a 30

18   hour rest would certainly be something that I would look at.

19       Q.   What about --

20       A.   The timing --

21       Q.   I'm sorry, I interrupted you again and I apologize

22   for that.

23       A.   The timing of the fatigue call is important to me

24   as well.  If there is a fatigue call with a rest

25   opportunity, yet there's a fatigue call and it happens in a

1  critical time -- and critical time might mean a transition

2  where I'm stretched with crew members, that concerns me.

3  Those kinds of examples are what we were assembling.

4      Q.   What about with respect to the sick calls?

5      A.   So the sick calls -- in terms of which ones did we

6  pick?

7      Q.   Yes.

8      A.    We picked calls that were impactful to show

9  what -- not whether or not the person was sick, but because

10  of the timing and the aggregate change in amount of sick

11  calls, how it could impact or would impact the.

12      Q.   Captain, you've made several what I believe you

13  called clarifications or changes, corrections to the

14  examples that are listed both for the sick calls and the

15  fatigue calls this declaration?

16      A.   Yes, sir.

17      Q.   You did that this morning on the record?

18      A.   We did, yeah, I agree.

19      Q.   Had you not looked at the underlying records to

20  ensure that these examples that you're listing in your

21  complaint when you signed the declaration were in fact

22  examples of a concerted slowdown activity?

23      A.    I absolutely looked at the records of the

24  declaration I signed.  There absolutely was clarification

25  that needed to be made which is why we did that this

1   morning.

2       **Q.**    Well, one of them dealt with the sick call, right,

3   and that was what we called the dream lifter up in July of

4   2017.  It's on page nine of your declaration.  I think you

5   clarified it and said it wasn't the captain who had a sick

6   call at the absolute worst possible time, but in fact it was

7   the first officer?

8       **A.**    That's a correct statement.

9       **Q.**    Did you know at the time who the captain was?

10      **A.**    No, sir.

11      **Q.**    Jennifer Metzler, you know her, right?

12      **A.**    I know Jennifer Metzler.

13      **Q.**    Do you know the first officer Robert Malloy?

14      **A.**    No, I don't.

15      **Q.**    Did you know that he actually had projectile

16   vomited all over the -- in the lav?

17      **A.**    I did not know that.

18      **Q.**    You did not know that?

19      **A.**    But that is why -- this is not a judgment on

20   whether or not they're sick, this is an example of the

21   behavioral change that we have been experiencing.

22      **Q.**    Projectile vomiting is an example of behavioral

23   change?

24      **A.**    Again, we didn't -- I'm not interested in the

25   individual.  That individual is the only one that's going to

1    tell if they're sick.  If you look at the aggregate change,

2    the sick calls are coming much more frequently, and they're

3    coming in very short notice.  Not just one, but multiple.

4         **Q.**   My problem, Captain, is that you've used an

5    example of a first officer who was projectile vomiting in

6    the lav and on the airplane, and it's being used as an

7    example two paragraphs from where you first set the stage by

8    saying:  "Since February '16, coinciding with the union's

9    Section 6 notices to Atlas and Southern, and soon after the

10   announcement of the Southern accusation, Atlas pilots began

11   engaging in concerted slowdown activities."

12        That's my problem.  I'm trying to understand how

13   that fits here.  This example of projectile vomiting on the

14   dream lifter in JFK in the middle of July when the cockpit

15   is well over a hundred degrees, that's concerted slowdown

16   activity?

17        **A.**   Mr. Gleason, you are diving into the

18   individualization of that event.  I highlighted an example

19   which is what my testimony was, and that is one of the list

20   of examples.

21        **Q.**   Have you read the other declarations that have

22   been placed into the record concerning the sick call outs?

23        **A.**   I have.

24        **Q.**   All of them?

25        **A.**   I have read them.

1    **Q.**    So you read Glover's declaration, Exhibit 23?

2    **A.**    I'd have to refresh my --

3    **Q.**    Let me ask you, Captain, while you look for that,

4    did anything strike at you that was just flat out wrong

5    other than I think you made one correction with respect to I

6    think it was Captain Campbell, the Houston one?  I think

7    that was a sick call.  Take a look, is there anything else

8    incorrect that you see in those declarations?

9    **A.**    So the corrections that I made this morning are

10   the ones that we felt we needed to clarify or correct.

11   **Q.**    Take a look at Union Exhibit No. 23.

12   **A.**    Yes, sir.

13   **Q.**    And you've read this declaration?

14   **A.**    I've read it.

15   **Q.**    You have no reason to dispute the accuracy of this

16   declaration, do you?

17   **A.**    I've testified a number of times that I can't pass

18   judgment on whether or not someone is sick.  I have no

19   reason to dispute that.

20   **Q.**    So this relates to the third sub bulleted

21   description on page nine of that -- of your declaration,

22   another flight for Nippon Cargo Airlines from Anchorage.  Do

23   you see that?

24          Are you ready?

25   **A.**    I'm ready.

1       **Q.**   So you know that this third sub bulleted item on

2   page nine of your declaration, the one involving Nippon

3   Cargo Airlines from Anchorage to Narita?

4       **A.**   I am familiar with it.

5       **Q.**   And it relates back to Terry Glover?

6       **A.**   Right here.

7       **Q.**   Yeah.  And in your declaration you state:

8   "Another flight for Nippon Cargo Airlines from Anchorage to

9   Narita was delayed nearly 14 hours due to the pilot's sick

10   call.  No pilots were available to base because of other

11   crew calls."

12       Now take a look at the declaration of Terry Glover

13   where he says that:  "He's the pilot described therein as

14   having called off sick, but he didn't call off sick."  And

15   he describes what happened, that he made an honest mistake

16   and he misread his personal communication device and he

17   screwed up.

18       **A.**   And my recollection is he said:  "I'm unfit to

19   fly," which makes him sick.

20       **Q.**   Where do you get that record?

21       **A.**   That is in our records.

22       **Q.**   Do you have them here?

23       **A.**   I don't carry them with me, no sir.

24       **Q.**   So are you disputing this?

25       **A.**   I'm saying that Mr. Glover communicated that he

1    was unfit to fly which makes him sick.

2        **Q.**    So you don't --

3        **A.**    To be clear, he didn't call fatigue, unfit to fly.

4        **Q.**    Yeah, so you didn't check with your scheduling

5    department to ensure the veracity of this declaration when

6    you saw it from a probationary employee?

7        **A.**    So the scheduling department is very familiar with

8    this part of my declaration, and those that were submitted

9    from the other members of the pilot group.

10       **Q.**    So when Terry Glover says that he had learned

11   subsequently from the scheduling department that they had

12   incorrectly marked him off as a sick call, you didn't check

13   to see whether that was true?

14       **A.**    He called himself unfit for duty.

15       **Q.**    Yeah, but Terry Glover says that scheduling

16   incorrectly marked his -- made his mistake and marked him

17   off instead as a sick call out.  He said that was not true,

18   that it was a mistake that he made, and it had nothing to do

19   with being sick but a mistake that he didn't read his PCD --

20   his schedule correctly.  And as a probationary employee, he

21   still called in and fessed up to that mistake and scheduling

22   on its own called it a sick call out?

23       **A.**    My information is different.  My information is he

24   told us, the company, that he wasn't fit for duty.

25       **Q.**    And you have nothing here to substantiate that

1   today?

2        **A.**   I don't sitting here on the stand.

3        **Q.**   What else do you -- are there any of the other

4   declarations within the sick call out group of declarations

5   that we've submitted that you've determined is not accurate?

6   Is there anything else that's not accurate our guys put

7   together and put under sworn testimony that you're saying is

8   not accurate?

9        **A.**   Well, first, we have clarified the record from

10  this morning.  Counsel and I walked out through what we have

11  identified as inaccurate.  I think the other inaccuracy was

12  the case from Cincinnati to Houston where the union had a

13  position -- you know, I have record of an airline ticket,

14  record of a hotel reservation and a phone call that I've

15  listened to that says:  "I'm sick."

16       **Q.**   That's Plaintiffs' Exhibit 138, do you have that

17  in front of you?  That's the one you're talking about?

18       **A.**   It is, that's the record.  That's the record of

19  the -- on 138, that's the record of the Sabre booking of the

20  airline ticket.

21       **Q.**   Yeah, and that's not included on Ames, that's in

22  the Sabre -- that's not -- that was never placed into the

23  Ames program, was it?

24       **A.**   Yes, it was.  Yes, it was.

25       **Q.**   Did you pull this from Ames or did you get it from

1    Sabre reservation?

2        **A.**    So I would have to go back and verify exactly

3    where this came from.  But in Ames there is where the

4    tickets were booked.  And then when the sick call came in,

5    where they were removed.  Because part of my responsibility

6    is also not to let those costs just go unused, it's to

7    recoup them.  So cancel the ticket and cancel the

8    reservation, because this gentleman is not going to Houston.

9        **MR. GLEASON:**  May I have just about two minutes?

10   I need to put some paperwork together.

11       **THE COURT:**  How much more time do you have for

12   your cross do you think?

13       **MR. GLEASON:**  I mean, that's my problem.  We've

14   got a witness who covers an incredible amount of time.

15       **THE COURT:**  I'm just asking you an answer to the

16   question.

17       **MR. GLEASON:**  I've got a good hour and a half

18   easily.

19       **THE COURT:**  Okay.  So if you need to take two

20   minutes to put some additional material together, why don't

21   we take a break now and we'll come back around 3:40.  So

22   we'll take a 10 minute break.

23       (Off the record at 3:25 p.m.)

24       (Back on the record at 3:43 p.m.)

25       **THE COURT:**  Mr. Gleason, you may continue.

1     **BY MR. GLEASON:**

2          **Q.**   Captain, can you look at the book.  That is a

3     print out of the crew scheduling Ames software program for

4     Captain James Campbell -- I'm sorry, Jeffrey Campbell?

5          **A.**   Yes, sir.

6          **Q.**   On the very bottom it says that it was assigned to

7     med.  That's what you're talking about when you say he

8     called sick, right?  It's the very last line on that.

9          **A.**   Yes, I see it.

10          **Q.**   And flip to the next page.  This too was a

11     printout from the Ames scheduling system, a history of

12     changes for crew route?

13          **A.**   Yes, sir.

14          **Q.**   At the bottom it shows that his flight was on

15     July 9th, 2017, Campbell's flight was assigned to operate on

16     the 15th, correct?

17          **A.**   Yes.

18          **Q.**   And if you flip to the next page, this also is

19     from the Ames scheduling program?

20          **A.**   Yes, sir.

21          **Q.**   And it's the crew transport list, correct?

22          **A.**   It is.

23          **Q.**   And it does not have Jeffrey Campbell's name on

24     there, does it?

25          **A.**   This list does not.

1    **Q.**   And then the next page please, it's the crew hotel

2  accommodation, do you see that?

3    **A.**   I do.

4    **Q.**   This also is from the Ames program?

5    **A.**   Correct.

6    **Q.**   And there's no hotel listed here for Campbell

7  there either, is there?

8    **A.**   There is not.

9    **Q.**   And yet you're telling us there was a hotel

10  reservation and flight reservation made if I understand

11  that?

12    **A.**   That's true.

13    **Q.**   The call out that Captain Campbell made, he never

14  even got to Houston, did he?

15    **A.**   From my research, he called close to his wake up

16  time.

17    **Q.**   At home?

18    **A.**   At home.

19    **Q.**   Yeah, not in Houston.  He was supposed to be in

20  Houston, right?

21    **A.**   I think his trip was Orange County to San

22  Francisco to Cincinnati.  I'll have to look at it again.

23    **Q.**   Again, I think it was he was supposed to be in

24  Houston to operate the flight on the 15th, and yet he called

25  off on the 15th from home, not in Houston.  It was listed as

1    a no show on your Exhibit 138, do you see that?

2         **A.**    It's listed as a no show -- so tell me what page.

3         **Q.**    I'm sorry, Captain, that's your Exhibit 138.

4         **A.**    Yeah, but which -- there's a couple pages here.

5         **Q.**    Oh, the one in blue.

6         **A.**    Yes, that means he did not take the flight.

7         **Q.**    And was he ever disciplined for no showing his

8    flight?

9         **A.**    Well, this is a Sabre record here that says he did

10   not show up, he did not take the flight.

11        **Q.**    And my question to you is was he ever disciplined

12   by the company?

13        **A.**    Not to my knowledge.

14        **Q.**    And from this I'm supposed to conclude that this

15   is an example of concerted slowdown activity?

16        **A.**    So my review of this particular issue is that he

17   called sick from -- well, I can't conclude that he was home.

18   But he called sick close to his wake up time which is three

19   hours -- you know, wake up is three hours prior to

20   departure.

21        **Q.**    He lives in California, right?

22        **A.**    And then there was a sick call associated with it

23   that all was in conjunction with the same time.  So that's

24   what we found.  He never went to Cincinnati, yet the sick

25   call didn't come until the 14th I believe -- maybe it was

1      the 13th, I'd have to look.

2          **Q.**    Actually, it appears it was about six minutes

3      after his wake up call.

4          **A.**    Okay.

5          **Q.**    So my question to you is he was not disciplined

6      for no showing.  Do you know whether he's been offered a

7      check airman's position by Atlas?

8          **A.**    I'm not sure that matters, but I can find out.

9          **Q.**    You don't know?

10         **A.**    I don't recall.

11         **Q.**    Exhibit No. 27 of the union's binder, the

12     defendants' binder, please.

13         **A.**    27?

14         **Q.**    Yes, please.

15         **A.**    Okay, yes, sir.

16         **Q.**    That's Captain Metzler, right?

17         **A.**    Yes, sir.

18         **Q.**    This is the one where you had to correct it where

19     she did not call off sick?

20         **A.**    It was corrected, that's correct, I made that

21     correction.

22         **Q.**    And so the example that's listed in your

23     declaration concerning Captain Metzler that you had affied

24     to on September 25th when you signed your declaration, that

25     does not show concerted slowdown activity by Captain

1   Metzler, does it?

2        **A.**   Well, I just want to --

3        **Q.**   Answer it yes or no.

4        **A.**   Well, if I may?

5             **MR. GLEASON:**  It's up to your Honor.

6             **THE COURT:**  You may.

7             **THE WITNESS:**  These were not reflections of

8   individuals.  These are examples of short notice sick calls.

9   So the personalization, the individualization of them was

10  never my intent, because I'm not going to pass judgment on

11  whether or not that pilot is sick.

12  **BY MR. GLEASON:**

13       **Q.**   Could you take a look at your declaration, again

14  and look to again page eight, paragraph 18.  Do you have

15  that?

16       **A.**   I will here.  I'm familiar, go ahead.

17       **Q.**   No, you tell me when you're ready.

18       **A.**   I'm there.

19       **Q.**   So again, these examples are in paragraph 18.

20  Then flip over to page 10 to paragraph 19.  Do you see how

21  it says:  "This abuse of sick leave"?  That's how you start

22  your paragraph 19.  This abuse, you're talking about these

23  examples in paragraph 18, aren't you?  You have to be.

24       **A.**   I'm not disputing that.

25       **Q.**   So you're calling these an abuse of sick leave?

1          **A.**    So I'm calling the behavior an abuse of sick

2     leave.  There was obviously a change from sick calls that

3     were one or two or three days prior to short notice.  And

4     you look at those short notice calls, and as I look back at

5     the communication that was consistently and persistently

6     reminding the pilots to call in sick when you're sick, call

7     in fatigued when you're fatigued is really the issue.  So

8     the examples are just that, they're examples.  This is not

9     about the individuals.

10          **THE COURT:**  Mr. Gleason, you're welcome to use

11     your time how you want, I don't know if you have more on

12     this particular issue.  But I think I do get your point on

13     this.  And as I said, you're welcome to do what you want,

14     but I think I understand the point you're making.

15     **BY MR. GLEASON:**

16          **Q.**    Let me just turn your attention to just a couple

17     of questions with respect to the allegations concerning

18     fatigue which starts on page 11 where the sentence -- you

19     tell me when you're ready.

20          **A.**    I am ready, sir.

21          **Q.**    Where you point out that:  "Atlas fully supports

22     pilots calling in fatigued when they're honestly not safe to

23     fly, but pilots are now using their right to call in

24     fatigued as a weapon in the union's campaign."

25          And then again we've got a series of bullets.  One

1    of them I've noticed was on page 13, that's the August 27th

2    flight.  That's the Sidney to Shanghai flight, do you see

3    that?

4          A.   I see it.

5          Q.   That's actually referencing the complaints that

6    you had received and Atlas had received concerning that

7    flight.  It was a military flight or was that one of the --

8    it wasn't military, it was one of the complaints you

9    received from your customers?

10         A.   That could be.

11         Q.   So your customer's complaining about that

12   flight -- may I walk around a little bit?

13              **THE COURT:**  Yes.

14   **BY MR. GLEASON:**

15         Q.   Thank.  So your customers are complaining about

16   that flight, and that particular pilot is involved in that

17   flight.  It was so important to you that you included it as

18   an exhibit in the complaint in your declaration.

19              You're telling me that was not an example of what

20   you consider to be a dishonest use of the fatigue program?

21         A.   So this is an example, because I was focused not

22   on the individual but on what was unusual.  Here was a

23   fatigue call with enough duty time left to complete the

24   mission.  Yet there were loading issues and other issues,

25   maybe maintenance is my recollection.  But there were

1    issues.  There was enough duty time left in the day to

2    complete the mission, yet we called out fatigued.

3           Again I reiterate, I wasn't there so I can't tell

4    you if they were fatigued or not.  But it is unusual to be

5    okay to start that mission with enough time left to fly the

6    segment, but when the jet's be fatigued.

7        Q.   I think we get the point, thank you.

8        A.   Yes, sir.

9        Q.   Let's move on to some other items here for the

10   interest of time.  I want to talk about some scheduling

11   issues with you, Captain.  So let's see if I get this right.

12   You've got -- you said that with the express operations --

13   and I think you mention DHL and Amazon.  Did that create

14   predictability and stability, is that accurate?

15       A.   That is a true statement.

16       Q.   So the stability and the predictability is when

17   those flights come and go, because that's what scheduled is,

18   right?

19       A.   Yes, sir.

20       Q.   So now let's talk about the pilots.  So I could be

21   a pilot flying an Amazon flight -- which usually it's a

22   daytime operation, right?  Amazon flights are daytime

23   operation, right?

24       A.   They cross into -- that's a nighttime/daytime

25   operation.

1   **Q.** It's usually daytime if you're --

2   **A.** There's daytime flying, I won't deny that.  But

3 there's also nighttime flying, and I can give you examples.

4   **Q.** If I'm flying from Ontario to CVG, that's a

5 daytime night?

6   **A.** Well, we have history where it's an Ontario to

7 Dallas to Allentown where it starts out early in the morning

8 so it's dark, and you fly into a rising sun.  So we have

9 some of those issues that we have discussed.

10   **Q.** And I could fly that flight -- we'll call it an

11 Amazon flight carrying Amazon product.  Then I could end up

12 flying and my segment would be a DHL flight, correct?

13   **A.** It's possible, but we --

14   **Q.** And a DHL operation is generally a nighttime

15 operation --

16   **THE COURT:**  I'm sorry, I know you want to move

17 things along, but I think he was halfway through his answer.

18 **BY MR. GLEASON:**

19   **Q.** If --

20   **A.** It's possible -- oh, I'm sorry.

21   **Q.** No, that was my fault, I'm sorry.  Go ahead.

22   **A.** It's possible, but build a break in there, a

23 buffer so we don't purposefully -- unintentionally I think

24 is the better way of putting it, drag a delay or some nuance

25 of one customer into another customer's flying.  Am I clear?

1    **Q.**    Not really.  I mean, my concern is with the

2    pilots.  See, I'm concerned about a situation where you've

3    got pilots -- your scheduling system consists of pilots who

4    are for lack of a better term plug and play.  I could have

5    four different people -- you, myself and the judge.  Let's

6    just take three.  You could be coming from one corner of the

7    globe, the judge could be coming from another corner of the

8    globe and I could be coming from yet another.  And we're put

9    altogether for one flight segment, correct?  That's a very

10   common occurrence in your operation, isn't it?

11       **A.**    Well, you're describing some international flying.

12   So we were domestic.  So it's possible to intermix that way

13   in the international environment, yes.

14       **Q.**    It's actually quite common on the international

15   flying side, isn't it?

16       **A.**    No.

17       **Q.**    I could be coming up from Australia to Asia, say

18   to Hong Kong, right?

19       **A.**    Yes.

20       **Q.**    I could be coming from there.  You could be coming

21   from Delhi, from India, you could be coming there too,

22   right?

23       **A.**    That's correct.

24       **Q.**    And we'll go back to the domestic in a second, but

25   let's just stay with the international setting.  So you're

1    coming from one part of the world, I'm coming from another,

2    and we each have our different rest records if you will

3    coming into when we're mixed together, placed into the

4    cockpit of the next flight together.  You've got one series

5    of a fatigued record if you will and I've got another,

6    right?

7         **A.**   Why don't you continue.  I'm not sure I'm

8    following, but I'm listening.

9         **Q.**   You don't have the same crew flying together for

10   their whole --

11        **A.**   That's a true statement.

12        **Q.**   If they're not flying together, they're each going

13   to have their own rest and duty time records and

14   requirements when they come together for one flight segment,

15   correct?

16        **A.**   Well, that's not a new nuance here.  So

17   individuals certainly have -- it's a redundant statement,

18   individualities, I get that.  But mixing of crews is not a

19   new nuance.

20        **Q.**   I get that and I appreciate that.  It's not a new

21   nuance, but it's something that's been increasing over the

22   last couple of years, hasn't it?

23        **A.**   Certainly as an airline grows you have more

24   exposure to that, I will acknowledge it.

25        **Q.**   And you would agree to that when you acknowledge

1   it?

2       **A.**   Yeah, I would agree to that.   The mixing of crews,

3   I would agree to that.

4       **Q.**   In any event, for domestic, I would be that pilot

5   from Ontario, domestic, right?

6       **A.**   Domestic, yes.

7       **Q.**   Whether it's one leg or two legs, I end up in CVG.

8   I can take a Polar -- a DHL flight and I could be taking

9   that over into Europe or into Asia from there, correct?

10       **A.**   So I apologize but I thought we were talking

11   domestic.

12       **Q.**   That's right.   I started domestic, but the next

13   thing you know, as my schedule continues I end up somewhere

14   in Europe or Asia.   That's a very likely scenario, correct?

15       **A.**   Generally if we're talking Amazon, your line of

16   flying is going to keep you domestic.

17       **Q.**   Do you have a dedicated line of flying for a

18   series of pilots only for Amazon?

19       **A.**   I wouldn't say it's totally dedicated, but we are

20   careful to provide a break between -- frankly we learned

21   from mistakes in the past that we need a break between the

22   two customers to ensure we don't carry delays or crew

23   issues -- delay crew issues into another customer.   So

24   there's a break there.   I'm not certain how long that is,

25   but there is a gap.

1           And then I think more where you're trying to take

2    me, you know, you're in this DHL flying.  And we're talking

3    about express domestic, 767s specifically.  The fatigue risk

4    management committee has done a lot of looking at this

5    particular segment of flying.  And I probably don't have all

6    the nuances down right, but they're generally week on, week

7    off patterns.

8           And there are assignments -- you know, reserve,

9    stand by at a certain time of day where you're only

10   efficient for three days in a row and then you get a day

11   off.  And that's the by-product of that study that the

12   fatigue risk management committee has done.  So patterns are

13   built with that in mind.

14          There is also -- you know, we started this

15   discussion with comments about stability.  In this domestic

16   network of all of my networks that I deal with, that is

17   absolutely the most stable.  We have lived through the

18   majority of crew swapping and moving around in this domestic

19   network, and it's the most stabilized I have seen it.  You

20   start what you intend to fly and you continue it.

21          Now, it's not absolute, this is running an

22   airline.  There's nothing in any airline that I've operated

23   that makes it absolute.  There is anything that could force

24   a schedule or route change.  But if you're going to fly your

25   bid pattern, you most generally will fly your bid pattern.

1    If you're going to fly your reserve -- and that's that the

2    value that the science that the fatigue risk management

3    committee brings to the table so we can stabilize that.

4         When I go back to cross-company flying -- or

5    cross-customer flying, we learned that we have to put some

6    larger break than a minimum rest, it's not quite that

7    extreme.  But there's got to be a break in there so we don't

8    delay that outbound flight with that new customer.  So I

9    don't know if that's where you are taking me, but that's how

10   the domestic network is planned and conceptualized, yes,

11   sir.

12   **Q.**   Let's talk about your operation.  It's a

13   combination of domestic and international flying.  I'm a

14   line pilot and I bid for my month of -- we're in November

15   already, for the month of November.  When I bid or I'm

16   awarded my line of flying for the month of November, if I'm

17   trying to exercise prudence and stay legal and make sure I'm

18   not flying fatigued so when I get to that line of flying I

19   know where I'm going so I can just rest my body and I can

20   rest and be alert and ready to fly.

21        Based on that -- and you would agree with that,

22   that's a normal strategy for a person who's trying to fly

23   safe, right?  That's what a United Airlines pilots would do?

24   **A.**   So let me -- changes at Atlas are not new.  I have

25   been here nine years, and change has been part of our

1    process in wide.  Because we're not United Airlines where we

2    set our schedule and fly it as published in AOG.  We

3    contract to customers -- ACMI, we talked about that at the

4    earliest, and the customer sets the schedule.  And as part

5    of setting that schedule, there is flexibility built into

6    their rights.  They get to change that schedule with

7    parameters, absolutely.

8            That is part and parcel to what put Atlas on the

9    map.  It's part and parcel to the niche that we defend and

10   we defend very well is that flexibility, that customization

11   to the customer.  So my point is change is not new to the

12   Atlas pilot group.

13       Q.    Atlas' emphasis on maintaining flexibility to its

14   customers translates to changes to a person's schedule over

15   the course of his monthly line, right?

16       A.    I will not deny that in the international

17   environment.  I will not deny that.

18       Q.    Especially in the international environment you

19   would recognize that?

20       A.    It is a -- it could be characterized as the

21   ultimate network airline.  It might not be recognized as

22   that, but when you build lines of flying your network is

23   very tight.  One disruption tips over a number of dominoes

24   in that network.  That is what triggers the change.  It

25   could be triggered by maintenance, it could be triggered by

1  sick, fatigue, weather, ATC.  There's any number of nuances

2  that could change that.

3      **Q.**  So let's --

4      **A.**  But that's the reason for change.

5      **Q.**  So let's say I'm planning on trying to get myself

6  acclimated -- and we'll use that word right now, so I'm

7  alert and fit to fly.  And my schedule is telling me I'm

8  going to be flying daytime flying.  So I rest the evening

9  before so I'm going to be ready -- alert and ready to fly in

10  the morning.

11          What happens if I have a delay to that flight I'm

12  supposed to be flying for 10 hours?  What happens when I'm

13  supposed to be going back into my rest time but instead I'm

14  alert and ready to fly?  That happens all the time, doesn't

15  it?

16      **A.**  So contractually we have a six hour window, a

17  slide window.  That's just a description.  So from the point

18  that you wake up and get ready to fly, there's a six hour

19  window that allows us to move that departure time.  And at

20  the end of that six hour window, we have two choices.  One,

21  we can stop and reset your rest clock and put you back to

22  rest for 10 hours and reschedule the mission.  Or we could

23  start your duty time at the beginning of your due time --

24  say it's a short segment, and utilize the rest of your duty

25  from that six hours -- we've already burned up six,

1   whatever's left to continue that segment, we have that

2   choice.

3        **Q.**   You would agree that if I was rested and ready to

4   fly at 8:00 in the morning, and that flight is postponed for

5   whatever reason so that it's not going to depart until 8:00

6   p.m., but now with that departure time I would normally be

7   getting to reset my body then, but now I'm going back into

8   that.  Do you agree with that?

9        **A.**   So everybody is different.  Everybody has their

10  own individual ability to manage that.  Here's the way my

11  view is.  This is not new.  We have been operating like this

12  since the contract was signed.  This provision was hotly

13  debated frankly across the table to get to that right

14  timeframe so you could manage it.  Where we landed was six

15  hours.

16            Captain Kirchner might remember clearer than I do,

17  but I don't recall exactly how that ended up at six.  But it

18  ended up at six and it's in the contract.  We've been

19  operating that for years.  This is not some reason to be

20  instantly fatigued and start showing some new behavioral

21  trend.

22       **Q.**   Even though the company's experienced tremendous

23  growth, what the company characterizes as tremendous growth

24  over the last several years, that wouldn't have any impact

25  on that?

1    **A.**    So I've been growing since 2010, so it's more than

2    just a couple years.  And it's been a steady growth curve

3    frankly, and the on-boarding of flight crews has been in

4    respect to adding the flying that we've added to get here.

5    So to say that it's something that only started two years

6    ago I think is a misnomer, this goes back.  We've been

7    growing since like I say 2010.

8         I think to a point you took me to before, we've

9    been hiring regional pilots, pilots that haven't flown

10   internationally since -- let's just call it 2014.  It was

11   before that, but I can safely say for the balance of 2014

12   going forward.  So that is also something that hasn't

13   changed in terms of pilots fit to fly or giving me some

14   reason to say that there's an opportunity to be more

15   fatigued.  So there really hasn't been, in my eyes, a

16   material change in the operation in that sense.

17   **Q.**    When did your 76 fleet hit the certificate?  When

18   did your 76 fleet come on the property for Atlas -- 767?

19   **A.**    Sometime in 2010.  I have to go back and look to

20   be honest with you.  I remember exactly how it began, but

21   it's been here -- you know, it's been established for quite

22   sometime now.

23   **Q.**    You've got Amazon flying -- is that 767s?

24   **A.**    Correct.

25   **Q.**    Starting in 2016?

1      **A.**   Correct.

2      **Q.**   And that's a continued growth of the 767 fleet and

3   network here?

4      **A.**   Yeah, from an establish network of passenger 767s

5   and DHL 767s.  So it's not new, the fleet has been

6   established for a period of time.

7      **Q.**   For what period of time would you say you have had

8   a two network operation?

9      **A.**   In the 767 world is your question specifically?

10     **Q.**   No, I think in your declaration you talk about the

11  unusual characteristics of Atlas having like a two network

12  operation.

13     **A.**   I guess let's just go back and review it together

14  so I get the context.

15     **Q.**   Starting on page three of your declaration,

16  paragraph five:  "Since Atlas entered into the current CBA

17  with its pilots in 2011, the company's operations have grown

18  significantly in both scale and scope."

19         And then it continues, it says:  "Atlas today

20  operates both the 747 and the B767 aircraft types serving

21  multiple markets," and on and on it goes.

22         Then at paragraph six:  "Since 2011, Atlas has

23  developed the North American domestic market."  That's where

24  you're talking your B767s I guess.  And you're talking

25  about -- at the bottom of there, at the last sentence:  "As

1  a result of the rapid growth of Atlas' operations in support

2  of its e-commerce and express package customers, Atlas now

3  operates broadly speaking two different networks:  One,

4  Atlas' traditional long haul intercontinental network; and

5  two, the shorter haul domestic network."

6          Do you see that?

7      **A.**   I understand your context now, we have an

8  international operation and we have a domestic operation.

9      **Q.**   So your flexibility that you say Atlas must have,

10  it's flexibility aimed towards accommodating your customers

11  first and foremost, correct?

12      **A.**   Absolutely, that's what our business plan is.

13      **Q.**   Again, you mentioned that you knew you were one of

14  only two carriers I believe who operated mixed operations?

15      **A.**   Yes, sir.

16      **Q.**   Atlas and ATI?

17      **A.**   ATI.

18      **Q.**   ATI has a much smaller operation?

19      **A.**   Yes, sir.

20      **Q.**   Okay.  I'd like to -- in 2015, Atlas implemented a

21  requirement that when pilots sign off, they not only have to

22  sign off on their flight plans when they leave, they have to

23  sign off and sign and initial that they are fit for duty.

24  That's correct, right?

25      **A.**   That is correct.

1      **Q.**   So that happened in 2015?

2      **A.**   That sounds right.  I may have the date off a

3   little bit, but that's exactly what we do.

4      **Q.**   And so that change in 2015, when they do that,

5   that signifies by signing that that that pilot, he or she is

6   fit for duty and therefore not fatigued?

7      **A.**   That's fit to fly, I agree.

8      **Q.**   What is open time?

9      **A.**   Open time as we discussed in my direct this

10  morning is a tool we utilize in flight operations to cover

11  and uncovered seat in an airplane; to put a pilot in an

12  uncovered seat in an airplane.  It's one of a small number

13  of tools we can use to cover a vacancy in an airplane.

14     **Q.**   Open time, Captain, that's something that's

15  covered by the collective bargaining agreement, right?

16     **A.**   It's in the CBA.

17     **Q.**   Section 25, I think it's 25M?

18     **A.**   Yes, scheduling.

19     **Q.**   It should be -- I believe it's Union Exhibit 1.

20  Do you have that, Captain?

21     **A.**   I'm turning to it.

22     **Q.**   If it helps, it's page 185?

23          **THE COURT:**  It helps me.

24          **THE WITNESS:**  It helped me a lot.  I'm there.

25  **BY MR. GLEASON:**

1  **Q.** Thank you.  So open time flying, this is what open

2 time flying actually consists of under the collective

3 bargaining agreement, correct?

4   **A.** Yes, sir.

5   **Q.** So open time are trips which are uncovered for any

6 reason and assigned to open time by the company, correct, by

7 the company?

8   **A.** By the company.

9   **Q.** So the company decides whether to assign any open

10 time in the first place, correct?

11   **A.** That is correct.

12   **Q.** You've got you said several tools?

13   **A.** I have a handful of tools, yes.

14   **Q.** So you get to decide what is and what is not open

15 time?

16   **A.** I do.

17   **Q.** And within that toolbox of open time, you then

18 have a voluntary list from which you can fill the open time

19 or cover that open time, you have a voluntary list of

20 pilots, correct?  I think it's under C.

21   **A.** I see it.

22   **Q.** Yeah, that's on page 186 on the bottom.  If you

23 have a voluntary list, you can go through the list and go

24 through it based upon my seniority, right?  So if I'm more

25 senior to you and I'm the list, you've got to come to me as

1    a rule and I get to take that opportunity to fly open time

2    ahead of you because I'm more senior than you.  Would you

3    agree with that?

4        **A.**   I don't dispute that.

5        **Q.**   So if the company assigns or awards open time

6    flying to someone who is junior to me and they didn't even

7    come to me, that's not complying with the contract?

8        **A.**   That's a mistake, absolutely you're correct.

9        **Q.**   And that mistake would be a nice way of saying

10   that you're not complying with the contract?

11       **A.**   I didn't disagree with you.  Double negative.

12           **THE COURT:**  You agree?

13           **THE WITNESS:**  I agree.

14   **BY MR. GLEASON:**

15       **Q.**   And indeed, that is some that's happened and has

16   been a bone of contention between the union and the company

17   for a significant period of time, correct?

18       **A.**   And the union comes to the company with those

19   grievances and they get resolved in the grievance process, I

20   don't deny that.

21       **Q.**   But it keeps happening, correct?

22       **A.**   It happens.

23       **Q.**   It keeps happening, right?

24       **A.**   I've seen it continue to happen.  I've seen it

25   happen.

1      **Q.**   From a pilot perspective, if I'm on the seniority

2      list and if I'm on the voluntary open time flying list, do

3      you think it's fair if I'm the senior person and I get

4      bypassed for somebody more junior?  Do you think that's

5      fair?

6      **A.**   The intention is to go in seniority order.

7      **Q.**   So that would be unfair, right?

8      **A.**   It's not fair which is why in the grievance

9      process, generally the resolution is to pay that pilot

10     because he missed the opportunity.

11     **Q.**   Now, what happens if -- you're saying it's

12     happening?

13     **A.**   It is happening.

14     **Q.**   What happens next?

15     **A.**   So I'm down to two choices.  If I have a reserve

16     available I'll assign a reserve.  If I don't have a reserve

17     available, then I have to wait for the next available pilot.

18     That becomes a little more complex because I have to make a

19     judgment on how that pilot gets reassigned.  Does he come

20     off another trip, where does that come from.  Maybe it waits

21     until the pilot that called out is rested if it's a fatigue

22     call, you know, maybe we wait that duration.

23              That's one of those situational questions that

24     there's no one answer to.  But if you have no volunteers for

25     open time and there's no reserve, you wait for the next

1    available pilot.

2         **Q.**    How many flights cancel because of the company's

3    inability to fill the flight through open time or the other

4    tools?

5         **A.**    So what makes Atlas different than a network

6    carrier is we rarely cancel a trip, we'll delay it.  That is

7    a consideration with immense consequences.  That's where the

8    impact of the unavailability of that pilot becomes most

9    noticeable.  First we delay the primary, but these are all

10   lines of flying.  In the network sense they're lines of

11   flying, so that delay cascades right down the line.  So

12   there may be days that go by before we get that line of

13   flying back onto schedule.

14        **Q.**    But you're blaming that on the pilots.  Isn't it

15   true it's attributable to the kind of plug and play model

16   that you have as a scheduling system here?

17        **A.**    I don't understand.

18        **Q.**    Fine, we'll go back to flying opportunities.  We

19   just talked about how pilots are coming from various corners

20   of the globe are being positioned into one cockpit for one

21   flight segment which you may not see for a couple years the

22   next time around, right.  So you have an open time

23   situation, and you may not have reserves there if it's the

24   open time voluntary list.  That's just a common thing in

25   this business, isn't it?

1      **A.**   I disagree, and here's why.  We have a lot of

2  experience with open time over the last several years.  And

3  only recently in the last nearly two years have -- and it's

4  really only the most recently have we seen a reluctance to

5  volunteer for open time.  In fact, the year of 2015, I think

6  Dr. Lee talked a little bit about in an indirect way an

7  increased amount of flying that went on in 2015.  Well,

8  that's very true.

9          While it was -- a lot of the flying was not known

10  at the time as scheduled or published, we covered it or

11  managed it through open time.  So we would put the trips out

12  to the volunteers.  The volunteers would then pick it up.

13  Frankly there's premium pay associated with that so it's

14  attractive.  And managed through -- and it was an

15  opportunity for the company, so it was beneficial to the

16  company, beneficial to the pilots in that sense.  Never saw

17  a measurable issue -- or a noticeable issue.

18          It wasn't until 2016 did we notice that there's

19  been a change, people are no longer willing to pick up open

20  time which again, Mr. Gleason, it took me back -- I've tried

21  to understand why.  I asked Dr. Lee if he could see what I

22  was sensing and he could.  So then you see a

23  communications --

24      **Q.**   When did you ask him that?

25      **A.**   It's earlier in this year specifically.  I mean,

1    we'd talk if not directly through electronically weekly on a

2    regular basis.  So when we noticed -- or when I noticed that

3    it was a gap in the flying -- or in the open time

4    volunteers, again it was my intuition that something had

5    changed.  But maybe I was suffering form the impact of that

6    trip, I wanted some validation.

7            So we looked to the data to see if there was a

8    change, and we started to see a marked change in that

9    behavior.  I'm just always looking for a root cause, go back

10   and start looking at the communications from the union which

11   were very clear that open time -- it was reiterated that

12   leadership was not interested in volunteering for open time;

13   and to give the union tools to leverage their position at

14   the bargaining table.  That is just some of the

15   communications that I sought.

16           So the conclusion is people are listening, and

17   think there's -- well, I don't think, I know that there's

18   communication about accountability for flying open time and

19   people being ostracized or some reckoning if they take this

20   open time from peers.

21           **THE COURT:**  Captain Carlson, let me just interject

22   for a second here.  We are under some time pressure, and I

23   want to make sure that you have a chance to honestly and

24   fully answer the questions.  But listen carefully to the

25   questions that are being asked.  Because here for example

1    that question was just when did you ask him that in which I

2    think you can give either I know the date or I don't know

3    the date or the timeframe.

4           So listen carefully, see if you can answer those

5    questions.  And then if it turns out there's something else

6    that needs to come out, the attorney representing the

7    company will have a chance to ask you further questions

8    later, okay?

9           **THE WITNESS:**  Yes, sir.

10   **BY MR. GLEASON:**

11      **Q.**   So what's the answer?

12      **A.**   Earlier this year.

13      **Q.**   Thanks.  In the interest of time, I would like to

14   move on.

15          **THE COURT:**  Whatever you think.

16   **BY MR. GLEASON:**

17      **Q.**   I appreciate it, your Honor.  One of the things

18   that strikes me odd in your declaration, Captain, is at

19   paragraph 29 of it.  It is on page 17, paragraph 29.  And

20   the part that strikes me funny is where you say that:  "The

21   BOOT campaign which encourages pilots to Block Out On Time

22   is a misnomer because there is no on time at Atlas, that

23   there's an estimated departure time."

24          It is true, is it not, that Atlas has a scheduled

25   departure time for its --

1      **A.**    Schedule departure time and estimated departure

2    time are an aligned value set by the customer, so yes.

3      **Q.**    Isn't it also set by the FAA so you know -- I have

4    to be able to check my legality.  I'm a pilot, I've got to

5    know if I'm legal or not to even fly the flight.  That's the

6    scheduled departure time, that's at least the start.  I need

7    to know where to measure myself from?

8      **A.**    I think I agree with that.

9      **Q.**    You agree that your flight plan -- it will tell

10    you what the scheduled departure time is?

11      **A.**    And your pattern, yes, sir.

12      **Q.**    So this idea that there is no on time at Atlas is

13    a misnomer.  I am confused by that.  You have a scheduled

14    departure time order that tells me I've got to leave at this

15    time.  That tells me I've got a time to leave, doesn't it

16    tell you that?

17      **A.**    Yes.

18      **Q.**    Okay.  I'm going to move along here.  You had just

19    mentioned the word ostracized, and I think it was within the

20    context of open time flying.  If I've heard you correctly

21    and if I've read your supplemental declaration correctly as

22    well, you're saying -- I believe testifying that the union

23    has ostracized people for open time flying.  Is that your

24    testimony?

25      **A.**    It is.

1    **Q.**   And is it your testimony that it is just a flat

2    out stop, the engines are done, no open time flying or is it

3    instead dealing with the situation where we just discussed a

4    little bit while ago that you're not complying with the

5    contract because you're circumventing the most senior open

6    time pilot and you're going to the junior pilot.

7           Isn't that the issue that really aggregates the

8    living daylights out of the union and it ends up back at

9    your desk because you're getting other complaints?

10   **A.**   My answer is no, it's the former in your example.

11   **Q.**   Why do you say that, what gives you that

12   conclusion?

13   **A.**   Because of the consistent communication that comes

14   out -- that either says directly or infers to not volunteer.

15   That's part of the SHOP campaign.

16   **Q.**   In your supplemental declaration, Captain, you've

17   made a number of attachments you describe where you

18   characterized Captain Kirchner as talking tough and saying

19   we're going to have to ostracize if you will the pilots for

20   open time flying.

21          Do you recall those?

22   **A.**   I do.

23   **Q.**   You know, I tell ya, so let's just take a look at

24   paragraph 10 of your supplemental declaration.

25          **THE COURT:**   Can you let me know which exhibit that

1   is?

2         **MR. GLEASON:**  Yeah, that's a good question, your

3   Honor.  I think it's 126.

4         **THE COURT:**  Okay.

5         **THE WITNESS:**  Mr. Gleason, what page again?

6   **BY MR. GLEASON:**

7     **Q.**   Page nine.

8     **A.**   Thank you, sir.

9     **Q.**   I apologize, page 10.

10        **MR. McGUINNESS:**  Excuse me, is it possible for the

11  record for you to read the official numbers -- the six

12  numbers at the bottom right hand so the transcript is clear?

13        **THE COURT:**  I was just noticing the same thing, I

14  always have the difficulty because there's oftentimes

15  multiple page numbers.  So if you can at least be clear as

16  to which page number you're referring to.

17        **MR. GLEASON:**  Okay, I'm sorry, your Honor.  I

18  don't need it to be a break, I just need about two minutes

19  to get a glass of water.

20        **THE COURT:**  Take two minutes, but let's just stay

21  here.  Just go get yourself a glass of water.  Oh look, your

22  opposing counsel was kind enough to offer you a bottle of

23  water.

24        **MR. GLEASON:**  I'd still like to confer as well.

25        **THE COURT:**  You're welcome to.

1         **MR. GLEASON:**  Just for the interest of time, it's

2    going to take too long.  I can handle all that on my brief,

3    what I was going to go -- I'm not going to ask those

4    questions.

5         **THE COURT:**  Okay, however you want to proceed.

6    **BY MR. GLEASON:**

7      **Q.**   Let's briefly discuss maintenance write ups.  As

8    an airline pilot, isn't it your responsibility under the law

9    that you write up items on an aircraft -- maintenance

10   related items on an aircraft?

11     **A.**   It is.

12     **Q.**   And you would not want to discourage or instruct

13   your pilots not to do their job of writing up discrepancies,

14   maintenance related issues?

15     **A.**   I would not do that.

16     **Q.**   And once he writes it up, it's not -- he can write

17   it up or a mechanical can also write up a mechanical

18   discrepancy or a mechanical issue?

19     **A.**   Correct.

20     **Q.**   Both of them have that job?

21     **A.**   Correct.

22     **Q.**   Both of them have that responsibility under their

23   respective licenses, correct?

24     **A.**   Correct.

25     **Q.**   I just want to make sure I understand what you're

1      saying the problem is in terms of the status quo behavioral

2      change when it comes to the write up of maintenance items.

3                What is the status quo behavior specifically that

4      you're talking about that has changed?

5           A.   You're seeing a measurable increase in the amount

6      of pilot write ups in a very short period of time.  That's

7      what I'm saying.

8           Q.   And that's all you're saying?

9           A.   That's all I'm saying.

10          Q.   You have not said therefore that those write ups

11     were false, right?

12          A.   I have not said that.

13          Q.   I would like therefore to turn your attention

14     to -- I believe it is -- I'm sorry, your Honor, I'm in a

15     different mode of numbers.  It is the December letter that

16     you had sent to Captain Wells and Captain Carlson.  I want

17     to say it's Plaintiffs' Exhibit No. 37.

18                My apologies, it's actually Exhibit No. 36, and on

19     the bottom it's PX-036.002.  Do you have that in front of

20     you, Captain?

21          A.   I do.

22          Q.   So this was a letter you were discussing before

23     where you told the union that they need to comply with the

24     law because there is a failure to maintain the status quo,

25     right?

1    **A.**   That is correct.

2    **Q.**   You're asking and demanding that the Teamsters

3    comply with its statutory obligation and to immediately

4    instruct its members not to call in sick for the purposes of

5    disrupting the company's operation."

6         Do you see that on the bottom?

7    **A.**   I do.

8    **Q.**   That's what you asked, right?  And then flip now

9    to the following Exhibit 37, it's PX-037.001.  This is the

10   response from Captain Wells and Captain Kirchner to you,

11   correct?

12   **A.**   Correct.

13   **Q.**   And in the second paragraph do you see that where

14   Captains Wells and Kirchner tell you:  "You have failed to

15   provide any facts to substantiate the allegations in your

16   letter."  Do you see that?

17   **A.**   I see that.

18   **Q.**   And they also tell you that:  "You failed to

19   identify the past practices about which you're referring let

20   alone substantiate the existence of such a past practice."

21        Do you see that?

22   **A.**   I see that.

23   **Q.**   Do you see that Captain Kirchner called and asked

24   for details to substantiate your claims and you refused to

25   provide any of those facts, do you see that?

1      **A.**    I see that.

2      **Q.**    And instead you told him, expressed yours and the

3  company's anger concerning the recent media coverage

4  concerning Atlas and one of its customer, Amazon.  Do you

5  see that?

6      **A.**    I do.

7      **Q.**    And do you see where Captain Wells spoke with

8  Mr. Dietrich and told him that the union is not directing or

9  coordinating any job actions in violation of the RLA.  Do

10  you see that?

11     **A.**    I see that.

12     **Q.**    And do you see where Captain Wells asked

13  Mr. Dietrich to provide him with factual explanation to

14  substantiate the claims that were raised in your letter.  Do

15  you see that?

16     **A.**    I see that.

17     **Q.**    And do you see where like you he refused to

18  provide any facts or any details to substantiate the claims,

19  and he instead said he'd provide those details sometime

20  later in an appropriate forum.

21          Do you see that?

22     **A.**    I do.

23     **Q.**    And this is the appropriate forum that he's

24  talking about?  It must be, huh?

25     **A.**    Ummm...

1    **Q.**   When did --

2            **THE COURT:**   I'm sorry, was there an answer to the

3    question?

4            **THE WITNESS:**   I wasn't sure that was a question.

5    You answered it so I just let it go.

6    **BY MR. GLEASON:**

7    **Q.**   You didn't provide any facts in that conversation

8    with Captain Kirchner, you didn't provide anything to detail

9    the accusations that you were making about some type of a

10   sick out during that period of time, did you?

11   **A.**   So I said in my letter there was a rapid

12   escalation in sick calls over a short period of time, over a

13   handful of days.

14   **Q.**   Yeah, but you didn't provide any details to

15   substantiate that when they asked you for that, correct?

16   **A.**   That's correct.

17   **Q.**   By this time clearly you must have had Dr. Lee on

18   some type of retainer where they're gathering data to

19   substantiate claims like that, right?

20   **A.**   Correct.

21   **Q.**   You could have provided that had you wanted to,

22   but you didn't?

23   **A.**   We did not.

24   **Q.**   Nor did Mr. Dietrich, correct?

25   **A.**   Well, not to my knowledge.  I'd let you ask

1   Mr. Dietrich.

2       **Q.**   You're familiar with the framework agreement, I

3   believe you've referenced it earlier in your testimony.   We

4   reached that agreement in early June of this year, correct?

5       **A.**   Yes, sir.

6       **Q.**   And you've heard your counsel discuss how he had

7   asked counsel for the union to let the union know that there

8   was an illegal action going on.   You also know they didn't

9   provide anything to substantiate that claim either, don't

10  you?

11      **A.**   I wasn't party to that conversation.

12      **Q.**   So is it your understanding that simply by telling

13  us that something is true, that we have to accept it as

14  true; something as grave as an allegation that we're not

15  complying with the law, that we're supposed to simply listen

16  to you and be told that you're right and I'm wrong and I

17  can't prove that you're wrong, I can't do that?

18      **A.**   So my answer is we know that there was an

19  escalation in sick in December.   We know that there was a

20  number of activities throughout the year.   After looking

21  through the communication, I'm certain the union knows that

22  that is ongoing as well.   So to put the union on notice I

23  think is appropriate at that point which is why we did.

24      **Q.**   Can you take a look at Union Exhibit 2 in the

25  union binder please, Captain.

1       **A.**   Yes, sir.

2       **Q.**   That's Captain Kirchner's declaration?

3       **A.**   Yes, sir.

4       **Q.**   And did you see in the attachments -- I'm sorry

5    the way that's kind of fit together.  There are two letters

6    referenced in there, it comes right after the fatigue risk

7    management plan.  So right near -- it's the last I think

8    three or four -- couple of pages.  Well, the third and the

9    fourth page to the last.  I'm looking at a January 21, 2016

10   letter to Dan Lennox.

11              Do you see that?

12              **THE COURT:**  I think the number across the top of

13   the page is --

14              **MR. GLEASON:**  Oh, there it is again.

15              **THE COURT:**  -- 41 to 47.

16   **BY MR. GLEASON:**

17      **Q.**   I'm sorry.

18      **A.**   I'm sorry, sir, point me again.

19      **Q.**   I think the Judge did it correctly and I did it

20   wrong again.  If you look at Exhibit 2, look to the right

21   hand top of the page it will say page 41 of 47.

22      **A.**   Now I'm there.

23      **Q.**   It's a letter from Scott Welty, the chief pilot,

24   to Dan Lennox.  Do you see that?

25      **A.**   I do.

1    **Q.**   It's a counseling session?

2    **A.**   Okay.

3    **Q.**   Talking about excessive absenteeism?

4    **A.**   All right.

5    **Q.**   Go to the last page -- you know, the following

6    page.  It says:  "Your further absenteeism even for

7    legitimate reasons for your failure to comply with all

8    company policies, practices and procedures may result in

9    discipline up to and including termination."

10           Do you see that?

11   **A.**   I do.

12   **Q.**   I see the next -- the very next page of the

13   letter, it's a letter to Roman Miazga.  Do you see that?

14   **A.**   I do.

15   **Q.**   That's a December 21, 2015 letter from Scott Welty

16   to Pilot Miazga, right?

17   **A.**   It is.

18   **Q.**   And it says:  "While the company doesn't questions

19   that reasons you've offered for your absences, your

20   excessive absenteeism is nonetheless unacceptable."

21           Do you see that?

22   **A.**   I do.

23   **Q.**   And do you see the last paragraph, it says "Atlas

24   Air's success depends on all of us carefully following the

25   company's rules and policies.  And that your further

1   absenteeism, even if for legitimate reasons or your failure

2   to comply with all company policies, practices and

3   procedures may result in discipline up to and including

4   termination."

5          Do you see that?

6      **A.**   I do, sir.

7      **Q.**   You have -- we have frankly a collective

8   bargaining agreement that has provisions that deal with

9   discipline, correct?

10     **A.**   We do.

11     **Q.**   And so if a person is abusing sick leave policy,

12  calling out sick, you could have disciplined them, correct?

13     **A.**   If there is a pattern of sick abuse, yes.

14     **Q.**   If I abuse the fatigue program, if you conclude

15  I've abused it for calling out fatigued, you have a right to

16  discipline me, don't you?

17     **A.**   Frankly, in our MOU we have a requirement for a

18  fatigue -- if there's a fatigue call, to be submitted

19  through a form and then reviewed by the fatigue risk

20  management committee.  And either it's accepted or not.  And

21  I can only imagine a couple -- or I can't imagine, I can

22  only recall a couple that are not.

23          But the value of that fatigue risk management

24  committee is they review those for appropriateness or

25  inappropriateness.  I'd have to go back to look to be

1    absolutely specific, but I recall that in the couple

2    cases -- and it's distant now, it was a sick call, not a

3    fatigue call is what was appropriate.

4       **Q.**   So it wasn't an abuse, it was a

5    mischaracterization of what it was characterized as fatigue

6    and it should have been a sick call?

7       **A.**   I don't know that for a fact, but I'd refer that

8    back to the fatigue risk management committee.

9       **Q.**   Every other one was accepted, every other fatigue

10   report filed with the fatigue risk management committee was

11   accepted, correct?

12      **A.**   To my knowledge.

13      **Q.**   For the length of the program, correct?

14      **A.**   To my knowledge.  I don't recall any that are not.

15      **Q.**   And the answer to the question I originally asked,

16   you have not issued any discipline against any pilot who you

17   have ever considered to have abused the fatigue policy,

18   correct?

19      **A.**   That is correct.

20      **Q.**   None of the pilots included in the sick call out

21   examples in your declaration -- including Captain Metzler,

22   including First Officer Malloy, including Probationary

23   Officer Terry Glover, none of them were ever disciplined,

24   not one of them?

25      **A.**   So your Honor, it's more than a yes or no answer.

1       **THE COURT:**  Then give your answer.

2       **THE WITNESS:**  They were not disciplined.  But it

3   was not an exercise in personalization or individualization,

4   it was an exercise to demonstrate -- or to illustrate I

5   think is the better word a behavioral trend.

6   **BY MR. GLEASON:**

7       **Q.**   It is perhaps stating the obvious, but let me ask

8   it in the form of a question.  Atlas is not particularly

9   happy with the publicity campaign that mentioned either

10  Atlas' name or Amazon's name in it.  It does not like the

11  fact that the union is engaged in a publicity campaign that

12  involves Atlas and it also names Amazon; it doesn't like

13  that, does it?

14      **A.**   We're never happy when the customers are brought

15  into a discussion or dispute between the company and its

16  unions.

17      **Q.**   You don't like it either; for Atlas, you don't

18  like being named in that either, do you?

19      **A.**   No, I can't deny that.

20      **Q.**   Atlas is certified as a publicly traded entity,

21  correct?

22      **A.**   That's correct.

23      **Q.**   And part of the publicity campaign -- whether you

24  agree with it or not, from the union is if there's a pilot

25  shortage then you've got a problem, right?

1      **A.**   So again I know it's phrased as a short answer,

2   but it's not a short answer.

3            **THE COURT:**  Give your answer.

4            **THE WITNESS:**  So there's a publicized pilot

5   shortage, but we have pilot requirements and we have kept up

6   with those pilot requirements.  So for me to just agree to

7   your question the way you asked it is a misnomer, because we

8   have hired the pilots to meet the demand of our operation.

9   **BY MR. GLEASON:**

10     **Q.**   So if I had asked the question that you disagree

11  with what we're publicizing, that would be all right.  But

12  you're not happy with the fact that we've been publicizing

13  the fact that in our view you've got -- Atlas does -- a

14  staffing problem that could affect your customers, right?

15     **A.**   Well, I don't think that's true.  I frankly

16  believe we have adequate staffing.  I think Dr. Lee even had

17  a discussion about that.  If we had all the tools available

18  to us that we have exercised over time -- and it's more

19  specifically open time and the ability to utilize open time

20  as it had been in the past has now been removed or taken

21  away.  We're no longer able to get volunteers.

22     **Q.**   Atlas would prefer that we not maintain a

23  publicity campaign at all, correct?

24     **A.**   I don't think anybody enjoys a publicity campaign

25  in a negative sense.

1       **Q.**   So you prefer we just stop the publicity campaign,

2    yes or no?

3            **MR. McGUINNESS:**   I'm going to object to the fact

4    that he's asking for a yes or no answer.  It's not a yes or

5    no question.

6            **THE COURT:**   Well, if you can give a yes or no

7    answer, do so.  If you need to explain yourself, you may do

8    so.

9            **THE WITNESS:**   Well, I don't like negative

10   publicity.

11           **MR. GLEASON:**   Your Honor, I have no further

12   questions.

13           **THE COURT:**   Mr. McGuinness, how much time do you

14   think you'll need for your redirect -- or Mr. Siegel?

15           **MR. SIEGEL:**   Your Honor, the next witness is

16   relatively short.  We have a declaration already on file.

17   In the interest of time, we can certainly shorten the

18   introduction of Mr. Flynn to the Court.  So maybe it's 20

19   minutes or something like that.

20           **THE COURT:**   If it's 20 minutes, I think we

21   probably need to adjourn to tomorrow.  I hate to --

22           **MR. SIEGEL:**   Excuse me, your Honor.

23           **THE COURT:**   No, I'm talking about your redirect.

24           **MR. SIEGEL:**   Oh, I apologize, I thought you said

25   next witness.  I'll let --

1        **MR. McGUINNESS:**  I can get this done very quickly.

2        **THE COURT:**  Go ahead, please.

3

4        REDIRECT EXAMINATION OF PLAINTIFFS' WITNESS

5        JEFF CARLSON

6    **BY MR. McGUINNESS:**

7        **Q.**   Captain Carlson, I want to go back just for a

8    brief moment about distinctions between 117 carriers and

9    cargo carriers.

10       **A.**   Yes, sir.

11       **Q.**   Do you know the reason why cargo carriers are

12   exempted from the 117 requirements?

13       **A.**   We have proven on multiple occasions that we have

14   a number of measures that mitigate the fatigue and the

15   fatigue requirements that we have found in part 117.

16       **Q.**   And do any of those requirements have to do with

17   rest opportunities or augmented crews, things like that?

18       **A.**   All of those issues.  And there is a very defined

19   list.

20       **MR. McGUINNESS:**  That's all I have, your Honor.

21       **THE COURT:**  Well, thank you.  Captain Carlson, you

22   are excused, thank you.  So we'll start tomorrow at

23   11:00 a.m., and I will see you all then.

24       Is there anything you need to raise tonight before

25   we go?  Hearing no response, I will adjourn the Court for

1    this evening.  I will see you all tomorrow at 11:00.  Thank

2    you.

3         (Proceedings adjourned at 4:56 p.m.)

# **C E R T I F I C A T E**

I, **Jeff M. Hook, CSR, RPR,** certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

November 5, 2017

**DATE**                    **Jeff M. Hook, CSR, RPR**

**'** [1]

**'09 [1]**   76/4
**'11 [1]**   123/6
**'13 [3]**   21/17 22/21 23/1
**'14 [1]**   31/12
**'15 [7]**   31/12 33/20 33/22
141/9 143/11 149/15 162/19
**'16 [11]**   12/17 13/8 16/8
16/24 16/25 17/17 18/2
19/8 21/17 33/19 171/8
**'17 [2]**   20/8 23/2
**'til [1]**   13/13

**.** 

**.4 [1]**   15/11
**.45 [6]**   16/2 16/19 16/21
17/14 18/15 18/17
**.45 percent [6]**   16/2 16/19
16/21 17/14 18/15 18/17

**0**

**036.002 [1]**   209/19
**037.001 [1]**   210/9

**1**

**1 percent [5]**   14/9 14/10
14/23 15/12 16/15
**1.2 [1]**   14/21
**1.2 percent [2]**   13/16 14/8
**1.2.2 [2]**   156/7 156/9
**1.3 [1]**   29/5
**1.4 [2]**   14/19 15/11
**1.4 percent [4]**   12/16
12/19 14/13 16/2
**1.4.1 [1]**   157/20
**1.85 percent [4]**   15/3 15/5
15/10 16/1
**1.9.1 [1]**   158/12
**1/5 [1]**   141/9
**10 [18]**   1/16 21/2 61/17
69/17 75/17 75/20 75/22
87/19 154/2 154/19 155/6
155/9 176/22 181/20 192/12
192/22 206/24 207/9
**10.1.28 [1]**   85/12
**100 percent [2]**   62/18
141/18
**103 [4]**   155/8 157/21 158/7
158/11
**109 [1]**   2/10
**10s [1]**   49/19
**10th [3]**   116/8 118/24
119/18
**11 [6]**   28/16 28/25 34/17
99/10 166/5 182/18
**112 [2]**   48/13 51/20
**117 [26]**   33/4 35/3 76/6
106/13 141/22 142/8 143/7
144/2 144/3 144/5 144/15
144/21 144/22 145/10
145/12 145/25 147/4 148/6
149/8 149/11 149/16 149/16
149/20 221/8 221/12 221/15
**119 [1]**   160/16
**119 is [1]**   160/17
**11:00 [1]**   222/1
**11:00 a.m [1]**   221/23
**11:06 [1]**   1/6
**11:44 p.m [1]**   81/20
**12 [2]**   33/13 141/5

**12.4 [1]**   33/14
**121 [5]**   143/6 144/21 147/2
149/9 149/22
**122 [4]**   50/1 64/9 73/10
163/10
**122.009 [2]**   67/14 68/23
**122.011 [1]**   73/11
**122.015 [1]**   78/4
**1224 [1]**   97/22
**124 [1]**   5/10
**126 [2]**   50/10 207/3
**127 [1]**   59/5
**128 [1]**   101/14
**129 [1]**   91/19
**12:00 [1]**   81/19
**12:03 p.m [1]**   81/21
**13 [5]**   99/12 154/16 155/1
157/2 183/1
**13 September [1]**   154/17
**130 [1]**   92/6
**131 [1]**   92/15
**132 [1]**   93/2
**133 [2]**   93/11 93/12
**134 [1]**   93/16
**135 [1]**   93/22
**136 [1]**   5/15
**138 [5]**   70/10 175/16
175/19 179/1 179/3
**138.001 [1]**   70/15
**13th [1]**   180/1
**14 [4]**   29/21 55/25 166/24
173/9
**14-month [1]**   135/9
**14th [1]**   179/25
**15 [16]**   17/7 29/21 56/10
84/5 84/11 84/15 84/17
84/18 85/2 85/15 86/25
87/18 87/24 88/2 88/5
136/15
**15,000 [1]**   49/17
**1572 [3]**   140/20 140/22
140/23
**1580 [1]**   48/12
**1592 [1]**   141/10
**15th [16]**   71/9 128/24 129/2
177/16 178/24 178/25
**16 [6]**   34/6 45/19 46/13
55/25 88/11 163/13
**16.3 [1]**   28/9
**1625 [1]**   1/13
**16th [2]**   68/24 71/7
**17 [1]**   204/19
**17-1953 [1]**   3/2
**17th [2]**   1/16 72/12
**18 [11]**   64/10 64/13 65/7
67/3 67/6 99/9 164/12
165/18 181/14 181/19
181/23
**185 [1]**   197/22
**186 [1]**   198/22
**19 [8]**   37/18 37/20 98/11
99/9 99/12 140/3 181/20
181/22
**1953 [2]**   1/3 3/2
**1977 [1]**   49/5
**1983 [1]**   49/8
**1993 [1]**   52/7
**1:00 [2]**   109/2 109/4
**1:06 p.m [1]**   128/11
**1:17-cv-1953 [1]**   1/3
**1A [1]**   133/25

**1F [2]**   133/5 133/11
**1F2 [1]**   133/15
**1F2B [2]**   100/11 133/13
**1st [5]**   14/18 18/2 18/3
44/11 141/11

**2**

**2.4 [1]**   14/22
**2.4 percent [3]**   13/19
14/12 15/5
**20 [9]**   12/3 12/6 12/12
17/20 136/15 167/22 168/17
220/18 220/20
**200 [5]**   9/25 10/12 10/9
79/8 143/21
**2000 [1]**   111/20
**20001 [2]**   1/19 1/24
**20006 [2]**   1/13 1/16
**2006 [1]**   49/11
**2008 [3]**   48/6 49/4 49/14
**2009 [3]**   44/4 45/16 45/23
**2010 [10]**   27/12 27/16 52/5
52/12 54/11 123/6 138/24
194/1 194/7 194/19
**2011 [9]**   20/23 79/7 79/9
123/4 131/2 131/3 150/16
195/17 195/22
**2012 [7]**   12/16 79/13
150/17 151/17 151/19
151/23 151/24
**2013 [11]**   20/8 21/14 33/6
79/13 79/21 80/13 80/19
81/8 141/16 155/17 155/20
**2014 [38]**   28/10 28/12
28/14 28/18 29/3 29/14
31/8 31/18 32/2 32/22 33/6
35/9 46/2 55/21 56/6 57/19
59/6 59/22 59/25 60/15
61/5 61/17 89/19 115/17
116/8 118/1 118/24 119/6
119/11 141/17 144/18
144/23 144/24 145/2 145/9
146/15 194/10 194/11
**2014-2015 [1]**   62/25
**2015 [51]**   20/23 28/11
28/12 28/14 28/16 28/19
28/20 28/25 29/8 29/14
31/9 31/21 32/2 35/9 35/22
37/5 44/11 62/25 63/10
63/11 63/13 63/16 80/19
82/19 82/21 90/3 118/11
118/14 121/11 121/12
121/20 122/7 122/8 122/16
125/7 125/11 126/9 128/24
138/15 141/11 144/9 149/3
151/16 162/23 163/4 196/20
197/1 197/4 202/5 202/7
215/15
**2016 [38]**   13/13 18/3 18/5
18/11 19/7 21/2 22/21
23/10 23/12 24/4 24/6
24/24 27/6 28/5 33/12 34/5
34/10 63/12 64/2 71/14
71/17 71/19 72/12 80/19
91/20 92/7 100/3 100/5
135/10 154/16 154/17 155/1
157/3 163/17 168/8 194/25
202/18 214/9
**2016-2017 [1]**   91/4
**2017 [18]**   1/5 21/14 34/5
68/1 68/24 79/21 91/4

## 2

**2017... [11]**  92/21 92/23 92/25 93/2 93/12 93/20 139/2 140/4 150/9 170/4 177/15
**20D [4]**  131/15 131/18 132/2 132/4
**20th [1]**  92/23
**21 [5]**  92/21 92/24 92/25 214/9 215/15
**21st [2]**  121/11 121/12
**22 [9]**  16/11 17/19 18/4 18/5 25/25 26/3 49/8 55/25 56/9
**221 [1]**  2/11
**23 [8]**  73/15 93/2 141/6 155/17 155/20 166/9 172/1 172/11
**24 [5]**  37/16 63/8 68/20 69/10 78/4
**244 [1]**  48/12
**24th [1]**  93/12
**25 [3]**  1/19 68/21 197/17
**25M [1]**  197/17
**25th [1]**  180/24
**26th [1]**  68/1
**27 [8]**  21/23 22/10 24/6 25/24 26/2 26/3 180/11 180/13
**27th [1]**  183/1
**29 [4]**  90/3 125/7 204/19 204/19
**2:00 [2]**  128/2 128/10
**2:09 p.m [1]**  128/12

## 3

**3's [1]**  155/8
**30 [3]**  140/4 150/16 168/17
**300 [1]**  48/21
**30th [1]**  150/9
**31 [1]**  92/6
**31-4 [1]**  153/25
**31st [1]**  33/6
**32-1 at [1]**  140/3
**320s [1]**  49/20
**330s [1]**  49/20
**333 [1]**  1/23
**34 [2]**  88/10 90/1
**35 [6]**  139/3 139/6 139/7 139/16 140/7 140/11
**36 [4]**  72/8 72/9 140/10 209/18
**37 [3]**  72/21 209/17 210/9
**38 [2]**  61/14 116/10
**39 [1]**  121/7
**3:25 [1]**  176/23
**3:40 [1]**  176/21
**3:43 [1]**  176/24

## 4

**40 [2]**  112/17 125/4
**40 percent [1]**  150/14
**400s [1]**  49/20
**41 [4]**  128/17 128/20 214/15 214/21
**42,000 [2]**  89/7 89/9
**425 [2]**  48/13 51/20
**47 [8]**  2/9 55/25 85/6 85/6 99/10 99/13 214/15 214/21
**4700-C [1]**  1/23

**4:56 [1]**  222/3
**4th [6]**  91/20 93/20 144/25 145/2 145/9 146/15

## 5

**5.7 [1]**  28/8
**50 [1]**  22/20
**50 percent [5]**  7/3 7/9 44/9 54/7 138/22
**500 [1]**  10/8
**55 percent [2]**  22/20 23/11
**56 [1]**  167/23
**58 [2]**  12/4 12/5
**5th [4]**  59/6 59/21 60/20 93/24

## 6

**60 [4]**  20/25 21/24 22/1 154/2
**628 [1]**  151/24
**636 [1]**  152/1
**65 percent [1]**  23/14
**67 [1]**  154/19

## 7

**70 percent [1]**  16/17
**72 [3]**  155/6 155/7 155/9
**727s [1]**  49/19
**737s [1]**  51/17
**747 [5]**  49/19 51/15 51/15 136/11 195/20
**747-400s [1]**  49/20
**747-8s [1]**  51/17
**747s [1]**  51/17
**757s [1]**  49/19
**76 [2]**  194/17 194/18
**767 [4]**  72/6 194/18 195/2 195/9
**767s [5]**  51/17 189/3 194/23 195/4 195/5
**777s [1]**  51/17
**78 [2]**  97/6 157/21
**796 [8]**  141/8 141/10 151/5 151/5 151/10 151/11 151/12 151/14

## 8

**8.3 [1]**  29/9
**80 [1]**  6/22
**800 [1]**  1/16
**81 [2]**  105/12 105/14
**8:00 [1]**  193/5
**8:00 in [1]**  193/4
**8s [1]**  51/17

## 9

**93 [1]**  102/16
**96 [3]**  158/6 158/11 158/14
**97 [1]**  104/6
**98.6 percent [1]**  12/24
**99 [2]**  94/6 94/17
**99 percent [1]**  32/24
**9th [1]**  177/15

## A

**a.m [2]**  1/6 221/23
**A320s [1]**  49/20
**A330s [1]**  49/20
**ability [6]**  8/24 65/5 72/4 84/5 193/10 219/19
**able [6]**  5/12 5/16 96/14

**145/17 205/4 219/21
about [139]**  6/9 6/18 15/3 15/4 15/12 17/7 17/24 21/2 22/21 29/4 29/4 29/9 29/13 29/16 30/1 33/13 33/14 33/20 34/6 35/1 38/18 39/10 39/17 41/12 47/15 50/24 53/22 54/9 55/18 55/19 55/20 56/1 56/25 57/3 57/8 57/12 57/15 58/2 58/4 59/24 60/9 66/17 67/7 72/2 73/12 74/8 74/10 76/20 77/20 77/20 77/21 77/23 77/23 77/23 78/7 78/25 80/4 80/10 80/11 82/2 85/23 86/22 89/7 89/25 90/5 95/8 95/20 95/25 97/5 98/2 99/25 102/6 105/18 108/16 108/17 112/14 112/18 113/14 114/8 114/21 116/19 117/12 117/12 117/20 119/19 121/19 123/15 124/12 125/11 125/15 127/2 128/6 128/7 129/5 132/14 135/7 135/23 136/1 138/13 153/20 157/15 158/22 161/13 161/15 162/18 165/17 165/18 167/1 168/19 169/4 175/17 176/9 177/7 180/2 181/22 182/9 183/11 183/15 184/10 184/20 186/2 189/3 189/15 190/12 191/3 195/10 195/25 201/19 202/6 203/18 207/18 209/4 210/19 211/24 212/9 215/3 219/17 220/23 221/8
abouts [1]**  118/14
**above [3]**  27/20 30/10 223/5
**above-entitled [1]**  223/5
**abruptly [1]**  135/9
**absences [1]**  215/19
**absenteeism [4]**  215/3 215/6 215/20 216/1
**absolute [5]**  134/21 165/10 170/6 189/21 189/23
**absolutely [20]**  42/17 46/11 46/12 52/17 57/4 57/16 58/25 67/9 76/18 111/8 144/2 144/6 153/10 169/23 169/24 189/17 191/7 196/12 199/8 217/1
**abuse [7]**  181/21 181/22 181/25 182/1 216/13 216/14 217/4
**abused [2]**  216/15 217/17
**abusing [1]**  216/11
**ABX [2]**  72/1 72/1
**ACARS [1]**  84/23
**accept [7]**  15/25 21/4 29/22 82/16 135/24 156/1 213/13
**accepted [5]**  77/17 139/23 216/20 217/9 217/11
**accepting [2]**  4/19 33/21
**access [1]**  98/16
**acclimated [1]**  192/6
**accommodate [2]**  54/10 54/11
**accommodating [1]**  196/10

**A**

**accommodation [1]** 178/2
**accomplish [2]** 122/1 130/6
**accountability [3]** 80/2
 105/22 203/18
**accountable [1]** 156/16
**accuracy [2]** 95/10 172/15
**accurate [6]** 70/4 71/7
 175/5 175/6 175/8 184/14
**accusation [2]** 127/19
 171/10
**accusations [1]** 212/9
**accuses [1]** 58/18
**accusing [1]** 126/24
**accustomed [5]** 64/22
 143/13 144/10 144/11
 144/15
**Ackerman [1]** 3/9
**acknowledge [2]** 187/24
 187/25
**ACMI [5]** 51/1 51/4 51/5
 51/6 191/3
**acquired [1]** 98/5
**acquiring [1]** 100/13
**acquisition [2]** 100/6
 163/19
**acronym [1]** 51/4
**across [4]** 130/1 167/11
 193/13 214/12
**action [9]** 1/3 3/2 27/1
 40/18 94/24 135/23 156/22
 166/2 213/8
**actions [1]** 211/9
**activities [5]** 26/25
 163/20 164/2 171/11 213/20
**activity [7]** 65/21 65/21
 165/23 169/22 171/16
 179/15 180/25
**actual [5]** 9/14 39/14
 39/16 40/3 88/1
**actually [54]** 7/1 7/16
 7/24 8/17 9/7 9/21 20/6
 22/8 22/22 23/1 23/5 25/12
 30/3 35/24 36/5 36/11
 36/24 38/14 39/8 44/21
 45/3 58/24 68/9 71/3 79/2
 80/14 80/20 87/16 87/21
 95/8 96/11 97/19 98/24
 106/22 107/3 107/17 107/21
 114/15 123/14 124/10
 124/12 124/21 145/14
 146/13 151/13 157/2 160/17
 163/3 170/15 180/2 183/5
 186/14 198/2 209/18
**ad [1]** 53/21
**adamant [1]** 89/22
**adapt [2]** 148/18 148/21
**add [4]** 52/24 53/18 53/18
 55/9
**added [10]** 3/19 46/6 52/12
 52/13 52/18 53/19 66/16
 88/2 103/25 194/4
**adding [1]** 194/4
**addition [2]** 52/25 149/24
**additional [7]** 3/16 30/11
 31/9 31/10 41/10 75/25
 176/20
**Additionally [1]** 69/18
**address [5]** 3/22 37/3 73/5
 86/23 107/25

**addressed [3]** 31/1 41/4
 108/22
**adds [3]** 54/23 55/2 88/2
**adequate [4]** 74/2 167/12
 168/17 219/16
**adhered [1]** 124/20
**adherence [1]** 61/24
**adhering [1]** 113/9
**adjourn [2]** 220/21 221/25
**adjourned [1]** 222/3
**adjust [2]** 148/14 150/5
**adjustment [1]** 94/1
**Adjustments [1]** 60/3
**admission [3]** 4/15 108/10
 108/20
**adopt [4]** 4/5 5/12 5/16
 50/16
**adopted [8]** 4/7 27/12 33/3
 33/4 155/17 157/7 158/4
 161/7
**advance [1]** 39/4
**advanced [4]** 38/2 38/21
 39/5 76/4
**advantage [4]** 63/17 80/7
 82/23 86/8
**advantages [1]** 52/23
**adverse [1]** 164/14
**adversely [1]** 156/23
**advice [1]** 120/19
**advise [1]** 71/22
**advised [1]** 111/5
**advising [1]** 26/24
**aeromedical [2]** 38/8 38/11
**aeronautical [2]** 49/23
 49/23
**affect [4]** 11/17 42/16
 156/2 219/14
**affected [2]** 7/1 9/11
**affecting [1]** 129/23
**affects [2]** 142/17 156/23
**affied [1]** 180/23
**affirm [2]** 50/7 50/16
**AFS [1]** 79/8
**AFS-200 [1]** 79/8
**after [48]** 10/18 10/20
 13/4 13/4 13/9 13/22 14/17
 15/16 16/7 16/25 17/16
 18/20 20/20 23/9 23/13
 26/22 27/6 30/9 30/15 31/3
 31/5 39/21 41/17 44/10
 47/3 49/10 78/10 89/16
 100/13 100/13 119/7 121/18
 129/7 130/24 131/2 138/16
 141/11 149/21 159/15 161/3
 161/4 163/18 164/19 166/23
 171/9 180/3 213/20 214/6
**afternoon [1]** 130/20
**afterwards [1]** 161/7
**again [83]** 4/4 6/13 7/9
 9/1 10/9 10/13 11/3 11/8
 14/7 15/14 15/24 16/21
 18/24 21/3 21/12 22/4
 22/11 22/16 23/8 23/21
 25/2 27/5 28/21 28/25
 29/17 30/5 33/19 33/21
 33/25 34/7 36/15 37/6 38/5
 40/8 40/17 41/24 42/1 56/9
 67/3 68/23 73/17 77/25
 83/5 83/23 98/16 106/2
 107/14 108/13 112/11 114/3
 115/1 118/15 125/23 126/23

 127/12 133/21 142/18
 142/24 148/8 149/25 155/4
 158/9 167/1 167/7 167/25
 168/5 168/21 170/24 178/22
 178/23 181/13 181/14
 181/19 182/25 184/3 196/13
 202/20 203/4 207/5 214/14
 214/18 214/20 219/1
**against [6]** 14/13 127/19
 132/12 151/2 166/13 217/16
**aggregate [4]** 65/16 165/23
 169/10 171/1
**aggregates [1]** 206/7
**aggressively [3]** 46/1
 46/10 46/11
**Agnini [4]** 160/10 160/11
 160/21 161/8
**ago [3]** 115/14 194/6 206/4
**agree [49]** 14/24 18/2
 21/16 55/8 56/8 58/20 73/5
 95/21 101/24 102/1 102/10
 111/9 111/13 114/7 114/12
 117/7 120/6 120/7 121/14
 123/11 124/25 134/1 136/9
 137/20 138/2 138/5 140/21
 140/22 140/23 141/12 143/8
 144/8 144/15 148/13 169/18
 187/25 188/2 188/3 190/21
 193/3 193/8 197/7 199/3
 199/12 199/13 205/8 205/9
 218/24 219/6
**agreed [3]** 101/21 124/15
 131/10
**agreement [39]** 3/18 57/9
 60/16 61/25 97/2 100/2
 101/10 101/11 101/11
 101/12 101/17 101/25 102/4
 102/9 102/11 110/17 110/21
 111/20 113/10 114/5 120/2
 120/6 123/9 124/18 131/3
 131/13 131/16 132/14
 132/22 132/23 132/24
 132/25 134/10 135/8 197/15
 198/3 213/2 213/4 216/8
**ahead [8]** 62/19 87/21
 139/8 148/18 181/16 185/21
 199/2 221/2
**aided [1]** 1/25
**aimed [2]** 27/1 196/10
**air [16]** 1/2 3/2 47/25
 53/24 53/25 70/6 86/2
 118/7 132/25 133/23 134/2
 134/2 134/3 136/21 137/13
 154/13
**Air's [1]** 215/24
**Airbus [2]** 49/20 49/20
**aircraft [16]** 49/18 51/5
 51/7 51/13 51/13 51/16
 54/22 88/16 88/25 89/4
 90/4 90/13 136/11 195/20
 208/9 208/10
**airline [27]** 35/12 36/16
 42/16 43/12 43/17 45/7
 49/3 56/23 66/13 76/2
 76/12 85/22 107/15 107/17
 107/19 109/11 143/12 144/9
 145/11 153/5 175/13 175/20
 187/23 189/22 189/22
 191/21 208/8
**airline's [1]** 144/17
**airlines [14]** 44/17 44/17

**A**

**airlines... [12]**  49/6 49/7
49/10 142/14 143/10 149/15
149/25 172/22 173/3 173/8
190/23 191/1
**airman [1]**  36/23
**airman's [1]**  180/7
**airmen [1]**  36/11
**airmen's [1]**  36/12
**airplane [16]**  82/7 84/24
86/2 86/7 86/9 86/18 86/20
87/8 87/24 88/5 89/13
89/22 171/6 197/11 197/12
197/13
**airplanes [2]**  53/2 86/11
**airport [2]**  68/4 69/25
**Airways [1]**  44/17
**Akins [7]**  20/1 20/19 22/11
23/17 23/19 25/12 47/4
**Akins' [12]**  19/15 20/5
21/4 21/13 21/23 30/4 30/7
31/3 31/14 31/14 34/24
43/19
**al [4]**  1/2 1/6 3/3 3/4
**alarm [1]**  126/6
**alert [5]**  96/16 190/20
192/7 192/9 192/14
**aligned [1]**  205/2
**all [116]**  3/10 3/15 5/10
6/25 8/19 9/3 10/19 14/4
15/22 20/8 25/2 25/7 25/12
27/3 30/25 32/16 33/7 35/9
35/9 40/11 41/3 41/3 41/3
41/5 41/9 41/18 41/20
41/21 42/5 46/4 50/19 52/7
53/16 57/10 59/3 62/18
64/3 65/3 66/21 68/3 74/25
76/6 77/19 77/21 77/22
79/1 80/6 80/8 80/17 83/6
84/12 84/12 87/17 87/18
92/5 99/5 99/25 101/13
101/23 103/7 104/12 105/11
108/16 108/16 113/5 113/12
121/4 128/22 135/11 136/3
141/10 141/14 142/15
142/19 142/23 143/16
143/16 143/20 143/25
148/10 149/5 149/11 151/6
156/5 156/12 156/21 160/18
161/11 161/17 161/18
161/19 162/9 163/3 165/21
165/22 170/16 171/24
179/23 189/5 189/16 192/14
201/9 208/2 209/8 209/9
215/4 215/7 215/24 216/2
219/11 219/17 219/23
221/18 221/20 221/23 222/1
**allegation [2]**  167/4
213/14
**allegations [3]**  55/4
182/17 210/15
**alleged [2]**  39/24 40/2
**Allentown [1]**  185/7
**allow [3]**  30/17 90/11
167/18
**allowing [1]**  132/7
**allows [3]**  131/18 156/21
192/19
**almost [4]**  43/24 49/11
91/2 112/17

**alone [3]**  8/14 11/2 210/20
**along [9]**  15/25 31/9 62/4
81/25 86/21 116/24 132/24
185/17 205/18
**already [8]**  50/20 53/12
74/8 144/10 148/4 190/15
192/25 220/16
**also [37]**  5/15 5/16 14/3
22/24 23/17 34/16 35/1
43/7 48/19 48/23 51/16
52/2 70/7 73/3 74/3 94/23
95/17 113/3 114/22 117/14
130/22 137/9 142/18 149/25
152/9 157/20 176/6 177/18
178/4 185/3 189/14 194/12
205/3 208/17 210/18 213/8
218/12
**alternates [1]**  77/8
**alternative [1]**  41/14
**altogether [1]**  186/9
**always [8]**  27/18 37/9 75/1
111/10 113/17 150/16 203/9
207/14
**am [20]**  5/14 5/18 43/5
43/10 74/17 85/17 85/25
89/7 92/1 96/4 100/22
122/23 154/12 163/15 165/8
166/6 173/4 182/20 185/25
205/13
**Amazon [21]**  46/15 46/16
52/18 52/23 53/1 54/12
54/19 72/4 87/23 88/4
130/22 184/13 184/21
184/22 185/11 185/11
188/15 188/18 194/23 211/4
218/12
**Amazon's [1]**  218/10
**ambiguity [1]**  123/15
**amend [1]**  124/22
**amendable [1]**  60/16
**America [1]**  51/19
**American [1]**  195/23
**Ames [14]**  66/17 66/17
66/18 84/10 145/17 145/23
175/21 175/23 175/25 176/3
177/3 177/11 177/19 178/4
**among [2]**  43/9 138/8
**amount [17]**  11/20 31/4
31/10 31/11 31/16 32/3
32/10 32/11 32/23 38/2
38/21 71/11 89/3 169/10
176/14 202/7 209/5
**amounts [6]**  28/22 30/5
30/11 32/20 33/1 34/16
**analyses [3]**  6/9 8/16
25/12
**analysis [36]**  6/7 6/8 7/17
7/20 8/5 8/11 8/15 14/20
16/6 16/11 16/22 16/23
17/1 17/15 17/22 17/23
18/19 19/5 25/2 25/7 29/20
31/2 31/8 31/13 34/23
39/19 40/9 40/10 40/23
40/25 41/5 42/2 42/19
43/25 45/15 168/6
**analytical [1]**  44/16
**Anchorage [4]**  68/5 172/22
173/3 173/8
**anger [1]**  211/3
**announcement [2]**  163/18
171/10

**annually [1]**  146/11
**anomalous [2]**  26/15 29/23
**anomaly [1]**  29/23
**another [29]**  10/2 14/17
16/16 24/25 25/3 41/11
67/8 74/6 74/16 78/11
78/17 78/21 83/10 88/2
92/19 100/6 114/3 132/23
150/15 152/9 172/22 173/8
185/25 186/7 186/8 187/1
187/5 188/23 200/20
**answer [37]**  17/8 18/13
20/12 29/25 30/24 40/8
45/4 62/6 79/24 87/22
117/1 119/19 119/21 146/21
148/19 148/20 150/21
157/12 161/25 176/15 181/3
185/17 200/24 203/24 204/4
204/11 206/10 212/2 213/18
217/15 217/25 218/1 219/1
219/2 219/3 220/4 220/7
**answered [3]**  34/1 45/9
212/5
**answers [2]**  30/21 31/24
**any [91]**  4/18 7/24 8/1 8/1
9/15 11/11 11/12 25/4 25/5
34/9 34/21 35/12 36/15
39/24 39/25 40/7 40/7
40/15 40/15 42/10 42/12
43/12 47/1 57/19 58/3 61/3
61/6 62/25 63/9 63/14
65/12 65/12 66/19 70/3
70/24 71/17 75/10 76/1
81/8 82/12 82/25 84/10
85/25 87/15 88/25 89/3
89/18 90/5 90/7 91/5 95/22
103/22 104/2 105/6 108/12
108/18 108/21 118/6 122/6
123/17 123/18 126/23
129/11 146/5 155/22 156/1
156/22 157/25 159/7 160/1
161/20 162/23 163/1 175/3
188/4 189/22 192/1 193/24
198/5 198/9 210/15 210/25
211/9 211/18 211/18 212/7
212/14 217/14 217/16
217/16 221/16
**anybody [4]**  58/23 128/6
162/1 219/24
**anyone [4]**  73/23 73/24
90/21 120/15
**anything [19]**  3/22 58/2
58/13 59/2 61/23 74/12
81/7 81/15 105/7 119/14
120/18 128/6 172/4 172/7
175/6 189/23 212/8 213/9
221/24
**AOG [1]**  191/2
**apologies [2]**  30/19 209/18
**apologize [7]**  72/10 139/22
140/16 168/21 188/10 207/9
220/24
**apparent [2]**  19/10 21/17
**APPEARANCES [1]**  1/11
**appears [5]**  13/10 22/8
22/12 113/25 180/2
**appendix [1]**  9/1
**applicable [2]**  120/12
143/22
**application [3]**  24/12
149/9 149/9

**A**

applied [1]  100/15
apply [2]  23/3 133/6
appointment [2]  38/25 39/2
appreciate [4]  21/22
133/14 187/20 204/17
appreciation [1]  86/20
approach [3]  3/4 139/12
154/5
appropriate [6]  41/20
53/10 211/20 211/23 213/23
217/3
appropriateness [1]  216/22
approximately [5]  44/9
89/9 138/15 141/16 166/24
April [13]  71/15 100/5
121/11 121/12 121/20 122/7
122/8 122/16 135/10 151/22
151/23 151/24 162/23
April 2012 [2]  151/23
151/24
April 21st [2]  121/11
121/12
arbitrate [2]  100/17 133/7
arbitration [6]  99/17
100/19 100/19 100/21 101/4
113/5
arbitrator [2]  100/18
133/3
ARC [1]  142/6
are [211]  3/13 3/18 5/12
5/16 6/3 6/20 6/25 7/6
7/17 7/24 8/20 9/3 9/15
11/11 12/11 12/25 13/10
27/23 31/21 32/12 32/18
32/23 33/1 34/2 34/2 34/15
34/16 34/21 35/13 35/19
35/24 36/16 36/19 36/24
37/9 37/9 38/1 38/8 38/17
39/20 40/5 40/12 42/5 42/8
43/11 44/19 45/18 46/6
47/15 48/9 48/11 48/20
50/22 51/13 51/23 52/4
52/7 52/15 53/2 53/19
53/20 53/23 58/25 60/5
60/13 60/24 62/1 62/15
62/20 63/8 64/11 64/14
65/16 65/20 66/1 66/12
66/21 66/23 70/13 73/17
74/1 75/4 75/4 75/5 75/8
76/15 77/8 78/8 80/17
81/10 83/14 89/19 90/7
94/4 94/13 95/11 95/14
96/3 96/4 96/20 97/17 98/4
98/14 98/15 102/6 102/14
103/8 104/11 104/12 104/25
105/3 106/3 106/16 106/17
107/5 107/14 107/14 107/20
108/2 108/11 108/21 109/21
111/9 112/1 112/11 112/13
112/24 113/3 113/3 113/4
113/17 114/11 123/16
127/18 135/6 136/1 137/5
138/11 141/22 143/1 143/12
144/2 144/10 144/15 146/8
146/11 147/25 148/1 148/3
149/2 149/4 149/14 149/15
149/22 152/10 153/11
154/10 154/24 154/24
154/25 154/25 157/7 157/8

164/15 164/23 164/25 165/1
166/7 166/11 166/18 167/2
167/3 168/11 169/3 169/14
171/2 171/17 172/9 172/24
173/24 175/3 181/8 181/19
182/8 182/23 183/15 184/22
186/4 188/19 189/8 189/12
190/9 190/24 196/23 198/5
198/5 201/9 201/19 201/20
202/19 203/16 203/22
203/25 205/2 206/2 214/5
216/22 217/14 218/14
221/11 221/22
area [1]  145/11
areas [2]  62/11 62/12
aren't [10]  11/6 35/20
36/20 38/17 41/4 104/1
123/2 134/10 150/1 181/23
argue [3]  11/24 134/11
134/15
arising [1]  114/1
arithmetic [2]  34/3 34/7
arm [1]  52/13
arm's [2]  99/16 99/21
arose [1]  14/3
around [27]  7/3 12/23
15/21 21/2 21/9 21/20
22/20 22/23 23/9 23/11
23/11 23/12 23/13 23/14
24/3 48/13 51/14 51/18
61/5 83/16 88/16 109/2
155/20 176/21 183/12
189/18 201/22
arrangement [1]  57/8
arrangements [1]  69/23
arrival [6]  20/7 20/18
20/20 21/13 22/5 86/5
arrivals [1]  22/13
arrive [2]  85/24 86/6
arrived [1]  49/3
arriving [1]  20/19
as [200]  4/22 5/13 5/17
6/12 6/12 6/16 7/15 8/7
8/13 8/23 9/14 11/16 13/21
14/15 18/3 18/5 19/1 19/1
20/18 21/3 22/22 23/7
23/22 24/16 24/16 24/21
25/7 25/13 26/6 28/16
28/20 29/12 29/18 31/16
35/2 36/15 36/15 36/18
37/10 38/21 41/2 41/8
41/12 43/10 43/12 43/13
43/13 43/20 44/23 44/23
45/9 46/5 49/12 49/15 50/7
50/16 50/25 51/6 51/19
51/25 51/25 52/18 54/2
56/21 56/22 56/25 57/2
59/12 60/18 60/18 60/22
60/22 64/17 70/24 71/20
73/17 73/22 76/3 76/5
76/13 78/8 78/12 79/5 81/1
83/22 87/2 87/2 89/10
90/24 97/24 99/13 99/24
100/1 103/13 106/25 106/25
111/16 113/1 113/2 113/13
113/13 114/3 115/20 118/6
119/14 119/16 119/16
119/19 120/4 120/5 121/1
122/13 122/22 123/10 124/5
124/11 125/22 126/18
126/18 128/23 129/14

129/16 129/24 129/24 130/9
131/11 133/12 133/15
133/23 134/9 137/11 138/21
139/17 140/6 140/11 142/10
142/22 143/20 143/24 145/9
145/25 146/2 146/2 148/17
148/24 149/6 150/3 150/9
150/24 152/6 152/7 154/16
157/14 157/14 157/21
158/25 160/16 160/25 163/1
163/24 165/20 166/12
168/24 171/6 173/13 174/12
174/17 174/20 175/11
178/25 179/2 182/4 182/13
182/24 183/17 187/23
188/13 191/2 191/4 191/20
191/21 193/23 195/25 197/9
198/25 201/16 202/10
205/21 206/18 207/15
207/24 208/7 213/13 213/14
213/14 213/22 217/5 218/20
219/1 219/20
Asia [4]  51/18 186/17
188/9 188/14
aside [2]  50/5 135/17
ask [31]  3/23 4/11 5/9
17/8 17/10 17/11 24/5
30/17 30/20 31/7 33/9
44/15 54/3 55/19 58/15
71/23 73/9 73/11 84/1
86/22 88/15 116/2 134/15
157/1 172/3 202/24 204/1
204/7 208/3 212/25 218/7
asked [22]  17/6 31/1 57/15
62/4 64/25 73/12 77/25
98/3 101/3 116/4 116/25
165/11 202/21 203/25 210/8
210/23 211/12 212/15 213/7
217/15 219/7 219/10
asking [15]  10/16 11/1
15/17 17/7 19/2 40/5 45/4
60/9 95/12 100/20 119/8
162/2 176/15 210/2 220/4
asks [1]  155/25
aspect [1]  42/15
aspects [2]  153/7 156/5
assembled [1]  66/10
assembling [2]  68/19 169/3
asserting [1]  79/18
assess [1]  35/19
assign [2]  198/9 200/16
assigned [6]  75/16 75/17
75/25 177/6 177/15 198/6
assignments [1]  189/8
assigns [1]  199/5
associated [4]  87/25
106/18 179/22 202/13
Association [1]  76/13
assume [3]  35/15 151/22
167/2
assuming [1]  33/25
assure [1]  115/12
at [289]
ATAM [8]  72/3 95/1 95/2
97/8 97/9 98/17 98/21
166/1
ATAMs [6]  65/19 94/25
97/12 97/17 97/23 110/1
ATC [4]  6/11 10/21 86/4
192/1
ATI [3]  196/16 196/17

**A**

ATI... [1]   196/18
ATLAS [174]   1/2 3/2 6/18
6/19 6/20 6/25 12/24 14/5
20/6 21/13 22/4 25/3 28/13
35/4 35/5 35/12 35/22
36/11 36/15 37/7 39/1 40/1
40/8 43/5 43/9 43/10 43/11
43/23 43/25 44/3 44/4 45/1
45/1 45/10 45/13 45/22
46/1 46/7 47/25 48/5 48/6
48/11 48/12 49/4 49/14
50/24 50/25 51/11 55/7
55/20 56/14 56/16 57/8
57/19 58/13 58/18 60/18
61/6 61/16 69/13 75/11
77/2 77/8 78/11 85/19 87/4
87/8 89/7 89/11 90/5 90/7
94/23 99/3 99/11 99/14
100/3 100/5 100/8 100/11
100/12 100/24 102/5 103/1
104/19 107/2 110/10 111/5
111/7 111/16 111/22 113/9
114/24 116/9 116/16 118/7
118/8 118/16 125/7 129/22
131/13 131/23 132/24
133/23 134/2 134/3 136/15
136/16 136/18 136/19
138/14 141/13 142/20 143/9
144/6 144/11 147/1 147/1
147/6 147/21 148/11 148/15
149/6 149/18 152/23 153/12
154/13 155/25 156/4 156/11
156/15 156/16 156/20
158/18 158/23 160/12
160/15 161/21 162/8 162/16
162/17 163/2 163/18 163/19
164/4 166/13 171/9 171/10
180/7 182/21 183/6 190/24
191/8 191/12 194/18 195/11
195/16 195/19 195/22 196/2
196/9 196/16 196/20 201/5
204/22 204/24 205/12 211/4
215/23 218/8 218/12 218/17
218/20 219/13 219/22
Atlas' [17]   12/10 20/2
21/7 28/17 28/20 29/1 52/5
88/11 136/9 150/9 160/8
164/3 165/2 191/13 196/1
196/4 218/10
ATP [1]   159/5
attach [1]   94/23
attached [11]   94/4 94/4
102/17 103/8 108/11 139/3
139/9 139/17 139/17 140/7
140/9
attachment [1]   104/3
attachments [2]   206/17
214/4
attempt [4]   34/22 40/18
42/10 134/14
attendants [2]   48/20 48/20
attended [1]   56/2
attention [16]   5/10 25/21
25/24 37/17 68/22 71/16
73/8 94/3 96/24 104/6
107/9 128/16 163/7 163/12
182/16 209/13
attitudes [1]   147/7
attorney [1]   204/6

attractive [1]   202/14
attributable [1]   201/15
attrition [1]   150/24
audio [1]   94/15
audit [2]   146/10 161/10
audited [2]   145/23 146/3
audits [1]   146/10
augmented [1]   221/17
August [5]   68/1 129/7
155/17 155/20 183/1
August 26th [1]   68/1
August 27th [1]   183/1
Australia [2]   51/19 186/17
authored [1]   44/20
authorization [1]   84/19
authorize [1]   143/21
automatic [2]   75/20 75/21
available [15]   40/11 80/6
83/12 83/17 83/18 98/1
98/16 107/15 138/23 173/10
200/16 200/17 200/17 201/1
219/17
Ave [1]   1/19
Avenue [1]   1/23
average [17]   12/15 12/24
13/15 14/8 14/12 14/13
14/21 14/24 15/8 15/8
15/17 15/20 16/1 28/7 28/9
29/11 43/14
averages [1]   29/4
avoid [2]   99/15 99/21
awarded [2]   79/7 190/16
awards [1]   199/5
aware [4]   43/5 43/10 66/23
90/7
Awareness [2]   158/8 158/16
away [2]   83/10 219/21
awful [4]   23/7 29/1 45/10
88/12
awfully [1]   124/9

**B**

B767 [1]   195/20
B767s [1]   195/24
Bachelor [1]   49/22
back [70]   9/3 25/21 27/5
36/21 49/5 52/4 52/7 55/21
68/23 70/5 71/16 73/10
81/19 81/21 103/22 104/3
105/7 106/10 113/12 115/16
116/5 118/9 118/18 119/2
119/10 119/14 119/16
120/21 122/22 128/12
128/17 129/2 135/5 135/10
135/11 140/1 141/5 150/12
150/15 150/21 151/18
151/20 151/23 151/24 159/9
162/21 162/22 163/8 165/5
173/5 176/2 176/21 176/24
182/4 186/24 190/4 192/13
192/21 193/7 194/6 194/19
195/13 201/13 201/18
202/20 203/9 206/8 216/25
217/8 221/7
background [4]   51/10 76/1
76/3 101/20
backs [1]   140/12
backside [1]   167/17
bad [3]   8/6 8/10 13/12
badge [1]   138/9
baked [1]   41/6

balance [1]   194/11
ballpark [1]   16/4
Bankruptcy [1]   1/22
bantered [1]   54/8
barely [1]   38/13
bargain [3]   100/23 124/15
126/25
bargaining [33]   57/9 60/16
61/25 99/21 99/22 99/23
100/2 100/2 100/9 101/10
113/10 120/1 120/5 120/6
122/12 122/14 123/1 123/11
123/12 123/17 123/18
129/14 132/22 132/23
132/24 132/25 134/9 135/12
164/5 197/15 198/3 203/14
216/8
barking [3]   42/3 42/5 42/6
bars [1]   157/10
base [5]   12/21 14/13 14/19
31/18 173/10
based [13]   9/9 11/2 11/4
11/22 34/10 63/1 64/16
90/24 141/2 144/12 147/11
190/21 198/24
baseline [2]   147/24 148/25
bashful [1]   114/8
basically [1]   141/11
basis [7]   7/21 9/9 10/25
11/10 51/1 63/14 203/2
be [171]   3/19 4/23 9/23
10/10 10/12 10/23 10/24
11/24 15/6 15/20 16/2 16/5
16/10 16/11 16/21 17/14
18/18 18/23 19/2 22/8
23/14 24/11 24/16 25/1
25/10 26/15 27/7 28/5
28/15 29/23 31/18 31/20
32/6 32/7 33/14 33/17
37/13 37/24 38/3 38/11
38/22 39/2 42/1 42/20
43/12 47/16 47/19 54/9
62/19 65/10 65/11 71/23
72/24 74/22 75/23 76/21
82/13 86/5 86/6 86/7 87/17
87/20 90/6 92/18 96/14
96/21 97/3 98/12 99/7
99/14 101/16 102/14 104/2
105/7 105/16 105/21 106/2
106/10 107/13 108/9 108/22
111/11 113/17 113/25 114/2
114/16 115/3 115/20 115/22
116/5 119/23 124/11 124/20
125/4 125/18 127/18 127/24
130/1 130/9 131/23 139/2
139/17 140/13 144/14
145/17 147/3 149/19 149/21
150/6 150/6 151/16 151/19
151/20 153/20 155/8 155/9
157/20 161/10 165/22
165/23 168/18 169/25 174/3
178/19 178/23 181/23
183/10 183/20 184/4 184/6
184/20 185/12 186/6 186/7
186/8 186/17 186/20 186/20
186/21 188/4 188/8 190/7
190/20 191/20 191/21
191/25 191/25 192/8 192/9
192/12 192/13 193/6 193/19
194/14 194/20 197/19 199/9

**B**

**be... [10]**   200/7 201/12
205/4 207/15 207/18 211/24
213/16 216/18 216/25
219/11
**became [4]**   18/9 79/11
83/17 119/24
**because [76]**   7/10 9/5 11/4
13/11 25/15 27/9 30/12
30/21 32/9 32/22 39/2 42/4
43/11 44/2 46/6 57/12 61/2
64/25 68/9 72/2 74/1 74/4
74/13 75/2 80/1 80/9 80/10
87/3 87/20 95/9 104/23
111/25 113/1 117/16 117/20
120/13 124/6 133/10 135/6
138/20 139/24 142/12
142/17 144/18 144/22
145/19 147/16 148/16
149/24 150/8 150/18 152/7
152/11 159/3 162/3 167/25
169/9 173/10 176/5 176/8
181/10 183/21 184/17 191/1
199/2 200/10 200/18 201/2
203/25 204/22 206/5 206/9
206/13 207/14 209/24 219/7
**become [6]**   53/17 54/25
60/16 66/23 82/11 89/22
**becomes [3]**   113/15 200/18
201/8
**been [113]**   14/23 15/1 20/6
25/5 26/9 27/9 35/5 35/8
36/8 43/5 43/10 43/19
43/20 43/23 43/24 44/4
44/5 44/5 44/6 45/10 45/13
45/14 45/15 45/22 46/1
46/4 46/5 46/7 46/11 46/17
48/6 49/14 52/9 52/11
52/12 54/10 77/17 79/15
79/18 80/19 82/15 83/11
83/24 88/12 88/24 91/4
91/7 96/18 107/6 111/5
112/5 112/6 112/16 113/13
115/2 120/24 123/3 124/4
124/19 126/11 130/7 136/25
137/12 137/13 138/16
138/23 138/24 141/11
141/15 142/11 144/10
144/17 146/9 147/21 149/2
150/14 150/16 150/16
150/17 150/17 150/18 151/6
151/7 152/5 152/23 155/8
155/18 155/20 158/3 167/13
170/21 171/22 180/6 187/21
190/25 190/25 193/11
193/18 194/1 194/2 194/3
194/6 194/9 194/15 194/21
194/21 195/5 199/16 202/19
217/6 219/12 219/20 219/20
**before [40]**   1/9 3/23 6/10
16/7 16/24 17/9 17/16
18/20 19/7 30/9 30/17 32/5
35/25 39/6 57/16 58/16
63/5 64/20 71/2 78/23
85/15 95/6 115/4 119/23
121/15 125/25 129/1 134/19
134/20 151/15 151/15 152/4
152/10 155/21 192/9 194/8
194/11 201/12 209/22
221/24

**beg [1]**   30/2
**began [11]**   15/16 18/25
19/1 26/22 49/5 63/19
63/24 120/23 163/19 171/10
194/20
**beginning [4]**   23/9 24/4
151/20 192/23
**behalf [1]**   3/12
**behavior [76]**   14/1 25/5
37/3 39/14 39/25 40/3
41/25 42/16 43/17 45/6
57/20 58/3 63/20 63/25
64/7 77/25 126/9 126/10
164/15 165/1 165/13 182/1
203/9 209/3
**behavioral [11]**   15/21 37/4
38/22 39/3 58/4 74/15
170/21 170/22 193/20 209/1
218/5
**behind [1]**   101/8
**being [24]**   4/7 14/2 31/19
33/1 36/13 36/20 37/10
40/15 40/16 46/6 69/14
86/4 118/10 120/22 122/25
127/3 149/14 154/24 171/6
174/19 201/20 203/19
203/25 218/18
**belief [2]**   25/15 28/15
**believe [45]**   16/16 19/18
22/14 23/19 28/19 33/5
42/7 42/20 43/15 43/18
43/19 44/1 44/13 44/16
44/17 45/5 45/8 50/10
92/20 110/16 116/9 122/20
130/22 131/22 135/7 137/22
138/8 138/11 139/4 139/22
142/5 150/25 153/19 162/3
162/21 162/25 167/3 169/12
179/25 196/14 197/19
205/22 209/14 213/3 219/16
**believed [1]**   57/4
**believes [2]**   119/19 135/22
**below [1]**   68/3
**benchmark [1]**   150/7
**beneficial [2]**   202/15
202/16
**benefit [1]**   127/9
**benefits [1]**   60/6
**best [5]**   12/14 29/25 31/1
57/2 154/19
**better [10]**   8/12 62/5 62/9
117/1 117/22 119/20 120/10
185/24 186/4 218/5
**between [33]**   16/20 18/4
18/15 28/10 28/12 29/14
29/21 31/8 34/5 50/20
50/21 56/13 56/14 57/8
79/21 87/4 92/9 95/14 98/6
99/11 112/11 115/22 119/5
119/10 124/8 129/5 133/4
133/18 188/20 188/21
199/16 218/15 221/8
**beyond [1]**   30/11
**bid [4]**   189/25 189/25
190/14 190/15
**big [2]**   7/5 136/6
**bigger [2]**   13/7 53/19
**biggest [1]**   86/15
**bill [2]**   59/13 126/15
**binder [5]**   108/3 139/20
180/11 180/12 213/25

**bit [19]**   7/4 15/25 17/14
19/24 23/4 27/21 28/21
39/9 44/7 50/23 55/18
55/19 59/3 80/1 155/9
183/12 197/3 202/6 206/4
**blame [1]**   41/21
**blaming [1]**   201/14
**blended [1]**   15/3
**blindly [1]**   23/3
**blizzard [1]**   10/6
**block [6]**   35/25 58/10 84/4
85/14 85/20 204/21
**blocks [1]**   96/7
**blogs [1]**   107/14
**blue [3]**   21/9 22/19 179/5
**board [3]**   62/18 93/25
93/25
**boarding [1]**   194/3
**Bob [1]**   59/13
**body [3]**   150/6 190/19
193/7
**boggling [1]**   155/9
**bona [2]**   135/22 135/23
**bone [1]**   199/16
**book [9]**   19/18 93/13
116/10 116/11 125/5 128/18
128/19 153/14 177/2
**booked [2]**   69/22 176/4
**booking [1]**   175/19
**booklet [1]**   121/8
**books [1]**   3/19
**BOOT [9]**   58/7 62/25 63/21
63/25 83/23 83/24 83/25
84/25 204/21
**both [16]**   13/20 13/20
14/21 15/4 45/1 56/15
56/15 76/10 95/23 154/8
157/17 169/14 195/18
195/20 208/20 208/22
**bother [1]**   87/20
**bottle [1]**   207/22
**bottom [17]**   56/10 68/16
101/19 155/4 155/4 155/15
156/15 157/2 158/12 164/1
177/6 177/14 195/25 198/22
207/12 209/19 210/6
**bravo [1]**   133/16
**break [17]**   17/10 78/24
81/18 95/12 96/19 109/2
127/25 128/1 176/21 176/22
185/22 188/20 188/21
188/24 190/6 190/7 207/18
**brief [3]**   43/20 208/2
221/8
**briefly [8]**   49/2 77/4
91/10 91/16 98/2 99/6
99/25 208/7
**bring [3]**   52/4 96/22 96/24
**brings [2]**   111/12 190/3
**broadcast [1]**   95/3
**broadly [1]**   196/3
**BROTHERHOOD [3]**   1/5 1/18
3/3
**brought [3]**   110/4 130/9
218/14
**buffer [1]**   185/23
**build [4]**   53/3 54/24
185/22 191/22
**built [5]**   41/6 120/22
120/25 189/13 191/5
**bulk [2]**   141/17 141/17

**B**

**bullet [14]**   67/4 67/5 67/6
67/13 67/15 67/25 68/3
68/7 68/8 68/15 68/16
68/18 68/24 71/6
**bulleted [2]**   172/20 173/1
**bulletins [1]**   81/10
**bullets [2]**   164/22 182/25
**bump [2]**   31/11 32/3
**burned [1]**   192/25
**business [19]**   46/17 46/21
51/1 51/11 52/9 52/18
52/19 52/21 53/16 54/19
54/19 54/20 55/6 106/5
136/9 136/23 136/25 196/12
201/25
**busy [1]**   55/13
**but [216]**   7/5 7/7 8/21
9/13 9/20 10/15 11/8 11/22
11/24 12/9 12/15 13/18
14/7 14/19 15/7 15/17 18/1
18/12 18/24 19/3 19/24
20/21 20/25 21/3 21/17
21/18 22/12 23/10 23/22
24/2 27/22 28/20 29/12
29/17 31/20 32/17 32/22
34/20 35/11 35/18 37/8
38/14 38/24 39/23 42/7
42/22 43/20 44/8 47/16
51/16 52/17 54/10 54/14
55/24 59/1 59/2 59/15
64/21 66/1 67/10 67/22
68/11 73/19 74/1 75/4
76/20 77/8 78/25 79/2
79/12 80/1 80/2 81/11
81/12 85/25 87/2 87/15
87/20 87/25 88/4 89/15
91/13 95/9 96/4 96/16
96/20 97/15 98/3 98/6 98/8
109/17 110/23 111/8 111/24
112/6 112/17 113/15 114/12
119/14 120/18 122/8 124/17
126/3 127/3 128/6 130/7
130/22 131/20 131/23
133/24 134/24 135/3 135/17
137/2 137/12 137/19 138/4
138/19 138/23 140/10
140/10 141/18 142/12
142/22 143/1 143/5 143/25
144/3 144/7 144/14 145/6
146/8 146/22 147/3 148/23
150/21 150/23 151/1 151/18
152/1 155/22 157/7 157/17
158/3 161/3 161/17 162/9
162/22 163/6 165/8 165/10
165/22 167/10 167/20 168/2
169/9 170/6 170/19 171/3
173/14 174/15 174/19 176/3
179/4 179/18 180/8 182/12
182/14 182/23 183/22
183/25 184/4 184/6 185/2
185/13 185/17 185/22
186/24 187/8 187/18 187/21
188/10 188/12 188/19
188/25 189/6 189/24 190/7
190/9 191/22 192/4 192/13
193/6 193/7 193/17 193/17
194/11 194/20 197/3 199/21
200/24 201/9 201/14 203/5
203/24 207/20 212/14

212/22 216/23 217/1 217/7
218/2 218/7 219/2 219/5
219/11
**by-product [1]**   189/11
**bypassed [2]**   200/4
**bypassed for [1]**   200/4

**C**

**CAA [1]**   76/12
**calculate [2]**   15/17 33/16
**calculated [2]**   33/17
166/19
**calculation [1]**   33/23
**California [1]**   179/21
**call [87]**   4/11 7/14 7/15
24/18 28/11 33/15 37/5
38/20 39/1 39/4 39/4 40/7
47/3 47/8 64/20 65/6 65/11
66/1 67/7 67/8 67/19 67/20
67/22 68/8 68/10 71/1 71/1
75/3 77/6 78/7 82/13 82/14
84/7 84/23 94/12 98/3 98/4
98/5 98/6 117/25 118/2
126/3 126/5 127/13 127/15
127/20 129/18 157/22
166/12 167/16 167/19
167/21 167/24 168/23
168/24 168/25 170/2 170/6
171/22 172/7 173/10 173/14
174/3 174/12 174/17 174/22
175/4 175/14 176/4 178/13
179/22 179/25 180/3 180/19
182/6 182/6 182/23 183/23
185/10 194/10 200/22 210/4
216/18 217/2 217/3 217/6
217/20
**call is [1]**   98/5
**called [33]**   4/15 14/10
16/15 31/18 31/22 48/16
51/1 57/25 69/13 76/23
78/10 78/11 84/10 130/4
135/7 137/14 142/5 159/5
162/4 169/13 170/3 173/14
174/14 174/21 174/22 177/8
178/15 178/24 179/17
179/18 184/2 200/21 210/23
**calling [15]**   26/25 38/3
64/14 64/18 65/16 65/17
69/3 71/2 73/23 76/15
181/25 182/1 182/22 216/12
216/15
**calls [75]**   14/3 26/7 26/8
26/10 26/15 26/17 26/21
34/10 34/18 34/21 37/22
37/24 63/5 63/6 63/8 63/8
63/10 65/1 65/2 65/3 65/8
65/15 65/23 66/11 66/13
66/20 66/20 67/9 67/10
68/20 71/11 71/12 71/17
71/20 71/23 72/5 73/13
73/14 73/18 73/19 74/11
74/19 74/22 74/24 75/15
75/16 79/17 94/13 110/3
112/10 112/11 112/14
164/13 165/6 165/11 166/3
166/17 167/4 167/6 167/24
168/2 168/7 168/16 169/4
169/5 169/8 169/11 169/14
169/15 171/2 173/11 181/8
182/2 182/4 212/12
**came [20]**   63/11 101/10

102/22 119/6 119/7 119/7
121/20 125/13 135/11
143/16 145/23 146/1 146/3
148/4 148/8 150/24 153/2
153/4 176/3 176/4
**campaign [13]**   26/24 84/25
166/13 166/20 182/24
204/21 206/15 218/9 218/11
218/23 219/23 219/24 220/1
**Campbell [8]**   69/23 69/24
70/21 172/6 177/4 177/4
178/6 178/13
**Campbell's [2]**   177/15
177/23
**can [128]**   4/11 4/16 5/1
8/14 11/8 11/23 17/14
19/16 21/11 21/22 22/14
23/16 23/24 25/10 25/20
28/15 28/23 31/7 32/5 33/2
37/18 38/13 38/22 40/14
42/12 42/15 43/16 44/4
45/6 45/8 45/13 45/21 51/3
51/10 53/9 54/3 55/21
58/23 60/11 62/2 62/5
63/22 66/6 70/10 70/12
73/19 73/24 75/7 81/16
81/22 82/4 84/16 86/6 86/7
86/7 86/13 86/18 86/19
91/6 92/7 92/15 93/16
93/23 95/12 95/13 95/22
95/23 95/24 96/25 97/1
97/3 97/7 102/3 102/14
107/4 107/10 108/19 113/13
115/12 116/25 119/20
125/17 126/17 126/20
126/22 127/11 128/15
131/22 133/14 139/12
139/19 140/1 140/2 140/22
142/25 142/25 143/5 146/21
150/21 153/23 157/1 158/9
167/9 177/2 180/8 185/3
188/8 190/3 190/19 190/19
192/21 194/11 197/13
198/18 198/23 204/2 204/4
206/25 207/15 208/2 208/16
208/17 213/24 216/21
216/21 220/6 220/17 221/1
**can't [22]**   42/22 62/9
65/11 65/12 73/23 96/23
112/6 113/14 117/16 117/23
120/10 124/2 151/13 161/25
167/7 172/17 179/17 184/3
213/17 213/17 216/21
218/19
**cancel [4]**   176/7 176/7
201/2 201/6
**candidate [1]**   116/2
**candidates [4]**   56/21 56/24
115/23 116/1
**cannot [4]**   26/15 27/6 62/9
117/22
**capitulate [1]**   164/4
**captain [188]**   2/8 45/25
46/9 47/10 47/23 49/16
49/25 50/19 51/10 52/5
54/18 55/12 55/22 56/1
56/5 56/10 56/18 56/25
57/3 57/7 57/18 58/16
58/18 59/4 59/12 59/13
60/18 61/13 62/24 63/5
63/18 64/6 65/7 66/6 66/22

# C

captain... [153]  67/20
67/23 69/3 69/10 69/12
69/15 69/23 69/24 71/6
72/7 72/19 72/19 72/20
72/25 73/3 73/3 73/4 73/8
73/13 76/14 77/15 78/3
78/22 82/1 83/23 84/5
85/19 87/14 88/9 88/11
88/23 89/24 90/2 91/16
92/13 94/2 94/2 95/2 95/4
97/6 98/10 98/17 99/5 99/8
99/10 99/13 99/20 101/13
102/14 104/5 105/13 106/12
108/11 109/8 109/19 110/15
111/3 112/21 113/7 113/11
113/24 114/7 114/15 114/20
114/25 115/3 115/3 115/10
115/11 115/12 115/14
115/21 116/5 116/12 117/6
117/7 117/17 117/25 118/24
120/7 120/25 121/13 121/18
121/22 125/14 126/13 127/1
127/7 127/13 127/15 127/16
127/21 127/23 128/3 128/15
128/23 129/4 130/20 131/25
136/7 136/8 139/3 139/4
140/17 143/8 147/18 150/4
153/15 155/12 157/19
159/12 159/14 160/22 161/8
161/9 162/19 163/3 163/9
169/12 170/5 170/9 171/4
172/3 172/6 177/2 177/4
178/13 179/3 180/16 180/23
180/25 184/11 193/16
197/14 197/20 203/21
204/18 206/16 206/18
209/16 209/16 209/20
210/10 210/10 210/23 211/7
211/12 212/8 213/25 214/2
217/21 221/7 221/21
Captain Carlson [2]  78/22
87/14
Captains [1]  210/14
Caption [1]  126/24
captioned [3]  157/21 158/7
158/15
capturing [1]  41/15
career [1]  137/1
careers [3]  62/6 117/1
119/21
careful [1]  188/20
carefully [3]  203/24 204/4
215/24
cargo [22]  44/23 50/21
50/23 53/24 76/12 86/6
134/2 136/21 136/24 137/13
142/19 142/23 142/25 143/1
143/5 148/10 149/5 172/22
173/3 173/8 221/9 221/11
cargo/mixed [1]  149/5
Carlson [60]  2/8 28/19
45/25 45/25 47/11 47/21
47/23 49/16 49/25 50/19
51/10 52/5 54/18 55/13
58/16 59/4 60/18 62/24
63/5 63/18 64/6 65/7 66/6
66/22 71/6 72/7 72/20 73/8
73/13 76/15 77/16 78/3
78/22 82/1 83/23 85/19

87/14 88/9 91/16 92/14
94/2 94/2 97/7 98/10 99/5
99/20 101/13 102/14 104/5
105/13 106/12 109/6 128/3
128/15 150/4 203/21 209/16
221/5 221/7 221/21
Carlson's [2]  46/9 108/11
carrier [12]  43/23 44/4
44/8 44/9 44/22 45/1 46/5
87/5 87/5 100/6 143/23
201/6
carriers [11]  50/21 141/20
142/4 143/17 143/25 144/1
145/21 196/14 221/8 221/9
221/11
carry [2]  173/23 188/22
carrying [1]  185/11
carve [2]  142/19 142/25
cascades [1]  201/11
cascading [1]  74/9
case [23]  4/17 4/22 4/23
5/1 5/11 5/13 5/17 28/2
28/13 43/12 50/7 50/8
77/15 96/4 105/20 134/6
134/12 135/24 136/2 159/13
159/14 163/24 175/12
cases [3]  41/18 167/23
217/2
Casper [1]  44/19
catch [2]  19/20 41/3
catches [1]  66/3
cater [1]  88/16
catering [12]  88/12 88/23
89/19 89/23 90/4 90/5
90/12 91/5 91/12 91/23
115/1 115/4
caters [1]  88/25
Cathay [1]  53/24
cause [13]  8/23 28/23 32/7
41/25 41/25 100/8 121/4
121/4 164/3 164/16 165/1
166/20 203/9
caused [2]  32/3 55/7
causing [1]  165/5
CBA [35]  56/19 57/3 57/5
57/21 58/19 60/2 61/7
61/10 61/11 62/6 62/9
62/11 65/20 90/6 91/15
98/13 98/14 98/15 98/19
101/12 117/2 117/22 119/21
120/8 122/3 122/9 126/14
126/18 130/25 131/2 131/3
131/11 131/23 195/16
197/16
Cellphone [1]  84/22
center [4]  84/8 84/8 84/21
85/1
Central [3]  107/18 107/19
109/12
certain [9]  40/24 97/14
99/11 125/2 125/12 146/18
188/24 189/9 213/21
certainly [19]  23/22 28/13
30/19 35/9 35/12 35/17
38/19 64/22 83/17 120/13
141/16 142/25 143/5 148/18
165/3 168/18 187/17 187/23
220/17
certificate [2]  160/18
194/17
certified [2]  94/20 218/20

certify [1]  223/3
chairman [6]  61/17 95/5
110/6 116/9 116/16 162/19
chairman's [8]  65/20 110/6
110/7 121/10 125/7 128/23
162/23 166/1
challenged [1]  143/2
challenges [2]  39/25
148/15
chance [2]  203/23 204/7
change [64]  7/20 8/14 8/16
9/8 11/8 15/19 16/6 16/23
16/25 17/15 18/19 20/18
22/23 25/5 25/11 25/14
25/16 30/13 31/4 32/19
37/4 41/16 41/16 43/15
45/5 57/20 58/4 63/11
63/20 63/24 65/16 71/13
74/15 77/19 77/19 77/24
82/15 82/17 89/18 126/9
138/13 157/10 158/3 164/15
165/13 165/23 169/10
170/21 170/23 171/1 182/2
189/24 190/25 191/6 191/11
191/24 192/2 192/4 194/16
197/4 202/19 203/8 203/8
209/2
change starting [1]  22/23
changed [8]  53/16 64/23
66/20 81/7 124/11 194/13
203/5 209/4
changes [27]  8/19 15/22
17/21 25/4 26/16 27/7
34/13 34/16 39/14 40/1
40/2 40/2 40/3 43/1 55/5
64/7 80/14 88/25 89/3
154/25 157/5 157/7 164/25
169/13 177/12 190/24
191/14
changing [4]  52/9 58/2
147/6 147/7
characteristics [1]  195/11
characterization [4]  11/4
101/24 102/10 129/25
characterize [1]  38/21
characterized [4]  163/24
191/20 206/18 217/5
characterizes [1]  193/23
charges [1]  51/9
Charleston [1]  67/16
chart [12]  16/10 16/13
17/21 20/15 20/17 20/21
22/19 23/9 24/6 31/3 34/2
150/13
chartered [1]  83/22
chat [1]  98/13
chats [4]  65/20 98/14
98/15 98/20
Chautauqua [1]  49/6
check [11]  36/11 36/12
36/23 36/24 84/10 146/12
151/2 174/4 174/12 180/7
205/4
checking [1]  70/3
cheese [2]  124/6 124/14
chief [5]  59/19 89/25
112/24 162/14 214/23
choice [3]  29/19 39/3
193/2
choices [2]  192/20 200/15
choose [1]  87/7

# C

chose [2]  120/14 145/21
chosen [1]  120/15
Chris [7]  152/15 152/22
159/12 159/16 160/3 160/10
160/11
Christmas [1]  71/21
chunk [1]  7/5
Cincinnati [6]  69/20 72/1
86/16 175/12 178/22 179/24
circling [1]  149/25
circumstance [1]  167/25
circumstances [4]  87/19
142/13 164/13 166/17
circumvent [1]  125/24
circumventing [1]  206/5
citation [1]  133/5
citations [1]  62/1
cite [1]  166/23
City [1]  56/2
Civil [2]  1/3 3/2
claim [3]  20/2 164/25
213/9
claims [4]  210/24 211/14
211/18 212/19
clarification [2]  68/17
169/24
clarifications [1]  169/13
clarified [2]  170/5 175/9
clarify [2]  122/22 172/10
class [8]  36/6 153/8
158/21 159/17 159/22
159/23 160/6 161/6
classes [1]  152/20
classics [1]  49/19
clean [5]  4/13 7/15 9/21
11/6 11/9
clear [14]  20/16 22/17
65/11 84/12 84/13 84/15
115/18 115/20 146/19 174/3
185/25 203/11 207/12
207/15
clear as [1]  207/15
cleared [1]  84/14
clearer [1]  193/16
clearly [4]  14/15 162/12
164/15 212/17
clients [2]  53/23 53/24
clock [2]  167/17 192/21
close [6]  86/16 86/17
100/5 108/19 178/15 179/18
closing [2]  62/14 62/15
coast [1]  91/11
coauthored [1]  44/20
cockpit [3]  171/14 187/4
201/20
codes [1]  6/19
coefficient [4]  17/18
31/22 32/10 32/23
coefficients [3]  7/13 8/8
8/25
coincides [1]  26/23
coinciding [2]  163/17
171/8
Colgan [2]  142/9 142/13
collaborative [1]  77/9
colleagues [8]  3/8 3/13
96/17 104/19 118/12 161/23
162/6 163/4
collective [26]  57/8 60/16

61/25 100/2 110/17 110/21
111/19 113/10 120/1 120/5
120/6 123/1 123/9 129/14
131/13 131/16 132/13
132/22 132/23 132/24
132/25 134/9 164/4 197/15
198/2 216/7
college [1]  49/21
colloquially [1]  137/14
COLUMBIA [1]  1/1
column [1]  141/3
combination [2]  151/1
190/13
come [31]  11/24 23/6 49/13
58/21 73/20 81/19 84/11
84/19 101/6 101/9 102/25
113/22 134/16 141/14
141/18 144/11 146/10
146/12 148/1 149/17 165/14
176/21 179/25 184/17
187/14 194/18 198/25 199/7
200/19 200/20 204/6
comes [10]  59/1 84/12
97/15 107/1 110/11 110/11
199/18 206/13 209/2 214/6
coming [24]  47/6 71/11
87/7 141/17 143/11 148/3
149/3 149/15 161/10 165/25
168/3 171/2 171/3 186/6
186/7 186/8 186/17 186/20
186/20 186/21 187/1 187/1
187/3 201/19
Command [3]  84/8 84/21
85/1
comment [3]  104/1 107/16
115/4
commentary [2]  67/6 81/4
commented [1]  81/2
comments [3]  114/20 124/14
189/15
commerce [2]  44/23 196/2
commercial [2]  69/19 159/5
commercially [2]  83/20
83/21
commissioned [2]  76/11
142/10
commitment [4]  155/12
155/16 155/19 155/23
committed [2]  156/4 156/20
committee [25]  61/21 74/20
75/19 76/4 76/9 76/24
76/24 77/2 77/5 77/6 77/9
77/13 77/18 77/22 79/11
137/10 142/7 167/15 189/4
189/12 190/3 216/20 216/24
217/8 217/10
common [5]  101/9 130/2
186/10 186/14 201/24
Comms [3]  106/18 106/25
107/1
communicable [1]  38/1
38/12 38/13 38/14
communicate [5]  71/22
84/20 115/9 115/10 156/1
communicated [5]  37/7
90/18 90/22 91/3 173/25
communication [6]  113/13
173/16 182/5 203/18 206/13
213/21
communications [15]  37/7
48/16 61/9 64/4 65/18

65/19 72/3 84/23 95/5
106/17 108/5 110/9 202/23
203/10 203/15
communicator [1]  114/22
commuter [7]  142/14 143/10
144/9 148/9 149/3 149/25
153/4
company [82]  15/23 26/8
26/22 27/2 27/7 29/24
36/21 51/12 55/13 55/19
57/15 58/13 62/8 66/15
71/11 71/17 77/7 77/13
77/14 82/18 83/21 88/15
88/24 91/5 92/9 94/13
97/10 100/25 101/3 103/10
103/16 103/19 106/4 110/16
110/20 114/3 117/11 118/12
125/22 125/22 126/20
126/24 127/8 127/17 129/6
129/10 129/10 129/24
130/11 130/15 131/19 132/5
132/7 132/11 133/4 133/19
133/22 134/3 134/8 134/9
134/17 152/7 155/19 159/21
174/24 179/12 190/4 193/23
198/6 198/7 198/8 198/9
199/5 199/16 199/18 202/15
202/16 204/7 215/8 215/18
216/2 218/15
company's [18]  26/16 55/5
99/20 100/23 104/25 111/21
112/15 113/9 127/19 133/19
150/18 152/7 193/22 195/17
201/2 210/5 211/3 215/25
compare [4]  16/1 21/16
22/9 28/24
compel [3]  100/20 101/4
132/21
compensation [1]  62/20
complaining [4]  105/18
112/18 183/11 183/15
complaint [8]  102/20
102/22 104/9 104/13 105/9
105/17 169/21 183/18
complaints [19]  90/5
102/17 102/24 103/3 104/14
111/6 111/8 111/9 111/21
112/13 112/17 112/20
112/21 112/23 127/2 160/5
183/5 183/8 206/9
complete [5]  45/4 52/4
156/13 183/23 184/2
completely [1]  150/21
complex [1]  200/18
compliance [10]  56/15
56/18 57/3 57/14 112/9
113/2 113/12 115/15 115/19
146/4
compliant [1]  114/23
complied [1]  145/25
comply [5]  117/14 209/23
210/3 215/7 216/2
complying [5]  61/10 199/7
199/10 206/4 213/15
component [3]  76/13 144/16
150/3
components [3]  74/2 159/17
159/22
compound [1]  17/9
computer [1]  1/25
computer-aided [1]  1/25

**C**

concept **[2]** 122/19 123/11
conceptualized **[1]** 190/10
concern **[5]** 74/24 86/23
118/6 122/6 186/1
concerned **[6]** 27/18 71/25
72/2 72/6 74/10 186/2
concerning **[7]** 111/21
171/22 180/23 182/17 183/6
211/3 211/4
concerns **[3]** 103/25 168/4
169/2
concerted **[8]** 27/1 163/20
164/2 169/22 171/11 171/15
179/15 180/25
conclude **[6]** 26/21 32/2
130/11 179/14 179/17
216/14
concluded **[2]** 129/10
130/24
conclusion **[6]** 23/6 134/16
159/15 159/16 203/16
206/12
concur **[1]** 148/6
condensing **[1]** 96/6
condition **[1]** 156/22
conduct **[2]** 25/8 40/25
conducted **[1]** 129/21
confer **[3]** 95/12 95/20
207/24
confer with **[1]** 95/12
confess **[1]** 139/16
confidence **[2]** 32/5 32/24
confidentiality **[1]** 103/24
confines **[1]** 143/13
confirm **[3]** 4/4 5/12 5/16
confirmed **[2]** 4/21 74/18
conflict **[1]** 82/13
conflicts **[2]** 75/8 75/8
confused **[2]** 155/11 205/13
confusing **[1]** 62/12
confusion **[1]** 140/17
congested **[1]** 86/9
congratulated **[1]** 116/21
conjunction **[2]** 90/2
179/23
conscientiously **[1]** 122/2
consequences **[1]** 201/7
consider **[8]** 7/19 29/21
29/23 57/6 74/2 90/5
168/17 183/20
consideration **[1]** 201/7
considerations **[1]** 76/5
considered **[2]** 77/17
217/17
considers **[1]** 114/16
consistent **[4]** 36/20
117/18 165/24 206/13
consistently **[2]** 45/22
182/5
consists **[2]** 186/3 198/2
constant **[4]** 41/18 43/24
46/7 150/17
constantly **[1]** 127/8
Constitution **[1]** 1/23
contact **[5]** 84/25 112/4
121/18 121/22 126/7
contain **[1]** 74/1
contained **[3]** 8/4 60/19
168/11

contends **[1]** 69/12
content **[1]** 159/23
contention **[1]** 199/16
contents **[1]** 121/23
context **[7]** 34/15 53/8
57/12 99/15 195/14 196/7
205/20
continue **[13]** 5/21 27/15
81/22 95/6 101/10 128/13
147/16 148/2 176/25 187/7
189/20 193/1 199/24
continued **[6]** 2/6 5/24
26/18 27/15 161/9 195/2
continues **[9]** 114/2 117/10
117/22 126/13 126/18 127/7
127/16 188/13 195/19
continuing **[5]** 35/5 46/19
46/21 80/16 99/15
continuously **[2]** 22/5 35/8
contract **[58]** 56/15 57/14
57/14 57/17 58/22 59/1
59/2 100/12 100/24 110/23
111/6 111/22 112/8 112/9
112/15 112/19 113/1 113/11
113/19 113/20 113/21
113/23 114/1 114/4 114/17
114/18 115/15 115/19
117/15 117/21 123/13
123/15 123/20 123/24 124/1
124/4 124/6 124/8 124/12
124/14 124/15 124/17
124/23 124/25 125/16
126/11 126/25 127/2 133/2
133/18 133/22 135/1 191/3
193/12 193/18 199/7 199/10
206/5
contracts **[2]** 101/1 112/8
contractual **[2]** 99/17
133/1
contractually **[1]** 192/16
contrary **[1]** 166/19
contributed **[1]** 77/10
control **[7]** 30/10 31/4
31/9 31/16 40/12 41/10
42/12
controlled **[2]** 87/3 147/4
controlling **[2]** 32/14
41/17
controls **[1]** 41/9
conversation **[5]** 57/6
89/25 108/17 212/7 213/11
conversations **[1]** 113/8
converted **[1]** 16/16
cooperative **[2]** 56/12
56/13
coordinates **[1]** 84/13
coordinating **[1]** 211/9
copied **[2]** 91/25 92/11
copies **[1]** 97/12
copy **[2]** 110/7 139/20
core **[1]** 136/9
corner **[8]** 154/19 155/5
155/15 158/6 158/10 158/12
186/6 186/7
corners **[1]** 201/19
correct **[187]** 6/8 6/12
6/17 7/12 7/18 8/1 8/2 8/8
8/12 8/18 9/13 9/22 10/8
10/12 10/17 10/22 11/2
11/10 11/17 12/7 12/12
12/13 12/18 12/20 12/21

12/22 13/1 13/2 13/17
13/19 14/14 14/23 15/1
15/13 16/2 24/13 27/3 27/8
27/9 27/13 27/17 27/19
28/6 29/14 29/15 39/15
40/4 41/5 44/12 44/18
44/20 45/2 45/24 46/16
46/20 46/22 48/2 48/25
49/1 51/2 67/24 68/14
85/18 89/7 89/23 92/24
93/15 93/20 93/21 101/2
101/5 110/6 111/2 111/13
111/22 118/8 119/24 121/11
121/12 122/17 122/18 123/6
123/25 129/2 129/3 129/24
130/13 131/19 132/8 132/9
132/16 132/18 133/2 133/9
133/17 133/19 134/4 136/12
137/17 141/11 141/23
141/24 142/14 142/21 145/3
145/10 147/9 147/23 148/5
148/11 148/16 149/6 152/15
152/18 152/21 153/12 154/9
155/1 155/17 156/2 156/3
156/5 156/13 156/17 156/18
158/4 158/5 158/15 158/19
158/23 158/24 158/25 159/3
159/4 159/7 160/23 161/7
163/9 163/24 170/8 172/10
177/16 177/21 178/5 180/18
180/20 185/12 186/9 186/23
187/15 188/9 188/14 194/24
195/1 196/15 196/24 196/25
198/3 198/6 198/10 198/11
198/20 199/8 199/17 199/21
208/19 208/21 208/23
208/24 210/1 210/11 210/12
212/15 212/16 212/20
212/24 213/4 216/9 216/12
217/11 217/13 217/18
217/19 218/21 218/22
219/23 223/4
corrected **[3]** 30/4 30/7
180/20
correction **[6]** 67/4 67/17
68/6 78/16 172/5 180/21
corrections **[6]** 50/5 66/24
95/21 95/22 169/13 172/9
correctly **[15]** 19/25 19/25
78/18 85/17 100/22 110/19
131/9 131/10 132/10 132/21
164/23 174/20 205/20
205/21 214/19
cost **[2]** 87/25 88/2
costs **[1]** 176/6
could **[78]** 9/8 9/18 9/25
10/8 10/9 10/10 12/2 15/6
19/20 23/6 23/23 24/15
24/21 25/16 30/16 33/17
37/12 37/16 39/1 42/5
42/16 56/22 64/6 64/10
66/2 66/11 66/13 73/9
74/14 82/12 84/11 86/5
86/23 88/10 94/7 96/1
105/3 105/7 119/16 125/4
130/3 131/23 140/8 147/1
147/3 153/15 155/3 157/20
163/5 163/12 167/14 169/11
181/13 183/10 184/20
185/10 185/11 186/4 186/6
186/7 186/8 186/17 186/20

**C**

**could... [15]**   186/20
186/21 188/8 189/23 191/20
191/25 192/15 192/2 192/22
193/14 202/21 202/22
212/21 216/12 219/14
**could statistically [1]**
24/21
**couldn't [4]**   87/15 89/15
120/9 153/3
**council [2]**   61/21 121/10
**counsel [9]**   3/4 95/8 95/21
96/15 96/20 175/10 207/22
213/6 213/7
**counseling [1]**   215/1
**count [1]**   112/6
**countries [2]**   48/14 51/20
**County [2]**   70/17 178/21
**couple [27]**   43/3 51/24
54/13 55/15 62/1 74/23
78/25 79/13 87/1 103/23
112/6 124/13 124/16 143/2
145/19 146/7 146/8 146/9
179/4 182/16 187/22 194/2
201/21 214/8 216/21 216/22
217/1
**course [29]**   4/17 25/4
37/14 43/1 50/6 53/25
54/10 66/16 73/18 74/8
76/11 91/8 92/2 96/17 99/2
100/16 103/12 105/1 106/5
111/15 117/5 131/2 131/12
142/8 158/18 160/6 160/23
163/2 191/15
**court [19]**   1/1 1/10 1/21
1/22 4/18 30/21 79/15 82/4
94/20 96/15 96/16 100/20
101/4 103/21 134/20 140/2
146/18 220/18 221/25
**Court's [1]**   96/24
**courtroom [3]**   50/22 55/5
82/2
**Courts [1]**   1/22
**cover [7]**   24/14 82/8 99/17
127/17 197/10 197/13
198/19
**coverage [1]**   211/3
**covered [4]**   65/6 120/5
197/15 202/10
**covering [2]**   102/5 131/13
**covers [1]**   176/14
**crash [1]**   142/9
**create [3]**   132/22 133/1
184/13
**crescendo [1]**   71/21
**crew [55]**   48/14 48/15
48/15 48/24 51/5 51/7
66/16 67/10 67/12 78/11
83/10 83/12 83/14 83/16
83/18 84/4 88/9 89/12
94/12 94/13 98/2 98/4 98/5
98/6 105/17 106/3 106/10
110/3 112/3 112/7 112/10
112/11 112/14 112/25
122/10 122/19 129/11
145/23 146/10 156/5 156/17
156/22 156/23 157/24
167/18 169/2 173/11 177/3
177/12 177/21 178/1 187/9
188/22 188/23 189/18

**crews [8]**   54/21 125/22
125/23 126/9 187/18 188/2
194/3 221/17
**criteria [1]**   91/15
**critical [2]**   169/1 169/1
**cross [10]**   2/6 2/10 5/22
5/24 79/16 109/6 176/12
184/24 190/4 190/5
**cross-company flying [1]**
190/4
**cross-customer [1]**   190/5
**cross-examination [6]**   2/6
2/10 5/22 5/24 79/16 109/6
**crossed [1]**   54/6
**Crystal [1]**   56/2
**CSR [3]**   1/21 223/3 223/10
**cuisine [1]**   88/21
**culminated [1]**   145/19
**culture [4]**   136/19 136/20
137/13 138/6
**current [11]**   4/20 99/14
123/9 123/20 123/25 130/25
131/12 135/4 146/14 159/2
195/16
**currently [1]**   47/25
**curriculum [2]**   36/8 160/22
**curve [1]**   194/2
**customer [26]**   6/12 7/6
10/21 41/13 44/3 51/8
52/17 54/1 86/20 87/3 87/8
102/17 102/20 102/22 103/7
103/15 103/22 104/4 185/25
188/23 190/5 190/8 191/4
191/11 205/2 211/4
**customer's [2]**   183/11
185/25
**customers [19]**   51/16 52/15
52/23 53/18 53/19 87/16
102/25 103/4 103/24 136/11
183/9 183/15 188/22 191/3
191/14 196/2 196/10 218/14
219/14
**customization [1]**   191/10
**cut [2]**   10/8 155/8
**cv [1]**   1/3
**CVG [4]**   69/20 69/24 185/4
188/7

**D**

**D.C [1]**   1/16
**Dallas [1]**   185/7
**Dan [4]**   59/12 139/16
214/10 214/24
**dangers [1]**   27/16
**dark [3]**   21/8 22/13 185/8
**Darren [3]**   2/4 5/7 5/25
**data [30]**   6/18 6/20 9/21
18/23 22/14 23/7 23/16
23/18 23/20 24/2 25/11
25/17 29/3 32/1 33/12
39/19 40/11 40/11 42/9
42/10 42/13 64/25 74/17
118/13 118/17 138/19
138/23 165/12 203/7 212/18
**data's [1]**   23/5
**database [1]**   66/14
**date [16]**   33/5 35/2 42/23
67/25 78/9 79/12 118/18
138/17 141/2 145/2 145/15
163/6 197/2 204/2 204/3
223/10

**dated [12]**   59/5 59/21
61/17 72/12 91/19 92/6
92/21 93/2 93/20 128/23
155/1 157/2
**dated March 31 [1]**   92/6
**day [23]**   1/9 7/24 8/1 9/15
11/12 39/4 39/6 40/19
58/22 62/23 62/23 63/8
65/2 65/18 96/2 110/16
126/19 149/18 149/21
165/11 184/1 189/9 189/10
**daylights [1]**   206/8
**days [10]**   39/4 64/20 66/3
137/6 149/21 165/9 182/3
189/10 201/12 212/13
**daytime [7]**   184/22 184/22
184/24 185/1 185/2 185/5
192/8
**DC [5]**   1/4 1/13 1/19 1/24
49/19
**DC-10s [1]**   49/19
**deal [3]**   39/3 189/16 216/8
**dealing [4]**   12/12 135/6
142/8 206/3
**deals [1]**   135/15
**dealt [2]**   133/11 170/2
**debated [1]**   193/13
**debating [1]**   142/24
**December [28]**   13/10 13/13
14/18 15/1 18/2 18/2 18/3
18/11 20/23 33/6 59/6
59/21 59/24 60/15 60/20
61/5 61/17 71/16 71/19
72/12 116/8 118/1 118/24
119/11 119/18 209/15
213/19 215/15
**December 10 [1]**   61/17
**December 10th [3]**   116/8
118/24 119/18
**December 17th [1]**   72/12
**December 1st [3]**   14/18
18/2 18/3
**December 2016 [1]**   13/13
**December 21 [1]**   215/15
**December 31st [1]**   33/6
**December 5th [3]**   59/6
59/21 60/20
**decide [4]**   39/3 100/18
119/1 198/14
**decides [1]**   198/9
**decision [2]**   118/20 135/25
**declaration [92]**   4/5 5/11
5/13 5/15 5/17 12/4 12/5
20/1 21/4 28/17 37/17
43/22 45/19 45/21 46/9
50/3 50/4 50/11 50/13
50/15 55/22 56/9 56/11
58/17 58/18 64/8 64/13
65/9 65/22 66/9 66/23
69/10 69/12 69/16 69/16
73/10 73/15 76/14 77/17
78/2 78/4 78/6 85/5 89/24
94/4 94/5 94/24 99/9 99/10
99/12 102/18 103/8 119/3
139/4 139/5 139/10 140/7
140/10 140/10 163/8 163/13
164/11 165/15 166/5 166/9
168/11 169/15 169/21
169/24 170/4 172/1 172/13
172/16 172/21 173/2 173/7
173/12 174/5 174/8 180/23

**D**

declaration... [12]   180/24
181/13 183/18 195/10
195/15 204/18 205/21
206/16 206/24 214/2 217/21
220/16
declarations [12]   4/14
4/16 4/19 4/21 64/4 108/11
108/16 119/12 171/21 172/8
175/4 175/4
declaring [1]   165/9
decrease [1]   43/8
dedicated [2]   188/17
188/19
deeper [1]   23/4
defend [2]   191/9 191/10
defendants [5]   1/7 1/15
3/13 69/9 99/21
defendants' [11]   55/23
55/24 61/14 69/10 72/8
85/4 88/10 90/1 99/8
153/14 180/12
defense [1]   135/22
defensive [1]   87/23
defer [1]   150/20
define [1]   63/6
defined [5]   133/19 133/22
133/23 134/9 221/18
definite [1]   165/13
definition [1]   150/1
definitive [1]   138/21
degree [3]   32/4 49/21
49/22
degrees [1]   171/15
DEIRDRE [1]   1/17
delay [14]   6/19 8/23 11/6
66/1 66/3 74/7 83/13
185/24 188/23 190/8 192/11
201/6 201/9 201/11
delayed [5]   10/11 40/16
42/1 85/13 173/9
delays [39]   6/8 6/11 6/14
7/2 7/6 7/11 9/8 9/8 10/1
10/20 10/22 12/11 12/25
15/16 15/19 16/7 16/24
17/16 18/7 18/9 18/20
18/24 18/25 19/6 19/9 20/7
21/13 22/5 25/4 39/10
41/13 66/1 66/2 66/20 74/9
86/4 86/4 166/20 188/22
Delhi [1]   186/21
deliver [2]   72/4 88/20
delivered [1]   79/7
demand [1]   219/8
demanded [1]   91/14
demanding [2]   53/20 210/2
demographic [1]   138/13
demonstrate [2]   66/12
218/4
demonstrated [2]   31/3
43/21
demonstrating [1]   34/12
denominators [1]   8/15
deny [6]   113/14 185/2
191/16 191/17 199/20
218/19
denying [1]   137/2
depart [2]   84/2 193/5
departed [1]   90/4
departing [3]   12/25 13/3

85/11
department [7]   48/15 78/11
97/16 143/4 174/5 174/7
174/11
departments [1]   127/18
departure [23]   12/11 16/6
16/24 17/16 18/20 39/10
69/8 86/16 86/24 87/11
87/12 87/18 126/12 179/20
192/19 193/6 204/23 204/25
205/1 205/1 205/6 205/10
205/14
departures [2]   85/13 89/8
depend [2]   11/12 15/6
dependent [1]   9/14
depending [3]   7/7 10/25
149/18
depends [3]   7/4 7/21
215/24
describe [8]   49/2 51/3
60/11 65/22 66/6 77/4 82/4
206/17
described [4]   52/22 64/8
120/16 173/13
describes [1]   173/15
describing [1]   186/11
description [4]   51/11
53/22 172/21 192/17
descriptions [1]   67/1
deserved [1]   62/21
designed [4]   16/14 164/2
164/16 165/1
desirable [1]   88/21
desk [1]   206/9
destinations [2]   48/13
51/20
detail [1]   212/8
details [4]   210/24 211/18
211/19 212/14
deteriorate [1]   55/7
determination [1]   24/2
determine [7]   11/19 16/9
19/5 25/3 31/10 70/3
120/24
determined [1]   175/5
develop [2]   143/17 160/22
developed [2]   76/3 195/23
developing [1]   147/5
development [1]   147/19
device [1]   173/16
DGF [1]   53/25
DHL [13]   52/17 52/24 53/1
53/25 53/25 54/19 130/22
184/13 185/12 185/14 188/8
189/2 195/5
dialogue [1]   130/1
did [162]   19/3 19/9 20/4
31/8 33/19 34/23 35/4 35/4
35/9 35/22 40/6 42/25 43/2
43/7 46/1 56/18 56/20 57/2
57/6 57/18 57/23 58/2 58/5
58/7 58/9 58/12 59/15
59/17 59/24 60/18 61/5
61/8 61/9 61/23 63/18
63/23 65/9 65/22 66/14
70/3 70/22 70/23 70/25
71/3 71/5 71/17 71/22 73/2
73/5 73/7 73/15 74/24
82/18 82/23 84/25 90/11
91/14 93/8 94/23 95/10
97/9 97/12 98/19 98/22

99/2 99/4 100/5 100/8
103/14 104/16 104/18
105/23 106/7 106/8 106/20
106/22 107/3 107/17 108/2
109/8 109/11 109/17 115/23
116/2 117/25 118/2 118/3
118/4 118/14 118/16 118/23
118/23 119/1 119/1 119/2
119/9 119/9 119/10 120/3
120/24 121/18 121/19
121/21 121/22 121/24
124/24 125/10 126/4 127/15
130/6 130/14 130/15 130/17
130/19 130/23 136/17
136/17 142/10 143/20 146/5
146/6 147/8 153/4 159/11
159/19 160/6 161/20 161/24
162/1 168/9 168/10 168/11
169/5 169/17 169/18 169/25
170/9 170/15 170/17 170/18
172/4 175/25 175/25 178/14
179/6 179/9 179/10 180/19
184/13 194/17 194/18
202/18 202/24 204/1 212/1
212/10 212/23 212/24
213/23 214/4 214/19 214/19
didn't [46]   18/13 36/2
36/4 36/7 36/10 36/14
38/10 39/24 40/2 41/22
63/11 68/12 115/17 119/13
120/2 120/9 122/6 122/14
125/25 126/3 126/5 126/6
126/6 126/23 127/20 127/23
131/8 139/23 153/18 159/10
159/17 159/22 170/24
173/14 174/3 174/4 174/12
174/19 179/25 199/6 199/11
212/7 212/8 212/14 212/22
213/8
Dierdre [1]   3/13
Dietrich [10]   59/12 59/14
59/16 59/18 162/11 162/13
211/8 211/13 212/24 213/1
difference [14]   16/2 16/19
16/21 18/15 18/17 19/6
29/20 33/20 34/5 89/15
89/17 96/3 113/18 149/11
differences [9]   22/11
50/20 58/25 87/4 96/3
113/4 113/4 113/16 133/4
different [27]   13/5 13/12
23/15 23/16 57/7 59/4 75/4
78/22 89/21 120/13 120/14
125/2 149/9 149/9 149/22
149/23 149/23 150/25
162/19 168/2 174/23 186/5
187/2 193/9 196/3 201/5
209/15
differently [3]   23/16
24/10 125/1
difficult [3]   54/9 65/24
75/2
difficulty [1]   207/14
digging [1]   23/4
digital [1]   84/23
digress [1]   124/17
dinner [10]   56/1 56/5
56/17 56/25 57/18 58/5
115/18 115/20 117/19
117/21
direct [21]   2/5 2/9 5/13

**D**

**direct... [18]**   5/17 19/16 25/21 25/24 30/21 47/21 57/19 68/22 101/22 102/9 104/5 113/7 116/7 116/17 127/19 130/19 154/3 197/9
**directed [2]**   103/4 160/21
**directing [2]**   5/10 211/8
**direction [1]**   112/2
**directly [12]**   13/22 13/24 14/17 15/16 90/9 97/16 102/23 104/16 115/3 122/2 203/1 206/14
**director [6]**   36/10 49/13 111/16 156/16 160/12 160/20
**disagree [20]**   21/18 55/9 58/21 114/12 117/9 117/20 124/2 124/13 126/6 127/14 136/22 137/18 137/24 138/1 138/3 138/15 142/16 199/11 202/1 219/10
**disagreed [1]**   100/15
**disagreement [4]**   95/23 95/25 100/9 100/16
**disagreements [2]**   113/22 135/23
**disagrees [1]**   127/5
**discipline [5]**   215/9 216/3 216/9 216/16 217/16
**disciplined [6]**   179/7 179/11 180/5 216/12 217/23 218/2
**discount [2]**   23/5 28/22
**discourage [2]**   76/15 208/12
**discovery [4]**   94/14 94/16 98/6 110/4
**discrepancies [4]**   91/24 95/14 111/24 208/13
**discrepancy [3]**   91/12 111/10 208/18
**discretion [1]**   84/2
**discuss [14]**   20/10 35/4 50/6 56/18 108/14 117/25 118/3 121/22 126/3 128/5 161/21 161/24 208/7 213/6
**discussed [13]**   12/9 19/24 27/14 43/21 44/15 116/7 116/15 130/7 130/10 159/16 185/9 197/9 206/3
**discussing [5]**   6/13 11/10 22/9 81/11 209/22
**discussion [9]**   52/11 82/1 83/24 85/23 92/9 108/14 189/15 218/15 219/17
**discussions [2]**   131/7 131/8
**disease [1]**   38/1
**diseases [2]**   38/12 38/14
**dishonest [2]**   167/6 183/20
**dispatch [2]**   48/14 48/19
**dispatcher [1]**   84/13
**dispute [9]**   100/14 104/2 135/4 135/14 136/1 172/15 172/19 199/4 218/15
**disputes [1]**   114/16
**disputing [5]**   54/12 134/5 134/6 173/24 181/24
**disrupting [2]**   27/2 210/5

**disruption [8]**   40/20 82/14 104/1 121/2 164/3 164/16 165/2 191/23
**disruptions [1]**   165/4
**distant [1]**   217/2
**distinctions [1]**   221/8
**DISTRICT [5]**   1/1 1/1 1/10 1/22 135/20
**divided [1]**   13/4
**divides [1]**   39/19
**dividing [2]**   28/5 28/6
**diving [1]**   171/17
**do [280]**
**docket [3]**   140/3 153/23 153/24
**doctor [12]**   6/2 6/19 14/7 21/22 22/2 26/1 30/20 33/10 38/6 38/7 46/24 47/5
**document [37]**   16/14 50/1 59/5 59/8 59/15 59/21 59/24 60/2 60/5 60/9 60/11 60/20 61/16 70/14 70/15 72/9 72/22 85/7 91/19 91/20 92/7 92/16 93/3 93/17 93/23 94/10 102/2 104/8 107/10 107/13 116/15 126/14 129/4 136/6 141/6 154/11 156/6
**documents [8]**   42/21 70/11 99/7 102/13 102/25 104/10 105/13 106/14
**DoD [1]**   146/12
**does [54]**   7/7 11/19 20/24 23/10 23/19 29/10 30/2 39/22 39/23 45/1 50/25 54/20 56/6 61/12 74/17 77/5 77/19 83/3 83/6 84/20 85/10 85/19 88/15 89/23 90/9 90/10 97/22 103/15 110/20 123/14 123/25 130/16 133/6 137/4 139/16 141/13 148/11 149/6 149/8 152/3 152/22 162/23 163/1 167/10 177/23 177/24 177/25 180/25 181/1 200/19 200/20 218/10 218/13 219/13
**doesn't [16]**   8/21 8/23 18/13 20/8 21/12 22/5 23/2 25/11 80/9 96/8 111/9 139/18 192/14 205/15 215/18 218/12
**dog [5]**   42/3 42/6 137/14 137/19 138/4
**dogs [1]**   42/5
**doing [8]**   8/22 12/14 13/10 35/8 41/2 83/22 151/19 165/4
**domestic [18]**   52/13 149/10 186/12 186/24 188/4 188/5 188/6 188/11 188/12 188/16 189/3 189/15 189/18 190/10 190/13 195/23 196/5 196/8
**dominoes [1]**   191/23
**don't [98]**   4/20 11/3 15/18 15/19 17/10 23/5 28/2 28/10 28/11 28/21 30/6 32/8 37/2 37/13 39/13 41/19 42/21 45/3 50/23 55/23 58/23 77/1 80/9 81/13 81/18 83/8 83/24

95/20 96/11 96/25 98/3 108/9 109/8 109/15 109/24 111/14 115/6 116/19 117/9 117/20 118/19 120/18 124/16 124/25 128/1 131/5 135/2 136/6 137/18 137/20 137/23 138/1 138/4 138/8 138/19 138/22 138/23 148/12 148/23 154/19 155/22 157/6 161/2 162/9 163/6 167/18 170/14 173/23 174/2 175/2 176/20 180/9 180/10 182/11 185/23 187/7 187/9 188/22 189/5 190/7 190/9 193/17 199/4 199/20 200/16 201/17 203/17 204/2 207/18 213/9 216/16 217/7 217/14 218/17 218/17 219/15 219/24 220/9
**done [14]**   17/22 33/22 40/20 44/15 44/21 44/25 87/23 89/15 108/17 111/11 189/4 189/12 206/2 221/1
**door [1]**   42/6
**dotted [1]**   22/25
**double [2]**   137/25 199/11
**doubt [1]**   44/14
**down [19]**   17/11 20/25 63/13 66/9 67/8 68/3 69/14 74/23 80/21 82/14 86/3 111/1 133/12 161/1 165/20 168/13 189/6 200/15 201/11
**downward [1]**   43/14
**Dr [2]**   44/18 162/4
**Dr. [19]**   5/3 5/9 31/14 64/25 74/16 76/17 118/11 118/12 118/16 161/23 161/25 162/5 163/3 165/11 168/5 202/6 202/21 212/17 219/16
**Dr. Akins' [1]**   31/14
**Dr. Lee [17]**   5/3 5/9 64/25 76/17 118/11 118/12 118/16 161/23 161/25 162/5 163/3 165/11 168/5 202/6 202/21 212/17 219/16
**Dr. Lee's [1]**   74/16
**drag [1]**   185/24
**dramatic [2]**   72/5 82/17
**drawn [1]**   22/18
**dream [2]**   170/3 171/14
**driven [2]**   7/6 33/1
**drivers [1]**   34/20
**driving [1]**   29/2
**dropped [1]**   82/13
**due [7]**   6/11 32/20 68/10 158/1 159/11 173/9 192/23 152/4 212/10
**duties [2]**   99/3 103/13
**duty [13]**   35/25 52/4 144/4 145/25 174/14 174/24 183/23 184/1 187/13 192/23

**DuFour [6]**   89/25 90/3 90/9 90/15 90/21 110/14
**dummy [12]**   25/9 31/17 32/12 39/11 39/13 39/17 40/1 40/22 40/23 41/1 41/6 41/15
**duration [1]**   200/22
**during [9]**   14/5 50/6 71/20 82/21 82/25 91/4 130/7 152/4 212/10

# D

**duty... [3]**   192/24 196/23
   197/6

# E

**e-commerce [2]**   44/23 196/2
**e-mail [3]**   97/22 97/24
   106/11
**e-mails [12]**   102/24 103/7
   103/8 103/15 103/20 104/21
   104/25 105/3 105/23 106/1
   106/4 106/7
**e.g [1]**   37/25
**each [10]**   4/6 15/7 42/12
   62/22 108/1 123/12 141/3
   155/25 187/2 187/12
**earlier [11]**   41/12 51/19
   81/2 81/2 82/20 88/5
   150/13 157/7 202/25 204/12
   213/3
**earlier that [1]**   81/2
**earliest [1]**   191/4
**early [18]**   58/10 64/1
   71/14 84/3 84/5 84/12
   84/16 85/2 85/11 85/12
   85/20 85/23 85/24 86/6
   86/7 87/24 185/7 213/4
**easily [3]**   161/17 163/5
   176/18
**East [1]**   51/18
**eat [1]**   96/25
**eating [1]**   30/21
**ECF [6]**   55/24 69/11 88/10
   90/1 99/10 139/25
**economist [10]**   7/15 9/6
   20/17 22/22 27/22 27/24
   42/10 42/14 85/24 151/18
**economists [5]**   22/24 23/3
   23/22 28/1 42/11
**Ed [1]**   3/11
**educate [1]**   35/6
**educating [2]**   36/22 147/20
**education [13]**   79/19 79/25
   80/16 80/17 80/18 81/5
   147/12 147/12 147/18
   148/17 158/7 158/15 158/18
**EDWARD [3]**   1/15 1/15 3/12
**effect [9]**   14/17 14/25
   18/1 66/4 66/13 73/19 74/9
   79/2 79/3
**effective [4]**   33/5 35/2
   144/23 145/2
**effectively [1]**   119/6
**effects [8]**   13/20 14/16
   66/19 72/2 74/23 76/7 80/8
   103/5
**efficiency [1]**   85/25
**efficient [2]**   87/17 189/10
**efficiently [1]**   156/13
**effort [1]**   99/15
**efforts [4]**   79/20 79/21
   81/8 81/8
**eight [2]**   164/11 181/14
**either [17]**   4/7 4/17 33/6
   36/6 76/20 96/22 103/9
   111/14 149/19 178/7 204/2
   206/14 213/9 216/20 218/9
   218/17 218/18
**elect [3]**   61/17 116/9
   116/16

**elected [2]**   62/13 115/22
**election [1]**   113/12
**electronically [1]**   203/1
**elevated [1]**   111/14
**elevation [1]**   93/24
**eliminates [1]**   65/5
**else [11]**   3/22 103/1
   103/10 120/15 128/6 162/1
   162/8 172/7 175/3 175/6
   204/5
**elsewhere [2]**   83/12 86/12
**embark [1]**   102/6
**Embry [1]**   49/23
**Embry-Riddle [1]**   49/23
**emphasis [3]**   27/16 160/7
   191/13
**emphasize [1]**   160/7
**employed [1]**   47/25
**employee [3]**   155/25 174/6
   174/20
**employees [1]**   156/12
**employment [2]**   49/2 123/10
**en [1]**   86/4
**enables [1]**   101/21
**encourage [4]**   35/16 58/9
   63/20 63/24
**encouraged [1]**   78/7
**encourages [1]**   204/21
**encouraging [4]**   36/12 37/1
   61/6 65/21
**end [28]**   13/13 20/23 21/15
   24/6 55/2 55/17 71/21 72/1
   75/22 78/24 86/5 86/8
   87/19 89/16 96/2 102/5
   121/5 124/16 139/5 139/9
   140/19 140/23 151/5 151/22
   185/11 188/7 188/13 192/20
**endeavors [1]**   79/22
**ended [3]**   16/21 193/17
   193/18
**endogenous [1]**   37/25
**ends [1]**   206/8
**endured [1]**   165/3
**enforce [10]**   61/7 62/7
   62/10 117/2 117/15 117/23
   119/22 120/8 122/3 122/9
**enforced [1]**   124/5
**enforcement [2]**   79/19
   124/7
**engage [12]**   26/24 60/19
   118/4 127/23 130/14 130/15
   130/17 131/6 131/8 133/1
   142/25 168/12
**engaged [2]**   44/22 218/11
**engaging [2]**   163/19 171/11
**engineering [2]**   48/22
   48/23
**engines [1]**   206/2
**enhance [1]**   159/21
**enhanced [3]**   36/5 160/22
   161/5
**enhancement [1]**   161/21
**enhances [1]**   102/7
**enjoys [1]**   219/24
**enough [4]**   183/23 184/1
   184/5 207/22
**ensure [8]**   36/16 112/2
   142/19 145/24 146/3 169/20
   174/5 188/22
**ensures [1]**   156/12
**entered [1]**   195/16

**entire [5]**   27/10 32/17
   45/14 96/7 112/18
**entirely [1]**   95/11
**entitled [2]**   61/16 223/5
**entity [1]**   218/20
**entry [2]**   54/18 55/6
**environment [9]**   80/7
   136/17 144/18 145/18 146/1
   149/7 186/13 191/17 191/18
**equal [1]**   152/4
**equates [2]**   83/13 112/8
**equation [1]**   55/10
**equipment [2]**   66/20 86/11
**erode [1]**   127/8
**escalation [3]**   81/12
   212/12 213/19
**escapes [2]**   79/12 143/22
**especially [4]**   23/17 75/3
   86/9 191/18
**essence [1]**   126/15
**essentially [1]**   32/13
**establish [2]**   120/21 195/4
**established [4]**   53/20
   54/19 194/21 195/6
**establishing [1]**   156/20
**estimate [1]**   8/25
**estimated [5]**   8/20 32/22
   86/24 204/23 205/1
**estimating [2]**   7/13 8/8
**estimation [2]**   6/10 8/21
**et [4]**   1/2 1/6 3/3 3/4
**Europe [3]**   51/18 188/9
   188/14
**evaluate [1]**   76/21
**evaluation [1]**   167/10
**evaluations [1]**   27/25
**evasive [1]**   144/14
**Eve [1]**   71/21
**even [28]**   9/10 9/24 21/4
   22/16 25/13 31/3 38/10
   44/7 64/19 69/13 69/18
   78/8 96/8 112/13 112/20
   113/25 114/4 135/12 135/15
   135/17 138/8 178/14 193/22
   199/6 205/5 215/6 216/1
   219/16
**evening [2]**   192/8 222/1
**event [16]**   39/18 80/4 80/20
   81/14 171/18 188/4
**events [1]**   80/13
**ever [15]**   39/6 49/14 90/11
   90/15 90/18 111/4 117/25
   118/3 147/8 161/21 166/3
   179/7 179/11 217/17 217/23
**every [16]**   8/14 42/12
   42/15 42/15 58/21 62/22
   80/17 80/21 80/21 86/24
   110/16 111/9 126/19 144/16
   217/9 217/9
**everybody [4]**   126/10
   143/19 193/9 193/9
**everyone [6]**   62/17 79/5
   128/9 141/10 142/16 142/17
**everyone's [1]**   101/23
**everything [1]**   122/1
**evolutionary [1]**   137/11
**exact [1]**   97/15
**exactly [9]**   24/25 34/19
   85/18 89/23 159/8 176/2
   193/17 194/20 197/3
**exam [2]**   116/7 116/17

**E**

examination [14]   2/5 2/6
2/9 2/10 2/11 5/7 5/22
5/24 47/21 79/16 109/6
128/4 128/5 221/4
examining [1]   11/13
example [20]   43/22 45/20
74/22 94/5 94/17 114/3
164/20 166/23 170/20
170/22 171/5 171/7 171/13
171/18 179/15 180/22
183/19 183/21 203/25
206/10
examples [35]   64/15 65/8
65/10 65/14 66/7 66/11
68/19 73/14 73/16 73/17
77/16 77/24 78/1 108/1
164/24 165/15 165/20
165/23 166/23 167/2 167/3
168/10 168/16 169/3 169/14
169/20 169/22 171/20 181/8
181/19 181/23 182/8 182/8
185/3 217/21
exasperate [1]   104/3
exceeding [1]   26/7
except [2]   12/24 140/6
exception [1]   108/21
excessive [2]   215/3 215/20
exclude [1]   6/10
excluded [3]   7/12 9/4
10/18
excluding [6]   6/7 10/20
10/21 10/21 10/21 11/5
exco [17]   61/17 61/20
62/16 98/7 98/7 110/6
110/7 112/12 114/24 114/25
116/9 116/16 125/7 129/5
129/7 129/9 129/22
Excuse [3]   30/16 207/10
220/22
excused [2]   47/6 221/22
executive [5]   59/19 61/21
121/10 160/14 162/14
executives [1]   161/21
exempted [2]   148/2 221/12
exercise [3]   190/17 218/3
218/4
exercised [1]   219/18
exert [1]   164/4
exerting [1]   27/1
exhibit [111]   5/10 5/15
12/3 12/6 12/12 16/11
17/19 17/20 18/4 18/5
19/16 19/18 19/21 19/22
19/22 20/5 21/12 21/23
22/7 22/10 22/10 22/13
24/6 26/4 27/20 27/21 28/2
28/16 28/24 28/25 33/10
34/11 34/12 34/17 34/24
43/22 44/1 44/2 44/3 45/10
45/17 45/20 46/13 50/1
50/10 55/23 55/24 56/9
58/15 59/5 61/14 64/9
69/10 70/10 72/8 72/21
73/10 85/4 88/10 90/1
91/19 92/6 92/15 93/2
93/11 93/16 94/6 94/17
97/6 98/11 99/8 101/14
102/16 104/6 105/12 105/14
107/10 107/20 116/10

116/10 121/7 125/4 128/16
128/19 128/20 131/23
131/25 139/3 139/16 140/11
150/8 151/3 151/4 153/14
153/19 153/22 163/10 172/1
172/11 175/16 179/1 179/3
180/11 183/18 197/19
206/25 209/17 209/18 210/9
213/24 214/20
Exhibit 1 [10]   19/21 21/12
22/10 22/13 43/22 44/1
44/2 151/3 151/4 197/19
Exhibit 11 [3]   28/16 28/25
34/17
Exhibit 122 [4]   50/1 64/9
73/10 163/10
Exhibit 124 [1]   5/10
Exhibit 126 [1]   50/10
Exhibit 127 [1]   59/5
Exhibit 128 [1]   101/14
Exhibit 129 [1]   91/19
Exhibit 130 [1]   92/6
Exhibit 131 [1]   92/15
Exhibit 132 [1]   93/2
Exhibit 133 [1]   93/11
Exhibit 134 [1]   93/16
Exhibit 136 [1]   5/15
Exhibit 138 [3]   70/10
175/16 179/3
Exhibit 19 [1]   98/11
Exhibit 2 [11]   44/3 45/10
45/17 45/20 46/13 55/23
55/24 85/4 99/8 213/24
214/20
Exhibit 20 [3]   12/6 12/12
17/20
Exhibit 22 [4]   16/11 17/19
18/4 18/5
Exhibit 23 [1]   172/1
Exhibit 24 [1]   69/10
Exhibit 27 [3]   21/23 22/10
24/6
Exhibit 3 [2]   19/22 19/22
Exhibit 34 [2]   88/10 90/1
Exhibit 35 [2]   139/3
140/11
Exhibit 36 [1]   72/8
Exhibit 37 [1]   72/21
Exhibit 38 [1]   61/14
Exhibit 39 [1]   121/7
Exhibit 6 [1]   107/10
Exhibit 7 [4]   26/4 27/21
28/24 33/10
Exhibit 78 [1]   97/6
Exhibit 81 [2]   105/12
105/14
Exhibit 93 [1]   102/16
Exhibit 97 [1]   104/6
Exhibit 99 [2]   94/6 94/17
exhibit book [2]   116/10
153/14
Exhibit No [3]   20/5 209/17
209/18
Exhibit No. 41 [1]   128/20
exhibits [8]   3/16 91/18
95/9 106/13 108/10 108/16
108/20 108/21
existed [1]   138/8
existence [1]   210/20
expect [6]   30/12 62/8 62/9
117/11 117/22 120/9

expectations [2]   62/15
62/16
expected [1]   117/14
expedite [1]   53/11
experience [16]   14/6 23/25
43/8 43/16 45/5 64/17 86/1
89/10 90/24 142/1 148/4
148/10 149/1 149/5 149/7
202/2
experienced [5]   28/13
41/13 123/1 166/4 193/22
experiencing [3]   26/9
26/22 170/21
expert [6]   38/8 38/12
38/13 38/15 38/19 85/25
expertise [1]   148/22
explain [7]   37/4 42/15
98/3 103/21 105/4 146/24
220/7
explained [4]   26/15 27/7
28/15 29/24
explanation [4]   28/22
28/22 31/11 211/13
explanations [1]   41/14
explicitly [3]   39/14 39/24
40/2
exposure [1]   187/24
express [18]   44/23 52/13
52/14 52/15 52/18 52/19
55/6 130/4 130/6 130/12
130/14 130/21 131/1 131/4
153/2 184/12 193/2 196/2
expressed [1]   211/2
expressly [1]   78/9
extend [1]   66/2
extended [7]   9/8 9/25
10/11 16/6 16/23 17/16
18/20
extra [1]   150/3
extreme [1]   190/7
eye [2]   1/13 20/16
eyebrows [1]   118/6
eyes [3]   12/15 21/1 194/15
eyesight's [1]   13/11

**F**

FAA [15]   27/7 27/14 27/18
29/24 33/3 76/5 76/10 79/1
79/8 142/10 143/20 143/21
145/23 146/9 205/3
FAA's [1]   26/16
Facebook [2]   109/22 109/24
facets [1]   147/13
facility [4]   48/18 48/19
152/17 153/7 153/8
facing [2]   106/3 160/2
fact [30]   4/16 9/1 20/9
22/16 24/21 28/16 30/1
30/6 32/22 34/18 43/11
43/16 63/15 78/8 110/11
113/7 113/24 132/10 134/7
134/21 134/21 149/24
169/21 170/6 202/5 217/7
218/11 219/12 219/13 220/3
factor [7]   42/12 42/15
43/24 45/13 80/1 137/2
167/22
factors [23]   36/6 37/25
38/4 38/18 38/22 40/12
40/14 41/6 41/9 41/18
41/20 41/25 42/8 81/3

**F**

**factors... [9]**  121/5
142/15 147/15 152/20
152/21 153/8 158/21 161/6
165/6

**facts [4]**  210/15 210/25
211/18 212/7

**factual [1]**  211/13

**failed [2]**  210/14 210/18

**failure [3]**  209/24 215/7
216/1

**fair [8]**  7/6 11/3 11/20
101/22 129/25 200/3 200/5
200/8

**fairly [3]**  24/12 45/22
150/17

**fall [4]**  55/21 62/18
115/17 152/22

**false [1]**  209/11

**familiar [11]**  50/22 106/3
129/8 131/12 131/15 153/11
154/11 173/4 174/7 181/16
213/2

**familiarity [1]**  148/6

**familiarization [3]**  80/3
147/13 148/23

**familiarize [1]**  148/21

**family [1]**  104/17

**far [14]**  8/10 35/2 46/14
60/18 76/6 106/25 119/16
141/22 143/6 144/2 144/15
145/25 147/4 148/6

**FARs [1]**  33/4

**FAS [1]**  143/21

**FAS-200 [1]**  143/21

**fatigue [160]**  4/16 14/3
26/8 26/10 26/15 26/17
26/21 27/11 27/19 28/11
28/14 28/14 29/2 29/21
30/4 30/6 30/8 30/11 30/15
31/3 31/13 31/15 31/21
31/23 32/16 32/19 33/1
33/3 34/10 34/13 34/18
34/21 35/20 36/5 36/13
36/14 36/19 37/2 37/2 37/8
40/7 66/20 68/10 73/9
73/14 73/18 73/19 74/5
74/11 74/19 74/20 74/22
75/3 75/11 75/12 75/18
76/1 76/6 76/7 76/20 76/23
77/11 77/16 77/20 77/22
78/25 79/1 79/6 79/8 79/10
79/23 80/2 80/5 80/5 80/8
80/10 80/11 81/15 82/13
137/2 137/3 137/6 137/8
137/9 137/10 142/1 142/4
142/11 142/15 143/13
143/14 143/17 143/24
144/12 144/13 144/16 147/5
147/14 147/14 147/16
147/17 147/22 149/17
149/23 153/7 153/9 153/11
154/10 154/13 156/5 156/17
156/23 157/22 158/1 158/22
159/17 159/21 160/2 160/8
161/5 161/22 161/24 166/17
167/4 167/6 167/13 167/15
167/19 167/21 167/24 168/2
168/7 168/16 168/23 168/24
168/25 169/15 174/3 182/18

183/20 183/23 189/3 189/12
190/2 192/1 200/21 214/6
216/14 216/18 216/18
216/19 216/23 217/3 217/5
217/8 217/9 217/10 217/17
221/14 221/15

**fatigue risk [1]**  137/9

**fatigued [47]**  26/25 27/16
28/23 35/8 35/14 35/16
35/18 35/21 36/13 36/17
36/17 36/18 36/20 37/2
37/10 37/11 57/25 73/24
75/15 75/16 75/24 76/16
76/19 78/8 78/8 78/10
79/18 136/19 136/20 137/20
150/6 166/12 167/8 167/16
182/7 182/7 182/22 182/24
184/2 184/4 184/6 187/5
190/18 193/20 194/15 197/6
216/15

**fault [2]**  72/9 185/21

**February [31]**  13/6 13/7
16/8 16/18 16/20 16/20
16/24 16/25 17/16 19/7
19/7 20/7 23/12 24/6 24/24
25/9 27/6 28/5 34/10 71/15
92/21 92/23 92/24 92/25
159/10 160/21 160/25
161/15 163/17 168/8 171/8

**February 2016 [6]**  19/7
24/6 24/24 27/6 28/5
163/17

**February 20th [1]**  92/23

**February 21 [3]**  92/21
92/24 92/25

**February-March-April [1]**
71/15

**feel [2]**  74/17 128/6

**feeling [1]**  39/7

**fell [1]**  145/8

**felt [5]**  57/15 100/14
126/7 159/23 172/10

**fessed [1]**  174/21

**few [12]**  6/24 39/4 49/5
50/5 54/13 62/11 64/7 71/2
99/7 112/21 148/9 149/4

**fewer [2]**  8/10 152/5

**fide [2]**  135/22 135/23

**field [1]**  38/10

**figure [5]**  28/9 32/1
102/13 123/13 165/14

**file [6]**  36/14 37/2 131/19
132/7 144/13 220/16

**filed [9]**  91/5 92/19
100/16 101/3 122/17 132/11
132/16 132/18 217/10

**files [1]**  103/19

**filing [1]**  76/14

**fill [4]**  74/6 82/9 198/18
201/3

**filled [1]**  82/7

**final [1]**  68/15

**finally [1]**  107/9

**financial [1]**  127/9

**find [12]**  14/12 22/10
98/19 98/22 101/9 130/2
130/12 146/5 146/6 153/21
163/5 180/8

**finding [2]**  82/25 83/2

**fine [3]**  4/25 145/6 201/18

**finish [3]**  30/17 30/23

152/14

**finished [2]**  99/7 102/15

**firm [1]**  118/21

**first [48]**  5/10 12/4 12/15
13/15 14/7 24/19 25/1
37/16 44/21 44/25 51/3
62/3 64/1 67/4 67/6 67/21
67/22 68/24 70/14 78/6
78/10 78/11 79/1 80/1
83/18 92/8 97/4 99/13
101/19 103/25 116/20 119/1
121/19 121/25 125/14
131/23 140/18 144/25 156/7
170/7 170/13 171/5 171/7
175/9 196/11 198/10 201/9
217/22

**fit [11]**  24/17 35/25 76/21
91/14 174/24 192/7 194/13
196/23 197/6 197/7 214/5

**fits [2]**  111/25 171/13

**five [13]**  19/21 19/22
29/13 29/16 29/16 69/11
69/12 81/19 87/21 154/14
154/15 155/1 195/16

**fivefold [3]**  29/13 29/18
29/22

**fixed [1]**  146/1

**flag [1]**  96/13

**flags [1]**  84/10

**flat [2]**  172/4 206/1

**fleet [7]**  51/15 54/12 72/6
194/17 194/18 195/2 195/5

**flew [2]**  30/8 136/16

**flexibility [6]**  86/3 191/5
191/10 191/13 196/9 196/10

**flight [85]**  6/18 6/20
35/23 35/24 36/25 40/8
40/15 40/16 42/1 48/4
48/20 48/20 49/9 49/12
60/23 64/17 65/6 66/2 68/4
68/13 69/15 69/19 69/21
70/16 70/22 70/25 71/7
78/10 78/13 78/17 78/20
78/21 83/21 84/1 85/8
86/25 89/11 90/6 91/11
91/12 103/6 104/23 144/14
149/20 156/16 156/20
156/23 157/25 157/25
161/22 168/15 172/22 173/8
177/14 177/15 178/10
178/24 179/6 179/8 179/10
183/2 183/2 183/7 183/7
183/12 183/16 183/17
184/21 185/10 185/11
185/12 186/9 187/4 187/14
188/8 190/8 192/11 193/4
194/3 196/22 197/10 201/3
201/21 205/5 205/9

**flights [41]**  6/11 7/20
8/10 8/17 8/20 9/3 9/7
9/10 9/11 9/15 9/18 10/7
10/10 10/12 10/19 10/20
11/5 11/6 11/9 11/11 11/13
11/14 11/18 11/19 12/10
12/24 15/7 20/19 22/5
39/20 41/11 44/3 83/22
85/14 136/10 136/16 149/10
149/10 184/17 184/22 201/2

**flip [8]**  12/23 140/19
141/1 141/5 177/10 177/18
181/20 210/8

## F

**floor [1]** 98/8
**flown [3]** 49/19 69/14 194/9
**fluctuate [2]** 20/24 23/10
**fluctuates [3]** 21/3 23/11 23/13
**fluctuating [1]** 22/20
**fluctuations [2]** 32/16 34/14
**fly [40]** 35/7 35/16 36/13 37/1 76/18 76/19 76/21 83/14 136/18 136/20 137/16 137/16 137/20 137/20 138/6 138/10 147/16 173/19 174/1 174/3 182/23 184/5 185/8 185/10 189/20 189/24 189/25 190/1 190/20 190/22 191/2 192/7 192/9 192/14 192/18 193/4 194/13 197/7 199/1 205/5
**flying [88]** 27/16 28/17 28/21 28/23 29/1 30/6 30/10 30/12 31/4 31/10 31/11 31/16 31/23 32/3 32/10 32/12 32/20 32/23 33/1 34/16 34/22 35/13 38/2 49/6 49/15 53/21 57/24 66/4 76/7 82/16 82/19 112/16 137/1 137/12 147/2 147/3 148/10 148/11 148/13 148/15 148/15 149/5 149/19 149/20 149/22 150/2 184/21 185/2 185/3 185/4 185/12 185/25 186/11 186/15 187/9 187/12 188/16 188/17 189/2 189/5 190/4 190/5 190/13 190/16 190/18 190/18 191/22 192/8 192/8 192/12 194/4 194/23 198/1 198/2 199/6 200/2 201/10 201/11 201/13 201/18 202/7 202/9 203/3 203/18 205/20 205/23 206/2 206/20
**Flynn [2]** 59/13 220/18
**FO [1]** 67/21
**focus [4]** 64/7 64/9 112/24 159/25
**focused [8]** 74/14 74/14 113/1 122/9 136/10 144/2 147/19 183/21
**focuses [1]** 112/25
**follow [9]** 35/7 36/13 62/6 89/16 112/15 117/2 119/21 120/8 150/19
**followed [2]** 67/7 67/7
**following [8]** 58/22 114/3 122/9 134/24 187/8 210/9 215/5 215/24
**follows [3]** 34/25 99/14 117/5
**FOM [1]** 84/6
**food [2]** 89/4 89/12
**for all [1]** 41/3
**force [1]** 189/23
**forced [1]** 138/6
**foregoing [1]** 223/4
**foremost [1]** 196/11
**forget [2]** 109/8 109/9
**form [4]** 105/21 203/5

216/19 218/8
**formal [1]** 129/14
**formally [1]** 4/15
**formed [1]** 79/11
**former [1]** 206/10
**formula [1]** 55/10
**fortune [1]** 53/17
**forum [3]** 109/12 211/20 211/23
**forums [2]** 107/14 109/10
**forward [11]** 18/3 100/13 101/12 101/22 133/8 134/7 135/8 135/25 141/17 143/11 194/12
**forwarded [1]** 97/14
**found [6]** 67/9 70/6 70/8 98/21 179/24 221/15
**four [6]** 77/6 90/1 90/2 91/13 186/5 214/8
**fours [1]** 91/14
**fourth [6]** 55/14 55/16 67/13 68/16 141/3 214/9
**framework [6]** 101/11 101/17 101/25 102/11 135/8 213/2
**Francisco [3]** 70/18 70/18 178/22
**frankly [17]** 82/20 97/14 112/1 137/18 138/1 138/19 145/19 146/7 161/9 165/21 188/20 193/13 194/3 202/13 216/7 216/17 219/15
**free [1]** 128/6
**freight [9]** 51/8 51/25 51/25 52/8 53/25 136/21 137/14 137/19 138/4
**freighter [2]** 51/15 51/15
**frequency [4]** 57/25 73/20 74/15 168/4
**frequent [1]** 112/4
**frequently [2]** 168/3 171/2
**FRMP [1]** 161/24
**front [15]** 3/16 19/15 22/2 112/2 116/11 132/2 133/15 134/23 138/19 140/2 143/3 153/14 153/15 175/17 209/19
**frustration [1]** 104/4
**fuel [1]** 51/8
**full [1]** 5/13
**fully [2]** 182/21 203/24
**function [1]** 24/18
**functioning [1]** 137/10
**funny [1]** 204/20
**further [9]** 44/7 46/23 67/8 81/15 108/6 204/7 215/6 215/25 220/11
**future [1]** 124/22

## G

**gap [2]** 188/25 203/3
**Gary [1]** 98/17
**gateway [1]** 69/25
**gather [1]** 168/10
**gathering [1]** 212/18
**gave [2]** 118/6 127/12
**GCC [2]** 84/8 85/16
**general [5]** 8/7 8/13 15/7 114/19 148/13
**generalizations [1]** 38/17
**generally [7]** 97/15 110/11

185/14 188/15 189/6 189/25 200/9
**generated [2]** 79/5 88/13
**gentleman [1]** 176/8
**get [68]** 4/21 11/6 11/21 11/24 20/13 28/23 41/19 52/3 62/19 63/18 64/19 64/21 65/6 74/6 80/8 80/15 85/1 86/12 86/18 86/19 87/7 87/25 89/15 91/1 93/8 101/12 104/14 110/7 110/9 111/14 113/6 115/9 136/6 137/16 137/19 139/23 141/14 148/2 150/13 151/18 157/14 161/17 163/8 163/14 173/20 175/25 182/12 184/7 184/11 187/18 187/20 189/10 190/18 191/6 192/5 192/18 193/13 194/4 195/14 198/14 199/1 199/19 200/3 201/12 207/19 207/21 219/21 221/1
**gets [7]** 74/20 81/1 86/12 88/2 113/6 131/22 200/19
**getting [7]** 13/11 86/2 86/9 135/18 141/15 193/7 206/9
**Giant [3]** 106/18 106/25 107/1
**give [21]** 37/12 39/1 39/5 47/15 51/11 53/9 64/18 64/20 108/25 118/23 118/23 122/6 126/23 131/24 153/23 185/3 203/13 204/2 218/1 219/3 220/6
**give either [1]** 204/2
**given [5]** 7/24 8/1 8/1 59/11 84/12
**gives [6]** 55/10 84/2 85/21 86/3 132/5 206/11
**giving [1]** 194/13
**glad [1]** 4/23
**glass [2]** 207/19 207/21
**GLEASON [20]** 1/15 1/15 2/6 2/10 3/12 3/12 4/23 5/21 6/4 30/18 33/2 108/23 109/1 128/13 149/8 171/17 176/25 182/10 202/20 207/5
**glitch [1]** 139/24
**Global [4]** 53/25 84/8 84/20 85/1
**globe [8]** 48/13 51/14 51/18 150/1 150/2 186/7 186/8 201/20
**Glover [6]** 173/5 173/12 173/25 174/10 174/15 217/23
**Glover's [1]** 172/1
**go [64]** 13/3 17/13 39/9 51/9 55/23 80/18 80/22 81/10 84/7 84/14 84/16 84/18 86/14 86/19 87/16 95/7 96/12 100/12 100/18 106/22 107/17 118/18 119/2 123/12 125/4 138/5 139/4 139/8 140/1 148/18 151/5 151/10 151/23 154/18 155/5 159/2 159/6 161/11 161/18 161/19 162/22 176/2 176/6 181/16 184/17 185/21 186/24 190/4 194/19 195/13

# G

go... [14]   198/23 198/23
200/6 201/12 201/18 203/9
207/21 208/3 212/5 215/5
216/25 221/2 221/7 221/25
God [1]   47/17
goes [7]   20/24 55/17 75/18
87/8 140/20 194/6 195/21
going [64]   7/20 8/4 8/10
8/16 10/24 11/17 20/12
29/11 29/17 32/15 34/19
39/1 41/21 49/5 53/2 55/1
55/2 55/20 56/11 69/16
73/11 80/20 87/7 110/23
114/13 119/10 124/21
134/25 135/5 135/25 138/10
143/7 150/6 154/4 157/12
161/17 161/18 161/19 163/7
165/7 167/25 168/1 170/25
176/8 181/10 187/12 188/16
189/24 190/1 190/19 192/8
192/9 192/13 193/5 193/7
194/12 205/18 206/6 206/19
208/2 208/3 208/3 213/8
220/3
gone [5]   89/3 97/19 138/24
146/9 161/14
good [23]   3/6 3/10 3/11
3/15 5/9 6/2 6/4 6/4 6/5
8/4 9/17 47/23 47/24 53/17
75/2 96/20 109/9 124/20
127/24 153/20 160/3 176/17
207/2
got [34]   10/5 10/6 10/6
13/5 13/8 13/9 13/12 17/9
41/2 41/3 41/5 44/9 45/4
88/4 93/9 119/15 123/19
176/14 176/17 178/14
182/25 184/12 186/3 187/4
187/5 190/7 194/23 198/12
198/25 205/4 205/14 205/15
218/25 219/13
gotten [2]   121/1 137/7
government [2]   6/11 10/21
governs [1]   160/19
grant [1]   23/10
graphical [1]   17/21
grave [1]   213/14
great [3]   28/4 86/20 97/2
greater [3]   85/15 88/1
160/7
greatly [1]   102/7
Green [2]   69/11 69/12
Green's [1]   69/15
grew [2]   136/22 136/25
grievance [34]   90/3 90/6
91/23 91/25 92/10 92/13
92/19 92/20 93/5 93/6 93/7
93/14 93/19 93/25 100/17
101/3 111/12 111/25 112/25
113/5 114/6 132/6 132/11
132/16 132/19 132/20 133/3
133/6 133/8 134/8 134/15
134/16 199/19 200/8
grievances [8]   88/13 90/12
91/5 91/18 92/3 131/19
132/8 199/19
Griffith [3]   95/3 95/4
106/18
Griffith's [1]   109/20

ground [3]   101/9 111/1
130/2
group [22]   36/24 36/25
48/19 48/21 48/22 48/23
61/3 62/5 62/22 65/17
77/24 81/3 82/24 95/3 98/7
98/9 98/18 116/25 119/20
174/9 175/4 191/12
grow [1]   43/13
growing [14]   43/10 43/13
43/23 44/4 44/8 45/10
45/22 46/5 52/12 138/24
150/18 152/7 194/1 194/7
grown [2]   64/22 195/17
grows [1]   187/23
growth [16]   43/6 43/24
44/7 45/12 45/13 46/12
54/5 54/11 54/12 54/18
55/5 193/23 193/23 194/2
195/2 196/1
guarantee [1]   102/4
guess [12]   4/14 28/9 31/25
46/14 80/15 96/2 135/13
151/19 151/24 165/14
195/13 195/24
guess nine [1]   151/19
guidance [2]   84/6 100/12
guys [1]   175/6

# H

had [69]   6/11 6/19 10/20
14/19 14/20 14/21 14/22
16/17 16/19 16/19 18/14
27/9 35/5 45/25 53/17
59/13 60/15 63/15 64/22
65/1 71/19 72/3 78/25
82/22 83/2 87/21 94/15
96/8 99/22 112/16 116/7
116/15 119/5 120/24 126/7
126/11 130/7 130/20 130/21
139/1 140/6 144/1 146/2
148/4 148/9 148/14 149/7
169/19 170/5 170/15 174/10
174/11 174/18 175/12
180/18 180/23 183/6 183/6
195/7 203/4 205/18 209/16
212/17 212/21 213/6 219/10
219/16 219/17 219/20
hadn't [2]   112/13 126/12
half [14]   10/8 15/12 15/12
29/5 29/9 33/13 33/20
44/11 138/15 150/9 150/10
151/14 151/15 176/17
halfway [2]   153/20 185/17
HAMILTON [1]   1/17 3/13
hand [9]   24/9 24/14 28/8
32/18 47/14 154/18 155/4
207/12 214/21
handful [2]   198/13 212/13
handle [3]   47/10 106/18
208/2
happen [5]   14/5 118/14
130/23 199/24 199/25
happened [6]   96/5 139/21
160/25 173/15 197/1 199/15
happening [8]   15/22 32/11
37/5 74/18 199/21 199/23
200/12 200/13
happens [10]   75/14 75/22
89/11 168/25 192/11 192/12
192/14 199/22 200/11

200/14
happy [5]   19/3 96/4 218/9
218/14 219/12
harassment [2]   105/18
105/19
hard [5]   101/8 124/9 127/5
152/5 152/8
harm [1]   166/20
harp [1]   119/13
harping [1]   119/9
has [86]   20/6 20/19 22/22
25/5 26/8 27/14 34/14 36/4
37/7 37/24 43/5 43/10
43/23 43/24 44/4 44/5
45/10 45/13 45/13 45/14
45/22 46/1 46/7 52/9 53/15
61/3 64/23 66/4 78/7 80/22
81/3 82/15 84/5 84/7 84/18
84/19 88/12 88/13 88/24
88/24 89/3 89/6 89/7 90/15
90/18 90/21 101/3 113/7
113/13 113/14 114/15 115/2
124/4 127/1 130/1 131/3
135/22 137/7 137/13 138/16
142/11 143/6 143/9 143/25
147/12 150/16 150/17 152/9
152/22 155/18 155/19
158/18 189/4 189/12 190/25
193/9 194/3 195/5 195/22
196/18 199/15 204/24
205/23 209/4 216/8 219/20
hasn't [4]   124/19 187/22
194/12 194/15
hate [1]   220/21
haul [12]   44/23 52/6 52/7
52/21 53/15 136/10 136/16
137/1 137/12 148/12 196/4
196/5
have [338]
have effects [1]   103/5
haven't [3]   36/8 46/3
194/9
having [7]   45/11 121/18
122/10 122/19 123/13
173/14 195/11
he [110]   22/12 25/12 25/16
30/17 34/1 46/9 57/15
57/15 57/19 57/23 58/2
58/5 58/7 58/9 58/12 58/12
60/7 60/11 68/10 68/11
68/12 69/14 69/17 70/23
74/18 75/7 75/16 78/21
84/7 84/13 84/18 84/19
90/3 90/10 90/15 90/18
113/14 114/9 115/18 115/22
117/10 117/13 117/14
117/18 117/22 119/18
119/19 125/20 125/21 126/2
126/18 127/4 127/4 127/7
140/12 146/21 152/19
152/20 152/23 153/4 153/7
160/4 160/13 170/15 173/13
173/14 173/15 173/15
173/16 173/16 173/18
173/25 174/3 174/10 174/14
174/17 174/18 174/19
174/20 174/23 174/24 177/7
178/13 178/14 178/15
178/19 178/23 178/24 179/6
179/7 179/9 179/10 179/11
179/16 179/17 179/18

# H

**he... [14]**   179/21 179/24
180/5 185/17 197/5 200/10
200/19 202/21 202/22
208/16 208/16 211/17
211/19 213/6
**he'd [1]**   211/19
**he's [14]**   30/21 84/7 84/12
84/14 114/9 117/12 117/12
152/17 160/3 160/14 173/13
180/6 211/23 220/4
**head [2]**   111/18 151/17
**heads [1]**   39/1
**hear [11]**   42/6 64/1 97/3
109/8 109/11 111/8 115/6
115/7 133/3 134/13 140/2
**heard [36]**   19/25 44/13
50/19 54/8 55/4 55/15 63/4
79/16 82/1 97/3 110/19
111/15 111/20 111/23
111/23 112/17 112/21
112/23 113/24 114/19 115/4
115/9 116/19 118/11 124/6
131/9 131/10 132/10 132/20
137/23 138/18 145/20 162/3
164/23 205/20 213/6
**hearing [8]**   4/8 43/20 93/4
97/1 97/5 108/18 108/20
221/25
**heavy [2]**   51/25 52/8
**held [3]**   48/5 68/10 112/7
**help [14]**   13/11 15/24
17/14 31/22 47/17 58/13
62/5 117/1 119/20 139/1
151/18 162/24 163/1 167/15
**helped [2]**   142/18 197/24
**helping [2]**   32/14 32/18
**helps [3]**   139/19 197/22
197/23
**her [2]**   116/2 170/11
**here [78]**   12/14 12/15 13/3
13/11 17/6 21/7 22/18
24/16 28/3 28/4 30/9 30/24
31/7 34/12 35/19 36/18
38/18 42/14 49/14 50/17
52/11 55/4 59/4 62/1 62/21
66/18 74/12 83/24 92/12
111/15 118/5 119/15 119/15
120/13 121/6 127/4 134/19
134/23 135/6 135/9 135/16
136/2 136/15 136/18 136/19
137/7 144/11 147/6 147/8
148/8 149/18 151/10 151/17
152/24 153/12 158/23 163/9
171/13 173/6 173/22 174/25
175/2 178/6 179/4 179/9
181/16 183/22 184/9 187/16
190/25 194/4 194/21 195/3
201/16 203/22 203/25
205/18 207/21
**here's [3]**   144/14 193/10
202/1
**herself [1]**   75/23
**hiatus [2]**   135/9 135/10
**high [2]**   28/22 62/15
**higher [16]**   10/23 14/6
21/16 23/13 25/1 26/17
28/14 30/6 30/8 30/10
30/12 31/21 31/23 32/3
32/25 34/6

**highest [1]**   156/11
**highlight [1]**   95/24
**highlighted [2]**   157/8
171/18
**highlighting [1]**   62/11
**highlights [2]**   154/22
154/24
**him [34]**   4/4 30/18 47/3
57/13 90/11 106/19 115/16
115/19 118/1 118/2 118/3
118/4 118/20 118/23 118/23
126/3 126/3 126/5 126/7
137/23 159/16 159/20 162/4
162/5 163/6 173/19 174/1
174/12 174/16 202/24 204/1
211/2 211/8 211/13
**him sick [1]**   173/19
**himself [3]**   75/23 76/21
174/14
**hire [7]**   43/13 118/16
118/20 141/2 152/25 153/1
162/5
**hired [14]**   44/10 49/7
138/16 138/21 141/11
141/15 143/9 144/8 149/14
151/6 151/7 152/10 162/4
219/8
**hires [5]**   43/11 150/10
150/14 150/18 152/6
**hiring [13]**   43/5 43/12
44/5 44/6 46/2 46/4 46/7
46/10 46/11 54/10 138/24
149/2 194/9
**his [60]**   4/5 4/23 4/24 5/1
19/21 19/21 21/24 25/12
25/15 30/17 53/5 56/9
56/11 58/17 58/18 69/3
69/16 69/18 69/24 70/22
70/25 71/1 89/24 99/9
99/12 113/12 113/13 114/23
115/17 116/2 117/8 117/8
117/25 118/12 118/21
119/18 120/19 127/5 139/5
139/10 147/1 151/13 161/23
162/5 163/3 167/8 168/6
173/16 174/16 174/16
174/19 174/20 177/14
178/15 178/21 179/7 179/18
180/3 185/17 191/15
**historical [1]**   52/21
**historically [4]**   64/16
64/19 89/14 136/9
**history [3]**   83/22 177/11
185/6
**hit [2]**   152/11 194/17
**hoc [1]**   53/21
**hold [1]**   17/5
**holder [1]**   160/16
**holding [5]**   41/18 54/25
134/3 134/8 134/17
**Holdings [1]**   134/3
**holds [1]**   160/14
**home [5]**   52/4 178/17
178/18 178/25 179/17
**honest [3]**   38/11 173/15
194/20
**honestly [6]**   7/7 118/19
134/11 162/9 182/22 203/23
**Hong [2]**   53/25 186/18
**honor [47]**   3/6 3/11 3/24
4/10 6/2 24/1 24/14 30/16

44/1 47/2 47/13 53/6 53/13
53/15 59/2 60/10 81/17
81/25 95/6 97/5 108/6
110/17 110/21 110/23
124/25 127/25 128/15 135/1
136/5 138/9 138/10 139/15
139/22 140/16 146/2 151/12
153/25 181/5 204/17 207/3
207/17 209/14 217/25
220/11 220/15 220/22
221/20
**Honor's [3]**   30/2 35/2
157/19
**HONORABLE [1]**   1/9
**honoring [2]**   57/5 57/17
**Hook [3]**   1/21 223/3 223/10
**hope [5]**   35/12 35/15 35/17
36/15 153/18
**host [1]**   41/24
**hosted [1]**   95/2
**hot [4]**   91/14 92/19 93/6
93/7
**hotel [8]**   48/16 69/22 70/8
70/20 175/14 178/1 178/6
178/9
**hotly [1]**   193/12
**hour [7]**   9/8 168/17 168/18
176/17 192/16 192/18
192/20
**hours [22]**   9/12 12/11 13/1
49/15 63/8 68/20 68/21
69/8 75/17 75/20 75/22
91/13 161/21 167/22 167/23
173/9 179/19 179/19 192/12
192/22 192/25 193/15
**Houston [17]**   68/25 69/14
69/14 69/15 69/20 69/25
70/18 70/20 71/7 172/6
175/12 176/8 178/14 178/19
178/20 178/24 178/25
**how [67]**   6/2 6/19 7/21
11/19 13/10 32/11 34/21
48/5 49/15 51/4 51/11 52/9
53/22 54/20 56/23 57/15
57/20 58/25 63/6 64/16
65/3 65/16 80/4 80/11 82/4
82/11 83/3 83/6 84/20 87/9
97/9 97/12 100/9 100/12
105/23 107/3 108/2 119/15
122/2 127/2 142/3 144/4
147/15 147/16 148/21 150/4
150/22 150/23 152/6 152/10
152/22 165/14 169/11
171/12 176/11 181/20
181/21 182/11 188/24 190/9
193/17 194/20 200/19 201/2
201/19 213/6 220/13
**however [2]**   28/15 208/5
**hubs [1]**   86/15
**huh [2]**   33/24 211/24
**human [8]**   36/6 36/6 81/2
152/20 152/21 153/8 158/21
161/6
**hundred [1]**   171/15
**hypothesis [9]**   18/23 19/2
25/8 25/10 25/10 25/13
25/16 25/17 43/18
**hypothetical [4]**   10/3 10/9
10/17 10/18

**I**

**I'll [12]**   4/23 24/1 81/23
81/25 109/9 114/7 116/5
116/13 133/24 178/22
200/16 220/25
**I'm [202]**   3/24 4/1 9/5
10/2 10/15 10/15 10/16
11/1 11/1 12/14 13/6 13/21
14/17 16/12 17/6 19/16
20/7 20/11 20/13 22/1 23/6
23/25 24/23 25/25 27/21
28/9 29/11 29/17 31/14
31/25 31/25 32/8 33/10
34/12 34/19 38/7 38/13
38/14 38/20 39/1 39/23
45/17 45/18 45/19 45/19
45/24 45/25 46/4 48/21
53/7 54/12 54/14 55/24
56/10 56/12 58/16 60/9
65/15 65/18 67/14 69/16
72/9 73/3 73/11 75/12
80/15 80/15 84/15 85/24
92/12 94/9 95/11 97/4
97/14 109/9 114/12 116/11
119/14 119/15 120/12
122/23 123/22 125/12
128/16 128/19 129/8 131/20
131/21 131/21 132/17
133/24 134/5 134/13 134/24
135/13 135/18 135/21
135/24 135/25 136/24
138/10 139/15 140/16 143/7
143/7 144/14 144/22 145/4
145/20 146/18 148/22
148/22 157/12 151/19
153/24 154/3 154/4 157/12
157/16 157/23 158/13
158/14 158/17 162/5 163/5
163/7 165/7 165/14 166/10
167/25 168/1 168/5 168/21
169/2 170/24 171/12 172/25
173/18 173/25 175/15
176/15 177/4 179/3 179/14
180/8 181/10 181/16 181/18
181/24 182/1 185/4 185/16
185/20 185/21 186/2 187/1
187/7 187/7 187/8 188/24
190/13 190/15 190/16
190/17 190/19 192/5 192/6
192/7 192/9 192/11 192/12
192/13 193/7 197/21 197/24
198/24 198/25 199/2 200/1
200/2 200/3 200/15 203/9
205/4 205/5 205/18 207/17
208/3 209/7 209/9 209/14
209/14 212/2 213/16 213/21
214/4 214/9 214/17 214/18
214/22 220/3 220/23
**I've [46]**   40/17 40/20
40/20 44/19 44/25 48/6
49/19 54/8 62/7 74/8 97/21
97/24 106/24 107/5 111/23
112/16 112/17 112/23 113/2
114/19 115/4 115/9 115/9
123/3 138/18 165/9 166/3
167/23 168/2 172/14 172/17
175/14 176/17 183/1 187/5
189/22 194/1 199/24 199/24
202/20 205/4 205/14 205/15
205/20 205/21 216/15

**idea [1]**   205/12
**identified [2]**   105/7
175/11
**identifies [1]**   32/10
**identify [13]**   3/5 31/22
32/14 32/19 42/5 70/11
91/17 92/7 93/23 97/7 99/6
107/10 210/19
**if [282]**
**iii [2]**   100/11 133/13
**illegal [1]**   213/8
**illegitimately [1]**   35/20
**illustrate [1]**   218/4
**illustrative [1]**   74/22
**imagine [2]**   216/21 216/21
**immediately [1]**   210/3
**immense [1]**   201/7
**immensely [1]**   112/25
**impact [23]**   7/23 8/21 8/23
10/14 13/23 42/12 43/16
45/6 45/8 54/21 65/4 65/23
65/24 74/4 83/3 83/6 118/7
164/14 169/11 169/11
193/24 201/8 203/5
**impacted [3]**   10/19 10/25
11/7
**impactful [1]**   169/8
**impacts [1]**   41/4
**implement [1]**   131/4
**implementation [1]**   147/22
**implemented [5]**   33/5
130/21 131/1 161/7 196/20
**implementing [1]**   131/2
**importance [2]**   160/7 160/9
**important [15]**   34/20 57/13
61/2 79/25 115/19 124/1
137/8 137/9 142/13 142/15
142/22 142/23 159/20
168/23 183/17
**imposed [2]**   111/20 164/14
**impossible [1]**   65/25
**improper [2]**   90/4 167/4
**improve [4]**   129/22 159/21
160/24 161/9
**improved [1]**   161/5
**improvement [2]**   159/24
161/22
**improvements [2]**   77/11
129/11
**in [715]**
**in fatigue [1]**   30/15
**in January [1]**   144/24
**in your [1]**   217/21
**inability [3]**   112/15
127/20 201/3
**inaccuracy [1]**   175/11
**inaccurate [1]**   175/11
**inappropriate [1]**   120/19
**inappropriateness [1]**
216/25
**INC [5]**   1/2 133/23 134/2
134/3 134/4
**include [6]**   15/14 32/12
41/3 41/22 65/9 73/15
**included [14]**   7/10 7/17
8/20 9/15 14/9 14/10 14/20
31/19 96/6 105/21 107/20
175/21 183/17 217/20
**includes [4]**   9/3 15/18
40/23 48/15
**including [16]**   8/17 8/22

25/8 26/25 32/17 35/12
36/23 49/9 55/6 87/11
87/12 215/9 216/3 217/21
217/22 217/22
**inclusive [2]**   165/21
165/22
**incorporated [2]**   3/3
154/25
**incorrect [2]**   120/19 172/8
**incorrectly [2]**   174/12
174/16
**incorrectly marked [1]**
174/16
**increase [26]**   14/10 15/15
16/17 17/14 20/6 21/8 21/8
21/19 26/10 26/21 27/6
28/10 29/14 29/18 29/22
34/9 37/4 43/2 46/19 46/21
57/24 60/6 63/9 79/17
168/7 209/5
**increased [12]**   21/14 22/5
29/15 30/5 32/20 33/1 36/5
73/20 79/19 79/19 81/8
202/7
**increasing [3]**   36/19 64/15
187/21
**incredible [1]**   176/14
**incredibly [1]**   17/9
**incumbent [1]**   147/20
**indeed [14]**   21/12 35/7
36/21 45/8 96/19 96/21
102/8 110/1 110/20 129/18
142/11 161/6 164/8 199/15
**India [1]**   186/21
**indicate [3]**   57/7 96/11
157/11
**indicated [3]**   62/7 117/10
117/13
**indicates [1]**   26/10
**indicating [2]**   111/18
145/1
**indicative [1]**   122/11
**indirect [1]**   202/6
**individual [10]**   73/25
74/10 74/13 74/19 142/3
148/21 170/25 170/25
183/22 193/10
**individualities [1]**   187/18
**individualization [3]**
171/18 181/9 218/3
**individuals [6]**   77/21
77/23 138/12 181/8 182/9
187/17
**industry [11]**   49/3 76/2
76/9 136/20 136/21 136/21
137/13 142/12 143/12 144/9
149/4
**inefficiencies [1]**   127/17
**inference [2]**   137/20 138/5
**infers [1]**   206/14
**influence [1]**   40/15
**influenced [2]**   37/24 38/4
**influences [2]**   37/3 41/22
**influx [1]**   74/19
**information [9]**   31/20
66/18 70/24 85/10 105/4
156/1 157/14 174/23 174/23
**inherently [1]**   138/11
**initial [7]**   4/3 28/17
35/24 45/19 45/21 113/12
196/23

**I**

initials [1]  84/13
initiated [1]  56/20
initiatives [1]  112/1
INJUNCTION [1]  1/9
insight [1]  142/3
insist [1]  56/14
inspection [1]  19/11
inspections [4]  145/19
146/7 146/8 146/8
instance [8]  9/18 10/8
27/11 43/4 111/1 115/1
158/21 162/21
instantly [2]  91/2 193/20
instead [7]  14/20 157/13
174/17 192/13 206/3 211/2
211/19
instituted [1]  90/15
instruct [4]  58/12 90/11
208/12 210/4
instructor [2]  152/17
160/3
insurance [2]  51/6 51/7
integrating [1]  100/14
integrity [2]  55/1 156/2
intend [1]  189/20
intended [6]  57/19 65/10
74/21 132/21 165/22 165/22
intensity [1]  38/1
intent [5]  68/19 74/21
76/18 76/19 181/10
intention [4]  58/22 65/14
65/14 200/6
intercontinental [1]  196/4
interest [5]  74/3 184/10
204/13 208/1 220/17
interested [3]  130/18
170/24 203/12
interests [1]  101/23
interject [1]  203/21
intermix [1]  186/12
international [22]  1/5
1/18 3/3 44/22 52/6 52/21
53/16 54/20 68/4 136/10
148/10 148/13 149/5 149/10
186/11 186/13 186/14
186/25 190/13 191/16
191/18 196/8
internationally [1]  194/10
internationally since [1]
194/10
interpret [5]  23/15 23/16
23/21 23/25 125/1
interpretation [1]  125/3
interpretations [1]  124/8
interpreted [1]  113/21
interpretive [3]  58/25
113/3 113/4
interprets [1]  23/18
interrupt [2]  10/15 31/7
interrupted [1]  168/21
interrupts [1]  30/18
intervals [1]  86/17
into [44]  13/5 16/18 18/14
23/4 30/21 41/6 52/1 52/3
55/6 55/10 56/24 64/21
66/3 68/12 69/14 71/11
84/7 107/1 107/4 121/1
135/5 135/11 135/19 142/3
145/17 154/25 167/24

171/17 171/22 175/22
184/24 185/8 185/25 187/3
187/3 188/9 188/9 188/23
191/5 192/13 193/7 195/16
201/20 218/15
introduce [1]  47/9
introduced [1]  81/1
introduction [1]  220/18
intuition [1]  203/4
investigate [1]  70/5
invited [1]  49/13
involved [3]  105/8 118/20
183/16
involves [2]  44/22 218/12
involving [5]  68/24 111/6
132/12 137/14 173/2
IOSA [1]  146/12
is [610]
is not [1]  134/11
isn't [17]  10/3 25/14
27/17 35/18 44/24 113/10
114/6 124/9 133/23 160/3
186/10 186/15 201/14
201/25 205/3 206/7 208/8
issuance [1]  143/21
issue [23]  61/6 66/10
71/17 73/5 88/24 90/25
95/21 96/14 101/7 108/18
115/2 134/18 134/18 134/20
142/11 148/22 179/16 182/7
182/12 202/17 202/17 206/7
208/18
issued [3]  143/16 143/17
217/16
issues [21]  82/12 86/5
86/6 87/2 91/10 100/24
106/3 108/21 111/12 114/8
167/11 168/4 183/24 183/24
184/1 184/11 185/9 188/23
188/23 208/14 221/18
it [524]
it in [1]  20/10
it's [203]  7/3 7/7 7/9
7/10 9/14 9/23 9/24 10/2
10/9 11/3 11/23 12/3 12/3
12/4 13/13 15/1 15/12
15/12 18/24 19/18 19/22
20/15 20/25 21/16 21/17
21/23 22/1 22/8 22/14 26/3
27/21 28/15 28/18 29/9
29/22 30/5 36/25 39/3
39/15 39/18 39/18 39/19
39/20 40/17 44/5 44/9
45/11 53/17 54/13 55/15
55/24 61/2 61/17 65/24
69/10 69/11 72/9 72/12
73/3 75/2 75/7 75/17 75/21
76/17 76/19 76/20 76/21
77/8 80/2 80/4 80/24 81/4
81/5 83/20 84/11 84/15
87/2 96/1 103/25 105/11
106/2 108/23 112/17 114/4
116/6 116/10 121/13 122/10
124/1 124/8 126/14 126/15
127/5 128/19 129/6 131/25
133/13 133/15 133/23
133/25 134/17 134/18
134/20 134/25 135/5 137/7
137/8 137/9 139/17 141/18
142/16 142/22 143/8 145/17
147/25 150/17 151/4 151/12

151/12 152/5 153/19 153/20
154/16 155/12 157/21
158/15 159/5 163/9 163/13
165/10 170/4 171/6 176/6
177/8 177/21 178/1 179/2
181/5 184/21 185/1 185/6
185/8 185/13 185/20 185/22
186/12 186/14 187/17
187/20 187/21 188/7 188/19
189/19 189/21 190/6 190/12
191/9 192/24 193/5 193/18
194/1 194/2 194/5 194/21
194/21 195/5 196/10 197/12
197/16 197/17 197/19
197/22 198/20 200/3 200/8
200/11 200/21 201/15
201/23 202/3 202/13 202/25
206/10 207/3 208/1 208/16
209/17 209/18 209/19 210/9
214/7 214/23 215/1 215/13
216/20 217/2 217/25 219/1
219/2 219/18 220/4 220/18
220/20
item [4]  98/5 114/1 114/2
173/1
items [12]  52/1 59/11 60/5
96/21 124/16 129/23 163/23
165/17 184/9 208/9 208/10
209/2
its [54]  13/22 14/25 15/16
19/1 21/19 21/20 26/9
26/22 27/2 27/15 33/3 35/6
35/6 35/6 35/13 36/5 36/6
36/16 36/22 36/23 37/1
37/8 39/21 43/6 44/10
44/11 50/25 53/10 55/5
55/6 82/18 88/12 88/16
89/5 99/16 106/5 114/4
126/25 126/25 127/9 127/20
141/14 148/16 156/12
158/22 174/22 191/13
195/17 196/2 204/25 210/3
210/4 211/4 218/15
itself [5]  10/24 36/22
41/5 114/2 153/12

**J**

James [2]  69/11 177/4
Janger [1]  3/8
January [22]  12/16 12/17
13/4 21/2 22/21 22/21 23/1
44/11 100/3 138/15 141/11
143/11 144/24 144/25
144/25 145/2 145/5 145/9
146/15 149/3 151/16 214/9
January 1 [3]  138/15 145/5
151/16
January 1st [2]  44/11
141/11
January 2012 [1]  12/16
January 21 [1]  214/9
January 4th [3]  144/25
145/2 146/15
Jeff [8]  1/21 2/8 47/11
47/21 109/6 221/5 223/3
223/10
Jeffrey [2]  177/4 177/23
Jennifer [2]  170/11 170/12
jet [2]  86/12 153/2
jet's [1]  184/6
JFK [2]  67/16 171/14

**J**

Jim [1]   3/14
job [6]   54/21 60/22 106/2
 208/13 208/20 211/9
John [4]   59/12 59/13
 162/11 162/13
joint [2]   77/13 100/24
judge [5]   1/10 83/25 186/5
 186/7 214/19
judgment [8]   114/13 165/7
 167/7 167/25 170/19 172/18
 181/10 200/19
July [8]   23/2 68/24 71/7
 71/9 135/11 170/3 171/14
 177/15
July 15th [1]   71/9
July 16th [2]   68/24 71/7
July 9th [1]   177/15
jump [1]   23/12
jumped [1]   122/24
June [2]   151/21 213/4
junior [3]   199/6 200/4
 206/6
just [154]   3/19 3/22 4/6
 4/18 4/20 5/3 5/9 6/5 6/6
 7/19 8/19 9/5 9/6 9/9
 10/16 11/2 11/10 12/9
 15/24 15/24 16/3 17/5 17/5
 17/11 17/19 18/15 20/12
 20/16 21/17 22/9 22/17
 23/7 23/18 23/25 27/22
 29/8 30/16 30/23 33/9
 33/12 33/14 36/12 37/12
 38/23 45/17 45/20 51/3
 51/11 53/5 53/7 53/11
 53/22 63/1 63/22 66/10
 66/11 70/9 71/20 71/25
 74/19 74/23 77/4 80/9
 80/16 81/5 83/19 83/20
 84/15 84/23 86/23 87/16
 87/17 91/10 93/22 94/7
 94/11 96/16 96/17 96/25
 99/22 104/3 107/5 108/25
 109/1 109/8 112/14 114/13
 115/14 115/19 116/7 116/15
 120/16 125/1 126/8 126/14
 127/21 136/5 137/16 137/18
 138/1 138/10 140/12 142/16
 143/18 143/25 145/7 146/10
 152/14 154/3 155/7 155/23
 157/1 158/13 159/6 163/6
 163/8 167/3 167/9 171/3
 172/4 176/6 176/9 176/15
 181/2 182/8 182/16 182/16
 186/6 186/25 190/19 192/17
 194/2 194/10 195/13 201/19
 201/24 203/9 203/14 203/21
 204/1 205/18 206/1 206/3
 206/23 207/13 207/18
 207/20 207/21 208/1 208/25
 212/5 219/6 220/1 221/7

**K**

Kasper [2]   44/18 44/18
keep [9]   34/15 65/6 65/25
 85/22 87/24 88/5 119/9
 119/9 188/16
keeping [1]   114/4
keeps [2]   199/21 199/23
kept [2]   106/4 219/5

key [2]   74/23 76/13
kind [23]   9/3 14/4 19/10
 20/25 21/2 21/8 22/20 23/3
 23/10 23/13 24/19 39/18
 41/2 41/16 43/24 62/19
 65/21 75/9 138/9 166/1
 201/15 207/22 214/5
kinds [1]   169/3
Kirchner [55]   56/1 56/5
 56/10 56/18 56/25 57/3
 57/7 57/18 58/18 59/13
 61/14 72/18 72/19 73/3
 73/4 85/5 99/10 99/13
 113/7 113/11 113/24 114/7
 114/15 114/20 115/3 115/10
 115/12 115/14 117/6 117/7
 117/17 117/25 120/7 121/13
 121/18 121/22 125/15
 126/13 126/24 127/1 127/7
 127/13 127/15 127/16
 127/21 127/23 128/23 129/4
 162/19 193/16 206/18
 210/10 210/14 210/23 212/8
Kirchner's [5]   55/22 99/9
 115/21 118/24 214/2
knew [3]   115/15 115/17
 196/13
knock [1]   66/2
know [108]   8/15 8/21 14/9
 18/16 20/9 20/24 22/7
 22/11 23/24 25/17 28/2
 35/4 35/10 36/2 36/4 36/7
 36/10 36/14 38/10 39/2
 42/21 44/5 44/11 45/3 53/1
 55/1 55/2 55/18 55/23
 60/18 61/2 62/15 73/22
 74/17 75/1 82/12 87/2 87/4
 104/21 106/25 108/9 113/17
 113/18 116/13 116/19
 123/14 123/20 123/23
 123/24 124/1 124/24 130/22
 131/3 134/23 138/22 142/24
 144/2 148/20 152/6 152/8
 152/14 153/4 153/6 155/5
 157/6 160/10 160/11 161/8
 167/15 167/22 170/9 170/11
 170/12 170/13 170/15
 170/17 170/18 173/1 175/13
 179/19 180/6 180/9 182/11
 185/16 188/13 189/2 189/8
 189/14 190/9 190/19 194/21
 200/22 203/17 204/2 204/2
 205/3 205/5 205/7 206/23
 206/25 213/7 213/8 213/18
 213/19 215/5 217/7 219/1
 221/11
know if [1]   182/11
knowledge [7]   35/11 36/1
 37/7 179/13 212/25 217/12
 217/14
known [1]   202/9
knows [1]   213/21
Kong [2]   53/25 186/18

**L**

labeled [1]   140/11
labor [4]   76/13 102/4
 104/1 104/2
lack [1]   186/4
laid [2]   14/15 133/12
landed [2]   89/17 193/14

Lang [9]   152/15 152/22
 159/12 159/12 159/14
 159/16 160/3 160/22 161/9
language [3]   100/15 113/20
 127/4
lap [1]   150/2
lapping [1]   150/1
large [3]   137/1 141/18
 142/9
largely [1]   124/17
larger [1]   190/6
largest [2]   51/14 51/15
last [27]   15/21 18/11 43/3
 46/18 52/10 54/13 54/13
 62/3 71/10 85/5 99/22
 101/20 112/21 116/19
 132/12 133/21 156/19 177/8
 187/22 193/24 195/25 202/2
 202/3 214/7 214/9 215/5
 215/23
late [7]   13/3 20/18 22/13
 40/7 40/15 87/20 141/16
later [4]   63/12 79/13
 204/8 211/20
lav [2]   170/16 171/6
law [5]   1/15 3/12 208/8
 209/24 213/15
lawsuit [2]   99/14 100/1
lax [1]   124/7
lead [4]   30/6 31/23 167/16
 167/19
leaders [1]   62/13
leadership [6]   36/23 49/9
 56/22 111/3 112/12 203/12
leading [2]   51/13 53/4
learn [1]   148/14
learned [3]   174/10 188/20
 190/5
least [12]   20/19 21/1
 29/13 58/17 79/16 108/14
 111/19 123/8 150/16 152/3
 205/6 207/15
leave [14]   24/1 41/21 53/2
 73/6 84/5 85/1 85/23
 181/21 181/25 182/2 196/22
 205/14 205/15 216/11
leaving [2]   71/7 87/19
led [2]   108/4 109/13
Lee [20]   2/4 5/3 5/7 5/9
 5/25 64/25 76/17 118/11
 118/12 118/16 161/23
 161/25 162/5 163/3 165/11
 168/5 202/6 202/21 212/17
 219/16
Lee's [1]   74/16
left [15]   7/20 28/8 28/11
 32/18 141/3 152/10 152/11
 153/22 155/15 157/8 157/10
 183/23 184/1 184/5 193/1
leg [1]   188/7
legal [8]   56/2 56/17 97/16
 115/16 117/13 134/16
 190/17 205/5
legality [3]   84/10 84/10
 205/4
legitimate [2]   215/7 216/1
legitimately [2]   36/17
 37/10
legs [4]   91/13 167/17
 167/18 188/7
length [3]   99/16 99/21

**L**

**length... [1]**  217/13
**length [1]**  166/18
**lengthy [1]**  166/18
**Lennox [2]**  214/10 214/24
**less [9]**  12/25 14/25 34/6
52/20 84/15 84/17 88/20
91/13 91/13
**lesser [1]**  14/22
**let [32]**  4/9 4/11 4/25 9/5
17/13 19/20 24/5 32/2
34/25 41/19 42/14 44/15
71/16 84/1 86/22 88/15
116/13 134/13 136/6 140/18
172/3 176/6 182/16 190/24
203/21 206/25 210/19 212/5
212/25 213/7 218/7 220/25
**let's [34]**  4/25 6/18 10/5
19/14 25/20 25/20 26/6
28/4 39/9 55/21 64/6 64/9
67/3 73/8 83/23 99/25
100/17 102/13 136/5 151/22
155/23 184/9 184/11 184/20
186/5 186/25 190/12 192/3
192/5 194/10 195/13 206/23
207/20 208/7
**lets [1]**  160/18
**letter [23]**  72/12 72/17
72/25 92/6 92/11 93/18
101/11 104/9 105/17 105/21
106/11 117/17 131/3 209/15
209/22 210/16 211/14
212/11 214/10 214/23
215/13 215/13 215/15
**letters [2]**  104/13 214/5
**level [13]**  14/6 23/14
32/25 34/18 34/20 43/16
45/5 54/23 55/2 91/1 93/9
126/10 156/11
**levels [5]**  30/6 30/8 30/10
30/12 32/25
**leverage [5]**  27/1 122/11
122/13 122/14 203/13
**license [2]**  159/3 159/5
**licenses [1]**  208/23
**life [7]**  62/20 80/25
112/18 113/21 120/14
129/23 133/12
**lift [2]**  51/23 51/24
**lifter [2]**  170/3 171/14
**light [1]**  53/10
**like [78]**  4/21 16/4 23/17
23/18 24/7 24/14 24/17
24/18 24/19 24/20 25/21
25/24 29/5 29/10 33/9
33/17 33/22 34/23 35/15
37/1 37/17 38/23 39/15
39/18 40/22 40/23 41/2
41/2 43/24 47/9 52/23
53/24 55/19 57/16 58/15
61/13 63/6 63/21 63/25
65/11 68/22 74/13 74/17
88/9 91/17 92/3 94/3 99/5
102/16 103/15 108/15 110/9
110/10 122/10 133/14 140/3
147/9 150/10 152/3 159/7
165/7 167/11 193/11 194/7
195/11 196/20 204/13
207/24 209/13 211/17
212/19 218/10 218/12
218/17 218/18 220/9 220/19

221/17
**likelihood [1]**  102/8
**likely [1]**  188/14
**limitations [1]**  81/23
**limited [1]**  134/23
**limiting [1]**  41/11
**line [47]**  13/4 20/24 21/9
22/13 22/15 22/17 22/19
22/25 23/4 24/7 24/11
24/12 24/17 24/19 24/20
25/1 25/1 27/23 28/3 28/4
28/5 28/6 32/15 32/18
49/15 66/4 67/20 69/2
74/23 76/8 82/14 86/3
101/20 112/2 119/23 120/4
152/11 159/7 177/8 188/15
188/17 190/14 190/16
190/18 191/15 201/11
201/12
**lines [5]**  17/7 31/9 191/22
201/10 201/10
**link [4]**  40/6 40/18 97/24
106/10
**list [43]**  42/18 42/21
42/22 42/23 42/25 43/1
43/9 59/11 64/15 65/7
139/2 139/9 139/11 140/4
140/19 140/23 141/2 143/11
149/2 150/22 150/22 150/24
151/2 151/5 151/6 151/10
151/24 163/23 165/21
165/22 167/11 171/19
177/21 177/25 198/18
198/19 198/23 198/23
198/25 200/2 200/2 201/24
221/19
**list here [1]**  151/10
**listed [7]**  42/20 60/5
169/14 178/6 178/25 179/2
180/22
**listen [7]**  71/3 96/1 96/5
99/2 203/24 204/4 213/15
**listened [3]**  97/21 98/24
175/15
**listening [2]**  187/8 203/16
**listing [2]**  107/23 169/20
**literally [1]**  147/3
**litigation [4]**  99/11
132/15 134/18 135/20
**little [22]**  7/4 15/25
17/14 19/24 23/4 27/21
39/9 44/7 50/23 54/14
55/18 55/19 59/3 80/1
149/7 152/8 155/9 183/12
197/3 200/18 202/6 206/4
**live [3]**  62/10 117/23
120/10
**lived [1]**  189/17
**lives [4]**  62/5 117/1
119/20 179/21
**living [2]**  23/18 206/8
**LLP [1]**  1/12
**LOA [4]**  130/5 130/6 130/12
130/14
**loading [1]**  183/24
**lobby [1]**  142/18
**local [2]**  97/22 146/2
**locally [1]**  146/1
**location [1]**  158/9
**log [1]**  107/4
**long [32]**  10/20 10/22

15/15 15/19 17/7 18/7
44/22 45/10 46/5 48/5 52/6
52/7 52/21 53/15 54/1
62/20 107/25 113/13 123/8
136/10 136/16 137/1 137/12
148/12 152/22 157/14 161/3
161/4 166/20 188/24 196/4
208/2
**longer [4]**  15/20 57/23
202/19 219/21
**longevity [1]**  43/14
**look [89]**  12/2 20/5 20/15
20/16 20/21 20/22 21/23
22/12 22/14 22/19 22/25
23/8 24/2 24/7 27/5 27/20
28/11 28/25 29/3 29/8 33/9
33/12 34/13 37/16 43/1
43/22 44/1 50/1 58/15
64/25 65/11 67/13 91/18
92/5 92/14 93/1 93/16
93/22 94/7 101/19 102/13
102/16 106/12 107/18
118/18 119/14 120/21 121/7
122/22 125/14 130/2 131/20
131/22 133/24 139/1 141/2
150/23 151/1 151/3 151/14
152/3 155/4 158/6 158/10
158/11 165/12 165/20 166/9
167/10 168/18 171/1 172/3
172/7 172/11 173/12 177/2
178/22 180/1 181/13 181/14
182/4 182/4 194/19 206/23
207/21 213/24 214/20
214/20 216/25
**looked [18]**  24/19 32/1
42/25 73/21 100/11 107/19
118/9 119/5 133/13 167/11
169/19 169/23 203/7
**looking [30]**  13/7 15/11
16/10 16/11 17/6 18/23
21/18 23/20 25/25 33/10
39/15 40/13 45/15 45/17
45/20 67/3 68/15 80/15
122/24 139/15 140/5 150/25
152/5 153/3 153/6 189/4
203/9 203/10 213/20 214/9
**looks [4]**  23/7 24/20 140/3
150/10
**lot [15]**  23/7 23/18 23/19
23/24 29/1 42/9 82/24
83/16 85/23 85/24 138/13
189/4 197/24 202/1 202/9
**lots [2]**  77/9 86/1
**Louisiana [1]**  1/19
**low [1]**  26/7

**M**

**made [18]**  40/18 60/24
68/11 69/13 69/24 77/6
157/6 169/12 169/25 172/5
172/9 173/15 174/16 174/18
178/10 178/13 180/20
206/17
**magnitude [1]**  17/18
**mail [3]**  97/22 97/24
106/11
**mails [12]**  102/24 103/7
103/8 103/15 103/20 104/21
104/25 105/3 105/23 106/1
106/4 106/7
**maintain [4]**  57/13 159/3

**M**

**maintain... [2]**   209/24
219/22
**maintained [1]**   109/23
**maintaining [1]**   191/13
**maintenance [8]**   51/5 51/7
183/25 191/25 208/7 208/9
208/14 209/2
**maintenance is [1]**   183/25
**major [1]**   168/5
**majority [2]**   42/11 189/18
**make [34]**   4/6 6/6 8/19 9/6
12/10 19/24 21/11 24/1
27/22 34/8 35/13 38/16
66/24 67/4 67/17 68/6
68/12 68/18 78/16 87/18
88/18 89/17 96/3 106/7
110/22 110/23 114/13
114/14 129/10 136/6 190/17
200/18 203/23 208/25
**makes [6]**   22/16 98/7
173/19 174/1 189/23 201/5
**making [5]**   8/16 37/9
147/14 182/14 212/9
**Malloy [2]**   170/13 217/22
**manage [7]**   147/15 150/3
150/4 150/5 160/1 193/10
193/14
**managed [2]**   202/11 202/14
**management [64]**   27/11 35/5
35/5 35/22 36/5 36/13 62/8
66/17 74/20 75/13 76/24
77/22 79/6 79/8 79/11
105/24 110/12 117/11
117/14 118/6 119/24 131/19
132/8 132/11 132/16 132/18
132/20 137/3 137/8 137/10
142/2 142/4 143/14 143/14
143/18 143/24 144/16
145/24 146/11 147/6 147/22
149/17 153/7 153/11 154/10
154/13 156/12 156/17
158/23 159/17 159/21 161/6
161/22 161/25 167/15
168/15 189/4 189/12 190/2
214/7 216/20 216/23 217/8
217/10
**managerial [1]**   160/14
**managers [1]**   161/20
**manages [1]**   80/4
**managing [1]**   156/4
**manner [1]**   101/22
**mantra [1]**   137/15
**manual [3]**   84/2 85/8 85/10
**many [25]**   6/19 10/4 11/19
43/11 43/23 43/23 49/15
56/21 62/4 88/12 88/24
111/6 113/8 116/21 116/25
123/3 124/6 124/7 137/12
150/18 150/22 150/23 152/6
152/10 201/2
**map [2]**   44/2 191/9
**maps [1]**   101/12
**March [7]**   71/15 90/3 91/20
92/6 93/2 93/12 135/10
**March 23 [1]**   93/2
**March 24th [1]**   93/12
**March 29 [1]**   90/3
**March 4th [1]**   91/20
**March-April [1]**   135/10

**margin [1]**   157/8
**marked [5]**   66/4 174/12
174/16 174/16 203/8
**market [1]**   195/23
**marketing [2]**   63/15 82/22
**markets [1]**   195/21
**material [4]**   96/1 96/4
176/20 194/16
**materially [1]**   14/1
**math [5]**   16/3 29/17 112/17
151/17 168/5
**matter [11]**   7/25 8/13
24/21 50/3 50/14 76/14
85/19 94/14 114/1 138/10
223/5
**matters [3]**   114/16 129/23
180/8
**maximum [4]**   164/3 164/16
165/1 166/20
**may [43]**   5/21 11/24 15/6
28/19 33/17 41/25 41/25
43/19 43/20 47/19 62/12
87/18 87/19 93/20 93/24
95/6 104/14 124/13 125/2
125/7 125/11 127/24 128/13
130/9 139/2 139/13 140/13
150/20 154/5 154/6 156/2
176/9 176/25 181/4 181/6
183/12 197/2 201/12 201/21
201/23 215/8 216/3 220/7
**May 29 [1]**   125/7
**May 4th [1]**   93/20
**May 5th [1]**   93/24
**maybe [20]**   21/18 24/18
29/4 29/5 44/2 64/19 79/12
86/4 96/1 96/12 122/14
123/22 140/8 140/12 179/25
183/25 200/20 200/22 203/5
220/18
**McCabe [2]**   153/19 153/22
**McGUINNESS [12]**   1/12 2/9
2/11 3/8 47/10 47/12 81/22
108/23 116/8 116/17 135/7
220/13
**me [133]**   3/7 3/13 3/16 4/9
4/11 9/5 11/10 13/11 15/17
17/13 19/2 19/16 19/20
20/16 20/22 23/21 24/5
25/14 25/25 30/16 32/25
34/25 35/15 37/12 37/18
39/23 41/1 41/19 42/10
42/14 44/15 45/24 54/9
57/15 57/15 59/11 61/2
64/11 70/10 71/16 72/6
72/8 72/21 74/3 79/12
83/10 84/1 85/6 86/3 86/22
88/15 91/20 92/15 93/2
93/17 93/18 93/23 95/24
97/7 97/10 97/14 102/23
105/13 106/13 108/4 108/18
108/25 109/18 110/11
110/12 112/13 113/14 114/8
115/18 116/21 119/8 122/24
127/5 131/24 134/13 134/23
136/6 138/19 140/2 140/3
140/18 143/8 143/22 144/8
150/8 151/18 152/5 153/23
154/3 158/9 163/14 164/23
167/3 167/10 168/5 168/23
169/2 172/3 173/23 179/2
181/17 182/16 182/19

183/19 189/2 190/9 190/24
192/7 194/8 194/13 197/23
197/24 198/25 199/6 199/7
202/20 203/21 204/18
204/20 205/14 205/15
206/25 207/10 214/18
216/16 218/7 219/6 220/22
**meal [4]**   91/14 92/20 93/6
93/7
**meals [1]**   88/9
**mean [22]**   11/20 17/8 23/11
24/24 37/13 39/22 39/23
61/20 74/12 81/13 86/17
111/9 124/14 129/25 135/21
146/19 146/21 146/24 169/1
176/13 186/1 202/25
**meaning [6]**   56/15 76/15
127/17 130/15 144/20 163/2
**meaningful [2]**   21/6 22/18
**means [9]**   7/10 12/23 51/4
72/3 83/25 85/25 112/3
146/1 179/6
**measurable [2]**   202/17
209/5
**measure [17]**   9/7 9/13 9/16
11/16 13/20 17/23 18/3
20/18 21/5 21/6 38/22
39/14 39/24 40/2 40/24
142/9 205/7
**measured [8]**   10/10 10/22
11/11 14/13 14/16 14/19
18/1 18/2
**measurement [2]**   39/16
111/24
**measures [3]**   17/20 19/10
221/14
**measuring [10]**   7/16 9/20
9/21 11/9 14/18 16/7 16/24
21/7 39/18 39/19
**mechanical [5]**   24/12 86/5
208/17 208/17 208/18
**med [1]**   177/7
**media [1]**   211/3
**medical [5]**   38/6 38/7
38/25 39/2 52/1
**meet [4]**   56/21 115/23
160/21 219/8
**meeting [10]**   36/12 39/6
56/20 56/22 59/12 59/14
60/7 98/6 117/13 124/10
**meetings [9]**   110/25 111/4
129/5 129/7 129/16 129/19
129/21 130/8 130/12
**member [12]**   83/11 83/13
83/15 83/18 105/17 106/11
109/13 114/24 114/25 120/5
157/24 167/18
**members [15]**   77/7 83/16
104/17 106/3 108/4 117/8
122/10 122/20 129/6 129/9
129/11 156/22 169/2 174/9
210/4
**mention [7]**   17/19 17/25
21/3 58/5 58/7 138/18
184/13
**mentioned [11]**   34/14 45/25
76/23 130/20 130/21 130/22
132/11 145/4 196/13 205/19
218/9
**mentioning [1]**   25/7
**merger [1]**   133/11

**M**

**merits [6]** 134/12 134/15 135/19 136/1 142/24 143/5
**mess [2]** 136/7 153/18
**message [12]** 57/14 61/16 116/8 116/16 117/6 118/1 118/23 118/24 119/18 121/23 122/25 122/25
**messages [7]** 65/20 94/24 107/5 162/23 165/25 166/1 166/1
**met [4]** 115/16 116/1 129/9 159/16
**Metzler [6]** 170/11 170/12 180/16 180/23 181/1 217/21
**Miami [4]** 48/18 48/23 111/2 161/1
**Miazga [2]** 215/13 215/16
**mic [1]** 140/1
**MICHAEL [1]** 1/12
**middle [3]** 15/9 51/18 171/14
**might [12]** 20/17 23/3 32/6 32/7 79/18 120/15 133/13 149/21 167/16 169/1 191/21 193/16
**Mike [4]** 3/8 95/2 95/4 106/17
**military [9]** 51/22 51/24 52/2 104/13 104/15 104/17 136/12 183/7 183/8
**mind [6]** 87/21 144/25 152/24 155/9 163/6 189/13
**minds [1]** 124/11
**Mine [2]** 77/23 154/10
**minimize [1]** 80/8
**minimized [1]** 160/9
**minimum [1]** 190/6
**minus [1]** 124/16
**minute [5]** 20/20 86/17 94/11 115/14 176/22
**minutes [23]** 64/7 71/2 84/5 84/11 84/15 84/17 84/18 85/2 85/15 86/25 87/18 87/19 87/21 87/24 88/2 88/5 176/9 176/20 180/2 207/18 207/20 220/19 220/20
**minutes he [1]** 84/18
**mischaracterization [1]** 217/5
**misdirect [1]** 81/13
**misnomer [4]** 194/6 204/22 205/13 219/7
**misread [1]** 173/16
**missed [1]** 200/10
**missing [1]** 158/14
**mission [9]** 137/15 137/17 138/10 138/11 156/13 183/24 184/2 184/5 192/22
**missions [1]** 137/1
**mistake [8]** 89/12 173/15 174/16 174/18 174/19 174/21 199/8 199/9
**mistakes [5]** 88/18 110/22 110/24 113/3 188/21
**mitigate [3]** 80/11 147/17 221/14
**mitigating [1]** 156/5
**mitigation [5]** 77/11 77/11

80/5 147/15 159/25
**mixed [10]** 144/18 144/20 145/18 145/22 146/20 146/24 148/10 149/5 187/3 196/14
**mixing [2]** 187/18 188/2
**mode [1]** 209/15
**model [2]** 9/4 201/15
**module [1]** 81/1
**moment [4]** 70/9 81/17 135/18 221/8
**monitor [1]** 108/4 109/22 109/25 110/1 110/3 110/5
**monitoring [3]** 118/13 118/16 121/16
**month [36]** 7/4 7/5 7/8 7/21 7/21 7/22 8/1 8/3 8/5 8/5 8/11 8/14 9/9 9/9 9/17 9/25 10/1 10/3 10/5 10/25 10/25 11/9 11/9 11/12 11/22 11/22 15/7 34/21 75/5 75/6 116/21 135/9 159/11 190/14 190/15 190/16
**monthly [1]** 191/15
**months [14]** 13/24 62/11 64/23 80/22 89/20 150/12 150/15 150/22 151/7 151/15 151/19 151/20 164/13 166/18
**more [64]** 6/22 8/4 9/8 9/24 11/24 13/1 22/16 28/18 28/23 29/2 29/16 30/8 31/23 39/9 43/13 44/7 46/4 50/22 52/20 52/20 53/19 54/7 54/11 54/14 54/14 54/19 54/25 55/16 80/1 80/10 80/10 84/7 84/11 84/18 85/1 87/17 87/23 88/3 99/6 99/7 112/6 135/1 136/14 137/11 143/12 144/10 146/7 146/8 146/9 166/3 168/3 171/2 176/11 182/11 187/23 189/1 194/1 194/14 198/24 199/2 200/4 200/18 217/25 219/18
**Moreover [3]** 26/14 37/21 37/23
**morning [22]** 3/6 3/10 3/11 3/15 5/9 6/2 6/4 38/23 38/24 41/12 47/23 47/24 130/20 132/10 169/17 170/1 172/9 175/10 185/7 192/10 193/4 197/10
**MOSS [1]** 1/9
**most [11]** 42/18 50/21 75/8 88/21 112/3 189/17 189/19 189/25 201/8 202/4 206/5
**motion [2]** 1/9 100/20
**MOU [1]** 216/17
**mouth [1]** 127/6
**move [28]** 4/15 14/1 15/25 19/14 25/20 25/20 51/25 78/23 81/25 83/16 83/23 86/11 87/17 88/9 89/23 99/6 101/25 102/18 109/11 111/13 133/8 134/7 135/8 136/3 184/9 185/16 192/19 204/14 205/18
**moved [2]** 87/24 90/12
**moving [9]** 59/3 78/22

86/10 86/20 86/24 87/2 92/13 108/9 189/18
**Mr [11]** 2/5 2/6 2/9 2/10 2/11 33/2 44/18 44/19 162/4 176/25 182/10
**Mr. [58]** 4/4 4/23 5/21 6/4 19/15 20/1 20/5 20/19 21/4 21/13 21/23 22/11 23/17 23/19 25/12 28/19 30/4 30/7 30/18 30/20 31/3 31/14 34/24 43/19 45/25 47/4 47/10 47/12 59/16 59/18 70/21 72/17 72/18 81/22 90/3 90/9 90/15 90/21 103/23 108/23 109/1 116/8 116/17 128/13 135/7 149/8 160/21 171/17 173/25 202/20 207/5 211/8 211/13 212/12 213/1 220/14 220/14 220/18
**Mr. Agnini [1]** 160/21
**Mr. Akins [7]** 20/1 20/19 22/11 23/17 23/19 25/12 47/4
**Mr. Akins' [11]** 19/15 20/5 21/4 21/13 21/23 30/4 30/7 31/3 31/14 34/24 43/19
**Mr. Campbell [1]** 70/21
**Mr. Carlson [2]** 28/19 45/25
**Mr. Dietrich [6]** 59/16 59/18 211/8 211/13 212/24 213/1
**Mr. DuFour [4]** 90/3 90/9 90/15 90/21
**Mr. Flynn [1]** 220/18
**Mr. Gleason [11]** 4/23 5/21 6/4 30/18 108/23 109/1 128/13 149/8 171/17 202/20 207/5
**Mr. Glover [1]** 173/25
**Mr. Kirchner [1]** 72/18
**Mr. McGuinness [8]** 47/10 47/12 81/22 108/23 116/8 116/17 135/7 220/13
**Mr. Siegel [3]** 4/4 30/20 220/14
**Mr. Wells [1]** 72/17
**much [20]** 32/11 34/21 46/24 47/6 50/25 54/25 63/11 64/16 89/21 120/13 120/14 135/1 143/12 144/10 165/10 165/11 171/2 176/11 196/18 220/13
**multiple [11]** 91/13 112/5 114/18 114/18 114/20 115/2 147/13 171/3 195/21 207/15 221/13
**must [7]** 62/17 99/14 126/19 139/16 196/9 211/24 212/17
**my [153]** 3/7 3/13 9/1 12/14 12/15 13/11 14/7 15/14 15/20 15/24 16/17 17/6 18/6 18/9 18/13 18/13 18/18 18/24 19/4 20/10 20/15 21/1 21/4 21/12 22/18 23/25 24/8 28/15 28/17 30/5 30/14 30/19 30/22 31/13 35/18 36/21 37/8 39/5 40/17 40/25

**M**

**my... [113]**   42/21 43/21
43/22 43/25 44/1 45/17
45/19 45/21 46/3 47/9
48/11 48/23 49/5 50/4 50/8
50/15 57/4 63/3 63/7 65/5
65/20 66/9 68/19 72/9
72/25 76/3 76/17 76/18
76/19 78/1 90/23 93/12
96/2 96/17 103/25 106/2
109/13 110/18 112/2 112/18
115/20 118/19 120/12
120/14 120/17 123/10 127/4
129/25 131/10 131/22
134/11 135/25 136/6 136/13
137/1 144/7 144/25 150/19
151/17 152/24 157/5 159/11
161/10 161/10 163/6 164/10
165/7 165/12 165/24 166/2
171/4 171/12 171/19 172/2
173/18 174/8 174/23 174/23
176/5 176/13 178/15 179/11
179/13 179/16 180/5 181/10
183/25 185/12 185/21 186/1
188/13 189/16 190/14
190/16 190/19 191/11 192/7
192/13 193/7 193/10 194/15
197/9 198/24 203/4 205/4
206/10 208/2 209/18 212/11
212/25 213/18 217/12
217/14
**Myers [2]**   1/12 3/7
**myself [5]**   96/2 155/11
186/5 192/5 205/7

**N**

**N.W [1]**   1/16
**naked [1]**   20/16
**name [5]**   105/6 151/13
177/23 218/10 218/10
**named [1]**   218/18
**names [2]**   74/12 218/12
**Narita [2]**   173/3 173/9
**nature [4]**   53/9 74/10
74/13 80/23
**near [3]**   121/19 125/12
214/7
**nearly [3]**   24/16 173/9
202/3
**necessarily [1]**   16/10
**necessary [2]**   47/3 156/12
**need [38]**   17/4 18/22 39/3
55/23 62/22 66/24 67/4
67/17 68/6 68/17 78/16
80/7 95/7 95/8 96/19 96/21
97/2 105/25 108/13 108/18
108/22 123/23 123/24
148/23 151/18 159/24 168/9
176/10 176/19 188/21 205/6
207/18 207/18 209/23 220/7
220/14 220/21 221/24
**need to [1]**   176/10
**needed [4]**   78/1 159/24
169/25 172/10
**needs [6]**   96/12 111/10
111/11 123/12 124/11 204/6
**negative [5]**   63/15 137/25
199/11 219/25 220/9
**negotiate [5]**   101/1 123/8
123/24 124/22 132/22

**negotiated [3]**   113/19
113/20 124/17
**negotiating [4]**   122/11
122/20 124/12 135/10
**negotiation [4]**   61/10
61/24 102/7 135/6
**negotiations [10]**   60/19
99/16 101/21 101/22 102/6
102/9 122/13 122/21 129/15
135/12
**negotiator [1]**   123/2
**neighbor's [1]**   42/6
**network [16]**   87/5 87/5
189/16 189/19 190/10
191/21 191/22 191/24 195/3
195/4 195/8 195/11 196/4
196/5 201/5 201/10
**networks [2]**   189/16 196/3
**never [17]**   19/5 25/13
68/11 69/13 75/2 76/18
76/19 90/14 160/9 165/10
165/21 175/22 178/13
179/24 181/10 202/16
218/14
**new [47]**   23/13 43/11 45/11
45/11 46/6 46/7 46/17 54/7
57/7 61/11 61/25 79/22
80/14 80/14 81/8 81/9
99/11 100/1 100/2 100/20
101/4 102/4 112/19 123/24
132/14 132/22 133/1 134/18
135/20 148/1 148/3 148/8
150/10 150/14 150/18 152/6
152/25 153/1 187/16 187/19
187/20 190/8 190/24 191/11
193/11 193/20 195/5
**newness [1]**   138/20
**next [41]**   10/5 13/3 42/3
42/5 42/6 47/8 47/10 62/10
67/14 67/25 70/19 70/20
78/9 83/12 86/14 86/18
92/13 93/9 99/23 99/23
121/7 124/12 147/3 149/21
149/21 156/7 156/9 166/16
177/10 177/18 178/1 187/4
188/12 200/14 200/17
200/25 201/22 215/12
215/12 220/15 220/25
**nice [1]**   199/9
**niche [1]**   191/9
**night [1]**   185/5
**nighttime [3]**   184/24 185/3
185/14
**nighttime/daytime [1]**
184/24
**nine [10]**   45/20 151/7
151/15 151/19 151/20 170/4
172/21 173/2 190/25 207/7
**Nippon [4]**   53/24 172/22
173/2 173/8
**no [113]**   1/3 3/24 17/1
17/3 17/7 17/8 17/10 20/5
20/11 20/13 20/14 25/15
30/21 32/8 32/21 35/11
36/1 36/3 37/6 40/8 40/18
42/4 42/7 42/10 44/14
46/23 47/2 57/22 57/23
58/1 58/6 58/8 58/11 58/14
58/21 60/17 60/21 69/22
69/23 70/23 73/7 74/5
74/12 74/12 77/1 80/24

83/2 89/2 90/8 90/17 90/20
96/10 99/22 102/3 108/6
110/4 114/10 114/12 116/10
117/16 118/25 122/16
122/22 123/15 126/9 127/12
128/19 129/17 137/2 138/10
139/17 142/3 149/11 153/22
157/17 157/24 160/5 170/10
170/14 172/15 172/18
173/10 173/23 178/6 179/1
179/2 179/7 180/6 181/3
181/17 185/21 186/16
195/10 200/24 200/24
200/25 202/19 204/22
205/12 206/2 206/10 209/17
209/18 217/25 218/19
219/21 220/2 220/4 220/5
220/6 220/11 220/23 221/25
**No. [9]**   12/3 19/18 125/4
128/17 128/20 131/25
139/16 172/11 180/11
**No. 1 [1]**   131/25
**No. 20 [1]**   12/3
**No. 23 [1]**   172/11
**No. 27 [1]**   180/11
**No. 3 [1]**   19/18
**No. 35 [1]**   139/16
**No. 40 [1]**   125/4
**No. 41 [1]**   128/17
**nobody [1]**   59/1
**nobody's [1]**   148/2
**nods [1]**   111/18
**noise [1]**   42/9
**noncompliance [2]**   111/6
111/21
**none [3]**   35/13 217/20
217/23
**nonetheless [1]**   215/20
**nor [3]**   18/6 114/11 212/24
**Norfolk [2]**   68/25 69/15
**normal [5]**   91/7 92/2 105/1
106/5 190/22
**normally [3]**   89/11 103/3
193/6
**North [2]**   51/19 195/23
**Northwest [1]**   49/7
**not [308]**
**not long [1]**   161/3
**nothing [8]**   47/16 58/4
81/11 118/5 164/24 174/18
174/25 189/22
**notice [52]**   13/23 13/24
13/25 14/25 15/17 18/5
19/1 21/9 21/20 21/21 25/9
26/7 26/9 26/23 31/5 31/17
32/13 38/2 38/21 39/5
39/21 41/17 43/7 63/4 63/6
63/8 63/10 63/11 63/19
63/23 64/14 64/16 64/20
65/2 65/2 65/3 65/8 65/15
65/17 65/18 68/20 122/17
155/15 164/13 165/6 165/10
171/3 181/8 182/3 182/4
202/18 213/22
**noticeable [2]**   201/9
202/17
**noticed [9]**   64/24 65/1
71/10 71/13 89/18 103/20
183/1 203/2 203/2
**notices [2]**   163/17 171/9
**noticing [2]**   65/15 207/13

# N

notion [3]   24/11 61/10
61/24
November [8]   1/5 13/8 18/5
56/6 99/24 190/14 190/15
190/16
November 2014 [1]   56/6
November of [1]   13/8
now [63]   4/17 19/19 22/4
27/5 38/25 44/23 46/5
51/17 53/15 55/17 55/18
56/20 60/22 65/17 66/22
67/14 68/22 69/9 71/10
73/9 75/10 76/23 77/15
80/20 80/21 89/10 89/21
90/24 95/14 99/25 102/7
102/13 103/18 105/3 108/10
112/10 122/23 131/12
143/15 143/23 149/18
154/25 155/3 158/25 164/11
164/22 166/11 173/12
176/21 182/23 184/20
189/21 192/6 193/6 193/7
194/22 196/2 196/7 200/11
210/8 214/22 217/2 219/20
nuance [4]   185/24 187/16
187/19 187/21
nuances [2]   189/6 192/1
number [70]   4/14 7/6 7/20
7/23 8/17 8/20 9/10 9/11
9/15 9/23 10/7 10/10 10/11
11/8 11/11 11/13 11/18
14/22 15/6 15/10 19/16
33/22 37/5 43/3 44/3 49/8
51/16 54/8 54/13 64/3 65/8
65/24 70/7 73/14 77/8
77/10 80/6 82/12 84/22
85/21 86/10 91/17 94/5
94/23 96/21 104/10 111/20
112/1 138/18 138/21 138/22
140/3 141/8 143/1 143/22
162/10 163/13 164/12 165/4
165/25 166/17 172/17
191/23 192/1 197/12 206/17
207/16 213/20 214/12
221/14
numbered [2]   26/3 37/18
numbers [13]   15/8 16/4
22/14 29/11 33/13 33/16
33/17 33/25 34/2 207/11
207/12 207/15 209/15
numerous [1]   88/13
NW [3]   1/13 1/19 1/23

# O

o'clock [3]   109/3 109/4
128/2
O'Melveny [2]   1/12 3/7
oath [1]   5/4
object [1]   220/3
objection [6]   4/18 53/4
60/7 108/12 134/13 134/14
objective [1]   99/20
obligation [1]   210/3
observation [2]   42/13
166/3
observations [1]   7/23
observe [1]   15/19
observed [1]   165/3
observing [1]   26/8

obtain [6]   97/9 97/12
106/20 107/3 108/2 168/10
obvious [3]   20/22 24/3
218/7
obviously [5]   7/5 7/6
20/24 24/1 182/2
occasions [5]   114/18
114/18 114/20 115/2 221/13
occur [3]   40/14 66/19
84/11
occurred [6]   32/7 56/6
80/13 80/20 96/12 96/13
occurrence [1]   186/10
occurring [5]   7/24 15/7
31/21 39/20 80/19
occurs [3]   21/19 41/16
66/5
October [4]   49/14 56/6
128/24 129/2
October 15th [2]   128/24
129/2
odd [2]   20/25 204/18
of the [1]   206/8
off [26]   78/23 81/20 86/10
86/12 95/7 107/7 107/8
122/24 128/11 136/3 150/24
155/8 173/14 173/14 174/12
174/17 176/23 178/25
180/19 189/7 189/11 196/21
196/22 196/23 197/2 200/20
offer [2]   51/16 207/22
offered [3]   82/23 180/6
215/19
office [3]   1/15 3/12 146/2
officer [11]   59/20 67/21
67/23 78/10 78/12 162/15
170/7 170/13 171/5 217/22
217/23
official [2]   1/22 207/11
oftentimes [1]   207/14
oh [9]   139/21 155/11
158/13 161/2 179/5 185/20
207/21 214/14 220/24
okay [73]   3/22 4/2 5/19
6/25 7/14 8/14 12/2 12/8
16/5 17/20 19/12 19/14
19/20 21/22 25/23 32/9
33/11 33/19 39/9 39/12
41/1 45/3 47/5 54/16 59/7
64/6 66/14 66/22 69/9 73/8
88/7 102/13 106/15 108/22
109/1 109/16 109/25 111/19
111/23 116/6 117/10 128/7
128/9 129/8 131/25 133/25
134/1 136/5 140/18 141/13
143/8 143/15 146/16 147/5
149/1 150/7 152/12 154/11
155/3 158/14 161/20 163/12
176/19 180/4 180/15 184/5
196/20 204/8 205/18 207/4
207/17 208/5 215/2
old [2]   137/5 149/22
older [1]   147/7
on [318]
on-boarding [1]   194/3
once [2]   86/13 208/16
one [126]   10/2 13/15 13/19
14/8 14/11 14/16 14/16
14/21 15/12 16/19 20/19
21/16 24/21 24/21 25/3
28/7 30/11 31/8 31/18

33/20 34/14 34/20 34/23
37/12 38/23 38/24 41/9
41/10 42/4 42/20 44/18
44/21 46/19 52/23 62/10
62/22 64/19 64/24 65/12
65/24 68/21 78/8 82/8 83/9
86/15 86/17 87/4 91/11
91/23 92/8 93/4 96/3 98/23
99/6 102/3 103/23 108/1
108/25 114/13 115/25
115/25 116/1 117/23 120/10
120/10 120/15 121/7 124/19
124/24 130/4 130/16 131/24
132/13 138/15 139/23 141/3
145/22 147/13 148/18
149/15 152/4 153/18 155/12
155/22 157/2 158/21 162/21
162/22 165/5 165/9 167/18
168/4 170/2 170/25 171/3
171/19 172/5 172/6 173/2
175/17 179/5 180/18 182/3
182/25 183/7 183/8 185/25
186/6 186/9 187/1 187/4
187/14 188/7 191/23 192/20
196/3 196/13 197/12 200/23
200/24 201/20 201/20
204/17 211/4 217/9 217/24
ones [11]   36/24 73/12
107/5 112/3 146/10 148/23
148/23 157/8 165/16 169/5
172/10
ongoing [10]   57/13 80/4
80/24 81/5 81/5 81/13
81/14 146/7 147/25 213/22
only [25]   4/2 14/11 14/20
16/19 16/19 17/24 18/16
18/16 30/20 39/5 145/20
145/21 150/13 150/15 167/9
170/25 188/18 189/9 194/5
196/14 196/21 202/3 202/4
216/21 216/22
Ontario [3]   185/4 185/6
188/5
onto [2]   148/1 201/13
oops [1]   139/6
open [54]   14/1 57/24 63/13
63/16 82/2 82/4 82/6 82/7
82/9 82/9 82/11 82/16
82/18 82/21 82/23 83/4
83/7 83/9 156/21 197/8
197/9 197/14 198/1 198/1
198/5 198/6 198/9 198/14
198/17 198/18 198/19 199/1
199/5 200/2 200/25 201/3
201/22 201/24 202/2 202/5
202/11 202/19 203/3 203/11
203/12 203/18 203/20
205/20 205/23 206/2 206/5
206/20 219/19 219/19
opening [1]   44/13
opens [1]   98/8
operate [17]   51/18 65/25
80/7 87/9 87/10 131/10
143/6 144/3 144/5 145/10
145/12 145/17 145/21 147/2
157/25 177/15 178/24
operated [3]   57/20 189/22
196/14
operates [4]   51/12 143/6
195/20 196/3
operating [9]   59/19 144/15

**O**

operating... [7]  144/17
146/14 160/17 162/14
167/13 193/11 193/19
operation [53]  48/14 50/24
52/3 52/6 52/6 52/13 52/14
52/15 53/1 53/19 55/6 61/4
65/4 72/2 73/19 74/4 77/25
83/3 83/6 86/13 88/3 103/6
121/2 126/10 130/21 131/1
131/4 144/2 144/17 144/20
148/5 148/9 148/10 149/20
150/5 164/3 164/14 165/4
184/22 184/23 184/25
185/14 185/15 186/10
190/12 194/16 195/8 195/12
196/8 196/8 196/18 210/5
219/8
operational [5]  20/2 40/19
55/3 79/11 85/21
operationally [2]  64/25
167/20
operations [45]  27/2 36/10
40/1 40/4 42/16 43/17
44/23 45/7 48/4 48/13
49/10 49/12 49/13 55/7
60/23 63/7 64/17 66/2 84/2
85/8 86/1 86/1 89/11 103/6
104/23 111/17 121/3 122/23
138/14 144/3 144/19 146/20
146/25 148/16 149/6 156/16
156/20 160/12 165/2 168/15
184/12 195/17 196/1 196/14
197/10
operator [1]  51/14
opinion [1]  113/18
opportunities [4]  63/16
82/22 201/18 221/17
opportunity [7]  74/2 112/1
168/25 194/14 199/1 200/10
202/15
opposing [2]  95/20 207/22
opposite [1]  8/9
ops [5]  79/4 79/6 84/8
143/22 160/20
or [251]
Orange [2]  70/17 178/21
order [4]  14/11 105/10
200/6 205/14
ordinary [1]  25/4
Organization's [1]  157/21
organizations [1]  76/12
oriented [1]  138/12
origin [3]  86/8 89/15
97/15
original [2]  9/4 67/12
originally [1]  217/15
ostracize [1]  206/19
ostracized [3]  203/19
205/19 205/23
other [35]  19/10 21/16
23/22 41/4 41/18 41/22
43/2 51/9 52/1 72/3 73/24
91/12 95/9 96/4 110/9
114/4 115/23 115/25 123/19
124/5 132/23 161/20 165/15
171/21 172/5 173/10 174/9
175/3 175/11 183/24 184/9
201/3 206/9 217/9 217/9
others [3]  24/1 72/4

120/14
otherwise [3]  35/20 109/9
155/8
ought [4]  78/24 87/20
96/14 128/5
our [43]  4/17 4/22 48/18
51/16 52/7 55/14 59/1 62/5
62/16 72/2 73/8 79/4 79/6
79/7 81/23 86/15 99/23
112/1 117/1 117/1 119/20
119/21 125/15 126/14
126/15 129/7 129/11 135/1
139/20 144/18 145/11
145/23 145/23 146/3 173/21
175/6 187/2 190/25 191/2
196/12 216/17 219/8 219/13
ourselves [3]  56/13 96/18
126/19
out [74]  9/20 13/11 13/21
14/15 15/24 20/13 28/10
32/1 33/15 35/25 35/25
36/24 39/2 41/13 58/10
58/13 62/2 62/23 67/22
69/3 73/23 78/7 78/10
81/10 82/13 84/4 85/14
85/20 86/18 94/9 96/14
96/23 96/23 97/22 101/12
102/14 114/5 119/6 119/7
119/7 121/20 123/13 125/13
136/6 138/5 142/19 142/25
143/16 151/4 163/5 165/14
172/4 174/17 174/22 175/4
175/10 177/3 178/13 180/8
182/21 184/2 185/7 200/21
202/11 204/5 204/6 204/21
206/2 206/8 206/14 212/10
216/12 216/15 217/20
outbound [1]  190/8
outcome [1]  157/25
outlined [1]  145/25
outs [2]  37/5 171/22
outside [1]  146/10
outsourced [1]  48/21
over [38]  8/17 15/18 34/15
43/1 43/3 43/25 45/22
46/18 49/17 52/9 60/19
62/10 79/20 100/9 111/15
112/21 114/5 116/20 118/9
119/14 120/21 130/12
134/16 134/16 137/16 143/3
170/16 171/15 181/20
187/21 188/9 191/14 191/23
193/24 202/2 212/12 212/12
219/18
overall [5]  14/24 37/22
37/23 43/17 152/7
overdue [1]  62/21
oversee [2]  48/11 48/22
oversight [1]  146/2
own [8]  24/2 57/2 145/14
148/14 159/3 174/22 187/13
193/10

**P**

p.m [8]  81/20 81/21 128/11
128/12 176/23 176/24 193/6
222/3
Pacific [1]  53/24
package [1]  196/2
packages [1]  72/5
page [90]  2/3 12/4 12/4

19/21 19/22 21/24 21/25
22/1 25/24 26/2 37/16
45/18 45/19 45/20 46/13
56/10 62/3 67/14 67/15
68/17 68/23 68/23 69/17
70/19 70/20 73/11 85/5
85/6 85/6 85/12 88/10 90/2
99/10 99/12 101/19 102/2
107/25 116/20 122/24 141/3
141/5 153/21 154/2 154/8
154/19 154/21 155/6 155/23
156/7 156/9 157/1 157/21
157/23 158/6 158/7 158/11
158/11 158/13 158/13
158/14 163/13 164/11 166/5
170/4 172/21 173/2 177/10
177/18 178/1 179/2 181/14
181/20 182/18 183/1 195/15
197/22 198/22 204/19 207/5
207/7 207/9 207/15 207/16
214/9 214/13 214/21 214/21
215/5 215/6 215/12
pages [6]  55/25 69/11
107/24 155/5 179/4 214/8
paid [1]  87/25
paper [2]  96/25 97/2
paperwork [1]  176/10
paragraph [48]  25/25 26/3
37/18 37/20 55/25 56/9
62/3 62/14 64/10 64/13
65/7 67/3 67/18 69/2 69/11
73/11 73/15 78/4 90/1 99/9
99/12 100/11 116/20 116/22
121/25 125/14 129/6 156/9
156/19 163/13 164/1 164/12
165/6 165/18 166/9 166/16
181/14 181/19 181/20
181/22 181/23 195/16
195/22 204/19 204/19
206/24 210/13 215/23
paragraphs [2]  55/24 171/7
parameters [1]  191/7
parcel [3]  137/3 191/8
191/9
part [52]  7/16 9/19 24/19
24/23 31/18 33/4 35/3
37/21 60/22 71/14 74/19
76/3 79/5 80/3 80/3 80/10
80/11 80/25 81/4 81/4
104/2 121/15 123/17 123/18
133/10 137/3 141/22 142/8
143/24 147/17 148/17 149/8
149/9 149/16 149/20 159/25
160/16 160/17 162/1 162/2
162/3 174/8 176/5 187/1
190/25 191/4 191/8 191/9
204/20 206/15 218/23
221/15
participants [1]  109/21
participate [3]  109/14
110/25 130/17
participated [2]  111/4
129/22
participation [1]  77/9
particular [30]  9/15 11/12
11/12 17/23 28/2 34/21
40/7 40/8 40/15 40/16
40/18 40/18 40/19 40/19
41/25 42/1 42/13 42/22
55/12 66/14 93/5 93/25
107/4 108/21 114/5 133/5

**P**

**particular... [4]**   179/16
  182/12 183/16 189/5
**particularly [14]**   8/3 8/10
  9/17 103/4 109/9 132/7
  135/14 136/2 136/15 142/12
  142/13 143/10 166/17 218/8
**parties [13]**   3/18 95/23
  100/1 100/23 101/6 101/21
  102/4 108/15 108/19 123/12
  124/15 124/21 130/16
**partner [1]**   47/9
**parts [1]**   58/17
**party [4]**   103/23 104/1
  117/17 213/11
**party's [2]**   90/6 135/19
**pass [5]**   165/7 167/7
  167/25 172/17 181/10
**passenger [16]**   50/21 50/22
  78/12 78/17 78/19 136/23
  136/25 141/20 144/2 144/3
  144/18 145/11 148/5 149/12
  149/20 195/4
**passengers [3]**   142/22
  143/6 147/4
**past [9]**   27/16 116/21
  150/10 165/9 168/3 188/21
  210/19 210/20 219/20
**Pat [2]**   114/21 114/22
**path [2]**   101/12 120/14
**patience [1]**   30/3
**pattern [12]**   22/24 118/9
  119/17 120/22 120/23
  120/24 122/25 167/17
  189/25 189/25 205/11
  216/13
**patterns [2]**   189/7 189/12
**Paul [1]**   151/13
**pause [4]**   121/3 122/6
  126/23 127/12
**pay [2]**   200/9 202/13
**PCD [1]**   174/19
**PDFs [1]**   139/24
**peak [8]**   13/25 14/5 15/21
  18/10 55/14 71/20 71/21
  82/18
**peers [1]**   203/20
**pending [1]**   135/20
**people [22]**   23/15 23/17
  23/24 36/24 64/21 109/17
  109/19 109/21 109/22 138/5
  138/21 147/25 148/1 148/3
  150/22 150/24 152/10 186/5
  202/19 203/16 203/19
  205/23
**per [1]**   32/21
**percent [49]**   7/3 7/9 12/10
  12/16 12/19 13/16 13/16
  13/19 14/8 14/9 14/10
  14/12 14/13 14/23 15/3
  15/5 15/5 15/10 15/11
  15/12 15/13 16/1 16/2 16/2
  16/15 16/16 16/17 16/19
  16/21 17/14 18/15 18/17
  20/25 22/20 23/11 23/14
  29/5 29/9 32/24 33/13
  33/14 44/9 54/7 62/18
  138/22 141/18 150/14
  150/16 152/6
**percentage [4]**   10/24 17/21

21/3 161/13
**perfect [5]**   58/23 58/24
  58/24 110/20 110/22
**perform [3]**   34/22 42/15
  51/21
**performance [4]**   21/6 21/6
  21/7 48/22
**performing [2]**   42/19 99/3
**perhaps [5]**   4/4 4/13 17/13
  108/14 218/7
**period [39]**   10/12 12/21
  13/8 14/19 15/14 15/18
  15/18 15/20 16/7 18/4 18/6
  27/10 28/20 29/1 31/19
  32/17 32/18 34/15 39/20
  42/9 43/25 44/6 45/14 46/5
  82/25 119/11 136/15 152/4
  195/6 195/7 199/17 209/6
  212/10 212/12
**periods [6]**   13/20 18/14
  18/15 18/16 18/21 166/18
**permission [4]**   84/6 84/16
  85/1 85/16
**permitted [1]**   134/17
**persistently [2]**   58/19
  182/5
**person [4]**   169/9 190/22
  200/3 216/11
**person's [1]**   191/14
**personal [1]**   173/16
**personalization [2]**   181/9
  218/3
**personnel [1]**   86/11
**perspective [2]**   113/9
  200/1
**Peter [1]**   89/24
**Petersen [8]**   88/11 88/23
  90/2 114/21 114/22 114/25
  115/3 115/11
**Petroff [1]**   3/14
**PhD [1]**   2/4
**philosophical [1]**   130/1
**phone [1]**   175/14
**phrased [1]**   219/1
**phrases [1]**   124/13
**pick [3]**   169/6 202/12
  202/19
**picked [2]**   14/2 169/8
**picking [2]**   6/5 46/18
**picks [1]**   13/9
**picture [2]**   22/8 23/8
**piece [1]**   54/24
**pieces [1]**   16/18
**pilot [101]**   26/8 26/15
  26/17 26/21 28/14 35/18
  36/22 36/25 37/1 37/22
  37/23 39/25 40/19 42/16
  43/17 44/10 45/6 45/6
  48/19 49/16 60/3 61/3 62/5
  62/21 64/7 68/9 68/9 69/13
  70/22 70/25 71/12 74/6
  75/14 75/18 75/23 76/18
  76/19 78/8 78/19 79/23
  80/4 80/21 81/6 82/7 82/23
  84/16 84/20 89/25 95/3
  98/7 98/9 98/18 105/24
  107/17 107/19 109/12
  110/12 116/25 119/20
  119/23 120/5 137/4 138/16
  147/1 147/20 147/21 148/22

159/6 159/7 160/1 167/7
  167/9 173/13 174/9 181/11
  183/16 184/21 188/4 190/14
  191/12 197/5 197/11 200/1
  200/17 200/19 200/21
  201/1 201/8 205/4 206/6
  206/6 208/8 209/6 214/23
  215/16 217/16 218/24 219/4
  219/5 219/6
**pilot's [8]**   69/19 73/23
  75/7 76/20 76/22 80/25
  167/8 173/9
**pilots [145]**   26/24 28/17
  28/21 28/23 29/1 30/8
  32/12 32/23 34/16 34/21
  35/6 35/13 35/16 35/19
  35/23 36/16 36/19 37/8
  37/9 38/1 38/2 41/21 43/3
  43/5 43/9 43/13 43/16
  45/11 46/6 46/6 48/12
  48/12 48/12 54/7 54/7
  55/20 57/19 57/23 58/2
  58/10 58/12 60/6 61/6
  63/13 63/20 63/24 64/14
  64/18 65/12 65/16 73/22
  76/8 76/15 78/7 79/18
  80/17 80/21 82/16 83/3
  83/7 84/2 84/25 85/20
  87/25 88/12 88/14 89/5
  89/19 89/22 90/12 90/12
  99/16 100/24 102/5 107/2
  107/15 109/23 110/10 111/1
  111/5 111/22 111/22 112/3
  112/11 112/14 112/18
  112/22 112/24 114/24 117/8
  129/24 131/13 132/25
  136/14 137/14 138/9 138/11
  138/14 140/24 140/25
  141/14 141/19 143/9 143/11
  144/5 144/8 147/8 147/16
  148/8 148/12 149/1 149/14
  149/25 150/9 151/6 158/22
  161/11 161/14 163/19
  166/11 171/10 173/10 182/6
  182/22 182/23 184/20 186/2
  186/3 186/3 188/18 190/23
  194/9 194/9 194/13 195/17
  196/21 198/20 201/14
  201/19 202/16 204/21
  206/19 208/13 217/20 219/8
**pilots' [2]**   66/19 113/9
**place [7]**   27/9 102/7
  124/20 142/2 145/14 158/19
  198/10
**placed [4]**   89/12 171/22
  175/22 187/3
**plaintiff [1]**   5/1
**plaintiffs [5]**   1/3 1/11
  3/7 4/22 95/16
**plaintiffs' [34]**   5/7 5/24
  47/21 50/1 50/9 59/5 64/9
  70/10 72/9 72/21 73/10
  91/19 92/6 92/14 93/1
  93/11 93/16 93/22 94/6
  94/17 97/6 98/11 101/14
  102/16 104/6 105/12 106/13
  107/10 109/6 128/18 163/10
  175/16 209/17 221/4
**plan [15]**   35/23 35/24
  36/13 79/8 143/14 143/24
  147/23 153/12 154/10

plan... — provisions

# P

plan... [6]   154/14 156/17
158/4 196/12 205/9 214/7
plane [1]   35/17
planned [1]   190/10
planning [6]   48/15 48/24
52/24 54/23 109/2 192/5
plans [2]   143/19 196/22
platform [3]   113/11 115/15
115/17
play [2]   186/4 201/15
please [38]   3/4 5/12 5/16
12/2 12/4 19/14 21/23
25/22 26/1 27/21 37/19
47/14 49/2 49/25 50/9 59/4
64/9 72/7 82/4 93/1 94/11
101/13 104/5 108/25 121/8
125/5 133/21 139/12 146/24
146/24 153/15 163/12
164/11 178/1 180/12 180/14
213/25 221/2
plug [2]   186/4 201/15
plus [3]   12/11 48/21
145/16
podcast [2]   95/2 96/2
podium [2]   3/4 163/9
point [54]   11/5 11/21
11/25 16/17 17/24 24/14
25/2 29/4 37/17 39/5 42/24
54/6 54/9 62/2 63/19 63/23
67/4 67/5 67/13 67/15
67/25 68/3 68/7 68/8 68/15
68/16 68/18 68/23 68/24
71/6 71/10 74/7 83/25 97/3
100/10 119/5 120/17 123/19
123/23 124/9 124/22 126/7
135/21 150/14 152/14
182/12 182/14 182/21 184/7
191/11 192/17 194/8 213/23
214/18
pointed [1]   151/4
pointing [1]   13/21
points [4]   21/3 21/15
74/23 87/1
Polar [3]   99/14 134/2
188/8
policies [3]   215/8 215/25
216/2
policy [10]   90/7 90/8
90/16 90/19 90/22 155/19
157/22 158/3 216/11 217/17
portion [7]   6/25 22/12
36/6 137/1 141/18 153/9
161/6
posing [1]   11/2
position [18]   48/3 48/5
48/7 48/8 64/21 82/8 82/10
87/23 90/24 100/23 130/1
133/4 133/5 134/11 160/14
175/13 180/7 203/13
positioned [1]   201/20
positions [2]   82/11 135/19
possibility [3]   10/16 23/6
29/12
possible [10]   9/23 9/23
10/2 10/9 170/6 185/13
185/20 185/22 186/12
207/10
post [11]   16/18 16/20 19/7
24/24 25/9 25/9 31/17

32/13 34/13 41/17 42/8
posted [1]   97/17
postings [3]   107/18 107/20
108/2
postponed [1]   193/4
potential [1]   37/24
Practical [1]   149/1
practice [6]   8/7 26/16
27/7 29/24 74/15 210/20
practices [3]   210/19 215/8
216/2
pre [5]   16/20 34/13 41/16
42/8 43/20
pre-February [1]   16/20
pre-hearing [1]   43/20
preceded [1]   145/15
preceding [1]   167/11
precipitated [1]   142/9
predated [1]   20/2
predictability [5]   52/24
53/18 55/9 184/14 184/16
predictable [1]   52/20
prefer [2]   219/22 220/1
PRELIMINARY [1]   1/9
premium [1]   202/13
prepare [1]   66/9
present [4]   45/14 118/22
135/14 151/23
presentation [3]   98/8
98/15 98/18
president [13]   48/4 49/9
49/12 59/19 60/22 64/17
89/10 90/25 103/13 111/16
111/17 118/7 162/14
pressure [5]   43/14 86/19
105/20 164/4 203/22
presumably [1]   157/6
pretty [6]   14/15 20/16
20/21 21/17 24/3 160/3
previous [3]   66/18 123/10
126/11
previously [2]   98/2 151/7
primarily [1]   52/6
primary [2]   48/9 201/9
prime [1]   52/17
print [2]   13/7 177/3
printed [2]   107/7 107/8
printout [1]   177/11
prior [17]   34/9 34/10
39/21 49/3 52/5 53/5 69/8
71/20 84/25 113/2 130/24
147/9 147/22 150/23 151/2
179/19 182/3
privacy [1]   105/10
privilege [1]   95/9
privileged [1]   96/7
probability [1]   26/7
probably [9]   16/10 50/21
96/25 103/25 124/5 127/4
140/7 189/5 220/21
probationary [3]   174/6
174/20 217/22
problem [10]   86/23 89/19
140/8 152/9 171/4 171/12
176/13 209/1 218/25 219/14
problems [1]   20/2
procedure [1]   85/13
procedures [5]   132/6
145/14 146/14 215/8 216/3
proceed [4]   3/25 5/1 100/9
208/5

proceeding [2]   13/24 99/17
proceedings [3]   1/25 222/3
223/5
process [30]   66/7 75/14
80/16 80/24 81/5 101/21
102/6 102/7 111/25 112/25
113/5 113/23 123/17 123/18
131/4 133/1 135/8 137/12
143/2 143/3 145/18 146/3
148/17 156/21 156/22 159/8
168/11 191/1 199/19 200/9
processed [1]   91/7
produced [2]   1/25 42/23
product [3]   79/19 185/11
189/11
professional [3]   49/6
56/13 112/18
profile [1]   45/12
program [31]   27/12 75/11
75/13 79/6 80/14 80/22
111/12 137/8 143/18 144/16
147/6 147/19 148/1 149/17
149/17 158/8 158/16 158/19
158/23 160/8 161/9 161/22
161/25 167/13 175/23 177/3
177/19 178/4 183/20 216/14
217/13
programming [1]   145/17
programs [4]   79/22 81/9
142/2 142/4
projectile [4]   170/15
170/22 171/5 171/13
projectile vomiting [1]
171/5
prolonged [6]   15/15 18/7
18/9 18/24 18/25 19/9
promote [1]   166/1
promoting [1]   156/21
promulgated [1]   79/2
prongs [1]   147/13
pronounce [2]   38/14 151/13
proper [1]   145/24
property [5]   45/12 147/21
148/2 148/3 194/18
proportion [2]   11/14 63/10
proposal [1]   143/19
proposals [1]   60/6
proposition [2]   21/5 33/21
protect [1]   105/10
protects [1]   101/23
proud [1]   51/23
proudly [1]   52/3
prove [2]   126/19 213/17
proved [1]   168/6
proven [2]   143/2 221/13
provide [12]   38/2 51/6
188/20 210/15 210/25
211/13 211/18 211/19 212/7
212/8 212/14 213/9
provided [7]   67/1 77/16
95/15 95/17 100/12 113/23
212/21
provider [3]   51/6 51/13
51/23
provides [3]   51/8 131/4
132/4
providing [1]   136/10
provision [4]   131/6 131/18
132/4 193/12
provisions [2]   133/11
216/8

**P**

proxy [2]   39/15 40/24
prudence [1]   190/17
public [5]   60/24 87/6
97/18 109/10 145/1
publication [2]   61/23
101/16
publications [7]   35/7
60/24 61/6 63/1 63/19
63/24 94/3
publicity [7]   218/9 218/11
218/23 219/23 219/24 220/1
220/10
publicized [1]   219/4
publicizing [2]   219/11
219/12
publicly [4]   98/1 98/16
107/15 218/20
published [4]   125/11 129/2
191/2 202/10
publishes [1]   87/6
Pudong [1]   68/4
pull [1]   175/25
pulled [2]   73/21 74/3
purchasing [1]   100/13
purported [1]   132/13
purpose [5]   8/7 8/22 40/9
40/10 42/1
purposefully [1]   185/23
purposes [6]   4/8 7/13
109/2 135/24 151/23 210/4
135/25
push [1]   35/25
put [24]   4/17 4/22 24/8
24/10 31/2 66/7 79/7 107/1
121/4 127/5 145/14 160/7
165/15 175/6 175/7 176/10
176/20 186/8 190/5 191/8
192/21 197/11 202/11
213/22
puts [4]   9/3 43/14 89/4
98/17
putting [5]   76/5 119/3
119/12 135/17 185/24
PX [3]   78/4 209/19 210/9
PX-036.002 [1]   209/19
PX-037.001 [1]   210/9

**Q**

Qantas [1]   54/1
qualifier [1]   68/20
quality [2]   62/20 129/23
quarter [3]   55/14 55/16
64/2
question [68]   11/23 14/7
15/24 17/6 17/8 17/10
17/11 18/1 18/13 18/13
18/18 19/4 20/12 20/14
21/12 24/5 25/5 29/25 30/9
30/14 31/1 31/7 31/24 34/1
35/2 36/18 36/21 40/5 40/6
54/3 63/22 74/16 79/17
80/16 86/22 88/4 116/4
118/2 119/13 119/19 122/15
123/22 133/21 142/16
143/15 144/7 146/22 150/12
150/19 157/5 157/13 158/1
162/1 162/2 167/24 176/16
179/11 180/5 195/9 204/1
207/2 212/3 212/4 217/15
218/8 219/7 219/10 220/5

questions [16]   11/1 46/23
55/20 73/12 78/25 98/8
108/7 182/17 200/23 203/24
203/25 204/5 204/7 208/4
215/18 220/12
quibble [1]   34/3 34/7
quick [1]   53/22
quickly [2]   91/17 221/1
quite [7]   6/23 21/8 28/21
49/11 186/14 190/6 194/21
quo [7]   135/16 164/15
164/25 166/19 209/1 209/3
209/24
quote [2]   56/11 88/11
quoting [1]   156/6

**R**

Rachel [1]   3/8
raise [3]   47/14 108/18
221/24
raised [7]   91/1 93/8 93/9
112/14 115/2 118/5 211/14
ramp [4]   86/9 86/10 86/10
86/19
ran [5]   19/5 29/20 30/3
113/11 115/15
RANDOLPH [1]   1/9
random [3]   26/11 38/22
41/24
randomly [1]   40/14
range [8]   7/3 7/7 7/9
12/14 12/15 12/16 20/25
29/7
ranks [1]   141/19
rapid [3]   54/12 196/1
212/11
rarely [2]   83/20 201/6
rate [8]   11/16 26/8 26/15
29/9 37/22 37/23 63/9
64/15
rate of [1]   37/22
rates [10]   9/14 9/16 10/22
26/17 28/11 28/14 29/21
31/21 31/23 37/25
rather [6]   15/5 38/16
38/17 67/23 104/2 167/21
Ray [2]   89/25 110/14
reach [2]   102/4 114/5
reached [1]   213/4
reaching [1]   102/8
react [6]   64/21 65/5 74/5
74/6 74/6 75/3
reacting [1]   89/19
reaction [1]   89/21
read [21]   13/7 19/25 26/6
37/18 69/16 112/10 121/17
121/19 121/19 125/10
125/12 127/1 127/3 171/21
171/25 172/1 172/13 172/14
174/19 205/21 207/11
readily [1]   14/24
reading [3]   13/6 56/3
85/17
ready [16]   3/25 4/1 84/7
157/19 157/20 172/24
172/25 181/17 182/19
182/20 190/20 192/9 192/9
192/14 192/18 193/3
realistic [1]   62/17
realize [1]   96/10
really [34]   13/11 18/12

25/15 35/19 46/18 55/10
55/16 56/22 63/8 65/5
67/21 73/22 74/5 74/13
76/3 76/17 80/25 81/3
83/13 112/2 112/6 117/16
117/20 118/5 120/22 124/2
126/12 138/22 142/17 182/7
186/1 194/15 202/4 206/7
realtime [1]   1/25
reanalysis [1]   67/9
reason [15]   17/19 42/7
44/14 87/15 127/13 139/24
162/2 172/15 172/19 192/4
193/5 193/19 194/14 198/6
221/11
reasonable [1]   26/20
reasons [7]   64/24 95/10
103/23 143/1 215/7 215/19
216/1
reassigned [1]   200/19
rebuttal [8]   5/15 9/1 9/2
20/1 21/4 43/19 43/21 47/3
recall [19]   5/1 46/9 57/2
63/9 63/13 66/12 78/17
81/11 91/6 133/10 161/2
162/9 162/12 180/10 193/17
206/21 216/22 217/1 217/14
receive [9]   59/15 59/24
92/2 102/24 103/3 103/15
104/16 105/23 156/12
received [10]   6/19 94/14
94/15 102/21 103/9 103/9
104/19 183/6 183/6 183/9
recent [9]   42/18 46/12
53/16 64/23 89/1 89/19
164/13 166/18 211/3
recently [9]   44/7 46/4
46/12 52/11 52/18 54/11
64/24 202/3 202/4
recipe [2]   56/11 56/12
reckoning [1]   203/19
recognition [2]   79/25
137/6
recognize [23]   59/8 72/8
72/21 72/24 85/6 91/20
92/15 92/18 93/3 93/17
98/11 101/16 104/8 105/13
105/16 106/13 106/15
107/13 128/22 138/4 138/20
138/20 191/19
recognized [1]   191/21
recollection [7]   63/2 63/3
90/23 162/24 163/1 173/18
183/25
recommend [1]   95/19
recommended [1]   76/4
reconcile [5]   75/7 86/3
89/14 96/18 96/20
reconciled [2]   74/20 96/21
reconciliation [1]   75/19
record [28]   3/5 4/5 21/11
53/12 70/6 70/7 81/20
81/21 95/7 128/11 128/12
146/19 155/7 169/17 171/22
173/20 175/9 175/13 175/14
175/18 175/18 175/19
176/23 176/24 179/9 187/5
207/11 223/4
record of [1]   175/18
recorded [3]   1/25 66/21
71/1

**R**

recording [1]   71/4
recordings [2]   95/17 98/25
records [6]   69/21 169/19
169/23 173/21 187/2 187/13
recoup [1]   176/7
recruited [1]   49/10
recurrent [7]   80/25 81/4
159/6 159/9 161/10 161/11
161/14
recurring [1]   147/25
red [2]   13/4 22/25
redacted [7]   96/8 103/21
103/22 105/3 105/4 105/5
105/6
redactions [4]   96/12 96/13
103/20 106/7
redirect [6]   2/11 47/1
47/2 220/14 220/23 221/4
reduced [1]   10/10
reduces [1]   10/7
redundant [1]   187/17
reemphasize [1]   62/13
refer [4]   20/17 22/22 69/2
217/7
reference [3]   63/4 70/7
160/19
referenced [3]   157/21
213/3 214/6
references [2]   62/25
154/20
referencing [3]   6/15
129/15 183/5
referred [2]   6/16 54/20
referring [7]   28/3 52/16
69/7 99/8 122/21 207/16
210/19
refers [4]   67/25 68/4 71/6
99/10
reflected [5]   57/1 57/16
103/5 120/16 122/22
reflecting [1]   119/15
reflection [4]   61/3 83/18
103/22 122/8
reflections [1]   181/7
reflective [1]   104/14
refresh [3]   162/24 163/1
172/2
refused [5]   100/18 133/7
134/7 210/24 211/17
regard [3]   81/8 102/11
167/22
regarding [3]   67/15 85/11
101/17
regards [3]   26/16 76/7
114/23
regime [4]   144/12 144/12
147/9 147/11
regional [10]   141/19
142/16 143/9 144/1 144/8
148/9 148/12 149/3 153/5
194/9
regionals [5]   141/22
141/25 142/14 143/18 150/1
regression [19]   6/9 7/17
16/11 17/23 18/22 19/5
30/3 30/4 30/7 31/2 31/8
31/13 31/15 31/15 32/9
34/23 40/23 41/4 41/22
regular [1]   203/2

regularly [6]   85/3 115/6
115/8 115/10 115/12 136/6
regulated [2]   147/4 149/19
regulation [2]   85/11
149/16
regulatory [1]   160/19
reiterate [1]   184/3
reiterated [1]   203/11
reiterating [1]   114/8
rejected [2]   25/10 25/17
relate [1]   30/2
related [7]   40/12 42/8
91/18 104/23 122/2 208/10
208/14
relates [2]   172/20 173/5
relating [1]   79/16
relationship [6]   56/12
56/13 56/23 57/13 115/21
116/4
relative [2]   152/25 153/1
relatively [1]   220/16
release [1]   84/14
released [1]   86/13
relevance [3]   134/22 135/1
135/3
relevant [5]   135/14 135/18
135/21 136/2 136/2
reliability [3]   55/3 55/11
85/22
reliable [1]   54/25
relied [1]   42/21
relieves [1]   86/19
reluctance [1]   202/4
remain [3]   11/14 11/18
86/7
remaining [1]   36/25
remember [8]   56/3 62/24
113/13 122/1 126/13 162/18
193/16 194/20
remembering [1]   73/22
remind [4]   5/3 33/2 81/23
128/3
reminding [1]   182/6
removed [2]   176/5 219/20
Reopened [2]   2/5 5/7
repeat [1]   63/22
repeatedly [2]   113/25
114/15
repeats [1]   114/2
replacement [4]   67/7 67/11
67/11 67/11
report [17]   9/1 9/2 14/16
19/15 21/13 21/24 25/21
37/10 43/19 43/21 44/2
44/25 46/14 75/18 90/9
156/22 217/10
reporter [4]   1/21 1/22
94/21 140/2
reporting [4]   36/18 69/21
75/23 156/21
reports [8]   36/14 37/2
44/16 44/16 44/19 48/24
144/13 162/16
represent [3]   29/18 95/13
166/19
representation [1]   6/23
represented [2]   76/10
76/12
representing [1]   204/6
request [2]   84/9 115/20
require [3]   35/23 132/21

150/25
required [6]   79/5 145/10
145/12 147/6 147/7 148/24
requirement [8]   79/25
143/16 143/17 143/23 144/1
149/16 196/21 216/17
requirements [8]   143/25
144/5 187/14 219/5 219/6
221/12 221/15 221/16
requires [1]   147/12
reschedule [1]   192/22
research [3]   54/15 111/11
178/15
reservation [9]   70/8 70/14
70/16 70/20 175/14 176/1
176/8 178/10 178/10
reserve [9]   47/3 83/10
83/10 189/8 190/1 200/15
200/16 200/16 200/25
reserves [3]   75/5 75/9
201/23
reset [2]   192/21 193/7
reside [1]   85/11
resolution [11]   77/10 92/8
93/4 93/18 101/6 111/12
113/16 113/23 113/25
130/12 200/9
resolve [5]   83/9 92/9 96/5
125/15 125/18
resolved [4]   86/7 111/14
113/6 199/19
resources [3]   36/6 48/15
112/25
respect [14]   4/16 16/23
33/3 54/5 67/18 68/7 68/18
79/22 103/7 138/14 169/4
172/5 182/17 194/4
respective [2]   135/19
208/23
respond [1]   75/2
responded [1]   56/25
response [10]   31/2 31/14
34/23 35/1 57/4 72/25 73/2
166/2 210/10 221/25
responsibilities [3]   48/9
48/11 121/16
responsibility [12]   48/23
75/10 75/17 76/17 76/21
76/22 106/2 156/1 167/9
176/5 208/8 208/22
responsible [2]   48/21
75/12
rest [33]   7/14 69/20 74/2
75/16 75/17 75/20 75/25
144/5 145/24 149/23 166/18
167/12 167/12 167/18
167/21 167/22 167/23
168/16 168/17 168/17
168/18 168/24 187/2 187/13
190/6 190/19 190/20 192/8
192/13 192/21 192/22
192/24 221/17
restaurant [2]   56/2 56/18
rested [3]   150/6 193/3
200/21
rests [1]   167/16
result [9]   26/11 27/1
59/12 67/19 67/20 143/20
196/1 215/8 216/3
retain [2]   88/15 103/16
retained [6]   104/25 118/12

**R**

retained... **[4]**  162/4
163/2 163/3 163/5
retained Dr **[1]**  162/4
retainer **[1]**  212/18
Retention **[1]**  60/3
return **[2]**  3/23 128/1
review **[11]**  60/23 110/5
113/16 119/2 119/2 125/10
143/20 143/21 179/16
195/13 216/24
reviewed **[6]**  42/19 103/12
113/20 125/25 162/25
216/19
reviewing **[2]**  119/10
122/24
revised **[2]**  154/16 155/18
revision **[4]**  154/14 154/15
154/22 157/11
revisions **[1]**  155/22
revisit **[1]**  62/13
richly **[1]**  62/21
Riddle **[1]**  49/23
ride **[2]**  37/13 78/12
rides **[1]**  36/25
right **[133]**  7/19 7/21 8/6
9/9 12/11 13/6 13/16 14/22
20/23 23/18 24/14 27/8
27/20 28/5 28/8 29/10
32/15 33/7 33/18 38/6
39/20 39/23 41/19 41/20
41/21 41/23 42/4 42/9
46/14 46/15 47/3 47/14
48/1 51/1 56/7 59/3 64/3
64/4 67/23 68/3 72/13 80/8
81/16 92/5 92/22 95/13
99/5 99/25 100/3 101/13
104/12 111/1 115/8 116/5
121/13 123/9 123/19 123/21
124/12 124/19 124/21
124/23 131/3 133/12
133/18 133/20 141/2 142/9
143/23 145/13 151/3 151/8
151/11 151/17 151/25
152/12 154/18 155/4 157/8
158/6 158/10 160/10 161/11
161/15 164/19 166/12
166/24 167/8 170/2 170/11
173/6 177/8 178/20 179/21
180/16 182/23 184/11
184/18 184/22 184/23
186/18 186/22 187/6 188/5
188/12 189/6 190/23 191/15
192/6 193/13 196/24 197/2
197/15 198/24 199/23 200/7
201/11 201/22 207/12
209/11 209/25 210/8 212/19
213/16 214/6 214/7 214/20
215/4 215/16 216/15 218/25
219/11 219/14
rights **[4]**  125/24 126/14
126/15 191/6
rigors **[1]**  148/15
rings **[1]**  144/25
rise **[1]**  72/5
rising **[2]**  114/2 185/8
risk **[43]**  27/11 36/5 36/13
74/20 76/24 77/22 79/6
79/8 79/10 137/8 137/9
137/10 142/1 142/4 143/13

143/14 143/17 143/24
144/16 147/5 147/22 149/17
153/7 153/11 154/10 154/13
156/17 158/23 159/17
159/21 160/8 161/5 161/22
161/24 167/15 189/3 189/12
190/2 214/6 216/19 216/23
217/8 217/10
RLA **[1]**  211/9
ROBERT **[3]**  1/11 3/6 170/13
robust **[2]**  142/1 149/17
robustness **[2]**  8/24 9/2
role **[1]**  48/10
roles **[1]**  49/9
Roman **[1]**  215/13
room **[3]**  1/23 55/15 69/22
root **[2]**  121/4 203/9
roughly **[4]**  7/9 15/12 16/1
46/18
route **[3]**  86/4 177/12
189/24
routes **[1]**  52/7
row **[1]**  189/10
RPR **[3]**  1/21 223/3 223/10
rule **[6]**  78/25 79/2 79/5
129/18 130/8 199/1
rulemaking **[2]**  76/4 142/7
rules **[19]**  33/3 35/7 76/6
80/15 127/9 131/11 142/19
143/16 144/4 144/6 144/6
145/12 145/24 145/25
149/22 149/22 149/23
149/23 215/25
ruling **[1]**  41/13
run **[2]**  18/22 77/9
running **[5]**  6/10 56/21
94/9 115/24 189/21
running for **[1]**  115/24
runs **[2]**  125/22 125/22

**S**

Sabre **[5]**  70/14 175/19
175/22 176/1 179/9
safe **[3]**  157/25 182/22
190/23
safely **[1]**  156/13 194/11
safety **[3]**  155/19 156/2
156/21
said **[31]**  20/1 27/12 27/18
32/5 45/16 46/10 51/19
66/10 76/17 77/20 95/25
113/14 115/14 130/17
132/17 132/18 133/7 133/15
138/1 159/24 170/5 173/18
174/17 182/13 184/12
198/12 209/10 209/12
211/19 212/11 220/24
same **[32]**  9/10 9/11 10/11
10/12 22/14 35/18 48/7
48/8 62/9 63/8 65/2 65/18
67/10 68/23 73/22 78/19
95/18 114/2 114/17 117/11
120/15 126/10 135/12 144/6
144/6 154/8 158/13 159/8
165/11 179/23 187/9 207/13
sample **[1]**  7/12 7/16 9/19
9/19 10/7 11/6 11/9 11/21
11/23 11/25 41/11
samples **[1]**  73/21
San **[3]**  70/18 70/18 178/21
sat **[2]**  165/20 168/13

satcom **[1]**  84/22
Saunders **[1]**  98/17
saw **[13]**  43/18 72/5 77/25
98/23 119/7 125/25 126/2
126/9 129/1 145/1 162/21
174/6 202/16
say **[58]**  8/25 10/5 11/4
20/4 20/22 32/5 37/5 57/3
58/2 58/24 74/6 78/7 80/9
83/5 85/3 87/16 101/8
109/9 109/11 113/18 117/16
118/15 121/3 126/8 127/13
127/21 133/21 134/23
137/23 141/17 141/25
145/16 146/19 148/22
149/15 153/21 153/22 155/6
158/11 158/12 162/3 163/16
166/16 177/7 186/17 188/19
192/5 192/24 194/5 194/7
194/11 194/14 195/7 196/9
204/20 206/11 209/17
214/21
say page **[1]**  153/21
saying **[21]**  10/2 23/7 27/6
30/25 38/18 38/20 46/4
124/24 150/4 166/11 171/8
173/25 175/7 199/9 200/11
205/22 206/18 209/1 209/7
209/8 209/9
says **[51]**  26/6 26/20 27/8
31/23 37/21 60/12 67/19
68/8 69/13 69/17 78/9
85/14 87/8 90/2 94/20
107/2 116/24 117/5 120/7
121/25 123/14 123/20
123/25 125/18 129/7 129/9
154/2 154/10 154/19 154/22
155/12 156/4 156/11 156/14
156/15 156/19 157/4 157/24
164/19 173/13 174/10
174/15 175/15 177/6 179/9
181/21 195/19 206/14 215/6
215/18 215/23
scab **[1]**  105/21
scale **[1]**  195/18
scaling **[1]**  22/11
scan **[1]**  140/18
scenario **[1]**  188/14
scenarios **[1]**  11/1
scenes **[1]**  101/9
schedule **[21]**  69/19 75/7
82/14 87/3 87/5 87/9 87/10
88/1 88/1 149/19 174/20
188/13 189/24 191/2 191/4
191/5 191/6 191/14 192/7
201/13 205/1
scheduled **[13]**  20/20 38/25
53/21 69/3 69/6 78/12
85/15 184/17 202/10 204/24
205/6 205/10 205/13
schedulers **[2]**  112/3 112/7
schedules **[5]**  53/20 54/24
54/25 66/19 150/2
scheduling **[20]**  48/16
48/24 52/19 52/25 54/21
69/21 77/12 78/11 174/4
174/7 174/11 174/15 174/21
177/3 177/11 177/19 184/10
186/3 197/18 201/16
school **[4]**  35/6 36/4 111/1
111/3

**S**

**science [11]**   38/8 38/11
49/22 49/23 76/7 137/6
137/7 143/14 144/12 147/11
190/2
**scope [3]**   99/2 103/12
195/18
**Scott [3]**   110/14 214/23
215/15
**screen [2]**   17/6 107/5
**screwed [1]**   173/17
**scrutinized [1]**   146/11
**scrutiny [1]**   143/4
**se [1]**   32/21
**Seafoods [4]**   56/2 56/17
115/16 117/13
**season [3]**   13/25 18/10
55/15
**seasonality [1]**   37/25
**seat [6]**   74/7 82/6 83/9
83/11 197/11 197/12
**seated [1]**   47/19
**second [21]**   13/9 13/18
14/11 17/5 24/21 24/23
27/8 31/8 37/12 67/15 68/3
99/24 103/24 108/25 131/24
147/15 161/15 163/8 186/24
203/22 210/13
**secondary [7]**   6/7 6/12
6/14 6/17 7/1 7/11 12/25
**secret [1]**   75/6
**section [32]**   13/22 13/24
14/25 15/16 18/4 19/1 20/2
21/9 21/19 21/20 25/9 26/9
26/23 31/5 31/17 32/13
39/21 41/17 101/20 122/13
122/16 122/21 129/15
131/15 132/12 132/13 133/4
133/11 133/25 163/17 171/9
197/17
**sections [2]**   125/2 126/19
**secure [1]**   99/17
**see [150]**   3/15 12/15 12/17
13/3 19/23 20/23 21/7
22/19 23/8 23/12 24/3
24/15 24/17 24/19 24/20
24/25 26/12 26/19 27/3
27/4 27/14 28/4 28/10
28/12 28/24 28/25 30/10
30/12 31/5 31/12 32/3
42/14 43/2 44/4 45/13
45/21 59/21 60/3 61/18
61/23 65/18 68/1 68/25
69/4 70/1 73/19 74/14
78/14 84/10 99/18 105/25
106/22 109/19 110/5 116/21
116/24 117/3 117/23 119/17
120/18 121/2 121/25 122/4
125/16 125/17 125/19
125/20 125/21 126/16
126/17 126/21 126/22
127/10 128/9 128/25 129/4
129/12 137/11 139/9 139/21
141/8 150/22 150/23 154/22
155/6 155/22 156/24 158/2
158/14 163/21 164/1 164/6
164/7 164/17 164/19 165/5
165/12 165/12 166/14
166/21 167/20 167/20 172/8
172/23 174/13 177/9 178/2

179/1 181/20 183/2 183/4
184/11 186/2 196/6 198/21
201/21 202/21 202/22 203/7
203/8 204/4 210/6 210/13
210/16 210/17 210/21
210/22 210/23 210/25 211/1
211/5 211/7 211/10 211/11
211/12 211/15 211/16
211/17 211/21 214/4 214/11
214/24 215/10 215/12
215/13 215/21 215/23 216/5
221/23 222/1
**seeing [6]**   32/17 34/9
62/25 74/17 74/18 209/5
**Seeks [1]**   127/17
**seem [3]**   16/4 22/15 29/10
**seems [3]**   4/25 23/14 28/5
**seen [20]**   72/3 96/17 97/19
97/24 106/24 107/5 107/21
112/13 121/15 126/12 129/1
165/9 165/11 166/2 167/23
168/2 189/19 199/24 199/24
202/4
**seen a [1]**   126/12
**segment [17]**   13/9 14/8
14/12 18/14 143/12 144/9
147/3 149/4 152/4 184/6
185/12 186/9 187/14 189/5
192/24 193/1 201/21
**segmented [2]**   14/20 16/18
**segmenting [1]**   18/16
**segments [2]**   13/5 15/4
**select [1]**   51/17
**self [1]**   167/10
**self-evaluation [1]**   167/10
**selves [1]**   148/14
**send [2]**   97/22 158/9
**senior [11]**   48/4 60/22
64/17 90/25 103/13 136/14
147/8 198/25 199/2 200/3
206/5
**seniority [20]**   42/18 42/21
42/22 42/23 42/25 43/9
139/2 139/9 140/4 140/19
141/1 141/2 141/8 143/10
149/2 150/8 151/2 198/24
200/1 200/6
**sense [8]**   73/21 82/6
148/13 165/12 194/16
201/10 202/16 219/25
**sensing [2]**   77/24 202/22
**sent [18]**   13/22 14/25
15/16 19/1 21/10 21/19
21/20 26/9 26/22 39/21
57/15 72/19 79/8 97/10
97/10 104/21 106/11 209/16
**sentence [12]**   27/8 30/17
78/9 99/13 102/3 116/24
122/1 122/9 127/12 156/7
182/18 195/25
**sentences [1]**   78/6
**separate [3]**   14/16 19/2
101/1
**September [10]**   13/14 55/16
139/2 140/4 150/9 154/16
154/17 155/1 157/2 180/24
**September 13 [1]**   157/2
**September 2017 [1]**   139/2
**September 30 [1]**   140/4
**sequence [1]**   86/16
**sequenced [1]**   86/19

**series [4]**   166/23 182/25
187/4 188/18
**served [2]**   142/5 142/18
**service [3]**   51/23 88/12
105/6
**servicemen [1]**   105/7
**services [2]**   51/14 51/21
**serving [2]**   105/8 195/20
**session [3]**   99/23 99/23
215/1
**sessions [4]**   80/17 80/18
112/5 112/7
**set [11]**   41/8 87/10 88/5
118/10 122/25 124/9 128/22
171/7 191/2 205/2 205/3
**sets [2]**   87/5 191/4
**setting [2]**   186/25 191/5
**settle [1]**   114/5
**seven [1]**   163/14
**several [12]**   6/21 46/7
52/10 66/3 112/10 138/25
167/14 167/21 169/12
193/24 198/12 202/2
**Shanghai [5]**   68/5 68/9
68/11 68/12 183/2
**share [1]**   22/4
**shares [1]**   9/7
**sharp [3]**   21/8 71/19 168/7
**she [2]**   180/19 197/5
**shift [1]**   24/3
**shifted [1]**   65/1
**shifts [1]**   21/2
**shoes [2]**   65/12 168/1
**SHOP [5]**   58/5 63/1 63/21
63/25 206/15
**short [36]**   13/25 26/7
62/18 63/4 63/6 63/7 63/10
64/14 65/2 65/3 65/8 65/10
65/15 65/17 66/10 66/12
68/20 91/11 125/22 125/22
131/21 164/13 165/6 166/3
167/16 167/17 171/3 181/8
182/3 182/4 192/24 209/6
212/12 219/1 219/2 220/16
**shortage [2]**   218/25 219/5
**shortcoming [1]**   25/14
**shorten [1]**   220/17
**shorter [1]**   196/5
**shorthand [1]**   1/25
**shortly [6]**   21/19 26/22
116/13 130/24 131/2 159/15
**shots [1]**   107/5
**should [16]**   3/19 4/4 4/6
4/15 66/16 99/7 100/9
100/23 100/25 108/10
131/23 153/20 157/24 160/1
197/19 217/6
**shouldn't [1]**   104/2
**show [19]**   14/9 16/14 21/13
25/11 65/14 68/20 69/22
70/22 70/25 74/17 78/1
96/8 152/10 167/10 169/8
179/1 179/2 179/10 180/25
**showed [3]**   30/7 69/19
168/6
**showing [4]**   23/5 179/7
180/6 193/20
**shown [5]**   18/4 18/5 28/16
34/17 45/10
**shows [13]**   14/8 17/21 20/6
20/9 22/4 22/25 23/2 28/7

**S**

**shows... [5]**  45/21 70/17 140/20 150/8 177/14
**shrinking [1]**  114/9
**sic [2]**  61/14 89/24
**sick [109]**  4/16 13/25 26/7 37/22 37/23 38/3 39/2 40/7 40/7 63/5 63/6 63/8 63/8 63/10 64/14 64/18 64/20 65/1 65/2 65/3 65/6 65/8 65/11 65/13 65/15 65/16 66/10 66/12 66/20 67/7 67/8 67/9 67/10 67/12 67/19 67/20 67/22 68/8 68/20 69/3 69/13 71/2 71/11 71/12 71/17 71/20 71/23 72/5 73/5 73/13 73/23 76/16 76/19 82/13 164/13 165/6 165/8 165/11 166/3 169/4 169/5 169/9 169/10 169/14 170/2 170/5 170/20 171/1 171/2 171/22 172/7 172/18 173/9 173/14 173/14 173/19 174/1 174/12 174/17 174/19 174/22 175/4 175/15 176/4 177/8 179/17 179/18 179/22 179/24 180/19 181/8 181/11 181/21 181/25 182/1 182/2 182/6 182/6 192/1 210/4 212/10 212/12 213/19 216/11 216/12 216/13 217/2 217/6 217/20
**sick from [1]**  179/17
**side [17]**  24/15 28/8 28/8 28/11 32/18 46/14 50/23 50/23 59/1 120/4 121/3 123/12 124/19 124/24 126/25 126/25 186/15
**sidebar [1]**  95/7
**sides [3]**  56/15 111/10 124/8
**Sidney [3]**  68/10 68/10 183/2
**SIEGEL [6]**  1/11 2/5 3/7 4/4 30/20 220/14
**sign [6]**  35/24 138/9 196/21 196/22 196/23 196/23
**signed [6]**  139/5 139/10 169/21 169/24 180/24 193/12
**significance [3]**  16/9 17/20 17/22
**significant [29]**  13/23 14/2 14/3 16/6 16/15 16/22 17/15 18/6 18/8 18/10 18/19 18/25 19/6 30/13 31/6 32/4 32/19 32/24 43/8 43/15 45/5 63/14 71/11 88/25 142/11 165/17 165/18 167/1 199/17
**significant change [1]**  30/13
**significantly [2]**  82/21 195/18
**signifies [1]**  197/5
**signing [1]**  197/5
**similar [3]**  31/9 73/12 150/13

**simple [6]**  17/11 56/14 62/6 87/2 117/2 119/21
**simplistic [1]**  82/6
**simply [6]**  11/23 13/21 95/23 114/3 213/12 213/15
**simultaneously [1]**  15/22
**since [41]**  14/25 15/1 26/9 44/4 45/16 45/22 46/2 46/10 46/13 46/18 48/6 49/14 52/12 53/11 54/11 66/22 80/13 80/19 81/8 111/19 138/15 138/24 141/16 144/9 144/18 149/2 149/15 150/16 155/18 155/20 158/4 161/14 163/16 168/8 171/8 193/12 194/1 194/7 194/10 195/16 195/22
**single [2]**  31/15 86/24
**sir [113]**  49/21 50/2 50/12 54/4 57/22 58/1 58/6 58/8 58/11 58/14 59/7 60/1 60/17 60/21 61/8 61/15 62/1 64/5 64/12 66/25 78/5 82/3 82/17 85/9 90/17 90/20 91/9 92/25 94/9 94/19 94/22 94/25 97/18 97/21 99/4 99/22 100/7 101/15 102/19 104/7 104/20 105/2 105/15 110/2 110/4 114/10 114/12 115/5 116/18 118/25 119/4 119/25 121/9 124/2 125/6 125/9 128/8 128/21 131/14 131/17 132/1 139/8 140/18 141/4 141/7 141/21 148/18 153/13 155/18 155/21 155/24 156/10 156/14 157/11 158/2 158/17 158/20 159/11 160/16 161/12 162/7 162/20 162/25 163/11 163/25 164/21 166/8 166/10 169/16 170/10 172/12 173/23 177/5 177/13 177/20 180/15 180/17 182/20 184/8 184/19 190/11 196/15 196/19 198/4 204/9 205/11 207/8 213/5 214/1 214/3 214/18 216/6 221/10
**sit [7]**  73/18 76/24 77/1 80/21 83/11 114/13 137/10
**site [1]**  98/17
**sitting [5]**  66/9 119/14 120/4 127/4 175/2
**situation [5]**  29/23 167/24 186/2 201/23 206/3
**situational [1]**  200/23
**six [25]**  9/7 9/12 12/11 13/1 39/24 49/7 69/11 69/17 80/21 129/15 150/12 150/15 150/22 163/23 180/2 192/16 192/18 192/20 192/25 192/25 193/14 193/17 193/18 195/22 207/11
**size [3]**  11/22 11/23 11/25
**sleeping [1]**  42/4
**slide [1]**  192/17
**slight [1]**  24/15
**slightly [1]**  34/6
**Sloane [1]**  3/8
**sloping [1]**  24/11

**slowdown [9]**  26/25 65/21 163/20 163/24 169/22 171/11 171/15 179/15 180/25
**small [1]**  197/12
**smaller [1]**  196/18
**snap [1]**  114/13
**so [402]**
**so I [1]**  212/5
**software [1]**  177/3
**sole [1]**  31/11
**solemnly [1]**  47/15
**solicit [1]**  82/9
**solvable [1]**  113/15
**solved [1]**  75/8
**some [74]**  3/16 4/13 22/11 23/3 30/1 41/18 48/16 50/20 50/20 51/21 55/4 55/19 55/22 57/7 63/4 63/15 63/19 63/23 64/7 64/15 65/1 65/23 66/23 67/1 68/17 73/12 73/21 75/4 78/1 79/16 80/20 81/12 82/1 82/13 82/14 82/22 83/24 94/3 95/8 97/3 98/22 98/24 101/6 101/9 102/13 102/16 103/24 105/3 105/21 107/18 124/21 139/24 143/25 159/24 167/22 167/23 176/10 176/20 184/9 184/10 185/9 185/24 186/11 190/5 193/19 193/20 194/13 199/15 203/6 203/14 203/19 203/22 212/9 212/18
**somebody [1]**  200/4
**someone [7]**  23/6 23/7 96/12 102/25 103/9 172/18 199/6
**someone's [1]**  165/8
**someplace [1]**  15/8
**something [26]**  15/11 29/5 29/5 29/10 51/1 58/20 73/24 76/23 80/22 84/1 94/13 96/11 96/14 120/9 130/2 148/18 168/18 187/21 194/5 194/12 197/14 203/4 204/5 213/13 213/14 220/19
**something's [1]**  158/14
**sometime [5]**  79/9 151/16 194/19 194/22 211/19
**sometimes [4]**  22/12 28/1 74/3 102/24
**somewhere [2]**  79/13 188/13
**somewheres [3]**  60/1 71/14 145/20
**soon [3]**  19/1 163/18 171/9
**sooner [1]**  86/18
**sore [3]**  38/23 38/24 39/7
**sorry [44]**  3/24 10/15 16/12 20/7 20/11 22/1 24/23 31/14 39/23 45/18 45/25 55/24 56/12 58/16 72/9 73/3 111/19 116/5 128/19 131/21 132/17 134/13 139/6 140/17 144/22 145/4 153/24 154/3 157/12 157/15 157/16 162/5 168/21 177/4 179/3 185/16 185/20 185/21 207/17 209/14 212/2 214/4 214/17 214/18

# S

**sort [5]** 32/6 63/14 68/17 86/6 96/24
**sought [1]** 203/15
**sound [1]** 56/7
**sounds [4]** 33/16 33/22 41/1 197/2
**source [2]** 66/18 105/8
**South [1]** 51/19
**Southern [12]** 48/12 100/7 100/14 100/24 102/5 107/2 132/25 135/20 163/18 163/19 171/9 171/10
**speak [2]** 45/12 118/3
**speaking [3]** 22/17 82/20 196/3
**spec [4]** 79/4 79/6 133/12 143/22
**specific [11]** 32/21 35/11 37/6 39/25 40/3 54/14 85/16 114/1 138/19 168/10 217/1
**specifically [11]** 25/8 32/21 72/6 86/15 159/24 165/25 189/3 195/9 202/25 209/3 219/19
**specifications [1]** 144/17
**speculating [2]** 32/7 32/9
**speculation [1]** 32/6
**spend [1]** 23/19
**spending [1]** 11/20
**spike [2]** 71/19 71/23
**Spirit [2]** 44/17 49/10
**spline [1]** 24/18
**spoke [3]** 75/3 98/2 211/7
**spring [1]** 71/13
**St [1]** 1/16
**stability [6]** 53/18 54/23 55/11 184/14 184/16 189/15
**stabilize [1]** 190/3
**stabilized [1]** 189/19
**stable [1]** 189/17
**staff [2]** 108/4 109/13
**staffing [3]** 75/9 219/14 219/16
**stage [1]** 171/7
**stand [8]** 4/3 29/12 58/23 151/18 164/8 164/10 175/2 189/9
**standard [2]** 25/17 40/20
**standing [1]** 62/22
**stands [1]** 51/5
**start [21]** 23/9 26/23 41/23 55/1 113/19 113/19 118/12 118/16 121/4 123/13 147/1 147/24 155/4 181/21 184/5 189/20 192/23 193/20 203/10 205/6 221/22
**started [15]** 14/1 14/4 14/5 17/13 64/1 100/2 119/12 119/16 144/24 146/13 152/1 188/12 189/14 194/5 203/8
**starting [24]** 15/21 18/10 20/7 21/1 21/1 21/9 22/23 23/1 23/12 24/3 31/5 33/6 65/18 73/20 121/1 123/19 123/23 124/9 143/10 144/23 151/5 165/18 194/25 195/15
**starts [6]** 4/23 12/16

**state [3]** 55/16 116/20 182/18 185/7 26/14 164/2 173/7
**stated [2]** 56/10 73/17
**statement [18]** 15/2 44/14 52/8 70/4 114/19 124/3 126/14 129/20 136/22 138/4 138/22 155/13 155/16 155/23 170/8 184/15 187/11 187/17
**statements [1]** 111/23
**states [8]** 1/1 1/10 51/22 51/24 88/11 99/13 101/20 102/3
**stating [1]** 218/7
**station [1]** 75/4
**statistical [10]** 16/9 17/20 17/22 25/18 26/11 32/4 40/9 40/10 40/21 42/2
**statistically [21]** 13/23 14/2 14/3 16/5 16/15 16/22 17/15 18/6 18/7 18/10 18/19 18/25 19/6 24/21 26/14 30/13 31/5 31/22 32/4 32/19 32/24
**status [8]** 66/3 135/16 164/15 164/25 166/19 209/1 209/3 209/24
**statutory [1]** 210/3
**stay [3]** 186/25 190/17 207/20
**steadily [1]** 44/6
**steady [4]** 26/10 26/21 43/2 194/2
**steep [1]** 24/16
**stenographic [1]** 1/25
**step [11]** 20/18 21/8 27/15 27/15 35/17 92/8 93/4 93/8 93/9 93/18 165/5
**steps [1]** 159/25
**steward's [1]** 110/10
**stick [2]** 155/23 156/9
**still [16]** 5/3 9/19 10/19 18/12 18/18 30/10 33/10 75/23 87/20 128/4 128/4 128/16 150/23 161/1 174/21 207/24
**stipulate [1]** 4/23
**stood [3]** 36/11 131/11 143/3
**stop [4]** 70/9 192/21 206/2 220/1
**stopped [1]** 135/9
**storm [1]** 10/6
**strategically [2]** 164/16 165/1
**strategies [2]** 63/20 63/25
**strategy [1]** 190/22
**Street [1]** 1/13
**stressed [1]** 75/5
**stretched [1]** 169/2
**strict [3]** 56/15 61/24 115/15
**strictly [11]** 61/7 61/10 62/7 110/16 117/2 117/14 119/22 120/8 122/2 124/5 125/15
**strike [3]** 72/1 72/1 172/4
**strikes [2]** 204/18 204/20
**stripped [1]** 9/20
**strives [1]** 110/16

**strong [2]** 52/12 62/23
**strongly [2]** 102/1 122/10
**structural [1]** 22/23
**studied [1]** 36/8
**study [3]** 39/18 137/11 189/11
**studying [1]** 42/10
**stuff [2]** 9/20 9/21
**sub [5]** 68/7 68/15 68/16 172/20 173/1
**subject [2]** 78/23 141/22
**submit [5]** 75/18 95/22 95/23 96/15 143/19
**submitted [4]** 69/9 174/8 175/5 216/18
**submitting [1]** 66/22
**subsequently [1]** 174/11
**substantially [1]** 28/18
**substantiate [9]** 174/25 210/15 210/20 210/24 211/14 211/18 212/15 212/19 213/9
**substitute [1]** 39/16
**succeed [1]** 102/8
**success [1]** 215/24
**successive [6]** 66/1 167/16 190/7 190/8 190/16 190/18 190/22 210/20
**suffered [1]** 15/23
**suffering [1]** 203/5
**suffers [1]** 25/3
**suggest [1]** 136/3
**suggesting [2]** 10/13 10/16
**Suite [1]** 1/16
**summarized [1]** 64/3
**summarizes [1]** 53/5
**summarizing [1]** 53/11
**summer [5]** 63/16 82/21 122/23 129/18 130/8
**sun [1]** 185/8
**sundry [1]** 51/9
**supplemental [6]** 50/10 50/13 50/15 205/21 206/16 206/24
**supplies [1]** 52/1
**support [9]** 43/6 44/7 46/12 52/1 57/16 75/9 127/20 167/4 196/1
**supporting [2]** 127/18 164/24
**supports [2]** 48/14 182/21
**suppose [1]** 96/1
**supposed [8]** 127/18 139/17 178/19 178/23 179/14 192/12 192/13 213/15
**sure [38]** 4/6 4/10 6/6 8/19 9/6 10/5 12/10 18/12 19/17 19/25 21/11 27/22 30/25 31/25 34/8 34/19 35/13 37/9 63/23 95/11 114/14 116/11 120/12 133/24 135/13 135/18 135/25 143/7 145/20 147/14 158/10 163/5 180/8 187/7 190/17 203/23 208/25 212/4
**sure if [1]** 31/25
**surely [1]** 125/18
**surmise [1]** 91/2
**surrounding [1]** 76/6
**suspect [2]** 18/23 37/6
**suspicion [1]** 37/8

**S**

swapping [1]   189/18
swear [1]   47/15
sweeping [1]   38/17
Swiss [2]   124/6 124/14
sworn [1]   175/7
system [8]   66/17 93/25
93/25 145/24 146/11 177/11
186/3 201/16
systematic [4]   10/14 41/9
41/16 52/20
systematically [4]   37/24
38/3 40/12 42/8

**T**

tab [5]   93/12 140/10
140/13 153/19 154/5
tab 4 [1]   153/19
table [13]   111/13 122/11
122/14 122/20 123/3 123/4
123/12 124/18 130/2 135/12
190/3 193/13 203/14
tabs [2]   94/9 153/18
tag [1]   83/19
tail [2]   72/1 89/16
take [63]   6/23 12/2 21/15
21/23 24/11 27/20 29/3
29/12 33/9 33/13 37/14
37/16 50/1 55/21 63/17
69/14 78/24 80/7 81/18
82/9 82/22 84/9 91/18 92/5
92/14 95/12 100/19 100/21
106/12 109/2 112/23 121/3
121/7 128/1 131/22 132/24
134/25 135/21 142/25 143/5
151/16 155/3 158/25 166/9
167/23 172/7 172/11 173/12
176/19 176/21 176/22 179/6
179/10 181/13 186/6 188/8
189/1 199/1 203/19 206/23
207/20 208/2 213/24
taken [5]   74/7 79/22 81/3
139/1 219/20
takes [4]   4/3 83/9 108/1
151/24
taking [3]   20/5 188/8
190/9
talk [19]   6/18 39/9 50/23
56/25 78/6 80/9 80/11 95/8
96/19 99/25 108/16 116/19
128/6 135/7 184/10 184/20
190/12 195/10 203/1
talked [12]   6/9 27/21
41/12 57/12 66/17 74/8
113/14 117/20 138/13 191/3
201/19 202/6
talking [23]   17/24 27/22
35/1 38/18 117/12 117/12
129/5 132/14 136/24 162/18
175/17 177/7 181/22 188/10
188/15 189/2 195/24 195/24
206/18 209/4 211/24 215/3
220/23
talks [3]   67/7 119/18
125/15
tangible [1]   113/15
task [1]   86/14
taught [2]   159/13 159/14
teach [2]   111/3 153/9
teaches [3]   152/20 153/7

158/22
team [8]   66/10 74/16
156/12 162/4 165/20 168/13
168/14 168/15
Teamster [1]   94/23
TEAMSTERS [4]   1/6 1/18 3/4
210/2
tell [39]   25/25 35/22
42/22 57/18 57/23 58/9
58/12 58/23 65/12 70/10
72/8 72/21 73/23 83/25
85/6 91/20 92/15 93/2
93/17 93/23 94/7 98/11
105/13 106/13 113/24
139/19 153/3 163/14 167/14
171/1 179/2 181/17 182/19
184/3 205/9 205/16 206/23
210/14 210/18
telling [10]   23/21 23/25
32/25 36/22 112/13 164/23
178/9 183/19 192/7 213/12
tells [3]   87/6 205/14
205/15
temporary [3]   60/2 101/6
135/8
tend [1]   22/19
term [9]   22/24 63/5 65/11
66/10 66/12 133/19 133/22
166/3 186/4
terminated [1]   71/24
termination [2]   215/9
216/4
terms [20]   8/15 16/22
27/24 33/15 37/4 37/8
54/21 54/25 57/20 64/1
113/2 118/7 119/2 119/13
120/19 123/13 123/15 169/5
194/13 209/1
terribly [1]   22/18
Terry [5]   173/5 173/12
174/10 174/15 217/23
test [11]   18/22 19/2
19/3 19/3 24/22 25/8 25/10
32/21 33/19 125/23
tested [2]   25/16 125/19
testified [9]   13/21 41/8
56/1 56/5 81/1 88/23
110/15 113/2 172/17
testifies [2]   47/4 89/25
testify [2]   28/20 64/13
testifying [1]   205/22
testimony [50]   2/3 4/7
5/13 5/15 12/15 15/20 18/7
18/9 18/24 20/3 30/1 30/5
40/17 46/3 47/15 50/6 50/7
50/8 50/16 50/20 53/6 53/9
53/11 55/8 55/22 56/3
66/18 77/15 77/20 102/15
110/17 110/18 128/5 128/7
130/19 136/8 136/12 136/13
145/20 164/8 164/9 164/10
164/12 164/25 165/7 171/19
175/7 205/24 206/1 213/3
testing [2]   10/8 31/17
tests [1]   25/13
than [41]   6/22 8/5 8/11
13/1 15/1 15/5 21/17 25/1
28/14 28/18 29/16 34/6
34/6 50/23 52/20 54/14
55/16 67/23 73/25 84/7
84/11 84/15 84/18 85/2

85/15 88/3 88/20 91/13
91/14 112/6 120/14 149/10
166/3 168/2 172/5 190/6
193/16 194/1 199/2 201/5
217/25
thank [50]   4/10 5/5 5/19
5/20 6/2 12/2 19/12 19/14
19/20 21/22 33/7 46/23
46/25 47/5 47/6 47/7 47/13
47/19 50/19 53/13 53/15
54/16 62/24 81/25 88/7
91/16 94/2 108/8 108/23
109/4 128/9 128/15 128/22
136/5 139/15 145/6 146/16
147/5 149/1 154/8 155/3
157/17 163/16 183/15 184/7
198/1 207/8 221/21 221/22
222/1
thanks [4]   14/7 45/3
141/13 204/13
that [1444]
that's [232]
the company's [1]   195/17
the curriculum [1]   36/8
the line [1]   201/11
theater [2]   52/2 52/3
theaters [1]   52/2
their [38]   4/15 20/20 24/2
35/16 35/23 52/4 55/1
57/20 58/2 63/20 63/25
72/4 81/4 86/14 88/1 95/23
97/18 99/15 105/10 112/12
112/12 137/15 137/15
143/19 143/19 148/14 150/2
166/12 168/1 182/23 187/10
187/13 191/6 193/9 196/22
203/13 208/13 208/22
them [48]   6/16 36/2 38/15
39/1 39/5 41/10 51/25 52/2
52/4 62/2 74/4 74/23 83/17
87/6 87/18 90/22 95/12
96/5 97/13 97/19 97/21
98/16 98/21 98/22 103/16
104/19 107/7 107/8 112/23
116/1 138/6 145/22 148/9
149/4 153/9 170/2 171/24
171/25 173/22 173/23 176/7
181/9 183/1 208/20 208/22
216/12 217/23 217/24
theme [1]   56/22
themselves [7]   9/10 36/18
37/10 73/25 112/11 148/21
160/1
then [109]   4/12 7/14 7/19
8/9 10/5 10/22 11/13 13/8
14/17 15/19 16/16 17/7
21/1 22/21 23/11 23/13
24/17 24/20 25/16 25/20
26/14 26/20 28/7 28/25
29/8 41/1 41/15 46/18
48/22 49/7 49/13 51/8
62/14 66/1 67/11 67/25
68/15 69/20 70/19 72/5
72/20 75/25 77/25 81/18
83/8 83/12 84/6 84/9 89/16
92/13 93/1 93/22 95/20
95/23 99/6 99/7 99/24
100/19 102/2 102/14 107/9
108/19 108/19 113/20
124/19 125/21 126/13
126/18 127/7 134/6 135/10

**T**

**then... [38]**   143/19 143/20
146/11 147/2 150/23 151/1
151/19 151/23 152/10 154/2
155/3 155/18 156/19 163/23
164/19 164/22 166/16 176/4
178/1 179/22 181/20 182/25
185/11 189/1 189/10 193/7
195/19 195/22 198/17
200/7 202/12 202/22 204/5
210/8 216/19 218/1 218/25
221/23

**there [194]**   7/6 9/11 10/19
11/24 13/23 16/14 19/5
20/6 20/17 24/10 25/5
25/13 25/15 27/5 28/12
29/9 34/15 38/10 38/22
41/20 42/4 43/2 43/7 43/10
46/13 49/6 49/8 49/9 49/11
52/17 54/1 54/1 54/5 55/12
55/23 58/25 60/5 60/13
62/1 62/19 65/25 66/1
66/12 66/21 66/23 67/4
67/9 67/12 67/17 67/19
67/22 68/6 68/17 69/22
70/9 71/10 74/7 75/4 75/16
76/11 77/8 78/16 78/16
79/21 80/17 80/19 81/7
81/10 82/15 83/14 84/1
85/22 86/5 86/6 86/8 87/1
87/15 91/4 91/13 95/14
96/8 96/20 104/10 104/11
106/10 107/23 108/21
109/23 112/1 112/5 112/6
112/24 113/3 113/3 113/4
113/17 113/17 113/25
114/13 115/25 118/5 120/22
121/8 122/16 124/18 130/1
131/6 131/6 135/9 136/19
136/20 136/21 137/10
137/13 137/25 138/5 139/24
143/1 145/15 145/20 145/21
146/8 146/9 149/4 149/22
152/5 152/6 158/3 158/17
161/17 162/7 162/8 162/9
162/10 162/22 163/14
163/15 166/6 166/7 166/10
167/12 168/1 168/6 168/7
168/24 169/24 172/7 175/3
175/6 176/3 177/24 178/7
178/7 178/8 178/9 179/22
181/18 182/2 183/24 183/25
184/1 184/3 185/22 186/20
186/21 188/9 188/24 188/25
189/8 189/14 189/23 190/7
191/5 194/15 195/25 197/24
201/12 201/23 203/7 204/22
205/12 209/24 212/2 212/11
213/7 213/18 213/19 214/5
214/6 214/14 214/22 216/13
221/18 221/24

**there's [86]**   6/21 6/23 8/3
8/3 10/14 12/14 13/4 14/17
23/1 23/24 25/11 28/4 30/8
32/21 41/8 41/24 42/3 42/7
42/9 42/10 48/22 52/11
55/21 67/8 74/5 74/12
77/15 80/1 80/6 80/10
81/11 82/6 82/12 83/8
83/24 84/6 84/22 85/24

86/1 86/20 87/25 88/3
89/12 94/6 95/24 98/23
104/10 107/25 108/18
111/10 111/11 113/22
123/15 135/15 135/23 137/2
138/24 140/22 144/1 146/7
150/3 157/10 158/3 168/25
178/6 179/4 185/2 185/3
188/24 189/22 190/7 192/1
192/18 194/14 200/24
200/25 202/13 202/18
203/17 203/17 204/5 204/23
207/14 216/18 218/24 219/4

**there's 1572 [1]**   140/22

**thereabouts [1]**   7/4

**thereby [1]**   164/3

**therefore [5]**   18/14 43/8
197/6 209/10 209/13

**therein [1]**   173/13

**these [71]**   3/19 8/25 15/21
16/18 22/13 32/25 34/13
38/4 38/16 38/17 39/10
61/9 65/8 65/9 65/12 65/23
66/7 67/1 68/19 73/17
74/24 82/11 91/18 92/3
98/19 103/20 104/16 104/21
104/25 105/3 105/23 105/25
106/4 106/15 106/17 106/20
106/24 107/4 107/14 107/19
108/1 112/17 121/4 127/8
129/21 131/21 137/11
141/14 142/3 149/14 154/24
154/25 164/2 164/22 164/23
164/24 164/25 165/15
165/17 165/19 167/1 167/2
167/3 168/10 169/20 181/7
181/8 181/19 181/22 181/25
201/9

**they [104]**   7/17 22/15
28/18 34/2 35/15 35/20
35/23 35/23 35/24 35/25
37/9 38/17 46/3 46/4 46/11
52/24 57/20 57/25 61/8
65/13 67/10 70/13 73/5
73/7 73/20 74/1 74/1 74/4
74/22 76/5 76/11 78/8 83/8
84/9 86/13 87/7 87/8 87/10
88/19 88/20 88/22 95/10
95/16 96/4 98/3 102/14
103/5 104/1 104/12 106/16
111/9 111/24 123/14 125/23
131/11 135/2 135/7 136/16
136/17 136/17 136/18
136/18 136/19 137/16
137/20 141/15 142/1 142/10
144/11 144/15 146/1 146/5
146/6 148/4 148/6 148/14
148/20 148/21 149/7 151/10
152/11 152/11 164/14
166/19 174/11 176/5 184/4
184/24 187/14 191/6 196/21
196/22 196/22 196/23 197/4
199/6 199/19 203/19 209/23
210/18 212/15 213/8 216/24
218/2

**they'd [1]**   35/8

**they're [44]**   7/12 16/4
28/1 35/13 36/17 36/17
53/20 54/1 55/1 55/2 58/24
64/18 65/10 77/23 79/18
87/6 95/17 95/17 98/1

103/5 103/23 104/13 104/14
104/23 113/1 124/21 129/15
146/7 150/2 160/1 161/17
161/18 161/19 168/3 170/20
171/1 171/2 182/8 182/22
187/12 187/12 189/6 201/10
212/18

**they're all [1]**   161/18

**they've [6]**   44/6 46/17
77/10 83/11 141/10 151/6

**thing [9]**   4/2 4/3 39/10
46/7 96/25 139/22 188/13
201/24 207/13

**things [16]**   9/14 9/16
11/16 14/4 23/25 40/24
45/2 51/24 53/11 110/10
131/21 137/11 151/1 185/17
204/17 221/17

**think [116]**   4/3 4/5 4/20
6/16 7/3 7/15 10/13 11/3
11/21 12/3 12/3 12/9 13/21
14/15 15/1 15/19 20/9
21/17 22/7 22/9 22/16
22/22 23/24 24/8 27/18
28/16 28/18 28/24 29/25
30/1 31/1 32/8 34/1 34/14
34/25 37/3 39/17 40/12
42/14 43/20 43/25 45/9
50/21 53/8 53/10 58/23
78/24 81/16 83/24 87/16
95/7 96/24 98/3 108/13
109/2 111/16 116/7 116/13
124/1 126/23 131/21 133/11
133/13 133/15 133/17
137/25 139/2 140/13 140/16
145/1 145/4 145/7 146/22
150/20 151/4 155/7 170/4
172/5 172/6 172/6 175/11
176/12 178/21 178/23
182/12 182/14 184/7 184/13
185/17 185/23 189/1 194/6
194/8 195/10 197/17 198/20
200/3 200/4 202/5 203/17
203/17 204/2 204/15 205/8
205/19 207/3 213/23 214/7
214/12 214/19 218/5 219/15
219/16 219/24 220/14
220/20

**thinks [1]**   124/19

**third [9]**   67/8 67/20 69/2
103/25 122/1 129/6 172/20
173/1 214/8

**thirds [1]**   153/20

**this [244]**

**those [81]**   4/19 6/13 7/5
12/24 14/4 16/4 18/20 27/9
27/23 33/13 33/16 41/12
42/7 44/19 45/1 53/2 53/22
62/16 63/18 64/1 64/4
66/11 66/21 70/11 73/15
74/9 75/8 87/19 91/7 95/8
95/10 99/2 103/8 103/12
105/16 106/7 106/14 111/12
111/13 111/14 112/14 113/6
113/16 113/22 114/8 114/19
122/24 129/16 130/4 130/8
130/11 131/8 136/14 136/16
142/15 142/19 143/11
147/24 151/6 162/18 166/18
166/24 169/3 172/8 174/8
176/6 182/4 184/17 185/9

**T**

**those...** **[12]** 199/18
200/23 204/4 206/21 208/3
209/10 215/5 211/19
216/24 219/6 221/16 221/18
**those declarations [1]**
172/8
**though [8]** 62/17 65/14
69/18 97/2 98/1 135/4
145/6 193/22
**thought [7]** 20/14 45/24
46/1 96/7 137/23 188/10
220/24
**thousand [3]** 9/18 122/10
122/19
**threat [1]** 105/21
**threatening [1]** 72/4
**three [19]** 14/4 44/19
49/11 49/11 64/20 69/8
73/11 86/17 88/10 102/2
115/25 165/9 179/18 179/19
182/3 186/6 189/10 195/15
214/8
**threshold [2]** 54/6 54/10
**throat [3]** 38/23 38/24
39/7
**through [59]** 12/17 13/13
17/23 22/21 23/2 23/9 31/1
34/25 35/6 35/9 41/10
55/25 63/16 63/20 63/25
65/19 66/7 72/3 75/8 80/18
80/22 84/18 84/19 89/3
96/13 96/18 97/15 98/6
98/16 99/17 102/9 105/24
110/12 113/5 113/21 123/6
143/2 146/9 153/21 159/2
159/6 159/9 161/11 161/14
161/18 161/19 167/14 168/6
175/10 185/17 189/17
198/23 198/24 201/3 202/11
202/14 203/1 213/21 216/19
**throughout [7]** 32/17 35/8
44/6 45/14 58/17 142/12
213/20
**throwing [1]** 39/7
**thus [1]** 26/20
**ticket [4]** 70/6 175/13
175/20 176/7
**tickets [1]** 176/4
**tie [2]** 61/9 135/5
**tight [1]** 191/23
**time [195]** 11/21 13/20
14/1 15/18 20/20 21/5 21/6
21/9 21/20 23/19 27/10
30/22 33/20 34/15 35/18
37/14 39/20 43/1 43/25
44/21 44/25 45/11 45/22
46/5 49/3 54/1 54/6 55/12
57/24 60/1 60/15 60/23
60/23 61/5 63/14 63/17
63/23 64/21 65/6 65/15
65/25 68/12 69/3 69/6
71/18 74/5 74/8 75/6 75/7
79/20 80/9 81/23 82/2 82/5
82/7 82/9 82/16 82/18
82/21 82/23 83/1 83/4 83/7
83/20 84/4 85/15 85/22
86/7 86/24 87/2 87/11
87/12 87/24 88/5 88/6
88/18 88/18 88/20 88/20

96/19 97/1 97/4 105/6
108/7 111/15 118/9 119/5
119/6 119/11 119/11 119/14
120/13 120/21 121/19 123/8
124/6 125/11 125/12 125/12
127/24 130/18 134/24
136/15 143/3 144/4 144/10
150/14 152/4 157/25 161/13
167/18 169/1 169/1 170/6
170/9 176/11 176/14 178/16
179/18 179/23 182/11
183/23 184/1 184/5 184/10
187/13 189/9 192/13 192/14
192/19 192/23 192/23 193/6
195/6 195/7 197/8 197/9
197/14 198/1 198/2 198/5
198/6 198/10 198/15 198/17
198/18 198/19 199/1 199/5
199/17 200/2 200/25 201/3
201/22 201/22 201/24 202/2
202/5 202/10 202/11 202/20
203/3 203/11 203/12 203/18
203/20 203/22 204/13
204/21 204/22 204/23
204/25 205/1 205/2 205/6
205/10 205/12 205/14
205/15 205/15 205/20
205/23 206/2 206/6 206/20
208/1 209/6 212/10 212/12
212/17 219/18 219/19
219/19 220/13 220/17
**timed [2]** 75/4 86/16
**timeframe [7]** 56/6 62/15
71/15 79/14 168/8 193/14
204/3
**timeline [1]** 4/21
**times [14]** 29/16 29/16
34/6 55/15 62/19 75/5
83/14 87/18 110/20 113/8
123/3 143/3 144/4 172/17
**timing [8]** 74/3 74/24 75/1
165/24 165/24 168/20
168/23 169/10
**timing's [1]** 75/2
**tip [1]** 118/19
**tips [1]** 191/23
**tired [3]** 137/16 137/20
138/6
**title [1]** 60/2
**to do [1]** 66/15
**to fatigue [1]** 4/16
**to understand [1]** 171/12
**today [16]** 5/4 13/12 50/17
119/15 120/11 121/5 137/5
147/2 164/22 175/1 195/19
**Today's [1]** 101/20
**together [19]** 15/4 26/6
66/8 76/5 79/7 119/3
119/12 121/5 130/3 175/7
176/10 176/20 187/3 187/4
187/9 187/12 187/14 195/13
214/5
**told [16]** 36/11 78/9 90/3
90/15 90/18 90/21 111/5
113/8 117/18 159/20 167/3
174/24 209/23 211/2 211/8
213/16
**tomorrow [4]** 147/2 220/21
221/22 222/1
**tongue [1]** 118/19
**tonight [1]** 221/24

**too [10]** 10/12 46/1 116/3
120/2 121/15 134/25 140/17
177/10 186/21 208/2
**took [9]** 15/4 30/2 49/8
79/2 79/2 123/8 124/14
194/8 202/20
**tool [4]** 83/10 84/23 84/24
197/10
**toolbox [1]** 198/17
**tools [13]** 25/18 40/21
80/6 82/8 83/9 85/22
156/13 197/13 198/12
198/13 201/4 203/13 219/17
**tools we [1]** 197/13
**top [12]** 59/22 102/3
107/23 107/25 153/22
154/18 155/5 158/6 158/10
163/6 214/12 214/21
**topic [5]** 59/4 78/22 78/25
99/6 130/9
**totally [1]** 188/19
**touching [1]** 51/18
**tough [2]** 62/19 206/18
**tours [1]** 52/4
**towards [3]** 101/10 147/19
196/10
**traceable [1]** 164/15
**trade [1]** 76/11
**traded [1]** 218/20
**traditional [1]** 196/4
**traditionally [1]** 55/14
**trained [5]** 38/5 38/19
136/18 136/18 137/16
**training [38]** 35/6 36/4
48/18 48/19 80/3 80/4
80/12 80/14 80/22 81/1
81/4 81/12 81/12 81/14
112/4 112/5 112/7 147/17
147/18 148/2 148/24 148/24
152/11 152/17 153/8 158/8
158/16 158/19 158/25 159/2
159/6 159/9 159/25 161/10
161/11 161/14 161/18
161/19
**transcribed [2]** 94/15
97/13
**transcriber [2]** 97/11
97/16
**transcript [7]** 1/9 1/25
94/6 94/7 96/9 207/12
223/4
**transcription [7]** 1/25
94/11 94/12 94/18 94/20
97/8 98/13
**transcriptions [1]** 95/10
**transcripts [6]** 94/5 95/14
95/15 95/16 96/11 97/9
**transition [2]** 75/6 169/1
**translate [1]** 39/22
**translates [1]** 191/14
**transport [3]** 52/2 83/17
177/21
**transportation [2]** 70/6
143/4
**travel [4]** 48/17 69/23
69/24 70/17
**tremendous [5]** 86/2 86/3
86/8 193/22 193/23
**trend [22]** 22/24 23/1 23/4
23/22 24/7 24/11 24/12
24/15 24/16 24/16 25/1

**T**

**trend... [11]**  25/1 27/23
27/23 28/3 28/10 28/12
34/9 34/9 52/12 193/21
218/5
**trends [1]**  25/6
**tried [2]**  40/6 202/20
**triggered [3]**  134/8 191/25
191/25
**triggers [1]**  191/24
**trip [6]**  67/15 68/24
178/21 200/20 201/6 203/6
**trips [4]**  6/25 8/4 198/5
202/11
**troops [1]**  52/3
**trouble [2]**  82/25 83/2
**true [22]**  46/12 52/8 80/2
81/3 102/3 103/11 113/10
114/6 126/8 127/22 129/20
174/13 174/17 178/12
184/15 187/11 201/15 202/8
204/24 213/13 213/14
219/15
**truly [2]**  36/20 38/22
**truth [4]**  47/16 47/16
47/16 86/2
**try [13]**  9/5 40/13 42/2
65/22 81/25 89/14 96/20
124/9 124/10 125/23 129/22
130/12 152/14
**trying [17]**  20/13 28/9
32/1 35/19 53/7 80/15
96/18 127/8 144/14 151/17
165/14 167/2 171/12 189/1
190/17 190/22 192/5
**turn [29]**  19/21 49/25 50/9
59/5 61/13 64/9 70/9 71/16
72/7 72/20 73/8 73/10 78/3
85/4 94/3 97/6 98/10
101/13 102/2 102/15 105/12
128/16 157/20 163/7 163/12
164/11 166/5 182/16 209/13
**turned [1]**  168/5
**turning [4]**  63/13 67/14
107/9 197/21
**turns [1]**  204/5
**Tweets [3]**  106/20 106/23
107/3
**Twitter [9]**  106/17 106/21
106/22 106/24 107/1 107/4
107/7 109/20 109/21
**two [56]**  13/5 13/12 14/16
15/8 16/18 18/14 18/15
18/16 18/20 21/15 34/6
64/19 67/9 67/9 67/12 77/7
77/7 77/14 77/14 78/6
86/17 91/6 93/8 93/10
93/19 111/10 124/8 124/15
124/20 130/16 145/21
149/21 150/10 151/7 151/14
151/15 153/20 165/9 171/7
176/9 176/19 182/3 188/7
188/22 192/20 194/5 195/8
195/11 196/3 196/5 196/14
200/15 202/3 207/18 207/20
214/5
**two-thirds [1]**  153/20
**tying [1]**  61/24
**type [8]**  49/18 89/4 89/4
89/12 90/25 105/19 212/9

212/18
**types [2]**  105/25 195/20
**typically [1]**  64/18

**U**

**U.s [3]**  1/22 44/16 136/11
**Uh [1]**  33/24
**Uh-huh [1]**  33/24
**ultimate [2]**  77/10 191/21
**ultimately [1]**  75/12
**Ummm [1]**  211/25
**unable [1]**  130/11
**unacceptable [1]**  215/20
**unavailability [1]**  201/8
**uncontrollable [4]**  6/16
7/1 7/11 12/25
**uncontrolled [2]**  6/7 6/14
**uncovered [3]**  197/11
197/12 198/5
**under [33]**  5/3 57/20 67/6
85/12 87/19 90/6 93/12
114/1 120/1 128/4 128/4
131/11 133/25 140/10 143/6
143/6 144/3 144/15 145/10
145/12 146/14 147/2 147/4
147/8 149/16 149/22 153/19
175/7 198/2 198/20 203/22
208/8 208/22
**undergone [1]**  88/24
**underlying [1]**  169/19
**understand [42]**  6/6 8/19
9/6 18/12 22/7 23/15 27/23
34/8 34/19 40/5 40/13 42/2
50/25 53/7 53/8 53/9 61/20
63/6 100/1 109/25 110/19
114/14 115/21 122/15 136/8
137/19 143/15 146/21
146/22 147/14 149/13 152/2
155/16 167/19 168/9 171/12
178/10 182/14 196/7 201/17
202/21 208/25
**understanding [5]**  100/22
112/8 123/22 124/10 213/12
**understood [4]**  28/19 45/4
130/7 164/22
**underway [2]**  86/12 86/13
**unfair [1]**  200/7
**unfit [4]**  173/18 174/1
174/3 174/14
**unintentionally [1]**  185/23
**union [80]**  13/22 14/25
15/16 19/1 19/18 21/19
21/20 26/9 26/22 39/21
56/14 56/16 57/8 58/9
60/19 60/23 61/6 61/9
61/22 63/1 63/19 63/24
65/19 71/2 71/23 77/7
77/13 77/14 78/7 90/19
90/21 92/9 93/14 94/3
99/11 99/16 100/8 100/15
100/17 100/18 100/20
100/25 101/17 101/25
105/18 105/20 114/16 120/4
121/7 131/25 132/12 132/21
133/7 133/18 134/7 135/22
139/3 139/15 153/19 164/2
165/25 172/11 175/12
197/19 199/16 199/18
203/10 203/13 205/22 206/8
209/23 211/8 213/7 213/7
213/21 213/22 213/24

213/25 218/11 218/24
**union's [15]**  26/24 100/25
102/10 116/9 116/10 121/16
125/5 128/16 128/19 133/5
163/17 166/13 171/8 180/11
182/24
**unions [1]**  218/16
**unique [3]**  73/21 74/1 87/4
**unit [1]**  120/5
**UNITED [7]**  1/1 1/10 44/17
51/21 51/24 190/23 191/1
**University [1]**  49/24
**Unless [1]**  62/17
**unlikely [2]**  38/3 96/3
**unobservable [1]**  40/14
**unplanned [1]**  86/4
**until [14]**  13/7 13/25 14/4
20/23 66/3 69/20 89/23
118/9 120/21 135/11 179/25
193/5 200/21 202/18
**untoward [1]**  120/18
**unused [1]**  176/6
**unusual [3]**  183/22 184/4
195/11
**up [93]**  4/13 6/5 12/17
13/7 13/9 14/1 14/2 16/21
19/20 20/24 21/2 22/15
24/3 27/5 27/15 27/15
27/20 29/9 36/11 38/23
38/24 39/1 39/6 39/7 46/18
48/24 58/24 62/10 66/3
68/10 68/23 69/3 69/6
70/22 70/25 71/2 71/21
77/6 84/5 84/11 84/12
86/24 87/3 87/17 87/19
87/24 89/16 89/17 97/1
98/8 101/9 107/2 117/23
120/10 121/5 130/9 136/22
136/25 140/12 143/3 150/21
153/18 161/10 163/8 170/3
173/17 174/21 178/15
179/10 179/18 179/19 180/3
181/5 185/11 186/17 188/7
188/13 192/18 192/25
193/17 193/18 202/12
202/19 206/8 208/9 208/13
208/16 208/17 208/17 209/2
215/9 216/3 219/5
**update [4]**  121/10 125/8
125/10 128/23
**updates [4]**  110/6 110/8
110/10 121/16
**upheld [1]**  127/3
**uphold [1]**  126/20
**upholding [2]**  125/15
126/25
**uploaded [1]**  139/23
**upon [3]**  101/21 122/8
198/24
**ups [3]**  208/7 209/6 209/10
**uptick [1]**  79/17
**upward [5]**  23/1 23/22
24/11 24/15 24/15
**us [35]**  15/25 30/9 50/22
51/3 51/11 54/2 62/2 62/5
62/23 64/20 65/13 66/6
78/9 80/6 85/21 87/9 94/8
98/11 100/12 107/11 110/4
115/22 117/1 119/20 122/20
127/18 137/7 142/10 162/10
174/24 178/9 192/19 213/13

**U**

**us... [2]**   215/24 219/18
**use [18]**   15/10 12/24 27/24
28/1 36/19 39/13 40/10
41/2 41/10 63/5 66/14
144/12 167/4 167/6 182/10
183/20 192/6 197/13
**used [13]**   14/11 14/12
14/21 20/19 40/20 63/16
85/3 86/11 86/12 95/16
119/23 171/4 171/6
**uses [1]**   22/12
**using [11]**   13/18 13/18
13/19 20/18 25/17 35/20
40/1 136/10 143/14 166/12
182/23
**usually [2]**   184/21 185/1
**utilization [1]**   26/17
**utilize [4]**   82/8 192/24
197/10 219/19
**utilized [5]**   82/21 82/24
83/11 86/10 113/6

**V**

**vacancy [1]**   197/13
**valid [1]**   21/5
**validated [1]**   165/12
**validation [2]**   78/1 203/6
**validity [1]**   146/12
**value [3]**   190/2 205/2
216/23
**variable [15]**   25/9 31/16
31/16 31/17 32/10 32/12
32/14 39/13 39/17 40/1
40/22 40/24 41/1 41/7
41/15
**variables [2]**   39/11 41/11
**variation [3]**   26/11 32/11
40/11
**varies [1]**   11/25
**variety [3]**   26/24 37/25
136/11
**various [7]**   51/9 52/1
58/17 88/15 108/11 110/25
129/5 129/23 201/19
**vary [1]**   7/7
**varying [2]**   11/22 124/7
**vast [1]**   42/11
**vendors [2]**   88/16 88/18
**veracity [1]**   174/5
**verify [1]**   176/2
**version [4]**   30/4 95/24
155/1 157/7
**versus [8]**   3/3 15/10 16/7
28/8 29/21 33/20 53/21
95/16
**very [40]**   46/24 47/6 65/17
71/19 75/5 77/8 80/2 85/5
86/16 86/17 89/22 91/16
91/17 98/2 99/5 99/25
113/1 115/18 115/19 141/25
142/1 148/9 149/4 153/22
154/18 156/19 171/3 174/7
177/6 177/8 186/9 188/14
191/10 191/23 202/8 203/11
209/6 215/12 221/1 221/18
**vibrant [1]**   111/11
**vice [13]**   48/4 49/9 49/12
59/19 60/22 64/17 89/10
90/25 103/13 111/16 111/17

**video [1]**   98/15
**view [17]**   20/15 22/18
56/23 56/24 58/25 65/20
77/19 100/25 107/15 114/23
115/21 116/2 127/4 147/7
165/24 193/11 219/13
**viewed [2]**   99/15 107/6
**viewpoint [2]**   61/3 120/12
**views [1]**   136/1
**violating [1]**   58/19
**violation [2]**   132/13 211/9
**violations [4]**   114/17
114/17 146/5 146/6
**violet [1]**   114/9
**Virginia [1]**   56/3
**visited [1]**   161/8
**visual [1]**   19/10
**vocal [2]**   89/22 114/22
**volume [2]**   112/20 112/21
**voluntary [5]**   198/18
198/19 198/23 200/2 201/24
**volunteer [6]**   57/24 83/4
83/7 83/8 202/5 206/14
**volunteering [1]**   203/12
**volunteers [8]**   82/9 82/25
83/2 200/24 202/12 202/12
203/4 219/21
**vomited [1]**   170/16
**vomiting [3]**   170/22 171/5
171/13
**voting [1]**   77/7

**W**

**wages [1]**   60/6
**wait [5]**   83/12 119/10
200/17 200/22 200/25
**waits [1]**   200/20
**wake [10]**   38/23 38/24 69/3
69/6 71/2 178/15 179/18
179/19 180/3 192/18
**walk [3]**   65/11 168/1
183/12
**walked [1]**   175/10
**want [32]**   9/6 17/8 17/10
17/19 17/24 19/24 21/11
27/22 29/18 30/23 34/8
35/12 36/16 47/8 62/13
81/13 87/9 124/16 128/3
153/9 160/6 181/2 182/11
182/13 184/10 185/16
203/23 208/5 208/12 208/25
209/16 221/7
**wanted [11]**   5/9 6/6 12/10
56/21 66/11 82/22 96/16
115/20 168/16 203/6 212/21
**wanting [1]**   37/9
**was [299]**
**was that [1]**   183/7
**Washington [6]**   1/4 1/13
1/16 1/19 1/24 146/3
**wasn't [20]**   13/23 13/25
14/4 46/3 60/7 67/10 78/19
117/16 129/14 135/12
136/21 168/1 170/5 174/24
183/8 184/3 202/18 212/4
213/11 217/4
**watch [2]**   109/17 109/19
**water [3]**   207/19 207/21
207/23
**waters [1]**   125/23

**way [42]**   10/2 14/2 14/4
17/22 20/8 23/15 24/5 25/3
29/25 32/1 35/9 39/13
39/17 42/4 42/11 45/9 52/7
58/3 86/18 88/25 89/18
91/3 96/3 113/5 113/12
120/16 131/22 135/11 136/6
141/10 145/7 150/21 155/16
164/20 166/23 185/24
186/12 193/10 199/9 202/6
214/5 219/7
**ways [4]**   36/20 41/9 84/22
158/22
**we [315]**
**we'd [3]**   24/18 83/19 203/1
**we'll [17]**   21/18 62/11
63/18 77/6 87/20 96/19
99/24 109/2 128/9 176/21
176/22 185/10 186/24 192/6
201/6 201/18 221/22
**we're [35]**   3/24 11/20
17/24 27/22 32/17 35/18
40/13 46/13 51/14 53/11
58/23 58/24 74/18 80/20
96/19 108/17 110/22 114/13
121/1 121/5 121/6 154/8
158/13 186/8 187/3 188/15
189/2 190/14 191/1 206/19
213/14 213/15 218/14
219/11 219/21
**we've [28]**   45/15 50/19
52/11 52/13 52/18 53/17
53/19 54/10 55/15 63/4
66/17 95/15 95/15 96/18
121/1 137/12 138/13 144/17
146/9 175/5 176/13 182/25
192/25 193/18 194/4 194/6
194/8 219/12
**weak [1]**   126/18
**weapon [2]**   166/12 182/24
**weather [22]**   6/11 7/19
7/22 7/23 8/4 8/9 8/11
8/23 9/9 9/18 10/6 10/19
10/20 11/2 11/4 11/5 11/8
11/19 11/22 41/13 86/4
192/1
**weather's [3]**   7/5 8/6
11/17
**website [7]**   97/17 97/18
97/20 97/21 98/21 107/21
107/23
**week [8]**   38/25 99/22 99/23
99/24 144/25 145/7 189/6
189/6
**weekly [1]**   203/1
**weight [1]**   53/10
**welcome [7]**   52/25 62/16
96/22 96/23 182/10 182/13
207/25
**well [106]**   6/12 9/13 10/13
10/18 11/3 12/30 16/9 17/5
20/12 21/15 23/3 27/16
28/4 28/19 28/20 29/20
30/23 32/8 33/4 36/15 39/7
39/17 41/24 43/5 43/18
44/23 45/9 45/17 46/3
46/14 51/5 51/25 52/18
54/2 55/9 65/5 71/20 76/13
77/9 79/18 81/18 83/8
83/22 95/19 97/24 99/24
105/20 110/22 112/10

**W**

**well... [57]**   112/16 113/1
118/11 122/16 123/6 123/10
123/17 123/23 124/13
129/24 130/6 130/16 134/11
134/25 135/5 138/3 138/18
142/5 142/18 145/18 146/2
148/20 150/24 152/7 153/20
153/21 157/6 158/25 160/19
160/25 161/16 161/20
162/22 165/14 168/24 170/2
171/15 175/9 179/9 179/17
181/2 181/4 185/6 186/11
187/16 191/10 202/7 203/17
205/22 207/24 212/25
213/22 214/8 219/15 220/6
220/9 221/21
**Wells [14]**   59/13 72/17
72/19 73/1 73/4 140/7
140/9 140/10 151/4 209/16
210/10 210/14 211/7 211/12
**Wells' [2]**   139/3 139/4
**Welty [3]**   110/14 214/23
215/15
**went [12]**   56/24 66/7 70/5
74/16 100/19 109/11 119/16
150/12 150/15 159/9 179/24
202/7
**were [106]**   6/5 6/13 6/13
6/15 9/10 9/11 9/11 10/19
11/10 15/7 15/22 18/7 22/9
24/6 24/17 28/17 28/18
28/21 29/1 29/3 29/8 33/4
33/16 34/19 35/1 42/19
43/9 54/7 56/21 65/13 67/9
67/10 67/12 67/12 69/23
71/25 73/20 74/10 76/5
76/11 79/21 79/22 80/14
91/10 91/13 104/21 105/8
105/8 106/4 115/22 115/23
115/25 117/21 118/20 123/4
129/21 130/17 132/14
136/18 136/18 137/5 137/16
141/5 143/2 143/16 143/17
145/9 145/20 145/21 145/22
145/25 150/10 150/22 152/5
152/6 156/6 157/1 157/6
161/1 162/3 162/9 162/10
162/18 168/7 169/3 169/8
169/21 173/10 174/8 176/4
176/5 181/7 182/3 183/24
183/25 184/4 186/12 188/10
196/13 203/11 209/11
209/22 211/14 212/9 217/23
218/2
**were only [1]**   145/20
**weren't [3]**   103/4 123/4
136/19
**west [1]**   91/11
**what [223]**   4/15 6/13 6/25
7/14 8/25 10/13 11/13
12/12 14/10 15/11 17/19
19/4 20/9 20/17 21/7 22/9
22/10 22/17 22/19 22/22
23/2 23/4 23/8 24/2 24/7
24/12 24/17 24/18 28/9
28/15 28/25 29/4 31/25
32/9 33/21 34/2 34/12
34/14 35/18 37/7 38/16
38/17 38/20 38/21 40/13

40/20 41/2 41/15 42/18
45/16 45/18 48/3 48/9
49/18 51/3 51/4 52/15
56/24 57/2 57/12 59/10
60/11 61/20 62/4 64/22
65/10 66/1 69/6 70/5 70/13
72/24 74/1 74/13 74/14
74/17 74/18 74/21 75/14
75/22 77/5 77/6 77/20
77/22 77/24 78/2 80/10
80/13 83/25 87/9 87/21
89/11 91/10 91/22 92/18
94/8 94/10 95/19 95/25
96/5 98/3 98/4 98/11 98/14
102/14 103/21 104/12 105/5
105/16 105/19 106/16
106/25 107/13 108/15
109/17 113/14 114/7 114/21
114/23 115/17 116/2 116/11
116/25 117/12 117/18 119/8
119/17 119/19 119/20 120/7
120/19 121/3 123/14 123/15
123/20 123/23 123/24
123/25 123/25 124/1 124/11
124/11 129/18 132/17 133/6
134/22 135/3 135/6 137/3
137/7 137/14 138/10 139/21
140/4 141/5 142/5 144/14
146/19 146/24 147/12
147/14 149/18 155/5 155/11
156/14 157/4 161/8 161/13
165/5 165/17 165/18 167/1
167/10 168/9 168/9 168/11
168/14 168/16 168/19 169/3
169/4 169/9 169/12 170/3
171/19 173/15 175/3 175/10
177/7 179/2 179/24 182/13
183/19 183/22 184/17
189/20 190/23 191/8 191/24
192/11 192/12 193/23 195/7
196/12 197/3 197/8 198/1
198/14 198/14 200/11
200/14 201/5 202/21 205/10
206/11 207/5 208/3 208/25
209/3 209/7 210/8 217/3
217/5 219/11
**what's [14]**   13/10 20/21
29/2 31/22 32/15 36/8
55/20 60/19 75/14 84/9
95/1 130/4 134/22 204/11
**whatever [4]**   42/25 139/24
193/5 204/15
**whatever's [1]**   193/1
**when [142]**   4/3 4/17 4/22
8/5 8/15 12/23 13/25 14/9
15/21 15/22 18/3 20/15
20/21 22/18 22/25 23/7
24/2 25/25 27/5 28/24
28/24 29/1 30/7 32/5 32/12
33/2 34/13 35/13 35/20
38/3 38/20 42/13 34/16
43/22 45/4 45/12 52/4 53/2
54/24 55/1 55/2 55/3 55/9
64/18 65/15 74/6 75/14
79/1 79/10 83/14 83/20
87/6 96/19 100/13 103/3
103/5 103/15 108/17 113/18
113/25 115/9 115/16 117/13
118/14 118/16 119/1 119/1
119/6 119/7 119/14 119/16
120/24 121/15 122/9 123/11

124/21 125/25 126/2 129/1
130/19 130/23 132/14 135/6
135/11 136/16 136/17
139/23 141/17 143/15
145/13 145/16 146/15
146/19 150/1 150/2 157/6
160/1 160/25 162/18 163/2
163/3 163/5 163/8 163/14
167/10 167/20 167/20
169/21 171/14 174/5 174/10
176/4 177/7 180/24 181/17
182/6 182/7 182/19 182/22
184/6 184/16 187/3 187/14
187/25 190/4 190/15 190/18
191/22 192/12 194/17
194/17 196/21 196/22 197/4
202/24 203/2 203/2 204/1
209/2 212/1 212/15 218/14
**whenever [1]**   35/17
**where [98]**   6/5 8/3 15/18
17/13 19/10 28/20 30/1
34/19 37/18 42/3 46/9
62/12 71/10 73/18 75/5
75/7 80/17 80/20 85/10
89/21 95/24 96/12 96/13
98/7 98/17 98/19 106/20
108/21 111/5 111/25 113/5
113/15 113/19 113/19
113/22 119/15 119/18
120/23 121/2 121/5 122/23
123/13 125/20 125/21 126/7
135/9 136/17 137/5 137/5
137/15 137/15 141/13
141/13 141/14 143/7 152/2
152/22 153/2 153/21 154/3
155/25 157/24 163/16 164/1
169/2 171/7 173/13 173/20
175/12 176/3 176/3 176/5
180/18 180/18 182/18
182/21 185/6 185/7 186/2
189/1 189/9 190/9 190/19
191/1 193/14 195/23 200/20
201/7 204/20 205/7 206/3
206/17 209/23 210/13 211/7
211/12 211/17 212/18
**where's [1]**   141/14
**whether [37]**   8/14 8/24
10/3 10/16 10/17 19/5 25/3
25/13 30/9 31/10 35/19
36/19 40/6 42/2 70/3 70/10
79/17 114/12 115/2 134/17
135/15 135/18 135/25
146/18 146/18 157/5 165/8
167/7 169/9 170/20 172/18
174/13 180/6 181/11 188/7
198/9 218/23
**which [93]**   8/17 9/2 10/7
13/9 16/11 16/15 17/6
17/21 19/21 20/19 22/11
23/14 26/23 28/5 28/8 30/3
31/3 31/23 32/13 34/16
38/1 38/18 42/11 42/22
45/13 45/20 49/10 50/10
54/6 54/6 55/22 57/25 59/5
62/12 62/20 64/24 67/14
71/21 73/11 74/15 77/22
83/13 84/8 84/11 84/23
86/23 91/14 91/19 92/6
93/9 99/8 101/11 106/18
112/2 112/8 121/5 133/4
137/7 138/1 139/2 139/3

**W**

**which... [32]**   139/16 140/3
143/20 143/22 146/12
148/23 148/23 156/23
157/11 157/20 161/10 169/5
169/25 171/19 173/19 174/1
179/4 179/18 182/18 184/21
198/5 198/18 200/8 201/21
202/20 203/10 204/1 204/21
206/25 207/16 210/19
213/23

**while [10]**   37/23 51/7
102/3 113/3 117/21 128/4
172/3 202/9 206/4 215/18

**who [28]**   23/7 23/17 23/24
36/24 37/9 43/9 47/10
53/22 59/18 67/21 69/13
73/2 78/12 95/4 108/4
129/9 136/14 147/8 162/8
162/13 170/5 170/9 171/5
176/14 186/3 196/14 199/6
217/16

**who's [2]**   110/13 190/22

**whole [6]**   11/5 39/10 41/8
41/24 47/16 187/10

**why [39]**   9/13 9/16 11/16
13/6 17/10 32/6 37/21
50/23 57/11 61/1 65/8
70/24 73/15 81/18 85/19
95/20 104/21 105/4 105/25
106/9 121/3 121/6 128/1
137/7 137/9 139/18 142/10
143/5 145/8 169/25 170/19
176/20 187/7 200/8 202/1
202/21 206/11 213/23
221/11

**wide [2]**   76/9 191/1

**will [50]**   3/4 7/23 11/12
21/16 23/10 36/23 41/6
41/20 44/13 47/10 47/16
50/6 58/22 62/18 62/19
84/9 85/14 86/6 96/19
102/4 102/8 108/9 110/7
113/2 113/17 125/18 125/23
137/15 147/16 147/20
153/21 153/22 155/6 158/12
161/10 161/14 181/16 187/2
187/5 187/24 189/25 191/16
191/17 204/7 205/9 206/19
214/21 221/23 221/25 222/1

**William [1]**   151/12

**willing [4]**   129/10 135/21
135/24 202/19

**willingness [1]**   82/15

**window [4]**   192/16 192/17
192/19 192/20

**within [8]**   9/19 143/13
144/11 150/10 151/7 175/4
198/17 205/19

**without [8]**   23/4 25/4
54/14 84/6 84/16 85/15
153/3 153/6

**witness [23]**   2/3 3/23 4/3
4/11 4/22 5/2 5/7 5/24
30/17 47/8 47/10 47/21
108/7 108/24 109/6 111/18
134/15 139/12 157/13
176/14 220/15 220/25 221/4

**witness' [1]**   136/1

**witnesses [1]**   4/6

**woken [1]**   39/6

**women [1]**   105/8

**won't [7]**   34/3 34/7 83/4
83/7 150/6 152/10 185/2

**wonder [1]**   139/18

**word [7]**   27/23 114/4
137/19 138/4 192/6 205/19
218/5

**words [8]**   28/1 43/2 57/2
114/4 123/19 124/5 127/5
132/24

**work [11]**   58/21 59/1 96/14
96/18 96/23 96/23 110/23
130/3 145/16 145/17 147/8
136/14

**worked [3]**   101/8 120/1
136/14

**workforce [11]**   36/22 37/1
44/10 44/11 45/6 112/22
127/20 138/16 138/20
147/20 147/21

**working [4]**   124/2 143/13
144/11 152/23

**works [2]**   51/4 82/5

**world [6]**   63/7 63/7 88/16
116/3 187/1 195/9

**worldwide [2]**   134/2 134/3

**worst [2]**   15/23 170/6

**worth [1]**   145/16

**would [156]**   6/23 7/14 7/15
8/11 8/25 9/23 10/23 14/22
14/24 15/20 16/5 16/21
16/23 16/25 16/25 17/14
18/18 18/22 18/23 21/7
22/22 24/7 24/10 24/17
24/18 24/20 24/25 25/1
27/24 29/21 29/22 30/11
30/20 31/18 31/20 31/21
32/2 33/9 33/14 35/11
35/12 35/15 35/15 35/16
36/15 36/16 37/3 37/4 37/6
38/16 38/21 42/20 43/12
49/2 49/25 50/9 53/11 54/9
56/14 56/23 57/23 57/24
58/9 58/12 58/16 59/4
61/13 64/8 64/19 64/20
65/11 67/13 72/7 72/20
73/9 74/2 77/4 78/3 83/17
83/19 85/3 85/4 87/16
89/16 90/5 90/25 91/2 92/2
92/4 92/14 93/1 93/22
95/19 98/10 101/8 101/19
102/15 103/20 104/3 104/5
105/12 105/25 106/10
106/12 118/7 120/6 125/4
127/1 129/18 136/3 136/9
139/1 141/25 143/8 143/21
144/7 148/18 150/13 150/15
150/25 151/16 151/16
151/19 151/20 155/8 157/20
158/11 167/2 167/19 168/17
168/18 168/18 169/11 176/2
185/12 187/25 188/2 188/3
188/4 190/21 190/23 191/19
193/3 193/6 195/7 199/2
199/9 200/7 202/11 202/12
204/13 208/12 208/15
209/13 219/11 219/22

**wouldn't [10]**   14/23 16/10
23/21 24/16 120/7 120/16
152/24 153/6 188/19 193/24

**write [7]**   208/7 208/9

208/16 208/17 209/2 209/6
209/10

**writes [4]**   125/21 127/8
127/16 208/16

**writing [2]**   117/17 208/13

**written [2]**   95/15 127/2

**wrong [10]**   20/1 45/24
127/14 127/21 140/14
151/20 172/4 213/16 213/17
214/20

**wrote [4]**   72/17 73/2
125/20 126/2

**Y**

**ya [1]**   206/23

**yard [1]**   42/3

**yeah [35]**   10/11 10/24 12/4
14/15 23/20 37/21 88/4
93/12 94/12 101/8 107/8
108/13 119/9 121/13 125/3
136/24 140/6 140/16 144/7
152/1 153/10 157/9 161/16
169/18 173/7 174/4 174/15
175/21 178/19 179/4 188/2
195/4 198/22 207/2 212/14

**year [24]**   15/21 18/11
33/14 36/12 45/16 46/18
55/12 55/17 71/10 80/17
89/8 121/1 132/12 145/16
145/16 150/13 150/15
151/21 159/10 202/5 202/25
204/12 213/4 213/20

**years [41]**   43/3 43/8 43/14
43/23 46/8 49/5 49/7 49/8
49/11 49/12 52/10 53/16
54/13 54/13 79/13 88/13
88/24 89/1 91/4 112/17
112/21 126/11 130/24
136/15 137/12 138/25
147/21 150/11 151/7 151/15
151/15 167/14 187/22
190/25 191/19 193/24 194/2
194/5 201/21 202/2 202/3

**yellow [1]**   46/15

**yes [183]**   3/17 3/20 3/21
5/18 6/17 8/7 8/13 11/15
12/7 17/1 17/3 17/7 17/8
17/10 19/23 20/4 20/11
20/13 20/14 22/3 26/3 26/5
26/20 30/21 33/24 39/8
50/2 50/12 53/3 54/4 59/7
60/1 61/8 61/15 62/1 64/5
64/12 66/16 66/25 67/2
67/19 70/17 71/25 72/11
72/14 72/16 75/12 76/10
78/5 79/24 82/3 82/17
83/16 84/4 84/17 85/9
87/22 91/9 92/12 92/25
94/9 94/19 94/22 94/25
97/18 97/21 99/1 99/4
100/7 101/2 101/15 102/19
103/11 103/17 104/7 104/9
104/20 105/2 105/15 106/6
106/24 107/12 107/19
107/22 110/2 111/3 111/18
114/25 115/4 116/18 117/7
117/16 119/4 119/25 121/9
124/2 125/6 125/9 127/6
128/8 128/21 131/14 131/17
132/1 139/8 140/18 141/4
141/7 141/21 142/7 148/19

**Y**

**yes... [72]**  151/9 152/19
153/1 153/9 153/13 155/2
155/18 155/21 155/24 156/8
156/10 156/14 157/4 157/11
158/2 158/15 158/17 158/20
159/11 159/11 159/23
160/16 161/12 162/7 162/20
162/25 163/11 163/25
164/21 166/8 166/10 169/7
169/16 172/12 175/24
175/24 177/5 177/9 177/13
177/17 177/20 179/6 180/14
180/15 180/17 181/3 183/13
184/8 184/19 186/13 186/19
188/6 190/10 196/15 196/19
197/18 198/4 198/13 204/9
205/2 205/11 205/17 213/5
214/1 214/3 216/13 217/25
220/2 220/4 220/4 220/6
221/10
**yesterday [12]**  6/6 6/10
6/14 12/9 13/22 27/14 30/3
41/8 44/15 85/23 118/11
145/5
**yesterday's [1]**  30/1
**yet [10]**  38/16 127/20
131/8 168/25 178/9 178/24
179/24 183/24 184/2 186/8
**York [7]**  99/11 100/1
100/20 101/4 132/14 134/18
135/21
**you [1068]**
**you an [1]**  176/15
**you'd [11]**  18/16 70/9
91/18 92/5 97/6 97/25
101/13 130/21 133/14 151/1
151/2
**you'll [5]**  22/10 149/19
153/21 155/6 220/14
**your numbers [1]**  33/25
**yours [1]**  211/2
**yourselves [1]**  3/5
**YouTube [3]**  98/15 98/22
98/23

**Z**

**zoomed [1]**  22/8