IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ATLAS, INC., *et al.*, | ) | Case No.: 1:17-cv-01953-RDM |
| Plaintiffs, | ) | Hon. Randolph D. Moss |
| v. | ) |  |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.* | ) |  |
| Defendants. | ) |  |

**NOTICE**

Pursuant to the Court's instruction of November 27, 2017, Defendants, International Brotherhood of Teamsters, et al. hereby submit, through counsel, the attached exhibits not previously filed through the Court's electronic filing system:

- Def. Ex. 38- December 10, 2014 Chairman's Message
- Def. Ex. 39- April 21, 2015 Chairman's Message
- Def. Ex. 40- May 29, 2017 Chairman's Message
- Def. Ex. 41- October 15, 2015 Chairman's Message
- Def. Ex. 42- March 17, 2016 Email
- Def. Ex. 43- March 19, 2016 Email
- Def. Ex. 44- Screenshots of Flight 8010, August 26
- Def. Ex. 45- Screenshots of August 26
- Def. Ex. 46- Screenshots of Flight PO218, August 27

- Def. Ex. 47- Screenshots- Campbell

- Def. Ex. 48- Screenshots of Flight PO213, June 7

- Def. Ex. 50- Chart (Active pilots with less than 3 yrs experience)

Dated: November 27, 2017

Respectfully submitted,

/s/ *Deirdre Hamilton*
Deirdre Hamilton (D.C. Bar No. 472334)
Staff Attorney
International Brotherhood of Teamsters
25 Louisiana Ave., NW
Washington, DC 20001-2198
Phone: (202) 624-6948
Fax: (202) 624-6884
dhamilton@teamster.org

Edward M. Gleason, Jr.
(D.C. Bar No. 429325)
Chief Counsel, Teamsters Local 1224
Law Office of Edward Gleason, PLLC
910 17th Street, N.W., Suite 800
Washington, DC 20006
Ph: 202-800-0099
egleason@gleasonlawdc.com

James Petroff (Ohio Bar. No. 42476)
Trent R. Taylor (Ohio Bar. No. 91748)
BARKAN MEIZLISH, LLP
250 East Broad Street, 10th Floor
Columbus, Ohio 43215
Ph: (614) 221-4221
Fax: (614) 744-2300
jpetroff@barkanmeizlish.com
ttaylor@barkanmeizlish.com

*Counsel for-Plaintiffs International Brotherhood of Teamsters and Teamsters Local 1224*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document with all attachments was filed with the Clerk of this Court this 27th day of November, 2017, and was served on all parties, electronically through the Courts ECF system.

                                                */s/ Deirdre Hamilton*
                                                *Deirdre Hamilton*