IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ATLAS, INC., *et al.*, | ) | Case No.: 1:17-cv-01953-RDM |
| Plaintiffs, | ) | Hon. Randolph D. Moss |
| v. | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

# Union Exhibit 42:

# March 17, 2016 Email

From: **Umphenour, Jess** <Jess.Umphenour@atlasair.com>
Date: Thu, Mar 17, 2016 at 6:26 PM
Subject: Rojas FTG
To: Kevin McCabe <kevinj.mccabe@gmail.com>, "McCabe, Kevin J." <Kevin.McCabe@atlasair.com>
Cc: "DuFour, Ray" <Ray.DuFour@atlasair.com>

Hi Kevin, (Sorry, I thought this went out yesterday)

Wanted to make sure you were in the loop on this. FO Rojas called FTG twice in 4 days and the second time he wanted to extend the FTG from about 40 hours to finally stating he was ready to operate about 80 hours after the FTG call. Obviously not what the program was intended for.

I have talked to him and we are bringing him back to ANC for a conversation. I have attached some of the forensics. Let me know if you have any questions.

Jess Umphenour

Western Region Chief Pilot

CAPT        ANC

907 250-0614

*Si vis pacem, para bellum*

## Crew Sick/PW notification

| | |
|---|---|
| Name | Rojas, Francis |
| I.D # | 450205 |
| Base/ CAT | ANC |
| Position | FO |
| Time of call | 1458z |
| Location of crew member | HKG |
| SOS Contacted(Y/N) | No |
| PW approved/requested by: | |

**Remarks:** Crewmember called in FTG upon arrival into HKG. He was scheduled to do HKG-ICN-NGO/14th at 0810z. He stated he will write a Crew Report.



Details for Crew Route R3900 on Wed, Mar 9 2016, Times in UTC, AC: 744    ATLAS AIR

Type of rules used: Cockpit Rules
Type of format: Format 2
[ ] Output in Black and White
[x] Output in UTC and Local
[ ] Output will include crew on route
[ ] Output will include crew on flights

| Flight | DEP | ARR | DEP Time | ARR Time | Dep Date | Trip Day | DH | Tail # | Block Hours | FDP Begin | FDP End | Acclim FDP Begin | Acclim FDP End | Allowable FDP | Duty Begin | Duty End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO947 | ANC | HKG | 1715 | 0450+1 | Wed09Mar | 1 | DH | N852GT | | | | | | | 15:45 | 5:20 |
| 12:40 Rest CORDIS HONG KONG/011-852-35-523-388 | | | | | | | | | | | | | | | | 13:35 |
| REF#: 2544760 (03/10/16 05:06) | | | | | | | | | | | | | | | | |
| Contactable period Thu10Mar 17:15 - Thu10Mar 18:00 | | | | | | | | | | | | | | | | |
| R2 | HKG | HKG | 1800 | 2000 | Thu10Mar | 2 | | | | | | | | | 18:00 | 20:00 |
| 10:00 Rest CORDIS HONG KONG/011-852-35-523-388 | | | | | | | | | | | | | | | | 2:00 |
| REF#: 2544760 (03/10/16 07:00) | | | | | | | | | | | | | | | | |
| R2 | HKG | HKG | 0600 | 2000 | Fri11Mar | 3 | | | | | | | | | 6:00 | 20:00 |
| 10:00 Rest | | | | | | | | | | | | | | | | 14:00 |
| R2 | HKG | HKG | 0600 | 2000 | Sat12Mar | 4 | | | | | | | | | 6:00 | 20:00 |
| 10:00 Rest | | | | | | | | | | | | | | | | 14:00 |
| R2 | HKG | HKG | 0600 | 2000 | Sun13Mar | 5 | | | | | | | | | 6:00 | 20:00 |
| 10:00 Rest CORDIS HONG KONG/011-852-35-523-388 | | | | | | | | | | | | | | | | 14:00 |
| REF#: 2555292 (03/13/16 14:48) | | | | | | | | | | | | | | | | |
| R2 | HKG | HKG | 0600 | 2000 | Mon14Mar | 6 | | | | | | | | | 6:00 | 20:00 |
| 34:00 Rest | | | | | | | | | | | | | | | | 14:00 |
| 24hr Rest starts Tue15Mar 6:00 | | | | | | | | | | | | | | | | |
| R2 | HKG | HKG | 0600 | 2000 | Wed16Mar | 8 | | | | | | | | | 6:00 | 20:00 |
| 10:00 Rest | | | | | | | | | | | | | | | | 14:00 |
| R2 | HKG | HKG | 0600 | 2000 | Thu17Mar | 9 | | | | | | | | | 6:00 | 20:00 |
| 10:00 Rest | | | | | | | | | | | | | | | | 14:00 |
| R2 | HKG | HKG | 0600 | 2000 | Fri18Mar | 10 | | | | | | | | | 6:00 | 20:00 |
| 10:00 Rest | | | | | | | | | | | | | | | | 14:00 |
| R2 | HKG | HKG | 0600 | 2000 | Sat19Mar | 11 | | | | | | | | | 6:00 | 20:00 |
| 10:00 Rest | | | | | | | | | | | | | | | | 14:00 |
| R2 | HKG | HKG | 0600 | 2000 | Sun20Mar | 12 | | | | | | | | | 6:00 | 20:00 |

| | | | | |
|---|---|---|---|---|
| Block Time : 0:00 | DH Hours : 21:20 | Required Rest : 10:00 hours | | |
| Duty Time : 195:20 | Night Hours : 0:00 | Next Posble Duty : Sat26Mar at 9:45 | | |
| FDP : 0:00 | Efficiency : 0 | TAFB : 392:00 (16 days & 8:00 hours) | | |
| Credit Hours : 7.49 | Route ID : | Crew Complement : 1CA 1FO | | |
| CRT Rig : 79.22 | | | | |







