IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ATLAS, INC., *et al.*, | ) ) | Case No.: 1:17-cv-01953-RDM |
| Plaintiffs, | ) ) | Hon. Randolph D. Moss |
| v. | ) ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**<u>DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF</u>**

# Union Exhibit 43:

# March 19, 2016 Email

**From:** Umphenour, Jess
**Sent:** Saturday, March 19, 2016 9:50 AM
**To:** Rojas, Francis
**Subject:** Discussions of 16MAR16 and 18MAR16

Hi Mr Rojas,
This email is simply to memorialize out discussions of 16MAR16 and 18MAR16. We discussed the history of the three MED calls and the two FTG calls in HKG in the last few months. We talked about the FTG program and its purpose. We discussed some of the personnel issues you are dealing with that could have been a contributing factor in the recent change in behavior from an otherwise reliable trusted productive crew member. We talked about FTG vs MED and the uses of each. We also discussed leave of absences which are available if needed to deal with issues.
We also talked about 747 vs 767 scheduling and schedule changes as contributing factors. We talked about how to help mitigate those negative effects. We talked about counseling secessions to help with some of the stresses going on. You talked about health and ways to keep the immune system up. We talked about ways to implement your plan. We also talked about communication and the importance of keeping everyone informed if there are situations or problems in the future.
You have created a great plan going forward and the Chief Pilots office will do everything we can to help. Please feel free to reach out to me if you ever need to.
Also please let me know that you got this email and if I missed anything you consider important.
V/r
Jess