IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ATLAS, INC., *et al.*, | ) | Case No.: 1:17-cv-01953-RDM |
| Plaintiffs, | ) | Hon. Randolph D. Moss |
| v. | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

# Union Exhibit 44:

# Screenshots of Flight 8018, August 26





44.1

**ATLAS AIR**     **Crew Name changes on each flight leg Report**     Page : 1

Fri, 27 Oct 2017     From 08/27/2017 To 08/27/2017     Time : 15:50

| "On" Date | "On" Time | "For" Date | Flight Leg Data | Action | Crew Name | User who made the change |
|---|---|---|---|---|---|---|
| 08/19/2017 | 10:49 | 08/26/2017 | 8018 HIF HHN 19:05 4:55 744 | Assigned | Diaz, Fernando ( HSV - 744 - CA ) 450228 | LEVON MELIKYAN |
|  | 12:35 |  | 8018 HIF HHN 19:05 4:55 744 | Assigned | Wilson, Andrew ( ANC - 744 - FO ) 451992 | MARIDALIA SANGIOVANNY |
|  | 12:55 |  | 8018 HIF HHN 19:05 4:55 744 | Assigned | Pocock, Daniel ( LAX - 744 - FO ) 451354 | MARIDALIA SANGIOVANNY |
| 08/25/2017 | 13:38 |  | 8018 HIF HHN 19:05 4:55 744 | De-Assigned | Pocock, Daniel ( LAX - 744 - FO ) 451354 | YANERIE MCLEE |
|  | 23:51 |  | 8018 HIF HHN 19:05 4:55 744 | Assigned | Roberts, Ronald (Ron) ( ORD - 744 - FO ) 451679 | JEREMIAH HARRINGTON |
| 08/26/2017 | 8:52 |  | 8018 HIF HHN 19:05 4:55 744 | De-Assigned | Diaz, Fernando ( HSV - 744 - CA ) 450228 | AMIR KHAN |
|  | 9:01 |  | 8018 HIF HHN 19:05 4:55 744 | De-Assigned | Roberts, Ronald (Ron) ( ORD - 744 - FO ) 451679 | AMIR KHAN |
|  | 9:04 |  | 8018 HIF HHN 19:05 4:55 744 | De-Assigned | Wilson, Andrew ( ANC - 744 - FO ) 451992 | AMIR KHAN |

*Selected Criteria*

```
"For" Date Selected      : From  08/27/2017 To 08/27/2017
"On" Date Selected       : Any Dates
"On" Time Selected       : From  0:00 To 23:59
Fleet Selected           : ALL
Sorted By                : Date and time
Number Of changes Made   : 8
Type Of Changes Made     : Both
Type Of Flights Reported : Both
```

44.2

# ATLAS AIR

Fri ,27 Oct 2017

## Crew Name changes on each flight leg Report
### From 08/27/2017 To 08/27/2017

Page : 1
Time : 15:52

| "On" Date | "On" Time | "For" Date | Flight Leg Data | Action | Crew Name | User who made the change |
|---|---|---|---|---|---|---|
| 08/26/2017 | 8:52 | 08/27/2017 | 8018 HIF HHN 11:00 20:47 744 | Assigned | Diaz, Fernando ( HSV - 744 - CA ) 450228 | AMIR KHAN |
|  | 9:01 |  | 8018 HIF HHN 11:00 20:47 744 | Assigned | Roberts, Ronald (Ron) ( ORD - 744 - FO ) 451679 | AMIR KHAN |
|  | 9:04 |  | 8018 HIF HHN 11:00 20:47 744 | Assigned | Wilson, Andrew ( ANC - 744 - FO ) 451992 | AMIR KHAN |

*Selected Criteria*

```
"For" Date Selected      : From 08/27/2017 To 08/27/2017
"On"  Date Selected      : Any Dates
"On"  Time Selected      : From 0:00 To 23:59
Fleet Selected           : ALL
Sorted By                : Date and time
Number Of changes Made   : 3
Type Of Changes Made     : Both
Type Of Flights Reported : Both
```

44.3