IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS, INC., *et al.*, | Case No.: 1:17-cv-01953-RDM |
| Plaintiffs, | Hon. Randolph D. Moss |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*, | |
| Defendants. | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

# Union Exhibit 45:

# Screenshots August 26

Case 1:17-cv-01953-RDM   Document 57-8   Filed 11/27/17   Page 2 of 5



45.1

**ATLAS AIR**

Fri, 27 Oct 2017

Page : 1
Time : 15:21

## Crew Name changes on each flight leg Report
From 08/27/2017 To 08/27/2017

| "On" Date | "On" Time | "For" Date | Flight Leg Data | Action | Crew Name | User who made the change |
|---|---|---|---|---|---|---|
| 07/25/2017 | 17:36 | 08/27/2017 | 7167 ANC NRT 16:55 1:04 744 | Assigned | Lacroix, Kevin ( HSV - 744 - CA ) 449742 | MARIDALIA SANGIOVANNY |
|  | 18:31 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Anderson, Gregory ( ANC - 744 - FO ) 2539 | BOB MURPHY |
| 08/12/2017 | 9:23 |  | 7167 ANC NRT 16:55 1:04 744 | De-Assigned | Anderson, Gregory ( ANC - 744 - FO ) 2539 | MARIDALIA SANGIOVANNY |
|  |  |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Anderson, Gregory ( ANC - 744 - FO ) 2539 | MARIDALIA SANGIOVANNY |
| 08/14/2017 | 20:19 |  | 7167 ANC NRT 16:55 1:04 744 | De-Assigned | Anderson, Gregory ( ANC - 744 - FO ) 2539 | LORRIS LINTON |
| 08/16/2017 | 7:52 |  | 7167 ANC NRT 16:55 1:04 744 | De-Assigned | Lacroix, Kevin ( HSV - 744 - CA ) 449742 | WILSON PROAÑO |
| 08/19/2017 | 9:47 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Brayton, Scott ( JFK - 744 - CA ) 1251 | LEVON MELIKYAN |
|  | 13:18 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Ojeda, Edward ( LAX - 744 - FO ) 451616 | MARIDALIA SANGIOVANNY |
|  | 13:19 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Erickson, John ( PAE - 744 - FO ) 451610 | MARIDALIA SANGIOVANNY |
| 08/20/2017 | 9:18 |  | 7167 ANC NRT 16:55 1:04 744 | De-Assigned | Erickson, John ( PAE - 744 - FO ) 451610 | MARIDALIA SANGIOVANNY |
|  | 22:42 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | White, Michael H. ( ORD - 744 - FO ) 451850 | LEVON MELIKYAN |
| 08/24/2017 | 18:50 |  | 7167 ANC NRT 16:55 1:04 744 | De-Assigned | Ojeda, Edward ( LAX - 744 - FO ) 451616 | TOMMY SANTIAGO |
|  | 18:54 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Campbell, Jeffrey L. ( LAX - 744 - CA ) 451 | TOMMY SANTIAGO |
| 08/25/2017 | 5:18 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Glover, Terry ( ANC - 744 - FO ) 451987 | JEREMIAH HARRINGTON |
|  | 5:19 |  | 7167 ANC NRT 16:55 1:04 744 | De-Assigned | White, Michael H. ( ORD - 744 - FO ) 451850 | JEREMIAH HARRINGTON |
| 08/26/2017 | 23:38 |  | 7167 ANC NRT 16:55 1:04 744 | De-Assigned | Glover, Terry ( ANC - 744 - FO ) 451987 | LORRIS LINTON |
| 08/27/2017 | 10:57 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Webster, Eric ( ANC - 744 - FO ) 452019 | LEVON MELIKYAN |
|  |  |  | 7167 ANC NRT 16:55 1:04 744 | De-Assigned | Brayton, Scott ( JFK - 744 - CA ) 1251 | LEVON MELIKYAN |
|  | 11:01 |  | 7167 ANC NRT 16:55 1:04 744 | Assigned | Brayton, Scott ( JFK - 744 - CA ) 1251 | LEVON MELIKYAN |

