IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ATLAS, INC., *et al.*, | ) | Case No.: 1:17-cv-01953-RDM |
| Plaintiffs, | ) | Hon. Randolph D. Moss |
| v. | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

# Union Exhibit 47:

# Screenshots- Campbell







47.1

ATLAS AIR

Fri, 27 Oct 2017

History of changes for crew route  S6066 of 07/14/2017

Page : 1
Time : 14:38

Route created by user 73 CHOUKRI SABBAGH on 05/25/2017 at 19:24:15 (job 51)

| Flight | Dep | Arr | STD | STA | Dep date | TripDay | DH | Lim tbl Rept Debr AC | Hotel | Ind |
|---|---|---|---|---|---|---|---|---|---|---|
| R2 | CVG | CVG | 0001 | 1400 | Fri14Jul | 1 | | | 76F | |
| R2 | CVG | CVG | 0001 | 0600 | Sat15Jul | 2 | | | 76F | |
| R2 | CVG | CVG | 0601 | 1400 | Sun16Jul | 3 | | | 76F | |
| R2 | CVG | CVG | 0001 | 1400 | Mon17Jul | 4 | | | 76F | |
| R2 | CVG | CVG | 0001 | 1400 | Tue18Jul | 5 | | | 76F | |
| R2 | CVG | CVG | 0001 | 1400 | Wed19Jul | 6 | | | 76F | |

Crew Complement              : 1 CA     /

Route updated by user 80 TOMMY SANTIAGO on 07/09/2017 at 14:13:41 (Flight schedule changes)

| Flight | Dep | Arr | STD | STA | Dep date | TripDay | DH | Lim tbl Rept Debr AC | Hotel | Ind |
|---|---|---|---|---|---|---|---|---|---|---|
| UA6030 | CVG | IAH | 1050 | 1321 | Fri14Jul | 1 | DH | | | |
| 5Y8676 | IAH | NGU | 0615 | 0915 | Sat15Jul | 2 | | | 763 | |
| AA5222 | ORF | CLT | 1115 | 1234 | Sat15Jul | 2 | DH | | | |
| AA5466 | CLT | CVG | 1545 | 1718 | Sat15Jul | 2 | DH | | | |
| R2 | CVG | CVG | 0001 | 1400 | **Mon17Jul** | **4** | | | | |
| R2 | CVG | CVG | 0001 | 1400 | **Tue18Jul** | **5** | | | | |
| R2 | CVG | CVG | 0001 | 1400 | Wed19Jul | 6 | | | | |

Crew Complement              : 1 CA     /

47.2

```
[14B2.U249.040417]            ATLAS AIR                  CREW TRANSPORT LIST 07/13/2017-07/16/2017                              Page : 1
Fri,27 Oct 2017                                                      (TIMES IN LOCAL STATION)                                    Time : 14:50

DATE        CARRIER           CREW ARRIVING            FLT      AC     ETD DEP ARR ETA ROUTE#/DATE            POS      ID      NAME              DATE OF   DATE OF    CREW GOING TO
                              FROM AT         BY               TYPE                                                                              JOINED    BIRTH

07/13/2017  Atlas Air         HHN 0919 5Y 8771         5Y8771          1005 BIF IAH 1458 S7101  07/08/2017    01.FO    452014  Laurenzo, Ronald                       B- HILTON HOUSTON PO
07/13/2017  DELTA             ex Crewroom              DL4553          0905 CVG IAH 1038 OT50   07/13/2017    01.CA    382898  McMullen, Brad                         W- HILTON GRDN INN H
07/13/2017  DELTA             ex HILTON CVG NTHER      DL4553          0905 CVG IAH 1038 RM348  07/07/2017    01.FO    450943  Verbsky, Kenneth                       W- HILTON GRDN INN H
07/15/2017  UNITED AIRLINES   ATL 1715 UA 6249         UA5970          1525 CVG IAH 1659 S7703  07/15/2017    01.FO    452006  Collins, Ryan                          W- HILTON GRDN INN H
07/16/2017  AMERICAN AIRLINES CVG 0927 AA 2246         AA0431          1045 DFW IAH 1154 RP702  07/15/2017    01.CA    450401  Green, Douglas                         op 5Y8676 IAH 1355 NGU 1

TOTAL RECORD(S) PRINTED:  5

SELECTIONS MADE:
Crew Position    : FD CA FO
Airport          : All
DOM/INT          : All
Carriers         : All
Airport          : IAH
Bases            : All
A/C Types        : 76F 763 762
Service Types    : All
Crew Categories  : All
```

47.3

## ATLAS AIR

### CREW HOTEL ACCOMMODATION 06/13/2017-06/15/2017

Fri ,27 Oct 2017

CA FO ,IAH, FULL RESERVATIONS

| Port | FLT | DATE | ETA (UTC time) | POS | ID | Crew Name | Reservation # | FLT | DATE | ETD (UTC time) | Nights | Hotel Name | Telephone # | Fax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IAH | 5Y8531 | 06/12/17 | 1041 | FO | 451196 | Castor, James (Jimmy) | 3352989696 | UA1963 | 06/13/17 | 0230 | 2 | B- HILTON HOUSTON POST | 1-713-961-9300 x2 | |
| | | | 1042 | | 451182 | DuPlessis, Cornelius | 3350209230 | 5Y8978 | | 2210 | 3 | | 1-713-961-9300 x2 | |
| | | | 1042 | CA | 302968 | Panjwani, Shoeb LCA | 3344699592 | | | 2211 | | | 1-713-961-9300 x2 | |
| | UA1475 | 06/13/17 | 1311 | | 450467 | Gerhard, Duane | 3346379542 | 5Y8600 | 06/15/17 | 0325 | | | 1-713-961-9300 x2 | |
| | UA6125 | | 1533 | | 450512 | Truex Brian | 3349054365 | | | | | | 1-713-961-9300 x2 | |
| | DL748 | | 0140 | FO | 452000 | Fox Kelly | 3326721314 | | | | | | 1-713-961-9300 x2 | |
| | AA4672 | | 1815 | | 451691 | Dever, Christopher | 3349054734 | 5Y8580 | 06/16/17 | 0850 | 2 | | 1-713-961-9300 x2 | |
| | UA4258 | 06/14/17 | 1832 | CA | 449484 | Hall, Charles | 3344786952 | DL856 | 06/15/17 | 1320 | 3 | | 1-713-961-9300 x2 | |
| IAH | AA745 | 06/13/17 | 0256 | | 450653 | Rosenblum, David | 3346798741 | 5Y8978 | 06/13/17 | 2211 | 2 | W-HILTON GRDN INN | 1-281-449-4148 | 1 281 449 4713 |
| | DL4496 | 06/15/17 | 1548 | | 450092 | Stewart, Shawn | 3345584513 | 5Y8580 | 06/16/17 | 0850 | | | 1-281-449-4148 | 1 281 449 4713 |

47.4