IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ATLAS, INC., *et al.*, | ) | Case No.: 1:17-cv-01953-RDM |
| Plaintiffs, | ) | Hon. Randolph D. Moss |
| v. | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

# Union Exhibit 48:

# Screenshots of Flight PO213, June 7

**ATLAS AIR**        Crew Name changes on each flight leg Report        Page : 1

Fri ,27 Oct 2017        From 10/20/2017 To 11/21/2017        Time : 14:21

| "On" Date | "On" Time | "For" Date | Flight Leg Data | Action | Crew Name | User who made the change |
|---|---|---|---|---|---|---|
| 04/25/2017 | 17:26 | 06/07/2017 | 213 CVG NRT 18:00 7:20 PAX | Assigned | Guerin, Eric ( CVG - 748 - CA ) 449737 | MAYRA CASTRO |
| 05/25/2017 | 21:19 | | 213 CVG NRT 18:00 7:20 PAX | Assigned | Willcox, Neal ( CVG - 748 - FO ) 451224 | WILBERT ORTIZ |
| | 21:32 | | 213 CVG NRT 18:00 7:20 PAX | Assigned | Rivera-Rodriguez, Manuel ( CVG - 748 - FO ) 451 | WILBERT ORTIZ |
| | 22:40 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Oberg, Kurtis ( ANC - 748 - CA ) 1836 | MARIDALIA SANGIOVANNY |
| | 23:34 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Overby, Drue ( CVG - 748 - FO ) 450918 | WILBERT ORTIZ |
| | 23:48 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Wallingford, Brian ( CVG - 748 - FO ) 451827 | BRIGITTE MCCLOSKEY |
| 05/26/2017 | 14:31 | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Wallingford, Brian ( CVG - 748 - FO ) 451827 | BRIGITTE MCCLOSKEY |
| | | | 213 CVG NRT 18:00 7:20 748 | Assigned | Wallingford, Brian ( CVG - 748 - FO ) 451827 | BRIGITTE MCCLOSKEY |
| | | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Wallingford, Brian ( CVG - 748 - FO ) 451827 | BRIGITTE MCCLOSKEY |
| 05/30/2017 | 23:05 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Scully, Amber ( ORD - 748 - FO ) 451286 | LEVON MELIKYAN |
| 06/05/2017 | 10:19 | | 213 CVG NRT 18:00 7:20 PAX | Assigned | Nirel, Edward ( CVG - 748 - FO ) 452008 | AIDA  ARROYO |
| | 18:24 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Groeschen, Daniel ( CVG - 748 - CA ) 449911 | THELMA BRADLEY |
| | 18:25 | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Groeschen, Daniel ( CVG - 748 - CA ) 449911 | THELMA BRADLEY |
| 06/06/2017 | 4:44 | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Scully, Amber ( ORD - 748 - FO ) 451286 | ANDREW KOLBUS |
| | 4:48 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Lofts, William ( CVG - 748 - CA ) 449811 | ANDREW KOLBUS |
| | 6:56 | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Lofts, William ( CVG - 748 - CA ) 449811 | JACQULINE MEJIA |
| | 6:57 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Taylor, Erik ( ORD - 748 - FO ) 451318 | JACQULINE MEJIA |
| | 7:34 | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Simone, Silas ( ANC - 748 - FO ) 451151 | OMAR BOUCHERKA |
| | 7:36 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Simone, Silas ( ANC - 748 - FO ) 451151 | OMAR BOUCHERKA |
| | 16:05 | | 213 CVG NRT 18:00 7:20 PAX | De-Assigned | Guerin, Eric ( CVG - 748 - CA ) 449737 | CHRISTINE NESTOR |
| | 19:46 | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Overby, Drue ( CVG - 748 - FO ) 450918 | JULIAN IEONG |
| | 20:33 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Ruiz, Francisco ( ANC - 748 - FO ) 451847 | JEREMIAH HARRINGTON |
| | 23:52 | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Taylor, Erik ( ORD - 748 - FO ) 451318 | JEREMIAH HARRINGTON |
| 06/07/2017 | 2:37 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Moy, Siu Cheung (Vincent) ( ANC - 748 - FO ) 45 | JEREMIAH HARRINGTON |
| | | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Wallingford, Brian ( CVG - 748 - FO ) 451827 | BRIGITTE MCCLOSKEY |
| 06/14/2017 | 9:34 | | 213 CVG NRT 18:00 7:20 748 | Assigned | Wallingford, Brian ( CVG - 748 - FO ) 451827 | BRIGITTE MCCLOSKEY |
| | | | 213 CVG NRT 18:00 7:20 748 | De-Assigned | Wallingford, Brian ( CVG - 748 - FO ) 451827 | BRIGITTE MCCLOSKEY |
| | | | 213 CVG NRT 18:00 7:20 748 | Assigned | Wallingford, Brian ( CVG - 748 - FO ) 451827 | BRIGITTE MCCLOSKEY |

```
Selected Criteria

"For" Date Selected       : From  10/20/2017 To 11/21/2017
"On"  Date Selected       : Any Dates
"On"  Time Selected       : From  0:00 To 23:59
Fleet Selected            : ALL
Sorted By                 : Date and time
Number Of changes Made    : 29
Type Of Changes Made      : Both
Type Of Flights Reported  : Both
```

48.1



48.2

| ATLAS AIR | **History of changes for crew route   D6613 of 06/07/2017** | Page : 1 |
|---|---|---|
| Fri ,27 Oct 2017 | | Time : 14:29 |

Route created by user 73 CHOUKRI SABBAGH on 05/25/2017 at 22:59:59 (job 51)

| Flight | Dep | Arr | STD | STA | Dep date | TripDay | DH | Lim | tbl | Rept | Debr | AC | Hotel | Ind |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO213 | CVG | NRT | 0915 | 2235 | Wed07Jun | 1 | | C | | | | 748 | | |
| PO752 | NRT | ANC | 0030 | 0710 | Fri09Jun | 3 | | B | | | | 744 | | |
| PO987 | ANC | CVG | 0820 | 1430 | Sat10Jun | 4 | | | | | | 748 | | |

Crew Complement                     : 1 FO    /

**Route deleted by user 1434 JULIAN IEONG on 06/06/2017 at 23:46:38 (Flight Schedule Changes)**

48.3