## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ATLAS, INC., *et al.*, | ) | Case No.: 1:17-cv-01953-RDM |
|  | ) |  |
| Plaintiffs, | ) | Hon. Randolph D. Moss |
| v. | ) |  |
|  | ) |  |
| INTERNATIONAL BROTHERHOOD | ) |  |
| OF TEAMSTERS, AIRLINE | ) |  |
| DIVISION, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

# Union Exhibit 50:

# Supplemental Exhibit: Atlas Pilot Experience



**Share of Active Pilots With Less Than Three Years Experience** *(Gray Bars)*

**Junior-Most Captain Years of Service** *(Red Line)*

Supplemental Exhibit: Atlas Pilots Are Less Experienced Than Ever, Captains Are Very Junior