# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS AIR, INC. and POLAR AIR CARGO WORLDWIDE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, <br><br> Defendants. | Civil Action No. 1:17-cv-01953-RDM |

**NOTICE TO THE COURT REGARDING SUPPLEMENTAL PLAINTIFFS' EXHIBITS**

Pursuant to the Court's November 27, 2017 instruction, Plaintiffs Atlas Air, Inc. and Polar Air Cargo Worldwide, Inc. (collectively, "Plaintiffs") hereby provide notice that they are filing the attached Plaintiffs' Exhibits 127 through 135, and 137 through 141, which were introduced and admitted into evidence at the October 31 through November 2, 2017 preliminary injunction hearing in this matter:

| Exhibit Number | Description of Exhibits |
|---|---|
| PX-127 | "CBA Temporary Pilot Retention Adjustments" Proposal from the Union, dated December 5, 2014 |
| PX-128 | "Framework Agreement" email from Local 1224, sent June 12, 2017 |
| PX-129 | Local 1224's "Grievance AAI-2016-015 Submission" dated March 4, 2016 |

| PX-130 | Atlas' "Step 1 Decision — Grievance AA-2016-015, dated March 31, 2016 |
|---|---|
| PX-131 | Local 1224's "Grievance AAI-2017-004 Submission" dated February 21, 2017 |
| PX-132 | Atlas' "Step 1 Decision — Grievance AA-2017-004, dated March 23, 2017 |
| PX-133 | Local 1224's "Grievance AAI-2017-004 Step 2 Submission," dated March 24, 2017 |
| PX-134 | Atlas' "Step 2 Decision — Grievance AA-2017-004," dated May 4, 2017 |
| PX-135 | Local 1224's "Submission to the Atlas Air System Board of Adjustment: Grievance No. AAI-2017-004," dated May 5, 2017 |
| PX-137 | Inaugural ATAM Communication (Transcript) 1-15-15 |
| PX-138 | Flight Reservation, San Francisco to Houston; hotel reservation |
| PX-139 | Email from Atlas employee S. Sattar to Atlas pilot J. Campbell regarding "Travel reservation Campbell/J 13 July," sent July 13, 2017 |
| PX-140 | "Further Robustness Test of Mr. Akins's Exhibit 18 Including 2015 Dummy Variable" Slide |
| PX-141 | "Percent of Fatigue Calls by Pilot Cohort, 6 Months Ending August 2017" Slide |

Dated: November 27, 2017
Washington, D.C.

Respectfully submitted,

By:     /s/ Robert A. Siegel
  Robert A. Siegel
  (D.C. Bar #1004474)
  Michael G. McGuinness
  (admitted *pro hac vice*)
  Rachel S. Janger
  (D.C. Bar #467142)
  Sloane Ackerman
  (admitted *pro hac vice*)

O'MELVENY & MYERS LLP

1625 Eye Street, NW
Washington, D.C. 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
rsiegel@omm.com
rjanger@omm.com

400 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
mmcguinness@omm.com

7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
sackerman@omm.com

*Attorneys for Plaintiffs*