Exhibit 132



Atlas Air, Inc.
2000 Westchester Avenue
Purchase, New York 10577-2543

March 23, 2017

**VIA EMAIL AND CERTIFIED MAIL**

Captain Kevin McCabe
Teamsters Union Local 1224
2754 Old State Road 73
Wilmington, OH 45177

RE: Step 1 Decision – Grievance AAI-2017-004

Dear Captain McCabe,

This letter constitutes Atlas Air, Inc.'s ("Atlas" or the "Company") Step 1 decision in the above referenced grievance. The Step 1 hearing for this grievance was held on March 9, 2017. In attendance from the Company were Ray DuFour, Scott Lindsay, Timea Kovach, David Burgett, Teressa Lau, Andrea Davenport, and Faith Walter; we were joined by Zachary Pratt and  Kevin McCabe from the IBT (the "Union").

The Union alleges the Company is not consistently providing hot meal catering for duty periods with block times greater than 4 hours per the Atlas Collective Bargaining Agreement ("CBA") Sections 5.E., Appendix 5.A, and the Ground Operations Manual ("GAM"). The Union is requesting the Company immediately begin providing hot meal catering to Crewmembers flying more than 4 block hours in a single duty period.

The Company carefully reviewed the Union's grievance regarding providing hot meals on flight legs under 4 hours but in a duty day that collectively exceeds four hours (ex: ONT-DFW-ABE). The Company denies any violation of the Atlas CBA and maintains Appendix 5.A , which references "Block Time", is referring to leg block time, and not total duty day block time. The Company denies this grievance and considers this matter closed. As discussed in the grievance hearing, any removal or change of the language from the GAM does not modify the CBA.

Sincerely,

Captain Ray DuFour
System Chief Pilot

Cc:     Jeff Carlson, Atlas VP, Flight Operations
        Jennifer Chernichaw, Atlas Sr. Employment and Labor Counsel
        First Officer Zachary Pratt, IBT
        Lynne Nowel, Esq., IBT