# Exhibit 135

INTERNATIONAL BROTHERHOOD OF TEAMSTERS



May 5, 2017

**VIA UPS OVERNIGHT AND ELECTRONIC MAIL**
Atlas Air, Inc. Crewmembers' System Board of Adjustment

| | |
|---|---|
| c/o Jeff Carlson | c/o Robert Kirchner |
| Vice-President, Flight Operations | Executive Council Chairman |
| Atlas Air, Inc. | APA Teamsters Local 1224 |
| 2000 Westchester Ave. | 2754 Old State Rt. 73 |
| Purchase NY 10577 | Wilmington OH 45177 |

**RE:   SUBMISSION TO THE ATLAS AIR SYSTEM BOARD OF ADJUSTMENT**
*Grievance No. AAI-2017-004*

Gentlemen:

Pursuant to Section 20.B.3 and 21.C.2 of the Collective Bargaining Agreement ("CBA") between Atlas Air, Inc. and the International Brotherhood of Teamsters, Airline Division, the Union hereby submits the above captioned grievance to the Atlas Air, Inc. System Board of Adjustment.

1.   **Question(s) at Issue:**

   Whether the Company is violating CBA Sections 5.E, Appendix 5.A and other relevant provisions by not providing hot meals to Crewmembers during duty periods in which the cumulative block time meets or exceeds four hours, but no single leg meets or exceeds four block hours.

2.   **Statement of Facts:**

   The Company is not providing hot meals to Crewmembers during duty periods where the cumulative block time meets or exceeds four hours, but no single leg meets or exceeds four block hours.

3.   **Position of the Union:**

   It is the Union's position that the Company is violating CBA Sections 5.E, Appendix 5.A and other relevant provisions by not providing hot meals to Crewmembers during duty periods where the cumulative block time meets

Airline Professionals Association | Teamsters Local Union No. 1224
2754 Old State Route 73, Wilmington, OH 45177 | ph: 937.383.2500 | fx: 937.383.0902 | www.apa1224.org
*Affiliated with the International Brotherhood of Teamsters*

PX-135.001

or exceeds four hours, even if no single leg meets or exceeds four block hours. The Union's position is stated in the grievance, a copy of which is attached as Exhibit A.

**4.    Position of Company:**

The presumed position of the Company is set forth in its Step 2 Decision on the grievance, dated May 4, 2017, and attached as Exhibit B.

**5.    The relief sought.**

Cease and desist. Comply with the CBA by providing hot meal catering to Crewmembers assigned to duty periods where the cumulative block time meets or exceeds four hours, even if no single leg meets or exceeds four block hours. Make affected Crewmembers whole. All other relief that is just and proper.

Respectfully Submitted,

*/s/ Paul R. Rutter*

Paul R. Rutter
General Counsel
APA Teamsters Local 1224
2754 Old State Route 73
Wilmington, Ohio 45177

## ENCLOSURES

**Exhibit A.**  Grievance Factsheet
*AAI-2017-004 (Group)*

**Exhibit B.**  Step 2 Decision
May 4, 2017

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS



## Grievance Fact Sheet

**Employer:** Atlas Air, Inc.

**Name of Grievant(s):** Atlas Pilots

**Grievance Number Assigned by Union:** AAI-2017-004

**Facts upon which Grievance is based:** The Company is not consistently providing hot meal catering for duty periods with block times of greater than 4 hours. This has been most prevalent on the ONT-DFW-ABE route. CBA 5.E states that catering will be provided in accordance with Appendix 5A of the CBA and the Company's Ground Operations Manual (GAM). The GAM clearly states that the times in the flight time matrix include duty periods where the cumulative flight time exceeds the times shown.

**Applicable Sections of the Collective Bargaining Agreement which have been violated:** 5.E

**The Remedy Sought:** Immediately begin providing hot meal catering to crewmembers flying more than 4 block hours in a single duty period.

**Filed By:** Zach Pratt
APA Teamsters Local 1224

**Airline Professionals Association | Teamsters Local Union No. 1224**
2754 Old State Route 73, Wilmington, OH 45177 | ph: 937.383.2500 | fx: 937.383.0902 |
www.apa1224.org
*Affiliated with the International Brotherhood of Teamsters*

Exhibit A

PX-135.004



May 4, 2017

**VIA EMAIL AND CERTIFIED MAIL**

Captain Kevin McCabe
Teamsters Union Local 1224
2754 Old State Road 73
Wilmington, OH 45177

      RE: <u>Step 2 Decision – Grievance AAI-2017-004</u>

Dear Captain McCabe:

This letter constitutes Atlas Air, Inc.'s ("Atlas" or the "Company") Step 2 decision in the above-referenced grievance ("Grievance"). The Step 2 hearing ("Hearing") for this Grievance was held telephonically on April 24, 2017. In attendance from the Company were Jeff Carlson, Scott Lindsay, Jenn Chernichaw, Esq. and David Burgett. Kevin McCabe, John Hutelin, Matt Sturgess and Paul Rutter, Esq. participated on behalf of International Brotherhood of Teamsters, Airline Division, Local 1224 ("Union").

The Union's Grievance alleges the Company violated Section 5.E of the Atlas Collective Bargaining Agreement ("CBA") because it "is not consistently providing hot meal catering for duty periods with block times greater than four hours." To support its argument, the Union cites Appendix 5A of the CBA and the Company's Ground Operations Manual ("GAM"), Table 4.1.5, contending that the GAM "clearly states that the times in the flight time matrix include duty periods where the cumulative flight time exceeds the times shown."

The Company has carefully reviewed the Union's position. Appendix 5-A of the CBA and Table 4.1.5 of the GAM both clearly establish the standard for determining meal service is based on the block hours for each flight. Section 2 of the CBA provides: "'Block Hours' means the period from the time the aircraft blocks out until the aircraft blocks in again. Block in shall be the moment than an aircraft comes to complete rest in the blocks. Block out shall be the time when an aircraft's brakes are released and push back or taxi begins." Block hours and Block time are synonymous terms and are not, and have not been, treated as cumulative segments by the Company. If Appendix 5-A and the GAM were intended to be interpreted as the Union asserts, the term "Trip Pairing" would be used in lieu of "Block Time." Trip Pairing is defined in the CBA as "one or more consecutive Duty Days and the specific assignments associated with such Duty Days. Except as otherwise set forth in the CBA, a 'Trip Pairing' begins when a Crewmember first reports for duty and ends when the Crewmember is released into a Day(s) Off."

In addition, the Company's long standing past practice has been to treat each leg/segment of a trip separately for purposes of calculating block hours and determining when a hot meal is required under the GAM and Appendix 5.A. Except on rare occasions for unique circumstances, if a respective leg/segment is not at least 4 hours, then the Company does not provide a hot meal for that trip, regardless of the aggregate amount of legs a Crewmember may be flying that day.

Exhibit B

PX-135.005



Consequently, the Company disagrees with the Union's position and denies the Grievance.

Sincerely,

Jeff Carlson
Sr. Vice President, Flight Operations

cc: Scott Lindsay, Atlas Staff VP, Flight Operations
 Jennifer Chernichaw, Atlas Sr. Employment and Labor Counsel
 David Burgett, Atlas
 John Hutelin, IBT
 Paul Rutter, Esq., IBT