# Exhibit 139

**From:** Sattar, Sarah
**Sent:** Thursday, July 13, 2017 6:59 AM
**To:** Campbell, Jeffrey D.
**Cc:** *HDQ Travel Desk; *HDQ JND Desk
**Subject:** Travel reservation Campbell/J 13 July

Hi,

Here are your flight details,

.1CAMPBELL/JEFFREY D*449472-30-5100-STN
 1 UA5873M 13JUL 4 SNASFO*HK1  2028  2150
OPERATED BY /SKYWEST DBA UNITED EXPRESS
 2 UA1197M 14JUL 5 SFOIAH*HK1  0001  0546

Conf  *******M5MDK9 /

PX-139.001