# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-7172**  September Term, 2018
1:17-cv-01953-RDM

Filed On: August 23, 2019 [1803440]

Atlas Air, Inc. and Polar Air Cargo Worldwide, Inc.,

      Appellees

   v.

International Brotherhood of Teamsters, et al.,

      Appellants

**M A N D A T E**

In accordance with the judgment of July 5, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:   /s/
             Ken R. Meadows
             Deputy Clerk

Link to the judgment filed July 5, 2019