# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 17-7172**  **September Term, 2018**
FILED ON: JULY 5, 2019

ATLAS AIR, INC. AND POLAR AIR CARGO WORLDWIDE, INC.,
　　APPELLEES

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL.,
　　APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01953)

Before: GRIFFITH, *Circuit Judge*, and EDWARDS and RANDOLPH, *Senior Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　Deputy Clerk

Date: July 5, 2019

Opinion for the court filed by Circuit Judge Griffith.