Details for Crew Route R3990 on Wed, Mar 9 2016, Times in UTC — ATLAS AIR

Type of rules used: Cockpit Rules
Type of format: Format 1
☐ Output in Black and White
☐ Output in UTC and Local
☐ Output will include crew on route
☐ Output will include crew on flights

| Flight | DEP | ARR | STD | STA | Dep Date | Trip Day | DH | AC | Block Hours | FDP Begin | FDP End | Acclim FDP Begin | Acclim FDP End | Allowable FDP | Duty Begin | Duty End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO947 | ANC | HKG | 1715 | 0450+1 | Wed09Mar | 1 | DH | | | | | | | | 15:45 | 5:20 |
| FTG | HKG | | 0520 | 0521 | Thu10Mar | 2 | | | | | | | | | | |
| 21:40 Rest | | | | | | | | | | | | | | | | 13:35 |
| Contactable period Thu10Mar 15:20 – Thu10Mar 17:00 | | | | | | | | | | | | | | | | |
| MU502 | HKG | PVG | 0430 | 0715 | Fri11Mar | 3 | DH | | | | | | | | 3:00 | 7:45 |
| 12:20 Rest | | | | | | | | | | | | | | | | 4:45 |
| Contactable period Fri11Mar 19:20 – Fri11Mar 20:05 | | | | | | | | | | | | | | | | |
| QF7520 | PVG | SYD | 2135 | 0740+1 | Fri11Mar | 3 | | 744 | 10:05 | 20:05 | | 11:05 | | | 20:05 | |
| QF497 | SYD | MEL | 1105 | 1240 | Sat12Mar | 4 | DH | | | | 7:40 | | 22:40 | | | 13:10 |
| 13:20 Rest | | | | | | | | | 10:05 | 11:35 | | | | | | 17:05 |
| Contactable period Sun13Mar 1:45 – Sun13Mar 2:30 | | | | | | | | | | | | | | | | |
| 8728 | MEL | HKG | 0400 | 1305 | Sun13Mar | 5 | | 744 | 9:05 | 2:30 | 13:05 | 17:30 | 5:05 | | 2:30 | 13:35 |
| Contactable period Sun13Mar 23:35 – Wed16Mar 19:50 | | | | | | | | | | | | | | | | |
| FTG | HKG | | 1500 | 0100+1 | Mon14Mar | 6 | | | | | | | | | | |
| FTG | HKG | | 0900 | 2359 | Tue15Mar | 7 | | | | | | | | | | |
| FTG | HKG | | 0001 | 2359 | Wed16Mar | 8 | | | | | | | | | | |
| 88:15 Rest | | | | | | | | | 9:05 | 10:35 | | | | | | 11:05 |
| NH810 | HKG | NRT | 0720 | 1115 | Thu17Mar | 9 | DH | | | | | | | | 5:50 | 11:45 |
| 11:55 Rest | | | | | | | | | | | | | | | | 5:55 |
| Contactable period Thu17Mar 22:55 – Thu17Mar 23:40 | | | | | | | | | | | | | | | | |
| PO213 | NRT | ICN | 0110 | 0345 | Fri18Mar | 10 | | 744 | 2:35 | 23:40 | 3:45 | 7:40 | 11:45 | | 23:40 | 4:15 |
| 33:20 Rest | | | | | | | | | 2:35 | 4:05 | | | | | | 4:35 |
| Contactable period Fri18Mar 14:15 – Sat19Mar 3:35 | | | | | | | | | | | | | | | | |
| EY873 | ICN | AUH | 1505 | 0135+1 | Sat19Mar | 11 | DH | | | | | | | | 13:35 | 2:05 |
| 10:10 Rest | | | | | | | | | | | | | | | | 12:30 |
| Contactable period Sun20Mar 11:30 – Sun20Mar 12:15 | | | | | | | | | | | | | | | | |
| EY911 | AUH | DMM | 1345 | 1515 | Sun20Mar | 12 | | 744 | 1:30 | 12:15 | | 16:15 | | | 12:15 | |

| | | | | |
|---|---|---|---|---|
| Block Time : 41:10 | DH Hours : 30:20 | Required Rest : 10:00 hours | | |
| Duty Time : 108:25 | Night Hours : 17:55 | Next Posble Duty : Sat26Mar at 9:15 | | |
| FDP : 50:55 | Efficiency : 0.11 | TAFB : 391:30 (16 days & 7:30 hours) | | |
| Credit Hours : 51.82 | Route ID : HKG4/17 | Crew Complement : 1FO | | |
| CRT Rig : 79.12 | | | | |

| No | ID | (1) Crew on Route | Seniority | BASE | AC | POS | CATIII/FAR |
|---|---|---|---|---|---|---|---|