*Selected Criteria*

```
"For" Date Selected      : From 08/27/2017 To 08/27/2017
"On" Date Selected       : Any Dates
"On" Time Selected       : From 0:00 To 23:59
Fleet Selected           : ALL
Sorted By                : Date and time
Number Of changes Made   : 19
Type Of Changes Made     : Both
Type Of Flights Reported : Both
```

45.2



45.3

Campbell

Details for Crew Route D8561 on Wed, Aug 16 2017, Times in UTC

Type of rules used: Cockpit Rules
Type of format: Format 2
Output in Black and White / Output in UTC and Local
Output will include crew on route / Output will include crew on flights

ATLAS AIR

| Flight | DEP | ARR | DEP Time | ARR Time | Dep Date | Trip Day | Total DH | CRT Delay | Tail # | AC | Block Hours | FDP Begin | FDP End | Acclim FDP Begin | Acclim FDP End | Allowable FDP | Duty Begin | Duty End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Contactable period Thu24Aug 8:01 – Thu24Aug 11:00 | | | | | | | | | | | | | |
| PO211 | NRI | NGO | A2239 | A2344 | Thu24Aug | 9 | | PE 0:09 | N453PA | 744 | 1:05 | 21:00 | | 6:00 | | | 21:00 | 4:06 |
| PO211R | NGO | PVG | A0112 | A0336 | Fri25Aug | 10 | | PE 0:07 | N453PA | 744 | 2:24 | | 3:36 | | 12:36 | | | 7:06 |
| 23:14 Rest SHERATON GRAND SHANGAI PUDO/011-8621-5089-9999 | | | | | | | | | | | 3:29 | | 6:36 | | | | | |
| REF: 94890405 (08/25/17 04:51) | | | | | | | | | | | | | | | | | | |
| | | | | | Contactable period Fri25Aug 14:06 – Fri25Aug 17:20 | | | | | | | | | | | | | |
| QF7557 | PVG | ANC | A0710 | A1552 | Sat26Aug | 11 | | QF 2:20 | N493MC | 744 | 8:42 | 3:20 | 15:52 | 12:20 | 0:52 | | 3:20 | 17:15 |
| 10:00 Rest BW- ANCHORAGE MARRIOTT DOWNTWN/1-907-279-8000 | | | | | | | | | | | 8:42 | | 12:32 | | | | | 13:55 |
| REF: 71132312 (08/26/17 18:00) | | | | | | | | | | | | | | | | | | |
| NOGO | ANC | ANC | 0315 | 0515 | Sun27Aug | 12 | | | | | | 3:15 | 5:15 | 12:15 | 14:15 | | 3:15 | 5:15 |
| 10:55 Rest BW- ANCHORAGE MARRIOTT DOWNTWN/1-907-279-8000 | | | | | | | | | | | | | 2:00 | | | | | 2:00 |
| REF: 71132312 (08/26/17 23:00) | | | | | | | | | | | | | | | | | | |
| 7167 | ANC | NRI | A1847 | A0142+1 | Sun27Aug | 12 | | KZ 1:52 | N407KZ | 744 | 6:55 | 16:10 | 1:42 | 1:10 | 10:42 | | 16:10 | 7:50 |
| KE704 | NRI | ICN | 0455 | 0720 | Mon28Aug | 13 | DH | | | | | | | | | | | |
| 10:55 Rest B- OAKWOOD PREMIER/011 82 32 726 2000 | | | | | | | | | | | 6:55 | | 9:32 | | | | | 15:40 |
| REF: 285696 (08/28/17 08:35) | | | | | | | | | | | | | | | | | | |
| PO969 | ICN | HKG | A2056 | A0024+1 | Mon28Aug | 13 | | PE 0:41 | N453PA | 744 | 3:28 | 18:45 | 0:24 | 3:45 | 9:24 | | 18:45 | 0:54 |
| 29:11 Rest B- CORDIS HONG KONG/011-852-3552-3388 | | | | | | | | | | | 3:28 | | 5:39 | | | | | 6:09 |
| REF: 3336743 (08/29/17 01:39) | | | | | | | | | | | | | | | | | | |

45.4